**APPENDIX 1**

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Selects Blueberry Morning  | • "Nutrition Benefits" <br><br> • "multi grain Flakes & Clusters" <br><br> • Whole Grains Council stamp/emblem <br><br> • "we blend together these blueberries, bursting with flavor, with the perfect crunch of nutritious multi grain flakes, granola clusters and specially selected almonds" | Sugar, Invert Sugar, Glycerin, Brown Sugar, Corn Syrup | 55g | 220 | 16g | 29.1% | 29.1% | M: 42.1% <br><br> W: 64% <br><br> C: 106.7-133.3% |
| Great Grains Blueberry Morning  | • "Great Grains" <br><br> • "Less processed nutrition you can see" <br><br> • "nutritious Blueberries" <br><br> • "multi grain Flakes & Clusters" <br><br> • "Why less processed? Quite simply, because it's good for you!" <br><br> • "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible. The result? A crispy, delicious, less processed whole grain cereal that's a good source of fiber." | Sugar, Invert Sugar, Glycerin, Brown Sugar, Corn Syrup | 55g | 220 | 16g | 29.1% | 29.1% | M: 42.1% <br><br> W: 64% <br><br> C: 106.7-133.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Selects Cranberry Almond Crunch  | • "nutrition benefits"<br>• "multi grain Flakes & Clusters" | Sugar, Glycerin, Brown Sugar, Corn Syrup | 53g | 200 | 14g | 26.4% | 28% | M: 36.8%<br>W: 56%<br>C: 93.3-116.7% |
| Selects/Great Grains Cranberry Almond Crunch  | • "nutritious CRANBERRIES"<br>• "fiber packed multi grain FLAKES & CLUSTERS"<br>• "scoops of wholesome ALMONDS"<br>• Whole Grains Council stamp/emblem | Sugar, Glycerin, Brown Sugar, Corn Syrup | 51g | 200 | 13g | 25.5% | 26% | M: 34.2%<br>W: 52%<br>C: 86.7-108.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Great Grains Cranberry Almond Crunch  | • "Great Grains"<br><br>• "Less processed nutrition you can see"<br><br>• "scoops of wholesome Almonds"<br><br>• "nutritious Cranberries"<br><br>• "fiber packed multi grain Flakes & Clusters"<br><br>• "Why less processed? Quite simply because it's good for you!"<br><br>• "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible. The result? A crispy, delicious, less processed whole grain cereal that's high in natural fiber."<br><br>• "Our delicious flakes, made with whole grain wheat, barley and oats are combined with nutritious cranberries, multigrain clusters and scoops of wholesome almonds."<br><br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!" | Sugar, Glycerin, Brown Sugar, Corn Syrup | 56g | 210 | 12g | 21.4% | 22.9% | M: 31.6%<br><br>W: 48%<br><br>C: 80-100% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Selects Banana Nut Crunch  | • "nutrition benefits"<br><br>• "real bananas baked into MULTI GRAIN CLUSTERS"<br><br>• "multi grain FLAKES" | Sugar, Brown Sugar, Corn Syrup | 59g | 240 | 12g | 20.3% | 20% | M: 31.6%<br><br>W: 48%<br><br>C: 80-100% |
| Great Grains Banana Nut Crunch  | • "Great Grains"<br><br>• "Less processed nutrition you can see"<br><br>• "scoops of wholesome Walnuts"<br><br>• "scoops of wholesome Almonds"<br><br>• "real bananas baked into multi grain Flakes & Clusters"<br><br>• "Why less processed? Quite simply because it's good for you!"<br><br>• "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible. The | Sugar, Brown Sugar, Corn Syrup | 59g | 230 | 10g | 16.9% | 17.4% | M: 26.3%<br><br>W: 40%<br><br>C: 66.7-83.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| | result? A crispy, delicious, less processed whole grain cereal that's high in natural fiber." <br><br> • "Our delicious flakes, made with whole grain wheat, barley and oats are combined with real bananas baked into multi grain clusters and scoops of wholesome walnuts and almonds." <br><br> • "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!" <br><br> • Whole Grains Council stamp/emblem | | | | | | | |
| Selects / Great Grains Raisins, Dates & Pecans <br><br>  | • "nutrition benefits" <br><br> • "naturally sweet RAISINS & DATES" <br><br> • "multi grain FLAKES & CLUSTERS" <br><br> • "naturally nutritious RAISINS & DATES" <br><br> • "fiber rich whole grain FLAKES & CLUSTERS" <br><br> • "scoops of wholesome PECANS" <br><br> • "A Healthy Start to Your Day" <br><br> • "Tasty, healthy mornings call for a crunchy breakfast. Great Grains cereals are an ideal delicious choice that provides the benefits of whole grains and flavored with sweet raisins, tangy dates and crunchy pecans. Apart from satisfying those early morning hunger pangs, these cereals supply the daily dose of essential nutrients to your body." <br><br> • Whole Grains Council stamp/emblem | Brown Sugar, Sugar, Corn Syrup | 54g | 200 | 13g | 24.1% | 26% | M: 34.2% <br><br> W: 52% <br><br> C: 86.7-108.