**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Counsel for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>     Plaintiffs,<br><br>            v.<br><br>POST FOODS LLC,<br><br>     Defendant. | **CONSUMERS LEGAL REMEDIES ACT VENUE AFFIDAVIT [CCP § 1780(d)]** |

1  I, Debbie Krommenhock, declare as follows:
2      1.   I am a plaintiff in this action. I make this affidavit as required by California Civil
3  Code § 1780(d).
4      2.   The Complaint in this action is filed in a proper place for the trial of this action
5  because defendant is doing business in this county.
6      3.   The Complaint in this action is further filed in a proper place for the trial of this
7  action because the transactions that are the subject of the action occurred in this county.
8
9      I declare under penalty of perjury under the laws of the United States that the foregoing
10 is true and correct to the best of my knowledge.
11     Executed this 23rd day of August, 2016, in Dublin, California.
12
13                                    _____
14                                    Debbie Krommenhock

1

CCP § 1780(d) VENUE AFFIDAVIT

Aug. 24. 2016 4:29PM    ccc506/ca599    No. 3990   P. 1