**VENABLE LLP**
Angel A. Garganta (SBN 163957)
Email: agarganta@venable.com
Robert L. Meyerhoff (SBN 298196)
Email: rlmeyerhoff@venable.com
Cody S. Lonning (SBN 301972)
Email: cslonning@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:   415.653.3755

Attorneys for Defendant
POST FOODS LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK, and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>    Plaintiffs,<br><br>    v.<br><br>POST FOODS LLC,<br><br>    Defendant. | CASE NO.: 3:16-cv-04958<br><br>**LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANT POST FOODS, LLC** |

Pursuant to Local Rule 3-15, Defendant Post Foods, LLC ("Defendant") certifies that the following entities and/or persons are known by Defendant to have either (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Post Consumer Brands, LLC: parent corporation of Defendant.
2. Post Holdings, Inc.: both Defendant and Post Consumer Brands, LLC are wholly owned subsidiaries of Post Holdings, Inc.

DATED:  September 16, 2016

**VENABLE LLP**

By: /s/ Angel A. Garganta
Angel A. Garganta (SBN 163957)
Robert L. Meyerhoff (SBN 298196)
Cody S. Lonning (SBN 301972)
505 Montgomery St., Suite 1400
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

Attorneys for Defendant Post Foods, LLC