**VENABLE LLP**
Angel A. Garganta (SBN 163957)
Email: agarganta@venable.com
Robert L. Meyerhoff (SBN 298196)
Email: rlmeyerhoff@venable.com
Cody S. Lonning (SBN 301972)
Email: cslonning@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:  415.653.3750
Facsimile:  415.653.3755

Attorneys for Defendant
POST FOODS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK, and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>POST FOODS LLC,<br><br>Defendant. | CASE NO.: 3:16-cv-04958-WHO<br><br>**DECLARATION OF JAMIE OHRT IN SUPPORT OF DEFENDANT POST FOODS, LLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY THIS ACTION UNDER THE DOCTRINE OF PRIMARY JURISDICTION**<br><br>Date:  January 18, 2017<br>Time:  2:00 p.m.<br>Dept:  Courtroom 2<br>Judge:  William H. Orrick<br><br>Action Filed:  August 29, 2016<br>Trial Date:  None. |

# DECLARATION OF JAMIE OHRT

I, Jamie Ohrt, declare as follows:

1. I am Graphics Project Manager at Post Consumer Brands, LLC, which is the parent company of Defendant Post Foods, LLC ("Post"). I have personal knowledge of the matters set forth in this declaration and if called as a witness I could and would testify competently to them.

2. The following exhibits are true and correct copies of the particular labels referenced in the Complaint and Appendix from Post's digital files of cereal product labels.

3. Attached hereto as **Exhibit 1** are true and correct copies of the product labels for Selects Blueberry Morning, referenced at paragraphs 129-130 of the Complaint and page 1 of the Appendix.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the product label for Great Grains Blueberry Morning referenced at paragraphs 131-132 of the Complaint and page 1 of the Appendix.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the product label for Selects Cranberry Almond Crunch, referenced at paragraph 133-134 of the Complaint and page 2 of the Appendix.

6. Attached hereto as **Exhibit 4** are true and correct copies of the product labels for Selects Great Grains Cranberry Almond Crunch referenced at paragraphs 135-136 of the Complaint and page 2 of the Appendix.

7. Attached hereto as **Exhibit 5** are true and correct copy of the product labels for Great Grains Cranberry Almond Crunch referenced at paragraphs 137-138 of the Complaint and page 3 of the Appendix.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the product label for Selects Banana Nut Crunch referenced at paragraphs 139-140 of the Complaint and page 4 of the Appendix.

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

9. Attached hereto as **Exhibit 7** are true and correct copies of two product labels for Great Grains Banana Nut Crunch referenced at paragraphs 141-142 of the Complaint and pages 4-5 of the Appendix.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the product label for Selects Great Grains Raisins, Dates & Pecans referenced at paragraphs 143-144 of the Complaint and page 5 of the Appendix.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the product label for Great Grains Raisins, Dates & Pecans referenced at paragraphs 145-146 of the Complaint and page 6 of the Appendix.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the product label for Selects Maple Pecan Crunch referenced at paragraphs 147-148 of the Complaint and page 7 of the Appendix.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the product label for Selects Great Grains Crunchy Pecans referenced at paragraphs 149-150 of the Complaint and page 7 of the Appendix.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the product label for Great Grains Crunchy Pecans referenced at paragraphs 151-152 of the Complaint and page 8 of the Appendix.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the product label for Great Grains Blueberry Pomegranate referenced at paragraphs 153-154 of the Complaint and page 9 of the Appendix.

16. Attached hereto as **Exhibit 14** is a true and correct copy of the product label for Great Grains Digestive Blend: Vanilla Graham referenced at paragraphs 155-156 of the Complaint and pages 10-11 of the Appendix.

17. Attached hereto as **Exhibit 15** is a true and correct copy of the product label for Great Grains Digestive Blend: Berry Medley referenced at paragraphs 157-158 of the Complaint and pages 11-12 of the Appendix.

18. Attached hereto as **Exhibit 16** are true and correct copies of two product labels for Great Grains Protein Blend: Honey, Oats & Seeds referenced at paragraphs 159-161 of the Complaint and pages 13-14 of the Appendix.

19. Attached hereto as **Exhibit 17** are true and correct copies of two product labels for Great Grains Protein Blend: Cinnamon Hazelnut referenced at paragraphs 162-164 of the Complaint and pages 14-15 of the Appendix.

