**APPENDIX 1**

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Selects Blueberry Morning  | • "nutrition Benefits"<br><br>• Whole Grains Council stamp<br><br>• "we blend together these blueberries, bursting with flavor, with the perfect crunch of nutritious multi grain flakes, granola clusters and specially selected almonds" | Sugar, Invert Sugar, Glycerin, Brown Sugar, Corn Syrup | 55g | 220 | 16g | 29.1% | 29.1% | M: 42.1%<br><br>W: 64%<br><br>C: 106.7-133.3% |
| Great Grains Blueberry Morning  | • "Great Grains"<br><br>• "Less processed nutrition you can see"<br><br>• "nutritious Blueberries"<br><br>• "Why less processed? Quite simply, because it's good for you!"<br><br>• "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible. The result? A crispy, delicious, less processed whole grain cereal . . . ."<br><br>• "blueberry morning is bursting with flavor from plump blueberries, crispy multi-grain flakes, crunchy granola clusters and delicious almonds. . . . [I]t's the satisfyingly sweet way to kick start your morning" | Sugar, Invert Sugar, Glycerin, Brown Sugar, Corn Syrup | 55g | 220 | 16g | 29.1% | 29.1% | M: 42.1%<br><br>W: 64%<br><br>C: 106.7-133.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Selects Cranberry Almond Crunch  | • "nutrition benefits" <br><br> • "We specially select cranberries to accompany our other fine ingredients. Buttery-tasting almonds, multi grain flakes and whole grain granola clusters." | Sugar, Glycerin, Brown Sugar, Corn Syrup | 53g | 200 | 14g | 26.4% | 28% | M: 36.8% <br><br> W: 56% <br><br> C: 93.3-116.7% |
| Selects/Great Grains Cranberry Almond Crunch  | • "Great Grains" <br> • "nutritious CRANBERRIES" <br> • "fiber packed" <br> • "scoops of wholesome ALMONDS" <br> • Whole Grains Council Stamp <br> • "You know that when you eat right, you just feel more energetic. That's why starting your day with Great Grains Cranberry Almond Crunch is a great choice. As part of the Great Grains cereal family, Cranberry Almond Crunch provides the goodness of whole grain. We carefully crack the whole wheat berry and add a mix of grains to provide a flake that helps lock in the full flavor and nutrients. When then add in nutritious cranberries, multi grain clusters and scoops of wholesome almonds, so you can have a great tasting breakfast that provides better nutrition. It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!" | Sugar, Glycerin, Brown Sugar, Corn Syrup | 51g | 200 | 13g | 25.5% | 26% | M: 34.2% <br><br> W: 52% <br><br> C: 86.7-108.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Great Grains Cranberry Almond Crunch  | • "Great Grains"<br>• "Less processed nutrition you can see"<br>• "9g of Protein with milk"<br>• "scoops of wholesome Almonds"<br>• "nutritious Cranberries"<br>• "Why less processed? Quite simply because it's good for you!"<br>• "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible. The result? A crispy, delicious, less processed whole grain cereal that's high in natural fiber."<br>• "Our delicious flakes, made with whole grain wheat, barley and oats are combined with nutritious cranberries, multigrain clusters and scoops of wholesome almonds."<br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!" | Sugar, Glycerin, Brown Sugar, Corn Syrup | 56g | 210 | 12g | 21.4% | 22.9% | M: 31.6%<br><br>W: 48%<br><br>C: 80-100% |
| Selects Banana Nut Crunch  | • "nutrition benefits"<br>• "real bananas" | Sugar, Brown Sugar, Corn Syrup | 59g | 240 | 12g | 20.3% | 20% | M: 31.6%<br><br>W: 48%<br><br>C: 80-100% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Great Grains Banana Nut Crunch  | • "Great Grains"<br><br>• "Less processed nutrition you can see"<br><br>• "10g of Protein with milk"<br><br>• "scoops of wholesome Walnuts"<br><br>• "scoops of wholesome Almonds"<br><br>• "real bananas"<br><br>• "Why less processed? Quite simply because it's good for you!"<br><br>• "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible. The result? A crispy, delicious, less processed whole grain cereal that's high in natural fiber."<br><br>• "Our delicious flakes, made with whole grain wheat, barley and oats are combined with real bananas baked into multi grain clusters and scoops of wholesome walnuts and almonds."<br><br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"<br><br>• Whole Grains Council stamp | Sugar, Brown Sugar, Corn Syrup | 59g | 230 | 10g | 16.9% | 17.4% | M: 26.3%<br><br>W: 40%<br><br>C: 66.7-83.