**VENABLE LLP**
Angel A. Garganta (SBN 163957)
Email: agarganta@venable.com
Robert L. Meyerhoff (SBN 298196)
Email: rlmeyerhoff@venable.com
Cody S. Lonning (SBN 301972)
Email: cslonning@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:   415.653.3755

Attorneys for Defendant
POST FOODS, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK, and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public, <br><br> Plaintiffs, <br><br> v. <br><br> POST FOODS, LLC, <br><br> Defendant. | CASE NO.: 3:16-cv-04958-WHO <br><br> Hon. William H. Orrick <br><br> **JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** <br><br> Local Rule 6-1(b) <br><br> Action Filed:   August 29, 2016 <br> Trial Date:   None |

1 | Pursuant to Local Rule 6-1(b), it is stipulated between and among Plaintiffs Debbie Krommenhock and Stephen Hadley ("Plaintiffs") and Defendant Post Foods, LLC ("Defendant"), by their respective counsel, as follows:

  1. Defendant was served with Plaintiffs' First Amended Complaint ("FAC") on November 14, 2016;

  2. Defendant's response to the FAC is currently due on or before November 28, 2016;

  3. Defendant plans to file a Rule 12 motion;

  4. Plaintiffs and Defendant have agreed to extend the time within which Defendant has to respond to the FAC and the subsequent briefing schedule as follows:

     a. Defendant's response to Plaintiffs' first amended complaint to be due on or before December 16, 2016;

     b. Plaintiffs' opposition to Defendant's motion to be due on or before January 13, 2017;

     c. Defendant's reply to Plaintiffs' opposition to be due on or before January 27, 2017;

**IT IS SO STIPULATED.**

DATED: November 16, 2016        **VENABLE LLP**

                                By:   /s/ Angel A. Garganta
                                      Angel A. Garganta
                                      505 Montgomery St., Suite 1400
                                      San Francisco, CA 94111
                                      Telephone: (415) 653-3750
                                      Facsimile: (415) 653-3755

                                Attorneys for Defendant Post Foods, LLC

| | | |
|---|---|---|
| DATED:  November 16, 2016 | | **LAW OFFICE OF JACK FITZGERALD PC** |
| | By: | /s/ Jack Fitzgerald |
| | | Jack Fitzgerald |
| | | Hillcrest Professional Building |
| | | 3636 Fourth Avenue, Suite 202 |
| | | San Diego, CA 921035 |
| | | Telephone: (619) 692-3840 |
| | | Facsimile:  (619) 362-9555 |
| | | Attorneys for Plaintiffs Debbie Krommenhock and Stephen Hadley |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Stipulation Extending Briefing Schedule is GRANTED as modified below.

Defendant's response to Plaintiffs' First Amended Complaint ("FAC") is currently due on or before November 28, 2016. The subsequent deadlines to respond to Defendant's anticipated Rule 12 motion are as follows:

1. Defendant's response to the FAC is due on or before December 16, 2016;
2. Plaintiffs' opposition to Defendant's motion is due on or before January 13, 2017;
3. Defendant's reply in support of its motion is due on or before January 27, 2017; and
4. The hearing on the motion to dismiss is set for February 15, 2017 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 16, 2016

_____
Hon. William H. Orrick III
United State District Judge