**VENABLE LLP**
Angel A. Garganta (SBN 163957)
Email: agarganta@venable.com
Robert L. Meyerhoff (SBN 298196)
Email: rlmeyerhoff@venable.com
Cody S. Lonning (SBN 301972)
Email: cslonning@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:    415.653.3755

Attorneys for Defendant
POST FOODS, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK, and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>POST FOODS, LLC,<br><br>Defendant. | CASE NO.: 3:16-cv-04958-WHO<br><br>**DECLARATION OF MARK ARRINGTON IN SUPPORT OF DEFENDANT POST FOODS, LLC'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, STAY THIS ACTION UNDER THE DOCTRINE OF PRIMARY JURISDICTION**<br><br>Date:     February 15, 2017<br>Time:    2:00 p.m.<br>Dept:     Courtroom 2<br>Judge:   Hon. William H. Orrick<br><br>Action Filed:     August 29, 2016<br>Trial Date:        None. |

**DECLARATION OF MARK ARRINGTON**

I, Mark Arrington, declare as follows:

1. I am Vice President, Sales Support and Development at Post Consumer Brands, LLC, which is the parent company of Defendant Post Foods, LLC ("Post"). I have personal knowledge of the matters set forth in this declaration and if called as a witness I could and would testify competently to them.

2. Post has discontinued the following products identified in the First Amended Complaint ("FAC"), and those products are not being sold or distributed by Post as of December 16, 2016:

- Selects Blueberry Morning (FAC, at ¶ 128)
- Selects Cranberry Almond Crunch (*id*. at ¶ 132)
- Selects Banana Nut Crunch (*id*. at ¶ 138)
- Selects Great Grains Raisins, Dates & Pecans (*id*. at ¶ 142)
- Selects Maple Pecan Crunch (*id*. at ¶ 146)
- Great Grains Blueberry Pomegranate (*id*. at ¶ 152)
- Great Grains Protein Blend: Honey, Oats & Seeds (*id.* at ¶ 154)
- Great Grains Protein Blend: Cinnamon Hazelnut (*id.* at ¶ 157)
- Honey Bunches of Oats – Raisin Medley (*id*. at ¶ 162)
- Honey Bunches of Oats With Real Peaches (*id*. at ¶ 177)
- Honey Bunches of Oats Fruit Blends – Banana Blueberry (*id*. at ¶ 179)
- Honey Bunches of Oats Fruit Blends – Peach Raspberry (*id*. at ¶ 181)
- Honey Bunches of Oats Tropical Blends – Mango Coconut (*id*. at ¶ 183)
- Honey Bunches of Oats – Greek Honey Crunch (*id*. at ¶ 189)
- Honey Bunches of Oats – Greek Mixed Berry (*id*. at ¶ 191)
- Honey Bunches of Oats Granola – Raspberry (*id*. at ¶ 195)
- Honey Bunches of Oats Granola – Cinnamon (*id*. at ¶ 195)
- Shredded Wheat Crunch! (*id*. at ¶ 201)
- Shredded Wheat Lightly Frosted (*id*. at ¶ 203)

- Great Grains Digestive – Vanilla Graham (*id.* at ¶ 221(l))
- Great Grains Digestive – Berry Medley (*id.* at ¶ 221(l))

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed in Lakeville, Minnesota on December 12, 2016.

By: /s/ Mark Arrington