**VENABLE LLP**
Angel A. Garganta (SBN 163957)
Email: agarganta@venable.com
Robert L. Meyerhoff (SBN 298196)
Email: rlmeyerhoff@venable.com
Cody S. Lonning (SBN 301972)
Email: cslonning@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:   415.653.3755

Attorneys for Defendant
POST FOODS, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK, and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>POST FOODS LLC,<br><br>Defendant. | CASE NO.: 3:16-cv-04958-WHO<br><br>**DECLARATION OF ANGEL A. GARGANTA IN SUPPORT OF DEFENDANT POST FOODS, LLC'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, STAY THIS ACTION UNDER THE DOCTRINE OF PRIMARY JURISDICTION**<br><br>Date:   February 15, 2017<br>Time:   2:00 p.m.<br>Dept:   Courtroom 2<br>Judge:   Hon. William H. Orrick<br><br>Action Filed:   August 29, 2016<br>Trial Date:   None. |

## DECLARATION OF ANGEL A. GARGANTA

I, Angel A. Garganta, declare as follows:

1. I am an attorney at law duly admitted to practice in the State of California and before this Court. I am a Partner at Venable LLP, counsel of record for Defendant Post Foods, LLC ("Post") in the above-entitled action. I have personal knowledge of the matters set forth in this declaration and if called as a witness I could and would testify competently to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a list of Post's Products identified in the First Amended Complaint ("FAC") which neither Plaintiff is alleged to have purchased.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a list of Post's Products identified in the FAC which Plaintiffs allegedly purchased or which Plaintiff Hadley allegedly believes that he may have purchased.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the United States Department of Agricultural and United States Department of Health and Human Services, "Dietary Guidelines for Americans, 2010."

5. Attached hereto as **Exhibit 4** is a true and correct copy of Part D, Chapter 5 of the United States Department of Agricultural and United States Department of Health and Human Services, "Scientific Report of the 2015 Dietary Guidelines Advisory Committee: Advisory Report to the Secretary of Health and Human Services and the Secretary of Agriculture" (February 2015).

6. Attached hereto as **Exhibit 5** is a true and correct copy of Jennifer L. Harris, et al., "Effects of Serving High-Sugar Cereals on Children's Breakfast-Eating Behavior," Pediatrics, Vol. 127, Issue 1 (Jan. 2011).

7. Attached hereto as **Exhibit 6** is a true and correct copy of a chart identifying, for each of Post's Products referenced in Plaintiffs' FAC and Appendix to the FAC, the challenged labeling statements that Post contends are preempted nutrient content claims, preempted health claims, and non-actionable puffery.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the FDA's Response Letter to ConAgra Foods, Inc.'s Qualified Health Claim Petition, Docket No. FDA-2012-Q-0242.

9. Attached hereto as **Exhibit 8** is a true and correct copy of United States Food and Drug Administration, Guidance for Industry: A Food Labeling Guide (11. Appendix C: Health Claims), Labeling & Nutrition (August 20, 2015).

10. Attached hereto as **Exhibit 9** is a true and correct copy of Bray, G.A., et al., "Consumption of high-fructose corn syrup in beverages may play a role in the epidemic of obesity," American Journal of Clinical Nutrition, Vol. 79 (2004).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed in San Francisco, California on December 16, 2016.

By: */s/ Angel A. Garganta*
      Angel A. Garganta