**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

***Counsel for Plaintiffs and the Putative Class***

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>       Plaintiffs,<br><br>              v.<br><br>POST FOODS LLC,<br><br>       Defendant. | Case No. 3:16-cv-04958-WHO (JSC)<br><br>**DECLARATION OF MELANIE PERSINGER IN OPPOSITION TO POST'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:        February 15, 2017<br>Time:        2:00 p.m.<br>Dept:        Courtroom 2<br>Judge:       Hon. William H. Orrick |

I, Melanie Persinger, declare as follows:

1.     I am a member in good standing of the State Bar of California; of the United States District Courts for the Northern, Central, and Southern Districts of California; and of the United States Court of Appeals for the Ninth Circuit. I am counsel for plaintiffs in this action. I make this declaration based on my own personal knowledge.

2.     Attached as <u>Exhibit 1</u> is a true and correct copy of Johnson, R.K., et al., on behalf of the American Heart Association Nutrition Committee of the Council on Nutrition, Physical Activity, and Metabolism and Council on Epidemiology and Prevention, "Dietary Sugars Intake and Cardiovascular Health: A Scientific Statement From the American Heart Association," *Circulation*, Vol. 120, 1011-20, at 1016-17 (2009).

3.     Attached as <u>Exhibit 2</u> is a true and correct copy of a *New York Times* article titled "How the Sugar Industry Shifted Blame to Fat," written by Anahad O'Connor, and dated September 12, 2016. I obtained this article on December 20, 2016 from the following URL: http://mobile.nytimes.com/2016/09/13/well/eat/how-the-sugar-industry-shifted-blame-to-fat.html.

4.     Attached as <u>Exhibit 3</u> is a true and correct copy of an article published in the *Journal of the American Medical Association Internal Medicine*, Vol. 176, No. 11, 1680-85 (2016), titled  "Sugar Industry and Coronary Heart Disease Research: A Historical Analysis of Internal Industry Documents," authored by Cristin E. Kearns, DDS, MBA; Laura A. Schmidt, PhD, MSW, MPH; and Stanton A. Glantz, PhD.

5.     Attached as <u>Exhibit 4</u> is a true and correct copy of a *Mother Jones* article titled, "Big Sugar's Sweet Little Lies, How the industry kept scientists from asking: Does sugar kill?" published in the November/December 2012 Issue, and authored by Gary Taubes and Cristen Kearns Couzens. I obtained this article on November 23, 2016 from the following URL: http://www.motherjones.com/environment/2012/10/sugar-industry-lies-campaign.

6.     Attached as <u>Exhibit 5</u> is a true and correct copy of a Confidential Memorandum from The Sugar Association to the Public Communications Committee, dated July 17, 1975. I obtained this document from the *Mother Jones* website on January 3, 2017 from the

1

1  following URL: http://www.motherjones.com/documents/472453-confidential-memo-to-
2  the-public-communications.

3      7.      Attached as <u>Exhibit 6</u> is a true and correct copy of a press release from The Sugar
4  Associations, Inc., titled "Scientists Dispel Sugar Fears." I obtained this document from the
5  *Mother Jones* website on January 3, 2017 from the following URL:
6  http://www.motherjones.com/documents/472416-scientists-dispel-sugar-fears.

7      8.      Attached as <u>Exhibit 7</u> is a true and correct copy of excerpts of the Scientific
8  Report of the 2015 Dietary Guidelines Advisory Committee (February 2015), which I
9  downloaded from health.gov on January 3, 2017, at the following URL:
10  https://health.gov/dietaryguidelines/2015-scientific-report/.

11      9.      Table D6.1 in the Scientific Report of the 2015 Dietary Guidelines Advisory
12  Committee shows "Empty calorie limits available for added sugars" in both number of
13  calories, and as a percentage of total calories for various calorie levels. The average percent
14  of calories in this table is 5.9%, which I calculated by adding all of the percentages shown in
15  the lower portion of the chart (282%), and dividing that number by the total number of entries
16  (48), to equal 5.875%, which I then rounded to 5.9%.

17      10.    Attached as <u>Exhibit 8</u> is a chart regarding Post's use of "No High Fructose Corn
18  Syrup" claims on the challenged products and whether Post's use violates 21 C.F.R. §
19  101.60(c).

20      11.    Attached as <u>Exhibit 9</u> is a true and correct copy of the order overruling
21  defendant's demurrer to complaint in *Ducorsky v. Premier Organics*, No. HG16801566 (Cal.
22  Super. Ct.).

23      12.    Attached as <u>Exhibit 10</u> is a true and correct copy of excerpts from the Transcript
24  of the November 30, 2016 Initial Case Management Conference in *Hadley v. Kellogg Sales*
25  *Co.*, No. 5:16-cv-04955-LHK-HRL (C.D. Cal.).

26      13.    Attached as <u>Exhibit 11</u> is a table showing Post cereals purchased by plaintiffs
27  that are substantially similar to each of the Post cereals not purchased by plaintiffs.

28

*Krommenhock et al. v. Post Foods LLC*, No. 16-cv-4958-WHO (JSC)
DECLARATION OF MELANIE PERSINGER

1       I declare under penalty of perjury that the foregoing is true and correct to the best of

2  my knowledge.

3       Executed this 13th day of January, 2017, in San Diego, California

4                    By:    /s/ Melanie Persinger

5                        Melanie Persinger

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Krommenhock et al. v. Post Foods LLC*, No. 16-cv-4958-WHO (JSC)

DECLARATION OF MELANIE PERSINGER

# Exhibit 1

# AHA Scientific Statement

# Dietary Sugars Intake and Cardiovascular Health
## A Scientific Statement From the American Heart Association

Rachel K. Johnson, PhD, MPH, RD, Chair; Lawrence J. Appel, MD, MPH, FAHA;
Michael Brands, PhD, FAHA; Barbara V. Howard, PhD, FAHA;
Michael Lefevre, PhD, FAHA; Robert H. Lustig, MD; Frank Sacks, MD, FAHA;
Lyn M. Steffen, PhD, MPH, RD, FAHA; Judith Wylie-Rosett, EdD, RD;
on behalf of the American Heart Association Nutrition Committee of the Council on Nutrition,
Physical Activity, and Metabolism and the Council on Epidemiology and Prevention

*Abstract*—High intakes of dietary sugars in the setting of a worldwide pandemic of obesity and cardiovascular disease have heightened concerns about the adverse effects of excessive consumption of sugars. In 2001 to 2004, the usual intake of added sugars for Americans was 22.2 teaspoons per day (355 calories per day). Between 1970 and 2005, average annual availability of sugars/added sugars increased by 19%, which added 76 calories to Americans' average daily energy intake. Soft drinks and other sugar-sweetened beverages are the primary source of added sugars in Americans' diets. Excessive consumption of sugars has been linked with several metabolic abnormalities and adverse health conditions, as well as shortfalls of essential nutrients. Although trial data are limited, evidence from observational studies indicates that a higher intake of soft drinks is associated with greater energy intake, higher body weight, and lower intake of essential nutrients. National survey data also indicate that excessive consumption of added sugars is contributing to overconsumption of discretionary calories by Americans. On the basis of the 2005 US Dietary Guidelines, intake of added sugars greatly exceeds discretionary calorie allowances, regardless of energy needs. In view of these considerations, the American Heart Association recommends reductions in the intake of added sugars. A prudent upper limit of intake is half of the discretionary calorie allowance, which for most American women is no more than 100 calories per day and for most American men is no more than 150 calories per day from added sugars. (*Circulation*. 2009; 120:1011-1020.)

**Key Words:** AHA Scientific Statements ■ cardiovascular diseases ■ carbohydrates, dietary ■ diet ■ beverages ■ carbonated beverages ■ lipids

New evidence on the relationship between intake of sugars and cardiovascular health has emerged since the last American Heart Association (AHA) scientific statement was published in 2002.[1] In 2006, the AHA published revised diet and lifestyle recommendations that recommend minimizing the intake of beverages and foods with added sugars.[2] The present statement expands on that recommendation by reviewing the evidence for recommending a specific upper limit of intake for added sugars. Because the focus of the present statement is on added sugars, recommendations for intake of naturally occurring sugars and complex carbohydrates are beyond its scope.

## Consumption of Sugars in the United States
Sugars are a ubiquitous component of our food supply and are consumed as a naturally occurring component of many foods and as additions to foods during processing, preparation, or at the table.[3] There are various definitions for *sugar*. Table 1

The American Heart Association makes every effort to avoid any actual or potential conflicts of interest that may arise as a result of an outside relationship or a personal, professional, or business interest of a member of the writing panel. Specifically, all members of the writing group are required to complete and submit a Disclosure Questionnaire showing all such relationships that might be perceived as real or potential conflicts of interest.

This statement was approved by the American Heart Association Science Advisory and Coordinating Committee on June 26, 2009. A copy of the statement is available at http://www.americanheart.org/presenter.jhtml?identifier=3003999 by selecting either the "topic list" link or the "chronological list" link (No. KJ-0727). To purchase additional reprints, call 843-216-2533 or e-mail kelle.ramsay@wolterskluwer.com

The American Heart Association requests that this document be cited as follows: Johnson RK, Appel LJ, Brands M, Howard BV, Lefevre M, Lustig RH, Sacks F, Steffen LM, Wylie-Rosett J; on behalf of the American Heart Association Nutrition Committee of the Council on Nutrition, Physical Activity, and Metabolism and the Council on Epidemiology and Prevention. Dietary sugars intake and cardiovascular health: a scientific statement from the American Heart Association. *Circulation*. 2009;120:1011–1020.

Expert peer review of AHA Scientific Statements is conducted at the AHA National Center. For more on AHA statements and guidelines development, visit http://www.americanheart.org/presenter.jhtml?identifier=3023366.

Permissions: Multiple copies, modification, alteration, enhancement, and/or distribution of this document are not permitted without the express permission of the American Heart Association. Instructions for obtaining permission are located at http://www.americanheart.org/presenter.jhtml?identifier=4431. A link to the "Permission Request Form" appears on the right side of the page.

© 2009 American Heart Association, Inc.

*Circulation* is available at http://circ.ahajournals.org

DOI: 10.1161/CIRCULATIONAHA.109.192627

Downloaded from http://circ.ahajournals.org/ by guest on February 3, 2015

**Table 1.   Common Definitions**

*Simple carbohydrates* (sugars) refers to monosaccharides and disaccharides. Monosaccharides include glucose, galactose, and fructose. Dextrose is synonymous with glucose. Fructose is the most common naturally occurring monosaccharide, found in fruits and vegetables. Common disaccharides include sucrose (glucose plus fructose), which is found in sugar cane, sugar beets, honey, and corn syrup; lactose (glucose plus galactose), found in milk products; and maltose (glucose plus glucose), found in malt.

*Complex carbohydrates* refers to glucose-containing polysaccharides, such as starch.

*Naturally occurring (intrinsic) sugars* refers to sugars that are an integral part of whole fruit, vegetable, and milk products.

*Added (extrinsic) sugars* refers to sugars and syrups added to foods during processing or preparation and includes sugars and syrups added at the table.

*Total sugars* are defined as all sugars (naturally occurring and added) in foods and beverages.

*High-fructose corn syrup* is produced from corn syrup (nearly all glucose), which undergoes enzymatic processing to increase the fructose content and is then mixed with glucose.

**Table 2.   Usual Intake of Added Sugars (in Teaspoons),* 2001–2004**

| Age, y | n | Mean | SE |
|---|---|---|---|
| 1–3 | 1515 | 12.2 | 0.33 |
| 4–8 | 1701 | 21.0 | 0.54 |
| Males 9–13 | 1061 | 29.2 | 0.92 |
| Males 14–18 | 1424 | 34.3 | 1.03 |
| Males ≥19 | 4650 | 25.4 | 0.48 |
| Females 9–13 | 1112 | 23.2 | 0.82 |
| Females 14–18 | 1362 | 25.2 | 0.71 |
| Females ≥19 | 5063 | 18.3 | 0.37 |
| All persons ≥1 | 17 888 | 22.2 | 0.29 |

n Indicates number of persons in sample; SE, standard error of the mean (degrees of freedom=30).

*Includes white, brown, and raw sugar; syrup; honey; and molasses, eaten separately or used as ingredients in processed or prepared foods such as breads, cakes, soft drinks, jams, and ice cream.

One teaspoon of added sugars has the same amount of total sugars as 1 teaspoon (4 g) of table sugar (sucrose).

Adapted from National Cancer Institute.[9]

lists the common descriptions and definitions of sugars used in the literature.

As expected, a healthy, well-balanced diet contains naturally occurring sugars, because monosaccharides such as fructose and disaccharides such as sucrose and lactose are integral components of fruit, vegetables, dairy products, and many grains. In addition, sugars add desirable sensory effects to many foods, and a sweet taste promotes enjoyment of meals and snacks. In fact, when sugars are added to otherwise nutrient-rich foods, such as sugar-sweetened dairy products like flavored milk and yogurt and sugar-sweetened cereals, the quality of children's and adolescents' diets improves,[4,5] and in the case of flavored milks, no adverse effects on weight status were found.[6] However, deleterious health effects may occur when sugars are consumed in large amounts.

Food availability data (also called *disappearance data*), used in conjunction with self-reported food consumption data from nationwide surveys, provide information on consumption of sugars in the United States. According to the US Department of Agriculture's Economic Research Service, between 1970 and 2005, sugars and sweeteners available for consumption increased by an average of 76 calories per day, from 25 teaspoons (400 calories) to 29.8 teaspoons (476 calories), which corresponds to a 19% increase.[7] Bray et al[8] estimated that intake of added sugars increased from 235 kcal/d per person in 1977 to 1978 to 318 kcal/d per person in 1994 to 1995, and high-fructose corn syrup intake increased from 80 to 132 kcal/d per person during the same time period.

*Added sugars* are defined as sugars and syrups that are added to foods during processing or preparation, including sugars and syrups added at the table. Between 1994 and 2002, Americans' intake of added sugars remained high and unchanged among 6- to 19-year-olds and increased among those 20 years old and older (personal correspondence from A.J. Moshfegh, US Department of Agriculture, Food Surveys Research Group, October 2007). The National Cancer Institute recently estimated usual intakes of added sugars on the basis of data from the 2001 to 2004 National Health and Nutrition Examination Survey (NHANES). The mean intake for all persons was 22.2 teaspoons per day (355 calories); 14- to 18-year-old children had the highest intakes at 34.3 teaspoons per day (549 calories[9]; Table 2). On the basis of principles elucidated in the 2005 US Dietary Guidelines,[10] the MyPyramid World Wide Web site[11,12] estimates that these intakes far exceed the allowance for discretionary calories, regardless of energy needs (Table 3).

Increases in the intake of soft drinks, fruit drinks, desserts, sugars and jellies, candy, and ready-to-eat cereals largely account for the increased energy intake from sugars/added sugars. Soft drinks and other sugar-sweetened beverages are the primary source of added sugars in Americans' diets[13] (Table 4). Between 1970 and 2000, per-person daily consumption of caloric soft drinks increased 70%, from 7.8 to 13.2 ounces.[14]

Currently, US food labels contain information on total sugars per serving but do not distinguish between sugars that are naturally present in foods and added sugars. Thus, it is difficult for consumers to determine the amount of added sugars in foods and beverages. In 2006, the US Department of Agriculture published a database for the added sugar content of selected foods.[15] In addition, several voluntary food-labeling systems are in place or are being developed, some of which include criteria for limiting added sugars. These include the Smart Choices Program,[16] the Hannaford's grocery chain Guiding Stars program,[17] the Overall Nutrient Quality Index,[18] and the Nutrient Rich Foods Coalition nutrient density score.[19]

## Fructose

Originally proposed as the ideal sweetener for people with diabetes mellitus because of its inability to stimulate insulin secretion, fructose consumption has been indirectly implicated in the epidemics of obesity and type 2 diabetes mellitus.[20–22] Fructose is a monosaccharide naturally found in fruits and honey. Many consumers mistakenly believe that

Downloaded from http://circ.ahajournals.org/ by guest on February 3, 2015

**Table 3.   Discretionary Calories Allowance and Examples of How These Calories May Be Divided Between Solid Fats and Added Sugars on the Basis of the US Department of Agriculture Food Guide**

| | Food Guide Daily Calorie Level | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1200 | 1400 | 1600* | 1800 | 2000 | 2200 | 2400 | 2600 | 2800 | 3000 |
| Discretionary calories† | 171 | 171 | 132 | 195 | 267 | 290 | 362 | 410 | 426 | 512 |
| Discretionary calories as a % of total calories | 14 | 12 | 8 | 11 | 13 | 13 | 15 | 16 | 15 | 17 |
| Solid fats, g‡ | 14 | 14 | 11 | 15 | 18 | 19 | 22 | 24 | 24 | 29 |
| Added sugars, g (tsp)§ | 16 (4) | 16 (4) | 12 (3) | 20 (5) | 32 (8) | 36 (9) | 48 (12) | 56 (14) | 60 (15) | 72 (18) |

*The discretionary calorie allowance suggested for the 1600-calorie level is lower than the 1400-calorie pattern because it traditionally represents a calorie recommendation for young children (4 to 8 years of age). To accommodate all of the food groups to meet nutrient requirements for this age group, fewer calories are available for a discretionary calorie allowance.

†Total discretionary calories should be limited to the amounts shown in the Table at each calorie level. The calories assigned to discretionary calories may be used to increase intake from the basic food groups; to select foods from these groups that are higher in fat or that have added sugars; to add oils, solid fats, or sugars to foods or beverages; or to consume alcohol.

‡Amounts of solid fats listed in the Table represent approximately 7% to 8% of calories from saturated fat. Foods in each food group are represented in their lowest-fat forms, such as fat-free milk and skinless chicken. Solid fats shown in this Table represent the amounts of fats that may be added in cooking or at the table, as well as fats consumed when higher-fat items are selected from the food groups (eg, whole milk instead of fat-free milk, chicken with skin, or cookies instead of bread) without exceeding the recommended limits on saturated fat intake. Solid fats include meat and poultry fats eaten either as part of the meat or poultry product or separately; milk fat, such as that in whole milk, cheese, and butter; shortenings used in baked products; and hard margarines.

§Added sugars are the sugars and syrups added to foods and beverages in processing or preparation, not the naturally occurring sugars in fruits or milk. The amounts of added sugars suggested in the example are not specific recommendations for amounts of added sugars to consume but rather represent the amounts that can be included at each calorie level without overconsuming calories. The suggested amounts of added sugars may be helpful as part of the Food Guide to allow for some sweetened foods or beverages without exceeding energy needs. This use of added sugars as a calorie balance requires 2 assumptions: (1) That selections are made from all food groups in accordance with the suggested amounts, and (2) that additional fats are used in the amounts shown, which, together with the fats in the core food groups, represent approximately 27% to 30% of calories from fat.

Adapted from US Department of Health and Human Services and US Department of Agriculture, *Dietary Guidelines for Americans, 2005*.[10]

high-fructose corn syrup is pure fructose. High-fructose corn syrup is composed of either 42% or 55% fructose and is similar in composition to table sugar (sucrose).[23,24] High-fructose corn syrup is the sweetener commonly used by the beverage industry.

Cross-sectional studies in humans link soft drink consumption with higher energy intake, greater body weight, and poor nutrition[25,26] and suggest that excessive fructose consumption is playing a role in the epidemics of insulin resistance, obesity, hypertension, dyslipidemia, and type 2 diabetes mellitus in humans.[20,27–30] For example, a recent, albeit small, metabolic study in overweight and obese adults suggests that consumption of fructose-sweetened beverages leads to dyslipidemia, increased fasting blood glucose, decreased insulin

**Table 4.   Major Sources of Added Sugars in the American Diet**

| Food Categories | Contribution to Added Sugars Intake (% of Total Added Sugars Consumed) |
|---|---|
| Regular soft drinks | 33.0 |
| Sugars and candy | 16.1 |
| Cakes, cookies, pies | 12.9 |
| Fruit drinks (fruitades and fruit punch) | 9.7 |
| Dairy desserts and milk products (ice cream, sweetened yogurt, and sweetened milk) | 8.6 |
| Other grains (cinnamon toast and honey-nut waffles) | 5.8 |

Food groups that contribute more than 5% of the added sugars to the American diet are listed in decreasing order.

Data derived from Guthrie and Morton.[13]

sensitivity, and increased visceral adiposity.[31] Other trials have documented that limiting soft drink consumption has modest beneficial effects on weight in children.[32,33]

## Glucose-Insulin Response

Many factors influence the body's glucose response to foods, including the composition of the food (fat, protein, sugar, starch, and fiber content), the method of food processing and preparation, the combination of foods eaten, and physiological factors including age and body composition.[34–36] Glucose control is the net effect of metabolic processes that remove glucose from the blood for either glycogen synthesis or energy production and of gluconeogenesis and glycogenolysis, which return glucose to the blood. The rise in blood glucose after consumption of a carbohydrate triggers the release of insulin and at the same time reduces the secretion of glucagon.[37]

There is a common belief that consumption of sucrose results in higher blood glucose levels than consumption of starch; however, the form of starch (cooked versus uncooked) results in different glucose responses. Cooked starch, such as bread, rice, and potatoes, evokes glucose responses similar to glucose, whereas uncooked starch is more slowly absorbed than cooked starch, resulting in a lower glycemic response.[38] However, cooked whole oats produce a relatively low glucose response, whereas most raw processed cereals produce very high responses. Thus, processing and preparation are key factors in the body's glucose response to food processing.

In a feeding study of 10 healthy adults, glucose and insulin responses were determined for high-sugar refined-grain snacks (chocolate-coated candy bar, cola drink with crisps) and whole-food snacks (raisins and peanuts; bananas and

Downloaded from http://circ.ahajournals.org/ by guest on February 3, 2015

peanuts) of similar energy and fat content. Consumption of the sugary refined-grain snacks resulted in higher glucose and insulin levels than consumption of the whole-food snacks, which suggests that the glycemic response to food is influenced by the carbohydrate content and physical state of the food, such as processed or whole, liquid or solid.[39] Fiber content was also higher in the whole-food snacks than in the high-sugar refined-grain snacks, which contributed to a reduced postprandial glucose response with the whole-food snacks compared with the refined-grain snacks.[40]

## Effects of Dietary Sugars on Blood Pressure, Lipids, and Inflammation

An emerging but inconclusive body of evidence suggests that increased intake of added sugars might raise blood pressure.[41–43] Studies include animal studies in which rats were fed high doses of fructose, acute ingestion studies in which humans were fed high doses of different sugars, and more recently, epidemiological studies, such as the Framingham Heart Study, in which consumption of ≥1 soft drink per day significantly increased the odds of developing high blood pressure.[30] Nonetheless, results from studies in humans are inconsistent,[44,45] and the chronic effects of a high intake of simple sugars on blood pressure remain uncertain.

It is well established that when used to replace dietary fats, carbohydrates can elevate plasma triglyceride levels and lower levels of high-density lipoprotein cholesterol[46–48]; however, the type of carbohydrate appears to influence lipid responses. A diet such as the DASH (Dietary Approaches to Stop Hypertension) diet that replaces fat with carbohydrate from fruits, vegetables, whole grains, and nonfat and low-fat dairy products does not increase triglycerides but still lowers high-density lipoprotein cholesterol somewhat.[36,49] In the Women's Health Initiative, the higher-carbohydrate diet had no effect on triglycerides or high-density lipoprotein cholesterol.[50]

Elevations in fasting plasma triglycerides, principally very-low-density lipoproteins, are a consistent feature of diets high (>20% of energy) in sucrose, glucose, and fructose.[20,31,51] The effects of sucrose or fructose on fasting triglycerides may be more marked in men than women,[52] in sedentary overweight people or those with the metabolic syndrome,[51] and in those eating low-fiber diets.[51] Sucrose and fructose also increase postprandial triglyceride levels and may augment the lipemia associated with fat-containing meals.[53,54] There are several mechanisms by which fructose increases fasting and postprandial triglyceride levels. These include increased de novo lipogenesis in the liver,[31,51,55] increased hepatic triglyceride synthesis, and secretion of very-low-density lipoproteins,[53] as well as reduced lipoprotein lipase activity at the adipocyte, which decreases the rate of peripheral triglyceride clearance.[51,53]

Compared with other carbohydrate sources (starch or glucose), recent studies have not demonstrated an added effect of either sucrose or fructose to lower high-density lipoprotein cholesterol levels[52,56,57]; however, these studies have not agreed on the effects on low-density lipoprotein cholesterol. In summary, although the mechanisms are unclear, relative to other carbohydrate sources, sugar intake

appears to be associated with increased triglyceride levels, a known risk factor for coronary heart disease; however, relative to other sources of carbohydrate, the effects of sugar intake on high-density lipoprotein and low-density lipoprotein levels remain unclear.

