1  **VENABLE LLP**
   Angel A. Garganta (SBN 163957)
2  Email: agarganta@venable.com
   Brian A. Featherstun (SBN 292625)
3  Email: bafeatherstun@venable.com
   Cody S. Lonning (SBN 301972)
4  Email: cslonning@venable.com
   505 Montgomery Street, Suite 1400
5  San Francisco, CA 94111
   Telephone:  415.653.3750
6  Facsimile:   415.653.3755

7  Attorneys for Defendant
   POST FOODS LLC
8

9

                    UNITED STATES DISTRICT COURT

                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK, and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>POST FOODS LLC,<br><br>Defendant. | CASE NO.: 3:16-cv-04958<br><br>Hon. William H. Orrick<br><br>**JOINT STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:   August 29, 2016<br>Trial Date:      None |

1    This Stipulation is entered into by and among Plaintiffs Debbie Krommenhock and Stephen Hadley ("Plaintiffs") and Defendant Post Foods, LLC ("Defendant"), by and through their respective counsel.

WHEREAS, Defendant received service of Plaintiffs' complaint on September 1, 2016;

WHEREAS, an amended complaint was filed on November 14, 2016 and the Parties completing briefing of Defendant's Motion to Dismiss the First Amended Complaint or, in the Alternative for a Stay Under Primary Jurisdiction on January 27, 2017;

WHEREAS, on February 8, 2017, the Court continued the Parties' Case Management Conference to February 28, 2017;

WHEREAS, due to previously scheduled conflicts, Post's counsel are not available to attend a case management conference on February 28, 2017.

NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties hereby stipulate and agree, through their respective counsel:

1. The February 28, 2017 Case Management Conference shall be taken off calendar, and rescheduled seven (7) days later on March 7, 2017, or on another date that is convenient for the Court.

**IT IS SO STIPULATED.**

DATED: February 14, 2017        **LAW OFFICE OF JACK FITZGERALD PC**

By: /s/ Jack Fitzgerald
Jack Fitzgerald
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, CA 921035
Telephone: (619) 692-3840
Facsimile:  (619) 362-9555

Attorneys for Plaintiffs Debbie Krommenhock and Stephen Hadley

DATED:  February 14, 2017            **VENABLE LLP**

                                            By:   /s/ Angel A. Garganta
                                                      Angel A. Garganta
                                                      505 Montgomery St., Suite 1400
                                                      San Francisco, CA 94111
                                                      Telephone: (415) 653-3750
                                                      Facsimile: (415) 653-3755

                                                      Attorneys for Defendant Post Foods, LLC

1  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Stipulation to Continue the Case Management Conference is GRANTED.

The Case Management Conference scheduled for February 28, 2017 is taken off calendar and rescheduled to March 7, 2017.

**IT IS SO ORDERED.**

Dated: February 15, 2017

Hon. William H. Orrick III
United State District Court Judge