**FAEGRE BAKER DANIELS LLP**
TARIFA B. LADDON (SBN 240419)
HOWARD D. RUDDELL (SBN 281510)
1990 South Bundy Drive, Suite 620
Los Angeles, CA  90025
Telephone:    +1.310.500.2090
Facsimile:     +1.310.500.2091
tarifa.laddon@faegrebd.com
howard.ruddell@faegrebd.com

Attorneys for Defendant
Post Foods, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>POST FOODS LLC,<br><br>Defendant. | Case No. 3:16-CV-04958-WHO<br><br>Hon. William H. Orrick<br><br>**DEFENDANT POST FOODS, LLC'S STATEMENT OF RECENT DECISION**<br><br>Action Filed: August 29, 2016<br>Trial Date: None Set |

Pursuant to Civil Local Rule 7-3(d) and in support of Defendant Post Foods, LLC's ("Defendant") motion to dismiss, Defendant respectfully submits the following relevant judicial opinion published after the date Defendant's reply memorandum was filed with the Court: Judge Lucy Koh's recent decision in *Hadley v. Kellogg Sales Company*, No. 16-CV-04955-LHK, Dkt. 56 (N.D. Cal. Mar. 21, 2017), granting Kellogg Sales Company's motion to dismiss.  A copy of the March 21, 2017 Order is attached hereto as Exhibit A.

DATED: March 23, 2017                     **FAEGRE BAKER DANIELS LLP**

                                       */s/ Tarifa B. Laddon*
                                       TARIFA B. LADDON
                                       Attorneys for Defendant Post Foods, LLC

US.110751685.01