# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>POST FOODS LLC,<br><br>Defendant. | Case No. 3:16-CV-04958-WHO<br><br>Hon. William H. Orrick<br><br>**ORDER RE: STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: August 29, 2016<br>Trial Date: None Set |

**ORDER**

The Court, having considered the Joint Stipulation to Continue Case Management Conference jointly submitted by Plaintiffs Debbie Krommenhock and Stephen Hadley and Defendant Post Foods, LLC, through their respective counsel of record, HEREBY ORDERS that:

1. The Court accepts and approves of the joint stipulation;
2. The Case Management Conference currently scheduled for April 25, 2017 is taken off the calendar and rescheduled to May 23, 2017, at 2:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 17, 2017

_____
HON. WILLIAM H. ORRICK III
United States District Court Judge