**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

***Counsel for Plaintiffs and the Putative Class***

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>         Plaintiffs,<br><br>                  v.<br><br>POST FOODS LLC,<br><br>         Defendant. | Case No.: 3:16-cv-04958-WHO (JSC)<br><br>CLASS ACTION<br><br>**SECOND AMENDED COMPLAINT FOR VIOLATIONS OF CALIFORNIA'S FALSE ADVERITSING LAW, CONSUMERS LEGAL REMEDIES ACT, & UNFAIR COMPETITION LAW; AND BREACH OF EXPRESS & IMPLIED WARRANTIES**<br><br>DEMAND FOR JURY TRIAL |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# TABLE OF CONTENTS

INTRODUCTION ..................................................................................................... 1

THE PARTIES ........................................................................................................ 1

JURISDICTION AND VENUE ................................................................................ 2

FACTS .................................................................................................................... 2

    A.    There Has Been a Recent Rise in Human Sugar Consumption ......................... 2

    B.    The Body's Physiological Response to Excess Sugar Consumption ................. 6

        1.    The Body's Response to Glucose ...................................................... 6

        2.    The Body's Response to Fructose ...................................................... 9

        3.    The Addiction Response ................................................................. 11

    C.    There Has Been a Dramatic Rise in Obesity & Chronic Disease That Parallels the Rise in Human Sugar Consumption ........................................... 11

    D.    There is Substantial Scientific Evidence That Excess Sugar Consumption Causes Metabolic Syndrome, Cardiovascular Disease, Type 2 Diabetes, and Other Morbidity ................................................. 12

        1.    Excess Sugar Consumption Causes Metabolic Syndrome ................ 13

        2.    Excess Sugar Consumption Causes Type 2 Diabetes ...................... 16

        3.    Excess Sugar Consumption Causes Cardiovascular Disease ............ 20

        4.    Excess Sugar Consumption Causes Liver Disease ........................... 22

        5.    Excess Sugar Consumption Causes Obesity .................................... 23

        6.    Excess Sugar Consumption Causes Inflammation ........................... 27

7.     Excess Sugar Consumption Causes High Blood Triglycerides
       and Abnormal Cholesterol Levels..........................................................29

8.     Excess Sugar Consumption is Associated with Hypertension...............32

9.     Excess Sugar Consumption is Associated with Alzheimer's
       Disease, Dementia, and Cognitive Decline............................................35

10.    Excess Sugar Consumption is Linked to Some Cancers ........................36

E.   There is Substantial Evidence That Consuming Artificial Trans Fat—
     Found in Some Post Cereals—is Detrimental to Health ................................36

POST'S MARKETING & SALE OF HIGH-SUGAR CEREALS ....................................39

A.   Post Great Grains Cereals..........................................................................43

     1.    *Blueberry Morning*.................................................................44
     2.    *Cranberry Almond Crunch* ....................................................45
     3.    *Banana Nut Crunch*...............................................................47
     4.    *Raisins, Dates & Pecans* .......................................................49
     5.    *Crunchy Pecans* ....................................................................51
     6.    *Blueberry Pomegranate* ........................................................53
     7.    *Protein Blend: Honey, Oats & Seeds*....................................55
     8.    *Protein Blend: Cinnamon Hazelnut* ......................................58

B.   Post Honey Bunches of Oats Cereal and Granola..........................61

     1.    *Honey Roasted* ......................................................................61
     2.    *With Almonds* ........................................................................65
     3.    *Raisin Medley*........................................................................70
     4.    *With Pecan Bunches*..............................................................71
     5.    *With Cinnamon Bunches* ........................................................73
     6.    *With Vanilla Bunches*............................................................76
     7.    *With Apples & Cinnamon Bunches*........................................78
     8.    *With Real Strawberries* .........................................................79
     9.    *Fruit Blends – Banana Blueberry* ..........................................81
     10.   *Fruit Blends – Peach Raspberry* ...........................................83
     11.   *Tropical Blends – Mango Coconut* ........................................84
     12.   *Whole Grain Honey Crunch* ..................................................86
     13.   *Whole Grain with Vanilla Bunches*........................................87

*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

14. *Greek Honey Crunch* ....................................................88
15. *Greek Mixed Berry* .....................................................89
16. *Granola – Honey Roasted* ............................................90
17. *Granola – Raspberry & Cinnamon* ...............................91
18. *Protein Granola with Dark Chocolate* ..........................92

C. Post Shredded Wheat Cereal ...................................................92

1. *Honey Nut* .................................................................92
2. *Crunch!* ....................................................................95

D. Post Single Cereals ...............................................................96

1. *Raisin Bran* ..............................................................96
2. *Bran Flakes* ..............................................................99
3. *Alpha-Bits* ..............................................................100
4. *Honeycomb* ............................................................102
5. *Waffle Crisp* ...........................................................103

POST'S UNLAWFUL ACTS AND PRACTICES ...........................................104

A. Post Marketed and Continues to Market its Cereals with Health and
Wellness Claims that are Deceptive in Light of the Cereals' High
Sugar Content .........................................................................104

1. Post Affirmatively Misrepresents that Some High-Sugar
Cereals are "Healthy," "Nutritious," or "Wholesome" .......................104

2. Post Affirmatively Misrepresents that Consuming Some of its
High-Sugar Cereals Will Promote Bodily Health, Prevention of
Disease, or Weight Loss ..............................................................107

3. Even When Not Stating So Expressly, Post Strongly Suggests
Its High-Sugar Cereals are Healthy .....................................................108

a. Post Touts Its High-Sugar Cereals' Whole Grain, Fiber,
and "Real" Ingredient Content to Distract From Their
High Added Sugar Content ..............................................109

*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

  b.  Post Leverages a Deceptive Industry "Certification" Program—the Whole Grains Council Stamp—to Make its High-Sugar Cereals Seem Healthy .........................................109

  c.  In Representing that Many of Its High-Sugar Cereals Contain "No High Fructose Corn Syrup," or "Natural Wildflower Honey," Post Leverages Consumer Confusion to Obscure the Dangers of the Added Sugar in it Cereals ...................................................................110

  d.  Post Falsely Markets Some of Its High-Sugar Cereals as "Simple," "Whole Foods" that Are "Less Processed" ..............111

  e.  Post Deceptively Omits, Intentionally Distracts From, and Otherwise Downplays the Cereals' High Added Sugar Content ...........................................................111

 4. Post Immorally Markets Some High-Sugar Cereals to Children, Who Are the Most Vulnerable to the Dangers of Excess Added Sugar Consumption ...................................................112

 5. Post Egregiously Markets Some High-Sugar Cereals to Children Even Though They Contain Artificial Trans Fat ..................114

 6. Post Knows or Reasonably Should Know of the Strong Scientific Evidence Demonstrating Its High-Sugar Cereals are Unhealthy to Consume But Fails to Warn Consumers of the Known Dangers of Consuming Its High-Sugar Cereals .....................114

 7. Post Violates FDA and State Food Labeling Regulations ...................115

  a.  In Violation of State and Federal Regulations, Post's Health and Wellness Statements are False, Misleading, and Incomplete..........................................................115

  b.  Post Violates Additional Regulations Governing Health Claims ....................................................................116

*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

B.     Post Used its Website, as Referenced on Some Labels, and Other
       Online Fora, to Spread Misinformation about the Dangers of
       Consuming the Added Sugar in its Cereals.......................................................118

C.     Post Made Misleading Public Statements Concerning High-Sugar
       Cereals .............................................................................................................132

D.     The Foregoing Behaviors are Part of Post's Longstanding Policy,
       Practice, and Strategy of Marketing its High-Sugar Cereals as Healthy
       in Order to Increase Sales and Profit................................................................132

E.     Post's Policy and Practice of Marketing High-Sugar Cereals as
       Healthy is Especially Harmful Because Consumers Generally Eat
       More than One Serving of Cereal at a Time, Which Post Knows or
       Reasonably Should Know ..................................................................................133

PLAINTIFFS' PURCHASES, RELIANCE, AND INJURY ...........................................134

A.     Plaintiff Debbie Krommenhock ........................................................................134

B.     Plaintiff Stephen Hadley...................................................................................137

CLASS ACTION ALLEGATIONS ..............................................................................141

CAUSES OF ACTION .................................................................................................144

PRAYER FOR RELIEF................................................................................................152

JURY DEMAND ..........................................................................................................153

Pursuant to the Court's June 1, 2017 Order, and after meeting-and-conferring with defendant regarding specific challenges herein, plaintiffs Debbie Krommenhock and Stephen Hadley, on behalf of themselves, all others similarly situated, and the general public, by and through their undersigned counsel, hereby bring this action against Post Foods, LLC ("Post"), and for their Second Amended Complaint, allege the following upon their own knowledge, or where they lack personal knowledge, upon information and belief including the investigation of their counsel.

## INTRODUCTION

1.   The scientific evidence is compelling: Excessive consumption of added sugar is toxic to the human body. Experimentally sound, peer-reviewed studies and meta-analyses convincingly show that consuming excessive added sugar—any amount above approximately 5% of daily caloric intake—greatly increases the risk of heart disease, diabetes, liver disease, and a wide variety of other chronic morbidity.

2.   Despite the compelling evidence that the fructose in sugar acts as a chronic liver toxin, detrimentally affecting health, to increase their price and sales, Post leverages a policy and practice of marketing high-sugar cereals with health and wellness claims. These claims, however, are deceptive because they are incompatible with the significant dangers of the excessive added sugar consumption to which these foods contribute.

3.   Plaintiffs bring this action against Post on behalf of themselves, other Post cereal consumers, and the general public, primarily to enjoin Post from continuing to engage in its practice of using deceptive health and wellness claims to market high-sugar cereals.

## THE PARTIES

4.   Plaintiff Debbie Krommenhock is a resident of Dublin, California.

5.   Plaintiff Stephen Hadley is a resident of Monterey, California.

6.   Defendant Post Foods, LLC is a Delaware limited liability corporation with its principal place of business at 2503 S. Hanley Road, St. Louis, Missouri 63144.

**JURISDICTION AND VENUE**

7.     This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(d)(2)(A), the Class Action Fairness Act, because the matter in controversy exceeds the sum or value of $5,000,000 exclusive of interest and costs, and at least one member of the class of plaintiffs is a citizen of a state different from Post. In addition, more than two-thirds of the members of the class reside in states other than the state in which Post is a citizen and in which this case is filed, and therefore any exceptions to jurisdiction under 28 U.S.C. § 1332(d) do not apply.

8.     The Court has personal jurisdiction over Post pursuant to Cal. Code Civ. P. § 410.10, as a result of Post's substantial, continuous and systematic contacts with the state, and because Post has purposely availed itself of the benefits and privileges of conducting business activities within the state.

9.     Venue is proper in the Northern District of California pursuant to 28 U.S.C. § 1391(b) and (c), because Post resides (*i.e.*, is subject to personal jurisdiction) in this district, and a substantial part of the events or omissions giving rise to the claims occurred in this district.

**FACTS**

**A.     There Has Been a Recent Rise in Human Sugar Consumption**

10.     Sugars are sweet, short-chain, soluble carbohydrates. Simple sugars are called monosaccharides, while disaccharides are formed when two monosaccharides undergo a condensation reaction. The three most common sugars in our diets are fructose, glucose, and sucrose. Other sugars, like lactose, found in milk, and maltose, formed during the germination of grains like barley, are not generally consumed in large amounts. Glucose is a monosaccharide that occurs naturally in fruits and plant juices and is the primary product of photosynthesis. Most ingested carbohydrates (like bread and pasta) are converted into glucose during digestion, and glucose is the form of sugar transported around the body in the bloodstream, and used by the cells for energy. Fructose is a monosaccharide that occurs naturally in fruits and honey. It is the sweetest of the sugars. Sucrose is a disaccharide

comprised of one molecule of glucose chemically linked to one molecule of fructose. It is found in sugar cane and beets. Common table sugar is sucrose. During digestion and prior to blood absorption, enzymes called sucrases cleave a sucrose molecule into its constituent parts, glucose and fructose.

11.     Humans' consumption of sugar has shifted dramatically over time. Cro-Magnon men during the Paleolithic age were hunters and gatherers, with a diet mainly comprised of meat, high in protein, moderate in fat, and low in carbohydrates. Fruits and berries were the major source of carbohydrates, and starch consumption was low.[1] In 1200 B.C., a process was developed in India for extracting sugar in the form of cane juice called khanda, which is where the word "candy" comes from. For nearly 3,000 years, sugar was rare, reserved for nobility. The invention of the pot still in 1700 A.D., however, allowed mass production of refined sugar. But it was still extraordinarily expensive until the middle of the 18th century, when there was a worldwide growth in sugar production, including in America. Thus, humans have been consuming sugar in substantial amounts for less than 300 years.

12.     For most of that time, Americans' sugar consumption was almost exclusively table sugar, with only small amounts of glucose and fructose ingested from fruit.[2] And sugar was a condiment, added to coffee or tea, with control over the amount eaten.

