**FAEGRE BAKER DANIELS LLP**
TARIFA B. LADDON (SBN 240419)
*tarifa.laddon@faegrebd.com*
HOWARD D. RUDDELL (SBN 281510)
*howard.ruddell@faegrebd.com*
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA  90025
Telephone:      +1.310.500.2090
Facsimile:       +1.310.500.2091

SARAH L. BREW (admitted pro hac vice)
*sarah.brew@faegrebd.com*
AARON D. VAN OORT (admitted pro hac vice)
*aaron.vanoort@faegrebd.com*
COURTNEY A. LAWRENCE (admitted pro hac vice)
*courtney.lawrence@faegrebd.com*
NICHOLAS J. NELSON (admitted pro hac vice)
*nicholas.nelson@faegrebd.com*
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402-3901
Telephone:      +1.612.766.7000
Facsimile:       +1.612.766.1600

Attorneys for Defendant Post Foods, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>            Plaintiffs,<br><br>   v.<br><br>POST FOODS, LLC,<br><br>            Defendant. | Case No. 3:16-CV-04958-WHO<br><br>William H. Orrick<br><br>**DECLARATION OF NICHOLAS J. NELSON IN SUPPORT OF DEFENDANT POST FOODS, LLC'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Date:        January 10, 2018<br>Time:       2:00 PM<br>Dept:        4<br><br><br>Action Filed:     August 29, 2016<br>Trial Date:       None Set |

**DECLARATION OF NICHOLAS J. NELSON**

I, Nicholas J. Nelson, declare as follows:

1. I am an attorney at law duly admitted to practice in the State of Minnesota, and admitted to practice before this Court *pro hac vice*. I am an attorney at Faegre Baker Daniels LLP, counsel of record for Defendant Post Foods, LLC ("Post") in the above-entitled action. I have personal knowledge of the matters set forth in this declaration and if called as a witness I could and would testify competently to them.

2. Attached hereto as Exhibit 1 is a true and correct copy of the USDA's "Scientific Report of the 2015 Dietary Guidelines Advisory Committee: Advisory Report to the Secretary of Health and Human Services and the Secretary of Agriculture" (Feb. 2015). (Cited at SAC ¶ 19 n.13).

3. Attached hereto as Exhibit 2 is a true and correct copy of Johnson, R.K,, et al., on behalf of the American Heart Association Nutrition Committee of the Council on Nutrition, Physical Activity, and Metabolism and the Council on Epidemiology and Prevention, "Dietary Sugars Intake and Cardiovascular Health: A Scientific Statement from the American Heart Association," *Circulation*, Vol. 120, 1011-12 (2009). (Cited at SAC ¶ 17 n.10).

4. Attached hereto as Exhibit 3 is a true and correct copy of Jennifer L. Harris, et al., "Effects of Serving High-Sugar Cereals on Children's Breakfast-Eating Behavior," *Pediatrics*, Vol. 127, Issue 1 (Jan. 2011). (Cited at SAC ¶ 320).

5. Attached hereto as Exhibit 4 is a true and correct copy of World Health Organization, "Guidelines: Sugars intake for adults and children: Guideline," (2015) available at http://www.who.int/nutrition/publications/guidelines/sugars_intake/en/. (Cited at SAC ¶ 17 n. 10).

6. Attached hereto as Exhibit 5 is a true and correct copy of U.S. Department of Health and Human Services and U.S. Department of Agriculture, 2015-2020 Dietary Guidelines for Americans, 8th Ed. (Dec. 2015).

8. Attached hereto as Exhibit 6 is a true and correct copy of Tappy, L., et al., "Metabolic Effects of Fructose and the Worldwide Increase in Obesity," *Physiology Review*, Vol. 90, 23-46 (2010). (Cited at SAC ¶ 11 n.1).

9. Attached hereto as Exhibit 7 is a true and correct copy of Te Morenga, L., et al., "Dietary sugars and body weight: systematic review and meta-analyses of randomized controlled trials and cohort studies," *BMJ* (Jan. 2013). (Cited at SAC ¶ 43).

10. Attached hereto as Exhibit 8 is a true and correct copy of FDA, *Use of the Term "Healthy" in the Labeling of Human Food Products: Guidance for Industry* (Sept. 2016), available at https://www.fda.gov/downloads/Food/GuidanceRegulation/GuidanceDocumentsRegulatoryInformation/UCM521692.pdf.

11. Attached hereto as Exhibit 9 is a true and correct copy of FDA, *Guidance for Industry and FDA Staff: Whole Grain Label Statements* (Feb. 2006), available at https://www.fda.gov/ohrms/dockets/98fr/06d-0066-gdl0001.pdf

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed in Minneapolis, Minnesota on November 3, 2017.

By:    /s/ *Nicholas J. Nelson*
        Nicholas J. Nelson