**FAEGRE BAKER DANIELS LLP**
TARIFA B. LADDON (SBN 240419)
*tarifa.laddon@faegrebd.com*
HOWARD D. RUDDELL (SBN 281510)
*howard.ruddell@faegrebd.com*
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA  90025
Telephone:	+1.310.500.2090
Facsimile:	+1.310.500.2091

SARAH L. BREW (admitted pro hac vice)
*sarah.brew@faegrebd.com*
AARON D. VAN OORT (admitted pro hac vice)
*aaron.vanoort@faegrebd.com*
COURTNEY A. LAWRENCE (admitted pro hac vice)
*courtney.lawrence@faegrebd.com*
NICHOLAS J. NELSON (admitted pro hac vice)
*nicholas.nelson@faegrebd.com*
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402-3901
Telephone:	+1.612.766.7000
Facsimile:	+1.612.766.1600

Attorneys for Defendant Post Foods, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public, <br><br> Plaintiff, <br> v. <br> POST FOODS, LLC, <br><br> Defendant. | Case No. 3:16-CV-04958-WHO <br><br> Hon. William H. Orrick <br><br> **POST FOODS LLC'S NOTICE OF CONSTITUTIONAL QUESTION** <br><br> Date:	January 10, 2018 <br> Time:	2:00 PM <br> Dept:	4 <br><br> Action Filed:	August 29, 2016 <br> Trial Date:	None Set |

Pursuant to Federal Rule of Civil Procedure 5.1, Defendant Post Foods LLC hereby gives notice that its Motion to Dismiss the Second Amended Complaint, filed and served herewith, raises a question regarding the as-applied constitutionality of California's False Advertising Law and Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, 17500 *et seq*; and California's Consumer Legal Remedies Act, Cal. Civ. Code § 1750 *et seq.* In their Second Amended Complaint, Plaintiffs allege that Post's cereal labels violate these statutes because they suggest the cereals are "healthy," but (Plaintiffs allege) added sugar in the cereals actually makes them "unhealthy."

As Post's motion to dismiss explains, *if* California's consumer-protection statutes are construed to ban Post's statements as "misleading," then that application of the statutes violates the First Amendment to the United States Constitution and article I, § 2 of California's Constitution. The health effects of added sugar are a matter of ongoing scientific and public debate. The constitutional guarantees of free speech exist precisely to protect such debates, and prevent states from shutting them down by prematurely declaring one side the winner and branding any other view as "misleading" and illegal.

In addition, Post maintains that imposing liability for its label statements under California's consumer-protection statutes (identified above) and warranty statutes (Cal. Comm. Code §§ 2313, 2314) is preempted by federal law, in the form of the Food, Drug and Cosmetic Act, as well as specific regulations promulgated by the FDA.

DATED: November 3, 2017          **FAEGRE BAKER DANIELS LLP**

By:   */s/ Tarifa B. Laddon*
        Tarifa B. Laddon
        Howard D. Ruddell
        Sarah L. Brew
        Aaron D. Van Oort
        Courtney A. Lawrence
        Nicholas J. Nelson
        Attorneys for Defendant POST FOODS, LLC