**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Counsel for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBBIE KROMMENHOCK and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>  Plaintiffs,<br><br>  v.<br><br>POST FOODS LLC,<br><br>  Defendant. | Case No. 3:16-cv-04958-WHO (JSC)<br><br>**DECLARATION OF MELANIE PERSINGER IN IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Dept:    4<br>Judge:  Hon. William H. Orrick |

I, Melanie Persinger, declare as follows:

1. I am a member in good standing of the State Bar of California; of the United States District Courts for the Northern, Central, and Southern Districts of California; and of the United States Court of Appeals for the Ninth Circuit. I make this declaration based on my own personal knowledge, in support of Plaintiffs' Administrative Motion to File Documents Under Seal.

2. The Court has entered a protective order in this action (Dkt. No. 89).

3. Post designated certain documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order.[1]

4. Relevant to Plaintiffs' Administrative Motion to File Under Seal, the following documents have been designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Post or contain information from documents so designated:

   a) Plaintiffs' Opposition to Post's Motion to Dismiss the Second Amended Complaint;

   b) Krommenhock_POST2558-2666 (excerpts attached as Exhibit 8 to the Fitzgerald Declaration);

   c) Krommenhock_POST5528-5633 (excerpts attached as Exhibit 9 to the Fitzgerald Declaration);

   d) Krommenhock_POST2866-2925 (excerpts attached as Exhibit 10 to the Fitzgerald Declaration);

   e) Krommenhock_POST1392-1434 (excerpts attached as Exhibit 11 to the Fitzgerald Declaration);

   f) Krommenhock_POST3517-3539 (excerpt attached as Exhibit 12 to the Fitzgerald Declaration).

---

[1] Although the documents are marked "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO RULE 408 – FOR SETTLEMENT PURPOSES," Post later withdrew the portion of the designation referring to Rule 408 and settlement when the parties did not reach a settlement at mediation.

1

*Krommenhock et al. v. Post Foods LLC*, No. 16-cv-4958-WHO (JSC)
DECLARATION OF MELANIE PERSINGER IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL DOCUMENTS

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of December, 2017, in San Diego, California.

By: /s/ Melanie Persinger
Melanie Persinger

*Krommenhock et al. v. Post Foods LLC*, No. 16-cv-4958-WHO (JSC)
DECLARATION OF MELANIE PERSINGER IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL DOCUMENTS