**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Counsel for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>    Plaintiffs,<br><br>        v.<br><br>POST FOODS LLC,<br><br>    Defendant. | Case No. 3:16-cv-04958-WHO<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Judge:   Hon. William H. Orrick |

Pursuant to Civil Local Rule 7-3(d), and in support of their Opposition to Post's Motion to Dismiss the Second Amended Complaint (Dkt. No. 102), plaintiffs respectfully submit a January 29, 2018 Order of the Ninth Circuit Court of Appeals in *American Beverage Ass'n v. City & County of San Francisco*, No. 16-16072, ordering the case[1] to be reheard en banc.

A copy of the January 29, 2018 En Banc Order is attached hereto as <u>Exhibit 1</u>, and electronically published at *Am. Beverage Ass'n. v. City & County of San Francisco*, --- F.3d ----, 2018 WL 578459 (9th Cir. Jan. 29, 2018).

Dated: January 30, 2018   Respectfully submitted,

/s/ Jack Fitzgerald

**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

***Counsel for Plaintiffs and the Putative Class***

---

[1] *See Am. Beverage Ass'n. v. City & County of San Francisco*, 871 F.3d 884 (9th Cir. 2017).