# Exhibit 1

**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

JAN 29 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **AMERICAN BEVERAGE ASSOCIATION; CALIFORNIA RETAILERS ASSOCIATION**,<br><br>Plaintiffs-Appellants,<br><br>and<br><br>**CALIFORNIA STATE OUTDOOR ADVERTISING ASSOCIATION**,<br><br>Plaintiff,<br><br>v.<br><br>**CITY AND COUNTY OF SAN FRANCISCO**,<br><br>Defendant-Appellee. | No. 16-16072<br><br>D.C. No. 3:15-cv-03415-EMC<br>Northern District of California, San Francisco<br><br>**ORDER** |

|   |   |
|---|---|
| **AMERICAN BEVERAGE ASSOCIATION; CALIFORNIA RETAILERS ASSOCIATION**,<br><br>Plaintiffs,<br><br>and<br><br>**CALIFORNIA STATE OUTDOOR ADVERTISING ASSOCIATION**,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>**CITY AND COUNTY OF SAN FRANCISCO**,<br><br>Defendant-Appellee. | No.   16-16073<br><br>D.C. No. 3:15-cv-03415-EMC |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The three-judge panel disposition in these cases shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Bybee did not participate in the deliberations or vote in these cases.