UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> POST FOODS, LLC, <br><br> Defendant. | Case No. 16-cv-04958-WHO <br><br> **ORDER ON DISCOVERY DISPUTE REGARDING MEDICAL INFORMATION** <br><br> Re: Dkt. No. 125 |

I have reviewed the Discovery Dispute Joint Submission Regarding Plaintiffs' Medical Information and agree with plaintiffs that they need not disclose their medical information. They seek economic damages, not damages for bodily injury, and for the reasons well-explained by the Hon. Lucy H. Koh in *Hadley v. Kellogg Sales Co.*, 2018 WL 3954587 at \*10 (N.D. Cal. Aug. 17, 2018), a specific class member's health has no bearing on whether the challenged health statements are false, deceptive or materially misleading. Plaintiffs need not respond to defendant's Interrogatories #12, 13 and 14, and Requests for Production #10, 11 and 12.

The parties have not briefed plaintiffs' basis for not producing plaintiff Hadley's deposition transcript from Judge Koh's case. I would be surprised if I didn't order its production, but I will await a joint discovery letter if it's forthcoming before passing judgment.

The parties identified no other issues to discuss and are working collaboratively on discovery and possible mediation. I will VACATE the Case Management Conference set for September 4, 2018 and set a further Case Management Conference for March 5, 2019. If the parties wish to appear on September 4, or seek an earlier CMC date than March 5, 2019, they may

contact Ms. Davis to arrange an appearance.  The Joint Statement is due a week prior to the CMC.

**IT IS SO ORDERED.**

Dated: August 30, 2018

_____
William H. Orrick
United States District Judge