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Great Grains Raisins, Dates & Pecans  | • "Great Grains"<br><br>• "Less processed nutrition you can see"<br><br>• "scoops of wholesome Pecans"<br><br>• "naturally nutritious Raisins & Dates"<br><br>• "fiber rich whole grain Flakes & Clusters"<br><br>• "Why less processed? Quite simply because it's good for you!"<br><br>• "We gently steam, role and bake our whole grains to help maintain the full flavor and nutrition of our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible. The result? A crispy, delicious, less processed whole grain cereal that's high in natural fiber."<br><br>• "Our delicious flakes are combined with naturally nutritious raisins and dates, multi grain clusters and scoops of wholesome pecans."<br><br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"<br><br>• Whole Grains Council stamp/emblem | Brown Sugar, Sugar, Corn Syrup | 55g | 210 | 13g | 23.6% | 24.8% | M: 34.2%<br>W: 52%<br>C: 86.7-108.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Selects Maple Pecan Crunch | • "nutrition benefits"<br><br>• "multi grain FLAKES"<br><br>• "multi grain CLUSTERS" | Brown Sugar, Sugar, Corn Syrup, Maple Syrup, Honey | 52g | 220 | 12g | 23.1% | 21.8% | M: 31.6%<br><br>W: 48%<br><br>C: 80-100% |
| Selects / Great Grains Crunchy Pecans | • "scoops of wholesome PECANS"<br><br>• "fiber rich whole grain FLAKES"<br><br>• "multi grain CLUSTERS"<br><br>• Whole Grain Council stamp/emblem<br><br>• "features wholesomely sweet pecans"<br><br>• "contains several heart-healthy ingredients, making it a good choice for breakfast each morning"<br><br>• "a smart, filling choice"<br><br>• "The crunchy pecans add protein for a balanced diet"<br><br>• "Visit postcereals.com and click on 'get recipes' to make yummy, wholesome snacks your whole family will enjoy." | Brown Sugar, Sugar, Corn Syrup | 52g | 210 | 8g | 15.4% | 15.2% | M: 21.1%<br><br>W: 32%<br><br>C: 53.3-66.7% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Great Grains Crunchy Pecans  | • "Great Grains"<br><br>• "Less processed nutrition you can see"<br><br>• "multi grain Clusters"<br><br>• "scoops of wholesome Pecans"<br><br>• "fiber rich whole grain Flakes"<br><br>• "Why less processed? Quite simply because it's good for you!"<br><br>• "We gently steam, role and bake our whole grains to help maintain the full flavor and nutrition of our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible. The result? A crispy, delicious, less processed whole grain cereal that's high in natural fiber."<br><br>• "Our delicious flakes are combined with multi grain clusters and scoops of wholesome pecans."<br><br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!" | Brown Sugar, Sugar, Corn Syrup | 52g | 210 | 8g | 15.4% | 15.2% | M: 21.1%<br>W: 32%<br>C: 53.3-66.7% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Great Grains Blueberry Pomegranate  | • "Great Grains"<br><br>• "Less processed nutrition you can see"<br><br>• "real Pomegranate Juice"<br><br>• "nutritious Blueberries"<br><br>• "fiber packed multi grain Flakes & Clusters"<br><br>• "Why less processed? Quite simply because it's good for you!"<br><br>• "We gently steam, role and bake our whole grains to help maintain the full flavor and nutrition of our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible. The result? A crispy, delicious, less processed whole grain cereal that's high in natural fiber."<br><br>• "Our delicious flakes are combined with multi grain clusters, naturally nutritious blueberries, and cranberries with real pomegranate juice."<br><br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!" | Sugar, Evaporated Cane Juice, Pomegranate Juice Concentrate, Invert Sugar, Glycerin, Brown Sugar, Corn Syrup | 50g | 190 | 13g | 26% | 27.4% | M: 34.2%<br>W: 52%<br>C: 86.7-108.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Great Grains Digestive Blend: Vanilla Graham  | • "Great Grains"<br><br>• "nutritious Whole Grain Barley"<br><br>• "SUPPORTS HEALTHY DIGESTION"<br><br>• "Our delicious flakes made with whole grain wheat, whole grain barley and whole grain oats are combined with our signature granola and sweetened with a hint of vanilla flavor.  With 41g of whole grain, 7g of fiber and active cultures, Great Grains Digestive Blend cereal provides whole food from the field to your bowl, with nutritious ingredients in every bite! Great Grains Digestive Blend cereal blends whole grain, fiber and active cultures - three key ingredients to help support a healthy digestive system."