20. Attached hereto as **Exhibit 18** are true and correct copies of three product labels for Honey Bunches of Oats Honey Roasted referenced at paragraphs 165-166 of the Complaint and page 16 of the Appendix.

21. Attached hereto as **Exhibit 19** are true and correct copies of two product labels for Honey Bunches of Oats Raisin Medley referenced at paragraphs 167-168 of the Complaint and page 16 of the Appendix.

22. Attached hereto as **Exhibit 20** are true and correct copies of two product labels for Honey Bunches of Oats with Almonds referenced at paragraphs 169-170 of the Complaint and page 17 of the Appendix.

23. Attached hereto as **Exhibit 21** are true and correct copies of three product labels for Honey Bunches of Oats with Pecan Bunches referenced at paragraphs 171-172 of the Complaint and page 17 of the Appendix.

24. Attached hereto as **Exhibit 22** are true and correct copies of two product labels for Honey Bunches of Oats with Cinnamon Bunches referenced at paragraphs 173-174 of the Complaint and page 18 of the Appendix.

25. Attached hereto as **Exhibit 23** are true and correct copies of two product labels for Honey Bunches of Oats with Vanilla Bunches referenced at paragraphs 175-176 of the Complaint and page 18 of the Appendix.

26. Attached hereto as **Exhibit 24** is a true and correct copy of the product label for Honey Bunches of Oats with Apples & Cinnamon Bunches referenced at paragraphs 177-178 of the Complaint and page 19 of the Appendix.

27. Attached hereto as **Exhibit 25** is a true and correct copy of the product label for Honey Bunches of Oats with Real Strawberries referenced at paragraphs 179-180 of the Complaint and page 19 of the Appendix.

28. Attached hereto as **Exhibit 26** is a true and correct copy of the product label for Honey Bunches of Oats with Real Peaches referenced at paragraphs 181-182 of the Complaint and page 20 of the Appendix.

29. Attached hereto as **Exhibit 27** are true and correct copies of two product labels for Honey Bunches of Oats Fruit Blends – Banana Blueberry referenced at paragraphs 183-184 of the Complaint and page 20 of the Appendix.

30. Attached hereto as **Exhibit 28** are true and correct copies of two product labels for Honey Bunches of Oats Fruit Blends – Peach Raspberry referenced at paragraphs 185-186 of the Complaint and page 21 of the Appendix, the only distinction between this label and the label included in the Complaint and Appendix is that this label does not display the statement "20% more bowls than our 14.5 oz size" on the front, upper-left hand corner of the packaging.

31. Attached hereto as **Exhibit 29** is a true and correct copy of the product label for Honey Bunches of Oats Tropical Blends – Mango Coconut referenced at paragraphs 187-188 of the Complaint and page 20 of the Appendix, the only distinction between this label and the label included in the Complaint and Appendix is that this label does not display the statement "20% more bowls than our 14.5 oz size" on the front, upper-left hand corner of the packaging.

32. Attached hereto as **Exhibit 30** is a true and correct copy of the product label for Honey Bunches of Oats Whole Grain Honey Crunch referenced at paragraphs 189-190 of the Complaint and page 22 of the Appendix.

33. Attached hereto as **Exhibit 31** is a true and correct copy of the product label for Honey Bunches of Oats Whole Grain with Vanilla Bunches referenced at paragraphs 191-192 of the Complaint and page 23 of the Appendix.

34. Attached hereto as **Exhibit 32** are true and correct copies of two product labels for Honey Bunches of Oats Greek Honey Crunch referenced at paragraphs 193-194 of the Complaint and page 24 of the Appendix.

35. Attached hereto as **Exhibit 33** is a true and correct copy of the product label for Honey Bunches of Oats Greek Mixed Berry referenced at paragraphs 195-196 of the Complaint and page 24 of the Appendix.

36. Attached hereto as **Exhibit 34** is a true and correct copy of the product label for Honey Bunches of Oats Morning Energy Cinnamon Crunch referenced at paragraphs 197-199 of the Complaint and page 25 of the Appendix.

37. Attached hereto as **Exhibit 35** is a true and correct copy of the product label for Honey Bunches of Oats Morning Energy Chocolatey Almond Crunch referenced at paragraphs 197-199 of the Complaint and page 25 of the Appendix.