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Selects / Great Grains Raisins, Dates & Pecans<br> | • "nutrition benefits"<br><br>• "naturally sweet RAISINS & DATES"<br><br>• "Can eating what's good for you truly feel great? Can something tasty possibly be nutritious? . . . Oh Yeah! With Post Great Grains Raisins, Dates & Pecans discover the best of both worlds – a cereal that's good for you and tastes great too . . . . It's the perfect balance of naturally sweet, chewy raisins and dates, crunchy pecans, multi grain flakes and scrumptious granola clusters. You'll be surprised with every spoonful because what makes us nutritious makes us delicious!" | Brown Sugar, Sugar, Corn Syrup | 54g | 200 | 13g | 24.1% | 26% | M: 34.2%<br><br>W: 52%<br><br>C: 86.7-108.3% |
| Great Grains Raisins, Dates & Pecans<br> | • "Great Grains"<br>• "Less processed nutrition you can see"<br>• "scoops of wholesome Pecans"<br>• "naturally nutritious Raisins & Dates"<br>• "Why less processed? Quite simply because it's good for you!"<br>• "We gently steam, role and bake our whole grains to help maintain the full flavor and nutrition of our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible. The result? A crispy, delicious, less processed whole grain cereal that's high in natural fiber."<br>• "Our delicious flakes are combined with naturally nutritious raisins and dates, multi grain clusters and scoops of wholesome pecans."<br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"<br>• Whole Grains Council stamp | Brown Sugar, Sugar, Corn Syrup | 55g | 210 | 13g | 23.6% | 24.8% | M: 34.2%<br><br>W: 52%<br><br>C: 86.7-108.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Selects Maple Pecan Crunch  | • "nutrition benefits" | Brown Sugar, Sugar, Corn Syrup, Maple Syrup, Honey | 52g | 220 | 12g | 23.1% | 21.8% | M: 31.6% W: 48% C: 80-100% |
| Selects / Great Grains Crunchy Pecans  | • "scoops of wholesome PECANS" • Whole Grain Council stamp • "You know that when you eat right, you just feel more energetic. That's why starting your day with Great Grains Crunchy Pecans is a great choice. As part of the Great Grains cereal family, Crunchy Pecans provides the goodness of the whole grain. Rather than grinding our wheat into flour and then stamping it into uniform flakes, Great Grains gently steams, rolls and bakes our whole wheat to help lock in the full flavor and nutrients. Keeping the whole wheat whole means you have better nutrition! When then add in multi grain clusters and scoops of wholesome pecans, so you can have a great tasting breakfast that truly provides less processed nutrition. It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!" • "To learn more about the benefits of eating less processed food, visit www.greatgrains.com." | Brown Sugar, Sugar, Corn Syrup | 52g | 210 | 8g | 15.4% | 15.2% | M: 21.1% W: 32% C: 53.3-66.7% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Great Grains Crunchy Pecans  | • "Great Grains"<br><br>• "Less processed nutrition you can see"<br><br>• "scoops of wholesome Pecans"<br><br>• "Why less processed? Quite simply because it's good for you!"<br><br>• "We gently steam, role and bake our whole grains to help maintain the full flavor and nutrition of our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible. The result? A crispy, delicious, less processed whole grain cereal that's high in natural fiber."<br><br>• "Our delicious flakes are combined with multi grain clusters and scoops of wholesome pecans."<br><br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!" | Brown Sugar, Sugar, Corn Syrup | 52g | 210 | 8g | 15.4% | 15.2% | M: 21.1%<br><br>W: 32%<br><br>C: 53.3-66.7% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---------|--------------------------------------|----------------------------------|--------------|----------------------|-------------------------|-------------------|-----------------------|---------------------------------------------------------------------|