In some[58–60] but not all studies,[61,62] a higher consumption of high-sugar beverages and foods is associated with evidence of increased inflammation and oxidative stress. Few studies have assessed the effects of long-term sugar consumption on inflammatory and oxidative stress markers.

## Dietary Sugars and Obesity

Recent studies report a significant increase of energy intake with increased sugar-sweetened beverage consumption among children, adolescents, and adults[63–65]; however, evidence is inconsistent regarding the positive association between sugar-sweetened beverage consumption and obesity.[66] Because overweight and obesity are complex metabolic conditions, it is unlikely that a single food or food group is primarily causal. Many epidemiological studies, including those with cross-sectional and prospective study designs, have shown a positive relationship between higher intake of sweetened beverages and risk of overweight or obesity[63,64,67]; however, other studies have shown evidence against this hypothesis.[65,66]

Consumption of sugar-sweetened beverages ingested with meals has doubled.[68] In a feeding experiment, increasing the size of sugar-sweetened beverages increased total energy intake from solid food.[69] When the size of a regular cola was increased from 12 to 18 ounces, energy intake from food increased by 10% in women and by 26% in men.[70] All things being equal, a small, persistent energy imbalance of 50 calories per day could result in up to a 5-pound weight gain over the course of 1 year.[71]

Randomized clinical feeding trials have shown inconsistent results from testing the effects of sugar-sweetened beverages on weight gain.[33,63,64] In a recently published intervention study to reduce sugar-sweetened beverage consumption among adolescents, there was no significant change in body mass index between intervention and control groups.[33] However, in subgroup analysis, there was a net change in body mass index between intervention and control groups of −0.75 (0.34) kg/m² ($P$=0.03) in adolescents who had a body mass index >25.6 kg/m² at baseline. Differences in study design, population studied, and study instruments and methods may have contributed to these inconsistent findings.[63,64] Because *added sugar* was recently included as a *nutrient* or *food compound* in the US Department of Agriculture nutrient database, the number of studies examining added sugar as an exposure will most likely increase in the future.

A recent meta-analysis examined 88 cross-sectional and prospective studies exploring the relationship between soft drink intake and nutrition or health outcomes.[25] Higher intake of soft drinks was associated with greater energy intake, higher body weight, lower intake of other nutrients, and worse health indices. Subsequent analyses from a large trial confirmed these findings, namely, greater weight loss as sugar-sweetened beverage intake decreased.[72]

Downloaded from http://circ.ahajournals.org/ by guest on February 3, 2015

## The Hedonic Pathway of Food Reward

The ventral tegmental area and nucleus accumbens, also referred to as the pleasure center of the brain, are the limbic structures central to the hedonic pathway that motivate the reward of food intake. The palatability of available food can undermine normal satiety signals, motivating energy intake independent of energy need.[73,74] Sucrose infusion directly into the nucleus accumbens alters dopamine and opioid neurotransmission, increasing food intake.[75] Both sweet and high-fat foods mobilize opioids and dopamine within the nucleus accumbens, establishing hard-wired pathways for craving in these areas.[76,77] Chronic hyperinsulinemia may also contribute to increased caloric intake by preventing dopamine clearance from the nucleus accumbens, thus fostering pleasure derived from food in situations in which energy stores are replete, contributing to excess energy intake.[78] Obesity results in a decreased density of striatal $D_2$ receptors,[79] which may lead to a compensatory increased strata dopamine neurotransmission through mass action.[80] Chronic amygdala activation by stress, which increases cortisol secretion, promotes palatable food consumption as a form of self-medication.[81–83] Several studies in children have observed relationships between stress and increased intake of sugared beverages, sweets, and snacking.[84,85] In a controlled study of 9-year-olds, children who were both high on dietary restraint and felt more stressed by laboratory challenges tended to eat more sugar-containing comfort food.[86]

## Effects of Liquid Versus Solid Food Form

The form of dietary intake (solid versus fluid) is related to energy balance.[87] Over the past several decades, energy intake has increased with a concomitant change in the composition of the US diet, including increasing energy intake from beverages.[88] Energy intake from beverages more than doubled between 1965 and 2001 (11.8% of 1993 kcal in 1965 versus 21.0% of 2185 kcal in 2002) according to national survey data.[89] Weight gain may occur with greater caloric intake from fluids than from solid foods because of the weak satiety signals evoked from energy-containing beverages; therefore, total energy intake may be greater with fluid calorie intake than with calorie consumption from solid foods.[87,90,91]

Supportive evidence comes from short-term feeding studies and a recent large epidemiological study. In a crossover study, 7 males and 8 females, mean age 22 years, consumed 450 kcal daily of a liquid (regular soft drink) or solid (jelly beans) during two 4-week periods separated by a 4-week washout period.[91] Total daily energy intake increased by 17% on the liquid treatment compared with the solid treatment, which resulted in increased body weight during the liquid period only. In another crossover study, the effect of food form on appetite and energy intake was tested in 20 lean and 20 obese adults.[87] Study participants consumed both a solid food and a beverage with a specified energy intake at lunch according to body mass (125-kcal load for normal weight and 225-kcal load for obese adults). Although there was no difference in energy intake between treatment groups, more energy was consumed after lunch with the beverage than with the solid food (1950 versus 1585 kcal, $P=0.03$), respectively.

Both lean and obese adults responded similarly to beverage and solid food intake; the liquid form resulted in greater energy intake than the solid form of food. Subsequently, in observational analyses from an 18-month trial, a reduction in liquid calorie intake had a stronger effect on weight loss than a reduction in calories from solid food.[72]

Thus, an increase in calorie consumption from energy-containing beverages is associated with greater energy intake and may be contributing to the increase in overweight and obesity in the US population. Further research concerning these issues is needed.

## Energy Density

Short-term, laboratory-based studies repeatedly have documented that individuals consume fewer calories when presented with lower-energy-density foods than with similar higher-energy-density foods.[92–98] Lower energy intakes have also been associated with lower-energy-density diets in cross-sectional studies.[99–102] In a recent prospective analysis from a completed trial, reductions in energy density were associated with both weight loss and improved diet quality.[103] In aggregate, these data support reductions in energy density as a means to lower energy intake and control weight. A reduction in added sugars is one means to achieve a reduction in energy density.

## Nutrient Adequacy

The effects of excess intake of sugars on nutrient adequacy are of concern. The association between added sugars and micronutrient intakes were examined with data from NHANES III. Although the trends were not consistent for all age groups, reduced intakes of calcium, vitamin A, iron, and zinc were observed with increasing intake of added sugars, particularly at intake levels that exceeded 25% of energy. Largely on the basis of these data, the Dietary Reference Intakes report on macronutrients suggests that no more than 25% of energy should be consumed as added sugars[104]; however, as discussed below, these recommendations were not consistently supported by subsequent literature. More importantly, the Dietary Reference Intakes approach to nutrient adequacy, based on the intake of selected individual nutrients, was subsequently superseded by an alternative construct, discretionary calories, which considers recommendations for all nutrients in the context of energy balance.

A subsequent review, published after the Dietary Reference Intakes report, concluded that there was some evidence that diets that contain a high proportion of added sugars are slightly lower in micronutrients than diets that contain a moderate proportion of added sugars.[105] Another review found that studies examining the percentage of people who achieve the recommended daily allowance for micronutrients across categories of sugar intake often found nonlinear relationships, such that higher levels of intake were observed in the moderate categories of added sugar intake than in the low and high categories of intakes. These authors concluded that there was no clear evidence of micronutrient dilution or of a threshold at which a quantitative amount of added sugars intake could be set.[106]

Downloaded from http://circ.ahajournals.org/ by guest on February 3, 2015

**Table 5.   Calorie Allowances for Discretionary and Added Sugars Based on a Variety of Age, Sex, and Physical Activity Levels**

|                                | Male   | Male      | Female            | Female    |
| ------------------------------ | ------ | --------- | ----------------- | --------- |
| Age, y                         | 21–25  | 46–50     | 51–55             | 71–75     |
| Physical activity level*       | Active | Sedentary | Moderately active | Sedentary |
| Energy needs, kcal†            | 3000   | 2200      | 1800              | 1600      |
| Discretionary calories, kcal‡  | 512    | 290       | 195               | 132       |
| Added sugars, teaspoons§       | 18     | 9         | 5                 | 3         |
| Added sugars, kcal             | 288    | 144       | 80                | 48        |

*Sedentary indicates a lifestyle that includes only the physical activity of independent living; moderately active, a lifestyle that includes physical activity equivalent to walking approximately 1.5 to 3 miles per day at 3 to 4 miles per hour, in addition to the activities of independent living; and active, a lifestyle that includes physical activity equivalent to walking >3 miles per day at 3 to 4 miles per hour, in addition to the activities of independent living.

†Energy needs to maintain current weight; this will not promote weight loss in overweight/obese people.

‡Recommended limit for discretionary calories per the 2005 US Dietary Guidelines.

§Recommended limit for added sugars per the 2005 US Dietary Guidelines.

Data derived from US Department of Agriculture[10,11] and Britten et al.[12]

The form in which added sugars are consumed appears to be an important modifier of the impact of dilution.[105] Soft drinks, sugar, and sweets are more likely to have a negative impact on diet quality, whereas dairy foods, milk drinks, and presweetened cereals may have a positive impact.[5] Of particular concern is the relationship of the intake of sugars with fiber intake. Intake of sugars is inversely associated with fiber intake; a majority of intervention studies testing the efficacy of the influence of fiber on weight regulation have shown increased fiber intake to be associated with decreasing energy intake, which translates into weight loss.[107]

## Discretionary Calories

In 2005, the concept of discretionary calories was introduced to help people meet all of their nutrient requirements while avoiding excess total energy intake.[10,11] A person's discretionary calorie allowance can be determined by estimating the calories needed to meet nutrient requirements and then subtracting this amount from the estimated energy requirement needed to maintain weight. The remaining calories are the discretionary calorie allowance.[108] Intakes of added sugars, solid fats, and alcohol are included within the allowance for discretionary calories, which proportionally increases as the total energy allowance increases. For example, an 1800-calorie pattern for a moderately active 51- to 55-year-old woman would have a 195-calorie discretionary allowance, whereas the allowance would be 512 calories for a physically active 21- to 25-year-old male whose total energy allotment was 3000 calories (Table 5). These calculations provide consumers with an energy intake recommendation for weight maintenance based on their sex, height, current weight, and physical activity level. If a lower energy intake is needed to achieve a healthy weight (which is the case for the majority of Americans, two thirds of whom are overweight or obese), then the suggested amount of discretionary calories will be lower.

A high intake of added sugars contributes to overconsumption of discretionary calories by Americans. On the basis of data from the 2001 to 2002 NHANES, the average percentage of discretionary calories that different age and gender groups consume is much higher than recommended, ranging between 30% and 42% of total energy intake.[108] Concern about Americans' intake of added sugars has heightened because

of recommendations that a reduced intake of added sugars (especially sugar-sweetened beverages) may be helpful in achieving the recommended intakes of nutrients and in weight control.[109] In 2003, the World Health Organization stated that excessive consumption of energy-rich foods can encourage weight gain and subsequently recommended limiting the consumption of added sugars to <10% of total energy intake.[110]

## Summary and Recommendations

Over the past 30 years, total calorie intake has increased by an average of 150 to 300 calories per day, and approximately 50% of this increase comes from liquid calories (primarily sugar-sweetened beverages).[111,112] At the same time, there has been no apparent change in physical activity.[113] Hence, it is likely that weight gain over the same period must be related in part to increased intake of added sugars, even though research tools thus far have been insufficient to confirm a direct link. This likely results both from the fact that obesity is a multifactorial condition and because it is extremely difficult to identify, much less quantify, the relative contributions of each factor in epidemiological studies. Given these considerations, it is prudent to advocate a multifaceted approach, one component of which is reducing energy intake from added sugars.

The AHA's "Diet and Lifestyle Recommendations Revision 2006" recommended minimizing the intake of beverages and food with added sugars.[2] The present statement expands on that recommendation by proposing a specific upper limit of intake for added sugars. A prudent upper limit of intake is half of the discretionary calorie allowance that can be accommodated within the appropriate energy intake level needed for a person to achieve or maintain a healthy weight based on the US Department of Agriculture food intake patterns (Table 3). In Table 3, discretionary calories are approximately equally divided between solid fats and added sugars. If a person chooses to consume alcohol as well, then intake of solid fats and added sugars should be further reduced to accommodate the additional calories from alcohol. Depending on the calorie level, recommendations for added sugars vary from 5 teaspoons per day (or 80 calories) for a daily energy expenditure of 1800 calories for an average adult

Downloaded from http://circ.ahajournals.org/ by guest on February 3, 2015

**Johnson et al**     **Dietary Sugars Intake and Cardiovascular Health**     *1017*

woman and 9 teaspoons per day (or 144 calories) for a daily energy expenditure of 2200 calories for an average adult man. For reference, one 12-ounce can of cola contains ≈8 teaspoons of added sugar, for ≈130 calories.[114]

In conclusion, to achieve and maintain healthy weights and decrease cardiovascular risk while at the same time meeting essential nutrient needs, the AHA encourages people to consume an overall healthy diet that is consistent with the AHA's 2006 diet and lifestyle recommendations.[2] Most American women should eat or drink no more than 100 calories per day from added sugars, and most American men should eat or drink no more than 150 calories per day from added sugars.

## Acknowledgment

The authors thank Bethany Yon, MS, for her assistance with the preparation of this statement.

## Disclosures

**Writing Group Disclosures**

| Writing Group Member | Employment | Research Grant | Other Research Support | Speakers' Bureau/Honoraria | Expert Witness | Ownership Interest | Consultant/Advisory Board | Other |
|---|---|---|---|---|---|---|---|---|
| Rachel K. Johnson | University of Vermont | USDA Hatch* | None | None | None | None | Dairy Management Inc–National Dairy Council*; International Dairy Foods Association* | None |
| Lawrence J. Appel | Johns Hopkins | NHLBI† | None | None | None | None | None | None |
| Michael Brands | Medical College of Georgia | NIH† | None | None | None | None | None | None |
| Barbara V. Howard | MedStar Research Institute | None | None | Schering-Plough* | None | None | Egg Nutrition Council*; Merck* | None |
| Michael Lefevre | Utah State University | None | None | None | None | None | Hershey*; Kraft†; Mars† | None |
| Robert H. Lustig | University of California, San Francisco | None | None | Canadian Pediatric Endocrine Group*; Children's Hospital of Orange County*; Columbia University*; Endocrine Society Science Writers Conference* | None | None | None | None |
| Frank Sacks | Brigham & Women's Hospital/Harvard University | NIH† | None | None | None | None | None | None |
| Lyn M. Steffen | University of Minnesota, School of Public Health | None | None | None | None | None | None | None |
| Judith Wylie-Rosett | Albert Einstein College of Medicine | AHA; Dr Robert C. and Veronica Atkins Foundation†; NIDDK†; NHLBI† | None | Unilever*, American Diabetes Association* | None | None | New York City Department of Health*; D'Life*; Veterans Administration*; Mt. Sinai School of Medicine*; Sensicorp* | None |

This table represents the relationships of writing group members that may be perceived as actual or reasonably perceived conflicts of interest as reported on the Disclosure Questionnaire, which all members of the writing group are required to complete and submit. A relationship is considered to be "significant" if (1) the person receives $10 000 or more during any 12-month period, or 5% or more of the person's gross income; or (2) the person owns 5% or more of the voting stock or share of the entity, or owns $10 000 or more of the fair market value of the entity. A relationship is considered to be "modest" if it is less than "significant" under the preceding definition.

*Modest.

†Significant.

**Reviewer Disclosures**

| Reviewer | Employment | Research Grant | Other Research Support | Speakers' Bureau/Honoraria | Expert Witness | Ownership Interest | Consultant/Advisory Board | Other |
|---|---|---|---|---|---|---|---|---|
| Penny M. Kris-Etherton | Pennsylvania State University | None | None | None | None | None | None | None |
| Dariush Mozaffarian | Harvard Medical School and School of Public Health | None | None | None | None | None | None | None |
| Susan Roberts | Tufts University | None | None | None | None | None | None | None |

This table represents the relationships of reviewers that may be perceived as actual or reasonably perceived conflicts of interest as reported on the Disclosure Questionnaire, which all reviewers are required to complete and submit. A relationship is considered to be "significant" if (1) the person receives $10 000 or more during any 12-month period, or 5% or more of the person's gross income; or (2) the person owns 5% or more of the voting stock or share of the entity, or owns $10 000 or more of the fair market value of the entity. A relationship is considered to be "modest" if it is less than "significant" under the preceding definition.

Downloaded from http://circ.ahajournals.org/ by guest on February 3, 2015

# References

1. Howard BV, Wylie-Rosett J. Sugar and cardiovascular disease: a statement for healthcare professionals from the Committee on Nutrition of the Council on Nutrition, Physical Activity, and Metabolism of the American Heart Association [published correction appears in *Circulation*. 2003;107:2166]. *Circulation*. 2002;106:523–527.

2. Lichtenstein AH, Appel LJ, Brands M, Carnethon M, Daniels S, Franch HA, Franklin B, Kris-Etherton P, Harris WS, Howard B, Karanja N, Lefevre M, Rudel L, Sacks F, Van Horn L, Winston M, Wylie-Rosett J. Diet and lifestyle recommendations revision 2006: a scientific statement from the American Heart Association Nutrition Committee [published corrections appear in *Circulation*. 2006;114:e629 and 2006;114:e27]. *Circulation*. 2006;114:82–96.

3. Murphy SP, Johnson RK. The scientific basis of recent US guidance on sugars intake. *Am J Clin Nut*. 2003;78(suppl):827S–833S.

4. Johnson RK, Frary C, Wang MQ. The nutritional consequences of flavored-milk consumption by school-aged children and adolescents in the United States. *J Am Diet Assoc*. 2002;102:853–856.

5. Frary CD, Johnson RK, Wang MQ. Children and adolescent's choices of food and beverages high in added sugars are associated with intakes of key nutrients and food groups. *J Adolesc Health*. 2004;34:56–63.

6. Murphy MM, Douglass JS, Johnson RK, Spence LA. Drinking flavored or plain milk is positively associated with nutrient intake and is not associated with adverse effects on weight status in US children and adolescents. *J Am Diet Assoc*. 2008;108:631–639.

7. Wells HF, Buzby JC. Dietary assessment of major trends in US food consumption, 1970–2005. Economic Research Service, US Department of Agriculture; March 2008. *Economic Information Bulletin No. 33*. Available at: http://www.ers.usda.gov/Publications/EIB33. Accessed January 4, 2009.

8. Bray GA, Nielsen SJ, Popkin BM. Consumption of high-fructose corn syrup in beverages may play a role in the epidemic of obesity [published correction appears in *Am J Clin Nutr*. 2004;80:1090]. *Am J Clin Nutr*. 2004;79:537–543.

9. National Cancer Institute. Usual intake of added sugars. In: Usual Dietary Intakes: Food Intakes, US Population 2001–04. November 2008. Available at: http://riskfactor.cancer.gov/diet/usualintakes/pop/t35.html. Accessed January 4, 2009.

10. US Department of Health and Human Services and US Department of Agriculture. *Dietary Guidelines for Americans, 2005*. 6th ed. Washington, DC: US Government Printing Office; January 2005.

11. US Department of Agriculture. MyPyramid.gov (USDA food guidance system Web site). 2005. Available at: http://www.mypyramid.gov. Accessed January 4, 2009.

12. Britten P, Marcoe K, Yamini S, Davis C. Development of food intake patterns for the MyPyramid Food Guidance System. *J Nutr Educ Behav*. 2006;38:S78–S92.

13. Guthrie JF, Morton JF. Food sources of added sweeteners in the diets of Americans. *J Am Diet Assoc*. 2000;100:43–51.

14. Frazao E, Allshouse J. Strategies for intervention: commentary and debate. *J Nutr*. 2003;133:844S–847S.

15. Nutrient Data Laboratory, Beltsville Human Nutrition Research Center, Agricultural Research Service, US Department of Agriculture. USDA database for the added sugars content of selected foods. February 2006. Available at: http://www.nal.usda.gov/fnic/foodcomp/Data/add_sug/addsug01.pdf. Accessed January 4, 2009.

16. Smart Choices Program: Guiding Food Choices. Smart Choices Program Web site. Available at: http://smartchoicesprogram.com/. Accessed January 4, 2009.

17. Guiding Stars program. Hannaford Brothers Co Web site. Available at: http://www.hannaford.com/Contents/Healthy_Living/Guiding_Stars/index.shtml. Accessed January 4, 2009.

18. NuVal nutritional scoring system. Available at: http://www.nuval.com. Accessed January 4, 2009.

19. Drewnowski A. Concept of a nutritious food: toward a nutrient density score. *Am J Clin Nutr*. 2005;82:721–732.

20. Lê KA, Tappy L. Metabolic effects of fructose. *Curr Opin Clin Nutr Metab Care*. 2006;9:469–475.

21. Rutledge AC, Adeli K. Fructose and the metabolic syndrome: pathophysiology and molecular mechanisms. *Nutr Rev*. 2007;65(part 2):S13–S23.

22. Johnson RJ, Segal MS, Sautin Y, Nakagawa T, Feig DI, Kang DH, Gersch MS, Benner S, Sánchez-Lozada LG. Potential role of sugar (fructose) in the epidemic of hypertension, obesity and the metabolic syndrome, diabetes, kidney disease, and cardiovascular disease. *Am J Clin Nutr*. 2007;86:899–906.

23. Takasaki Y. Studies on sugar isomerizing enzyme: production and utilization of glucose isomerase from Streptomyces spp. *Agric Biol Chem*. 1966;30:1247–1253.

24. Coulston AM, Johnson RK. Sugar and sugars: myths and realities. *J Am Diet Assoc*. 2002;102:351–353.

25. Vartanian LR, Schwartz MB, Brownell KD. Effects of soft drink consumption on nutrition and health: a systematic review and meta-analysis. *Am J Public Health*. 2007;97:667–675.

26. Tordoff MG, Alleva AM. Effect of drinking soda sweetened with aspartame or high-fructose corn syrup on food intake and body weight. *Am J Clin Nutr*. 1990;51:963–969.

27. Havel PJ. Dietary fructose: implications for dysregulation of energy homeostasis and lipid/carbohydrate metabolism. *Nutr Rev*. 2005;63: 133–157.

28. Gross LS, Li S, Ford ES, Liu S. Increased consumption of refined carbohydrates and the epidemic of type 2 diabetes in the United States: an ecologic assessment. *Am J Clin Nutr*. 2004;79:774–779.

29. Elliott SS, Keim NL, Stern JS, Teff K, Havel PJ. Fructose, weight gain, and the insulin resistance syndrome. *Am J Clin Nutr*. 2002;76:911–922.