13.     In the 1960s, the food industry developed technologies to extract starch from corn, then convert it to glucose, some of which could then be converted to fructose, leading to the development of corn-derived sweeteners, most notably high-fructose corn syrup (HFCS).[3] Although HFCS is comprised of both fructose and glucose, unlike with sucrose, the fructose is not chemically bound to the glucose in a new molecule. Thus the fructose in HFCS

---

[1] Tappy, L., et al., "Metabolic Effects of Fructose in the Worldwide Increase in Obesity," *Physiology Review*, Vol. 90, 23-46, at 24 (2010) [hereinafter "Tappy, Metabolic Effects of Fructose"].

[2] *Id.*

[3] *Id.* (citation omitted).

*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

is referred to as "free" fructose. HFCS can be produced with different fructose-to-glucose ratios. The most common are HFCS-42 and HFCS-55, containing 42% and 55% fructose. Some HFCS, however, can be as much as 90% fructose, *i.e.*, HFCS-90. Food manufacturers have recently begun referring to HFCS-90 on food label ingredients statements as simply "fructose."

14.     Fructose is sweeter than either glucose or sucrose. In fruit, it serves as a marker for foods that are nutritionally rich. Before the development of the worldwide sugar industry, fructose in the human diet was limited to items like honey, dates, raisins, molasses, figs, grapes, raw apples, apple juice, persimmons, and blueberries (which contain approximately 10-15% fructose). Food staples like milk, vegetables, and meat have essentially no fructose. Thus, until relatively recently, human beings have had little dietary exposure to fructose.[4]

15.     But the low cost and long shelf-life of HFCS has contributed to a rapid increase in its consumption over the last 45 years, and thus the consumption of fructose. Between 1970 and 2000, the United States' yearly per capita HFCS consumption went from 0.292 kg per person, to 33.4 kg per person, a greater than 100-fold increase.[5]

16.     Today, the majority of sugars in typical American diets are added to foods during processing, preparation, or at the table.[6] The two primary sources of added sugar in processed food are HFCS and sucrose (*i.e.*, granulated sugar used, for example, in baked goods). Added

---

[4] Bray, G., "How bad is fructose?," *American Journal of Clinical Nutrition*, Vol. 86, 895-96 (2007) [hereinafter, "Bray, How Bad is Fructose?"].

[5] Bray, G.A., et al., "Consumption of high-fructose corn syrup in beverages may play a role in the epidemic of obesity," *American Journal of Clinical Nutrition*, Vol. 79, 537-43, at 537, 540 (2004) [hereinafter "Bray, HFCS Role in Obesity Epidemic"].

[6] U.S. Dep't of Agric. & U.S. Dep't of Health & Human Servs., "Dietary Guidelines for Americans,       2010,"       at       27       (2010)       *available       at* http://www.health.gov/dietaryguidelines/dga2010/DietaryGuidelines2010.pdf.

sugar is in more than 74% of processed foods,[7] under more than 60 different names.[8] Although the tendency is to associate sugar with sweets, added sugar is found in many savory processed foods, like bread, soup, and pasta sauce.

17.     There has been a rise over the past 45 years in Americans' consumption of added sugars. From 1970 to 2000, there was a 25% increase in available added sugars in the U.S.[9] The American Heart Association found that between 1970 and 2005, sugars available for consumption increased by an average of 76 calories per day, from 25 teaspoons (400 calories) to 29.8 teaspoons (476 calories), a 19% increase.[10] The Continuing Survey of Food Intake by

---

[7] Ng, S.W., et al., "Use of caloric and non-caloric sweeteners in US consumer packaged foods, 2005-9, *Journal of the Academy of Nutrition and Dietetics*, Vol. 112, No. 11, 1828-34 (2012).

[8] Some examples: Agave nectar, Barbados sugar, Barley malt, Barley malt syrup, Beet sugar, Brown sugar, Buttered syrup, Cane juice, Cane juice crystals, Cane sugar, Caramel, Carob syrup, Castor sugar, coconut palm sugar, Coconut sugar, Confectioner's sugar, Corn sweetener, Corn syrup, Corn syrup solids, Date sugar, Dehydrated case juice, Demerara sugar, Dextrin, Dextrose, Evaporated cane juice, Free-flowing brown sugars, Fructose, Fruit juice, Fruit juice concentrate, Glucose, Glucose solids, Golden sugar, Golden syrup, Grape sugar, High-Fructose Corn Syrup (HFCS), Honey, Icing sugar, Invert sugar, Malt syrup, Maltodextrin, Maltol, Maltose, Mannose, Maple syrup, Molasses, Muscovado, Palm sugar, Panocha, Powdered sugar, Raw sugar, Refiner's syrup, Rice syrup, Saccharose, Sorghum Syrup, Sucrose, Sugar (granulated), Sweet Sorghum, Syrup, Treacle, Turbinado sugar, and Yellow sugar.

[9] Bray, How Bad is Fructose?, *supra* n.4, at 895 (citing Havel, P.J., "Dietary fructose: implications for dysregulation of energy homeostasis and lipid/carbohydrate metabolism, *Nutrition Reviews*, Vol. 63, 133-57 (2005) [hereinafter, "Havel, Dietary Fructose"]).

[10] Johnson, R.K., et al., on behalf of the American Heart Association Nutrition Committee of the Council on Nutrition, Physical Activity, and Metabolism and Council on Epidemiology and Prevention, "Dietary Sugars Intake and Cardiovascular Health: A Scientific Statement From the American Heart Association," *Circulation*, Vol. 120, 1011-20, at 1016-17 (2009) [hereinafter "AHA Scientific Statement"]. *See also* World Health Organization, Sugars intake for adult and children: Guideline" (March 4, 2014) *available at* http://www.who.int/nutrition/publications/guidelines/sugars_intake/en (Based on scientific evidence, recommending adults and children reduce daily intake of free sugars to less than 10% of total energy intake and noting that "[a] further reduction to below 5% or roughly 25 grams (6 teaspoons) per say would provide additional health benefits.").

Individuals from 1994 to 1996 showed that the average person had a daily added sugars intake of 79 grams, equal to 316 calories and about 15% of energy intake. Those in the top one-third of fructose consumption ingested 137 grams of added sugars per day (548 calories, about 26% of energy per day), and those in the top 10% of fructose consumption ingested 178 grams of fructose per day (712 calories, about 34% of energy).[11]

18.     In 2014, researchers analyzing data obtained from National Health and Nutrition Examination Survey (NHANES) showed that during the most recent period of 2005-2010, the mean percent of calories from added sugar in the American diet was 14.9%. Most adults, 71.4%, consumed 10% or more of their calories from added sugar, while about 10% of adults consumed 25% or more of their calories from added sugar.[12]

19.     Today, "the vast majority of the U.S. population exceeds recommended intakes of . . . added sugars."[13] Despite some reduction in added sugar intake recently, "intakes of added sugars are still very high . . . and are well above recommended limits . . . ."[14] Approximately 90% of the population exceeds recommended daily limits.[15]

**B.     The Body's Physiological Response to Excess Sugar Consumption**

**1.     The Body's Response to Glucose**

20.     The body needs some glucose, largely to meet the brain's metabolic demands,

---

[11] Bray, How Bad is Fructose?, *supra* n.4, at 895.

[12] Yang, Quanhe, et al., "Added Sugar Intake and Cardiovascular Diseases Mortality Among US Adults," *Journal of the American Medical Association*, at E4-5 (published online Feb. 3, 2014) [hereinafter, "Yang, NHANES Analysis"].

[13] U.S. Dep't of Agric. & U.S. Dep't of Health & Human Servs., "Scientific Report of the 2015 Dietary Guidelines Advisory Committee: Advisory Report to the Secretary of Health and Human Services and the Secretary of Agriculture," at 26 (February 2015), *available at* http://www.health.gov/dietaryguidelines/2015-scientific-report/PDFs/Scientific-Report-of-the-2015-Dietary-Guidelines-Advisory-Committee.pdf.

[14] *Id.* at 38.

[15] *Id.* at 35.

but also because all living cells use glucose for energy. Blood glucose levels below 25mg/dL may result in coma, seizure, or death, while levels consistently exceeding 180 mg/dL can cause long-term damage, including renal failure and atherosclerosis.

21.     For these reasons, blood glucose concentration is tightly-regulated by homeostatic regulatory systems. When blood glucose rises after a meal, beta cells in the pancreas secrete insulin into the blood, which helps muscle, fat, and liver cells absorb the glucose for energy, lowering the blood sugar. Too little blood sugar stimulates the secretion of hormones that counteract the insulin and thus restore normal blood sugar.[16]

22.     During certain steps in processing glucose, the body forms fructose. However, unlike with glucose, there is no biological need for dietary fructose, *i.e.*, fructose consumed from food, whether fruit, honey, HFCS, or some other form. Moreover, unlike glucose, fructose does not directly stimulate insulin secretion.

23.     The body processes glucose and fructose differently. With little processing, fructose passes through the small intestine, into blood bound for the liver, so that it is taken up nearly 100% for processing in the liver (a characteristic shared by substances commonly referred to as poisons). By contrast, glucose is both "burned up" by cells directly, and processed elsewhere outside the liver, so that the liver must process only 20% of glucose consumed.

24.     So much glucose is burned up prior to liver processing, because all the body's cells contain a transporter that, when stimulated by insulin, takes in glucose from the blood. By contrast, fructose can only be absorbed by cells that contain a different transporter, which most cells lack.

25.     The liver is capable of processing relatively small amounts of sugar, meted out slowly. This is one of the reasons that eating the fructose in fruit is not problematic: the sugar in fruit is encased in the fruit's fiber, which slows the sugar's uptake, and some sugar encased

---

[16] Ludwig, David S., "The Glycemic Index: Physiological Mechanisms Relating to Obesity, Diabetes, and Cardiovascular Disease," *Journal of the American Medical Association*, Vol. 287, No. 18, 2414-23, at 2415 (May 8, 2002) (citation omitted).

in fruit fiber may not even be released. Thus fruit consumption does not overwhelm the liver. Notably, adding fiber to foods that are high in sugar does not replicate this effect, because the sugar and fiber remain separate, and the sugar is not encased in the fiber like it is in fruit. Fruit also comes packaged with nutrients, like vitamins, that are beneficial for health, and sends satiation signals to the brain, telling it that the body is full.

26.   Because the liver has some capacity to process sugar, there does appear to be a "safe" threshold of daily added sugar consumption, small enough not to overload the liver: approximately 5% of calories, or about 38 grams (9 teaspoons, 150 calories) per day for men, 25 grams (6 teaspoons, 100 calories) per day for women,[17] and 12-15 grams (3-6 teaspoons, 50-60 calories) for children depending on age and caloric needs.[18]

27.   But the long-term consumption of excess sugar can have dire physiological consequences, acting as a chronic, dose-dependent liver toxin, overloading the liver and causing chronic metabolic disease, also sometimes called metabolic syndrome, a cluster of symptoms that, when present together, increase a person's risk of chronic disease like cardiovascular disease and type 2 diabetes.

28.   When excess sugar consumption overloads the liver, the glucose increases insulin secretion, while the fructose gets turned into liver fat, causing insulin resistance. The combination over time results in rapid and dramatic increases in blood glucose and insulin concentrations.[19] Over time, individuals with frequent insulin secretion may develop insulin

---

[17]  <u>AHA Scientific Statement</u>, *supra* n.10. Similarly, the World Health Organization recommends that no more than 10% of an adult's calories—and ideally less than 5%—should come from added sugar or from natural sugars in honey, syrups, and fruit juice.

[18]  *See* "How Much Is Too Much?," *at* http://www.sugarscience.org/the-growing-concern-of-overconsumption.

[19]  Janssens, J.P., et al., "Effects of soft drink and table beer consumption on insulin response in normal teenagers and carbohydrate drink in youngsters," *European Journal of Cancer Prevention*, Vol. 8, 289-95 (1999) ("In contrast to table beer, consumption of regular soft drinks induced a fast and dramatic increase in both glucose and insulin concentration within a maximum 1 hour after consumption.").

resistance, where the body produces insulin but does not use it effectively, so that glucose builds up in the blood instead of being absorbed by the cells. Because the muscle, fat, and liver cells do not respond properly to insulin and thus cannot easily absorb glucose from the bloodstream, the body needs higher levels of insulin. Eventually the pancreas' beta cells cannot keep up with this increasing demand, and over time can no longer produce enough insulin to overcome insulin resistance, so blood glucose levels remain high.

29.    Currently, about two-thirds of the American population is overweight, about one-quarter to one-third is diabetic or pre-diabetic, and another one-quarter is hypertensive. Many Americans also have high serum triglycerides. Insulin resistance is a component of all of these health issues.