<br><br>• "Support and Maintain a Healthy Digestive System"<br><br>• "By consuming at least 48g of whole grains per day, you can support healthy digestion and reduce the risk of several chronic diseases like heart disease and diabetes. The Great Grains Digestive Blend cereal has 41g of whole grain which is more than 85% of the daily recommended amount!"<br><br>• "Nine out of 10 Americans are not getting enough fiber. Health professionals recognize that eating fiber provides important benefits like promoting laxation and supporting healthy digestion. Dieticians recommend that most adults consume at least 25g of fiber daily. With Digestive Blend cereal, you are taking a smart step towards a healthy digestive system. Make sure to choose a diet that is rich in a variety of fiber containing foods such as cereals, whole grains, fruits, vegetables and legumes. New Grains Digestive Blend cereal is | Sugar, Brown Sugar, Corn Syrup, Honey | 53g | 200 | 8g | 15.1% | 16% | M: 21.1%<br><br>W: 32%<br><br>C: 53.3-66.7% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| | an excellent source of fiber with 7g of fiber which is more than a quarter of your daily recommended requirement." <br><br> • "Our digestive system normally has what we would call 'good' bacteria and 'bad' bacteria. Maintaining the correct balance between the 'good' bacteria and the 'bad' bacteria is necessary for optimal digestive health. Things like medications, diet and your environment can upset that balance. The Active cultures delivered in Great Grains Digestive Blends are the 'good' bacteria that can help support digestive health." <br><br> • "New Great Grains Digestive Blend cereal has active cultures along with whole grains and a diet right in fiber can help support a healthy digestive system." | | | | | | | |
| Great Grains Digestive Blend: Berry Medley <br><br>  | • "Great Grains" <br><br> • "Clusters made with real fruit juice" <br><br> • "nutritious Whole Grain Barley" <br><br> • "multi grain Flakes" <br><br> • "SUPPORTS HEALTHY DIGESTION" <br><br> • "Our delicious flakes made with whole grain wheat, whole grain barley and whole grain oats are combined with our signature granola and sweetened with a hint of berry juice.  With 43g of whole grain, 7g of fiber and active cultures, | Sugar, Brown Sugar, Corn Syrup, Kiwi Juice Concentrate, Strawberry Juice Concentrate, Raspberry Juice Concentrate, Blueberry Juice Concentrate | 55g | 210 | 9g | 16.4% | 17.1% | M: 23.7% <br><br> W: 36% <br><br> C: 60-75% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| | Great Grains Digestive Blend cereal provides whole food from the field to your bowl, with nutritious ingredients in every bite!"<br><br>• "Support and Maintain a Healthy Digestive System"<br><br>• "By consuming at least 48g of whole grains per day, you can support healthy digestion and reduce the risk of several chronic diseases like heart disease and diabetes. The Great Grains Digestive Blend cereal has 43g of whole grain which is more than 85% of the daily recommended amount!"<br><br>• "Nine out of 10 Americans are not getting enough fiber. Health professionals recognize that eating fiber provides important benefits like promoting laxation and supporting healthy digestion. Dieticians recommend that most adults consume at least 25g of fiber daily. With Digestive Blend cereal, you are taking a smart step towards a healthy digestive system. Make sure to choose a diet that is rich in a variety of fiber containing foods such as cereals, whole grains, fruits, vegetables and legumes. New Grains Digestive Blend cereal is an excellent source of fiber with 7g of fiber which is more than a quarter of your daily recommended requirement."<br><br>• "Our digestive system normally has what we would call 'good' bacteria and 'bad' bacteria. Maintaining the correct balance between the 'good' bacteria and the 'bad' bacteria is necessary for optimal digestive health. Things like medications, diet and your environment can upset that balance. The Active cultures delivered in Great Grains Digestive Blends are the 'good' bacteria that can help support digestive health."