38. Attached hereto as **Exhibit 36** is a true and correct copy of the product label for Honey Bunches of Oats Honey Roasted Granola referenced at paragraphs 200-201 of the Complaint and page 26 of the Appendix.

39. Attached hereto as **Exhibit 37** is a true and correct copy of the product label for Honey Bunches of Oats Raspberry Granola referenced at paragraphs 202-203 of the Complaint and page 26 of the Appendix.

40. Attached hereto as **Exhibit 38** is a true and correct copy of the product label for Honey Bunches of Oats Cinnamon Granola referenced at paragraphs 202-203 of the Complaint and page 27 of the Appendix.

41. Attached hereto as **Exhibit 39** is a true and correct copy of the product label for Honey Bunches of Oats Protein Granola with Dark Chocolate referenced at paragraphs 204-205 of the Complaint and page 27 of the Appendix.

42. Attached hereto as **Exhibit 40** are true and correct copies of three product labels for Post Shredded Wheat Honey Nut referenced at paragraphs 206-207 of the Complaint and page 28 of the Appendix.

43. Attached hereto as **Exhibit 41** is a true and correct copy of the product label for Post Shredded Wheat Crunch! referenced at paragraphs 208-209 of the Complaint and page 29 of the Appendix.

44. Attached hereto as **Exhibit 42** are true and correct copies of two product labels for Post Shredded Wheat Lightly Frosted referenced at paragraphs 210-211 of the Complaint and page 29 of the Appendix.

45. Attached hereto as **Exhibit 43** is a true and correct copy of the product label for Good Mornings Cocoa Cinnamon Crunch referenced at paragraphs 213-214 of the Complaint and page 30 of the Appendix.

46. Attached hereto as **Exhibit 44** is a true and correct copy of the product label for Good Mornings Strawberry and Crème referenced at paragraphs 215-216 of the Complaint and page 30 of the Appendix.

47. Attached hereto as **Exhibit 45** is a true and correct copy of the product label for Good Mornings Berry Loops referenced at paragraphs 215-216 of the Complaint and page 31 of the Appendix.

48. Attached hereto as **Exhibit 46** is a true and correct copy of the product label for Good Mornings Waffle Crunch referenced at paragraphs 215-216 of the Complaint and page 31 of the Appendix.

49. Attached hereto as **Exhibit 47** is a true and correct copy of the product label for Good Mornings Vanilla O's referenced at paragraphs 215-216 of the Complaint and page 32 of the Appendix.

50. Attached hereto as **Exhibit 48** is a true and correct copy of the product label for Good Mornings Frosted Flakes referenced at paragraphs 215-216 of the Complaint and page 32 of the Appendix.

51. Attached hereto as **Exhibit 49** are true and correct copies of two product labels for Raisin Bran referenced at paragraphs 217-218 of the Complaint and page 33 of the Appendix.

52. Attached hereto as **Exhibit 50** are true and correct copies of two product labels for Bran Flakes referenced at paragraphs 219-220 of the Complaint and page 33 of the Appendix.

53. Attached hereto as **Exhibit 51** is a true and correct copy of the product label for Alpha-Bits referenced at paragraphs 221-224 of the Complaint and page 34 of the Appendix.

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

6
DECLARATION OF JAMIE OHRT ISO DEFENDANT POST FOODS, LLC'S MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, STAY THIS ACTION UNDER THE DOCTRINE OF PRIMARY JURISDICTION – CASE NO. 3:16-CV-04958-WHO

54. Attached hereto as **Exhibit 52** are true and correct copies of two product labels for Golden Crisp referenced at paragraphs 225-226 of the Complaint and page 34 of the Appendix.

55. Attached hereto as **Exhibit 53** are true and correct copies of two product labels for Honeycomb referenced at paragraphs 227-228 of the Complaint and page 35 of the Appendix.

56. Attached hereto as **Exhibit 54** is a true and correct copy of the product label for Waffle Crisp referenced at paragraphs 229-230 of the Complaint and page 35 of the Appendix.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed in Lakeville, Minnesota on October __, 2016.

By: _/s/ Jamie Ohrt_____
    Jamie Ohrt
7

DECLARATION OF JAMIE OHRT ISO DEFENDANT POST FOODS, LLC'S MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, STAY THIS ACTION UNDER THE DOCTRINE OF PRIMARY JURISDICTION – CASE NO. 3:16-CV-04958-WHO