| Great Grains Blueberry Pomegranate  | • "Great Grains"<br><br>• "Less processed nutrition you can see"<br><br>• "real Pomegranate Juice"<br><br>• "nutritious Blueberries"<br><br>• Whole Grains Council stamp<br><br>• "Why less processed? Quite simply because it's good for you!"<br><br>• "We gently steam, role and bake our whole grains to help maintain the full flavor and nutrition of our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible. The result? A crispy, delicious, less processed whole grain cereal that's high in natural fiber."<br><br>• "Our delicious flakes are combined with multi grain clusters, naturally nutritious blueberries, and cranberries with real pomegranate juice."<br><br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!" | Sugar, Evaporated Cane Juice, Pomegranate Juice Concentrate, Invert Sugar, Glycerin, Brown Sugar, Corn Syrup | 50g | 190 | 13g | 26% | 27.4% | M: 34.2%<br>W: 52%<br>C: 86.7-108.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Great Grains Protein Blend: Honey, Oats & Seeds  | • "Great Grains" <br><br> • "HELPS SUPPORT A HEALTHY METABOLISM" <br><br> • "scoops of wholesome Almonds" <br><br> • "nutritious Pumpkin Seeds" <br><br> • Whole Grains Council stamp <br><br> • "Our delicious flakes, made with whole grain wheat, barley and oats are sweetened with a kiss of honey and combined with scoops of nutritious pumpkin seeds, almonds, and multi grain clusters studded with sunflower seeds." <br><br> • "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!" <br><br> • "Support a Healthy Metabolism" <br><br> • "The process of metabolism establishes the rate at which we burn our calories and, ultimately, how quickly we gain weight or how easily we lose it. Although some factors affecting metabolic rate, like age and genetics can't be changed, there are ways to maximize your metabolism. **Breakfast:** Eat breakfast. One important part of metabolism is how many calories you burn while at rest; did you know that eating breakfast to 'break the fast' can increase your metabolism by as much as 10%? Start your day with the less processed whole grain nutrition of Great Grains Protein Blend to help jumpstart your metabolism. **Protein:** Eat protein. Did you know that protein generally requires about 25% more energy to digest? Because protein takes longer to breakdown than fat and carbohydrate, the body uses more energy to | Sugar, Brown Sugar, Molasses, Honey | 55g | 220 | 9g | 16.4% | 16.4% | M: 23.7% <br><br> W: 36% <br><br> C: 60-75% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| | digest protein and this helps you burn more calories. As a good source of protein, Great Grains Blend can actually help enhance your metabolism!" [ . . . ] **Fiber:** Consume fiber. Diets rich in fiber help keep you fuller longer which is important for weight management. Great Grains Protein Blend can help keep you satisfied with the staying power of . . . fiber."<br><br>• "Why less processed? Quite simply, because it's good for you!"<br><br>• "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners, flavors, or isolated fibers to their flakes. We then add in nutritious nuts and seeds and balance them with our grains for a great taste that's irresistible. The result? A crispy, delicious, less processed whole grain cereal that's high in natural fiber." | | | | | | | |
| Great Grains Protein Blend: Cinnamon Hazelnut<br><br> | • "Great Grains"<br><br>• "HELPS SUPPORT A HEALTHY METABOLISM"<br><br>• "scoops of wholesome Almonds"<br><br>• "nutritious Hazelnuts"<br><br>• "less processed whole grain cereal"<br><br>• Whole Grains Council Stamp<br><br>• "Why Less Processed? Quite simply because it's good for you!"<br><br>• "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners, flavors or | Sugar, Brown Sugar, Corn Syrup, Molasses, Honey | 57g | 230 | 9g | 15.8% | 15.7% | M: 23.7%<br><br>W: 36%<br><br>C: 60-75% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| | isolated fibers to their flakes. We then add in nutritious nuts and balance them with our grains for a great taste that's irresistible. The result? A crispy, delicious, less processed whole grain cereal that's high in natural fiber."<br><br>• "Our delicious flakes, made with whole grain wheat, barley and oats are combined with scoops of wholesome hazelnuts, almonds, and multi grain clusters with real cinnamon."