30. Dhingra R, Sullivan L, Jacques PF, Wang TJ, Fox CS, Meigs JB, D'Agostino RB, Gaziano JM, Vasan RS. Soft drink consumption and risk of developing cardiometabolic risk factors and the metabolic syndrome in middle-aged adults in the community [published correction appears in *Circulation*. 2007;116:e557]. *Circulation*. 2007;116: 480–488.

31. Stanhope KL, Schwarz JM, Keim NL, Griffen SC, Bremer AA, Graham JL, Hatcher B, Cox CL, Dyachenko A, Zhang W, McGahan JP, Seibert A, Krauss RM, Chiu S, Schaefer EJ, Ai M, Otokozawa S, Nakajima K, Nakano T, Beysen C, Hellerstein MK, Berglund L, Havel PJ. Consuming fructose-sweetened, not glucose-sweetened, beverages increases visceral adiposity and lipids and decreases insulin sensitivity in overweight/obese humans. *J Clin Invest*. 2009;119:1322–1334.

32. James J, Thomas P, Cavan D, Kerr D. Preventing childhood obesity by reducing consumption of carbonated drinks: cluster randomised controlled trial [published correction appears in *BMJ*. 2004;328:1236]. *BMJ*. 2004;328:1237.

33. Ebbeling CB, Feldman HA, Osganian SK, Chomitz VR, Ellenbogen SJ, Ludwig DS. Effects of decreasing sugar-sweetened beverage consumption on body weight in adolescents: a randomized, controlled pilot study. *Pediatrics*. 2006;117:673–680.

34. McDonald RB. Influence of dietary sucrose on biological aging. *Am J Clin Nutr*. 1995;62(suppl):284S–293S.

35. Chen M. Halter JB, Porte D Jr. The role of dietary carbohydrate in the decreased glucose tolerance of the elderly. *J Am Geriatr Soc*. 1987;35: 417–424.

36. Moghaddam E, Vogt JA, Wolever TM. The effects of fat and protein on glycemic responses in nondiabetic humans vary with waist circumference, fasting plasma insulin, and dietary fiber intake [published correction appears in *J Nutr*. 2006;136:3084]. *J Nutr*. 2006;136: 2506–2511.

37. Groff JL, Gropper SS, Hunt SM. *Advanced Nutrition and Human Metabolism*. 2nd ed. Minneapolis/St Paul, Minn: West Publishing; 1995.

38. Wolever TM, Miller JB. Sugars and blood glucose control. *Am J Clin Nutr*. 1995;62(suppl):212S–227S.

39. Oettlé GJ, Emmett PM, Heaton KW. Glucose and insulin responses to manufactured and whole-food snacks. *Am J Clin Nutr*. 1987;45:86–91.

40. Weickert MO, Pfeiffer AF. Metabolic effects of dietary fiber consumption and prevention of diabetes. *J Nutr*. 2008;138:439–442.

41. Feig DI, Soletsky B, Johnson RJ. Effect of allopurinol on blood pressure of adolescents with newly diagnosed essential hypertension: a randomized trial. *JAMA*. 2008;300:924–932.

42. Nguyen S, Choi HK, Lustig RH. Hsu CY. Sugar-sweetened beverages, serum uric acid, and blood pressure in adolescents. *J Pediatr*. 2009;154: 807–813.

43. Bremer AA, Auinger P, Byrd RS. Relationship between insulin resistance-associated metabolic parameters and anthropometric measurements with sugar-sweetened beverage intake and physical activity levels in US adolescents: findings from the 1999–2004 National Health and Nutrition Examination Survey. *Arch Pediatr Adolesc Med*. 2009; 163:328–335.

44. Van der Schaaf MR, Koomans HA, Joles JA. Dietary sucrose does not increase twenty-four-hour ambulatory blood pressure in patients with

Downloaded from http://circ.ahajournals.org/ by guest on February 3, 2015

either essential hypertension or polycystic kidney disease. *J Hypertens*. 1999;17:453–454.

45. Hallfrisch J, Reiser S, Prather ES. Blood lipid distribution of hyperinsulinemic men consuming three levels of fructose. *Am J Clin Nutr*. 1983;37:740–748.

46. Hellerstein MK. Carbohydrate-induced hypertriglyceridemia: modifying factors and implications for cardiovascular risk. *Curr Opin Lipidol*. 2002;13:33–40.

47. Mensink RP, Zock PL, Kester AD, Katan MB. Effects of dietary fatty acids and carbohydrates on the ratio of serum total to HDL cholesterol and on serum lipids and apolipoproteins: a meta-analysis of 60 controlled trials. *Am J Clin Nutr*. 2003;77:1146–1155.

48. Appel LJ, Sacks FM, Carey VJ, Obarzanek E, Swain JF, Miller ER III, Conlin PR, Erlinger TP, Rosner BA, Laranjo NM, Charleston J, McCarron P, Bishop LM; for the OmniHeart Collaborative Research Group. Effects of protein, monounsaturated fat, and carbohydrate intake on blood pressure and serum lipids: results of the OmniHeart randomized trial. *JAMA*. 2005;294:2455–2464.

49. Obarzanek E, Sacks FM, Vollmer WM, Bray GA, Miller ER III, Lin PH, Karanja NM, Most-Windhauser MM, Moore TJ, Swain JF, Bales CW, Proschan MA; DASH Research Group. Effects on blood lipids of a blood pressure-lowering diet: the Dietary Approaches to Stop Hypertension (DASH) Trial. *Am J Clin Nutr*. 2001;74:80–89.

50. Howard BV, Van Horn L, Hsia J, Manson JE, Stefanick ML, Wassertheil-Smoller S, Kuller LH, LaCroix AZ, Langer RD, Lasser NL, Lewis CE, Limacher MC, Margolis KL, Mysiw WJ, Ockene JK, Parker LM, Perri MG, Phillips L, Prentice RL, Robbins J, Rossouw JE, Sarto GE, Schatz IJ, Snetselaar LG, Stevens VJ, Tinker LF, Trevisan M, Vitolins MZ, Anderson GL, Assaf AR, Bassford T, Beresford SA, Black HR, Brunner RL, Brzyski RG, Caan B, Chlebowski RT, Gass M, Granek I, Greenland P, Hays J, Heber D, Heiss G, Hendrix SL, Hubbell FA, Johnson KC, Kotchen JM. Low-fat dietary pattern and risk of cardiovascular disease: the Women's Health Initiative Randomized Controlled Dietary Modification Trial. *JAMA*. 2006;295:655–666.

51. Fried SK, Rao SP. Sugars, hypertriglyceridemia, and cardiovascular disease. *Am J Clin Nutr*. 2003;78:873S–880S.

52. Bantle JP, Raatz SK, Thomas W, Georgopoulos A. Effects of dietary fructose of plasma lipids in healthy subjects. *Am J Clin Nutr*. 2000;72:1128–1134.

53. Chong MF, Fielding BA, Frayn KN. Mechanisms for the acute effect of fructose of postprandial lipemia. *Am J Clin Nutr*. 2007;85:1511–1520.

54. Teff KL, Elliott SS, Tschöp M, Kieffer TJ, Rader D, Heiman M, Townsend RR, Keim NL, D'Alessio D, Havel PJ. Dietary fructose reduces circulating insulin and leptin, attenuates postprandial suppression of ghrelin, and increases triglycerides in women. *J Clin Endocrinol Metab*. 2004;89:2963–2972.

55. Parks EJ, Skokan LE, Timlin MT, Dingfelder CS. Dietary sugars stimulate fatty acid synthesis in adults. *J Nutr*. 2008;138:1039–1046.

56. Black RN, Spence M, McMahon RO, Cuskelly GJ, Ennis CN, McCance DR, Young IS, Bell PM, Hunter SJ. Effect of eucaloric high- and low-sucrose diets with identical macronutrient profile on insulin resistance and vascular risk: a randomized controlled trial. *Diabetes*. 2006;55:3566–3572.

57. Marckmann P, Raben A, Astrup A. Ad libitum intake of low-fat diets rich in either starchy foods or sucrose: effects on blood lipids, factor VII coagulant activity, and fibrinogen. *Metabolism*. 2000;49:731–735.

58. Liu S, Manson JE, Buring JE, Stampfer MJ, Willett WC, Ridker PM. Relation between a diet with a high glycemic load and plasma concentrations of high-sensitivity C-reactive protein in middle-aged women. *Am J Clin Nutr*. 2002;75:492–498.

59. Price KD, Price CS, Reynolds RD. Hyperglycemia-induced ascorbic acid deficiency promotes endothelial dysfunction and the development of atherosclerosis. *Atherosclerosis*. 2001;158:1–12.

60. Scribner KB, Pawlak DB, Ludwig DS. Hepatic steatosis and increased adiposity in mice consuming rapidly vs. slowly absorbed carbohydrate. *Obesity (Silver Spring)*. 2007;15:2190–2199.

61. Ceriello A, Bortolotti N, Crescentini A, Motz E, Lizzio S, Russo A, Ézsol Z, Tonutti L, Taboga C. Antioxidant defences are reduced during the oral glucose tolerance test in normal and non-insulin-dependent diabetic subjects. *Eur J Clin Invest*. 1998;28:329–333.

62. Ma SW, Tomlinson B, Benzie IF. A study of the effect of oral glucose loading on plasma oxidant:antioxidant balance in normal subjects. *Eur J Nutr*. 2005;44:250–254.

63. Bachman CM, Baranowski T, Nicklas TA. Is there an association between sweetened beverages and adiposity? *Nutr Rev*. 2006;64:153–174.

64. Malik VS, Schulze MB, Hu FB. Intake of sugar-sweetened beverages and weight gain: a systematic review. *Am J Clin Nutr*. 2006;84:274–288.

65. Johnson L, Mander AP, Jones LR, Emmett PM, Jebb SA. Is sugar-sweetened beverage consumption associated with increased fatness in children? *Nutrition*. 2007;23:557–563.

66. Forshee RA, Anderson PA, Storey ML. Sugar-sweetened beverages and body mass index in children and adolescents: a meta-analysis [published correction appears in *Am J Clin Nutr*. 2009;89:441–442]. *Am J Clin Nutr*. 2008;87:1662–1671.

67. Palmer JR, Boggs DA, Krishnan S, Hu FB, Singer M, Rosenberg L. Sugar-sweetened beverages and incidence of type 2 diabetes mellitus in African American women. *Arch Intern Med*. 2008;165:1487–1492.

68. Nielsen SJ, Popkin BM. Changes in beverage intake between 1977 and 2001 [published correction appears in *Am J Prev Med*. 2005;28:413]. *Am J Prev Med*. 2004;27:205–210.

69. Rolls BJ, Roe LS, Meengs JS. Larger portion sizes lead to a sustained increase in energy intake over 2 days. *J Am Diet Assoc*. 2006;106:543–549.

70. Flood JE, Roe LS, Rolls BJ. The effect of increased beverage portion size on energy intake at a meal. *J Am Diet Assoc*. 2006;106:1984–1990.

71. Kumanyika SK, Obarzanek E, Stettler N, Bell R, Field AE, Fortmann SP, Franklin BA, Gillman MW, Lewis CE, Poston WC 2nd, Stevens J, Hong Y. Population-based prevention of obesity: the need for comprehensive promotion of healthful eating, physical activity, and energy balance: a scientific statement from American Heart Association Council on Epidemiology and Prevention, Interdisciplinary Committee for Prevention (formerly the Expert Panel on Population and Prevention Science). *Circulation*. 2008;118:428–464.

72. Chen L, Appel LJ, Loria C, Lin PH, Champagne CM, Elmer PJ, Ard JD, Mitchell D, Batch BC, Svetkey LP, Caballero B. Reduction in consumption of sugar-sweetened beverages is associated with weight loss: the PREMIER trial. *Am J Clin Nutr*. 2009;89:1299–1306.

73. Erlanson-Albertsson C. How palatable food disrupts appetite regulation. *Basic Clin Pharmacol Toxicol*. 2005;97:61–73.

74. Pelchat ML. Of human bondage: food craving, obsession, compulsion, and addiction. *Physiol Behav*. 2002;76:347–352.

75. Spangler R, Wittkowski KM, Goddard NL, Avena NM, Hoebel BG, Leibowitz SF. Opiate-like effects of sugar on gene expression in reward areas of the rat brain. *Mol Brain Res*. 2004;124:134–142.

76. Kelley AE, Bakshi VP, Haber SN, Steininger TL, Will MJ, Zhang M. Opioid modulation of taste hedonics within the ventral striatum. *Physiol Behav*. 2002;76:365–377.

77. Pelchat ML, Johnson A, Chan R, Valdez J, Ragland JD. Images of desire: food-craving activation during fMRI. *Neuroimage*. 2004;23:1486–1493.

78. Anderzhanova E, Covasa M, Hajnal A. Altered basal and stimulated accumbens dopamine release in obese OLETF rats as a function of age and diabetic status. *Am J Physiol Regul Integr Comp Physiol*. 2007;293:R603–R611.

79. Wang GJ, Volkow ND, Logan J, Pappas NR, Wong CT, Zhu W, Netusil N, Fowler JS. Brain dopamine and obesity. *Lancet*. 2001;357:354–357.

80. Stice E, Spoor S, Bohon C, Small DM. Relation between obesity and blunted striatal response to food is moderated by TaqIA A1 allele. *Science*. 2008;322:449–452.

81. Dallman MF, Pecoraro N, Akana SF, La Fleur SE, Gomez F, Houshyar H, Bell ME, Bhatnagar S, Laugero KD, Manalo S. Chronic stress and obesity: a new view of "comfort food." *Proc Natl Acad Sci U S A*. 2003;100:11696–11701.

82. Mietus-Snyder ML, Lustig RH. Childhood obesity: adrift in the "limbic triangle." *Annu Rev Med*. 2008;59:147–162.

83. Pecoraro N, Reyes F, Gomez F, Bhargava A, Dallman MF. Chronic stress promotes palatable feeding, which reduces signs of stress: feedforward and feedback effects of chronic stress. *Endocrinology*. 2004;145:3754–3762.

84. Nguyen-Michel ST, Unger JB, Spruijt-Metz D. Dietary correlates of emotional eating in adolescence. *Appetite*. 2007;49:494–499.

85. Oliver G, Wardle J. Perceived effects of stress on food choice. *Physiol Behav*. 1999;66:511–515.

86. Roemmich JN, Wright SM, Epstein LH. Dietary restraint and stress-induced snacking in youth. *Obes Res*. 2002;10:1120–1126.

Downloaded from http://circ.ahajournals.org/ by guest on February 3, 2015

87. Mourao DM, Bressan J, Campbell WW, Mattes RD. Effects of food form on appetite and energy intake in lean and obese young adults. *Int J Obes (Lond)*. 2007;31:1688–1695.

88. Nielsen SJ, Popkin BM. Patterns and trends in food portion sizes, 1977–1998. *JAMA*. 2003;289:450–453.

89. Duffey KJ, Popkin BM. Shifts in patterns and consumption of beverages between 1965 and 2002. *Obesity (Silver Spring)*. 2007;15:2739–2747.

90. Mattes R. Fluid calories and energy balance: the good, the bad, and the uncertain. *Physiol Behav*. 2006;89:66–70.

91. DiMeglio DP, Mattes RD. Liquid versus solid carbohydrate: effects on food intake and body weight. *Int J Obesity*. 2000;24:794–800.

92. Bell EA, Castellanos VH, Pelkman CL, Thorwart ML, Rolls BJ. Energy density of foods affects energy intake in normal-weight women. *Am J Clin Nutr*. 1998;67:412–420.

93. Rolls BJ, Bell EA, Castellanos VH, Chow M, Pelkman CL, Thorwart ML. Energy density but not fat content of foods affected energy intake in lean and obese women. *Am J Clin Nutr*. 1999;69:863–871.

94. Bell EA, Rolls BJ. Energy density of foods affects energy intake across multiple levels of fat content in lean and obese women. *Am J Clin Nutr*. 2001;73:1010–1018.

95. Devitt AA, Mattes RD. Effects of food unit size and energy density on intake in humans. *Appetite*. 2004;42:213–220.

96. Stubbs RJ, Whybrow S. Energy density, diet composition and palatability: influences on overall food energy intake in humans. *Physiol Behav*. 2004;81:755–764.

97. Rolls BJ, Roe LS, Meengs JS. Salad and satiety: energy density and portion size of a first-course salad affect energy intake at lunch. *J Am Diet Assoc*. 2004;104:1570–1576.

98. Rolls BJ, Roe LS, Meengs JS. Reductions in portion size and energy density of foods are additive and lead to sustained decreases in energy intake. *Am J Clin Nutr*. 2006;83:11–17.

99. Cucó G, Arija V, Martí-Henneberg C, Fernández-Ballart J. Food and nutritional profile of high energy density consumers in an adult Mediterranean population. *Eur J Clin Nutr*. 2001;55:192–199.

100. de Castro JM. Dietary energy density is associated with increased intake in free-living humans. *J Nutr*. 2004;134:335–341.

101. Stookey JD. Energy density, energy intake and weight status in a large free-living sample of Chinese adults: exploring the underlying roles of fat, protein, carbohydrate, fiber and water intakes. *Eur J Clin Nutr*. 2001;55:349–359.

102. Kant AK, Graubard BI. Energy density of diets reported by American adults: association with food group intake, nutrient intake, and body weight. *Int J Obes (Lond)*. 2005;29:950–956.

103. Ledikwe JH, Rolls BJ, Smiciklas-Wright H, Mitchell DC, Ard JD, Champagne C, Karanja N, Lin PH, Stevens VJ, Appel LJ. Reductions in dietary energy density are associated with weight loss in overweight and obese participants in the PREMIER trial. *Am J Clin Nutr*. 2007;85:1212–1221.

104. Food and Nutrition Board, Institute of Medicine of the National Academies. *Dietary Reference Intakes for Energy, Carbohydrate, Fiber, Fat, Fatty Acids, Cholesterol, Protein, and Amino Acids*. Washington, DC: National Academies Press; 2002.

105. Gibson SA. Dietary sugars intake and micronutrient adequacy: a systematic review of the evidence. *Nutr Res Rev*. 2007;20:121–131.

106. Rennie KL, Livingstone BE. Associations between dietary added sugar intake and micronutrient intake: a systematic review. *Br J Nutr*. 2007; 97:832–841.

107. Howarth NC, Saltzman E, Roberts SB. Dietary fiber and weight regulation. *Nutr Rev*. 2001;59:129–139.

108. Basiotis P, Guenther PM, Lina M, Britten P. Americans consume too many calories from solid fat, alcohol and added sugar. Alexandria, Va: USDA, Center for Nutrition Policy and Promotion; June 2006. *Nutrition Insight 33*.

109. US Department of Health and Human Services. *Nutrition and Your Health: Dietary Guidelines for Americans: Part D: Science Base: Section 5: Carbohydrates*. Available at: http://www.health.gov/dietaryguidelines/dga2005/report/HTML/D5_Carbs.htm. Accessed January 4, 2009.

110. Nishida C, Uauy R, Kumanyika S, Shetty P. The joint WHO/FAO expert consultation on diet, nutrition and the prevention of chronic diseases: process, product and policy implications. *Public Health Nutr*. 2004;7: 245–250.

111. Briefel RR, Johnson CL. Secular trends in dietary intake in the United States. *Annu Rev Nutr*. 2004;24:401–431.

112. Nielsen SJ, Siega-Riz AM, Popkin BM. Trends in energy intake in U.S. between 1977 and 1996: similar shifts seen across age groups. *Obes Res*. 2002;10:370–378.

113. French SA, Story M, Jeffery RW. Environmental influences on eating and physical activity. *Annu Rev Public Health*. 2001;22:309–335.

114. USDA National Nutrient Database. Agricultural Research Service, US Department of Agriculture. Available at: http://www.nal.usda.gov/fnic/foodcomp/search/. Accessed January 4, 2009.

Downloaded from http://circ.ahajournals.org/ by guest on February 3, 2015





**Dietary Sugars Intake and Cardiovascular Health: A Scientific Statement From the American Heart Association**

Rachel K. Johnson, Lawrence J. Appel, Michael Brands, Barbara V. Howard, Michael Lefevre, Robert H. Lustig, Frank Sacks, Lyn M. Steffen and Judith Wylie-Rosett on behalf of the American Heart Association Nutrition Committee of the Council on Nutrition, Physical Activity, and Metabolism and the Council on Epidemiology and Prevention

*Circulation.* 2009;120:1011-1020; originally published online August 24, 2009;
doi: 10.1161/CIRCULATIONAHA.109.192627
*Circulation* is published by the American Heart Association, 7272 Greenville Avenue, Dallas, TX 75231
Copyright © 2009 American Heart Association, Inc. All rights reserved.
Print ISSN: 0009-7322. Online ISSN: 1524-4539

The online version of this article, along with updated information and services, is located on the World Wide Web at:
http://circ.ahajournals.org/content/120/11/1011

---

**Permissions:** Requests for permissions to reproduce figures, tables, or portions of articles originally published in *Circulation* can be obtained via RightsLink, a service of the Copyright Clearance Center, not the Editorial Office. Once the online version of the published article for which permission is being requested is located, click Request Permissions in the middle column of the Web page under Services. Further information about this process is available in the Permissions and Rights Question and Answer document.

**Reprints:** Information about reprints can be found online at:
http://www.lww.com/reprints

**Subscriptions:** Information about subscribing to *Circulation* is online at:
http://circ.ahajournals.org//subscriptions/

Downloaded from http://circ.ahajournals.org/ by guest on February 3, 2015

# Exhibit 2

 

**Well**

SUBSCRIBE | LOG IN

# How the Sugar Industry Shifted Blame to Fat

1702



ISTOCK

By ANAHAD O'CONNOR
SEPTEMBER 12, 2016

The sugar industry paid scientists in the 1960s to play down the link between sugar and heart disease and promote saturated fat as the culprit instead, newly released historical documents show.

The internal sugar industry documents, recently discovered by a researcher at the University of California, San Francisco, and published Monday in JAMA Internal Medicine, suggest that five decades of research into the role of nutrition and heart disease, including many of today's dietary recommendations, may have been largely shaped by the sugar industry.

"They were able to derail the discussion about sugar for decades," said Stanton Glantz, a professor of medicine at U.C.S.F. and an author of the JAMA Internal Medicine paper.

The documents show that a trade group called the Sugar Research Foundation, known today as the Sugar Association, paid three Harvard scientists the equivalent of about $50,000 in today's dollars to publish a 1967 review of research on sugar, fat and heart disease. The studies used in the review were handpicked by the sugar group, and the article, which was published in the prestigious New England Journal of Medicine, minimized the link between sugar and heart health and cast aspersions on the role of saturated fat.

Even though the influence-peddling revealed in the documents dates back nearly 50 years, more recent reports show that the food industry has continued to influence nutrition science.

ADVERTISEMENT

Last year, an article in The New York Times revealed that Coca-Cola, the world's largest producer of sugary beverages, had provided millions of dollars in funding to researchers who sought to play down the link between sugary drinks and obesity. In June, The Associated Press reported that candy makers were funding studies that claimed that children who eat candy tend to weigh less than those who do not.

The Harvard scientists and the sugar executives with whom they collaborated are no longer alive. One of the scientists who was paid by the sugar industry was D. Mark Hegsted, who went on to become the head of nutrition at the United States Department of Agriculture, where in 1977 he helped draft the forerunner to the federal government's dietary guidelines. Another was Dr. Fredrick J. Stare, the chairman of Harvard's nutrition department.

In a statement responding to the JAMA journal report, the Sugar Association said that the 1967 review was published at a time when medical journals did not typically require researchers to disclose funding sources. The New England Journal of Medicine did not begin to require financial disclosures until 1984.

The industry "should have exercised greater transparency in all of its research activities," the Sugar Association statement said. Even so, it defended industry-funded research as playing an important and informative role in scientific debate. It said that several decades of research had concluded that sugar "does not have a unique role in heart disease."