30.    Energy deposition into fat cells by insulin stimulate them to secrete a hormone called leptin, which is a natural appetite suppressant that tells the brain the body is full and can stop eating. Generally, glucose suppresses the hunger hormone, ghrelin, and stimulates leptin. But high insulin levels brought on by excess sugar consumption have been linked to leptin resistance, where the brain is desensitized to the hormone and so no longer "hears" the message to stop eating.[20] Because increased insulin makes the body feel hungry, excess sugar consumption can create a vicious cycle in which the more sugar one eats, the hungrier one feels.

## 2.    The Body's Response to Fructose

31.    But it is the fructose, found in most processed foods, that appears to cause the greatest harm in the shortest amount of time. Nearly all added sugars contain significant amounts of fructose. For example, HFCS typically contains nearly 42% or 55% fructose, while table sugar and other sweeteners, like cane sugar, contain 50% fructose.

32.    Fructose is the most lipophilic carbohydrate, meaning it easily converts to a

---

[20] Shapiro, A., et al., "Fructose-induced leptin resistance exacerbates weight gain in response to subsequent high-fat feeding," *American Journal of Physiology, Regulatory, Integrative and Comparative Physiology*, Vol. 295, No. 5, R1370-75 (2008).

form, glycerol, that supports conversion to fats, including free fatty acids, a damaging form of cholesterol called very low-density lipoprotein (VLDL), and triglycerides, which get stored as fat. Studies in humans and animals have shown that fructose is preferentially metabolized to lipid (fat) in the liver, leading to increased triglyceride levels, which are associated with insulin resistance and cardiovascular disease.[21] Fatty acids created during fructose metabolism accumulate as fat droplets in the liver, also causing insulin resistance, as well as non-alcoholic fatty liver disease. In addition, when the liver turns excess sugar into liver fat and becomes insulin resistant, that generates hyperinsulinemia, which drives energy storage into body fat.

33. Glucose does not do this. Following consumption of 120 calories of glucose, less than 1 calorie should be stored as fat, while 120 calories of fructose should result in 40 calories being stored as fat.

34. The metabolism of fructose also creates several waste products and toxins, including uric acid, which drives up blood pressure, causes gout, and is a risk factor for cardiovascular disease because the production of uric acid utilizes nitric oxide, a key modulator of vascular function, and causes inflammation. Experimental human studies confirm that fructose feeding raises serum uric acid levels.[22]

35. Moreover, fructose interferes with the brain's communication with leptin, which may result in overeating. And while glucose suppresses ghrelin, thus reducing hunger,

---

[21] Elliot, S.S., et al., "Fructose, weight gain, and the insulin resistance syndrome," *American Journal of Clinical Nutrition*, Vol. 76, 911-22 (2002) [hereinafter, "Elliot, Fructose & Insulin Resistance"]; Bray, How Bad is Fructose?, *supra* n.4; Havel, Dietary Fructose, *supra* n.9.

[22] Nguyen, S., et al., "Sugar Sweetened Beverages, Serum Uric Acid, and Blood Pressure in Adolescents," *Journal of Pediatrics*, Vol. 154, No. 6, 807-13 (June 2009) (citations omitted) [hereinafter, "Nguyen, Serum Uric Acid"]; Johnson, R.J., "Potential role of sugar (fructose) in the epidemic of hypertension, obesity and the metabolic syndrome, diabetes, kidney disease, and cardiovascular disease," *American Journal of Clinical Nutrition*, Vol. 86, 899-906 (2007); Nakagawa, T., et al., "A causal role for uric acid in fructose-induced metabolic syndrome," *American Journal of Physiology*, Vol. 290, F625-31 (2006).

fructose has no effect on ghrelin.

### 3.    The Addiction Response

36.    Research shows that, for some people, eating sugar produces characteristics of craving and withdrawal, along with chemical changes in the brain's reward center, the limbic region, which can be similar to those of people addicted to drugs like cocaine and alcohol.[23] These changes are linked to a heightened craving for more sugar.[24] This can create a vicious cycle leading to chronic illness.

## C.    There Has Been a Dramatic Rise in Obesity & Chronic Disease That Parallels the Rise in Human Sugar Consumption

37.    As noted above, there was a dramatic rise in Americans' use of sugar, first in the mid-18th century, then again starting in the United States in about 1970, with the introduction into the market of HFCS. Concurrently with these changes in the diet have been alarming rises in obesity and chronic disease.

38.    In 1924, New York City health commissioner Haven Emerson noted a seven-fold increase in diabetes rate in the city. In 1931, Dr. Paul Dudley White, a cardiologist at Massachusetts General Hospital, warned of an epidemic of heart disease. And in 1988, scientists learned about the advent of adolescent type 2 diabetes.

39.    In 2004, researchers reported their analysis of food consumption patterns from 1967 to 2000. Noting that HFCS consumption increased more than 1,000% from 1970 to 1990, "far exceeding the changes in intake of any other food or food group," researchers found this "mirrors the rapid increase in obesity" seen during the same period, as

---

[23] Volkow, N.D., et al., "Drug addiction: the neurobiology of behavior gone awry," *Nature Reviews Neuroscience*, Vol. 5, No. 12, 963-70 (2004); Brownell, K.D., et al., "Food and addiction: A comprehensive handbook," *Oxford University Press* (2012).

[24] Avena, N., "Evidence for sugar addiction: behavioral and neurochemical effects of intermittent, excessive sugar intake," *Neuroscience Behavior Review*, Vol. 52, No. 1, 20-39 (2008).

1 demonstrated in the below graphic.[25]



FIGURE 1. Estimated intakes of total fructose (●), free fructose (▲), and high-fructose corn syrup (HFCS, ◆) in relation to trends in the prevalence of overweight (■) and obesity (x) in the United States. Data from references 7 and 35.

40.    Besides the compelling circumstantial evidence that increased sugar consumption has led to chronic disease, there is substantial research showing the causal mechanisms of disease and demonstrating substantial increased risk of chronic disease with excess sugar consumption.

**D.    There is Substantial Scientific Evidence That Excess Sugar Consumption Causes Metabolic Syndrome, Cardiovascular Disease, Type 2 Diabetes, and Other Morbidity**

41.    Research shows that overloading the mitochondria—the energy-burning factories within the cells—in any given organ will manifest various forms of chronic metabolic disease. Whatever organ becomes insulin resistant manifests its own chronic metabolic disease. For example, insulin resistance of the liver leads to type 2 diabetes. Insulin

---

[25] <u>Bray, HFCS Role in Obesity Epidemic</u>, *supra* n.5, at 537, 540-41 & Table 2; *see also* Flegal, K.M., et al., "Prevalence and trends in obesity among US adults, 1999-2000," *Journal of the American Medical Association*, Vol. 288, 1723-27 (2002); Putnam, J.J., et al., "Food consumption, prices and expenditures, 1970-97," *U.S. Department of Agriculture Economic Research Service statistical bulletin no. 695* (April 1999).

resistance of the brain causes Alzheimer's disease. Insulin resistance of the kidney leads to chronic renal disease.

42.   After artificial trans fat, the chemical that most overloads mitochondria is sugar.

**1.   Excess Sugar Consumption Causes Metabolic Syndrome**

43.   Excess consumption of added sugar leads to metabolic syndrome by stressing and damaging crucial organs, including the pancreas and liver. When the pancreas, which produces insulin, becomes overworked, it can fail to regulate blood sugar properly. Large doses of fructose can overwhelm the liver, which metabolizes fructose. In the process, the liver will convert excess fructose to fat, which is stored in the liver and released into the bloodstream. This process contributes to key elements of metabolic syndrome, including high blood fats and triglycerides, high cholesterol, high blood pressure, and extra body fat, especially in the belly.[26]

44.   Metabolic disease has been linked to type 2 diabetes, cardiovascular disease, obesity, polycystic ovary syndrome, nonalcoholic fatty liver disease, and chronic kidney disease, and is defined as the presence of any three of the following:

a.   Large Waist Size (35" or more for women, 40" or more for men);

b.   High triglycerides (150mg/dL or higher, or use of cholesterol medication);

c.   High total cholesterol, or HDL levels under 50mg/dL for women, and 40 mg for men;

d.   High blood pressure (135/85 mm or higher); or

e.   High blood sugar (100mg/dL or higher).

45.   More generally, "metabolic abnormalities that are typical of the so-called metabolic syndrome . . . includ[e] insulin resistance, impaired glucose tolerance, high

---

[26] Te Morenga, L., et al., "Dietary sugars and body weight: systematic review and meta-analyses of randomized controlled trials and cohort studies," *BJM* (January 2013) [hereinafter, "Te Morenga, Dietary Sugars & Body Weight"].

concentrations of circulating triacylglycerols, low concentrations of HDLs, and high concentrations of small, dense LDLs."[27]

46.    56 million Americans have metabolic syndrome, or about 22.9% over the age of 20, placing them at higher risk for chronic disease.

47.    In 2010, Harvard researchers published a meta-analysis of three studies, involving 19,431 participants, concerning the effect of consuming sugar-sweetened beverages on risk for metabolic syndrome. They found participants in the highest quantile of 1-2 servings per day[28] had an average 20% greater risk of developing metabolic syndrome than did those in the lowest quantile of less than 1 serving per day, showing "a clear link between SSB consumption and risk of metabolic syndrome . . . ."[29]

48.    Researchers who studied the incidence of metabolic syndrome and its components in relation to soft drink consumption in more than 6,000 participants in the Framingham Heart Study found that individuals who consumed 1 or more soft drinks per day (*i.e.*, 140-150 calories and 35-37.5 grams of sugar or more) had a 48% higher prevalence of metabolic syndrome than infrequent consumers, those who drank less than 1 soft drink per day. In addition, the frequent-consumer group had a 44% higher risk of developing metabolic syndrome.[30]

-----

[27] Fried, S.K., "Sugars, hypertriglyceridemia, and cardiovascular disease," *American Journal of Clinical Nutrition*, Vol. 78 (suppl.), 873S-80S, at 873S (2003) [hereinafter, "Fried, Hypertriglyceridemia"].

[28] Because 1 sugar-sweetened beverage typically has 140-150 calories and 35-37.5 grams of sugar per 12-ounce serving, this is equivalent to between 140 and 300 calories per day, and 35 to 75 grams of sugar per day.

[29] Malik, Vasanti S., et al., "Sugar-Sweetened Beverages and Risk of Metabolic Syndrome and Type 2 Diabetes," *Diabetes Care*, Vol. 33, No. 11, 2477-83, at 2477, 2480-81 (November 2010) [hereinafter "Malik, 2010 Meta-Analysis"].

[30] Dhingra, R., et al., "Soft Drink Consumption and Risk of Developing Cardiometabolic Risk Factors and the Metabolic Syndrome in Middle-Aged Adults in the Community," *Circulation*, Vol. 116, 480-88 (2007) [hereinafter "Dhingra, Cardiometabolic Risk"].

49.     Recently, researchers concluded a study to determine whether the detrimental effects of dietary sugar were due to extremely high dosing, excess calories, or because of its effects on weight gain, rather than caused by sugar consumption directly.[31] In other words, the researchers dissociated the metabolic effects of dietary sugar from its calories and effects on weight gain.

50.     Because the researchers did not want to *give* subjects sugar to see if they got sick, they instead took sugar away from people who were already sick to see if they got well. But if subjects lost weight, critics would argue that the drop in calories or weight loss was the reason for the clinical improvement. Therefore, the researchers designed the study to by isocaloric, by giving back to subjects the same number of calories in starch that were taken away in sugar. The study involved 43 children, ages 8 to 19, each obese with at least one other co-morbidity demonstrating metabolic problems. All were high consumers of added sugar in their diets.[32]

51.     To perform the study, researchers assessed subjects' home diets by two questionnaires to determine how many calories, and how much fat, protein, and carbohydrate they were eating. Subjects were then tested at a hospital based on their home diets. Then, for the next 9 days, researchers catered the subjects' meals. The macronutrient percentages of fat, protein, and carbohydrate were not changed. Subjects were fed them the same calories and percent of each macronutrient as their home diet; but within the carbohydrate fraction, researchers took the added sugar out, and substituted starch. For example, researchers took pastries out, and put bagels in; took yogurt out, and put baked potato chips in; took chicken teriyaki out, and put turkey hot dogs in (although subjects were still given whole fruit). Researchers reduced subjects' dietary sugar consumption from 28% to 10% of calories.

---

[31] Robert H. Lustig, et al., "Isocaloric Fructose Restriction and Metabolic Improvement in Children with Obesity and Metabolic Syndrome," *Pediatric Obesity*, Vol. 24, No. 2, 453-60 (Feb. 2016).

[32] *See id.* at 453-54.