<br><br>• "New Great Grains Digestive Blend cereal has active cultures along with whole grains and a diet right in fiber can help support a healthy digestive system." | | | | | | | |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Great Grains Protein Blend: Honey, Oats & Seeds  | • "Great Grains" <br><br>• "HELPS SUPPORT A HEALTHY METABOLISM" <br><br>• "scoops of wholesome Almonds" <br><br>• "nutritious Pumpkin Seeds" <br><br>• "fiber packed multi grain Flakes & Clusters" <br><br>• "Our delicious flakes, made with whole grain wheat, barley and oats are sweetened with a kiss of honey and combined with scoops of nutritious pumpkin seeds, almonds, and multi grain clusters studded with sunflower seeds." <br><br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!" <br><br>• "Support a Healthy Metabolism" <br><br>• "The process of metabolism establishes the rate at which we burn our calories and, ultimately, how quickly we gain weight or how easily we lose it. Although some factors affecting metabolic rate, like age and genetics can't be changed, there are ways to maximize your metabolism." **Breakfast:** Eat breakfast. One important part of metabolism is how many calories you burn while at rest; did you know that eating breakfast to 'break the fast' can increase your metabolism by as much as 10%? Start your day with the less processed whole grain nutrition of Great Grains Protein Blend to help jumpstart your metabolism. **Protein:** Eat protein. Did you know that protein generally requires about 25% more energy to digest? Because protein takes longer to breakdown than fat and carbohydrate, the body uses more energy to | Sugar, Brown Sugar, Molasses, Honey | 55g | 220 | 9g | 16.4% | 16.4% | M: 23.7% <br><br>W: 36% <br><br>C: 60-75% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| | digest protein and this helps you burn more calories. As a good source of protein, Great Grains Blend can actually help enhance your metabolism!" [ . . . ] **Fiber:** Consume fiber. Diets rich in fiber help keep you fuller longer which is important for weight management. Great Grains Protein Blend can help keep you satisfied with the staying power of an excellent source of fiber." | | | | | | | |
| Great Grains Protein Blend: Cinnamon Hazelnut  | • "Great Grains"<br><br>• "HELPS SUPPORT A HEALTHY METABOLISM"<br><br>• "scoops of wholesome Almonds"<br><br>• "nutritious Hazelnuts"<br><br>• "fiber packed multi grain Flakes & Clusters"<br><br>• "Why Less Processed? Quite simply because it's good for you!"<br><br>• "less processed whole grain cereal"<br><br>• "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners, flavors or isolated fibers to their flakes. We then add in nutritious nuts and balance them with our grains for a great taste that's irresistible. The result? A crispy, delicious, less processed whole grain cereal that's high in natural fiber." | Sugar, Brown Sugar, Corn Syrup, Molasses, Honey | 57g | 230 | 9g | 15.8% | 15.7% | M: 23.7%<br><br>W: 36%<br><br>C: 60-75% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| | • "Our delicious flakes, made with whole grain wheat, barley and oats are combined with scoops of wholesome hazelnuts, almonds, and multi grain clusters with real cinnamon."<br><br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"<br><br>• "Support a Healthy Metabolism"<br><br>• "The process of metabolism establishes the rate at which we burn our calories and, ultimately, how quickly we gain weight or how easily we lose it. Although some factors affecting metabolic rate, like age and genetics can't be changed, there are ways to maximize your metabolism." **Breakfast:** Eat breakfast. One important part of metabolism is how many calories you burn while at rest; did you know that eating breakfast to 'break the fast' can increase your metabolism by as much as 10%? Start your day with the less processed whole grain nutrition of Great Grains Protein Blend to help jumpstart your metabolism." **Protein:** Eat protein. Did you know that protein generally requires about 25% more energy to digest? Because protein takes longer to breakdown than fat and carbohydrate, the body uses more energy to digest protein and this helps you burn more calories. As a good source of protein, Great Grains Blend can actually help enhance your metabolism!" [ . . . ] **Fiber:** Consume fiber. Diets rich in fiber help keep you fuller longer which is important for weight management. Great Grains Protein Blend can help keep you satisfied with the staying power of an excellent source of fiber."<br><br>• Whole Grains Council stamp/emblem | | | | | | | |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – Honey Roasted  | • "4 Wholesome ☺ Grains"<br><br>• "Made with **Natural Wildflower Honey**"<br><br>• "Our Post Promise \| No High Fructose Corn Syrup" | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey, Malted Corn and Barley Syrup | 30g | 120 | 6g | 20% | 20% | M: 15.7%<br><br>W: 24%<br><br>C: 40-50% |