<br><br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"<br><br>• "Support a Healthy Metabolism"<br><br>• "The process of metabolism establishes the rate at which we burn our calories and, ultimately, how quickly we gain weight or how easily we lose it. Although some factors affecting metabolic rate, like age and genetics can't be changed, there are ways to maximize your metabolism." **Breakfast:** Eat breakfast. One important part of metabolism is how many calories you burn while at rest; did you know that eating breakfast to 'break the fast' can increase your metabolism by as much as 10%? Start your day with the less processed whole grain nutrition of Great Grains Protein Blend to help jumpstart your metabolism." **Protein:** Eat protein. Did you know that protein generally requires about 25% more energy to digest? Because protein takes longer to breakdown than fat and carbohydrate, the body uses more energy to digest protein and this helps you burn more calories. As a good source of protein, Great Grains Blend can actually help enhance your metabolism!" [ . . . ] **Fiber:** Consume fiber. Diets rich in fiber help keep you fuller longer which is important for weight management. Great Grains Protein Blend can help keep you satisfied with the staying power of . . . fiber." | | | | | | | |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – Honey Roasted  | • "Our Post Promise \| No High Fructose Corn Syrup"<br><br>• "Heart Healthy / Diets low in saturated fat and cholesterol, and as low as possible in trans fat, **may reduce the risk of heart disease**," together with depiction of heart in circle.<br><br>• Depiction of whole grains in circle on side and front panels (on front panel adjacent to heart in circle vignette, both adjacent to statement "10g Whole Grain per serving.").<br><br>• "a Touch of Honey!"<br><br>• "A delicious, wholesome start to your day!"<br><br>• "4 Wholesome ☺ Grains"<br><br>• "Made with Natural Wildflower Honey"<br><br>• Whole Grains Council Stamp | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey, Malted Corn and Barley Syrup | 30g | 120 | 6g | 20% | 20% | M: 15.7%<br>W: 24%<br>C: 40-50% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – Raisin Medley  | • "Our Post Promise \| No High Fructose Corn Syrup"<br><br>• "4 Wholesome ☺ Grains"<br><br>• "a Touch of Honey!"<br><br>• "Made with Natural Wildflower Honey"<br><br>• "A delicious, wholesome start to your day!"<br><br>• "Heart Healthy / Diets low in saturated fat and cholesterol, and as low as possible in trans fat, may reduce the risk of heart disease," together with depiction of heart in circle.<br><br>•Depiction of whole grains in circle.<br><br>• "With three different kinds of sun-ripened raisins, crispy multigrain flakes and crunchy oat clusters, new Raisin Medley provides the perfect harmony of a wholesome breakfast and tasty morning treat."<br><br>• "heart healthy Honey Bunches of Oats Raisin Medley"<br><br>•Whole Grains Council Stamp | Sugar, Brown Sugar, Glycerin, Corn Syrup, Wildflower Honey, Malted Corn and Barley Syrup | 52g | 200 | 14g | 26.9% | 28% | M: 36.8%<br>W: 56%<br>C: 93.3-116.7% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – With Almonds  | • "a Touch of Honey!"<br>• Whole Grains Council stamp<br>• "A delicious, wholesome start to your day!"<br>• "Heart Healthy / Diets low in saturated fat and cholesterol, and as low as possible in trans fat, may reduce the risk of heart disease," together with depiction of heart in circle.<br>• Depiction of whole grains in circle.<br>• "Our Post Promise \| No High Fructose Corn Syrup"<br>• "4 Wholesome ☺ Grains"<br>• "Made with **Natural Wildflower Honey**" | Sugar, Brown Sugar, Corn Syrup, Malted Corn and Barley Syrup, Wildflower Honey | 32g | 130 | 6g | 18.8% | 18.5% | M: 15.7%<br>W: 24%<br>C: 40-50% |
| Honey Bunches of Oats Cereal – With Pecan Bunches  | • "a Touch of Honey!"<br>• "nutrition benefits"<br>• "Heart Healthy," with adjacent heart vignette<br>• "Heart Healthy / Diets low in saturated fat and cholesterol, and as low as possible in trans fat, may reduce the risk of heart disease," together with heart, or heart in circle vignette.<br>• "Delicious…and Nutritious Too!"<br>• "4 Wholesome ☺ Grains"<br>• "Made with **Natural Wildflower Honey**"<br>• Whole Grains Council stamp | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey, Malted Corn and Barley Syrup | 29g | 120 | 6g | 20.7% | 20% | M: 15.7%<br>W: 24%<br>C: 40-50% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – With Cinnamon Bunches  | • "Our Post Promise \| No High Fructose Corn Syrup" <br><br>• "a Touch of Honey!" <br><br>• "A delicious, wholesome start to your day!" <br><br>• Depiction of whole grains and a heart in two adjacent circles <br><br>• "Heart Healthy / Diets low in saturated fat and cholesterol, and as low as possible in trans fat, may reduce the risk of heart disease," together with heart in circle vignette. <br><br>• Whole Grains Council stamp | Sugar, Brown Sugar, Corn Syrup, Honey, Malted Corn and Barley Syrup | 30g | 120 | 6g | 20% | 20% | M: 15.7% <br> W: 24% <br> C: 40-50% |