The revelations are important because the debate about the relative harms of sugar and saturated fat continues today, Dr. Glantz said. For many decades, health

officials encouraged Americans to reduce their fat intake, which led many people to consume low-fat, high-sugar foods that some experts now blame for fueling the obesity crisis.

"It was a very smart thing the sugar industry did, because review papers, especially if you get them published in a very prominent journal, tend to shape the overall scientific discussion," he said.

Dr. Hegsted used his research to influence the government's dietary recommendations, which emphasized saturated fat as a driver of heart disease while largely characterizing sugar as empty calories linked to tooth decay. Today, the saturated fat warnings remain a cornerstone of the government's dietary guidelines, though in recent years the American Heart Association, the World Health Organization and other health authorities have also begun to warn that too much added sugar may increase cardiovascular disease risk.

Marion Nestle, a professor of nutrition, food studies and public health at New York University, wrote an editorial accompanying the new paper in which she said the documents provided "compelling evidence" that the sugar industry had initiated research "expressly to exonerate sugar as a major risk factor for coronary heart disease."

"I think it's appalling," she said. "You just never see examples that are this blatant."

Dr. Walter Willett, chairman of the nutrition department at the Harvard T. H. Chan School of Public Health, said that academic conflict-of-interest rules had changed significantly since the 1960s, but that the industry papers were a reminder of "why research should be supported by public funding rather than depending on industry funding."

Dr. Willett said the researchers had limited data to assess the relative risks of sugar and fat. "Given the data that we have today, we have shown the refined carbohydrates and especially sugar-sweetened beverages are risk factors for cardiovascular disease, but that the type of dietary fat is also very important," he said.

The JAMA Internal Medicine paper relied on thousands of pages of correspondence and other documents that Cristin E. Kearns, a postdoctoral fellow at U.C.S.F., discovered in archives at Harvard, the University of Illinois and other libraries.

The documents show that in 1964, John Hickson, a top sugar industry executive, discussed a plan with others in the industry to shift public opinion "through our research and information and legislative programs."

ADVERTISEMENT

At the time, studies had begun pointing to a relationship between high-sugar diets and the country's high rates of heart disease. At the same time, other scientists, including the prominent Minnesota physiologist Ancel Keys, were investigating a competing theory that it was saturated fat and dietary cholesterol that posed the biggest risk for heart disease.

Mr. Hickson proposed countering the alarming findings on sugar with industry-funded research. "Then we can publish the data and refute our detractors," he wrote.

In 1965, Mr. Hickson enlisted the Harvard researchers to write a review that would debunk the anti-sugar studies. He paid them a total of $6,500, the equivalent of $49,000 today. Mr. Hickson selected the papers for them to review and made it clear he wanted the result to favor sugar.

Harvard's Dr. Hegsted reassured the sugar executives. "We are well aware of your particular interest," he wrote, "and will cover this as well as we can."

As they worked on their review, the Harvard researchers shared and discussed early drafts with Mr. Hickson, who responded that he was pleased with what they were writing. The Harvard scientists had dismissed the data on sugar as weak and given far more credence to the data implicating saturated fat.

"Let me assure you this is quite what we had in mind, and we look forward to its appearance in print," Mr. Hickson wrote.

After the review was published, the debate about sugar and heart disease died down, while low-fat diets gained the endorsement of many health authorities, Dr. Glantz said.

"By today's standards, they behaved very badly," he said.

1702 COMMENTS »

**More in Well on NYTimes.com**

WELL
## Is Hot Yoga Good for You?



WELL
## Do Men and Women Need Separate

## Multivitamins?



WELL

## Can You Regain Muscle Mass After Age 60?

WELL

## Why Do I Gain Weight When I Exercise?

WELL

## Are Frozen Fruits and Vegetables as Nutritious as Fresh?

WELL

## Which Milk Is Most Nutritious: Soy, Cashew, Almond or Coconut?

WELL

## Does the Flu Provide Better Immunity Than a Flu Shot?

WELL

## Can a Child Drink Too Much Milk?

WELL

## Since Milk Is White, Why Is Butter Yellow?

**Back to top**

| | |
|---|---|
| **Home** | **Opinion** |
| **World** | **Science** |
| **U.S.** | **Health** |
| **Politics** | **Arts** |
| **The Upshot** | **Photos** |
| **New York** | **Style** |
| **Business Day** | **Video** |

**Technology**

**Most Emailed**

**Sports**

**More Sections**

**Settings**

**Download the NYTimes app**

Help    Subscribe    Feedback    Terms of Service    Privacy

© 2016 The New York Times Company

# Exhibit 3

JAMA Internal Medicine | Special Communication

# Sugar Industry and Coronary Heart Disease Research
## A Historical Analysis of Internal Industry Documents

Cristin E. Kearns, DDS, MBA; Laura A. Schmidt, PhD, MSW, MPH; Stanton A. Glantz, PhD

Early warning signals of the coronary heart disease (CHD) risk of sugar (sucrose) emerged in the 1950s. We examined Sugar Research Foundation (SRF) internal documents, historical reports, and statements relevant to early debates about the dietary causes of CHD and assembled findings chronologically into a narrative case study. The SRF sponsored its first CHD research project in 1965, a literature review published in the *New England Journal of Medicine,* which singled out fat and cholesterol as the dietary causes of CHD and downplayed evidence that sucrose consumption was also a risk factor. The SRF set the review's objective, contributed articles for inclusion, and received drafts. The SRF's funding and role was not disclosed. Together with other recent analyses of sugar industry documents, our findings suggest the industry sponsored a research program in the 1960s and 1970s that successfully cast doubt about the hazards of sucrose while promoting fat as the dietary culprit in CHD. Policymaking committees should consider giving less weight to food industry–funded studies and include mechanistic and animal studies as well as studies appraising the effect of added sugars on multiple CHD biomarkers and disease development.

*JAMA Intern Med.* doi:10.1001/jamainternmed.2016.5394
Published online September 12, 2016.

← Invited Commentary

+ Author Audio Interview

+ Supplemental content

**Author Affiliations:** Author affiliations are listed at the end of this article.

**Corresponding Author:** Stanton A. Glantz, PhD, UCSF Center for Tobacco Control Research and Education, 530 Parnassus Ave, Ste 366, San Francisco, CA 94143-1390 (glantz @medicine.ucsf.edu).

I n the 1950s, disproportionately high rates of coronary heart disease (CHD) mortality in American men led to studies of the role of dietary factors, including cholesterol, phytosterols, excessive calories, amino acids, fats, carbohydrates, vitamins, and minerals in influencing CHD risk.[1] By the 1960s, 2 prominent physiologists were championing divergent causal hypotheses of CHD[2,3]: John Yudkin identified added sugars as the primary agent, while Ancel Keys identified total fat, saturated fat, and dietary cholesterol. However, by the 1980s, few scientists believed that added sugars played a significant role in CHD, and the first *1980 Dietary Guidelines for Americans*[4] focused on reducing total fat, saturated fat, and dietary cholesterol for CHD prevention.

Although the contribution of dietary sugars to CHD is still debated, what is clear is that the sugar industry, led by the Sugar Association, the sucrose industry's Washington, DC–based trade association,[5] steadfastly denies that there is a relationship between added sugar consumption and CVD risk.[6,7] This Special Communication uses internal sugar industry documents to describe how the industry sought to influence the scientific debate over the dietary causes of CHD in the 1950s and 1960s, a debate still reverberating in 2016.

## Methods

The Sugar Association evolved from the Sugar Research Foundation (SRF), founded in 1943.[8] We located correspondence between the SRF and Roger Adams, a professor who served on the SRF's scientific advisory board (SAB) between 1959 and 1971, in the University of Illinois Archives[9] (319 documents totaling 1551 pages).

We located correspondence between the SRF and D. Mark Hegsted, professor of nutrition at the Harvard School of Public Health and codirector of the SRF's first CHD research project from 1965 to 1966,[10] in the Harvard Medical Library[11] (27 documents totaling 31 pages).

We collected additional SRF materials through a WorldCat search including annual reports, symposium proceedings, and internal reviews of research. We reviewed historical reports and statements contextualizing scientific debates in the 1950s and 1960s on dietary factors causally related to CHD published by the National Academy of Sciences–National Research Council (NAS-NRC), US Public Health Service, the American Heart Association (AHA), and American Medical Association (AMA). Findings were assembled chronologically into a narrative case study.

## Results

### SRF's Interest in Promoting a Low-Fat Diet to Prevent CHD

Sugar Research Foundation president Henry Hass's 1954 speech, "What's New in Sugar Research,"[12] to the American Society of Sugar Beet Technologists identified a strategic opportunity for the sugar industry: increase sugar's market share by getting Americans to eat a lower-fat diet: "Leading nutritionists are pointing out the chemical connection between [American's] high-fat diet and the formation of cholesterol which partly plugs our arteries and capillaries, restricts the flow of blood, and causes high blood pressure and heart trouble... if you put [the middle-aged man] on a low-fat diet, it takes just five days for the blood cholesterol to get down to where it should be... If the carbohydrate industries were to recapture this 20

percent of the calories in the US diet (the difference between the 40 percent which fat has and the 20 percent which it ought to have) and if sugar maintained its present share of the carbohydrate market, this change would mean an increase in the per capita consumption of sugar more than a third with a tremendous improvement in general health."[12]

The industry would subsequently spend $600 000 ($5.3 million in 2016 dollars) to teach "people who had never had a course in biochemistry… that sugar is what keeps every human being alive and with energy to face our daily problems."[12]

## Growing Evidence That Sucrose Elevates Serum Cholesterol Level

In 1962, the SRF became concerned with evidence showing that a low-fat diet high in sugar could elevate serum cholesterol level. At its November 1962 SAB meeting,[13] the SRF considered an AMA Council on Foods and Nutrition report, The Regulation of Dietary Fat,[14] that, according to the SRF, "indicate[d] that, in low fat diets, the kind of carbohydrate ingested may have an influence on the formation of serum cholesterol."[13] The SAB concluded, "that research developments in the [CHD] field should be watched carefully."[13] The SRF's vice president and director of research, John Hickson, started closely monitoring the field.[15]

In December 1964, Hickson reported to an SRF subcommittee[15] that new CHD research was a cause for concern: "From a number of laboratories of greater or lesser repute, there are flowing reports that sugar is a less desirable dietary source of calories than other carbohydrates, eg,—Yudkin."[15] Since 1957, British physiologist John Yudkin[16] had challenged population studies singling out saturated fat as the primary dietary cause of CHD and suggested that other factors, including sucrose, were at least equally important.[17,18]

Hickson proposed that the SRF "could embark on a major program" to counter Yudkin and other "negative attitudes toward sugar."[15] He recommended an opinion poll "to learn what public concepts we should reinforce and what ones we need to combat through our research and information and legislative programs" and a symposium to "bring detractors before a board of their peers where their fallacies could be unveiled."[15] Finally, he recommended that SRF fund CHD research: "There seems to be a question as to whether the [atherogenic] effects are due to the carbohydrate or to other nutrient imbalance. We should carefully review the reports, probably with a committee of nutrition specialists; see what weak points there are in the experimentation, and replicate the studies with appropriate corrections. Then we can publish the data and refute our detractors."[15]

In 1965, the SRF asked Fredrick Stare, chair of the Harvard University School of Public Health Nutrition Department[19] to join its SAB as an ad hoc member.[20] Stare was an expert in dietary causes of CHD and had been consulted by the NAS,[1] National Heart Institute,[21] and AHA,[22] as well as by food companies and trade groups.[19] Stare's industry-favorable positions and financial ties would not be widely questioned until the 1970s.[23]

## Link Between Sucrose and Elevated Serum Triglyceride Level

On July 1, 1965, the SRF's Hickson visited D. Mark Hegsted, a faculty member of Stare's department,[24,25] after publication of articles in Annals of Internal Medicine in June 1965[26-29] linking sucrose to CHD.

The first 2 articles[26,27] reported results from an epidemiological study suggesting that blood glucose levels were a better predictor of atherosclerosis than serum cholesterol level or hypertension. The third[28(p210)] demonstrated that sucrose, more than starches, aggravated carbohydrate-induced hypertriglyceridemia and hypothesized that "perhaps fructose, a constituent of sucrose but not of starch, [was] the agent mainly responsible." An accompanying editorial[29(p1330)] argued that these findings corroborated Yudkin's research and that if elevated serum triglyceride levels were a CHD risk factor, then "sucrose must be atherogenic."

On July 11, 1965, the New York Herald Tribune ran a full-page article on the Annals articles stating that new research "threatened to tie the whole business [of diet and heart disease] in a knot."[30] It explained that, while sugar's association with atherosclerosis was once thought to be theoretical and supported by limited studies, the new research strengthened the case that sugar increased the risk of heart attacks.

## SRF Funds Project 226: A Literature Review on Sugars, Fats, and CHD

On July 13, 1965, 2 days after the Tribune article, the SRF's executive committee approved Project 226,[31] a literature review on "Carbohydrates and Cholesterol Metabolism" by Hegsted and Robert McGandy, overseen by Stare.[10] The SRF initially offered $500 ($3800 in 2016 dollars) to Hegsted and $1000 ($7500 in 2016 dollars) to McGandy, "half to be paid when you start work on the project, and the remainder when you inform me that the article has been accepted for publication."[31] Eventually, the SRF would pay them $6500[32] ($48 900 in 2016 dollars) for "a review article of the several papers which find some special metabolic peril in sucrose and, in particular, fructose."[31]

On July 23, 1965, Hegsted asked Hickson to provide articles relevant to the review.[33] Most of the articles Hickson sent[34-40] contained findings that could threaten sugar sales, which suggests that the industry expected the review authors to critique them. Hickson also sent the Tribune article[30] and a letter to the editor that criticized findings questioning the therapeutic value of corn oil.[41,42]

On July 30, 1965, Hickson emphasized the SRF's objective for funding the literature review to Hegsted: "Our particular interest had to do with that part of nutrition in which there are claims that carbohydrates in the form of sucrose make an inordinate contribution to the metabolic condition, hitherto ascribed to aberrations called fat metabolism. I will be disappointed if this aspect is drowned out in a cascade of review and general interpretation."[34]

In response, Hegsted assured Hickson that "We are well aware of your particular interest in carbohydrate and will cover this as well as we can."[43]

Nine months into the project, in April 1966, Hegsted told the SRF that the review had been delayed because of new evidence linking sugar to CHD: "Every time the Iowa group publishes a paper we have to rework a section in rebuttal [emphasis added]."[44] The "Iowa group" included Alfredo Lopez, Robert Hodges, and Willard Krehl, who had reported a positive association between sugar consumption and elevated serum cholesterol level.[45]

It is not clear whether the SRF commented on or edited drafts of the review. However, on September 6, 1966, Hickson asked

Hegsted, "Am I going to get another copy of the draft shortly?"[40] suggesting Hickson had been involved. Hegsted responded on September 29, "I expect to get it down to you within a week or two."[46] Hickson received the final draft on October 25, 1966, a few days before Hegsted intended to submit it for publication.[47] On November 2, Hickson told Hegsted, "Let me assure you this is quite what we had in mind and we look forward to its appearance in print."[47]

### Publication of Project 226

Project 226 resulted in a 2-part literature review by McGandy, Hegsted, and Stare "Dietary Fats, Carbohydrates and Atherosclerotic Disease," in the *New England Journal of Medicine (NEJM)* in 1967.[48,49] Industry and nonindustry funding of the review authors' experimental research was disclosed, but the SRF's funding and participation in the review was not. Evidence reported in the review was relevant to 2 questions: (1) Does the high sucrose content of the American diet cause CHD? and (2) What is the comparative effectiveness of interventions modifying the sucrose or saturated fat content of the diet for the prevention of CHD? The review concluded there was "no doubt" that the only dietary intervention required to prevent CHD was to reduce dietary cholesterol and substitute polyunsaturated fat for saturated fat in the American diet.[49(p246)]

### High Sucrose Content of the American Diet and CHD

The review summarized findings from epidemiologic, experimental, and mechanistic studies examining the role of sucrose in CHD (see eTable 1 in the Supplement). It reported that epidemiologic studies showed a positive association between high sucrose consumption and CHD outcomes[48(pp187-189)] and that experimental studies showed that sucrose caused serum cholesterol and serum triglyceride levels to rise in healthy individuals,[48(p190-192)] and serum triglyceride levels to rise in those with hypertriglyceridemia.[49(pp242-243)] Finally, it reported that mechanistic studies demonstrated the biological plausibility of (1) sucrose affecting serum cholesterol level mediated through changes to the intestinal microbiome,[49(p243)] and (2) fructose, a component of sucrose, affecting serum triglyceride levels mediated through endogenous lipogenesis in the liver, adipose tissues, and other organs.[49(pp244-246)]

The review evaluated the quality of individual studies, including the work of Yudkin and the Iowa Group[48(pp187-188)] (see eTables 1 and 2 in the Supplement), investigators whom the SRF had identified as threatening before initiating the review[15] and in correspondence while it was being prepared.[34,44] The review discounted these studies on the grounds that they contained questionable data or incorrect interpretation.[48(pp187-189)49(pp242-243)] It questioned whether entire classes of evidence were relevant (see eTables 1 and 3 in the Supplement). It discounted epidemiologic evidence for identifying dietary causes of CHD because of multifactorial confounding[48(p188)] and experimental evidence from short-term studies using large doses of sucrose because they were not comparable with amounts typically consumed in the American diet.[48(pp191-192)] It discounted mechanistic studies conducted with fructose or glucose, not sucrose,[49(p244)] and animal evidence because of species differences and because people rarely consumed low-fat diets typically fed to rats.[49(pp243-244)] Overall, the review focused on possible bias in individual studies

and types of evidence rather than on consistency across studies and the coherence of epidemiologic, experimental and mechanistic evidence.

### Comparative Effectiveness of Dietary Interventions for the Prevention of CHD

The *NEJM* review summarized findings from human randomized clinical trials (RCTs) evaluating the effect of sucrose interventions on serum cholesterol and triglyceride levels in healthy and hypertriglyceridemic individuals, and the effect of fat interventions on serum cholesterol levels in healthy persons (see eTable 4 in the Supplement). Regarding sucrose interventions, it argued that substituting fat for sucrose caused a large improvement in serum triglyceride levels in healthy individuals,[48(p190)] substituting starch for sucrose caused a large improvement in serum triglyceride levels in patients with hypertriglyceridemia,[49(pp242-243)] and that substituting leguminous vegetables for sucrose caused a large improvement in serum cholesterol levels in healthy individuals.[48(pp190-191)] Finally, it reported that substituting starch for sucrose caused a small improvement in serum cholesterol levels in healthy individuals.[48(pp190-191)] Regarding fat interventions, the review reported that reducing dietary cholesterol and substituting polyunsaturated fat for saturated fat caused a large improvement in serum cholesterol level in healthy persons.[48(pp189-190)]

The review discounted RCTs that had shown that substituting starch for sucrose had a large effect on improving serum triglyceride levels and implied that only studies that had used serum cholesterol level as a biomarker of CHD risk should be used to compare the efficacy of sucrose interventions to fat interventions (see eTable 4 in the Supplement). The review then discounted RCTs that had shown that substituting fat or vegetables for sucrose had a large effect on improving serum cholesterol level, by arguing this intervention was infeasible[48(p191)] (see eTables 4 and 5 in the Supplement). Substituting refined starches (sweetened with artificial sweeteners) for sucrose, despite being feasible, was dismissed because the magnitude of effect on serum cholesterol level was minimal compared with reducing dietary cholesterol level and substituting polyunsaturated fat for saturated fat.[48(pp190-191)]

Unlike its summary of sucrose intervention RCTs, the review reported few study characteristics and no quantitative results in its summary of fat intervention RCTs.[48(pp189-190)] Consulting the original fat intervention RCTs reveals that the review overstated the consistency of studies (see eTable 6 in the Supplement). Only 1 RCT, conducted by Hegsted et al,[50] concluded that reducing dietary cholesterol and substituting polyunsaturated fat for saturated fat substantially improved serum cholesterol levels. Consulting the original clinical studies cited to substantiate reducing dietary cholesterol and substituting polyunsaturated fat for saturated fat reveals that they were not well controlled. Despite arguing earlier in the review that epidemiologic evidence was irrelevant to determining dietary causes of CHD,[48(pp187-189)] the review implied that the epidemiologic evidence pointed to dietary cholesterol and saturated fat as the primary dietary causes of CHD.[49(p246)] The review argued that the lack of mechanistic evidence confirming the biological plausibility that dietary cholesterol and saturated fat raised serum cholesterol levels was unimportant.[49(p246)] Finally, the review emphasized that polyunsaturated fats were readily available and would be well accepted as substitute for saturated fats in the American diet.[49(p246)]

## Discussion

These internal documents show that the SRF initiated CHD research in 1965 to protect market share and that its first project, a literature review, was published in *NEJM* in 1967 without disclosure of the sugar industry's funding or role. The *NEJM* review served the sugar industry's interests by arguing that epidemiologic, animal, and mechanistic studies associating sucrose with CHD were limited, implying they should not be included in an evidentiary assessment of the CHD risks of sucrose. Instead, the review argued that the only evidence modality needed to yield a definitive answer to the question of how to modify the American diet to prevent CHD was RCTs that exclusively used serum cholesterol level as a CHD biomarker. Randomized clinical trials using serum cholesterol level as the CHD biomarker made the high sucrose content of the American diet seem less hazardous than if the entire body of evidence had been considered.

Following the *NEJM* review, the sugar industry continued to fund research on CHD and other chronic diseases "as a main prop of the industry's defense."[51] For example, in 1971, it influenced the National Institute of Dental Research's National Caries Program to shift its emphasis on dental caries interventions other than restricting sucrose.[8] The industry commissioned a review, "Sugar in the Diet of Man," which it credited with, among other industry tactics, favorably influencing the 1976 US Food and Drug Administration evaluation of the safety of sugar.[51] These findings, our analysis, and current Sugar Association criticisms of evidence linking sucrose to cardiovascular disease[6,7] suggest the industry may have a long history of influencing federal policy.

This historical account of industry efforts demonstrates the importance of having reviews written by people without conflicts of interest and the need for financial disclosure. Scientific reviews shape policy debates, subsequent investigations, and the funding priorities of federal agencies.[52] The *NEJM* has required authors to disclose all conflicts of interest since 1984,[53] and conflict of interest disclosure policies have been widely implemented since the sugar industry launched its CHD research program. Whether current conflict of interest policies are adequate to withstand the economic interests of industry remains unclear.[54]

Many industries sponsor research to influence assessments of the risks and benefits of their products.[55-57] The influence of industry sponsorship on nutrition research is receiving increased scrutiny.[58] Access to documents not meant for public consumption has provided the public health community unprecedented insight into industry motives, strategies, tactics, and data designed to protect companies from litigation and regulation.[59] This insight has been a major factor behind successful global tobacco control policies.[60] Our analysis suggests that research using sugar industry documents has the potential to inform the health community about how to counter this industry's strategies and tactics to control information on the adverse health effects of sucrose.

### Study Limitations

The Roger Adams papers and other documents used in this research provide a narrow window into the activities of 1 sugar industry trade association; therefore, it is difficult to validate that the documents gathered are representative of the entirety of SRF internal materials related to Project 226 from the 1950s and 1960s or that the proper weight was given to each data source. There is no direct evidence that the sugar industry wrote or changed the *NEJM* review manuscript; the evidence that the industry shaped the review's conclusions is circumstantial. We did not analyze the role of other organizations, nutrition leaders, or food industries that advocated that saturated fat and dietary cholesterol were the main dietary cause of CHD. We could not interview key actors involved in this historical episode because they have died.