*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

Researchers also gave subjects a scale to take home, and each day they would weigh themselves. If they were losing weight, they were instructed to eat more. The goal was for subjects to remain weight-stable over the 10 days of study. On the final day, subjects came back to the hospital for testing on their experimental low-added sugar diet. The study team analyzed the pre- and post-data in a blinded fashion so as not to introduce bias.[33]

52.     Researchers analyzed three types of data. First, diastolic blood pressure decreased by 5 points. Second, baseline blood levels of analytes associated with metabolic disease, such as lipids, liver function tests, and lactate (a measure of metabolic performance) all improved significantly. Third, fasting glucose decreased by 5 points. Glucose tolerance improved markedly, and fasting insulin levels fell by 50%. Each of these results was highly-statistically-significant.[34]

53.     In sum, the study indicated that subjects improved their metabolic status in just 10 days, even while eating processed food, by just removing added sugar and substituting starch. The metabolic improvement, moreover, was unrelated to changes in weight or body fat.

### 2.     Excess Sugar Consumption Causes Type 2 Diabetes

54.     Diabetes affects 25.8 million Americans, and can cause kidney failure, lower-limb amputation, and blindness. In addition, diabetes doubles the risk of colon and pancreatic cancers and is strongly associated with coronary artery disease and Alzheimer's disease.[35]

55.     In 2010, Harvard researchers also performed a meta-analysis of 8 studies

---

[33] See id. at 454-55.

[34] See id. at 455-56.

[35] Aranceta Bartrina, J. et al., "Association between sucrose intake and cancer: a review of the evidence," *Nutrición Hospitalaria*, Vol. 28 (Suppl. 4), 95-105 (2013); Garcia-Jimenez, C., "A new link between diabetes and cancer: enhanced WNT/beta-catenin signaling by high glucose," *Journal of Molecular Endrocrinology*, Vol. 52, No. 1 (2014); Linden, G.J., "All-cause mortality and periodontitis in 60-70-year-old men: a prospective cohort study," *Journal of Clinical Periodontal*, Vol. 39, No. 1, 940-46 (October 2012).

concerning sugar-sweetened beverage consumption and risk of type 2 diabetes, involving a total of 310,819 participants. They concluded that individuals in the highest quantile of SSB intake had an average 26% greater risk of developing type 2 diabetes than those in the lowest quantile.[36] Moreover, "larger studies with longer durations of follow-up tended to show stronger associations."[37] Thus, the meta-analysis showed "a clear link between SSB consumption and risk of . . . type 2 diabetes."[38]

56.     An analysis of data for more than 50,000 women from the Nurses' Health Study,[39] during two 4-year periods (1991-1995, and 1995-1999), showed, after adjusting for confounding factors, that women who consumed 1 or more sugar-sweetened soft drink per day (*i.e.*, 140-150 calories and 35-37.5 grams of sugar), had an 83% greater relative risk of type 2 diabetes compared with those who consumed less than 1 such beverage per month, and women who consumed 1 or more fruit punch drinks per day had a 100% greater relative risk of type 2 diabetes.[40]

---

[36] Malik, 2010 Meta-Analysis, *supra* n.29 at 2477, 2480.

[37] *Id.* at 2481.

[38] *Id.*

[39] The Nurses' Health Study was established at Harvard in 1976, and the Nurses' Health Study II, in 1989. Both are long-term epidemiological studies conducted on women's health. The study followed 121,700 women registered nurses since 1976, and 116,000 female nurses since 1989, to assess risk factors for cancer, diabetes, and cardiovascular disease. The Nurses' Health Studies are among the largest investigations into risk factors for major chronic disease in women ever conducted. *See generally* "The Nurses' Health Study," *at* http://www.channing.harvard.edu/nhs.

[40] Schulze, M.B., et al., "Sugar-Sweetened Beverages, Weight Gain, and Incidence of Type 2 Diabetes in Young and Middle-Aged Women," *Journal of the American Medical Association*, Vol. 292, No. 8, 927-34 (Aug. 25, 2004) [hereinafter "Schulze, Diabetes in Young & Middle-Aged Women"].

57.     The result of this analysis shows a statistically significant linear trend with increasing sugar consumption.[41]



Fig. 4. Multivariate relative risks (RRs) of type 2 diabetes according to sugar-sweetened soft drink consumption in the Nurses' Health Study II 1991–1999 (Multivariate RRs were adjusted for age, alcohol (0, 0.1–4.9, 5.0–9.9, 10+ g/d), physical activity (quintiles), family history of diabetes, smoking (never, past, current), postmenopausal hormone use (never, ever), oral contraceptive use (never, past, current), intake (quintiles) of cereal fiber, magnesium, trans fat, polyunsaturated:saturated fat, and consumption of sugar-sweetened soft drinks, diet soft drinks, fruit juice, and fruit punch (other than the main exposure, depending on model). The data were based on Ref. [50]).

58.     A prospective cohort study of more than 43,000 African American women between 1995 and 2001 showed that the incidence of type 2 diabetes was higher with higher intake of both sugar-sweetened soft drinks and fruit drinks. After adjusting for confounding variables, those who drank 2 or more soft drinks per day (*i.e.*, 140-300 calories and 35-75 grams of sugar) showed a 24% greater risk of type 2 diabetes, and those who drank 2 or more fruit drinks per day showed a 31% greater risk of type 2 diabetes, than those who drank 1 or less such drinks per month.[42]

59.     A large cohort study of more than 70,000 women from the Nurses' Health Study followed for 18 years showed that those who consumed 2 to 3 apple, grapefruit, and orange juices per day (280-450 calories and 75-112.5 grams of sugar) had an 18% greater risk of

[41] Hu, F.B., et al., "Sugar-sweetened beverages and risk of obesity and type 2 diabetes: Epidemiologic evidence," *Physiology & Behavior*, Vol. 100, 47-54 (2010).

[42] Palmer, J.R., et al., "Sugar-Sweetened Beverages and Incidence of Type 2 Diabetes Mellitus in African American Women," *Archive of internal Medicine*, Vol. 168, No. 14, 1487-82 (July 28, 2008) [hereinafter "Palmer, Diabetes in African American Women"].

type 2 diabetes than women who consumed less than 1 sugar-sweetened beverage per month. The data also showed a linear trend with increased consumption, as demonstrated below.[43]



**Figure 1**—*Multivariate-adjusted relative hazard of diabetes by category of cumulatively updated fruit juice intake. Values were adjusted for cumulatively updated BMI, physical activity, family history of diabetes, postmenopausal hormone use, alcohol use, smoking, and total energy intake. For an increase of 1 serving/day of fruit juice, the multivariate-adjusted relative risk was 1.18 (95% CI 1.10–1.26; P < 0.0001).*

60.     An analysis of more than 40,000 men from the Health Professionals Follow-Up Study, a prospective cohort study conducted over a 20-year period, found that, after adjusting for age and a wide variety of other confounders, those in the top quartile of sugar-sweetened beverage intake had a 24% greater risk of type 2 diabetes than those in the bottom quartile, while consumption of artificially-sweetened beverages, after adjustment, showed no association.[44]

---

[43] Bazzano, L.A., et al., "Intake of fruit, vegetables, and fruit juices and risk of diabetes in women," *Diabetes Care*, Vol. 31, 1311-17 (2008).

[44] de Konig, L., et al., "Sugar-sweetened and artificially sweetened beverage consumption and risk of type 2 diabetes in men," *American Journal of Clinical Nutrition*, Vol. 93, 1321-27 (2011).

61.     Most convincingly, an econometric analysis of repeated cross-sectional data published in 2013 established a causal relationship between sugar availability and type 2 diabetes. After adjusting for a wide range of confounding factors, researchers found that an increase of 150 calories per day related to an insignificant 0.1% rise in diabetes prevalence by country, while an increase of 150 calories per day in sugar related to a 1.1% rise in diabetes prevalence by country, a statically-significant 11-fold difference.[45]

### 3.     Excess Sugar Consumption Causes Cardiovascular Disease

62.     Sixteen million Americans have heart disease, which is the number one killer in the United States.[46]

63.     Data obtained from NHANES surveys during the periods of 1988-1994, 1999-2004, and 2005-2010, after adjusting for a wide variety of other factors, demonstrate that those who consumed between 10% - 24.9% of their calories from added sugars had a 30% greater risk of cardiovascular disease (CVD) mortality than those who consumed 5% or less of their calories from added sugar. In addition, those who consumed 25% or more of their calories from added sugars had an average 275% greater risk of CVD mortality than those who consumed less than 5% of calories from added sugar.[47]

64.     Similarly, when compared to those who consumed approximately 8% of calories from added sugar, participants who consumed approximately 17% - 21% (the 4th quintile) of calories from added sugar had a 38% higher risk of CVD mortality, while the relative risk was more than double for those who consumed 21% or more of calories from added sugar (the 5th quintile). Thus, "[t]he risk of CVD mortality increased exponentially with increasing

---

[45] Basu, S., et al., "The Relationship of Sugar to Population-Level Diabetes Prevelance: An Econometric Analysis of Repeated Cross-Sectional Data," *PLOS Online*, Vol. 8, Issue 2 (February 27, 2013).

[46] Gaddam, K.K., et al., "Metabolic syndrome and heart failure—the risk, paradox, and treatment," *Current Hypertension Reports*, Vol. 13, No. 2, 142-48 (2011).

[47] Yang, NHANES Analysis, *supra* n.12 at E4-5.

1  usual percentage of calories from added sugar,"[48] as demonstrated in the chart below.



Figure 1. Adjusted Hazard Ratio (HR) of the Usual Percentage of Calories From Added Sugar for Cardiovascular Disease Mortality Among US Adults 20 Years or Older: National Health and Nutrition Examination Survey Linked Mortality Files, 1988-2006

Histogram of the distribution of usual percentage of calories from added sugar in the population. Lines show the adjusted HRs from Cox models. Midvalue of quintile 1 (7.4%) was the reference standard. The model was adjusted for age, sex, race/ethnicity, educational attainment, smoking status, alcohol consumption, physical activity level, family history of cardiovascular disease, antihypertensive medication use, Healthy Eating Index score, body mass index, systolic blood pressure, total serum cholesterol, and total calories. Solid line indicates point estimates; dashed lines indicate 95% CIs.

65.    The NHANES analysis also found "a significant association between sugar-sweetened beverage consumption and risk of CVD mortality," with an average 29% greater risk of CVD mortality "when comparing participants who consumed 7 or more servings/wk (360 mL per serving) with those who consumed 1 serving/wk or less . . . ."[49] The study concluded that "most US adults consume more added sugar than is recommended for a healthy diet. A higher percentage of calories from added sugar is associated with significantly increased risk of CVD mortality. In addition, regular consumption of sugar-sweetened beverages is associated with elevated CVD mortality."[50]

66.    The Nurses' Health Study found that, after adjusting for other unhealthy lifestyle factors, those who consumed two or more sugar-sweetened beverages per day (280 calories and 70 grams of sugar or more) had a 35% greater risk of coronary heart disease compared

---

[48] *Id.*

[49] *Id.* at E6.

[50] *Id.* at E8.

with infrequent consumers.[51]

### 4. Excess Sugar Consumption Causes Liver Disease

67. Fructose consumption causes serious liver disease, including non-alcoholic fatty liver disease (NAFLD), characterized by excess fat build-up in the liver. Five percent of these cases develop into non-alcoholic steatohepatitis (NASH), scarring as the liver tries to heal its injuries, which gradually cuts off vital blood flow to the liver. About 25% of NASH patients progress to non-alcoholic liver cirrhosis, which requires a liver transplant or can lead to death.[52]

68. Since 1980, the incidence of NAFLD and NASH has doubled, along with the rise of fructose consumption, with approximately 6 million Americans estimated to have progressed to NASH and 600,000 to Nash-related cirrhosis. Most people with NASH also have type 2 diabetes. NASH is now the third-leading reason for liver transplant in America.[53]

69. Moreover, because the liver metabolizes sugar virtually identically to alcohol, the U.S. is now seeing for the first time alcohol-related diseases in children. Conservative estimates are that 31% of American adults, and 13% of American children suffer from NAFLD.[54]

---

[51] Fung T.T., et al., "Sweetened beverage consumption and risk of coronary heart disease in women," *American Journal of Clinical Nutrition*, Vol. 89 at 1037-42 (February 2009).

[52] Farrell, G.C., et al., "Nonalcoholic fatty liver disease: from steatosis to cirrhosis," *Hepatology*, Vol. 433, No. 2 (Suppl. 1), S99-S112 (February 2006); Powell, E.E., et al., "The Natural History of Nonalcoholic Steatohepatitis: A Follow-up Study of Forty-two Patients for Up to 21 Years," *Hepatology*, Vol. 11, No. 1 (1990).

[53] Charlton, M.R., et al., "Frequency and outcomes of liver transplantation for nonalcoholic steatohepatitis in the United States," *Gastroenterology*, Vol. 141, No. 4, 1249-53 (October 2011).