| Honey Bunches of Oats Cereal – Raisin Medley  | • "4 Wholesome ☺ Grains"<br><br>• "Made with **Natural Wildflower Honey**"<br><br>• "Our Post Promise \| No High Fructose Corn Syrup"<br><br>• "Each one-cup serving of heart-healthy Honey Bunches of Oats Raisin Medley provides 12 grams of whole grains, nine essential vitamins and minerals, and contains zero grams of trans fat, saturated fat or cholesterol." | Sugar, Brown Sugar, Glycerin, Corn Syrup, Wildflower Honey, Malted Corn and Barley Syrup | 52g | 200 | 14g | 26.9% | 28% | M: 36.8%<br><br>W: 56%<br><br>C: 93.3-116.7% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – With Almonds  | • Depiction of whole grains and a heart in two adjacent circles<br>• "a Touch of Honey!"<br>• Whole Grains Council stamp/emblem<br>• "A delicious, wholesome start to your day!"<br>• "Our Post Promise \| No High Fructose Corn Syrup"<br>• "4 Wholesome ☺ Grains"<br>• "Made with **Natural Wildflower Honey**" | Sugar, Brown Sugar, Corn Syrup, Malted Corn and Barley Syrup, Wildflower Honey | 32g | 130 | 6g | 18.8% | 18.5% | M: 15.7%<br>W: 24%<br>C: 40-50% |
| Honey Bunches of Oats Cereal – With Pecan Bunches  | • "a Touch of Honey!"<br>• "nutrition benefits"<br>• "Delicious…and Nutritious Too!"<br>• "4 Wholesome ☺ Grains"<br>• "Made with **Natural Wildflower Honey**"<br>• Whole Grains Council stamp/emblem | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey, Malted Corn and Barley Syrup | 29g | 120 | 6g | 20.7% | 20% | M: 15.7%<br>W: 24%<br>C: 40-50% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – With Cinnamon Bunches  | • "Our Post Promise \| No High Fructose Corn Syrup" <br><br> • Depiction of whole grains and a heart in two adjacent circles <br><br> • "a Touch of Honey!" <br><br> • "A delicious, wholesome start to your day!" <br><br> • Whole Grains Council stamp/emblem | Sugar, Brown Sugar, Corn Syrup, Honey, Malted Corn and Barley Syrup | 30g | 120 | 6g | 20% | 20% | M: 15.7% <br><br> W: 24% <br><br> C: 40-50% |
| Honey Bunches of Oats Cereal – With Vanilla Bunches  | • "Our Post Promise \| No High Fructose Corn Syrup" <br><br> • Depiction of whole grains and a heart in two adjacent circles <br><br> • "a Touch of Honey!" <br><br> • "Over 2/3 of your day's Whole Grain" <br><br> • "WHOLE GRAIN FLAKES" | Sugar, Brown Sugar, Corn Syrup, Honey | 56g | 220 | 12g | 21.4% | 21.8% | M: 31.6% <br><br> W: 48% <br><br> C: 80-100% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – With Apples & Cinnamon Bunches  | • "Made with Real Apple Slices" <br><br> • "Made with **Natural Wildflower Honey**" <br><br> • Whole Grains Council stamp/emblem | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey, Malted Corn and Barley Syrup, Apple Juice Concentrate | 30g | 120 | 8g | 26.7% | 26.7% | M: 21.1% <br><br> W: 32% <br><br> C: 53.3-66.7% |
| Honey Bunches of Oats Cereal – With Real Strawberries  | • "4 Wholesome ☺ Grains" <br><br> • "Made with **Natural Wildflower Honey**" <br><br> • Whole Grains Council stamp/emblem | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey, Malted Corn and Barley Syrup | 31g | 120 | 8g | 25.8% | 26.7% | M: 21.1% <br><br> W: 32% <br><br> C: 53.3-66.7% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – With Real Peaches  | • "Delicious…and Nutritious Too!" <br><br> • "LIGHTLY SWEETENED CEREAL" <br><br> • "BAKED with a TOUCH OF HONEY" <br><br> • "Touch of Honey!" <br><br> • Depiction of whole grains and a heart in two adjacent circles | | 31g | 120 | 8g | 25.8% | 26.7% | M: 21.1% <br><br> W: 32% <br><br> C: 53.3-66.7% |
| Honey Bunches of Oats Cereal – Fruit Blends – Banana Blueberry  | • "a Touch of Honey!" <br><br> • "A delicious, wholesome start to your day!" <br><br> • "4 Wholesome Grains" <br><br> • "Made with **Natural Wildflower Honey**" <br><br> • Whole Grains Council stamp/emblem | Sugar, Brown Sugar, Corn Syrup, Malted Corn and Barley Syrup, Wildflower Honey | 30g | 120 | 6g | 20% | 20% | M: 15.7% <br><br> W: 24% <br><br> C: 40-50% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – Fruit Blends – Peach Raspberry  | • "a Touch of Honey!" <br><br> • "A delicious, wholesome start to your day!" <br><br> • "4 Wholesome Grains" <br><br> • "Made with **Natural Wildflower Honey**" <br><br> • Whole Grains Council stamp/emblem | Sugar, Brown Sugar, Corn Syrup, Malted Corn and Barley Syrup, Wildflower Honey | 30g | 120 | 6g | 20% | 20% | M: 15.7% <br><br> W: 24% <br><br> C: 40-50% |