| Honey Bunches of Oats Cereal – With Vanilla Bunches  | • "Our Post Promise \| No High Fructose Corn Syrup" <br><br>• Depiction of whole grains and a heart in two adjacent circles <br><br>• "a Touch of Honey!" <br><br>• "4 Wholesome ☺ Grains" <br><br>• "A delicious wholesome start to your day!" <br><br>• "Heart Healthy / Diets low in saturated fat and cholesterol, and as low as possible in trans fat, may reduce the risk of heart disease," together with heart in circle vignette. <br><br>• Whole Grains Council stamp | Sugar, Brown Sugar, Corn Syrup, Honey | 56g | 220 | 12g | 21.4% | 21.8% | M: 31.6% <br> W: 48% <br> C: 80-100% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – With Apples & Cinnamon Bunches  | • "Made with Real Apple Slices"<br><br>• "Made with **Natural Wildflower Honey**"<br><br>• Whole Grains Council stamp | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey, Malted Corn and Barley Syrup, Apple Juice Concentrate | 30g | 120 | 8g | 26.7% | 26.7% | M: 21.1%<br>W: 32%<br>C: 53.3-66.7% |
| Honey Bunches of Oats Cereal – With Real Strawberries  | • "4 Wholesome ☺ Grains"<br><br>• "Made with **Natural Wildflower Honey**"<br><br>• Whole Grains Council stamp | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey, Malted Corn and Barley Syrup | 31g | 120 | 8g | 25.8% | 26.7% | M: 21.1%<br>W: 32%<br>C: 53.3-66.7% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – With Real Peaches  | • "Delicious…and Nutritious Too!"<br>• "LIGHTLY SWEETENED CEREAL"<br>• "BAKED with a TOUCH OF HONEY"<br>• "Touch of Honey!"<br>• "A delicious wholesome start to your day!"<br>• "Heart Healthy / Diets low in saturated fat and cholesterol, and as low as possible in trans fat, may reduce the risk of heart disease," together with heart in circle vignette.<br>• Depiction of whole grains in a circle.<br>• Depiction of whole grains and a heart in two adjacent circles<br>• Whole Grains Council stamp. | Sugar, Brown Sugar, Corn Syrup, Honey, Peach Juice Concentrate | 31g | 120 | 8g | 25.8% | 26.7% | M: 21.1%<br>W: 32%<br>C: 53.3-66.7% |
| Honey Bunches of Oats Cereal – Fruit Blends – Banana Blueberry  | • "a Touch of Honey!"<br>• "4 Wholesome Grains"<br>• "Made with **Natural Wildflower Honey**"<br>• "A delicious, wholesome start to your day!"<br>• "Heart Healthy / Diets low in saturated fat and cholesterol, and as low as possible in trans fat, may reduce the risk of heart disease," together with heart in circle vignette.<br>• Depiction of whole grains in a circle.<br>• Whole Grains Council stamp | Sugar, Brown Sugar, Corn Syrup, Malted Corn and Barley Syrup, Wildflower Honey | 30g | 120 | 6g | 20% | 20% | M: 15.7%<br>W: 24%<br>C: 40-50% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – Fruit Blends – Peach Raspberry  | • "a Touch of Honey!" <br> • "4 Wholesome ☺ Grains" <br> • "Made with **Natural Wildflower Honey**" <br> • "A delicious, wholesome start to your day!" <br> • "Heart Healthy / Diets low in saturated fat and cholesterol, and as low as possible in trans fat, may reduce the risk of heart disease," together with heart in circle vignette. <br> • Depiction of whole grains in a circle. <br> • Whole Grains Council stamp | Sugar, Brown Sugar, Corn Syrup, Malted Corn and Barley Syrup, Wildflower Honey | 30g | 120 | 6g | 20% | 20% | M: 15.7% <br> W: 24% <br> C: 40-50% |
| Honey Bunches of Oats Cereal – Tropical Blends – Mango Coconut  | • "4 Wholesome ☺ Grains" <br> • "Made with **Natural Wildflower Honey**" <br> • Whole Grains Council stamp | Sugar, Brown Sugar, Corn Syrup, Malted Corn and Barley Syrup, Wildflower Honey | 30g | 120 | 6g | 20% | 20% | M: 15.7% <br> W: 24% <br> C: 40-50% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – Whole Grain Honey Crunch  | • "Made with **Natural Wildflower Honey**"<br><br>• Heart design in "I" in "Whole Grain" name<br><br>• "Our Post Promise \| No High Fructose Corn Syrup"<br><br>• "Whole Grain"<br><br>• Whole Grains Council stamp<br><br>• "**WHOLE GRAINS** – good for your **family**, good for your **health**, good for **you.**"<br><br>• "Staring your day with a bowl of Honey Bunches of Oats Whole Grain Cereal is a smart step toward eating a balanced diet."