## Conclusions

This study suggests that the sugar industry sponsored its first CHD research project in 1965 to downplay early warning signals that sucrose consumption was a risk factor in CHD. As of 2016, sugar control policies are being promulgated in international,[61] federal,[62,63] state, and local venues.[64] Yet CHD risk is inconsistently cited as a health consequence of added sugars consumption. Because CHD is the leading cause of death globally, the health community should ensure that CHD risk is evaluated in future risk assessments of added sugars. Policymaking committees should consider giving less weight to food industry–funded studies, and include mechanistic and animal studies as well as studies appraising the effect of added sugars on multiple CHD biomarkers and disease development.[65]

**ARTICLE INFORMATION**

**Accepted for Publication:** July 2, 2016.

**Published Online:** September 12, 2016.
doi:10.1001/jamainternmed.2016.5394.

**Author Affiliations:** Philip R. Lee Institute for Health Policy Studies, San Francisco, California (Kearns, Schmidt, Glantz); Department of Orofacial Sciences, University of California, San Francisco (Kearns); Clinical and Translational Science Institute, San Francisco, California (Schmidt); Department of Anthropology, History, and Social Medicine, University of California, San Francisco (Schmidt); Department of Medicine, University of California, San Francisco (Glantz); Center for Tobacco Control Research and Education, San Francisco, California (Glantz); Cardiovascular Research Institute, San Francisco, California (Glantz); Helen Diller Family Comprehensive Cancer Center, San Francisco, California (Glantz).

**Author Contributions:** Drs Kearns and Glantz had full access to all the data in the study and take responsibility for the integrity of the data and the accuracy of data analysis.
*Study concept and design:* All authors.
*Acquisition, analysis, or interpretation of data:* All authors.
*Drafting of the manuscript:* Kearns.
*Critical revision of the manuscript for important intellectual content:* All authors.
*Statistical analysis:* Glantz.
*Obtained funding:* Glantz.
*Administrative, technical, or material support:* Kearns, Glantz.
*Study supervision:* Schmidt, Glantz.

**Conflict of Interest Disclosures:** None reported.

**Funding/Support:** This work was supported by the UCSF Philip R. Lee Institute for Health Policy Studies, a donation by the Hellmann Family Fund to the UCSF Center for Tobacco Control Research and Education, the UCSF School of Dentistry Department of Orofacial Sciences and Global Oral Health Program, National Institute of Dental and Craniofacial Research grant DE-OO7306 and National Cancer Institute Grant CA-087472.

**Role of the Funder/Sponsor:** The funders had no role in design and conduct of the study; collection, management, analysis, and interpretation of the data; and preparation, review, or approval of the manuscript.

**Additional Contributions:** We thank Kimber Stanhope, PhD, RD, for advice on the analysis of the

SRF-funded *NEJM* review and the original studies it cited. No compensation was received for her contribution.

## REFERENCES

**1**. National Academy of Sciences-National Research Council. Symposium on atherosclerosis held under the auspices of the Division of Medical Sciences National Academy of Sciences–National Research Council at the request of the Human Factors Division Air Force Directorate of Research and Development. March 22-23, 1954. 1954; https://catalog.hathitrust.org/Record/001566340. Accessed August 31, 2015.

**2**. Taubes G. *Good Calories, Bad Calories: Challenging the Conventional Wisdom on Diet, Weight Control, and Disease.* New York, NY: Knopf; 2007.

**3**. Teicholz N. *The Big Fat Surprise: Why Butter, Meat, and Cheese Belong in a Healthy Diet.* New York, NY: Simon and Schuster; 2014.

**4**. US Department of Health and Human Services and Department of Agriculture. *Nutrition and Your Health: Dietary Guidelines for Americans.* Washington, DC: US Government Printing Office; 1980.

**5**. Sugar Association. Return of organization exempt from income tax form 990. 2014. https://projects.propublica.org/nonprofits/organizations/132614920. Accessed September 23, 2015.

**6**. Sugar Association. Sugar and heart health: what are the facts? 2015. https://www.sugar.org/sugar-heart-health-facts/. Accessed August 11, 2015.

**7**. Sugar Association. Comment ID No. 22978, submitted May 7, 2015. Office of Disease Prevention and Health Promotion website. https://health.gov/dietaryguidelines/dga2015/comments/readCommentDetails.aspx?CID=22978. Accessed January 20, 2016.

**8**. Kearns CE, Glantz SA, Schmidt LA. Sugar industry influence on the scientific agenda of the National Institute of Dental Research's 1971 National Caries Program: a historical analysis of internal documents. *PLoS Med.* 2015;12(3):e1001798.

**9**. Roger Adams: an inventory of the papers of Roger Adams at the University of Illinois Archives, 1889-1971. Papers of Roger Adams. Urbana: University of Illinois. Record Series No. 15/5/23.

**10**. Cheek DW. *Sugar Research, 1943-1972.* Bethesda, MD: International Sugar Research Foundation; 1974.

**11**. Finding aid Hegsted, D. Mark (David Mark), 1914-2009. Papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medical Library, Francis A. Countway Library of Medicine. H MS c54.

**12**. Hass HB. What's new in sugar research. Proceedings of the American Society of Sugar Beet Technologists. 1954. http://digitalcollections.qut.edu.au/1407/5/American_Society_of_Sugar_Beet_Technologists_1954_Part_1.pdf. Accessed October 10, 2015.

**13**. Sugar Research Foundation Inc. Minutes of a meeting of the Scientific Advisory Board (November 9, 1962). Papers of Roger Adams at the University of Illinois Archives, 1889-1971. Urbana: University of Illinois. Record Series No. 15/5/23.

**14**. Council on Foods and Nutrition (American Medical Association). The regulation of dietary fat: a report of the council. *JAMA.* 1962;181(5):411-429.

**15**. Hickson JL. Memoranda to Neil Kelly regarding possible activities of the Sugar Association Inc (December 14, 1964). Papers of Roger Adams at the University of Illinois Archives, 1889-1971. Urbana: University of Illinois. Record Series No. 15/5/23.

**16**. Yudkin J. *Pure, White and Deadly: The Problem of Sugar.* London, England: Davis-Poynter Ltd; 1972.

**17**. Yudkin J. Diet and coronary thrombosis hypothesis and fact. *Lancet.* 1957;273(6987):155-162.

**18**. Yudkin J. Dietary fat and dietary sugar in relation to ischaemic heart-disease and diabetes. *Lancet.* 1964;2(7349):4-5.

**19**. Hegsted DM. Fredrick John Stare (1910-2002). *J Nutr.* 2004;134(5):1007-1009.

**20**. Hickson JL. Letter to Scientific Advisory Board of Sugar Research Foundation (January 14, 1965). Papers of Roger Adams at the University of Illinois Archives, 1889-1971. Urbana: University of Illinois. Record Series No. 15/5/23.

**21**. Technical Group of Committee on Lipoproteins and Atherosclerosis and Committee on Lipoproteins and Atherosclerosis of National Advisory Heart Council. Evaluation of serum lipoprotein and cholesterol measurements as predictors of clinical complications of atherosclerosis: report of a cooperative study of lipoproteins and atherosclerosis. *Circulation.* 1956;14(4, pt 2):691-742.

**22**. Page IH, Allen EV, Chamberlain FL, Keys A, Stamler J, Stare FJ. Dietary fat and its relation to heart attacks and strokes. *Circulation.* 1961;23(1):133-136.

**23**. Hess J. Harvard's sugar-pushing nutritionist. *Saturday Rev.* 1978;(August):10-14.

**24**. Hickson JL. Letter to Professor Mark Hegsted, Harvard University (June 16, 1965). D. Mark Hegsted Papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medical Library, Francis A. Countway Library of Medicine. H MS c54.

**25**. Hegsted DM. Letter to Charles O'Boyle (July 2, 1965). D. Mark Hegsted papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medical Library, Francis A. Countway Library of Medicine. H MS c54.

**26**. Ostrander LD Jr, Francis T Jr, Hayner NS, Kjelsberg MO, Epstein FH. The relationship of cardiovascular disease to hyperglycemia. *Ann Intern Med.* 1965;62(6):1188-1198.

**27**. Epstein FH, Ostrander LD Jr, Johnson BC, et al. Epidemiological studies of cardiovascular disease in a total community—Tecumseh, Michigan. *Ann Intern Med.* 1965;62(6):1170-1187.

**28**. Kuo PT, Bassett DR. Dietary sugar in the production of hyperglyceridemia. *Ann Intern Med.* 1965;62(6):1199-1212.

**29**. Albrink MJ. Carbohydrate metabolism in cardiovascular disease. *Ann Intern Med.* 1965;62(6):1330-1333.

**30**. Ubell E. Sugar: moot factor in heart disease from New York Herald Tribune. 1965; D. Mark Hegsted papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medial Library, Francis A. Countway Library of Medicine. H MS c54.

**31**. Hickson JL. Letter to Professor Mark Hegsted, Harvard University (July 15, 1965). D. Mark Hegsted papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medical Library, Francis A. Countway Library of Medicine. H MS c54.

**32**. International Sugar Research Foundation. ISRF quadrennial report of research for the years 1965-1969. 1969. Papers of Roger Adams at the University of Illinois Archives, 1889-1971. Urbana: University of Illinois. Record Series No. 15/5/23.

**33**. Hegsted DM. Letter to John L. Hickson, Sugar Research Foundation (July 23, 1965). D. Mark Hegsted papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medical Library, Francis A. Countway Library of Medicine. H MS c54.

**34**. Hickson JL. Letter to Professor Mark Hegsted, Harvard University (July 30, 1965). D. Mark Hegsted papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medical Library, Francis A. Countway Library of Medicine. H MS c54.

**35**. Hickson JL. Letter to Professor Mark Hegsted, Harvard University (October 18, 1965). D. Mark Hegsted papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medical Library, Francis A. Countway Library of Medicine. H MS c54.

**36**. Hickson JL. Letter to Professor Mark Hegsted, Harvard University (December 10, 1965). D. Mark Hegsted papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medical Library, Francis A. Countway Library of Medicine. H MS c54.

**37**. Hickson JL. Letter to Professor Mark Hegsted, Harvard University (March 22, 1966). D. Mark Hegsted papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medical Library, Francis A. Countway Library of Medicine. H MS c54.

**38**. Hickson JL. Letter to Professor Mark Hegsted, Harvard University (March 8, 1966). D. Mark Hegsted papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medical Library, Francis A. Countway Library of Medicine. H MS c54.

**39**. Hickson JL. Letter to Professor Mark Hegsted, Harvard University (September 19, 1966). D. Mark Hegsted papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medical Library, Francis A. Countway Library of Medicine. H MS c54.

**40**. Hickson JL. Letter to Professor Mark Hegsted, Harvard University (September 6, 1966). D. Mark Hegsted papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medical Library, Francis A. Countway Library of Medicine. H MS c54.

**41**. Kinsell LW. Correspondence: diet and ischemic heart disease in *British Medical Journal* (1965). D. Mark Hegsted papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medical Library, Francis A. Countway Library of Medicine. H MS c54.

**42**. Dietary fats and intestinal thiamine synthesis in rats. *Nutr Rev.* 1965;23(11):334-336.

**43**. Hegsted DM. Letter to John L. Hickson, Sugar Research Foundation (August 10, 1965). D. Mark Hegsted papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medical Library, Francis A. Countway Library of Medicine. H MS c54.

**44**. Hegsted DM. Letter to John L. Hickson, Sugar Research Foundation (April 26, 1966). D. Mark Hegsted papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medical Library, Francis A. Countway Library of Medicine. H MS c54.

**45**. Lopez A, Hodges RE, Krehl WA. Some interesting relationships between dietary carbohydrates and serum cholesterol. *Am J Clin Nutr.* 1966;18(2):149-153.

**46**. Hegsted DM. Letter to John L. Hickson, Sugar Research Foundation (September 29, 1966). D.

Copyright 2016 American Medical Association. All rights reserved.

Mark Hegsted papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medial Library, Francis A. Countway Library of Medicine. H MS c54.

**47**. Hickson JL. Letter to Professor Mark Hegsted, Harvard University (April 29, 1966). D. Mark Hegsted papers, 1952-1999 (inclusive), 1960-1978 (bulk). Boston, MA: Harvard Medical Library, Francis A. Countway Library of Medicine. H MS c54.

**48**. McGandy RB, Hegsted DM, Stare FJ. Dietary fats, carbohydrates and atherosclerotic vascular disease. *N Engl J Med*. 1967;277(4):186-192.

**49**. McGandy RB, Hegsted DM, Stare FJ. Dietary fats, carbohydrates and atherosclerotic vascular disease. *N Engl J Med*. 1967;277(5):245-247.

**50**. Hegsted DM, McGandy RB, Myers ML, Stare FJ. Quantitative effects of dietary fat on serum cholesterol in man. *Am J Clin Nutr*. 1965;17(5):281-295.

**51**. Taubes G, Couzens CK. Big sugar's sweet little lies: how the industry kept scientists from asking, does sugar kill? 2012. http://www.motherjones.com/environment/2012/10/sugar-industry-lies-campaign Accessed October 17, 2014.

**52**. Eden J, Levit L, Berg A, Morton S. *Finding What Works in Health Care: Standards for Systematic Reviews*. Washington, DC: National Academies Press; 2011.

**53**. *New England Journal of Medicine*. Integrity safeguards. 2016; http://www.nejm.org/page

/media-center/integrity-safeguards. Accessed January 30, 2016.

**54**. Aveyard P, Yach D, Gilmore AB, Capewell S. Should we welcome food industry funding of public health research? *BMJ*. 2016;353(i2161):i2161.

**55**. Jørgensen AW, Hilden J, Gøtzsche PC. Cochrane reviews compared with industry supported meta-analyses and other meta-analyses of the same drugs: systematic review. *BMJ*. 2006;333(7572):782-782.

**56**. Oreskes N, Conway EM. *Merchants of Doubt*. New York, NY: Bloomsbury Press; 2010.

**57**. Glantz SA, Slade J, Bero LA, Hanauer P, Barnes DE. *The Cigarette Papers*. Berkeley: University of California Press; 1996.

**58**. Nestle M. Corporate funding of food and nutrition research: science or marketing? *JAMA Intern Med*. 2016;176(1):13-14.

**59**. Bero L. Implications of the tobacco industry documents for public health and policy. *Annu Rev Public Health*. 2003;24:267-288.

**60**. World Health Organization. WHO Framework Convention on Tobacco Control. 2003. http://apps.who.int/iris/bitstream/10665/42811/1/9241591013.pdf. Accessed October 20, 2014.

**61**. World Health Organization. *Guidelines: Sugar Intake for Adults and Children*. Geneva, Switzerland: World Health Organization; 2015.

**62**. US Department of Health and Human Services and US Department of Agriculture. *2015-2020 Dietary Guidelines for Americans*. 8th ed. Washington, DC: U.S. Government Printing Office; 2016.

**63**. US Food and Drug Administration. Changes to the nutrition facts label. 2016. http://www.fda.gov/Food/GuidanceRegulation/GuidanceDocumentsRegulatoryInformation/LabelingNutrition/ucm385663.htm. Accessed June 7, 2016.

**64**. California Center for Public Health Advocacy. Kick the can, giving the boot to sugary drinks: legislative campaigns. 2016. http://www.kickthecan.info/legislative-campaigns. Accessed January 19, 2016.

**65**. Miller M, Stone NJ, Ballantyne C, et al; American Heart Association Clinical Lipidology, Thrombosis, and Prevention Committee of the Council on Nutrition, Physical Activity, and Metabolism; Council on Arteriosclerosis, Thrombosis and Vascular Biology; Council on Cardiovascular Nursing; Council on the Kidney in Cardiovascular Disease. Triglycerides and cardiovascular disease: a scientific statement from the American Heart Association. *Circulation*. 2011;123(20):2292-2333.

# Exhibit 4



"THE MOST EMPOWERING MOVIE YOU'LL SEE THIS YEAR."
-Bustle.com

THE EAGLE HUNTRESS

NOW PLAYING
SELECT CITIES
NATIONWIDE
ON FRIDAY

GET TICKETS

# MOTHER JONES

SUBSCRIBE    DONATE

**POLITICS     ENVIRONMENT     FOOD     MEDIA     CRIME & JUSTICE     PHOTOS     INVESTIGATIONS     MAGAZINE**

**Fight like hell:** Read our thoughts on the election—and what we, together, can do next.

# Big Sugar's Sweet Little Lies

How the industry kept scientists from asking: Does sugar kill?

**GARY TAUBES** AND **CRISTIN KEARNS COUZENS**    **NOVEMBER/DECEMBER 2012 ISSUE**

   



*Chris Buzelli*

**On a brisk spring** Tuesday in 1976, a pair of executives from the Sugar Association stepped up to the podium of a Chicago ballroom to accept (http://select.nytimes.com/gst/abstract.html?res=F50D16FE3D5B167493CBA8178ED85F428785F9) the

Oscar of the public relations world, the Silver Anvil (http://www.prsa.org/awards/search?
pg=1&saYear=All&sakeyword=sugar+association&saCategory=Crisis+Management&saIndustry=&saOutc
ome=) award for excellence in "the forging of public opinion.
(http://www.prsa.org/Awards/SilverAnvil/) " The trade group had recently pulled off one of the
greatest turnarounds in PR history. For nearly a decade, the sugar industry had been
buffeted by crisis after crisis as the media and the public soured on sugar and scientists
began to view it as a likely cause of obesity, diabetes, and heart disease. Industry ads
claiming that eating sugar helped you lose weight had been called out
(http://www.ftc.gov/opa/1997/03/dietcase.shtm) by the Federal Trade Commission, and the Food
and Drug Administration had launched a review
(http://www.fda.gov/Food/FoodIngredientsPackaging/GenerallyRecognizedasSafeGRAS/GRASSubstancesS
COGSDatabase/ucm084142.htm) of whether sugar was even safe to eat. Consumption had
declined 12 percent in just two years, and producers could see where that trend might
lead. As John "JW" Tatem Jr. and Jack O'Connell Jr., the Sugar Association's president
and director of public relations, posed that day with their trophies, their smiles only
hinted at the coup they'd just pulled off.

Their winning campaign, crafted with the help of the prestigious public relations firm
Carl Byoir & Associates, had been prompted by a poll
(http://www.motherjones.com/documents/486416-executive-summary-attitudes-toward-sugar-poll)
showing that consumers had come to see sugar as fattening, and that most doctors
suspected it might exacerbate, if not cause, heart disease and diabetes. With an initial
annual budget of nearly $800,000 ($3.4 million today) collected from the makers of
Dixie Crystals, Domino, C&H, Great Western, and other sugar brands, the association
recruited a stable of medical and nutritional professionals to allay the public's fears,
brought snack and beverage companies into the fold, and bankrolled scientific papers
that contributed to a "highly supportive" FDA ruling, which, the Silver Anvil
application boasted, made it "unlikely that sugar will be subject to legislative
restriction in coming years."

The story of sugar, as Tatem told it, was one of a
harmless product under attack by "opportunists
dedicated to exploiting the consuming public.
(http://www.motherjones.com/documents/472384-remarks-by-john-
tatem-at-the-chicago-nutrition#p6/a79252) " Over the
subsequent decades, it would be transformed from
what the *New York Times* in 1977 had deemed "a
villain in disguise (http://select.nytimes.com/gst/abstract.html?
res=F70F17F83D5F127A93C7AB178ED85F438785F9) " into a
nutrient so seemingly innocuous that even the
American Heart Association and the American
Diabetes Association approved it as part of a healthy
diet. Research on the suspected links between sugar



A Timeline of Sugar Spin
(/politics/2012/10/sugar-industry-marketing-timeline)

How a Former Dentist Drilled Big Sugar
(/environment/2012/10/former-dentist-sugar-industry-
lies)

WATCH: Q&A With Author Gary Taubes
(/blue-marble/2012/10/watch-video-gary-taubes-
sugar-regulation)

Secret Sugar Documents Revealed
(/environment/2012/10/sugar-industry-internal-
documents-revealed)

and chronic disease largely ground to a halt by the late 1980s, and scientists came to
view such pursuits as a career dead end. So effective were the Sugar Association's
efforts that, to this day, no consensus exists about sugar's potential dangers.

The industry's PR campaign corresponded roughly with a significant rise in Americans' consumption of "caloric sweeteners, (http://www.google.com/url?sa=t&rct=i&q=&esrc=s&source=web&cd=3&ved=0CDAOFiAC&url=http%3A%2F%2Fwww.ers.usda.gov%2Fdatafiles%2FFood_Availabily_Per_Capita_Data_System%2FLossAdjusted_Food_Availability%2Fsugar.xls&ei=uq-FUOGmNcm2vAGG54COCg&usg=AFQiCNFPiUswOP2lu5_GdYgFAKwhGvt3Ig&sig2=avi88Tv5bbGkXCl9X4RXHQ&cad=ria) " including table sugar (sucrose) and high-fructose corn syrup (HFCS). This increase was accompanied, in turn, by a surge in the chronic diseases increasingly linked to sugar. Since 1970, obesity rates (http://www.cdc.gov/nchs/data/hestat/obesity_adult_07_08/obesity_adult_07_08.htm) in the United States have more than doubled, while the incidence of diabetes (http://www.motherjones.com/documents/459554-long-term-trends-in-diagnosed-diabetes-october) has more than tripled. (The chart below uses sugar "availability" numbers rather than the USDA's speculative new consumption figures (http://www.nytimes.com/2012/10/27/business/us-cuts-estimate-of-sugar-intake-of-typical-american.html?pagewanted=all) .)



Precisely how did the sugar industry engineer its turnaround? The answer is found in more than 1,500 pages of internal memos, letters, and company board reports we discovered buried in the archives (http://www.motherjones.com/environment/2012/10/how-unemployed-dentist-drilled-sugar-industry) of now-defunct sugar companies as well as in the recently released papers of deceased researchers and consultants who played key roles in the industry's strategy. They show how Big Sugar used Big Tobacco-style tactics to ensure that government agencies would dismiss troubling health claims against their products.

Compared to the tobacco companies, which knew for a fact that their wares were deadly and spent billions of dollars trying to cover up that reality, the sugar industry had a relatively easy task. With the jury still out on sugar's health effects, producers simply needed to make sure that the uncertainty lingered. But the goal was the same: to safeguard sales by creating a body of evidence companies could deploy to counter any unfavorable research.

This decades-long effort to stack the scientific deck is why, today, the USDA's dietary guidelines (http://www.cnpp.usda.gov/DGAs2010-PolicyDocument.htm) only speak of sugar in vague generalities. ("Reduce the intake of calories from solid fats and added sugars.") It's why the FDA insists that sugar is "generally recognized as safe (http://www.fda.gov/Food/FoodIngredientsPackaging/GenerallyRecognizedasSafeGRAS/GRASSubstancesSCOGSDatabase/ucm260083.htm)" despite considerable evidence suggesting otherwise. It's why some scientists' urgent calls for regulation of sugary products have been dead on arrival, and it's why—absent any federal leadership—New York City Mayor Michael Bloomberg felt compelled to propose a ban on oversized sugary drinks (http://www.nytimes.com/2012/09/14/nyregion/health-board-approves-bloombergs-soda-ban.html) that passed in September.

> **For 40 years, the sugar industry's priority has been to shed doubt on studies suggesting that its product makes people sick.**

In fact, a growing body of research suggests that sugar and its nearly chemically identical cousin, HFCS, may very well cause diseases that kill hundreds of thousands of Americans every year, and that these chronic conditions would be far less prevalent if we significantly dialed back our consumption of added sugars. Robert Lustig, a leading authority on pediatric obesity at the University of California-San Francisco (whose arguments Gary explored in a 2011 *New York Times Magazine* cover story (http://www.nytimes.com/2011/04/17/magazine/mag-17Sugar-t.html?pagewanted=print) ), made this case last February in the prestigious journal *Nature*. In an article titled "The Toxic Truth About Sugar, (http://www.nature.com/nature/journal/v482/n7383/full/482027a.html?WT.mc_id=TWT_NatureRevEndo)" Lustig and two colleagues observed that sucrose and HFCS are addictive in much the same way as cigarettes and alcohol, and that overconsumption of them is driving worldwide epidemics of obesity and type 2 diabetes (the type associated with obesity). Sugar-related diseases are costing America around $150 billion a year, the authors estimated, so federal health officials need to step up and consider regulating the stuff.