[54] Lindback, S.M., et al., "Pediatric Nonalcoholic Fatty Liver Disease: A Comprehensive Review," *Advances in Pediatrics*, Vol. 57, No. 1, 85-140 (2010); Lazo, M. et al., "The Epidemiology of Nonalcoholic Fatty Liver Disease: A Global Perspective," *Seminars in Liver Disease*, Vol. 28, No. 4, 339-50 (2008); Schwimmer, J.B., et al., "Prevalence of Fatty Liver in Children and Adolescents," *Pediatrics*, Vol. 118, No. 4, 1388-93 (2006); Browning, J.D.,

22

5.      **Excess Sugar Consumption Causes Obesity**

70.      Excess sugar consumption also leads to weight gain and obesity because insulin secreted in response to sugar intake instructs the cells to store excess energy as fat. This excess weight can then exacerbate the problems of excess sugar consumption, because excess fat, particularly around the waist, is in itself a primary cause of insulin resistance, another vicious cycle. Studies have shown that belly fat produces hormones and other substances that can cause insulin resistance, high blood pressure, abnormal cholesterol levels, and cardiovascular disease. And belly fat plays a part in the development of chronic inflammation in the body, which can cause damage over time without any signs or symptoms. Complex interactions in fat tissue draw immune cells to the area, which triggers low-level chronic inflammation. This in turn contributes even more to insulin resistance, type 2 diabetes, and cardiovascular disease.

71.      Based on a meta-analysis of 30 studies between 1966 and 2005, Harvard researchers found "strong evidence for the independent role of the intake of sugar-sweetened beverages, particularly soda, in the promotion of weight gain and obesity in children and adolescents. Findings from prospective cohort studies conducted in adults, taken in conjunction with results from short-term feeding trials, also support a positive association between soda consumption and weight gain, obesity, or both."[55]

72.      A recent meta-analysis by Harvard researchers evaluating change in Body Mass Index per increase in 1 serving of sugar-sweetened beverages per day found a significant positive association between beverage intake and weight gain.[56]

---

et al., "Prevalence of hepatic steatosis in an urban population in the United States: Impact of ethnicity," *Hepatology*, Vol. 40, No. 6, 1387-95 (2004).

[55] Malik, V.S., et al., "Intake of sugar-sweetened beverages and weight gain: a systematic review," *American Journal of Clinical Nutrition*, Vol. 84, 274-88 (2006).

[56] Malik, V.S., et al., "Sugar-sweetened beverages and BMI in children and adolescents: reanalyses of a meta-analysis," *American Journal of Clinical Nutrition*, Vol. 29, 438-39 (2009).

73.     One study of more than 2,000 2.5-year-old children followed for 3 years found that those who regularly consumed sugar-sweetened beverages between meals had a 240% better chance of being overweight than non-consumers.[57]

74.     An analysis of data for more than 50,000 women from the Nurses' Health Study during two 4-year periods showed that weight gain over a 4-year period was highest among women who increased their sugar-sweetened beverage consumption from 1 or fewer drinks per week, to 1 or more drinks per day (8.0 kg gain during the 2 periods), and smallest among women who decreased their consumption or maintained a low intake level (2.8 kg gain).[58]

75.     A study of more than 40,000 African American women over 10 years had similar results. After adjusting for confounding factors, those who increased sugar-sweetened beverage intake from less than 1 serving per week, to more than 1 serving per day, gained the most weight (6.8 kg), while women who decreased their intake gained the least (4.1 kg).[59]

76.     A study of more than 6,000 participants in the Framingham Heart Study found those who consumed more than 1 soft drink per day had a 31% greater risk of obesity than those who consumed less than 1 soft drink per day.[60]

77.     The link between sugar intake and weight gain was also demonstrated in a randomized, controlled intervention study, where "[a] simple 12 month school based intervention focused on reducing consumption of carbonated drinks resulted in significant differences in the proportion of overweight children in the control and intervention groups," as demonstrated in the chart below.

---

[57] Dubois, L., et al., "Regular sugar-sweetened beverage consumption between meals increases risk of overweight among preschool-aged children," *Journal of the American Dietetic Association*, Vol. 107, Issue 6, 924-34 (2007).

[58] Schulze, Diabetes in Young & Middle-Aged Women, *supra* n.40.

[59] Palmer, Diabetes in African American Women, *supra* n.42.

[60] Dhingra, Cardiometabolic Risk, *supra* n.30.



**Fig 2** Mean change in prevalence of overweight and obese children from baseline to follow up at 12 months according to clusters

At a three-year follow-up, however, the significant difference seen between the groups after a year of focused education was no longer evident, with overweight more prevalent in both groups, providing further support for the link between sugar and weight gain.[61]

78.     Similarly, experimental short-term feeding studies comparing sugar-sweetened beverages to artificially-sweetened beverages have illustrated that consumption of the former leads to greater weight gain. As demonstrated in the chart below, one 10-week trial involving more than 40 men and women demonstrated that the group that consumed daily supplements of sucrose (for 28% of total energy) increased body weight and fat mass, by 1.6 kg for men and 1.3 kg for women, while the group that was supplemented with artificial sweeteners lost weight—1.0 kg for men and 0.3 kg for women.[62]

---

[61] James, J. et al., "Preventing childhood obesity: two year follow-up results from the Christchurch obesity prevention programme in schools (CHOPPS)," *BJM*, Vol. 335, 762 (2007) (discussing James, J., et al., "Preventing childhood obesity by reducing consumption of carbonated drinks: cluster randomized controlled trial," *BJM*, Vol. 328, 1237 (April 27, 2004)).

[62] Raben, A., et al., "Sucrose compared with artificial sweeteners: different effects on ad libitum food intake and body weight after 10 wk of supplementation in overweight subjects," *American Journal of Clinical Nutrition*, Vol. 76, 721-29 (2002) [hereinafter, "Raben, Sucrose vs. Artificial Sweeteners"].

1
2
3
4
5
6
7
8
9
10
11
12
13



14
15
16
17
18
19

**FIGURE 2.** Mean (± SEM) changes in body weight, fat mass, and fat-free mass during an intervention in which overweight subjects consumed supplements containing either sucrose (●; $n = 21$) or artificial sweeteners (△; $n = 20$) daily for 10 wk. The diet × time interactions were significant for changes in body weight ($P < 0.0001$) and fat mass ($P < 0.05$) by analysis of variance with Tukey's post hoc tests. At specific time points for changes in body weight and fat mass, there were significant differences between the sucrose and sweetener groups: *$P < 0.05$, **$P < 0.001$, and ***$P < 0.0001$ (general linear model with least squares means and adjustment for multiple comparisons).

20      79.     In another, 3-week study, researchers gave normal-weight subjects 1150 grams

21  of soda per day, sweetened with either aspartame or HFCS. The experiment found that

22  drinking artificially-sweetened soda reduced calorie intake and body weight of men, while

23  drinking HFCS-sweetened soda significantly increased calorie intake and body weight of

24  both sexes, as demonstrated in the chart below.[63]

25
26

27  [63] Tordoff, M.G., et al., "Effect of drinking soda sweetened with aspartame or high-fructose corn syrup on food intake and body weight," *American Journal of Clinical Nutrition*, Vol.
28  51, 963-69 (1990).



FIG 1. Changes in body weight during 3-wk periods when subjects drank 1150 g/d of soda sweetened with aspartame (APM), an equal weight of soda sweetened with high-fructose corn syrup (HFCS), or had no experimental manipulation (no soda). *$p < 0.05$ relative to weight gain in no-soda period.

### 6.    Excess Sugar Consumption Causes Inflammation

80.    Inflammation has been associated with type 2 diabetes, myocardial infarction, and stroke, as well as weight gain and obesity.[64]

81.    A 10-week study comparing a group whose sucrose intake was increased by 151% to a group whose intake was decreased by 42% showed the former's blood concentration of the biological markers for inflammation, haptoglobin, transferrin, and C-reactive protein, increased by 13%, 5%, and 6%, respectively, while the later group's

---

[64] Sorensen, L.B., et al., "Effect of sucrose on inflammatory markers in overweight humans," *American Journal of Clinical Nutrition*, Vol. 82, 421-27 (2005) (citations omitted) [hereinafter, "Sorensen, Inflammatory Markers"]; *see also* Pearson, T.A., et al., "Markers of Inflammation and Cardiovascular Disease: Application to Clinical and Public Health Practice, A Statement for Healthcare Professionals From the Centers for Disease Control and Prevention and the American Heart Association," *Circulation*, Vol. 107, 499-511 (2003).

concentrations decreased by 16%, 2%, and 26% respectively.[65]

82.     In a prospective, randomized, controlled crossover trial, 29 subjects were studied over six 3-week interventions in which they either consumed various amounts of fructose, glucose, or sucrose, or received dietary advice to consume low amounts of fructose. The study showed LDL particle size reducing (associated with atherosclerosis) by 0.51 nm after high-fructose intake (80 grams per day), and by 0.43 nm after high-sucrose intake (also 80 grams per day). It also found significant increases in fasting glucose and C-reactive protein, leading the authors to conclude that the "data show potentially harmful effects of low to moderate consumption of SSBs on markers of cardiovascular risk such as LDL particles, fasting glucose, and [C-reactive protein] within just 3 wk in healthy young men, which is of particular significance for young consumers."[66]

83.     In a nested case-control study of 656 cases of type 2 diabetes and 694 controls from the Nurses Study, researchers identified a dietary pattern strongly related to inflammatory markers, which was high in sugar-sweetened soft drinks, showing linear trends across quintiles of dietary pattern for six inflammation markers.

///
///
///
///
///
///
///
///

---

[65] Sorensen, Inflammatory Markers, *supra* n.64.

[66] Aeberli, I., et al., "Low to moderate sugar-sweetened beverage consumption impairs glucose and lipid metabolism and promotes inflammation in healthy young men: a randomized controlled trial," *American Journal of Clinical Nutrition*, Vol. 94, 479-85 (2011).

28



**FIGURE 1.** Geometric mean concentrations and 95% CIs of interleukin 6 (IL-6), soluble tumor necrosis factor α receptor 2 (sTNFR2), C-reactive protein (CRP), E-selectin, soluble intracellular cell adhesion molecule 1 (sICAM-1), and soluble vascular cell adhesion molecule 1 (sVCAM-1) by quintiles of diet pattern score adjusted for age, BMI (9 categories), physical activity (quintiles), family history of diabetes, smoking (never, past, current, or missing), postmenopausal hormone use (never, ever, or missing), energy intake (quintiles), and fasting status. The comparison between quintile 5 and quintile 1 was significant for all biomarkers, $P < 0.05$. Quintile cutoffs were based on distributions in controls.

## 7. Excess Sugar Consumption Causes High Blood Triglycerides and Abnormal Cholesterol Levels

84.    Fructose facilitates the biochemical formation of triacylglycerols more efficiently than does glucose.[67] This is because fructose metabolism in the liver converts the

---

[67] Elliot, Fructose & Insulin Resistance, *supra* n.21.

29

fructose to fructose-1-phosphate, which readily becomes a substrate for the backbone of the triglyceride molecule.[68] As compared to starches, sugars—particularly sucrose and fructose—tend to increase serum triacylglycerol concentrations by about 60%.[69]

85.    Cholesterol is a waxy, fat-like substance found in the body's cells, used to make hormones, bile acids, vitamin D, and other substances. The human body manufactures all the cholesterol it requires, which circulates in the bloodstream in packages called lipoproteins. Excess cholesterol in the bloodstream can become trapped in artery walls, building into plaque and narrowing blood vessels, making them less flexible, a condition called atherosclerosis. When this happens in the coronary arteries, it restricts oxygen and nutrients to the heart, causing chest pain or angina. When cholesterol-rich plaques in these arteries burst, a clot can form, blocking blood flow and causing a heart attack.

86.    Most blood cholesterol is low-density lipoprotein, or LDL cholesterol, which is sometimes called "bad" cholesterol because it carries cholesterol *to* the body's tissues and arteries, increasing the risk of heart disease. High-density lipoprotein, or HDL cholesterol, is sometimes called "good" cholesterol because it removes excess cholesterol from the cardiovascular system, bringing it to the liver for removal. Thus, a *low* level of HDL cholesterol increases the risk of heart disease.

87.    Diet affects blood cholesterol. For example, the body reacts to saturated fat by producing LDL cholesterol.

88.    When the liver is overwhelmed by large doses of fructose, it will convert excess to fat, which is stored in the liver and then released into the bloodstream, contributing to key elements of metabolic syndrome, like high blood fat and triglycerides, high total cholesterol, and low HDL "good" cholesterol.[70]

---

[68] Bray, G.A., "Soft Drinks and Obesity: The Evidence," *CMR e-Journal*, Vol. 2, Issue, 2, 10-14, at 13 (Oct. 2009).

[69] Fried, Hypertriglyceridemia, *supra* n.27, at 873S.

[70] Te Morenga, Dietary Sugars & Body Weight, *supra* n.26.