| Honey Bunches of Oats Cereal – Tropical Blends – Mango Coconut  | • "4 Wholesome Grains" <br><br> • "Made with **Natural Wildflower Honey**" <br><br> • Whole Grains Council stamp/emblem | Sugar, Brown Sugar, Corn Syrup, Malted Corn and Barley Syrup, Wildflower Honey | 30g | 120 | 6g | 20% | 20% | M: 15.7% <br><br> W: 24% <br><br> C: 40-50% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – Whole Grain Honey Crunch  | • "OVER 2/3 OF YOUR DAY'S WHOLE GRAIN"<br><br>• "Made with **Natural Wildflower Honey**"<br><br>• "Our Post Promise \| No High Fructose Corn Syrup"<br><br>• "Whole Grain"<br><br>• Whole Grains Council stamp/emblem<br><br>• "**WHOLE GRAINS** – good for your **family**, good for your **health**, good for **you.**"<br><br>• "Honey Bunches of Oats Whole Grain Cereal has it all. Each serving contains: **4 grams of fiber:** Fiber fills you up, helps keep you satisfied and is important to help maintain digestive health. **Rich in nutrients:** Honey Bunches of Oats Whole Grain Cereal is rich in nutrients such as iron and folic acid – important for moms-to-be and growing children." **Over 2/3 of your day's whole grain:** Whole grains are an important part of a balanced diet, but on average, Americans eat less than 1 serving of whole grains per day."<br><br>• "Staring your day with a bowl of Honey Bunches of Oats Whole Grain Cereal is a smart step toward eating a balanced diet." | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey | 56g | 220 | 12g | 21.4% | 21.8% | M: 31.6%<br><br>W: 48%<br><br>C: 80-100% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – Whole Grain with Vanilla Bunches  | • "OVER 2/3 OF YOUR DAY'S WHOLE GRAIN"<br><br>• "Made with **Natural Wildflower Honey**"<br><br>• "Our Post Promise \| No High Fructose Corn Syrup"<br><br>• "Whole Grain"<br><br>• Whole Grains Council stamp/emblem<br><br>• "**WHOLE GRAINS** – good for your **family**, good for your **health**, good for **you.**"<br><br>• "Honey Bunches of Oats Whole Grain Cereal has it all. Each serving contains: **4 grams of fiber:** Fiber fills you up, helps keep you satisfied and is important to help maintain digestive health. **Rich in nutrients:** Honey Bunches of Oats Whole Grain Cereal is rich in nutrients such as iron and folic acid – important for moms-to-be and growing children." **Over 2/3 of your day's whole grain:** Whole grains are an important part of a balanced diet, but on average, Americans eat less than 1 serving of whole grains per day."<br><br>• "Staring your day with a bowl of Honey Bunches of Oats Whole Grain Cereal is a smart step toward eating a balanced diet." | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey | 56g | 220 | 12g | 21.4% | 21.8% | M: 31.6%<br><br>W: 48%<br><br>C: 80-100% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – Greek Honey Crunch | • "made with real Greek yogurt, crispy whole grain flakes and a touch of honey"<br><br>• "WHOLESOME NUTRITION"<br><br>• "+ whole grain"<br><br>• "over 2/3 of your day's whole grain"<br><br>• "GOODNESS AND TASTE IN EVERY BOWL"<br><br>• Whole Grains Council stamp/emblem | Sugar, Corn Syrup, Wildflower Honey, Brown Sugar | 58g | 230 | 13g | 22.4% | 22.6% | M: 34.2%<br>W: 52%<br>C: 86.7-108.3% |
| Honey Bunches of Oats Cereal – Greek Mixed Berry | • "made with real Greek yogurt, crispy whole grain flakes and a touch of wildflower honey"<br><br>• "made with real fruit"<br><br>• "WHOLESOME NUTRITION"<br><br>• "+ whole grain"<br><br>• "over 2/3 of your day's whole grain"<br><br>• "GOODNESS AND TASTE IN EVERY BOWL"<br><br>• Whole Grains Council stamp/emblem | Sugar, Corn Syrup, Wildflower Honey, Brown Sugar, Strawberry Juice Concentrate | 58g | 230 | 13g | 22.4% | 22.6% | M: 34.2%<br>W: 52%<br>C: 86.7-108.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – Morning Energy Cinnamon Crunch  | • "Made with **Natural Wildflower Honey**"<br>• "MORNING ENERGY"<br>• "Over 2/3 of your day's WHOLE GRAIN"<br>• "HELPS GET YOU GOING & KEEPS YOU GOING"<br>• "DON'T SKIP breakfast! YOUR BODY NEEDS **MORNING ENERGY!** FUEL YOUR BODY with a breakfast that PROVIDES **WHOLE GRAIN, FIBER & PROTEIN** FOR **ENERGY that lasts.**"<br>• "Start your day with the tasty crunch of Honey Bunches of Oats Morning Energy cereal. It's full of crispy flakes, crunchy oat clusters, and a touch of wildflower honey. The combination of energizing whole grains, satisfying fiber and protein helps you get going and keeps you going." | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey | 55g | 220 | 12g | 21.8% | 21.8% | M: 31.6%<br>W: 48%<br>C: 80-100% |