<br><br>• "Honey Bunches of Oats Whole Grain Cereal has it all. . . Fiber fills you up, helps keep you satisfied and is important to help maintain digestive health. **Rich in nutrients**: Honey Bunches of Oats Whole Grain Cereal is rich in nutrients . . . important for moms-to-be and growing children." . . . Whole grains are an important part of a balanced diet, but on average, Americans eat less than 1 serving of whole grains per day." | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey | 56g | 220 | 12g | 21.4% | 21.8% | M: 31.6%<br>W: 48%<br>C: 80-100% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – Whole Grain with Vanilla Bunches<br> | • "Made with Natural Wildflower Honey"<br><br>• Heart design in "I" in "Whole Grain" name.<br><br>• "Our Post Promise \| No High Fructose Corn Syrup"<br><br>• "Whole Grain"<br><br>•Whole Grains Council Stamp<br><br>• "**WHOLE GRAINS** – good for your **family**, good for your **health**, good for **you.**"<br><br>• "Honey Bunches of Oats Whole Grain Cereal has it all. . . . Fiber fills you up, helps keep you satisfied and is important to help maintain digestive health. Rich in nutrients: Honey Bunches of Oats Whole Grain Cereal is rich in nutrients . . . important for moms-to-be and growing children." . . . Whole grains are an important part of a balanced diet, but on average, Americans eat less than 1 serving of whole grains per day."<br><br>• "Staring your day with a bowl of Honey Bunches of Oats Whole Grain Cereal is a smart step toward eating a balanced diet."<br><br>• "Honey Bunches of Oats Whole Grain Cereal has it all. . . . Fiber fills you up, helps keep you satisfied and is important to help maintain digestive health. **Rich in nutrients:** Honey Bunches of Oats Whole Grain Cereal is rich in nutrients . . . important for moms-to-be and growing children." . . . Whole grains are an important part of a balanced diet, but on average, Americans eat less than 1 serving of whole grains per day." | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey | 56g | 220 | 12g | 21.4% | 21.8% | M: 31.6%<br><br>W: 48%<br><br>C: 80-100% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – Greek Honey Crunch  | • "made with real Greek yogurt, crispy whole grain flakes and a touch of honey"<br><br>• "WHOLESOME NUTRITION"<br><br>• "GOODNESS AND TASTE IN EVERY BOWL"<br><br>• "Our Post Promise \| No High Fructose Corn Syrup"<br><br>• Whole Grains Council stamp | Sugar, Corn Syrup, Wildflower Honey, Brown Sugar | 58g | 230 | 13g | 22.4% | 22.6% | M: 34.2%<br>W: 52%<br>C: 86.7-108.3% |
| Honey Bunches of Oats Cereal – Greek Mixed Berry  | • "made with real Greek yogurt, crispy whole grain flakes and a touch of wildflower honey"<br><br>• "made with real fruit"<br><br>• "WHOLESOME NUTRITION"<br><br>• "GOODNESS AND TASTE IN EVERY BOWL"<br><br>• "Our Post Promise \| No High Fructose Corn Syrup"<br><br>• Whole Grains Council stamp | Sugar, Corn Syrup, Wildflower Honey, Brown Sugar, Strawberry Juice Concentrate | 58g | 230 | 13g | 22.4% | 22.6% | M: 34.2%<br>W: 52%<br>C: 86.7-108.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Granola – Honey Roasted  | • "whole grain that . . . the entire family will love!"<br><br>• "Made with **Natural Wildflower Honey**"<br><br>• "Bring your bunch together, anytime anywhere with delicious Honey Bunches of Oats granola. [I]t's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love."<br><br>• Whole Grains Council stamp | Brown Sugar, Corn Syrup, Sugar, Wildflower Honey | 50g | 220 | 12g | 24% | 21.8% | M: 31.6%<br>W: 48%<br>C: 80-100% |
| Honey Bunches of Oats Granola – Raspberry  | • "Made with **Natural Wildflower Honey**"<br><br>• Whole Grains Council stamp | Brown Sugar, Corn Syrup, Sugar, Wildflower Honey | 50g | 230 | 12g | 24% | 20.9% | M: 31.6%<br>W: 48%<br>C: 80-100% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Granola – Cinnamon  | • "Made with **Natural Wildflower Honey**" <br> • Whole Grains Council stamp | Brown Sugar, Corn Syrup, Wildflower Honey, Sugar | 50g | 220 | 12g | 24% | 21.8% | M: 31.6% <br><br> W: 48% <br><br> C: 80-100% |
| Honey Bunches of Oats Protein Granola with Dark Chocolate  | • "PROTEIN GRANOLA" <br><br> • "Made with **Natural Wildflower Honey**" <br><br> • "HELPS FUEL YOUR BODY WITH SUSTAINED ENERGY" <br><br> • "HELPS KEEP YOUR HUNGER SATISFIED" <br><br> • "Honey Bunches of Oats Protein Granola with Dark Chocolate combines our delicious, whole grain oat bunches with protein and mixes them with delicious dark chocolate pieces and just a touch of wildflower honey." <br><br> • Whole Grains Council stamp. | Brown Sugar, Sugar, Corn Syrup, Wildflower Honey | 50g | 220 | 13g | 26% | 23.6% | M: 34.2% <br><br> W: 52% <br><br> C: 86.7-108.