> *"The fact that confirmed scientific evidence links sugar to the death-dealing diseases...is the lifeblood" of the sugar association.*

The Sugar Association dusted off (http://www.sugar.org/press-releases/sugar-association-finds-opinion-piece-published-in-nature-non-scientific-and-irresponsible.html) what has become its stock response: The Lustig paper, it said, "lacks the scientific evidence or consensus" to support its claims, and its authors were irresponsible not to point out that the full body of science "is inconclusive at best." This inconclusiveness, of course, is precisely what the Sugar Association has worked so assiduously to maintain. "In confronting our critics," Tatem explained (http://www.motherjones.com/documents/493719-excerpt-of-the-presidents-report-board-of#document/p9/a79770) to his board of directors back in 1976, "we try never to lose sight of the fact that no confirmed scientific evidence links sugar to the death-dealing diseases. This crucial point is the lifeblood of the association."

**The Sugar Association's** earliest incarnation (http://www.sugar.org/about-us/history.html) dates back to 1943, when growers and refiners created the Sugar Research Foundation to counter World War II sugar-rationing propaganda (http://www.motherjones.com/documents/480900-a-suggested-program-for-the-cane-and-beet-sugar#document/p1/a79021) —"How Much Sugar Do You Need? None!" declared one government pamphlet. In 1947, producers rechristened their group the Sugar Association and launched a new PR division, Sugar Information Inc., which before long was touting sugar (http://books.google.com/books?id=P1OEAAAAMBAJ&pg=PA9&dq=sugar+information+inc.&hl=en&sa=X&ei=9Y-dT8XPGOW22gXahvXfDg&ved=0CFcO6AEwBA#v=onepage&q=sugar%20information%20inc.&f=false) as a "sensible new approach to weight control." In 1968, in the hope of enlisting foreign sugar companies to help defray costs, the Sugar Association spun off its research division as the International Sugar Research Foundation. "Misconceptions concerning the causes of tooth decay, diabetes, and heart problems exist on a worldwide basis," explained a 1969 ISRF recruiting brochure (http://www.motherjones.com/documents/493727-isrf-brochure#annotation/a79784) .

As early as 1962, internal Sugar Association memos had acknowledged the potential links between sugar and chronic diseases, but at the time sugar executives had a more pressing problem: Weight-conscious Americans were switching in droves to diet sodas—particularly Diet Rite and Tab—sweetened with cyclamate and saccharin. From 1963 through 1968, diet soda's share of the soft-drink market shot from 4 percent to 15 percent. "A dollar's worth of sugar," ISRF vice president and research director John Hickson warned in an internal review, "could be replaced with a dime's worth" of sugar alternatives. "If anyone can undersell you nine cents out of 10," Hickson told the *New York Times* (http://select.nytimes.com/gst/abstract.html?res=F40E16F63D5C137A93C3A9178DD85F4D8685F9) in 1969, "you'd better find some brickbat you can throw at him."

By then, the sugar industry had doled out more than $600,000 (about $4 million today) to study every conceivable harmful effect of cyclamate sweeteners, which are still sold around the world under names like Sugar Twin and Sucaryl. In 1969, the FDA banned cyclamates in the United States based on a study suggesting they could cause bladder cancer in rats. Not long after, Hickson left the ISRF to work for the Cigar Research Council. He was described in a confidential tobacco industry memo (http://www.motherjones.com/documents/486467-iohn-hickson-tobacco-memo) as a "supreme scientific politician who had been successful in condemning cyclamates, on behalf of the [sugar industry], on somewhat shaky evidence." It later emerged that the evidence suggesting that cyclamates caused cancer in rodents was not relevant to humans (http://www.cancer.gov/cancertonics/factsheet/Risk/artificial-sweeteners) , but by then the case was officially closed. In 1977, saccharin, too, was nearly banned on the basis of animal results that would turn out to be meaningless in people.

Meanwhile, researchers had been reporting that blood lipids—cholesterol and triglycerides in particular—were a risk factor in heart disease. Some people had high cholesterol but normal triglycerides, prompting health experts to recommend that they avoid animal fats. Other people were deemed "carbohydrate sensitive," with normal cholesterol but markedly increased triglyceride levels. In these individuals, even moderate sugar consumption could cause a spike in triglycerides. John Yudkin, the

United Kingdom's leading nutritionist, was making headlines (http://www.motherjones.com/documents/459557-sugar-may-be-cardiac-cuprit-medical-world-news) with claims that sugar, not fat, was the primary cause of heart disease.

In 1967, the Sugar Association's research division began considering "the rising tide of implications of sucrose in atherosclerosis." Before long, according to a confidential 1970 review of industry-funded studies, the newly formed ISRF was spending 10 percent of its research budget on the link between diet and heart disease. Hickson, the ISRF's vice president, urged his member corporations to keep the results of the review under wraps. Of particular concern was the work of a University of Pennsylvania researcher on "sucrose sensitivity," which sugar executives feared was "likely to reveal evidence of harmful effects. (http://www.motherjones.com/documents/486422-excerpt-of-minutes-of-the-isrf-scientific#document/p3/a79259)" One ISRF consultant recommended (http://www.motherjones.com/documents/486422-excerpt-of-minutes-of-the-isrf-scientific#document/p4/a79260) that sugar companies get to the truth of the matter by sponsoring a full-on study. In what would become a pattern, the ISRF opted not to follow his advice. Another ISRF-sponsored study, by biochemist Walter Pover of the University of Birmingham, in England, had uncovered a possible mechanism to explain how sugar raises triglyceride levels. Pover believed he was on the verge of demonstrating this mechanism "conclusively" and that 18 more weeks of work would nail it down. But instead of providing the funds, the ISRF nixed the project, assessing its value as "nil."

*e diabetes pert testified t anything re than 70 unds per rson per ar—about lf of what is ld in America lay—might ark idemics.*

The industry followed a similar strategy when it came to diabetes. By 1973, links between sugar, diabetes, and heart disease were sufficiently troubling that Sen. George McGovern of South Dakota convened a hearing of his Select Committee on Nutrition and Human Needs to address the issue. An international panel of experts—including Yudkin and Walter Mertz, head of the Human Nutrition Institute at the Department of Agriculture—testified that variations in sugar consumption were the best explanation for the differences in diabetes rates between populations, and that research by the USDA and others supported the notion that eating too much sugar promotes dramatic population-wide increases in the disease. One panelist, South African diabetes specialist George Campbell, suggested that anything more than 70 pounds per person per year—about half of what is sold in America today—would spark epidemics.

In the face of such hostile news from independent scientists, the ISRF hosted its own conference the following March, focusing exclusively on the work of researchers who were skeptical of a sugar/diabetes connection. "All those present agreed that a large amount of research is still necessary before a firm conclusion can be arrived at," according to a conference review (http://www.motherjones.com/documents/472408-developments-in-brief-isrf-support-of-health#document/p3/a79768) published in a prominent diabetes journal. In 1975, the foundation reconvened in Montreal to discuss research priorities with its consulting scientists. Sales were sinking, Tatem reminded the gathered sugar execs,

and a major factor was "the impact of consumer advocates who link sugar consumption with certain diseases."

Following the Montreal conference, the ISRF disseminated a memo (http://www.motherjones.com/documents/472408-developments-in-brief-isrf-support-of-health) quoting Errol Marliss, a University of Toronto diabetes specialist, recommending that the industry pursue "well-designed research programs" to establish sugar's role in the course of diabetes and other diseases. "Such research programs *might* produce an answer that sucrose is bad in certain individuals," he warned. But the studies "should be undertaken in a sufficiently comprehensive way as to produce results. A gesture rather than full support is unlikely to produce the sought-after answers."

A gesture, however, is what the industry would offer. Rather than approve a serious investigation of the purported links between sucrose and disease, American sugar companies quit supporting (http://www.motherjones.com/documents/472411-sugar-association-meeting-of-the-board-of) the ISRF's research projects. Instead, via the Sugar Association proper, they would spend roughly $655,000 between 1975 and 1980 on 17 studies (http://www.motherjones.com/documents/472497-research-program-funding-schedule-may-1978) designed, as internal documents put it, "to maintain research as a main prop of the industry's defense. (http://www.motherjones.com/documents/484689-schedule-of-expenses-board-of-directors-meeting#document/p3/a79141)" Each proposal was vetted by a panel (http://www.motherjones.com/documents/441454-the-sugar-association-brochure-january-1977#document/p15/a79262) of industry-friendly scientists and a second committee (http://www.motherjones.com/documents/441454-the-sugar-association-brochure-january-1977#document/p16/a78619) staffed by representatives from sugar companies and "contributing research members (http://www.motherjones.com/documents/441454-the-sugar-association-brochure-january-1977#document/p4/a78616)" such as Coca-Cola, Hershey's, General Mills, and Nabisco. Most of the cash was awarded to researchers whose studies seemed explicitly designed to exonerate sugar. One even proposed to explore whether sugar could be shown to boost serotonin levels in rats' brains, and thus "prove of therapeutic value, as in the relief of depression," an internal document noted (http://www.motherjones.com/documents/486444-sucrose-brain-neurotransmitters-and-behavior#document/p2/a14) .

> **_Industry-funded science projects were vetted by a panel with reps from Hershey's, Coca-Cola, General Mills, and Nabisco._**

At best, the studies seemed a token effort. Harvard Medical School professor Ron Arky, for example, received money from the Sugar Association to determine whether sucrose has a different effect on blood sugar and other diabetes indicators if eaten alongside complex carbohydrates like pectin and psyllium. The project went nowhere, Arky told us recently. But the Sugar Association "didn't care."



In short, rather than do definitive research to learn the truth about its product, good or bad, the association stuck to a PR scheme designed to "establish with the broadest possible audience—virtually everyone is a consumer—the safety of sugar as a food." One of its first acts was to establish a <u>Food & Nutrition Advisory Council</u> (http://www.motherjones.com/documents/441454-the-sugar-association-brochure-january-1977#document/p15/a78618) consisting of a half-dozen physicians and two dentists willing to defend sugar's place in a healthy diet, and set aside roughly $60,000 per year (more than $220,000 today) to <u>cover its cost</u> (http://www.motherjones.com/documents/484689-schedule-of-expenses-board-of-directors-meeting#document/p2/a79140) .

Working to the industry's recruiting advantage was the rising notion that cholesterol and dietary fat—especially saturated fat—were the likely causes of heart disease. (Tatem even suggested, in a <u>letter to the *Times Magazine*</u> (http://www.motherjones.com/documents/472389-letter-from-john-tatem-to-the-new-york-times#document/p3/a79265) , that some "sugar critics" were motivated merely by wanting "to keep the heat off saturated fats.") This was the brainchild of nutritionist Ancel Keys, whose University of Minnesota laboratory had received financial support from the sugar industry as early as 1944. From the 1950s through the 1980s, Keys remained the most outspoken proponent of the fat hypothesis, often clashing publicly with Yudkin, the most vocal supporter of the sugar hypothesis—the two men "shared a good deal of loathing," recalled one of Yudkin's colleagues.

*federal nels, dustry- ded entists cited dustry- ded studies dismiss gar as a lprit.*

So when the Sugar Association needed a heart disease expert for its Food & Nutrition Advisory Council, it approached Francisco Grande, one of Keys' closest colleagues. Another panelist was University of Oregon nutritionist William Connor, the leading purveyor of the notion that it is dietary cholesterol that causes heart disease. As its top diabetes expert, the industry recruited <u>Edwin Bierman</u> (http://www.google.com/url?sa=t&rct=i&q=&esrc=s&source=web&cd=7&ved=0CEoQFiAG&url=http%3A%2F%2Fwww.ajcn.org%2Fcontent%2F62%2F5%2F895.full.pdf%2Bhtml&ei=m7eJUL_ECoHo2AW_84CIAw&usg=AFQjCNFVwKi3OOsRLHfaDZ26A-g9JXrO9A&sig2=VsXxr5281078F1BAWZwEBw&cad=ria) of the University of Washington, who believed that diabetics need not pay strict attention to their sugar intake so long as they maintained a healthy weight by burning off the calories they consumed. Bierman also

professed an apparently unconditional faith that it was dietary fat (and *being* fat) that caused heart disease, with sugar having no meaningful effect.

It is hard to overestimate Bierman's role in shifting the diabetes conversation away from sugar. It was primarily Bierman who convinced the American Diabetes Association to liberalize the amount of carbohydrates (including sugar) it recommended in the diets of diabetics, and focus more on urging diabetics to lower their fat intake, since diabetics are particularly likely to die from heart disease. Bierman also presented industry-funded studies when he coauthored a section on potential causes for a National Commission on Diabetes report in 1976; the document influences the federal diabetes research agenda to this day. Some researchers, he acknowledged, had "argued eloquently" that consumption of refined carbohydrates (such as sugar) is a precipitating factor in diabetes. But then Bierman cited five studies—two of them bankrolled by the ISRF—that were "inconsistent" with that hypothesis. "A review of all available laboratory and epidemiologic evidence," he concluded, "suggests that the most important dietary factor in increasing the risk of diabetes is total calorie intake, irrespective of source."

The point man on the industry's food and nutrition panel was Frederick Stare (http://www.economist.com/node/1086689), founder and chairman of the department of nutrition at the Harvard School of Public Health. Stare and his department had a long history of ties to Big Sugar. An ISRF internal research review credited the sugar industry with funding some 30 papers in his department from 1952 through 1956 alone. In 1960, the department broke ground on a new $5 million building funded largely by private donations, including a $1 million gift from General Foods, the maker of Kool-Aid and Tang.

> *Big Sugar found a reliable advocate in Frederick Stare, whose department at Harvard was bankrolled by the likes of Kellogg, Kraft, and Coca-Cola.*

By the early 1970s, Stare ranked among the industry's most reliable advocates, testifying in Congress about the wholesomeness of sugar even as his department kept raking in funding from sugar producers and food and beverage giants such as Carnation, Coca-Cola, Gerber, Kellogg, and Oscar Mayer. His name also appears in tobacco documents, which show that he procured (http://legacy.library.ucsf.edu/tid/eam96b00) industry funding for a study (http://legacy.library.ucsf.edu/tid/qhn96b00) aimed at exonerating cigarettes as a cause of heart disease.

The first act of the Food & Nutrition Advisory Council was to compile "Sugar in the Diet of Man," an 88-page white paper edited by Stare and published in 1975 to "organize existing scientific facts concerning sugar." It was a compilation of historical evidence and arguments that sugar companies could use to counter the claims of Yudkin, Stare's Harvard colleague Jean Mayer, and other researchers whom Tatem called "enemies of sugar. (http://www.motherjones.com/documents/493719-excerpt-of-the-presidents-report-board-of#document/p5/a79775)" The document was sent to reporters—the Sugar Association circulated 25,000 copies—along with a press release (http://www.motherjones.com/documents/472416-scientists-disnel-sugar-fears) headlined "Scientists dispel sugar fears." The report neglected to mention that it was funded by the sugar industry, but internal documents confirm that it was (http://www.motherjones.com/documents/472453-confidential-memo-to-the-public-communications).

*Leading the panel that evaluated sugar for the FDA: George Irving, a former chair of the scientific advisory board for the International Sugar Research Foundation, an industry group.*

The Sugar Association also relied on Stare to take its message to the people: "Place Dr. Stare on the AM America Show" and "Do a 3 ½ minute interview with Dr. Stare for 200 radio stations," note the association's meeting minutes. Using Stare as a proxy, internal documents explained (http://www.motherjones.com/documents/486093-comms-committee), would help the association "make friends with the networks" and "keep the sugar industry in the background." By the time Stare's copious conflicts of interest were finally revealed—in "Professors on the Take. (http://search.opinionarchives.com/Summary/TP/V40I11P42-1.htm)" a 1976 exposé by the Center for Science in the Public Interest—Big Sugar no longer needed his assistance. The industry could turn to an FDA document to continue where he'd left off.

While Stare and his colleagues had been drafting "Sugar in the Diet of Man," the FDA was launching its first review of whether sugar was, in the official jargon, generally recognized as safe (GRAS), part of a series of food-additive reviews (http://www.fda.gov/Food/FoodIngredientsPackaging/GenerallyRecognizedasSafeGRAS/ucm083022.htm) the Nixon administration had requested of the agency. The FDA subcontracted the task to the Federation of American Societies of Experimental Biology, which created an 11-member committee to vet hundreds of food additives from acacia to zinc sulfate. While the mission of the GRAS committee was to conduct unbiased reviews of the existing science for each additive, it was led by biochemist George W. Irving Jr., who had previously served two years as chairman of the scientific advisory board of the International Sugar Research Foundation. Industry documents show that another committee member, Samuel Fomon, had received sugar-industry funding for three of the five years prior to the sugar review.

The FDA's instructions were clear: To label a substance as a potential health hazard, there had to be "credible evidence of, or reasonable grounds to suspect, adverse biological effects"—which certainly existed for sugar at the time. But the GRAS committee's review would depend heavily on "Sugar in the Diet of Man" and other work by its authors. In the section on heart disease, committee members cited 14 studies whose results were "conflicting," but 6 of those bore industry fingerprints, including Francisco Grande's chapter from "Sugar in the Diet of Man" and 5 others that came from Grande's lab or were otherwise funded by the sugar industry.

The diabetes chapter of the review acknowledged studies suggesting that "long term consumption of sucrose can result in a functional change in the capacity to metabolize carbohydrates and thus lead to diabetes mellitus," but it went on to cite five reports contradicting that notion. All had industry ties, and three were authored by Ed Bierman, including his chapter in "Sugar in the Diet of Man."

*The sugar review panel cited five reports to contradict the notion that sugar*

==In January 1976, the GRAS committee published its== ==preliminary conclusions, noting that while sugar== ==probably contributed to tooth decay, it was not a "hazard== ==to the public."== The draft review dismissed the diabetes link as "circumstantial" and called the connection to cardiovascular disease "less than clear," with fat playing a greater role. The only cautionary note, besides cavities, was that all bets were off if sugar consumption were to increase significantly. The committee then thanked the Sugar Association for contributing "information and data." (Tatem would later remark (http://www.motherjones.com/documents/493720-excerpt-of-the-presidents-report-board-of#document/n2/a79772) that while he was "proud of the credit line...we would probably be better off without it.")

*consumption leads to diabetes—all had industry ties.*

The committee's perspective was shared by many researchers, but certainly not all. For a public hearing on the draft review, scientists from the USDA's Carbohydrate Nutrition Laboratory submitted what they considered "abundant evidence that sucrose is one of the dietary factors responsible for obesity, diabetes, and heart disease." As they later explained (http://www.motherjones.com/documents/472489-letter-to-the-editor-scogs-report-on-the-health) in the *American Journal of Clinical Nutrition*, some portion of the public—perhaps 15 million Americans at that time—clearly could not tolerate a diet rich in sugar and other carbohydrates. Sugar consumption, they said, should come down by "a minimum of 60 percent," and the government should launch a national campaign "to inform the populace of the hazards of excessive sugar consumption." But the committee stood by its conclusions in the final version (http://babel.hathitrust.org/cgi/pt?id=coo.31924094695743#page/n2/mode/1up) of its report presented to the FDA in October 1976.

*he next time u hear a omoter acking gar, beware e ripoff," rned a gar industry . "Remember can't bstantiate s charges."*

For the sugar industry, the report was gospel. The findings "should be memorized" by the staff of every company associated with the sugar industry, Tatem told his membership (http://www.motherjones.com/documents/493720-excerpt-of-the-presidents-report-board-of#document/n2/a79772) . "In the long run," he said (http://www.motherjones.com/documents/493720-excerpt-of-the-presidents-report-board-of#document/n2/a79773) , the document "cannot be sidetracked, and you may be sure we will push its exposure to all corners of the country."

The association promptly produced an ad for newspapers and magazines exclaiming "Sugar is Safe!" It "does not cause death-dealing diseases," the ad declared, and "there is no substantiated scientific evidence indicating that sugar causes diabetes, heart disease or any other malady...The next time you hear a promoter attacking sugar, beware the ripoff. Remember he can't substantiate his charges. Ask yourself what he's promoting or what he is seeking to cover up. If you get a chance, ask him about the GRAS Review Report. Odds are you won't get an answer. Nothing stings a nutritional liar like scientific facts."

**The Sugar Association would soon** get its chance to put the committee's sugar review to the test. In 1977, McGovern's select committee—the one that had held

the 1973 hearings on sugar and diabetes—blindsided the industry with a report titled "Dietary Goals for the United States," recommending that Americans lower their sugar intake by 40 percent (PDF) (http://www.google.com/url? sa=t&rct=j&q=&esrc=s&source=web&cd=1&cad=rja&ved=0CClOFjAA&url=http%3A%2F% 2Fzerodisease.com%2Farchive% 2FDietary_Goals_For_The_United_States.pdf&ei=tI6AUKiKG4ervOGv04GgAg&usg=AFOiCNGGmZckih XuoRUS9KGxbTZ_lt6NPA&sig2=xl7zYdT60-ddoO3ixgd4oA) . The association "hammered away" at the McGovern report using the GRAS review "as our scientific Bible," Tatem told sugar executives (http://www.motherjones.com/documents/493720-excerpt-of-the-presidents-report-board-of#document/p1/a79774) .

McGovern held fast, but Big Sugar would prevail in the end. ==In 1980, when the USDA first published== (http://www.cnpp.usda.gov/DGAs1980Guidelines.htm) ==its own set of dietary guidelines, it== ==relied heavily== (http://www.motherjones.com/documents/472481-history-of-the-dietary-guidelines-for-americans) ==on a review written for the American Society of Clinical Nutrition by== ==none other than Bierman== (http://ajcn.nutrition.org/content/32/12/2712.full.pdf+html) , ==who used the GRAS committee's findings to bolster his own.== "Contrary to widespread opinion, too much sugar does not seem to cause diabetes," the USDA guidelines concluded. They went on to counsel that people should "avoid too much sugar," without bothering to explain what that meant.

In 1982, the FDA once again took up the GRAS committee's conclusion that sugar was safe, proposing to make it official. The announcement resulted in a swarm of public criticism, prompting the agency to reopen its case. Four years later, an agency task force concluded (http://jn.nutrition.org/content/116/11_Suppl.toc) , again leaning on industry-sponsored studies, that "there is no conclusive evidence...that demonstrates a hazard to the general public when sugars are consumed at the levels that are now current." (Walter Glinsmann, the task force's lead administrator, would later become a consultant (http://www.sweetsurprise.com/cra-scientific-advisory-panel) to the Corn Refiners Association, which represents producers of high-fructose corn syrup.)