89.     A study of more than 6,000 participants in the Framingham Heart Study found those who consumed more than 1 soft drink per day had a 25% greater risk of hypertriglyceridemia, and 32% greater risk of low HDL cholesterol than those who consumed less than 1 soft drink per day.[71]

90.     A systematic review and meta-analysis of 37 randomized controlled trials concerning the link between sugar intake and blood pressure and lipids found that higher sugar intakes, compared to lower sugar intakes, significantly raised triglyceride concentrations, total cholesterol, and low density lipoprotein cholesterol.[72]

91.     A cross-sectional study among more than 6,100 U.S. adults from the NHANES 1999-2006 data were grouped into quintiles for sugar intake as follows: (1) less than 5% of calories consumed from sugar, (2) 5% to less than 10%, (3) 10% to less than 17.5%, (4) 17.5% to less than 25%, and (5) 25% or more. These groups had the following adjusted mean HDL levels (because HDL is the "good" cholesterol, higher levels are better): 58.7 mg/dL, 57.5, 53.7, 51.0, and 47.7. Mean triglyceride levels were 105 mg/dL, 102, 111, 113, and 114. Mean LDL levels were 116 mg/dL, 115, 118, 121, and 123 among women, with no significant trend among men. Consumers whose sugar intake accounted for more than 10% of calories had a 50% - 300% higher risk of low HDL levels compared to those who consumed less than 5% of calories from sugar. Likewise, high-sugar consumers had greater risk of high triglycerides. All relationships were linear as demonstrated in the charts below.[73]

///

///

///

---

[71] Dhingra, Cardiometabolic Risk, *supra* n.30.

[72] Te Morenga, L., et al., "Dietary sugars and cardiometabolic risk: systematic review and meta-analyses of randomized controlled trials on the effects on blood pressure and lipids," *American Journal of Clinical Nutrition*, Vol. 100, No. 1, 65-79 (May 7, 2014).

[73] Welsh, J.A., et al., "Caloric Sweetener Consumption and Dyslipidemia Among US Adults," *Journal of the American Medical Association*, Vol. 303, No. 15, 1490-97 (April 21, 2010).



**Figure 1.** Multivariable-Adjusted Mean HDL-C Levels by Level of Added Sugar Intake Among US Adults, NHANES 1999-2006



**Figure 2.** Multivariable-Adjusted Geometric Mean Triglyceride Levels by Level of Added Sugar Intake Among US Adults, NHANES 1999-2006



**Figure 3.** Multivariable-Adjusted Mean LDL-C Levels by Level of Added Sugar Intake Among US Men and Women, NHANES 1999-2006

92. One experimental study showed that, when a 17% fructose diet was provided to healthy men, they showed an increase in plasma triacylglycerol concentrations of 32%.[74]

93. Another 10-week experimental feeding study showed that those who were fed 25% of their energy requirements as fructose experienced increases in LDL cholesterol, small dense LDL cholesterol, and oxidized LDL cholesterol, as well as increased concentrations of triglycerides and total cholesterol, while those fed a 25% diet of glucose did not experience the same adverse effects.[75]

94. In a cross-sectional study of normal weight and overweight children aged 6-14, researchers found that "the only dietary factor that was a significant predictor of LDL particle size was total fructose intake."[76]

### 8.    Excess Sugar Consumption is Associated with Hypertension

95. A study of more than 6,000 participants in the Framingham Heart Study found those who consumed more than 1 soft drink per day had a 22% greater incidence, and an 18%

---

[74] Bantle, J.P., et al., "Effects of dietary fructose on plasma lipids in healthy subjects," *American Journal of Clinical Nutrition*, Vol. 72, 1128-34 (2000).

[75] Stanhope, K.L., et al., "Consuming fructose-sweetened, not glucose-sweetened, beverages increases visceral adiposity and lipids and decreases insulin sensitivity in overweight/obese humans," *The Journal of Clinical Investigation*, Vol. 119, No. 5, 1322-34 (May 2009).

[76] Aeberli, I., et al., "Fructose intake is a predictor of LDL particle size in overweight schoolchildren," *American Journal of Clinical Nutrition*, Vol. 86, 1174-78 (2007).

greater risk of high blood pressure than those who consumed less than 1 soft drink per day.[77]

96.     An analysis of the NHANES data for more than 4,800 adolescents also showed a positive, linear association between sugar-sweetened beverages and higher systolic blood pressure, as well as corresponding increases in serum uric acid levels.[78]



Figure 1.
Sample mean of serum uric acid with 95% confidence intervals by categories of sugar sweetened beverage consumption adjusted for age, race/ethnicity, sex, total calories, BMI z-score, alcohol, smoking, dietary fiber intake, diet beverage consumption, and milk consumption. *P* for trend = 0.01

97.     In one study, 15 healthy men drank 500 ml water containing either no sugar, 60 grams of fructose, or 60 grams of glucose. Blood pressure, metabolic rate, and autonomic nervous system activity were measured for 2 hours. While the administration of fructose was associated with an increase in both systolic and diastolic blood pressure, blood pressure did not rise in response to either water or glucose ingestion, as demonstrated in the chart below.[79]

---

[77] Dhingra, Cardiometabolic Risk, *supra* n.30.

[78] Nguyen, Serum Uric Acid, *supra* n.22.

[79] Brown, C.M., et al., "Fructose ingestion acutely elevates blood pressure in healthy young humans," *Am. J. Physiol. Regul. Integr. Compl. Physiol.*, Vol. 294, R730-37 (2008).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20



Fig. 1. Time course of the systolic blood pressure (SBP; *A*), diastolic blood pressure (DBP; *B*), and heart rate (HR; *C*) changes (*left*) and mean responses (*right*) to drinking water (○), glucose (▲), and fructose (■). **P* < 0.05 and ***P* < 0.01, statistically significant differences over time from baseline values (*left*) and differences between responses to the drinks (*right*).

21    98.    In another study, more than 40 overweight men and women were supplemented

22  for 10 weeks with either sucrose or artificial sweeteners. The sucrose group saw an increase

23  in systolic and diastolic blood pressure, of 3.8 and 4.1 mm Hg, respectively, while the

24  artificial sweetener group saw a decrease in systolic and diastolic blood pressure, of 3.1 and

25  1.2 mm Hg, respectively.[80]

26    99.    Another study took a variety of approaches to measuring the association between

27

28  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
[80] <u>Raben, Sucrose vs. Artificial Sweeteners</u>, *supra* n.62.

sugar intake and blood pressure, concluding that an increase of 1 serving of sugar-sweetened beverages per day (*i.e.*, 140-150 calories, and 35-37.5 grams of sugar) was associated with systolic/diastolic blood pressure differences of +1.6 and +0.8 mm Hg (and +1.1/+0.4 mm Hg with adjustment for height and weight), while an increase of 2 servings results in systolic/diastolic blood pressure differences of +3.4/+2.2, demonstrating that the relationship is direct and linear.[81]

### 9.     Excess Sugar Consumption is Associated with Alzheimer's Disease, Dementia, and Cognitive Decline

100.   In a study of over 2,000 participants over 6.8 years, researchers found that higher average glucose levels within the preceding 5 years (115 mg/dL compared to 100 mg/dL) were related to an 18% increased risk of dementia among those without diabetes. For those with diabetes, higher average glucose levels (190 mg/dL compared to 160 mg/dL) were related to a 40% increased risk of dementia.[82]

101.   "To evaluate a possible association between fructose mediated metabolic changes and cognitive behaviour," researchers "assessed the correlation of serum triglyceride and insulin resistance levels with memory," and "found a positive correlation between serum triglyceride levels and insulin resistance index . . . , which indicates that increased serum triglyceride levels may contribute to increase[d] insulin resistance . . . ." And researchers "found that the latency time varied in proportion to the insulin resistance . . . , which suggests that memory performance may rely on levels of insulin resistance . . . ."[83]

---

[81] Brown, I.J., et al., "Sugar-Sweetened Beverage, Sugar Intake of Individuals, and Their Blood Pressure: International Study of Macro/Micronutrients and Blood Pressure," *Hypertension*, Vol. 57, 695-701 (2011).

[82] Crane, P.K., et al., "Glucose Levels and Risk of Dementia," *New England Journal of Medicine*, Vol. 369, No. 6, 540-48 (2013).

[83] Agrawal, R., et al., "'Metabolic syndrome' in the brain: deficiency in omega-3 fatty acid exacerbates dysfunctions in insulin receptor signaling and cognition," *Journal of Physiology*, Vol. 590, No. 10, 2485-99, at 2489 (2012).

**10.    Excess Sugar Consumption is Linked to Some Cancers**

102.    In a population-based case-control study involving 424 cases and 398 controls, women in the highest quartile of added sugar intake had an 84% greater risk of endometrial cancer.[84] Similarly, in a study of patients with stage 3 colon cancer, those in the highest quintile of glycemic load experienced worsening in disease-free survival of approximately 80% compared to those in the lowest quintile.[85]

103.    A population based case-control study on Malaysian women found a significant, two-fold increased risk of breast cancer among premenopausal and postmenopausal women in the highest quartile of sugar intake.[86]

104.    A prospective epidemiological study of nearly 45,000 cancer cases among 436,000 participants aged 50-71, found added sugars were positively associated with risk of esophageal adenocarcinoma; added fructose was associated with risk of small intestine cancer; and all investigated sugars were associated with increased risk of pleural cancer.[87]

**E.    There is Substantial Evidence That Consuming Artificial Trans Fat—Found in Some Post Cereals—is Detrimental to Health**

105.    Artificial trans fat is created through the industrial process of hydrogenation, in which hydrogen atoms are added to normal vegetable oil by heating it in the presence of an ion donor catalyst metal, like nickel. The process was invented in 1901 by German scientist

---

[84] King, M.G., et al., "Consumption of Sugary Foods and Drinks and Risk of Endometrial Cancer," *Cancer Causes Control*, Vol. 24, No. 7, 1427-36 (July 2013).

[85] Meyerhardt, J.A., et al. "Association of dietary patterns with cancer recurrence and survival in patients with stage III colon cancer," *Journal of the American Medical Association*, Vol. 298, 754-64 (2007).

[86] Sulaiman, S., et al., "Dietary carbohydrate, fiber and sugar and risk of breast cancer according to menopausal status in Malaysia," *Asian Pacific Journal of Cancer Prevention*, Vol. 15, 5959 (2014)

[87] Tasevska, N., et al., "Sugars in diet and risk of cancer in the NIH-AARP Diet and Health Study," *International Journal of Cancer*, Vol. 130, No. 1, 159-69 (Jan. 1, 2012)

Wilhelm Normann. The resulting partially hydrogenated vegetable oil (or PHVO) is useful in manufacturing packaged foods because, unlike natural fat which needs refrigeration for rigidity or else liquefies, trans fat remains solid at room temperature.

106.   Human beings, however, have not evolved to digest this artificial fat. Instead, it is readily incorporated into organ and blood cells in place of natural fats with devastating consequences, causing and exacerbating cardiovascular disease, type-2 diabetes and cancer. When trans fat invades blood cell walls, for example, their ability to recognize and use insulin is retarded, leading to excessive blood sugar and insulin swings, and eventually to diabetes. And for existing diabetics, trans fat exacerbates symptoms and causes cognitive decline. By disfiguring the body's cells, trans fat also interferes with the immune system's ability to distinguish the body's cells from foreign infections, causing it to become persistently overactive, a condition known as chronic systemic inflammation, damaging nearly every human organ.

107.   But it is the deleterious effects of trans fat on the cardiovascular system that presents the gravest public health danger. Analysis of the Nurses' Health Study data shows risk of coronary heart disease doubles for each 2% increase in trans fat calories consumed.[88] And a wide variety of experimentally sound, peer-reviewed studies convincingly demonstrate that consuming even small quantities of artificial trans fat greatly increases incidences of death from cancer, diabetes, and heart disease.[89]

---

[88] Hu, F.B., et al., "Dietary Fat Intake and the Risk of Coronary Heart Disease in Women," *New England Journal of Medicine*, Vol. 337, No. 2, at 1491-99 (Nov. 20, 1997).