| Honey Bunches of Oats Cereal – Morning Energy Chocolatey Almond Crunch  | • "Made with **Natural Wildflower Honey**"<br>• "MORNING ENERGY"<br>• "Over 2/3 of your day's WHOLE GRAIN"<br>• "HELPS GET YOU GOING & KEEPS YOU GOING"<br>• "DON'T SKIP breakfast! YOUR BODY NEEDS **MORNING ENERGY!** FUEL YOUR BODY with a breakfast that PROVIDES **WHOLE GRAIN, FIBER & PROTEIN** FOR **ENERGY that lasts.**"<br>• "Start your day with the tasty crunch of Honey Bunches of Oats Morning Energy cereal. It's full of crispy flakes, crunchy oat clusters, and a touch of wildflower honey. The combination of energizing whole grains, satisfying fiber and protein helps you get going and keeps you going." | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey | 56g | 220 | 12g | 21.4% | 21.8% | M: 31.6%<br>W: 48%<br>C: 80-100% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Granola – Honey Roasted  | • "Packed with 34g of whole grain that ... the entire family will love!" <br><br> • "Made with **Natural Wildflower Honey**" <br><br> • "Bring your bunch together, anytime anywhere with delicious Honey Bunches of Oats granola. With 3g of fiber and 34g whole grain per serving, it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love." <br><br> • Whole Grains Council stamp/emblem | Brown Sugar, Corn Syrup, Sugar, Wildflower Honey | 50g | 220 | 12g | 24% | 21.8% | M: 31.6% <br><br> W: 48% <br><br> C: 80-100% |
| Honey Bunches of Oats Granola – Raspberry  | • "Made with **Natural Wildflower Honey**" | Brown Sugar, Corn Syrup, Sugar, Wildflower Honey | 50g | 230 | 12g | 24% | 20.9% | M: 31.6% <br><br> W: 48% <br><br> C: 80-100% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Granola – Cinnamon  | • "Made with **Natural Wildflower Honey**" | Brown Sugar, Corn Syrup, Wildflower Honey, Sugar | 50g | 220 | 12g | 24% | 21.8% | M: 31.6% W: 48% C: 80-100% |
| Honey Bunches of Oats Protein Granola with Dark Chocolate  | • "PROTEIN GRANOLA" • "Made with **Natural Wildflower Honey**" | Brown Sugar, Sugar, Corn Syrup, Wildflower Honey | 50g | 220 | 13g | 26% | 23.6% | M: 34.2% W: 52% C: 86.7-108.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Shredded Wheat Honey Nut  | • "MADE WITH 100% NATURAL WHOLE GRAIN WHEAT WITH HONEY & ALMONDS BAKED IN"<br><br>• "Fact #7: No High Fructose Corn Syrup Unlike Kellogg's Frosted Mini-Wheats Bite Size Cereal."<br><br>• Whole Grains Council stamp/emblem<br><br>• "An ingredient list that is so good, we have nothing to hide. Wouldn't it be great if it were easy to understand what is in your food? With Post Shredded Wheat, it's easy to be confident with your breakfast choice. It is made with nothing but goodness, so go ahead and enjoy a bowl."<br><br>• "We make it easy to understand what is in your food—we start with the goodness of whole grain wheat. No artificial flavors or colors added: Our flavor comes from whole grain wheat, honey, almonds, molasses and real sugar. That means vitamin and mineral fortified Post Shredded Wheat Honey Nut contains no High fructose corn syrup or artificial ingredients."<br><br>• "Instead of counting servings, enjoy one bowl of Post Shredded Wheat Honey Nut. With 49 grams of whole grains per serving, you'll get 100% of what you need for the day in just one bowl!"<br><br>• "Simple things feel good each day. Post Shredded Wheat is one of the simple things you can do to feel good each day." | Sugar, Honey, Molasses | 59g | 220 | 12g | 20.3% | 21.8% | M: 31.6%<br><br>W: 48%<br><br>C: 80-100% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Shredded Wheat Crunch! | • "100% NATURAL WHOLE GRAIN WHEAT"<br><br>• "Post Shredded Wheat CRUNCH combines bite sized 100% natural whole grain wheat with granola cluster crunch for delicious heart healthy satisfaction. GOODNESS YOU CAN TASTE!"<br><br>• Whole Grains Council stamp/emblem | Sugar, Invert Sugar, Molasses, Corn Syrup | 55g | 210 | 12g | 21.8% | 22.9% | M: 31.6%<br><br>W: 48%<br><br>C: 80-100% |
| Shredded Wheat Lightly Frosted | • "NATURAL ADVANTAGE"<br><br>• "Lightly Frosted"<br><br>• "nutrition benefits"<br><br>• "Fact #7: No High Fructose Corn Syrup Unlike Kellogg's Frosted Mini-Wheats Bite Size Cereal."<br><br>• "made with 100% natural whole-grain wheat—a natural source of fiber—sweetened with natural sugar and baked with a hint of brown sugar inside."<br><br>• "unlike some other frosted wheat cereals, Post Shredded Wheat contains no high fructose corn syrup."<br><br>• "Simple goodness" | Sugar, Brown Sugar | 56g | 200 | 12g | 21.4% | 24% | M: 31.6%<br><br>W: 48%<br><br>C: 80-100% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Good Morenings Cocoa Cinnamon Crunch  | • "no high fructose corn syrup"<br><br>• "Great days start with Good **More**nings. Kick-start your breakfast routine by beginning your day with these morning brightening activities. [. . . ] **More** nourishment: fuel your day with a wholesome breakfast that includes Post Good Morenings Cereal." | Sugar | 30g | 120 | 9g | 30% | 30% | M: 23.7%<br><br>W: 36%<br><br>C: 60-75% |