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Shredded Wheat Honey Nut  | • "MADE WITH 100% NATURAL WHOLE GRAIN WHEAT WITH HONEY & ALMONDS BAKED IN"<br><br>• "Fact #7: No High Fructose Corn Syrup Unlike Kellogg's Frosted Mini-Wheats Bite Size Cereal."<br><br>• Whole Grains Council stamp<br><br>• "An ingredient list that is so good, we have nothing to hide. Wouldn't it be great if it were easy to understand what is in your food? With Post Shredded Wheat, it's easy to be confident with your breakfast choice. It is made with nothing but goodness, so go ahead and enjoy a bowl."<br><br>• "We make it easy to understand what is in your food—we start with the goodness of whole grain wheat. No artificial flavors or colors added: Our flavor comes from whole grain wheat, honey, almonds, molasses and real sugar. That means vitamin and mineral fortified Post Shredded Wheat Honey Nut contains no High fructose corn syrup or artificial ingredients."<br><br>• "Natural source of fiber."<br><br>• "Post Shredded Wheat is one of the simple things you can do to feel good each day."<br><br>• "THE BISCUIT OF BENEFITS / Post Shredded Wheat Honey Nut is made with 100% whole grain wheat, for a natural source of fiber. . . . So what does this mean in terms of health benefits for you? They are so plentiful, the cereal could be renamed Biscuit of Benefits!" | Sugar, Honey, Molasses | 59g | 220 | 12g | 20.3% | 21.8% | M: 31.6%<br><br>W: 48%<br><br>C: 80-100% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| | • "**Heart Health**: Diets rich in whole grain foods and other plant foods, and low in saturated fat and cholesterol, may help reduce the risk of heart disease."<br><br>• "**Digestive Health**: Diets rich in fiber have many benefits and are important for maintaining digestive health."<br><br>• "Instead of counting servings, enjoy one bowl of Post Shredded Wheat Honey Nut. . . . [Y]ou'll get 100% of what you need for the day in just one bowl!"<br><br>• "Simple things feel good each day. Post Shredded Wheat is one of the simple things you can do to feel good each day."<br><br>• "NATURAL ADVANTAGE" | | | | | | | |
| Shredded Wheat Crunch!<br> | • "POST SHREDDED WHEAT CRUNCH MAY HELP REDUCE THE RISK OF HEART DISEASE"<br><br>• "Diets rich in whole grain foods and other plant foods, and low in saturated fat and cholesterol, may help reduce the risk of heart disease."<br><br>• "Post Shredded Wheat CRUNCH combines bite sized 100% natural whole grain wheat with granola cluster crunch for delicious heart healthy satisfaction. GOODNESS YOU CAN TASTE!"<br><br>• Whole Grains Council Stamp | Sugar, Invert Sugar, Molasses, Corn Syrup | 55g | 210 | 12g | 21.8% | 22.9% | M: 31.6%<br>W: 48%<br>C: 80-100% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Shredded Wheat Lightly Frosted  | • "NATURAL ADVANTAGE"<br><br>• "Lightly Frosted"<br><br>• "nutrition benefits"<br><br>• "Fact #7: No High Fructose Corn Syrup Unlike Kellogg's Frosted Mini-Wheats Bite Size Cereal."<br><br>• Whole Grains Council stamp<br><br>• "sweetened with natural sugar and baked with a hint of brown sugar inside."<br><br>• "unlike some other frosted wheat cereals, Post Shredded Wheat contains no high fructose corn syrup."<br><br>• "Simple goodness"<br><br>• "Shredded Wheat is a delicious way to boost your daily intake of whole grain, natural fiber, and natural antioxidants.<br><br>• The USDA Food Pyramid says to make half your grains whole!"<br><br>• "WHY POST IS THE NATURAL ADVANTAGE / You can feel good about eating Post cereals because for over 100 years we have been making naturally healthy whole grain cereals."<br><br>• "And unlike other cereals that may add fiber or weren't always made from whole grains, Post Shredded Wheat has been made with natural goodness from the start."<br><br>• "WHOLE GRAINS FOR A NATURALLY HEALTHIER YOU" | Sugar, Brown Sugar | 56g | 200 | 12g | 21.4% | 24% | M: 31.6%<br>W: 48%<br>C: 80-100% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| | • "Whole grains provide a number of benefits to keep you healthy . . . naturally!"<br><br>• "**Heart Health:** Diets rich in whole grain foods and low in saturated fat and cholesterol may help reduce the risk of heart disease and certain cancers."<br><br>• "**Digestive Health:** Diets rich in fiber have many benefits and are important for maintaining digestive health."<br><br>• "**Help Promote Healthy Blood Sugar Levels:** A recent study has shown that higher whole grain consumption reduces the risk of Type 2 Diabetes by 21%."