==The USDA, meanwhile, had updated its own dietary guidelines. With Fred Stare now on the advisory committee, the== ==1985 guidelines== (http://www.cnpp.usda.gov/DGAs1985Guidelines.htm) ==retained the previous edition's vague recommendation to "avoid too much" sugar but stated unambiguously that "too much sugar in your diet does not cause diabetes." At the time, the USDA's own Carbohydrate Nutrition Laboratory was still== ==generating evidence== (http://www.military-nutrition.com/Document.ashx?Document=1) ==to the contrary and supporting the notion that "even low sucrose intake" might be contributing to heart disease in 10 percent of Americans.==

*By 1999, the average American would be eating more than double the amount of sugar the FDA had deemed safe in 1986.*

==By the early 1990s, the USDA's research into sugar's health effects had ceased, and the FDA's take on sugar had become conventional wisdom, influencing a generation's worth of key publications on diet and health.== Reports from the surgeon general (http://profiles.nlm.nih.gov/NN/B/C/Q/G/) and the National Academy of Sciences (http://www.nap.edu/openbook.php?record_id=10490&page=4) repeated the mantra that the

evidence linking sugar to chronic disease was inconclusive, and then went on to equate "inconclusive" with "nonexistent." They also ignored a crucial caveat: The FDA reviewers had deemed added sugars—those in excess of what occurs naturally in our diets—safe at "current" 1986 consumption levels. But the FDA's consumption estimate was 43 percent lower than that of its sister agency, the USDA. By 1999, the average American would be eating more than double the amount (http://www.google.com/url?
sa=t&rct=j&q=&esrc=s&source=web&cd=3&ved=0CDAQFjAC&url=http%3A%2F%
2Fwww.ers.usda.gov%2Fdatafiles%2FFood_Availabily_Per_Capita_Data_System%
2FLossAdjusted_Food_Availability%2Fsugar.xls&ei=uq-
FUOGmNcm2vAGG54COCg&usg=AFOiCNFPiUswOP2lu5_GdYgFAKwhGvt3Ig&sig2=avi88Tv5bbGkX
Cl9X4RXHO&cad=ria) the FDA had deemed safe—although we have cut back by 13 percent since then.

**Asked to comment on some** of the documents described in this article, a Sugar Association spokeswoman responded that they are "at this point historical in nature and do not necessarily reflect the current mission or function" of the association. But it is clear enough that the industry still operates behind the scenes to make sure regulators never officially set a limit on the amount of sugar Americans can safely consume. The authors of the 2010 USDA dietary guidelines, for instance, cited two scientific reviews (http://www.nel.gov/evidence.cfm?evidence_summary_id=250302) as evidence that sugary drinks don't make adults fat. The first was written by Sigrid Gibson (http://www.sig-nurture.com/client-portfolio.html), a nutrition consultant whose clients included the Sugar Bureau (England's version of the Sugar Association) and the World Sugar Research Organization (formerly the ISRF). The second review was authored by Carrie Ruxton (http://www.teaadvisorypanel.com/members/profile/19), who served as research manager of the Sugar Bureau from 1995 to 2000.

The Sugar Association has also worked its connections to assure that the government panels making dietary recommendations—the USDA's Dietary Guidelines Advisory Committee, for instance—include researchers sympathetic to its position. One internal newsletter (http://www.motherjones.com/documents/458192-sugar-e-news-june-
2003#document/p2/a79222) boasted in 2003 that for the USDA panel, the association had "worked diligently to achieve the nomination of another expert wholly through third-party endorsements."

*hen world*
*alth experts*
*red to*
*commend*
*at people eat*
*s sugar, the*
*ustry asked*
*leral officials*
*intervene.*

In the few instances when governmental authorities have sought to reduce people's sugar consumption, the industry has attacked openly. In 2003, after an expert panel convened by the World Health Organization recommended that no more than 10 percent of all calories in people's diets should come from added sugars—nearly 40 percent less than the USDA's estimate (http://www.cnpp.usda.gov/dietaryguidelines.htm) for the average American—current Sugar Association president Andrew Briscoe wrote (http://www.motherjones.com/documents/458188-sugar-association-letter-to-who-april-2003#document/p1/a79120) the WHO's director general warning that the association would "exercise every avenue available to expose the dubious nature" of the report and urge "congressional appropriators to challenge future funding" for the WHO. Larry Craig (R-Idaho, sugar beets) and John

Breaux (D-La., sugarcane), then co-chairs of the Senate Sweetener Caucus, wrote a letter (http://www.motherjones.com/documents/458188-sugar-association-letter-to-who-april-2003#document/p3/a79269) to Secretary of Health and Human Services Tommy Thompson, urging his "prompt and favorable attention" to prevent the report from becoming official WHO policy. (Craig had received more than $36,000 (http://www.spokesmanreview.com/news-story.asp?date=042303&ID=s1340300) in sugar industry contributions in the previous election cycle.) Thompson's people responded with a 28-page letter (http://www.motherjones.com/documents/486456-hhs-letter-to-who-director-general-january-2004#document/p1/a79270) detailing "where the US Government's policy recommendations and interpretation of the science differ" with the WHO report. Not surprisingly, the organization left its experts' recommendation on sugar intake out of its official dietary strategy (http://www.who.int/dietphysicalactivity/strategy/eb11344/en/index.html) .

In recent years the scientific tide has begun to turn against sugar. Despite the industry's best efforts, researchers and public health authorities have come to accept that the primary risk factor for both heart disease and type 2 diabetes is a condition called metabolic syndrome, which now affects more than 75 million Americans (http://www.motherjones.com/documents/459565-prevalence-of-metabolic-syndrome-among-adults-20) , according to the Centers for Disease Control and Prevention. Metabolic syndrome (http://www.nhlbi.nih.gov/health/health-topics/topics/ms/) is characterized by a cluster of abnormalities—some of which Yudkin and others associated with sugar almost 50 years ago—including weight gain, increased insulin levels, and elevated triglycerides. It also has been linked to cancer (http://www.nytimes.com/2011/04/17/magazine/mag-17Sugar-t.html?pagewanted=all&_r=0) and Alzheimer's disease (http://www.motherjones.com/tom-philpott/2012/09/sugar-alzheimers) . "Scientists have now established causation," Lustig said recently. "Sugar causes metabolic syndrome."

Newer studies (http://jcem.endojournals.org/content/early/2011/08/11/jc.2011-1251.abstract) from the University of California-Davis have even reported that LDL cholesterol, the classic risk factor for heart disease, can be raised significantly in just *two weeks* by drinking sugary beverages at a rate well within the upper range of what Americans consume—four 12-ounce glasses a day of beverages like soda, Snapple, or Red Bull. The result is a new wave of researchers coming out publicly against Big Sugar.

*"The science is in," Lustig says. But the industry is going to fight tooth and nail to prevent that science from translating into public policy."*

During the battle over the 2005 USDA guidelines, an internal Sugar Association newsletter (http://www.motherjones.com/documents/458191-sugar-e-news-august-2003) described its strategy toward anyone who had the temerity to link sugar consumption with chronic disease and premature death: "Any disparagement of sugar," it read, "will be met with forceful, strategic public comments and the supporting science." But since the latest science is anything but supportive of the industry, what happens next?

"At present," Lustig ventures, "they have absolutely no reason to alter any of their practices. The science is in—the medical and economic problems with excessive sugar

consumption are clear. But the industry is going to fight tooth and nail to prevent that science from translating into public policy."

Like the tobacco industry before it, the sugar industry may be facing the inexorable exposure of its product as a killer—science will ultimately settle the matter one way or the other—but as Big Tobacco learned a long time ago, even the inexorable can be held up for a very long time.

### GET THE SCOOP, STRAIGHT FROM MOTHER JONES.

| ENTER YOUR EMAIL | Submit |

f Share on Facebook                    🐦 Share on Twitter (http://twitter.com/home?

---

**GARY TAUBES** (/AUTHORS/GARY-TAUBES)

Gary Taubes, author of the 2011 best-seller Why We Get Fat (http://www.powells.com/biblio/1-9780307474254-0), has written for Discover, Science, and the New York Times Magazine. He is currently writing a book about sugar.

---

**CRISTIN KEARNS COUZENS** (/AUTHORS/CRISTIN-KEARNS-COUZENS)

Cristin Kearns Couzens took a two-year break from her career in dental health administration to pursue independent research on the sugar industry.

---

*Mother Jones is a nonprofit, and stories like this are made possible by readers like you.* Donate (https://secure.motherjones.com/fnp/?action=SUBSCRIPTION&list_source=7HEGP004&extra_don=1&abver=A) *or* subscribe (https://secure.motherjones.com/fnx/?action=SUBSCRIPTION&mub_code=MJM&term_pub=MJM&list_source=SEGYN4&base_country=US) *to help fund independent journalism.*

### RELATED



(/politics/2012/10/sugar-industry-marketing-timeline)
A Timeline of Sugar Spin (/politics/2012/10/sugar-industry-marketing-timeline)

**MADDIE OATMAN** (/AUTHORS/MADDIE-OATMAN)



(/environment/2012/10/sugar-industry-internal-documents-revealed)
Document Dive: What's Inside the Sugar Industry's Filing Cabinets?
(/environment/2012/10/sugar-industry-internal-documents-revealed)

**MAYA DUSENBERY** (/AUTHORS/MAYA-DUSENBERY)

---

➕ VIEW COMMENTS

---

# Exhibit 5

# The Sugar Association, Inc.

*1511 K Street, N. W. Washington, D. C. 20005*

- - C O N F I D E N T I A L - -

July 17, 1975

TO:     THE PUBLIC COMMUNICATIONS COMMITTEE

Gentlemen:

Shortly we will be mailing a packet to the press across the country containing: "Sugar in the Diet of Man," the Deutsch summary, a short news release and a cover letter signed by Bill Tatem.

We can anticipate some questions. Please be aware of the following answers, should they be put to you:

1. Who inspired the writing of the six papers?

     Ans.  Dr. Fredrick Stare of Harvard suggested the need for this research and offered to organize their preparation.

2. Is Dr. Stare on your payroll?

     Ans.  No.

3. Do you contribute to Harvard's School of Public Health?

     Ans.  Yes, with an unrestricted grant. We also contribute to other organizations in the same manner.

4. Did you pay for the preparation of the papers?

     Ans.  Yes. At the same time Dr. Stare asked us if we would be interested in the project, he asked us if we would be willing to fund it. We paid for research time, as we would with any research project, and purchased reprints.

5. Does the fact of your funding compromise the papers?

     Ans.  No. We did not consider distribution of them until they had been accepted for publication by the journal, World Review of Nutrition and Dietetics. We feel the reputations of the doctors and their organizations and the prominence of the organ of publication attest to their accuracy and integrity.

Please hold and use for inquiries only.

Regards,

*Jack O'Connell*

J. R. O'Connell
Director Public Relations

JRO:drb

*Telephone:  Area Code (202) 628-0189*

# Exhibit 6

From:   THE SUGAR ASSOCIATION, INC.
        1511 K Street, N.W.
        Washington, D.C.  20005
        Jack O'Connell/(202) 628-0189
                  or
        Marian Rahl/(212) 986-6100

For Immediate Release

## SCIENTISTS DISPEL SUGAR FEARS

WASHINGTON, D.C., August 4--A team of nine leading scientists in the United States has reassured the consuming public that sugar, a pure carbohydrate, like any other widely used food, is harmless when eaten in reasonable amounts.

In 1974 these physicians and dentists, aware of sugar's mounting importance as a food, began to study what was actually known about sugar's effects on health.  Working at medical centers and universities across the nation, they report their findings in "Sugar in the Diet of Man," a group of papers recently published in World Review of Nutrition and Dietetics and available as a reprint.

## SUGAR IS AN 'ENERGY' FOOD

Harvard's Dr. Fredrick J. Stare reports that of the 100 pounds of sugar consumed each year by the average American, only about 80 pounds actually is eaten.  This amount has scarcely changed in 50 years, contrary to claims that sugar consumption is rising in the United States.  Dr. Stare points out that 15 to

-more-

- 2 -

20 per cent of the average American's calories come from sugar--
about 12 per cent for adults and 20 per cent or more for teen-
agers.  Sugar is seen by the scientists as a compact source of
energy, a primary nutrition need.

### SUGAR DOES NOT PROMOTE HEART DISEASE

Sugar is not recognized as a causative factor in cardio-
vascular disease, according to the scientists.  Dr. Francisco
Grande, of the School of Public Health at the University of
Minnesota and the Jay Phillips Research Laboratory at Mount Sinai
Hospital in Minneapolis, shows how unreliable, incomplete and
out-of-date are Dr. John Yudkin's arguments that sugar consumption
per capita and the death rate ascribed to coronary heart disease
are related.  "The extensive work dealing with the production of
experimental atherosclerosis in animals currently available does
not provide any proof of the atherogenic effect of sugar,"
Dr. Grande said.

### OBESITY IS CAUSED BY 'EXCESS CALORIES'

Newer techniques applied to the study of obesity indicate
that the number of fat cells or cells capable of storing fat in
the newborn is, or soon becomes, fixed for life.  With an increase
of calories, fat cells increase in size, and this increase is
recognized as obesity.  Calorie restriction without obvious
dieting is the only way to permanent weight control.  It can be
achieved by a judicious selection of foods, including sugar and

-more-

- 3 -

starch, according to three University of Pittsburgh teachers of
medicine--Drs. Thaddeus Danowski, Sean Nolan and Thorsten Stephan.

### DIABETICS NOW ENJOY NORMAL AMOUNT OF CARBOHYDRATES

"There no longer appears to be any need to restrict dispro-
portionately the intake of carbohydrates in the diet of most
diabetic patients," says a statement issued by the American
Diabetes Association.  Dr. Edwin L. Bierman, professor of medi-
cine at the University of Washington School of Medicine (who
chaired the committee that wrote it), and Dr. Ralph Nelson,
chief clinical nutrition and nutrition therapy, Mayo Clinic,
say, "Treatment of the diabetic today is concerned with total
calorie intake to attain desirable body weight."

### SUGAR DOESN'T CAUSE LOW BLOOD SUGAR SYNDROMES

Low blood sugar syndromes, or hypoglycemia, represent a
spectrum of three stages.  First, healthy persons can develop a
slight decrease in blood sugar level without associated symptoms.
There's an intermediate zone of sugar levels when variants from
normal or accompaniments of a disease may or may not produce
symptoms or signs.  At the other end, extremely low blood sugar
levels can occur in a variety of illnesses.  Hypoglycemia in
diabetes under treatment may be corrected by adjustments in diet
that may include increasing carbohydrate, as well as medications
and control of variables such as emotions and exercise.

-more-

- 4 -

### SUGAR IS BUT ONE FACTOR IN DENTAL CARIES

The results of the sugar and dental review suggest there should be an extension of efforts by the dental profession to promote better dental hygiene, plaque control and more extensive use of fluorides and fluoride mouthwashes.  Reduction of the frequency of intake and consideration of the form in which sugar-containing products are consumed can in turn reduce caries incidence.  This applies particularly to the between-meal consumption of sticky snacks.

-0-

8475

# Exhibit 7



# Scientific Report of the
# 2015 Dietary Guidelines Advisory Committee

Advisory Report to the Secretary of Health and Human Services
and the Secretary of Agriculture

First Print
February 2015

# Contents

Letter to the Secretaries

Dietary Guidelines Advisory Committee Membership

Part A:  Executive Summary

Part B:  Setting the Stage and Integrating the Evidence
      Chapter 1: Introduction

      Chapter 2: 2015 DGAC Themes and Recommendations: Integrating the Evidence

Part C: Methodology

Part D: Science Base
      Chapter 1: Food and Nutrient Intakes, and Health: Current Status and Trends

      Chapter 2: Dietary Patterns, Foods and Nutrients, and Health Outcomes

      Chapter 3: Individual Diet and Physical Activity Behavior Change

      Chapter 4: Food Environment and Settings

      Chapter 5: Food Sustainability and Safety

      Chapter 6: Cross-Cutting Topics of Public Health Importance

      Chapter 7: Physical Activity

Part E: Appendices
      Appendix E-1: Needs for Future Research

      Appendix E-2: Supplementary Documentation to the 2015 DGAC Report

      Appendix E-3: USDA Food Pattern for Special Analyses

      Appendix E-4: NHANES Data Used in DGAC Data Analyses

      Appendix E-5: Glossary of Terms

      Appendix E-6: History of Dietary Guidance Development in the United States and the
      Dietary Guidelines for Americans

      Appendix E-7: Public Comments

      Appendix E-8: Biographical Sketches of the 2015 Dietary Guidelines Advisory Committee

      Appendix E-9: Work Structure and Member Organization

      Appendix E-10: Dietary Guidelines Advisory Committee Report Acknowledgments

# Part D. Chapter 6: Cross-Cutting Topics of Public Health Importance

## INTRODUCTION

The *Dietary Guidelines for Americans, 2010* included guidance on sodium, saturated fat, and added sugars, and the 2015 DGAC determined that a reexamination of the evidence on these topics was necessary to evaluate whether revisions to the guidance were warranted. These topics were considered to be of public health importance because each has been associated with negative health outcomes when over-consumed. As the Committee considered it essential to address these topics across two or more Subcommittees, Working Groups were formed with representatives from the relevant Subcommittees to ensure that the topics were thoroughly addressed in a coordinated way. Additionally, the Committee acknowledged that a potential unintended consequence of a recommendation on added sugars might be that consumers and manufacturers replace added sugars with low-calorie sweeteners. As a result, the Committee also examined evidence on low-calorie sweeteners to inform statements on this topic. The updated findings in this chapter will help inform recommendations on these topics for the *2015 Dietary Guidelines for Americans*.

Although sodium, saturated fat, and added sugars are receiving particular focus here, it is important to consider these aspects of the diet in the context of a healthy dietary pattern. A healthy dietary pattern has little room for sodium, saturated fat, and added sugars. That said, these components of the diet are modifiable, and strategies at various levels of the socio-ecologic model, ranging from policy to consumer education, can promote shifts in intake to support healthy dietary patterns.

The sodium, saturated fat, and added sugars sections of this chapter provide introductory text related to the topic including the rationale and approach for the Committee's review. Because the questions within each topic are so complementary, the DGAC choose to develop only one implications section for each topic.

## LIST OF QUESTIONS

### Sodium

1. What is the relationship between sodium intake and blood pressure in adults?
2. What is the relationship between sodium intake and blood pressure in children?
3. What is the relationship between sodium intake and cardiovascular disease outcomes?

673   **Table D6.1. Added sugars available in the USDA Food Patterns (Healthy U.S.-Style,**
674   **Healthy Mediterranean-Style, and Healthy Vegetarian Patterns) in calories, teaspoons, and**
675   **percent of total calories per day\***
676

| CALORIE LEVEL | 1000 | 1200 | 1400 | 1600 | 1800 | 2000 | 2200 | 2400 | 2600 | 2800 | 3000 | 3200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Empty calorie limits available for **added sugars** | | | | | | | | | | | |
| | (assuming 45% empty calories from added sugars and 55% from solid fat) | | | | | | | | | | | |
| Healthy U.S.-style | 68 | 50 | 50 | 54 | 77 | 122 | 126 | 158 | 171 | 180 | 212 | 275 |
| Healthy Med-style | 63 | 50 | 50 | 81 | 72 | 117 | 126 | 135 | 149 | 158 | 194 | 257 |
| Healthy Vegetarian | 77 | 77 | 81 | 81 | 81 | 131 | 131 | 158 | 158 | 158 | 185 | 234 |
| Average | 69 | 59 | 60 | 72 | 77 | 123 | 128 | 150 | 159 | 165 | 197 | 255 |
| Average (tsp) | 4.3 | 3.7 | 3.8 | 4.5 | 4.8 | 7.7 | 8.0 | 9.4 | 9.9 | 10.3 | 12.3 | 15.9 |
| | | | | | | | | | | | | |
| Healthy U.S.-style | 7% | 4% | 4% | 3% | 4% | 6% | 6% | 7% | 7% | 6% | 7% | 9% |
| Healthy Med-style | 6% | 4% | 4% | 5% | 4% | 6% | 6% | 6% | 6% | 6% | 6% | 8% |
| Healthy Vegetarian | 8% | 6% | 6% | 5% | 5% | 7% | 6% | 7% | 6% | 6% | 6% | 7% |
| Average | 7% | 5% | 4% | 5% | 4% | 6% | 6% | 6% | 6% | 6% | 7% | 8% |

677   \* See *Part D. Chapter 1: Food and Nutrient Intakes, and Health: Current Status and Trends* and Appendix E-3.7
678   for a full discussion of the food pattern modeling.
679

680   Although food pattern modeling evaluates the amount of added sugars that can be consumed
681   while meeting food group and nutrient needs, the DGAC also reviewed scientific literature
682   examining the relationship between the intake of added sugars and health to inform
683   recommendations. The Committee focused on the health outcomes most commonly researched
684   related to added sugars, specifically, body weight and risk of type 2 diabetes, CVD, and dental
685   caries.
686

687   As noted above, the Committee acknowledged that a potential unintended consequence of a
688   recommendation on added sugars might be that consumers and manufacturers replace added
689   sugars with low-calorie sweeteners. As a result, the Committee also examined evidence on low-
690   calorie sweeteners to inform statements on this topic. The Committee approached this topic
691   broadly, including sweeteners labeled as low-calorie sweeteners, non-caloric sweeteners, non-
692   nutritive sweeteners, artificial sweeteners, and diet beverages. This work is complemented by a
693   food safety evidence review on aspartame (see *Part D. Chapter 5: Food Sustainability and*
694   *Safety*). As the evidence on added sugars was considered collectively, the added sugars
695   conclusions are presented together below, and a similar approach was taken for low-calorie
696   sweeteners.
697

927   <0.0001). However, the association was attenuated and became statistically not significant when
928   BMI was included in the model (HR = 1.13, 95% CI = 0.85 to 1.52; p for trend = 0.24). The
929   authors offered these interpretations of the findings: "In light of these findings, we have two
930   possible explanations of the association between artificially sweetened soft drinks and diabetes:
931   (1) the observed association is driven by reverse causality and residual confounding, given that
932   the underlying health of people consuming artificially sweetened soft drinks may be
933   compromised and their risk of type 2 diabetes increased; or (2) the association between
934   artificially sweetened soft drinks and type 2 diabetes is mediated through increased BMI." The
935   authors argued that explanation 1 is more likely correct based on reverse causality, but new
936   research would be needed to clarify the issue.
937
938   Collectively, both studies report a positive association between ASSD and type 2 diabetes risk
939   that was confounded by baseline BMI. The experimental designs of the studies included in these
940   reviews analyzed associations, but precluded the assessment of cause and effect relationships,
941   and future experimental studies should examine the relationship between ASSD and biomarkers
942   of insulin resistance and other diabetes biomarkers.
943
944   ***For additional details on this body of evidence, visit:*** References 33, 34, and 61-63 and
945   ***Appendices E-2.47*** (body weight) and ***E-2.48*** (type 2 diabetes)
946
947   **Implications**
948   Obesity, type 2 diabetes, CVD, and dental caries are major public health concerns. Added sugars
949   intake negatively impacts all of these conditions, and strong evidence supports reducing added
950   sugars intake to reduce health risks. Added sugars are frequently used in food/beverage
951   processing and provide calories but no other nutrients. Since 39 percent of added sugars are from
952   sugar-sweetened beverages, efforts are needed to reduce these beverages (see Figure D1.36.
953   Food Sources of Added Sugars). Currently, the mean intake of added sugars in the U.S.
954   population is 13%, and from 15% to 17% in children 9 and older, adolescents, and young adults.
955
956   The DGAC recommends limiting added sugars to a maximum of 10% of total daily caloric
957   intake.  This recommendation is supported by: 1) the food pattern modeling analysis conducted
958   by the 2015 DGAC and 2) the scientific evidence review on added sugars and chronic disease
959   risk conducted by the Committee. The food pattern analysis, based on the Healthy U.S.-Style
960   Pattern, the Healthy Vegetarian Pattern, and the Healthy Mediterranean-Style Pattern (see ***Part***
961   ***D. Chapter 1: Food and Nutrient Intakes, and Health: Current Status and Trends*** and
962   ***Appendix E-3.7***), demonstrates that when added sugars in foods and beverages exceeds 3% to
963   9% of total calories, depending on calorie level, a healthful food pattern may be difficult to
964   achieve and nutrient density may be adversely affected (Table D6.1). The scientific evidence on
965   added sugars and chronic disease risk also supports this limit.