[89] Koppe, S. et al., "Trans fat feeding results in higher serum alanine aminotransferase and increased insulin resistance compared with a standard murine high-fat diet," *American Journal of Physiology, Gastrointestinal and Liver Physiology*, Vol. 297 at G378 (2009); Wang, Y. et al., "Trans-11 Vaccenic Acid Dietary Supplementation Induces Hypolipidemic Effects on JCR:LA-cp Rats," *Journal of Nutrition*, Vol. 138, at 2117 (Nov. 2008); Chajès, V., et al., "Association between Serum Trans-Monounsaturated Fatty Acids and Breast Cancer Risk in the E3N-EPIC Study," *American Journal of Epidemiology*, Vol. 167 at 1312 (2008); Vinikoor, L.C. , et al., "Consumption of Trans-Fatty Acid and its Association with Colorectal Adenomas," *American Journal of Epidemiology*, Vol. 168, at 181 (2007); Liu,

37

108.   Epidemiologists estimate that artificial trans fat consumption contributes to as many as 100,000 otherwise preventable American deaths each year.[90]

109.   In November 2013, the FDA issued a Tentative Determination Regarding Partially Hydrogenated Oils, in which it stated:

> Based on new scientific evidence and the findings of expert scientific panels, the Food and Drug Administration (FDA) has tentatively determined that partially hydrogenated oils (PHOs), which are the primary dietary source of industrially-produced *trans* fatty acids, or *trans* fat, are not generally recognized as safe (GRAS) for any use in food based on current scientific evidence establishing the health risks associated with the consumption of *trans* fat . . . .
>
> [ . . . ]
>
> The current scientific evidence . . . identifies significant health risks caused by the consumption of *trans* fat. This evidence includes the opinions of expert

---

X., et al., "Trans-Fatty Acid Intake and Increased Risk of Advanced Prostate Cancer: Modification by RNASEL R462Q Variant," *Carcinogenesis*, Vol. 28, at 1232 (2007); Mozaffairan, D., et al., "Trans Fatty Acids and Cardiovascular Disease," *New England Journal of Medicine*, Vol. 354, at 1601 (2006); Chavarro, J., et al., "A Prospective Study of Blood Trans Fatty Acid Levels and Risk of Prostate Cancer," *Proceedings of the American Association of Cancer Research*, Vol. 47, at 95 (2006); Clifton, P.M., et al., "Trans Fatty Acids In Adipose Tissue And The Food Supply Are Associated With Myocardial Infarction," *Journal of Nutrition*, Vol. 134, at 874 (2004); Lemaitre, R.N., et al., "Cell Membrane Trans-Fatty Acids and the Risk of Primary Cardiac Arrest," *Circulation*, Vol. 105, at 697 (2002); Salmeron, J., et al., "Dietary Fat Intake and Risk of Type 2 Diabetes in Women," *American Journal of Clinical Nutrition*, Vol. 73, at 1019 (2001); De Roos, N.M., et al., "Replacement of Dietary Saturated Fatty Acids by Trans Fatty Acids Lowers Serum HDL Cholesterol and Impairs Endothelial Function in Healthy Men and Women," *Arteriosclerosis, Thrombosis, and Vascular Biology*, Vol. 21, at 1233 (2001); Ascherio, A., et al., "Trans Fatty Acids & Coronary Heart Disease," *New England Journal of Medicine*, Vol. 340, at 94 (1999) [hereinafter "Ascherio, Replacement of Dietary Saturated Fat with Trans Fat"]; Willet, W.C., et al., "Trans Fatty Acids: Are the Effects only Marginal?," *American Journal of Public Health*, Vol. 84, at 722 (1994).

[90] Ascherio, Replacement of Dietary Saturated Fat with Trans Fat, *supra* n.89 (Removing 2% of daily calories from trans fat from the American diet "would prevent approximately 30,000 premature coronary deaths per year, and epidemiologic evidence suggests this number is closer to 100,000 premature deaths annually.").

panels and the 2005 recommendation of the Institute of Medicine (IOM) to limit *trans* fat consumption as much as possible while consuming a nutritionally adequate diet . . . . In addition, according to the Centers for Disease Control and Prevention (CDC), elimination of PHOs from the food supply could prevent 10,000 to 20,000 coronary events and 3,000 to 7,000 coronary deaths annually . . . . Given this evidence, we have tentatively determined that there is no longer a consensus among qualified scientific experts that PHOs, the primary dietary source of industrially-produced *trans* fatty acids, are safe for human consumption, either directly or as ingredients in other food products.

75 Fed. Reg. 67169, 67169 (Nov. 8, 2013).

## POST'S MARKETING & SALE OF HIGH-SUGAR CEREALS

110.   Post was founded in 1895, in Battle Creek, Michigan. Post is a multi-billion dollar food company that manufactures, markets and sells a wide variety of breakfast cereals. It is the United States' third-largest cereal manufacturer behind Kellogg and General Mills.

111.   Post's largest brand, *Honey Bunches of Oats*, was the third-best selling cereal in 2015, behind just General Mills' *Honey Nut Cheerios* and Kellogg's *Frosted Flakes*, enjoying sales of $411 million, a 4% share of the country's $8.9 billion market.

112.   In 2014, the cereal industry used 816 million pounds of sugar, or about 2.5 lbs. for each of the 318.9 million people in the U.S. in 2014. That is 1,134 grams per person, or 3 grams per person, per day, for every man, woman, and child in the U.S. That totals more than *361 billion* grams of sugar in one year.

113.   During the last decade, as consumer interest in healthy eating has grown, and based on sophisticated consumer research, Post has intentionally positioned itself in the market as a purportedly "healthy" brand of processed food, by using various labeling statements to suggest its cereals are healthy food choices.

114.   Many of Post's cereals, however, contain high amounts of sugar, such that their regular consumption is likely to contribute to excess added sugar consumption and, thereby, increased risk for and contraction of chronic disease.

115.   As with any company the size of Post, and with as many products, Post makes occasional changes in product offerings (for example, discontinuing or introducing new

39

products or varieties), product formulations, and product labeling and packaging.

116.   Regardless of such changes, however, during the previous four years and dating back even further into at least the mid-2000s, Post has maintained, and to this day actively maintains a policy and practice of labeling high-sugar cereals—those that contribute significantly more than 5% of calories from added sugar, and thus whose regular consumption is likely to contribute to increased risk of illness—with various health and wellness claims that suggest the cereals are healthy, when they are not.

117.   Post bolsters this practice with websites dedicated to the products that repeat and in some instances state even more aggressive health and wellness claims.

118.   This policy and practice is apparent in Post's consistent use of certain words and phrases across many cereals, flavors, varieties, and packaging. For example, this Complaint details misleading statements made in the labeling of 34 different Post cereals. Among those statements:

     a.   The word "nutrition" or "nutritious" appears more than 35 times, the word "wholesome" appears more than 30 times, and the word "healthy" appears approximately 20 times;

     b.   The phrase "no high fructose corn syrup" appears more than 20 times;

     c.   The phrase "less processed" appears more than 15 times;

     d.   The phrases "good for you," "good for your health," or "good for your family" appear approximately 15 times.

     e.   The word "balance" or "balanced" appears more than 10 times.

119.   Although plaintiffs were victims of Post's longtime and general policy and practice with respect to the cereals they purchased and labels they saw, this Complaint and their claims are not so limited; rather, plaintiffs seek through this lawsuit to enjoin Post's *policy and practice generally*, including but not necessarily limited to the products, labels, and label claims challenged herein.

120.   In fact, plaintiffs have enjoyed Post's products in the past. If they could be assured through prospective injunctive relief that Post's cereals are properly labeled (i.e., that

40

they do not contain excess added sugar if they bear health and wellness labeling), they would consider purchasing Post cereals bearing such claims in the future.

121.   The cereals that are the subject of this Complaint and examples of Post's policy and practice of marketing high-sugar cereals with misleading health and wellness claims, are the following:

    a.   <u>Post Great Grains Cereals</u>
        (i.)   Blueberry Morning
        (ii.)   Cranberry Almond Crunch
        (iii.)   Banana Nut Crunch
        (iv.)   Raisins, Dates & Pecans
        (v.)   Crunchy Pecans
        (vi.)   Blueberry Pomegranate
        (vii.)   Protein Blend: Honey, Oats & Seeds
        (viii.) Protein Blend: Cinnamon Hazelnut

    b.   <u>Post Honey Bunches of Oats Cereals</u>
        (i.)   Honey Roasted
        (ii.)   With Almonds
        (iii.)   Raisin Medley
        (iv.)   With Pecan Bunches
        (v.)   With Cinnamon Bunches
        (vi.)   With Vanilla Bunches
        (vii.)   With Apples & Cinnamon Bunches
        (viii.) With Real Strawberries
        (ix.)   Fruit Blends – Banana Blueberry
        (x.)   Fruit Blends – Peach Raspberry
        (xi.)   Tropical Blends – Mango Coconut
        (xii.)   Whole Grain Honey Crunch
        (xiii.) Whole Grain with Vanilla Bunches
        (xiv.) Greek Honey Crunch
        (xv.)   Greek Mixed Berry
        (xvi.)   Honey Roasted Granola
        (xvii.) Raspberry Granola
        (xviii.)   Cinnamon Granola
        (xix.)   Protein Granola with Dark Chocolate

    c.   <u>Post Shredded Wheat</u>
        (i.)   Honey Nut
        (ii.)   Crunch!

d.   Single-Variety Post Cereals
(i.)   Raisin Bran
(ii.)   Bran Flakes
(iii.)   Alpha-Bits
(iv.)   Honeycomb
(v.)   Waffle Crisp

122.   The amount of total sugar and added sugar in each challenged product is set forth in the table below (noted in italics where the amounts differ).

| Product | Total Sugar | Added Sugar |
|---|---|---|
| *Great Grains Blueberry Morning* | *16g* | *14g* |
| *Great Grains Cranberry Almond Crunch* | *12g* | *11g* |
| *Great Grains Banana Nut Crunch* | *10g* | *9g* |
| *Great Grains Raisins, Dates & Pecans* | *13g* | *7g* |
| Great Grains Crunchy Pecans | 8g | 8g |
| *Great Grains Blueberry Pomegranate* | *13g* | *12g* |
| Great Grains Protein Blend: Honey, Oats & Seeds | 9g | 9g |
| Great Grains Protein Blend: Cinnamon Hazelnut | 9g | 9g |
| Honey Bunches of Oats Cereal – Honey Roasted | 6g | 6g |
| Honey Bunches of Oats Cereal – With Almonds | 6g | 6g |
| *Honey Bunches of Oats Cereal – Raisin Medley* | *14g* | *10g* |
| Honey Bunches of Oats Cereal – With Pecan Bunches | 6g | 6g |
| Honey Bunches of Oats Cereal – With Cinnamon Bunches | 6g | 6g |
| Honey Bunches of Oats Cereal – With Vanilla Bunches | 12g | 12g |
| *Honey Bunches of Oats Cereal – With Apples & Cinnamon Bunches* | *8g* | *6g* |
| *Honey Bunches of Oats Cereal – With Real Strawberries* | *8g* | *7g* |
| Honey Bunches of Oats Cereal – Fruit Blends – Banana Blueberry | 6g | 6g |
| Honey Bunches of Oats Cereal – Fruit Blends – Peach Raspberry | 6g | 6g |
| Honey Bunches of Oats Cereal – Tropical Blends – Mango Coconut | 6g | 6g |
| Honey Bunches of Oats Cereal – Whole Grain Honey Crunch | 12g | 12g |

| Product | Total Sugar | Added Sugar |
|---|---|---|
| Honey Bunches of Oats Cereal – Whole Grain with Vanilla Bunches | 12g | 12g |
| Honey Bunches of Oats Cereal – Greek Honey Crunch | 13g | 13g |
| Honey Bunches of Oats Cereal – Greek Mixed Berry | 13g | 13g |
| Honey Bunches of Oats Granola – Honey Roasted | 12g | 12g |
| Honey Bunches of Oats Granola – Raspberry | 12g | 12g |
| Honey Bunches of Oats Granola – Cinnamon | 12g | 12g |
| Honey Bunches of Oats Protein Granola with Dark Chocolate | 13g | 13g |
| Shredded Wheat Honey Nut | 12g | 12g |
| Shredded Wheat Crunch! | 12g | 12g |
| *Raisin Bran* | *19g* | *9g* |
| Bran Flakes | 5g | 5g |
| Alpha-Bits | 6g | 6g |
| Honey-Comb | 10g | 10g |
| Waffle Crisp | 12g | 12g |
| Average = | | **9.6g** |

123.  Although discussed more specifically below, annexed to this Complaint as **Appendix 1** is a table setting forth for each challenged cereal:

   a.   the health and wellness labeling claims plaintiffs challenge as misleading;

   b.   the forms of added sugars used;

   c.   the amount of added sugar in each serving;

   d.   the proportion of added sugar by weight in each serving;

   e.   the proportion of the product's calories from added sugar; and

   f.   the contribution of the product's added sugar to the AHA's maximum recommended daily added sugar intake of 38 grams for men (M), 25 grams for women (W), and 12-15 grams for children (C).

**A.   Post Great Grains Cereals**

124.  Post sells a line of cereals under a "Great Grains" brand.

1.   *Blueberry Morning*

125.   Post introduced *Post Great Grains Blueberry Morning* cereal in around May to August 2016 (having rebranded a cereal previously referred to as *Post Selects Blueberry Morning*). The packaging of *Post Great Grains Blueberry Morning* cereal is pictured below.



126.   The packaging of *Post Great Grains Blueberry Morning* has made the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

        a.     "Less processed nutrition you can see"

        b.     "nutritious Blueberries"

        c.     "Why less processed? Quite simply, because it's good for you!"