| Good Morenings Strawberry and Crème  | • "no high fructose corn syrup" | Sugar, Corn Syrup, Strawberry Juice Concentrate | 30g | 110 | 10g | 33.3% | 36.3% | M: 26.3%<br><br>W: 40%<br><br>C: 66.7-83.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Good Morenings Berry Loops  | • "no high fructose corn syrup" | Sugar, Strawberry Juice Concentrate, Blueberry Juice Concentrate, Raspberry Juice Concentrate | 30g | 110 | 10g | 33.3% | 36.3% | M: 26.3% <br> W: 40% <br> C: 66.7-83.3% |
| Good Morenings Waffle Crunch  | • "no high fructose corn syrup" | Sugar <br> *Note: Also made with PHVO containing artificial trans fat | 30g | 120 | 10g | 33.3% | 33.3% | M: 26.3% <br> W: 40% <br> C: 66.7-83.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Good Morenings Vanilla O's  | • "no high fructose corn syrup" | Sugar | 30g | 110 | 9g | 30% | 30% | M: 23.7% <br> W: 36% <br> C: 60-75% |
| Good Morenings Frosted Flakes  | • "no high fructose corn syrup" | Sugar, Corn Syrup | 30g | 110 | 10g | 33.3% | 36.3% | M: 26.3% <br> W: 40% <br> C: 66.7-83.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Raisin Bran  | • "nutrition benefits"<br>• "contains NO HIGH FRUCTOSE Corn Syrup unlike Kellogg's Raisin Bran"<br>• "contains NO HIGH FRUCTOSE Corn Syrup"<br>• "Where nutritious and delicious live in harmony"<br>• "Raisin Bran is a delicious way to boost your daily intake of whole grain and fiber."<br>• MyPyramid.gov vignette & related information<br>• Whole Grains Council stamp/emblem | Sugar | 59g | 190 | 19g | 32.2% | 40% | M: 50%<br>W: 76%<br>C: 126.7-158.3% |
| Bran Flakes  | • "DIETARY FIBER TO HELP MAINTAIN DIGESTIVE HEALTH"<br>• "Contains no high fructose corn syrup"<br>• "Made from oven toasted, whole grain wheat and wheat bran"<br>• MyPyramid.gov vignette & related information<br>• Whole Grains Council stamp/emblem<br>• "Bran Flakes are a delicious way to boost your daily intake of whole grain and fiber."<br>• "THE IMPORTANCE OF WHOLE GRAIN AND FIBER"<br>• "WHOLE GRAINS FOR YOUR HEALTHY LIFESTYLE"<br>• "Whole grains provide fiber and other important nutrients to help keep you healthy."<br>• "Getting enough fiber in your diet helps naturally regulate your digestive system. Choose a diet rich in a variety if fiber containing foods such as whole grain cereals, breads, and pastas and fruits and vegetables." | Sugar | 30g | 100 | 5g | 16.7% | 20% | M: 13.2%<br>W: 20%<br>C: 33.3-41.7% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| | • "FIBER TO HELP WITH WEIGHT MANAGEMENT"<br><br>• "Experts recommend diets rich in fiber to help keep you satisfied while you exercise and cut calories to lose weight. Diets rich in fiber are usually lower in calories and larger in volume than low fiber diets, and require more chewing which helps promote a feeling of fullness and satisfaction after eating." | | | | | | | |
| Alpha-Bits<br> | • "NO HIGH FRUCTOSE CORN SYRUP"<br><br>• "ALPHA-BITS IS A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN"<br><br>• Whole Grains Council stamp/emblem | Sugar | 30g | 120 | 6g | 20% | 20% | M: 15.7%<br>W: 24%<br>C: 40-50% |
| Golden Crisp<br> | • "Wholesome Sweetened Puffed Wheat Cereal"<br><br>• "NO HIGH FRUCTOSE CORN SYRUP"<br><br>• "Help the Body Release Energy from Food" | Sugar, Corn Syrup, Honey | 27g | 100 | 14g | 51.9% | 56% | M: 36.8%<br>W: 56%<br>C: 93.3-116.7% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey-Comb  | • "Nutritious Sweetened Corn Oat Cereal"<br><br>• "Why Vitamin D? – Many kids are not getting enough Vitamin D; - Important for a growing child's health needs; - Promotes healthy bones and teeth by helping the body absorb calcium"<br><br>• "Each Serving Helps Start the Day in a HEALTHY Way"<br><br>• Whole Grains Council stamp/emblem<br><br>• "Made with Real Honey!" | Sugar, Honey | 32g | 130 | 10g | 31.3% | 30.8% | M: 26.3%<br>W: 40%<br>C: 66.7-83.3% |
| Waffle Crisp  | • "NO HIGH FRUCTOSE CORN SYRUP!"<br><br>• "Iron & Zinc for Growth" | Sugar<br>*Note: Also made with PHVO containing artificial trans fat | 30g | 120 | 12g | 40% | 40% | M: 31.6%<br>W: 48%<br>C: 80-100% |