<br><br>• "An ingredient list that is so good, we have nothing to hide. Wouldn't it be great if it were easy to understand what is in your food? With Post Shredded Wheat, it's easy to be confident with your breakfast choice. It is made with nothing but goodness, so go ahead and enjoy a bowl."<br><br>• "We make it easy to understand what is in your food—we start with the goodness of whole grain wheat. No artificial flavors or colors added: Our flavor comes from whole grain wheat, honey, almonds, molasses and real sugar. That means vitamin and mineral fortified Post Shredded Wheat Honey Nut contains no High fructose corn syrup or artificial ingredients."<br><br>• "Natural source of fiber."<br><br>• "Post Shredded Wheat is one of the simple things you can do to feel good each day."<br><br>• "THE BISCUIT OF BENEFITS / Post Shredded Wheat Honey Nut is made with 100% whole grain wheat, for a natural source of fiber. . . . So what does this mean in terms of health benefits for you? They are so plentiful, the cereal could be renamed Biscuit of Benefits!" | | | | | | | |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Raisin Bran  | • "nutrition benefits"<br><br>• "contains NO HIGH FRUCTOSE Corn Syrup unlike Kellogg's Raisin Bran"<br><br>• "contains NO HIGH FRUCTOSE Corn Syrup"<br><br>• "Where nutritious and delicious live in harmony"<br><br>• "Raisin Bran is a delicious way to boost your daily intake of whole grain and fiber."<br><br>• MyPyramid.gov vignette & related information<br><br>• "NATURAL ADVANTAGE"<br><br>• Whole Grains Council stamp | Sugar | 59g | 190 | 19g | 32.2% | 40% | M: 50%<br>W: 76%<br>C: 126.7-158.3% |
| Bran Flakes  | • "DIETARY FIBER TO HELP MAINTAIN DIGESTIVE HEALTH"<br><br>• "Contains no high fructose corn syrup"<br><br>• "Made from oven toasted, whole grain wheat and wheat bran"<br><br>• MyPyramid.gov vignette & related information<br><br>• Whole Grains Council stamp<br><br>• "Bran Flakes are a delicious way to boost your daily intake of whole grain and fiber." | Sugar | 30g | 100 | 5g | 16.7% | 20% | M: 13.2%<br>W: 20%<br>C: 33.3-41.7% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| | • "THE IMPORTANCE OF WHOLE GRAIN AND FIBER"<br><br>• "WHOLE GRAINS FOR YOUR HEALTHY LIFESTYLE"<br><br>• "Whole grains provide fiber and other important nutrients to help keep you healthy."<br><br>• "Getting enough fiber in your diet helps naturally regulate your digestive system. Choose a diet rich in a variety if fiber containing foods such as whole grain cereals, breads, and pastas and fruits and vegetables."<br><br>• "FIBER TO HELP WITH WEIGHT MANAGEMENT"<br><br>• "Experts recommend diets rich in fiber to help keep you satisfied while you exercise and cut calories to lose weight. Diets rich in fiber are usually lower in calories and larger in volume than low fiber diets, and require more chewing which helps promote a feeling of fullness and satisfaction after eating." | | | | | | | |
| Alpha-Bits<br> | • "NO HIGH FRUCTOSE CORN SYRUP"<br><br>• "ALPHA-BITS IS A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN"<br><br>• Whole Grains Council stamp | Sugar | 30g | 120 | 6g | 20% | 20% | M: 15.7%<br>W: 24%<br>C: 40-50% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Golden Crisp  | • "Wholesome Sweetened Puffed Wheat Cereal"<br><br>• Vitamin D is "Important for a growing child's health needs"<br><br>• Vitamin D "Promotes health bones and teeth"<br><br>• "NO HIGH FRUCTOSE CORN SYRUP"<br><br>• "Help the Body Release Energy from Food" | Sugar, Corn Syrup, Honey | 27g | 100 | 14g | 51.9% | 56% | M: 36.8%<br>W: 56%<br>C: 93.3-116.7% |
| Honey-Comb  | • "Nutritious Sweetened Corn Oat Cereal"<br><br>• "Why Vitamin D? – Many kids are not getting enough Vitamin D; - Important for a growing child's health needs; - Promotes healthy bones and teeth by helping the body absorb calcium"<br><br>• "Each Serving Helps Start the Day in a HEALTHY Way"<br><br>• Whole Grains Council stamp<br><br>• "Made with Real Honey!" | Sugar, Honey | 32g | 130 | 10g | 31.3% | 30.8% | M: 26.3%<br>W: 40%<br>C: 66.7-83.3% |

| Product | Challenged Health & Wellness Claims | Sweeteners (in Order of Amount) | Serving Size | Calories Per Serving | Grams Sugar Per Serving | % Sugar by Weight | % Calories From Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Waffle Crisp  | • "NO HIGH FRUCTOSE CORN SYRUP!" <br><br> • "Iron & Zinc for Growth" | Sugar <br><br> *Note: Also made with PHVO containing artificial trans fat | 30g | 120 | 12g | 40% | 40% | M: 31.6% <br><br> W: 48% <br><br> C: 80-100% |