# Exhibit 8

Post's "No High Fructose Corn Syrup" Statements - Compliance With 21 C.F.R. § 101.60(c)

| Product | Contains Less Than 0.5g Sugar per RACC | Contains Less Than 0.5g Sugar per Serving | Contains No Ingredient That is a Sugar | Ingredient List States "Adds Trivial Amount" of Sugar | Is Labeled Low Calorie | Is Labeled Reduced Calorie | Bears a Relative Claim of Special Dietary Usefulness |
|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – With Almonds | No (7.5g) | No (6g) | No (Sugar, Brown Sugar, Corn Syrup, Malted Corn and Barley Syrup, Wildflower Honey) | No | No | No | No |
| Honey Bunches of Oats Cereal – With Cinnamon Bunches | No (8g) | No (6g) | No (Sugar, Brown Sugar, Corn Syrup, Honey, Malted Corn and Barley Syrup) | No | No | No | No |
| Honey Bunches of Oats Cereal – With Vanilla Bunches | No (12.9g) | No (12g) | No (Sugar, Brown Sugar, Corn Syrup, Honey ) | No | No | No | No |
| Honey Bunches of Oats Cereal – Whole Grain Honey Crunch | No (12.9g) | No (12g) | No (Sugar, Brown Sugar, Corn Syrup, Wildflower Honey) | No | No | No | No |
| Honey Bunches of Oats Cereal – Whole Grain | No (12.9g) | No (12g) | No (Sugar, Brown Sugar, Corn Syrup, | No | No | No | No |

| Product | Contains Less Than 0.5g Sugar per RACC | Contains Less Than 0.5g Sugar per Serving | Contains No Ingredient That is a Sugar | Ingredient List States "Adds Trivial Amount" of Sugar | Is Labeled Low Calorie | Is Labeled Reduced Calorie | Bears a Relative Claim of Special Dietary Usefulness |
|---|---|---|---|---|---|---|---|
| with Vanilla Bunches | | | Wildflower Honey) | | | | |
| Honey Bunches of Oats Cereal – Greek Honey Crunch | No (13.4g) | No (13g) | No (Sugar, Corn Syrup, Wildflower Honey, Brown Sugar) | No | No | No | No |
| Honey Bunches of Oats Cereal – Greek Mixed Berry | No (13.4g) | No (13g) | No (Sugar, Corn Syrup, Wildflower Honey, Brown Sugar) | No | No | No | No |
| Shredded Wheat Honey Nut | No (12.2g) | No (12g) | No (Sugar, Honey, Molasses) | No | No | No | No |
| Shredded Wheat Lightly Frosted | No (12.9g) | No (12g) | No (Sugar, Brown Sugar) | No | No | No | No |
| Raisin Bran | No (19.3g) | No (19g) | No (Sugar) | No | No | No | No |
| Bran Flakes | No (6.7g) | No (5g) | No (Sugar) | No | No | No | No |
| Alpha-Bits | No (8g) | No (6g) | No (Sugar) | No | No | No | No |
| Golden Crisp | No (20.7g) | No (14g) | No (Sugar, Corn Syrup, Honey) | No | No | No | No |
| Waffle Crisp | No (16g) | No (12g) | No (Sugar) | No | No | No | No |

# Exhibit 9

The Law Office of Jack Fitzgerald PC
Attn:  Fitzgerald, Jack
3636 Fourth Ave Suite 202
San Diego, CA   92103

Gordon & Rees LLP
Attn:  Mariam, Craig J
633 West Fifth Street
52nd Floor
Los Angeles, CA   90071

---

## Superior Court of California, County of Alameda
## Rene C. Davidson Alameda County Courthouse

| | |
|---|---|
| Ducorsky | No. HG16801566 |
| Plaintiff/Petitioner(s) | |
| vs. | Order |
| | Demurrer to Complaint |
| Premier Organics | Overruled |
| Defendant/Respondent(s) | |
| (Abbreviated Title) | |

The Demurrer to Complaint filed for Premier Organics was set for hearing on 11/08/2016 at 02:30 PM in Department 17 before the Honorable George C. Hernandez, Jr..  The Tentative Ruling was published and was contested.

The matter was argued and submitted, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

The tentative ruling is affirmed as follows:  The Demurrer of defendant Premier Organics ("Defendant") to Complaint, is OVERULED in its entirety.

STANDARD FOR DEMURRER.  The standard governing demurrers is well established.  For the purpose of testing the sufficiency of the cause of action, the demurrer admits the truth of all material facts properly pleaded, but not contentions, deductions or conclusions of fact or law.  (See Aubry v. Tri-City Hosp. Dist. (1992) 2 Cal.4th 962, 966-67; Serrano v. Priest (1971) 5 Cal.3d 584, 591; Adelman v. Associated Int'l Ins. Co. (2001) 90 Cal.App.4th 352, 359.)  Absent contrary allegations or judicially noticeable facts, the court must assume the truth of these allegations.  (See, e.g., Committee on Children's Television, Inc. v. General Foods Corp. (1983) 35 Cal.3d 197, 213-14.)  It is error to sustain a demurrer when the allegations adequately state a cause of action under any legal theory. (Cellular Plus, Inc. v. Superior Court (1993) 14 Cal.App.4th 1224, 1231.)

DISCUSSION.  Plaintiff alleges that he was deceived by statements on the label of Defendant's product, Artisana Virgin Coconut Oil (the "Coconut Oil" or the "Product") that relate to the Product's qualities. (See Complaint, filed Jan. 26, 2016.)  Specifically, Plaintiff challenges health claims on the label, including:

1. "Make a healthy choice for your whole body."
2. "This oil was produced using a low temperature centrifuge to maintain the nutritional value of the raw oil."
3. "Our organic, virgin coconut oil is freshly extracted from the living coconut kernel, and delivered to you, raw and non-hydrogenated."
4. "Use it in baking and frying as a healthy substitute for butter or margarine."
5. "Great taste or great nutrition? With Artisana, it's easy to choose both."

(See Compl. ¶ 59.)  Plaintiff alleges that these statements violation FDA regulations for implied nutrient claims (discussed below) and therefore constitute violations of the UCL, FAL, CLRA and other

California laws.

Defendant demurs to all of Plaintiffs causes of action on several grounds, each of which is addressed below.

A.  Plaintiff's Complaint States Claims based upon a Violation of the FDCA's "Implied nutrient" Regulations

The FDA regulates so-called "implied nutrient claims," which can include language that suggests that a food, because of nutrient content, may be useful in maintaining healthy dietary practices, which language is made in connection with a specific claim or statement about a nutrient ("healthy, contains 3 grams of fat"). Where there is an implied nutrient claim, the word "healthy" and its variants can only be used on food label if the food meets the standards of 21 CFR § 101.65(d)(2)(i), which sets forth limitations on the amount of fat contained in the food and minimum amounts of certain vitamins and minerals.

Plaintiff has alleged statements that constitute an "implied nutrient claims." (Compl. ¶¶ 59, 61-64.) The label on defendant's coconut oil contains several statements that suggest that use of the oil is part of a healthy diet: "Make a healthy choice for your whole body." Touting it as a "healthy substitute for butter or margarine." And characterizing it as "great nutrition." These statements are made in tandem with a specific representation about a nutrient, to wit, that the fats in the oil are "non-hydrogenated." (Complaint ¶ 59.) Thus, the contents must meet the standards set forth in standards of 21 CFR § 101.65(d)(2)(i).

Plaintiff pleads facts showing that Defendant's coconut oil does not meet those standards because it is not sufficiently low in saturated fat and it does not contain required nutrients. (Compl. ¶¶ 70 [13 grams of fat per serving]; 54 [14g fat per serving]; 53 [100% of calories come from fat]. See also 52 [label stating 15g per serving, and provide no Vitamin A or C, or Calcium, or Iron].)  Plaintiff has alleged adequate facts to plead a violation of the nutrient content standards.

B.  Plaintiff's Claims are Not Preempted by Federal Law

Defendant argues s that Plaintiffs seek to impose liability for statements that do not violate FDA regulations.  The parties agree that, if Plaintiff's claims are inconsistent with the Federal Food, Drug and Cosmetic Act (FDCA) as amended by the Nutrition Labeling and Education Act (NLEA), specifically, the nutrient content claim regulations discussed above, they are preempted.  However, they disagree as to whether there is any inconsistency between Plaintiffs' claims and the regulations.

Plaintiff asserts and Defendant admits that "plaintiff is asserting various California consumer protection claims that are all premised on Premier Organics' alleged violation of the FDA's nutrient content claim regulations." (Mem. ISO Demurrer at 8:14-16.)  Thus, this inquiry turns purely on the above analysis, i.e. whether Defendant's labels violates the FDCA implied nutrient regulations.  Because the court finds that Plaintiff has stated facts that, if true, constitute a violation of those regulations, there is no preemption.

C.  Primary Jurisdiction does not Warrant a Stay or Dismissal

"The primary jurisdiction doctrine applies where a claim is originally cognizable in the courts, and comes into play whenever enforcement of the claim requires the resolution of issues which, under a regulatory scheme, have been placed within the special competence of an administrative body; in such a case the judicial process is suspended pending referral of such issues to the administrative body for its views.  The doctrine does not permanently foreclose judicial action, but provides the appropriate administrative agency with an opportunity to act if it chooses to do so." (Wise v. Pac. Gas & Elec. Co. (1999) 77 Cal.App.4th 287, 295, citations and internal quotations omitted.)

However, "[t]he doctrine does not require that all claims within an agency's purview be decided by the agency.  Nor is it intended to 'secure expert advice' for the courts from regulatory agencies every time a court is presented with an issue conceivably within the agency's ambit.  Primary jurisdiction is properly invoked when a claim is cognizable in federal court but requires resolution of an issue of first impression, or of a particularly complicated issue that Congress has committed to a regulatory agency. The doctrine applies when protection of the integrity of a regulatory scheme dictates preliminary resort

to the agency which administers the scheme.    (Brown v. MCI WorldCom Network Servs., Inc. (9th Cir. 2002) 277 F.3d 1166, 1172 , citations and internal quotations omitted.)

This complaint does not present issues of first impression or particularly complicated ones. The regulations, as currently in effect, are relatively straightforward to apply.    Rather, Defendant argues that there is a substantial possibility that the regulations may be amended at some point in the future, citing the FDA's May, 2016 statement that it is currently reviewing and reevaluating its guidelines as they relate to the use of the word "healthy" (and variants) in connection with nutrient content claims, and its September 28, 2016 proposed rule change.    (See Def's RJN Ex. 1, Def's Reply RJN Ex. 1.)    However, Gustavson v. Wrigley Sales Co. (N.D. Cal. 2013) 961 F. Supp. 2d 1100, 1128, cited by Defendant, .) However, in Gustavson, presented a "close question" and the court ultimately applied primary jurisdiction due to the "substantial possibility that the FDA may soon change its breath mint serving requirements" in a manner that, the defendant asserted, their product was "unlikely to be out of compliance with the FDA's serving size regulations under an updated rule."    (Id.)    In other words, the proposed changes were likely to be material to the claims at issue in the litigation.

Here, the court has carefully reviewed both of the FDA's statements but does not find any indication that potential changes to the applicable regulation would bring Defendant's Product into compliance. Defendant points to language suggesting that the FDA may amend to permit the word healthy to be used in connection with foods that exceed the current fat allowances and which "are used in their whole form or have been processed in such a way that did not materially degrade their nutritional value."    (Def's Reply RJN Ex. 1, 81 FR 66562 at 66564.    However, Defendant fails to acknowledge that the proposed amendment is limited to the list of specific foods that immediately follows, to wit: "Fruits, vegetables, nuts, seeds, legumes, whole grains, and seafood."    (Id.)    Pure coconut oil would not appear to fall within any of these categories.

D.    Plaintiff has Adequately Pleaded Actual and Reasonable Reliance

Defendant also attacks the pleadings for failure to plead actual and reasonable reliance.    Plaintiff has alleged adequate facts to demonstrate actual reliance.    (See Compl. ¶¶ 2, 111, 112, 120, 121.)    While reasonable reliance (or, as the standard is sometimes stated, whether members of the public are likely to be confused) presents a closer question, the court finds that Plaintiff has alleged adequate facts to meet this standard, for pleading purposes, as well.

"Under the reasonable consumer standard, [Plaintiff] must show that members of the public are likely to be deceived. The California Supreme Court has recognized that these laws prohibit not only advertising which is false, but also advertising which [,] although true, is either actually misleading or which has a capacity, likelihood or tendency to deceive or confuse the public." (Williams v. Gerber Prod. Co. (9th Cir. 2008) 552 F.3d 934, 938, internal quotations and citations omitted.)    "'Likely to deceive' implies more than a mere possibility that the advertisement might conceivably be misunderstood by some few consumers viewing it in an unreasonable manner. Rather, the phrase indicates that the ad is such that it is probable that a significant portion of the general consuming public or of targeted consumers, acting reasonably in the circumstances, could be misled." (Lavie v. Procter & Gamble Co. (2003) 105 Cal. App. 4th 496, 508.)

"Whether a practice is deceptive, fraudulent, or unfair is generally a question of fact which requires 'consideration and weighing of evidence from both sides' and which usually cannot be made on demurrer." (See e.g., Linear Technology Corp. v. Applied Materials, Inc. (2007) 152 Cal.App.4th 115, 134-35, quoting McKell v. Washington Mutual, Inc. (2006) 142 Cal.App.4th 1457, 1472.) However, in rare cases, it may be apparent from the pleadings that it would be impossible to prove reasonable reliance. (See, e.g., Simpson v. Kroger Corp. (2013) 219 Cal. App. 4th 1352, 1371 [plaintiff cannot prove "butter" representation on label was deceptive when ingredients listed clearly included butter and other oil]; Shaker v. Nature's Path Foods, Inc. (C.D. Cal. Dec. 16, 2013) No. EDCV 13-1138-GW OPX, 2013 WL 6729802, at *2 [plaintiff's claim dismissed at pleading stage; blueberry and cinnamon cereal pictured on packaging with fresh strawberries not deceptive as to contents where contents label did not list strawberries among ingredients].)    See also Boswell v. Costco Wholesale Corp. (C.D. Cal. June 6, 2016) No. SACV160278DOCDFMX, 2016 WL 3360701, at *6 [unless it appears impossible for plaintiff to prove reasonable reliance, the court should not dismiss claims at pleadings stage].)

Defendant argues, essentially, that a reasonable consumer, who is presumptively aware of the effect that consumption of fat has on human health, could not rely upon one part of the label - statements about

health benefits of coconut oil, while ignoring the disclosure, on the ingredients label, of the amount of fat in the Product. However, this case is not like those cited above, where the ingredients label definitively dispelled any confusion that might be caused by general health and nutrition claims elsewhere on the label. Here, the label claims that the Product is a "healthy substitute for butter or margarine" - it does not say, however, in what respect; the statement could be interpreted to mean that it is healthier for some reason other than the amount of fat per serving. More importantly, even if the "healthy substitute" claim could only be read to concern fat content, the consumer would need to go to other sources, e.g., the ingredients labels for butters or margarines, to determine whether coconut oil's fat content is any lower than those other substances.

E. The Alleged Statements do not Constitute Non-actionable Puffery

Defendant contends that the statements on its label, identified by Plaintiff, constitute nonactionable puffery because they are not quantifiable. Defendant has not explained how the concept of puffery constitutes a defense to federal laws and regulations specifically governing the use of the term "healthy," which regulations assume that consumers rely upon labeling statements about health and nutrition. (See Bruton v. Gerber Prod. Co., No. 12-CV-02412-LHK (N.D. Cal. Jan. 15, 2014) 2014 WL 172111, at *11 [the "Healthy" claims in this case are covered by federal and state regulations that impose specific labeling requirements and which assume that consumers rely on health-related claims on food products in making purchasing decisions...[thus] the Court cannot conclude as a matter of law that no consumer would rely on Gerber's "Healthy" label statements"]; Boswell v. Costco Wholesale Corp. (C.D. Cal. June 6, 2016) No. SACV160278DOCDFMX, 2016 WL 3360701 at *7, citing In re Ferrero Litigation (S.D. Cal. 2011) 794 F. Supp. 2d 1107.)

Further, at least one of the alleged labeling statements is arguably quantifiable, to wit, the claim that Defendant's product is a "healthy substitute for butter or margarine." (Compl. ¶ 59.) It is possible that nutrition experts could compare the fats, vitamins, minerals and other nutrients contained in each substance and determine that one is healthier than the other.

G. Warranty Claims

Defendant's challenge to the warranty claims is based, in part, upon the same puffery argument, above, which cannot, in this case, be resolved on the pleadings.

Defendant also challenges the implied warranty claim by construing it as a claim challenging the Product's "fitness for ordinary purpose." (See Mem. ISO Demurrer at 14-15.) Plaintiff's claim is based upon a different theory of liability, however. (See Compl. ¶ 172 [alleging the product does not confirm with promises or affirmations of fact made on the container or label]; Cal. Comm. Code § 2314(2)(f).)

CONCLUSION. For all of the reasons stated above, the Demurrer is OVERRULED in its entirety. Defendant to answer within 20 days of this order.

Dated: 11/10/2016

_George Alemandez Jr._
Judge George C. Hernandez, Jr.

# Exhibit 10

```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4

 5
        STEPHEN HADLEY, ON BEHALF OF     )  C-16-04955 LHK
 6      HIMSELF, ALL OTHERS SIMILARLY    )
        SITUATED, AND THE GENERAL        )  SAN JOSE, CALIFORNIA
 7      PUBLIC,                          )
                                         )  NOVEMBER 30, 2016
 8                    PLAINTIFF,         )
                                         )  PAGES 1-22
 9              VS.                      )
                                         )
10      KELLOGG SALES COMPANY,           )
                                         )
11                    DEFENDANT.         )
        _____  )
12

13                    TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE LUCY H. KOH
14                 UNITED STATES DISTRICT JUDGE

15

16      A P P E A R A N C E S:

17      FOR THE PLAINTIFF:    THE LAW OFFICE OF JACK FITZGERALD
                              BY:   JACK FITZGERALD
18                            3636 FOURTH AVENUE, SUITE 202
                              SAN DIEGO, CALIFORNIA  92103
19

20      FOR THE DEFENDANT:    JENNER & BLOCK
                              BY:  KENNETH K. LEE (BY PHONE)
21                            633 WEST 5TH STREET, SUITE 3600
                              LOS ANGELES, CALIFORNIA  90071
22

23      OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                    CERTIFICATE NUMBER 9595
24

25           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
```

```
1     PROPORTIONAL AND IS OVERLY BURDENSOME AT THIS POINT.  YOU KNOW,

2     IT COULD BE.

3         PRIMARY JURISDICTION, I'M GOING TO FOLLOW WHAT THE NINTH

4     CIRCUIT SAID ON PRIMARY JURISDICTION.  I DON'T KNOW -- YOU

5     KNOW, I DON'T WANT TO PRE-JUDGE THIS.  I DON'T KNOW -- I DON'T

6     SEE ANY ALL NATURAL CLAIMS HERE.  I DON'T SEE EVAPORATED CANE

7     JUICE HERE.  SO I DON'T KNOW WHAT YOUR MISREPRESENTATIONS ARE

8     AND WHAT THEIR STATUS IS WITH REGARD TO FDA REVIEW.

9         BUT, YOU KNOW, IF THERE'S GOING TO BE PRIMARY JURISDICTION

10    ON SOME OF THESE, THEN IT MAY ELIMINATE SOME OF THESE GROUPS OF

11    PRODUCTS.  SO REQUIRING MASSIVE DISCOVERY -- SO I'M GOING TO

12    STAY DISCOVERY UNTIL I RULE ON THE FIRST ROUND MOTION TO

13    DISMISS.

14        IF SOME CLAIMS SURVIVE, THEN WE'LL GO AHEAD AND OPEN

15    DISCOVERY AT THAT TIME.

16        IF NONE OF THE CLAIMS SURVIVE, I'LL HAVE TO GIVE LEAVE TO

17    AMEND IN THE NINTH CIRCUIT.  YOU KNOW, WE CAN DECIDE AT THAT

18    POINT WHETHER WE JUST OPEN UP DISCOVERY AFTER THAT RULING, EVEN

19    IF NO CLAIMS SURVIVE, BUT IT LOOKS LIKE THEY WILL.

20        SO THAT'S WHAT I'M GOING TO DO.

21        BUT, YOU KNOW, ONCE DISCOVERY BEGINS, I WILL NOT BIFURCATE

22    DISCOVERY.  SO DISCOVERY IS NOT BIFURCATED.

23        AND AT THIS POINT, EXPANDING THE NUMBER OF DEPOSITIONS

24    FROM 10 TO 20 I THINK IS PREMATURE, AND DOUBLING THE NUMBER OF

25    INTERROGATORIES FROM 25 TO 50 I THINK IS PREMATURE AT THIS
```

# Exhibit 11

## The Unpurchased Cereals are Substantially Similar to Purchased Cereals

| Unpurchased Food | Substantially Similar Purchased Food |
|---|---|
| (1) Great Grains Protein Blend: Honey, Oats & Seeds | • Great Grains Blueberry Morning (FAC ¶ 130-31);<br><br>• Selects/Great Grains Cranberry Almond Crunch (FAC ¶ 134-35);<br><br>• Great Grains Cranberry Almond Crunch (FAC ¶ 136-37);<br><br>• Great Grains Banana Nut Crunch (FAC ¶ 140-41)<br><br>• Selects/Great Grains Raisins, Dates & Pecans (FAC ¶ 142-43);<br><br>• Great Grains Raisins, Dates & Pecans (FAC ¶ 144-45);<br>• Select/Great Grains Crunchy Pecans (FAC, ¶ 148-49);<br><br>• Great Grains Crunchy Pecans (FAC ¶ 150-51); and<br><br>• Great Grains Protein Blend: Cinnamon Hazelnut (FAC ¶ 157-159) |
| (2) Honey Bunches of Oats Fruit Blends – Banana Blueberry<br><br>(3) Honey Bunches of Oats Fruit Blends – Peach Raspberry<br><br>(4) Honey Bunches of Oats Tropical Blends – Mango Coconut | • Honey Bunches of Oats Cereal with Real Strawberries (FAC ¶ 175-76);<br><br>• Honey Bunches of Oats Cereal Raisin Medley (FAC ¶ 162-63);<br><br>• Honey Bunches of Oats with Real Peaches (FAC ¶ 177-78); and<br><br>• Honey Bunches of Oats with Apples & Cinnamon Bunches (FAC ¶ 173-74) |
| (5) Honey Bunches of Oats Whole Grain with Vanilla Bunches | • Honey Bunches of Oats Cereal with Vanilla Bunches (FAC ¶ 170-72); and |

| Unpurchased Food | Substantially Similar Purchased Food |
|---|---|
| | • Honey Bunches of Oats Cereal with Whole Grain Honey Crunch (FAC ¶ 185-86) |
| (6) Honey Bunches of Oats Greek Mixed Berry | • Honey Bunches of Oats Cereal Greek Honey Crunch (FAC ¶ 189-90);<br><br>• Honey Bunches of Oats Cereal Raisin Medley (FAC ¶ 162-63);<br><br>• Honey Bunches of Oats Cereal with Real Strawberries (FAC ¶ 175-76);<br><br>• Honey Bunches of Oats Cereal Raisin Medley (FAC ¶ 162-63);<br><br>• Honey Bunches of Oats with Real Peaches (FAC ¶ 177-78); and<br><br>• Honey Bunches of Oats with Apples & Cinnamon Bunches (FAC ¶ 173-74) |
| (7) Honey Bunches of Oats Raspberry Granola | • Honey Bunches of Oats Honey Roasted Granola (FAC ¶ 193-94); and<br><br>• Honey Bunches of Oats Protein Granola with Dark Chocolate (FAC ¶ 197-98). |
| (8) Post Shredded Wheat Crunch! | • Post Shredded Wheat Honey Nut (FAC ¶ 199-200); and<br><br>• Post Shredded Wheat Lightly Frosted (FAC ¶ 203-204) |