44

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

d.    "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible."

e.    Whole Grains Council Stamp

**2.    *Cranberry Almond Crunch***

127.   The initial version of the packaging of *Post Great Grains Cranberry Almond Crunch* is pictured below.



128.   In around June 2014, Post introduced the packaging pictured below.

45

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15   129.   In around March 2017, Post introduced the packaging pictured below.

16
17
18
19
20
21
22
23
24
25
26
27
28



*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

130.   The packaging of *Post Great Grains Cranberry Almond Crunch* has made the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.    "Less processed nutrition you can see"

      b.    "wholesome Almonds"

      c.    "nutritious Cranberries"

      d.    "Why less processed? Quite simply because it's good for you!"

      e.    "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible."

      f.    "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"

      g.    Whole Grains Council Stamp

**3.**    ***Banana Nut Crunch***

131.   The initial packaging of *Post Great Grains Banana Nut Crunch* is pictured below.



47

132.   In around March 2015, Post introduced the packaging pictured below.



133.   In around March 2017, Post introduced the packaging pictured below.



*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

134.    The packaging of *Post Great Grains Banana Nut Crunch* has made the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

        a.     "Less processed nutrition you can see"

        b.     "wholesome Walnuts"

        c.     "wholesome Almonds"

        d.     "Why less processed? Quite simply, because it's good for you!"

        e.     "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible."

        f.     "wholesome walnuts and almonds"

        g.     "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"

        h.     Whole Grains Council Stamp

**4.**     ***Raisins, Dates & Pecans***

135.    The initial packaging of *Post Great Grains Raisins, Dates & Pecans* is pictured below.

///
///
///
///
///
///
///
///
///
///

49



136.   In around February 2015, Post introduced the packaging pictured below.



*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

137.   The packaging of *Post Great Grains Raisins, Dates & Pecans* has made the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

       a.     "Less processed nutrition you can see"

       b.     "wholesome Pecans"

       c.     "naturally nutritious Raisins & Dates"

       d.     "Why less processed? Quite simply, because it's good for you!"

       e.     "We gently steam, roll and bake our whole grains to help maintain the full flavor and nutrition of our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible."

       f.     "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"

       g.     Whole Grains Council Stamp

**5.**    *Crunchy Pecans*

138.   The initial packaging of *Post Great Grains Crunchy Pecans* is pictured below.



*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

1

139.   In around October 2013, Post introduced the packaging pictured below.



2
3
4
5
6
7
8
9
10
11
12
13
14

15

140.   In around December 2014, Post introduced the packaging pictured below.



16
17
18
19
20
21
22
23
24
25
26
27
28

141.   The packaging of *Post Great Grains Crunchy Pecans* has made the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

    a.    "Less processed nutrition you can see"

    b.    "wholesome Pecans"

    c.    "Why less processed? Quite simply, because it's good for you!"

    d.    "We gently steam, roll and bake our whole grains to help maintain the full flavor and nutrition of our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible."

    e.    "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"

    f.    Whole Grains Council Stamp

**6.    Blueberry Pomegranate**

142.   Post introduced *Post Great Grains Blueberry Pomegranate* cereal in around April 2012. The product's initial packaging is pictured below.



*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

1   143.   In around February 2014, Post introduced the packaging pictured below.



2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19

20   144.   The packaging of *Post Great Grains Blueberry Pomegranate* has made the

21   following labeling claims suggesting, both individually and especially in the context of the

22   label as a whole, that the product is healthy:

23       a.   "Less processed nutrition you can see"

24       b.   "nutritious Blueberries"

25       c.   "Why less processed? Quite simply, because it's good for you!"

26       d.   "We gently steam, roll and bake our whole grains to help maintain the full

27   flavor and nutrition of our flakes, while some of the competition add artificial

28   sweeteners and flavors along with isolated fiber to their flakes. We then add in

54

nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible."

    e.    "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"

    f.    Whole Grains Council Stamp

**7.**    ***Protein Blend: Honey, Oats & Seeds***

145.    The initial packaging of *Post Great Grains Protein Blend: Honey, Oats & Seeds* is depicted below.



146.    In around August 2013, Post introduced the packaging pictured below.

*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT



147.   In around September 2014 Post introduced the packaging pictured below.



*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

148.   The packaging of *Post Great Grains Protein Blend: Honey, Oats & Seeds* has made the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

a.      "HELPS SUPPORT A HEALTHY METABOLISM"

b.      "wholesome Almonds"

c.      "nutritious Pumpkin Seeds"

d.      "sweetened with a kiss of honey"

e.      "Why less processed? Quite simply, because it's good for you!"

f.      "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners, flavors, or isolated fibers to their flakes. We then add in nutritious nuts and seeds and balance them with our grains for a great taste that's irresistible."

g.      "It's whole foods from the field to your bowl, with nutritious ingredients in every bite!"

h.      "Support a Healthy Metabolism"

i.      "The process of metabolism establishes the rate at which we burn our calories and, ultimately, how quickly we gain weight or how easily we lose it. Although some factors affecting metabolic rate, like age and genetics can't be changed, there are ways to maximize your metabolism." **Breakfast:** Eat breakfast. One important part of metabolism is how many calories you burn while at rest; did you know that eating breakfast to 'break the fast' can increase your metabolism by as much as 10%? Start your day with the less processed whole grain nutrition of Great Grains Protein Blend to help jumpstart your metabolism." **Protein:** Eat protein. Did you know that protein generally requires about 25% more energy to digest? Because protein takes longer to breakdown than fat and carbohydrate, the body uses more energy to digest protein and this helps you burn more calories. . . . Great Grains Blend can actually help enhance your metabolism!" [ . . . ] **Fiber:** Consume fiber. Diets rich in fiber help keep you fuller longer which is important for weight management. Great Grains Protein Blend can help

57

1    keep you satisfied with the staying power of . . . fiber."

2           j.      Whole Grains Council Stamp

3    **8.    *Protein Blend: Cinnamon Hazelnut***

4    149.   The initial packaging of *Post Great Grains Protein Blend: Cinnamon Hazelnut*,

5    introduced in around September 2012, is pictured below.



24    150.   In around August 2013, Post introduced the packaging pictured below.

25    ///

26    ///

27    ///

28    ///

1
2
3
4
5
6
7
8
9
10
11
12
13



14    151.   In around September 2014, Post introduced the packaging pictured below.

15
16
17
18
19
20
21
22
23
24
25
26
27
28



*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

152.   The packaging of *Post Great Grains Protein Blend: Cinnamon Hazelnut* has made the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

  a. "HELPS SUPPORT A HEALTHY METABOLISM"

  b. "wholesome Almonds"

  c. "nutritious Hazelnuts"

  d. "less processed whole grain cereal"

  e. "Why Less Processed? Quite simply because it's good for you!"

  f. "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners, flavors or isolated fibers to their flakes. We then add in nutritious nuts and balance them with our grains for a great taste that's irresistible."

  g. "wholesome hazelnuts, almonds, and multi grain clusters with real cinnamon"

  h. "It's whole foods from the field to your bowl, with nutritious ingredients in every bite!"

  i. "Support a Healthy Metabolism"

  j. "The process of metabolism establishes the rate at which we burn our calories and, ultimately, how quickly we gain weight or how easily we lose it. Although some factors affecting metabolic rate, like age and genetics can't be changed, there are ways to maximize your metabolism." **Breakfast:** Eat breakfast. One important part of metabolism is how many calories you burn while at rest; did you know that eating breakfast to 'break the fast' can increase your metabolism by as much as 10%? Start your day with the less processed whole grain nutrition of Great Grains Protein Blend to help jumpstart your metabolism." **Protein:** Eat protein. Did you know that protein generally requires about 25% more energy to digest? Because protein takes longer to breakdown than fat and carbohydrate, the body uses more energy to digest protein and this helps you burn more calories. . . . Great Grains Blend can actually help enhance

1   your metabolism!" [ . . . ] **Fiber:** Consume fiber. Diets rich in fiber help keep you fuller

2   longer which is important for weight management. Great Grains Protein Blend can help

3   keep you satisfied with the staying power of . . . fiber."

4             k.      Whole Grains Council Stamp

5       153.   These health and wellness claims, individually and especially in the context of

6   the packaging as a whole, affirmatively suggest the *Great Grains Protein Blend: Cinnamon*

7   *Hazelnut* is healthy, and particularly that it is formulated to increase metabolism and promote

8   weight loss.

9   **B.    Post Honey Bunches of Oats Cereal and Granola**

10      **1.**    *Honey Roasted*

11       154.   The packaging of *Post Honey Bunches of Oats Cereal – Honey Roasted* that was

12   in use when the class period began is pictured below.



28   155.   In around November 2012, Post introduced the packaging pictured below.

*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT



156.   In around October 2014, Post introduced the packaging pictured below.



*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

157.   In around August 2015, Post introduced the "Dedicated to Delicious" packaging pictured below.



*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT



*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

158.   In around October 2015, Post introduced the packaging pictured below.



159.   The packaging of *Post Honey Bunches of Oats Cereal – Honey Roasted* has made the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

        a.     "Our Post Promise | No High Fructose Corn Syrup"

        b.     "Heart Healthy"

        c.     Depictions of heart in circle

        d.     "a Touch of Honey!"

        e.     "A delicious, wholesome start to your day!"

        f.     "4 Wholesome Grains"

        g.     Whole Grains Council Stamp

**2.**   ***With Almonds***

160.   The packaging of *Post Honey Bunches of Oats Cereal – With Almonds* that was

65

in use when the class period began is pictured below.



161.   In around November 2012, Post introduced the packaging pictured below.



*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

162.   In around October 2014, Post introduced the packaging pictured below.



163.   In around August 2015, Post introduced the "Dedicated to Delicious" packaging pictured below.





*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13



14    164.   In around October 2015, Post introduced the packaging pictured below.

15
16
17
18
19
20
21
22
23
24
25
26
27
28



165.   The packaging of *Post Honey Bunches of Oats Cereal – With Almonds* has made the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

      a.    "Our Post Promise | No High Fructose Corn Syrup"

      b.    "Heart Healthy"

      c.    Depictions of heart in circle

      d.    "a Touch of Honey!"

      e.    "A delicious, wholesome start to your day!"

      f.    "4 Wholesome Grains"

      g.    Whole Grains Council Stamp

**3.**    ***Raisin Medley***

166.   The packaging of *Post Honey Bunches of Oats Cereal – Raisin Medley* that was in use when the class period began is pictured below.




167.   In around December 2012, Post introduced the packaging pictured below.

70

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16    168.   The packaging of *Post Honey Bunches of Oats Cereal – Raisin Medley* has made

17   at least the following labeling claims suggesting, both individually and especially in the

18   context of the label as a whole, that the product is healthy:

19         a.   "Our Post Promise | No High Fructose Corn Syrup"

20         b.   "Heart Healthy"

21         c.   Depictions of heart in circle

22         d.   "a Touch of Honey!"

23         e.   "A delicious, wholesome start to your day!"

24         f.   "4 Wholesome Grains"

25         g.   Whole Grains Council Stamp

26    **4.   *With Pecan Bunches***

27    169.   The packaging of *Post Honey Bunches of Oats Cereal – With Pecan Bunches*

28   that was in use when the class period began is pictured below.

71



170.   In around August 2013, Post introduced the packaging pictured below.



171.   The packaging of *Post Honey Bunches of Oats Cereal – With Pecan Bunches* has made the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

    a.    "Our Post Promise | No High Fructose Corn Syrup"

    b.    "Heart Healthy"

    c.    Depictions of heart in circle

    d.    "a Touch of Honey!"

    e.    "A delicious, wholesome start to your day!"

    f.    "4 Wholesome Grains"

    g.    Whole Grains Council Stamp

**5.**    ***With Cinnamon Bunches***

172.    The packaging of *Post Honey Bunches of Oats Cereal – With Cinnamon Bunches* that was in use when the class period began is pictured below.



173.    In around November 2012, Post introduced the packaging pictured below.

*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

174.   In around January 2015, Post introduced the packaging pictured below.



*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

175.   In around October 2015, Post introduced the packaging pictured below.



176.   The packaging of *Post Honey Bunches of Oats Cereal – With Cinnamon Bunches* has made the following labeling claims suggesting, both individually and especially in the context of the label as a whole, that the product is healthy:

       a.     "Our Post Promise | No High Fructose Corn Syrup"

       b.     "Heart Healthy"

       c.     Depictions of heart in circle

       d.     "a Touch of Honey!"

       e.     "A delicious, wholesome start to your day!"

       f.     "4 Wholesome Grains"

       g.     Whole Grains Council Stamp

*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT

### 6. *With Vanilla Bunches*

177.   The packaging of *Post Honey Bunches of Oats Cereal – With Vanilla Bunches* that was in use when the class period began is pictured below.



178.   In around December 2012, Post introduced the packaging pictured below.



*Krommenhock et al. v. Post Foods LLC*, Case No. 3:16-cv-04958-WHO (JSC)
SECOND AMENDED CLASS ACTION COMPLAINT