REDACTED FOR PUBLIC FILING

# EXPERT REPORT OF BRUCE G. SILVERMAN

*DEBBIE KROMMENHOCK and STEPHEN HADLEY,*
*on behalf of themselves, all others similarly situated, and the general public,*

Plaintiffs,

vs.

*POST FOODS LLC,*

Defendant

United States District Court,
Northern District of California
Case No. 3:16-cv-049585-WHO (JSC)

*April 24, 2019*

CONTAINS CONFIDENTIAL INFORMATION

SILVERMAN CONSULTING LLC
3168 Dona Mema Place  Studio City CA 91604
Tel: 323-654-7659   Mobile: 310-200-7670
Bgsla@roadrunner.com  WWW.BRUCESILVERMANCONSULTING.COM

# CONTENTS

I.      INTRODUCTION ........................................................................................ 1

II.     QUALIFICATIONS .................................................................................... 6

III.    SUMMARY OF OPINIONS ..................................................................... 12

IV.     THE IMPORTANCE OF HEALTH AND WELLNESS MESSAGING TO
        CONSUMERS ........................................................................................... 13

        A.      Consumer Interest in Healthy Eating Generally ...................... 13

        B.      Consumer Attitudes and Behavior Regarding Cereal .............. 25

        C.      Declining Sales in the Cold Cereal Market .............................. 33

        D.      Post's Use of Consumer Segmentation ..................................... 38

        E.      Consumer Interactions with Post .............................................. 40

V.      THE IMPORTANCE OF PROMOTING HEALTH AND WELLNESS
        BENEFITS ON PACKAGING ................................................................. 41

VI.     POST UTILIZED SPECIFIC LANGUAGE IN ITS ADVERTISING AND
        PACKAGING TO CONVEY MATERIAL HEALTH AND WELLNESS
        MESSAGES TO CONSUMERS ............................................................... 45

        A.      "No High Fructose Corn Syrup" Claims .................................. 46

        B.      Whole Grains Council Stamps .................................................. 52

        C.      Great Grains ............................................................................. 55

                i.      Brand Beginnings .......................................................... 56

                ii.     Post's "Cadillac Approach" to Great Grains Consumer
                        Research ........................................................................ 56

                iii.    Great Grains' March 2011 Relaunch ............................ 66

                iv.     Brand Innovation and the Protein Blend Line Extension ........... 69

v.      Great Grains' 2012 Packaging Refresh..........................................72

vi.     Post's Continued and Expanded "Less Processed"
        Marketing....................................................................................74

vii.    The Success of Great Grains' "Less Processed" Messaging.......77

viii.   Great Grains' 2017 Packaging Refresh........................................80

ix.     The Challenged Labeling Claims.................................................82

D.      Honey Bunches of Oats ...........................................................................83

        i.      Brand Research and Positioning.................................................84

        ii.     HBO Whole Grain ......................................................................97

        iii.    HBO's 2017 Packaging Refresh .................................................99

        iv.     The Success of HBO's Health and Wellness Messaging..........102

        v.      The Challenged Labeling Claims...............................................103

E.      Honey Bunches of Oats Granola.............................................................105

        i.      Product Positioning...................................................................105

        ii.     The Challenged Labeling Claims...............................................106

F.      Raisin Bran.............................................................................................107

        i.      Product Positioning...................................................................108

        ii.     The Challenged Labeling Claims...............................................112

G.      Bran Flakes ............................................................................................113

        i.      Product Positioning...................................................................113

        ii.     The Challenged Labeling Claims...............................................114

H. Honeycomb ....................................................................................... 116

    i. Product Positioning................................................................... 116

    ii. The Challenged Labeling Claims............................................... 119

I. Alpha-Bits ........................................................................................ 120

    i. Product Positioning................................................................... 120

    ii. The Challenged Labeling Claims............................................... 121

J. Waffle Crisp....................................................................................... 122

    i. Product Positioning................................................................... 123

    ii. The Challenged Labeling Claims............................................... 124

VII. CONTEXT PLAYS AN IMPORTANT ROLE IN HOW POST COMMUNICATES HEALTH BENEFITS....................................................... 124

VIII. POST USED EXTRA-LABEL ADVERTISING TO COMMUNICATE THE HEALTH AND WELLNESS BENEFITS OF THE PRODUCTS AT ISSUE IN THIS MATTER ............................................................................... 129

IX. DISCLOSURE OF MATERIAL INFORMATION WOULD CHANGE CONSUMER BEHAVIOR................................................................................. 133

X. CONCLUSION ................................................................. 137

EXHIBIT "A"
EXHIBIT "B"
EXHIBIT "C"
EXHIBIT "D"
EXHIBIT "E"
EXHIBIT "F"
EXHIBIT "G"
EXHIBIT "H"
EXHIBIT "I"
EXHIBIT "J"
EXHIBIT "K"

## I.  INTRODUCTION

1.      My name is Bruce G. Silverman. I am an advertising expert retained by The Law Office of Jack Fitzgerald, PC in connection with the action styled *Debbie Krommenhock and Stephen Hadley v. Post Foods LLC*, No. 3:16-cv-049585-WHO (JSC), pending in the Northern District of California.

2.      I understand plaintiffs allege that Post, through a variety of labeling statements during the Class Period (August 29, 2012 to the present) advertises certain cereals in various manners suggesting they are healthy, and alleges this is deceptive because the products, due to their high added sugar content, are actually unhealthy. I understand that at least the following products and challenged claims are at issue in this case:[1]

| Accused Product | Challenged Claims |
|---|---|
| Great Grains[2] | • "Less processed nutrition you can see" (RDP, CP, CAC, BNC, BP)* <br><br> • "Why less processed? Quite simply, because it's good for you!" (RDP, CP, CAC, BNC, BP)* <br><br> • We gently steam, roll and bake our whole grains to help maintain the full flavor and nutrition of our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible. (RDP, CP, BP) <br><br> • We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and |

---

[1] I understand that Plaintiffs and their damages experts chose to test certain challenged claims for damages purposes. I note the claims tested for damages with an asterisk (*).

[2] I understand this includes the following varieties: (i) Raisins, Dates & Pecans (RDP); (ii) Crunchy Pecans (CP); (iii) Cranberry Almond Crunch (CAC); (iv) Banana Nut Crunch (BNC); (v) Blueberry Pomegranate (BP); (vi) Protein Blend: Honey, Oats & Seeds (HOS); and (vii) Protein Blend: Cinnamon Hazelnut (CH).

| Accused Product | Challenged Claims |
|---|---|
| | balance them with our grains for a great taste that's irresistible. (CAC, BNC, HOS, CH) |
| | • "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!" (RDP, CP, CAC, BNC, BP)* |
| | • "HELPS SUPPORT A HEALTHY METABOLISM" (HOS, CH)* |
| | • "Support a Healthy Metabolism" (HOS, CH) |
| | • Whole Grains Council Stamp ("WHOLE GRAIN; 30g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org") (all)* |
| | • "nutritious Blueberries," "nutritious Cranberries," "nutritious Raisins & Dates," "nutritious Pumpkin Seeds" (depending on variety) |
| | • "wholesome Almonds," "wholesome Walnuts," "wholesome Pecans" (depending on variety) |
| Honey Bunches of Oats | • "Our Post Promise \| No High Fructose Corn Syrup"* |
| | • "4 Wholesome Grains"* |
| | •  "WHOLESOME NUTRITION"* |
| | • Whole Grains Council Stamp ("WHOLE GRAIN; 10g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org")* |
| Honey Bunches of Oats – Whole Grain | • "Our Post Promise \| No High Fructose Corn Syrup"* |
| | •  "WHOLE GRAINS – good for your family… good for you."* |
| | • Heart design in "I" in "Whole Grain" name |
| | • "Starting your day with a bowl of Honey Bunches of Oats is a smart step toward eating a balanced diet"* |
| | • "rich in nutrients…important for moms-to-be and growing children."* |
| | • "Fiber fills you up, helps keep you satisfied and is important to maintain digestive health." |
| | • Whole Grains Council Stamp ("WHOLE GRAIN; 33g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org")* |

| Accused Product | Challenged Claims |
|---|---|
| Honey Bunches of Oats – Granola | • "[I]t's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love."* <br><br> • Whole Grains Council Stamp ("100% WHOLE GRAIN; 33g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org")* |
| Raisin Bran | • "Contains NO HIGH FRUCTOSE Corn Syrup" / "No High Fructose Corn Syrup"* <br><br> • "Healthy"* <br><br> • "Nutritious"* <br><br> • "Fiber is good for digestive health"* <br><br> • "Where nutritious and delicious live in harmony" <br><br> • Whole Grains Council Stamp ("WHOLE GRAIN; 23g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org")* |
| Bran Flakes | • "DIETARY FIBER TO HELP MAINTAIN DIGESTIVE HEALTH" <br><br> • CONTAINS DIETARY FIBER to Help Maintain Digestive Health"* <br><br> • "Contains no high fructose corn syrup"* <br><br> • "THE IMPORTANCE OF WHOLE GRAIN AND FIBER" <br><br> • "Whole grains provide fiber and other important nutrients to help keep you healthy."* <br><br> • "Getting enough fiber in your diet helps regulate your digestive system. Choose a diet rich in a variety of fiber containing foods such as whole grain cereals, breads and pastas and fruits and vegetables." <br><br> • "Experts recommend diets rich in fiber to help keep you satisfied while you exercise and cut calories to lose weight. Diets rich in fiber are usually lower in calories and larger in volume than low fiber diets, and require more chewing which helps promote a feeling of fullness and satisfaction after eating." <br><br> • "FIBER TO HELP WITH WEIGHT MANAGEMENT"* <br><br> • Whole Grains Council Stamp ("WHOLE GRAIN; 17g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org")* |

| Accused Product | Challenged Claims |
|---|---|
| Honey Comb | • "Nutritious" (in "Nutritious Sweetened Corn & Oat Cereal")*<br><br>• "Why Vitamin D? – Many kids are not getting enough Vitamin D; - Important for a growing child's health needs; - Promotes healthy bones and teeth by helping the body absorb calcium"<br><br>• Whole Grains Council Stamp ("WHOLE GRAIN; 8g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org")* |
| Alpha-Bits | • "NO HIGH FRUCTOSE CORN SYRUP!"*<br><br>• "ALPHA-BITS IS A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN"*<br><br>• "Makes a Smart Snack!"<br><br>• Whole Grains Council Stamp ("WHOLE GRAIN; 23g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org")* |
| Waffle Crisp | • "NO HIGH FRUCTOSE CORN SYRUP"<br><br>• "Iron & Zinc for Growth" |

3.    I have reviewed the labels and challenged claims for the products, as set forth in various product timelines, which are attached as exhibits to this Report as follows:

| Exhibit | Label Timeline |
|---|---|
| A | Great Grains |
| B | Honey Bunches of Oats Cereal (Includes Whole Grain Varieties) |
| C | Honey Bunches of Oats Granola |
| D | Raisin Bran |
| E | Bran Flakes |
| F | Honeycomb |
| G | Alpha-Bits |
| H | Waffle Crisp |

4.     I have been asked to:

(a)     Opine on the impact that advertising has on consumer perceptions regarding the health and wellness benefits of consumer products generally;

(b)     Opine on consumer behavior and decision-making as it relates to labeling claims on cereal packaging;

(c)     Opine on whether the challenged claims convey a material health message; and

(d)     Opine on the materiality of information plaintiffs allege was deceptively omitted.

5.     My opinions and recommendations as set forth herein are based, among other things, on the following:

(a)     My 50 years of professional experience in the marketing-communication industry, as set forth in further detail below;

(b)     A review of documents provided to me, which were obtained through the discovery process from Post or third parties;

(c)     A review of Post advertising and packaging;

(d)     A review of relevant websites (as noted in the text of this report); and

(e)     A review of relevant academic and industry literature.

6.     The materials I relied on are cited herein and/or identified in the list attached hereto as Exhibit "I."

7.     My compensation for expert witness services is $550 per hour for meetings, telephone conferences, document review, research and report writing. My fee for appearances at depositions, arbitrations or trial is $4,500 (flat rate) per day. Additionally, I

am to be compensated for travel and preparation expenses associated with my work on this case. My compensation is in no way contingent on the opinions I reach or the outcome of the case.

## II. QUALIFICATIONS

8.      I am the owner and manager of Silverman Consulting LLC, an advertising and branding firm I founded in 2005 to provide advice and counsel to companies both in the U.S. and abroad engaged in marketing consumer goods and services. In addition, I have worked with law firms both as a consultant and as an expert witness on cases involving false and deceptive advertising, trademark infringement, branding, publicity rights and advertising industry custom and practice. I have testified in state and federal courts, at arbitrations and before the Copyright Royalty Judges of the Library of Congress.

9.      Attached as Exhibit "J" is a copy of my *curriculum vitae.* Also attached is Exhibit "K," a list of cases in which I have given sworn expert witness testimony during the past four years.

10.     My opinions are reflective of the knowledge and insights I have gained over the course of a 50-year career working at the highest levels in the "real world" of marketing, advertising and branding.

11.     After graduating with a Bachelor of Arts degree from Adelphi University (Garden City, New York) in 1966 and attending Albany (New York) Law School for one year, I began my advertising career at the Ogilvy & Mather agency ("O&M") in New York in late 1967. During my more than 13 years at O&M I worked in the agency's offices in New York (twice), London, Houston and Los Angeles. During that period I was very fortunate to work side-by-side with advertising legend David Ogilvy, the agency's founder

and one of the three most important advertising figures of the 20th century.[3] Under Mr. Ogilvy's tutelage I became a copywriter, later a copy supervisor, eventually a creative director and finally, a member of the agency's Board of Directors and Senior Vice President/Executive Creative Director of the firm's flagship New York office.[4] At that time O&M was the fifth-largest advertising agency in the world serving such clients as American Express, Avon, British Travel Association, Campbell Soup Company (Pepperidge Farm, Swanson, et al.), General Foods (Maxwell House, Post Cereals, et al.), Hershey's, IBM, Lever Brothers (Dove soap, Imperial margarine, et al.), Mattel, Mercedes-Benz, Merrill Lynch, Sears, Shell, TWA and the United States Travel Service.

12.     I later held C-level positions (Chief Creative Officer/Chief Operating Officer) at two other global agencies, Bozell & Jacobs (1981-1983) and BBDO (1984-1986). My responsibilities at those agencies included oversight of *all* client-service functions, including the account management and media departments as well as the creative teams. Clients at those agencies included Apple, American Airlines, Armour Foods, Avis,

---

[3] David Mackenzie Ogilvy CBE (23 June 1911-21 July 1999) was founder of the global advertising firm Ogilvy & Mather. Mr. Ogilvy was made a Commander of the Order of the British Empire in 1967, elected to the U.S. Advertising Hall of Fame in 1977, and to France's Order of Arts and Letters in 1990.

[4] Executive Creative Director, or Chief Creative Officer as it is sometimes called, is the highest-ranking position in the creative department of an advertising agency. He or she is responsible for the development, production and ultimately, the effectiveness of all creative materials (i.e., television and radio commercials, magazine and newspaper ads, billboards, on-line advertising, etc.) provided to the agency's clients. The Executive Creative Director manages the agency's creative department, which often includes a number of Group Creative Directors and their respective teams of copywriters, art directors, designers and producers. During the period I was Executive Creative Director of O&M New York the creative staff included more than 200 professionals and accounted for more than one-third of the agency's salary expense.

Coldwell Banker, Greyhound, Mary Kay Cosmetics, Pace Foods, Pepsi-Cola, Quaker Oats, Southwestern Bell, Union Bank of California and Zale Corporation.

13.     In 1986 I joined the Asher/Gould agency in Los Angeles as co-owner and President. Asher/Gould grew from $10 million to $160 million in annual billings during my tenure there, becoming one of the largest privately-owned advertising agencies in the country. Our clients included Avery Dennison, Baskin-Robbins, the California Department of Health Services, HBO, MGM Grand Resorts, Pabst Brewing Company, Pizza Hut, Sanyo, Sheraton hotels, Sun America and Suzuki cars and trucks.

14.     In 1997 I was appointed President/CEO of the principal U.S. unit of Initiative, the largest ($22 billion in annual billings) advertising media planning and buying agency in the world. Unlike the full-service agencies that I had worked at earlier that primarily concentrated on creating advertisements and commercials, Initiative's entire focus was the media function. During the period I led the agency (1997-2002) we served more than 500 clients including American Honda's Acura Division, Arco, Albertson's, American Airlines, Bell South, Carl's Jr, Chevrolet, The Walt Disney Company, The Home Depot, Johnson & Johnson, the Las Vegas Convention & Visitor's Authority, Six Flags, Taco Bell, the United States Navy Recruiting Command and Unilever.

15.     In 2002, longing to return to my creative roots, I joined Wong Doody, a top 100, privately-owned full-service agency with offices in Seattle and Los Angeles as a partner and President. The agency's clients included Alaska Airlines, Alpine Electronics, Autodesk (architectural and engineering software), Clif Bar, Inc., the Los Angeles Dodgers, MGM Home Entertainment, Sony Pictures, T-Mobile and the UCLA/Anderson School of Management.

16.     As previously noted, I founded Silverman Consulting LLC in 2005. In addition to its consulting services, it has provided both creative and media services typically offered by advertising and media planning/buying agencies to a significant number of domestic and international clients, including two of the largest healthcare systems in America, a major university, multi-state retail chains, professional service providers, real estate developers and independent motion picture producers.

17.     A list of clients I served during and after my advertising agency career is included in my CV (Exhibit "J").

18.     Advertising practitioners are most typically recognized within the industry for the campaigns they helped create. I coined the tagline "Don't Leave Home Without It" for American Express, which it employed as its global slogan for nearly 20 years. My "Bullish on America" campaign helped transform Merrill Lynch's reputation from that of a big retail wire house into an innovative provider of a broad range of financial services. I helped American consumers rethink their opinion of Mercedes-Benz automobiles by advertising them as "Engineered Like No Other Car in the World." (Previously, Mercedes was best known for the giant staff cars that Nazi officials drove around Berlin before and during World War II.) My global "Shell Answer Man" campaign de-commoditized Shell gasoline, helping propel the company to market leadership in the United States for more than a decade. I created advertising that attacked a salsa made in "Nooo Yawk Ciddy," which resulted in Pace Picante Sauce, then marketed by a tiny company in San Antonio, becoming one of America's best-selling condiments. I am particularly proud of the role I played in the strategic development and implementation of the State of California's ground-breaking tobacco-use prevention advertising campaign. It is credited with saving hundreds of thousands of lives.

19.     Thousands of the advertisements I authored have been published in consumer and business magazines, newspapers, billboards and on websites. I also wrote and produced hundreds of national, regional and local television and radio commercials, many of which have been referenced in popular books about advertising or advertising textbooks written by leading academics.

20.     I have been the recipient of numerous awards for creativity and advertising effectiveness offered by the advertising industry, including twice winning the Gold Lion at the Cannes International Advertising Festival, the "Oscar" of the advertising business. I have also been the recipient of three American Marketing Association "Effie" awards, which recognizes campaigns that are most effective at driving sales.

21.     I served on the Board of Directors of the American Association of Advertising Agencies (the principal trade association of the advertising industry) and on the boards of the Los Angeles Advertising Agency Association, the Dallas Advertising Club and the Houston Advertising Federation. I am also a long-standing member of the commercials peer group of The Television Academy (the "Emmys" organization).

22.     I have taught advertising at Pepperdine University and the University of California, Los Angeles (UCLA) Extension, where I also served for five years as a member of the Dean's Board of Advisors. In addition, I have guest-lectured on advertising at many of America's top colleges and universities, including Arizona State University, New York University, Rice University, Southern Methodist University, Stanford University, University of Arizona, University of California (Berkeley), UCLA Anderson School of Management, UCLA Fielding School of Public Health, University of Houston, University of Southern California, University of Texas and the Thunderbird School of Management.

23.     I have been interviewed by *The New York Times*, *The Chicago Tribune, The Los Angeles Times, The Washington Post, The Wall Street Journal*, *The New Yorker* and many other newspapers and magazines as well as by on-air personalities at television and radio networks and stations about issues involving advertising, branding and media.

24.     I am regarded as an expert in the area of consumer purchasing behavior by my peers in the marketing communications industry. While I have found academic studies of consumer behavior to be applicable, as a practical matter my real world experience as an advertising professional has proven to be far more useful.

25.     One of the keys to creating effective advertising campaigns is to "walk in the consumer's shoes" – to do everything possible to understand how they learn, think and feel about the products and services they are considering purchasing. For that reason, advertisers and agencies spend millions of dollars annually on primary and secondary research studies that provide insights into what consumers understand and believe (or disbelieve) about the client's brand, its products, its competitors' products, its advertising and, especially relevant to this matter, its packaging. In addition to deriving useful information from the thousands of proprietary quantitative studies I reviewed, I estimate that over the course of my career I have personally interviewed more than 5,000 consumers engaged in shopping for products ranging from automobiles to ice cream and attended at least 3,500 focus group sessions as well, many of which were devoted entirely to the subject of breakfast cereals.

26.     Altogether, I have spent the better part of a half century having my feet held to the fire every day by some of the most important advertisers in the world. I have thus amassed a wealth of knowledge about how consumers learn about brands, as well as how to create commercials and media campaigns that reach and motivate specific target

audiences. For these reasons, I believe I am qualified to opine on defendant's advertising campaign and labeling.

27.     Indeed, recently, my testimony was accepted by the Honorable Lucy H. Koh as evidence of materiality in a decision certifying a class in a similar case, *Hadley v. Kellogg Sales Co.*, 324 F. Supp. 3d 1083, 1115 (N.D. Cal. 2018).

### III. SUMMARY OF OPINIONS[5]

28.     Consumers are interested in healthy eating and make food purchasing decisions based on health and wellness claims made on food packaging.

29.     The challenged claims conveyed a health message, which is frequently bolstered by the context in which it is presented.

30.     Consumers receive the health message in advertising, at the store, and over time, at their breakfast tables as they are exposed to the details on the box itself.

31.     The health message is material to consumers.

32.     Consumers rely on health messages when deciding which cereal to purchase. This is true specifically of the accused products and challenged claims.

33.     Disclosure of material information Plaintiffs allege Post omitted, *i.e.*, warning consumers of the potential dangers of consuming the accused products, would change consumer behavior.

34.     My rationales for these opinions follow.

---

[5] These opinions are based on the information already discovered in the case. I understand discovery is ongoing. I may supplement my report based on additional information learned in discovery.

## IV. THE IMPORTANCE OF HEALTH AND WELLNESS
## MESSAGING TO CONSUMERS

**A.** **Consumer Interest in Healthy Eating Generally**

35.     I have been involved in marketing food products to consumers for close to half a century. I have created advertising for fresh eggs, frozen dinners, chocolate bars, salad dressings, nutrition and energy bars, ketchup, toaster pastries, salsa, avocados, packaged salads, cookies and crackers, margarine and, most relevantly, half-a-dozen different breakfast cereal brands. I also created national advertising campaigns for quick service restaurants that sold pizza, fried chicken, hamburgers and ice cream.

36.     In my experience, when deciding on a branded food product, the two most important factors today's consumers consider is *whether it tastes good* and whether or not they believe the product is good for them; in short, is it *healthy*. Many of the Post documents I reviewed and reference in this report support that opinion.

37.     Unsurprisingly, Post – one of the largest companies in the world – engages in exhaustive and sophisticated consumer research before making marketing decisions. To ensure its advertising and labeling will successfully drive sales, Post has developed ███████████████████████ that  involve ████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████ "[6]

38.     Post's process is very thorough and consistent with the practices of the major packaged goods advertisers I have worked with over the years. It involves ████████████

---

[6] Krom_POST4491.

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████ Post next ████████████

████████████████████████████████████████████

████████████████ Post then uses this research in ████████████

████████████████████████████████[7] It is evident

from these practices that Post cares a great deal about what its consumers want to hear, and

how it can best communicate about its products in ways that will resonate with consumers.

39.     One of the things I learned early on in my career is that successful

advertising campaigns are rarely those that merely find a clever way to say what the

advertiser wants to say. Rather, the most effective ads and campaigns are those predicated

on responding to what consumers want to hear. And consumers want to hear about health

benefits. That is why advertisements for food products have touted health benefits for

decades.

40.     One of the first accounts I ever worked on was Lever Brothers Imperial®

Margarine. Like most margarines of that era, Imperial was primarily positioned as an

alternative to butter that cost less but tasted just as good ("Flavor Fit for a King"). But over

the years the "Fit for a King" campaign evolved as consumers became ever more aware of

the health risks posed by saturated fats and high cholesterol; flavor became assumed while

emphasis was placed on the product's health benefits.

41.     I later worked on the Jim Fixx campaign for Quaker Oats' 100% Natural

Cereal® brand, which emphasized its contribution to a healthy lifestyle. (Fixx famously

---

[7] Krom_POST4492.

advocated the health benefits of jogging in his best-selling book *The Complete Book of Running.*) Consumers interpreted "Natural" to mean "healthier; better for you."

42.     Consumer concerns about health issues led to Baskin-Robbins promoting its sugar-free flavors and low-fat/no-fat frozen yogurt on television, as did Pizza Hut for its "Veggie" pizza, and Swanson for its line of low-calorie frozen dinners. And the campaigns I created for the California Egg and California Avocado commissions both included nutritional benefit information.

43.     The proliferation of products labeled "natural," "organic," "gluten-free," and "no added sugar" on supermarket shelves are not there by accident. Consumers demand them. Global sales of healthy food products are soaring.

44.     From a review of Post's documents and deposition testimony, it is evident that Post both performs consumer research directly, and at times commissions research to be done on its behalf. In addition, Post ████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████.[8] Post's representative testified that it ████████████████████ ████████████████████████████████████████████████████████████████ ████████████.[9] This is also evident ██████████████████████████████████ ████████████████████████████████████.

45.     Research ██████████████████████████████████████████████████ ████████████████, further demonstrates consumer interest in healthy eating, and in health and wellness claims on foods, and specifically cereal.

---

[8] *See generally* Bernstein Deposition Transcript at Pages 35-37.

[9] See *generally* Bernstein Deposition Transcript at Pages 35-46.



46. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████[10]

███████████████████████████████████████

████████████[11]

47.   A ██████████████████████████████████

███████████████████████████████████████

██████████"[12] Moreover, ████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████"[13] ██████████████████

███████████████████████████████████████

███████████████████████████████████████

---

[10]  Krom_POST15894; *see  also*  Krom_POST13766 █████████████
████████████████████████████████████████
████████████████████

[11] Krom_POST26206.

[12] Krom_POST1194; *see also* Krom_POST26204 ("Almost two-thirds of consumers have integrated healthy eating into their lifestyle.").

[13]  Krom_POST1194.  Notably,  when  conveying  this  information, ████████
████████████████████████████████████████
████████ Krom_POST1194-95. It thus suggested that, ████████
████████████████████████████████████████
████████████████ Krom_POST1195.

████████████████████████████████████

██████████████████[14]

48.    A 2012 ██████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████[15]

49.    Another Post marketing analysis discussed ██████████████

████████████████████████████████████

████████████████████[16] Yet another Post study reported that

████████████████████████████████████

████████████████████████████████████

██████████████[18]

50.    Post's research has shown that ████████████████████

████████████████████████████████████

████████████████████████[19] As Post knows,

████████████████████████████████████

---

[14] Krom_POST11100.

[15] Krom_POST2655, 2662.

[16] Krom_POST2545.

[17] Krom_POST1943.

[18] Krom_POST1944.

[19] Krom_POST3473.

█████████████████████[20] ████████████████████████████████

███████████████[21] and ████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████[22]

51.    Post  has  determined  that  the ███████████████████████

████████████████████████████[23] thus, ████████████████████

████████████████████████████████[24]

52.    In short, as Post is well aware, ████████████████████████

████████████████████████[25]

53.    ████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████[26]

---

[20] Krom_POST2547.

[21] Krom_POST2773.

[22] Krom_POST3673.

[23] Krom_POST10276.

[24] Krom_POST3555.

[25] Krom_POST2547.

[26] Krom_POST2659; *see also* Krom_POST15436 ██████████████████████

████████████████████████████████████████████████

████████████████████ );  Krom_POST15511 ████

██████████████████████████████████████ .



54.     For consumers, ███████████████████████████████████

████████████████████[27] █████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████[28] ████████████████████████████

████████████████████████████████████████████████████████

████████████████████[29]

55.     The International Food Information Council Foundation reported the results

of its 2015 Food and Health Survey, in which █████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████[30]

"███████████████████████████████████████████████████████

████████████████████████████████████████████████[31]

---

[27] Krom_POST14688 (noting ████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

[28] Krom_POST14689.

[29] Krom_POST4938.

[30] Krom_POST11102; *see also* Krom_POST10990 ████████████████████
████████████████████████████████████████████████████████
███████████████████████████████████

[31] Krom_POST16431.

56.   ██████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████[32] However, ████████████████████████████████████

████████████████████████████████████████████████████

████████████████[34]

57.   A March 2012 ███████████████████████████████

██████ noted that ██████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

---

[32] Krom_POST1199; *see also* Krom_POST16411 ████████████

████████████████████████████████████████████████████
████████████████████████████████████████████

[33] *See* Krom_POST15470 ████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

[34] Krom_POST15880; *see also* Krom_POST15881 (Reporting ████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████.



According to

58.  A  June  2012

[36] Moreover,

[37]

59.  One

[38]

---

[35] Krom_POST1189-90.

[36] Krom_POST3065; *see also* Krom_POST3108.

[37] Krom_POST10942.

[38] Krom_POST2773.

█████████████████████████████████████████████████████

███████████████████████████████████████ [39]

60.   A 2014 analysis titled ███████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████ [40]

61.   Fiber claims are so important to consumers that ███████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████ [41]

62.   Protein is also an important nutrient to consumers, as it █████████████

████████████████████████████ [42] ████████████████████████

█████████████████████████████████████████████████████

████████████████ [43] As a result, ██████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

---

[39] Krom_POST3505-506.

[40] Krom_POST3680.

[41] Krom_POST1844-6. *See also* Krom_POST1624 ("████████████████████████

████████████   (underscore and exclamation mark as in exhibit)).

[42] Krom_POST20889.

[43] Krom_POST20874 (quoting ██████████████████████████████████

█████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████[44]

63.    Also important to many consumers is the lack of high fructose corn syrup (HFCS) in a food. █████████████████████████████████████

███████████████████████████████████████[45]

█████████████████████████████████████████████[46]

64.    In a 2011 ████████████████████████████████

████████████████████████████████████████████

████████████████████[47] Notes to an earlier slide, regarding ███████████

████████████████████████████████████[48] And in a 2014 ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████[49]

65.    A January 2014 presentation ████████████████████

████████████████████████████████████████████

---

[44] Krom_POST15472.

[45] Krom_POST25567 ("█████████████████████████████████
████ ).

[46] Krom_POST25568. *See also* Krom_POST18738 ████████████
███████████████████████

[47] Krom_POST2223, 2239 (██████████████████████████ ).

[48] Krom_POST2236-37.

[49] Krom_POST10215.

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████ [50]

66.     Consumers not only prefer healthy foods, they are willing to pay more for them. Research showed ███████████████████████████████████████████

████████████████████████████ [51] Nielsen's 2015 Global Health & Wellness Survey revealed that 88 percent of its respondents were willing to pay more for healthier foods.[52]

A  2012 ███████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████ [53] Indeed, █████████████████████████████

██████████████████████████████████████████████████

█████████████████████ [54]

---

[50] Krom_POST3752.

[51] Krom_POST4067.

[52] *Consumers Want Healthy Foods – And Will Pay More For Them*, by Nancy Gagliardi, *Forbes*, February 18, 2015, *available at* http://tinyurl.com/y67azv27 (accessed 1/2/2019); *see also* Krom_POST26217 ███████████████████████████████████ ███████████████████ ). This is likely what Post was referring to itself. *See* footnote 25.

[53] Krom_POST2547.

[54] *Ibid.* References to ███████████████████████████████████████████ ██████████████████████████████████████████████████ ████████████████████████

**B.      Consumer Attitudes and Behavior Regarding Cereal**



67.     Cereal consumption is widespread and ███████████████

███████████████████████████████████[55] ███████████████

████████████████████████████████████████████████████████

███████████████████████████████████[56] As one document states,

██████████████████████████████[57]

68.     The cold cereal market is generally ████████████████

████████████████████████████[58] The cereals at issue here fall into the

first three categories.

69.     Post also ███████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████[59]

For example, █████████████████████████████████████████

████████████████████████[60]

70.     The ███████████████████████████████████████

██████████████████████████████████████████[61]█████████

████████████████████████████████████████████████████████

---

[55] Krom_POST13760.

[56] Krom_POST15489.

[57] Krom_POST10685.

[58] Krom_POST10458; *see also* Bernstein Deposition Transcript, Page 348, Lines 7-9.

[59] Krom_POST16758.

[60] *Ibid*; *see also* Krom_POST1398.

[61] Krom_POST3240.

██████████████████████[62]█████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████[63] Thus, ██████████████████████████

███████████████████████████████████████████████████████

███████████████████████████[64] Accordingly, ████████████████

███████████████████[65] That is especially true because █████████████

██████████████████████████[66] And they ████████████████

███████████████████████████████████████████████████████

████████[67]

71.   ████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████[68]██████████████

███████████████████████████████████████████████████████

████████████████████████████████████████[69]

72.   In addition, ████████████████████████████████████████

███████████████████████████████████████████████████████

---

[62] Krom_POST14685.

[63] Krom_POST15479.

[64] *Ibid.*

[65] Krom_POST25608.

[66] *Ibid.*

[67] Krom_POST20898.

[68] Krom_POST13835.

[69] Krom_POST15514.

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████ [70]

73.    Nevertheless, some ███████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████ [71] █████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████ [72] Thus, for some consumers, ████████

██████████████████████ [73] However, █████████████

████████████████████████████████████████ [74]

Moreover, █████████████████████████████████████

██████████████████████████ [75]

---

[70] Krom_POST13761.

[71] Krom_POST15867.

[72] Krom_POST15425 (also showing ██████████████████████████
████████████████████████████

[73] Krom_POST15425; *see also* Krom_POST15496 ██████████████████
██████████████████

[74] Krom_POST14813.

[75] Krom_POST14728.

74.     Regardless, ██████████████████████████████████

████████████████████████████████████████████████████████

████████████████[76] ████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████[77] Moreover, ███████████████

████████████████████████████[78] ████████████████████████

████████████████████[.][79]

75.     In a study performed by ████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██[80] ██████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████["][81] In what appears to be an internal document reporting on the results

of this study to its brand teams, Post stated that █████████████████████████

████████████████████████████████████████████████████████

████████████████[82]

---

[76] Krom_POST13773.

[77] Krom_POST14853.

[78] Krom_POST13837.

[79] Krom_POST13761; *see also* Krom_POST11101 ████████████████

████████████████████████████████████████

[80] *Ibid*; *compare* Krom_POST25584 (same).

[81] Krom_POST10467.

[82] Krom_POST10683.

76.    Another ███████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████[83]

77.    Likewise, Post's ████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████[84]

78.    In an April 2016 ██████████████████████████████████

████████████████████████████████████████████████████████

████████████████████[85]

79.    A  2012 ████████████████████████████████████████████

████████████████████████████████████[86]█████████████████

███████████████████████████████████████ so that ██████████

████████████████████████[87] Thus,  an ███████████████████

---

[83] Krom_POST10291.

[84] Krom_POST8651.

[85] Krom_POST10276, 10291, 10293, 10295-99, 10301, 10307.

[86] Krom_POST16411; *see also* Krom_POST16412███████████████
████████████████████████████████████████████

[87] Krom_POST13757.

██████████████████████████████[88]█████████████████████████████[89]███████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████[90] Post recognized the need to ████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████[91]

80.    Generally, ███████████████████████████████████████████

████████████████████████████████████████████████████████████████████

███████████████████████████[92] █ ███████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████[93]

81.    Nevertheless,  for  many  consumers, ██████████████████████████

████████████████████████[94] Thus, ████████████████████████████████████

---

[88] Krom_POST13764.

[89] Krom_POST16419 (also noting that ████████████████████████████████████████████████████████████████████████

[90] *Ibid.*

[91] Krom_POST25616. *See also* Krom_POST10458 ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

[92] Krom_POST15490.

[93] Krom_POST20898.

[94] Krom_POST14726; *see also* Bernstein Deposition Transcript, Page 82, Lines 9-24 ██████████████████████████████████████████████████



82.     Today, ████████████████████████████████████

████████████████████████████████████████████████[97]

Indeed, ██████████████████████████████████████████

████████████████████████████████████████████[98]

83.     Conversely, ███████████████████████████████

████████████████████████████████████[99] Focus groups in

2010  found █████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████[100] Because  of  this, ████████████

████████████████████████████████████████████████[101]

Similarly, █████████████████████████████████████████

---

[95] Krom_POST10695.

[96] *Ibid.*

[97] Krom_POST13823-24.

[98] Krom_POST20879.

[99] Krom_POST17629.

[100] Krom_POST17628.

[101] *Ibid.*

████████████████████████████████████████████████████

████████████████████████ [102]

84.    An ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████ [103]

85.    These parent attitudes create a ████████████████ for cereal

manufacturers like Post to "████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████ [104]

86.    ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████ [105] ██████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

---

[102] Krom_POST14709.
[103] Krom_POST8407.

[104] Krom_POST14711.

[105] Krom_POST15505.



**C.      Declining Sales in the Cold Cereal Market**

87.

88.

---

[106] Krom_POST11102.

[107] *See* Krom_POST13755
          ); Krom_POST13763
                                        Krom_POST13767

                    Krom_POST13792
                                        Krom_POST10001
                                        ; Krom_POST15433
          Krom_POST15458
                    ; Krom_POST15873

[108] Krom_POST15865.

[109] Krom_POST15891.



89. ████████████████████████████████████

---

[110] Krom_POST15496. *See also* Krom_POST15868 ██████████████

███████████████████████████████████████

Krom_POST15873 ██████████████████████████████████████

[111] Krom_POST15871.

[112] Krom_POST15869.

[113] Krom_POST15875; *see also* Krom_POST15877 ████████

90.    Cereal manufacturers, including Post, are well aware of this trend. As early as 2009, in a slide titled █████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████[114]████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████[115] Post  sought  to  ████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████[116]████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████[117]

---

[114] Krom_POST17169.

[115] Krom_POST17171.

[116] Krom_POST17173.

[117] Krom_POST17175.

91.    A 2011 Post Great Grains ███████████████████████

████████████████████████████████████████████████████████

███████████ [118]

92.    ███████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████ [119] But ████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████ [120]

93.    Thus, ██████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████ [121]

94.    In providing analysis of the cold cereal market, ██████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████ [122] This is because ████████████████████████



---

[118] Krom_POST2534, 2554.

[119] Krom_POST13803.

[120] Krom_POST15880. *See also* Krom_POST15416 ████████████████████

███████████████████ .

[121] Krom_POST15428.

[122] Krom_POST13763. *See also* Krom_POST15496.

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████ [123]

    95.    Similarly, ██████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████ [124] ██████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████ [125]

Recognizing  that ██████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████;

---

[123] Krom_POST15496.
[124] Krom_POST14737; *see also* Krom_POST15427 (noting that ██████████
████████████████████████████████████████████████
████████████████████████████████████████

[125] Krom_POST14737; *see also* Krom_POST14679 ████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████



96.     At the end of the day, ███████████████████████████

████████████████████████████████████████████████████████

████████████████████████ [127]

97.     However, another response to ███████████████████████

████████████████████████████████████████████████████████

████████████████████████████ [128] For example, ██████████████

████████████████████████████████████████████████████████

████████████████████████████████████ [129] It is thus

unsurprising that ███████████████████████████████████████████

████████████████████████████████████████████████████ [130]

## D.    Post's Use of Consumer Segmentation

98.     It is apparent that one technique Post has consistently used to understand and effectively target consumers is segmentation, the breaking-down of consumers into various personality types and "need states" to identify messaging that may be appealing in the market.

---

[126] Krom_POST14738.
[127] Krom_POST14725.

[128] Krom_POST15427.

[129]   Krom_POST15428.   *See  also*   Krom_POST15416 ████████████████

████████████████████████████████████████████

[130] Krom_POST15477.

99.     It appears that in or before 2010, ███████████████████████

███████████████████████████████████[131] The purposes

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████[132] In  sum, ███████████████████████████████

███████████████████████████████████████████████[133]

for a ████████████████████████████████[134] As part of its ████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████[135]

100.    To ████████████████████████████████████████████

████████████[136] another firm, ███████████████████████████

███████████████████████████████████████████████

██████████████████████"[137]

---

[131] *See* Krom_POST1472 (slide noting source, ██████████████████████████);
█████████████████

[132] Krom_POST13951; *see also* Krom_POST13957 ███████████████████████
███████████████████████

[133] Krom_POST13951.

[134] Krom_POST16265 ████████████████████████████████████████
████████████████████

[135] Krom_POST1468.

[136] Krom_POST10682.

[137] Krom_POST10684; *see also* Krom_POST25581 (showing ███████████
███████████████████████████████████████

██████████████████████████████████████████████████████████

████████████ [138] ██████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████████████ [140]

and ██████████████████████████████████████████████████

██████████████████████████████████ [141]   Additionally,

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████. [142]

### E.   Consumer Interactions with Post

101.   I was provided with a log of calls and email messages Post received between 2012 and 2016 from consumers who had questions or comments about its cereals, ████████ ████████████████████. For example, one consumer asked █████████████ █████████████ [143] Another wrote, ██████████████████████████

---

[138] Krom_POST10461.

[139] Krom_POST10686; *see also* Krom_POST26198
███████████████████████████████████████████████
█████████████████████

[140] Krom_POST26200.

[141] Krom_POST26213; *see also* Krom_POST26194 ██████████████████████


[142] Krom_POST26218.

[143] Krom_POST11893 (Contact log, Reference #00066 7017A).



[144]

Another wrote,

[145] Another Honey Bunches of Oats consumer wrote,

[146] In 2014 a Great Grains consumer wrote

[147] Approximately

\.

\* \* \*

102.    **Given the facts stated above, it is evident to me that marketing messages conveying the supposed health benefits of breakfast cereals are material to consumers, and influence their purchase decisions.**

## V. THE IMPORTANCE OF PROMOTING HEALTH AND WELLNESS BENEFITS ON PACKAGING

103.    One of the ways companies communicate their brand promise to consumers is through product labeling/packaging. A core task of the marketer in building a successful rand is to design a product that will appeal to the consumer. A primary means of

---

[144] Krom_POST11893 (Contact log, Reference #00066 6834A).
[145] Krom_POST11895 (Contact log, Reference #00066 9209A).

[146] Krom_POST11899 (Contact log, Reference # 00067 6678A).

[147] Krom_POST12038 (Contact log, Reference # 00067 6914A).

accomplishing this is to design a product's packaging in such a manner that it communicates the product's benefits and convinces the consumer that the product will fulfill his or her needs.

104.    "According to Geoffrey Hollows, a consultant at Heawood Research [in the U.K.], there are two aspects to packaging: 'First, there is the physical function. Second, there is the psychological function and that is the one you have got to get right.' It is at this unconscious level that consumers engage with a brand. Brand owners have long realized that they can sell a product by imbuing the brand with qualities that the consumer both recognizes and aspires to. Powerful brands are those that have successfully been able to reflect and influence a consumer's ideas, values and attitudes. It's what's on the outside…"[148]

105.    As is often true of clichés, the portrayal of packaging as a brand's "silent salesperson" is correct. After all, product labels are the last means of communication with consumers before a product is either placed in the consumer's shopping cart or passed by in favor of another product. Research conducted by the Point-of-Purchase Advertising International trade association indicates that 76 percent of all product selections involve some final deliberations by consumers at the point of purchase.[149] The important role of packaging in the consumer purchasing decision is recognized in the classic marketing quote

---

[148]        *See*        https://www.marketingweek.com/2003/06/12/the-silent-salesman-2/?ct_5aa9aa1f33d68=5aa9aa1f33e0a (accessed 3/14/2018; Original spelling altered to reflect U.S. usage).

[149] O'Dell, P. "P-O-P Vital as More Shoppers Decide in Store: Study" (May 11, 2012), www.chiefmarketer.com, accessed September 1, 2012 (cited in Semenik 2015 at p. 317).

describing packaging as "the last five seconds of marketing" and "the first moment of truth."[150]

106.    Package design is not a service offered by very many advertising agencies. However, it is not unusual for an agency's creative team to be asked to provide their thoughts as to how the brand's positioning or advertising theme can be integrated into the label or package design. I was involved in dozens of packaging projects during my long agency career for many different kinds of products, including toys, beverages, condiments, automotive products such as motor oil and, relevant to this matter, breakfast cereals. Not surprisingly, wherever possible, the best practice was to articulate the attribute(s) that consumers most wanted to hear on the package. And today, in the cereal category, one of the most important messages to be conveyed is that the product contributes to a healthy lifestyle.[151]

107.    In a 2012 market analysis report conducted for ██████████████████ ████████████████████████████████████████████████████████████████████ ██████████████████████████[152]

108.    A 2012 analysis ██████████████████████████



---

[150] Hootstein, D. "Standing Out in the Aisles," *Marketing at Retail*, June 2007, 32-34, as quoted in Semenik 2015 at p. 322.
[151] *See* Krom  POST14717 (identifying a ██████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████

[152] Krom_POST3555.



109.     ████████████████████████████[154] The 2012 ████████

████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████[155] █████████████████████████████

████████████████████████████████████████████████

██████████████████[156] And a September 2016 ████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████[157]

110.     All of the accused products discussed in this report have included health and wellness claims on their respective packages. It is my understanding that it is Post's practice to produce various packages for each of its cereal products, particularly during periods when promotions are in effect, or when the package is to be part of a bulk sale item. Also, packages are periodically redesigned or refreshed. Regardless of such changes, it is apparent to me that Post has consistently conveyed health and wellness messaging for the products at issue.

---

[153] Krom_POST3070.
[154] Krom_POST17630.

[155] Krom_POST1568, 1578.

[156] Krom_POST2015.

[157] Krom_POST10989.

111.    In my experience, it is not unusual for a cereal box to remain on the kitchen table throughout breakfast, and sometimes later in the day as well if the consumer opts to snack on the contents. That is why cereal marketers such as Post load every face of their packages with product information and sometimes promotional messages; the package "sells" at home as well as in the store. As one Post document states,


*Scene from Honey Bunches of Oats television commercial.*

███████████████████████████ [158] Thus, a packaging claim a consumer might not notice in the store upon a first purchase might very well nevertheless influence subsequent purchases.

* * *

112.    **Given the evidence discussed above, it is evident to me that consumers receive the challenged health messages at the store as well as at their breakfast tables when they are exposed to the details on the box itself.**

## VI. POST UTILIZED SPECIFIC LANGUAGE IN ITS ADVERTISING AND PACKAGING TO CONVEY MATERIAL HEALTH AND WELLNESS MESSAGES TO CONSUMERS

113.    In my experience, consumers are very receptive to language in advertising and packaging that suggests a product offers health benefits, even when those benefits may be illusory or worse. For example, I repeatedly heard consumers at focus groups where

---

[158] Krom_POST17630.

food products were being discussed use the word "nutritious" as a synonym for healthy. Other words frequently used by consumers for the same purpose are "enriched," "fortified," "dietary," "dietetic," "beneficial," "healthful" and "wholesome."

114.    For a cereal, ██████████████████████████████[159] In this case, the claims Plaintiffs challenge each convey, usually individually, and especially together and in the context of other packaging elements, the message that the product is healthy. Those messages are material to a substantial number of consumers.

## A.    "No High Fructose Corn Syrup" Claims

115.    Variations of "No High Fructose Corn Syrup" claims appeared on several accused products during the Class Period, including Honey Bunches of Oats, Honey Bunches of Oats Whole Grain, Raisin Bran, Bran Flakes, and, more recently, Great Grains.

116.    As I have already discussed to some extent above, for the last several years, consumers have demonstrated a strong aversion to High Fructose Corn Syrup, which they believe is one of the unhealthiest sweeteners. Thus, ████████████████████ ████████████████████████████████████████████ ███████████████████████[160] and so a ████████████████ ████████████████████████████[161]

_____

[159] Plaintiffs' Deposition Exhibit 142 ████████████████████████ ████████████████

[160] Krom_POST3656.

[161] Krom_POST3655.

117.    As reflected in one Post document, a ██████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████ [162]

118.    In 2011 notes taken with respect to Post's ████████████████
██████████████████████████████████████████ [163] To me,
this means ████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
██████████████████████████████.

119.    In a March 20, 2012 note titled ████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
██████████████ [164]

120.    A ███████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████ [165]

121.    A September 2012 survey that Post ██████████████████
█████████████████████████████████████████████████████████
██████████████████ [166]

---

[162] Krom_POST2239.

[163] Krom_POST2237.

[164] Krom_POST2674.

[165] Krom_POST3095.

[166] Krom_POST2966.

122.   A 2013 Post document notes that ██████████████████

███████████████████████████████████████████████████████

██████████████████████████████████████████ [167]

123.   A November 2013 ██████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████ ██ [168]

124.   A January 2014 presentation titled, █████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████ [169]

125.   An April 2016 ██████████████████████████████████

███████████████████████████████████████████████████████

████████. [170]

126.   A May 2016 ████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

---

[167] Krom_POST3242.

[168] Krom_POST14740.

[169] Krom_POST3716.

[170] Krom_POST10276, 10291, 10293. *See also* Krom_POST10295-97, 10299, 10307.

██████████████████ [171] The authors then qualified ████████████████████████

████████████████████████████████████████████████████████████

████████████████████ .[172]

127.   A July 2016 presentation titled ████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████ .[173] The presentation concludes that ████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████ [174]

128.   A 2017 ████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████ [175] The same document noted some consumers are driven by ████████████

████████████████████████████████████████████████████████████

████████████████ [176]

---

[171] Krom_POST10688.

[172] Krom_POST10720.

[173] Krom_POST10908.

[174] Krom_POST10913.

[175] Krom_POST1472.

[176] Krom_POST1486.  *See also*  Krom_POST1763 ████████████████████

████████████████████████████████████████████████████████████

129.    Post likely chose its ██████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████ [177] According to a March 2012 ███████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████████████████████ [178]

130.    Further, comments by Post's own customers, as recorded on its log of email

messages and calls, underscore the ████████████████████████████

████████████████████████████████████████████. Wrote one Great

Grains user, ███████████████████████████████████████████████

█████████████████████████████████████████ [179] Another

customer wrote, ██████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████ [180] Yet another wrote, ██████████████████████████████

---

███████████████████████████████████████████████████████████

██████████████████████

[177] Krom_POST3716. *See also* Krom_POST3707 (listing "██████████████

████████████); Krom_POST10366 ██████████████████████████████████ .

[178] Krom_POST1230.

[179] Krom_POST11896 (Contact log, Reference #00067 0969A).

[180] Krom_POST11904 (Contact log, Reference #00067 9927A).



131.    Given the clear consumer aversion toward HFCS, it is unsurprising that several Post cereals featured such a claim, which would have been important to a substantial number of consumers when deciding whether to purchase the products. Indeed, it seems apparent Post is aware that "free-from" claims, like "No HFCS" claims, send a health message. In 2017, it told consumers, ███████████████████████

---

[181] Krom_POST11982 (Contact log, Reference # 00075 6093A).

[182] Krom_POST12015 (Contact log, Reference #00077 6811A).

[183] Krom_POST12019 (Contact log, Reference #00077 9493A).

[184] Krom_POST12022 (Contact log, Reference #00078 2296A). Post's consumer communications also ███████████████████████ *See* Krom_POST12029 (Contact Log, Reference #00078 8984A).

[185] Krom_POST11014.

### B.     Whole Grains Council Stamps

132.     ████████████████████████████████████████████████████

████████████████ [186] Every accused product in this case, except Waffle Crisp, contained

on its packaging, during the entire Class Period, a graphic referred to as the Whole Grains

Council (WGC) Stamp, which is replicated below.



*Whole Grain Council Stamps.*

133.     Irving Thalberg was the "boy wonder" head of production of the MGM

studio during its heyday in the 1930s. Although he supervised the production of some of

Hollywood's most iconic films (e.g., *Grand Hotel, Mutiny on the Bounty, The Good Earth*

and the riotous Marx Brothers comedies), his name never once appeared in the credits of

an MGM movie. When asked why not, his answer was, "[c]redit you give yourself is not

worth having."[187]

134.     From a marketing perspective, Mr. Thalberg's response is consistent with a

promotional tactic that nearly every company uses when they can: they present their

consumers with third-party endorsements. In my experience, consumers respond very

---

[186] Krom_POST16417.

[187] http://www.quotes-inspirational.com/quote/credit-you-give-yourself-not-63  (accessed
12/28/2018).

positively to third-party endorsements because they are perceived to be "neutral," and therefore, more truthful. The WGC Stamp is such an apparent third-party endorsement.

135.    In 2015, a firm called 

[188] Consumers were asked to do a

"[190] One of the Plaintiffs, Mr. Hadley, similarly testified he believes the Whole Grains Council stamp is "legitimizing."[191]

136.    The Whole Grains Council was formed in 2003 and holds itself out as a purported "nonprofit *consumer advocacy* group."[192] However, I have learned that its membership is comprised not of consumers or their advocates, but primarily of food manufacturers, including Cargill, ConAgra, Domino's Pizza, Frito-Lay, General Mills, Heinz, Hostess, Kellogg, Kraft, McDonald's, Nestle, Quaker, Smucker, and Post.

137.    Ms. Debbie Krommenhock, one of the named plaintiffs in this matter, was asked a number of questions at her deposition about the Whole Grains Council Stamp. It was evident from her responses that the presence of the stamp contributed to her belief that the Post cereals she had purchased were healthy. When asked, "[c]an you tell me, in a sentence or two, what your lawsuit is about," Ms. Krommenhock's response included, "[a]nd you know, there was some sort of special stamp on it from the council – some

---

[188] DI1-46.

[189] DI5.

[190] DI25.

[191] Deposition of Stephen Hadley, 1/4/2019, Page 308.

[192] http://wholegrainscouncil.org/about-us (accessed 12/27/2018) (emphasis added).

council approved it, so it must have been good."[193]   Later in her testimony she stated, "[t]here was this little stamp from some council, and I thought oh, well maybe it's one of those non-profit organizations that, you know – and maybe they've decided that this is a really good thing to get, that this is very healthful for you."[194] When asked, "[a]nd then you mentioned this Whole Grains Council stamp, right," she responded, "[y]eah. That looks pretty official."[195] When specifically asked, "[t]he Whole Grains Council stamp, that was important to you when you purchased the product?," Ms. Krommenhock's answer was "[y]es."[196] Later when Ms. Krommenhock was once again asked about the Stamp, she replied "[t]he stamp approval by somebody, and it makes me think that, you know, it's got to be a better product if somebody puts a stamp on it because if it wasn't – if it wasn't; a good thing, why would they put a stamp on it?"[197] Finally, when asked, "[a]nd then I assume, because you said so for the other ones, the Whole Grains Council stamp would influence your decision?," she answered, "[i]t does."[198]

138.    In my opinion, the Whole Grains Council's stamp is used by Post as a purported third-party endorsement to bolster its health claims. Just as consumers in the 40's, 50's and 60's sought out products that carried the "Good Housekeeping Seal of Approval," or people shopping for cars today are impressed by the J.D. Power rankings, it is likely that a reasonable consumer would believe the stamp is an indicium of an

---

[193] Deposition of Debbie Krommenhock, 12/20/2018, Page 47, lines 10-11, 19-22.

[194] *Ibid.*, Page 181, lines 10-15.

[195] *Ibid.*, Page 195, lines 3-5.

[196] *Ibid.*, Page 219, lines 15-17.

[197] *Ibid.*, Page 260, lines 9-18.

[198] *Ibid.*, Page 266, line 23 - Page 267, line 1.

independent, or perhaps even a governmental entity that has sanctioned the product's health and wellness *bona fides*. As a result, I believe the stamp is material to a substantial number of Post cereal consumers.

## C.    Great Grains

139.    The claims the putative Class challenges with respect to Post's Great Grains line of cereals include:

- "Less processed nutrition you can see"

- "Why less processed? Quite simply, because it's good for you!"

- "We gently steam, roll and bake our whole grains to help maintain the full flavor and nutrition of our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible."

- "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible."

- "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"

- "HELPS SUPPORT A HEALTHY METABOLISM"

- "Support a Healthy Metabolism"

- Whole Grains Council Stamp ("WHOLE GRAIN; 30g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org")

- "nutritious Blueberries," "nutritious Cranberries,"  "nutritious Raisins & Dates," "nutritious Pumpkin Seeds"

- "wholesome Almonds," "wholesome Walnuts," "wholesome Pecans"

140.    In my experience, these claims are likely to be material to reasonable consumers. Post's documents support my opinion in this regard.

### i.   *Brand Beginnings*

141.   Post introduced a Great Grains cereal in two varieties in 1992. Between 1993 and 1996, it introduced Banana Nut Crunch, Blueberry Morning, and Cranberry Almond Crunch as line extension brands. In 1999, ███████████████████████████ ████████████████████.[199] The brand █████████████████████████████████ █████████████████████████████████████████████████████████████ █████████████████████████████[200] By the late 2000s, Post ███████████████ ██████████████████[201] and ███████████████.[202]

### ii.   *Post's "Cadillac Approach" to Great Grains Consumer Research*

142.   Post nevertheless believed ██████████████████████████████████ ███████████████████████████████████████████████████████████████████ ███████████████████[203] ██████████████████████████████████████████████████ █████████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████████████████ ████████[204] In  2011,  ███████████████████████████████████████████████

---

[199] Krom_POST1973.

[200] Krom_POST2529.

[201] Krom_POST2403.

[202] Krom_POST2355.

[203] Krom_POST2403; *see also* Krom_POST1282 ████████████████████████████ ████████████████████████████████.

[204] Krom_POST2403; *see also* Krom_POST2530 ████████████████████████████ ███████████████████████████████████████████████████████████████████████ █████████████████████████



███████████████████████████████████████████████████

████████████████ [205] ████████████████████████████████████. [206]

143.   First, Post began ████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████ [207] and seek a ██████████████████████████

██████████████████████████████████ [208] ████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████ [209] ████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████ [210] Great Grains

Blueberry Pomegranate was ███████████████████████████

██████████. [211]

_____

[205] Krom_POST1498; *see also* Bernstein Deposition Transcript at Page 116.

[206] *See* Krom_POST2400-419; Krom_POST2606-44.

[207] Krom_POST13969, 13887.

[208] Krom_POST13890; *see also* Krom_POST13969 (██████████████████
████████████

[209] Krom_POST1937.

[210] Krom_POST13977.

[211] Krom_POST13990.

144. The ████████████████████████████████

███████████████████[212] – consumers ███████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████[213] ████████████████████████

████████████████████████████████████████████

████████████████[214] Because ████████████████

████████████████,[215] Post knew it would ████████████

████████████████████████████[216]

145. Post then hired ████████████████████████

████████████████████████████████████████████

████████████████████████████[217] ████████████████

████████████████████████████████████████[218]

Because ████████████████████████████████████

████████████████████████████████████████████

---

[212] Krom_POST1467.

[213] Krom_POST1470.

[214] Krom_POST1762.

[215] Krom_POST1471.

[216] Krom_POST1469.

[217] Krom_POST2410.

[218] Krom_POST2607.

██████████████████████████████████████████████████████

████████ [219]

146.   ██████████████████████████████████████████

██████████████████████████████████████████████████████

████████ [220] The phrase functions as a ████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████ [221] ████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████" [222]

147.   Next, Post enlisted ████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████ [223] This method ████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

---

[219] Krom_POST2608.

[220] Krom_POST2610.

[221] *Ibid.*

[222] Krom_POST2410.

[223] Krom_POST2411.

██████ [224] ███████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████ [225] Based on this, █████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████ [226] The concepts were then measured with ██████

████████████████████████████████████████████████████████

██████████████████████████████████████ [227] Post then chose ██████

██████████████████████████████████████████████████ [228]

148.    The ███████████████████████████████████████████

█████████████████████████ [229] A document describing the concept in flowchart form

noted under the heading, ██████████████████████████████████

█████████████ [230] Corresponding notes explain that █████████████████████

---

[224] Krom_POST2531; *see also* Krom_POST9645 (referring to this as ████████████████████

██████████.

[225] Krom_POST2532.

[226] Krom_POST2411.

[227] Krom_POST2412.

[228] *Ibid*.

[229] Krom_POST2557.

[230] Krom_POST2255.

█████████████████████████████████████████████

███████ [231]

 149. When tested with consumers, the concept showed ████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████ [232] Moreover, the concept had

██████████████████████████████████ [233] Accordingly, this

█████████████████████████████████████████████

█████████████████████████████████████████████

███████ [234]

 150. In testing some television commercial concepts developed by Post's

advertising agency, ████████████████████████████████████

█████████████████████████████████████████████ [235]

This is because:



_____

[231] *Ibid.*; *see also* Krom_POST2642 (████████████████████████████

██████████████

[232] Krom_POST2557.

[233] *Ibid.*; *see also* Krom_POST1498 ████████████████████████████

███████████████

[234] Krom_POST2533.

[235] Krom_POST1747.



151.    In February 2011, Post held a Great Grains ███████████████████████ ██████[239] It stated that, based on this research, ██████████████████████████ ████████████████████████████████████████████[240] Also as part of the session, Post created a ████████████████████████████████████████████ ██████[241] Demographically, ████████████████████████████████████████

---

[236] *Ibid.*

[237] *Ibid.*

[238] Krom_POST1745.

[239] *See* Krom_POST2534-68.

[240] Krom_POST2556.

[241] *See* Krom_POST2535-51; *see also* Bernstein Deposition Transcript at 132:11-22.



[REDACTED][242]

[REDACTED]"[243]

152.    This [REDACTED]

[REDACTED]"[244] The Master Brief notes an [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED][245] The Master Brief notes that the [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED][246] As support for the proposition, the Master Brief notes that, [REDACTED]

[REDACTED]

[REDACTED][247]

153.    The   Master   Brief   also   lists [REDACTED]

[REDACTED]

[REDACTED],

---

[242] Krom_POST2537.

[243] Krom_POST2545. *See also* Krom_POST2548 [REDACTED]

Krom_POST1938 [REDACTED]

[244] *See* Krom_POST1282-83.

[245] Krom_POST1282.

[246] *Ibid.*

[247] *Ibid.*



[248

[249

["250 For example,

[251

154.   The

[252 Consumer research found that Post's "less processed nutrition" messaging led consumers to believe that the

[253 It is not surprising that consumers received this health message since the "role" of the "packaging" is to

---

[248 Krom_POST1283; Bernstein Deposition Transcript at 145:14-146:7; *see also* Krom_POST1576 ("360º View" of Great Grains' communication strategy).

[249 Bernstein Deposition Transcript at 146:9-12.

[250 *See* Krom_POST1283.

[251 *Ibid.*; *see also* Krom_POST1615

); *compare* Krom_POST2855-62

).

[252 Krom_POST1283; *see also* Krom_POST1620

[253 Krom_POST2222.



155.    In implementing these different communications strategies, Post believed it

was important to ██████████████████████████████████████████

█████████████ 255

156.    ██████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████ [259] And,

██████████████████████████████████████████████

████████████████████████ [260]

### iii.  Great Grains' March 2011 Relaunch

157.    In March 2011, Post relaunched Great Grains with ████████████████████

████████████████████████████████████████ [261] That same

month, Post drafted its ████████████████████ [262] Post noted that, ████████

██████████████████████████████████████████ [263] with

Post ████████████████████████████████████████

████████████████████████████ [264]

158.    ████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

---

[259] Krom_POST2533.

[260] *Ibid.*

[261] *See* Krom_POST1940; Krom_POST2043 (noting "3/14 Launch"); Krom_POST1738
(████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████

[262]  Krom_POST1568-1632. ████████████████████████████
████████████████████████████████████████████████

[263] Krom_POST1569 (emphasis in original).

[264] Krom_POST1571.

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████ [265] ██

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████ [266]

159.   Shortly after relaunch, Post enlisted ████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████ [267] ████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████ [268] ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████ [269] Moreover, the ████████████████████████

---

[265] Krom_POST1697.

[266] Krom_POST1606.

[267] Krom_POST1649 (emphasis in original).

[268] *Ibid.*

[269] Krom_POST1706.

███████████████████████████████████████████

████████ [270]

160.    During an October 2011 ██████████████████████████

███████████████████████████████████████████

████████████████████ [271] It noted that Great Grains' ████████████████

███████████████████████████████████████████

███████████████████████████ [272] This included ████████████████

███████████████████████████████████████████

████████████████████████████ [273] Post's ██████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████ [274] Its ████████████████████████████████████

███████████████████████████████████████████

████████████████ [275] Post's ██████████████████████████

██████████████████████████ [276]

161.    Addressing ██████████████████████████████████

███████████████████████████████████████████

---

[270] *Ibid.*; *see also* Krom_POST2005 ████████████████████
████████████████████████████

[271] Krom_POST2046-52.

[272] Krom_POST2047.

[273] *Ibid.*

[274] *Ibid.*

[275] Krom_POST2048.

[276] Krom_POST2049.

████████████████████████████████████[277] Post further noted the

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████[278]

       *iv.*       ***Brand Innovation and the Protein Blend Line Extension***

162.    In addition to ████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████[279] By contrast, ████████████████████████████████

████████████████████████████████████████████████████[280]

163.    Post also anticipated in a ████████████████████

████████████████[281] In Post's 2012 Great Grains Business Plan, it ████████████

████████████████████████████████████████████████████████

<hr />

[277] Krom_POST2051.

[278] Krom_POST2052 (underline in original); *see also* Krom_POST2007 ████████████████

████████████████████████████████. 

[279] Krom_POST2560 ████████████████████████████████████

████████████████████████████.

[280] Krom_POST2561; *see also* Krom_POST1582 ████████████████

████████████████████████████); Krom_POST1702

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████.

[281] Krom_POST2563.

██████████████████████████████████ [282] Later, in December

2011, Post noted its █████████████████████████████████████

███████████████████ [283] This would come in ████████████████

█████████████████████████████ [284] The proposed line extension

███████████████████████████████ [285] It was planned to

launch, ██████████████████████████████████ [286]

164.   In  August  2012, ███████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████ [287]

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████ [288]

165.   In September 2012, Post enlisted █████████████████

███████████████████ [289] Its ██████████████████████████

████████████████████████████████████████████████ [290]

[282] *See* Krom_POST1570-71, 1595.

[283] Krom_POST2471; *see also* Krom_POST2479 ████████████

████████████████████████████████████████████████

[284] Krom_POST2479.

[285] *Ibid.*

[286] *Ibid.*

[287] Krom_POST14306.

[288] Krom_POST14341.

[289] Krom_POST2961-63.

[290] Krom_POST2961-62.

And in a 2013 brand planning document, Post noted that its ███████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████[291]

166.     The     resulting
commercials featured active women
cheekily delivering lines such as "I'm
over the hill" and "I'm past my prime,"
which the visuals clearly demonstrated
they were not. The sell message is, as
stated on the creative brief: Great
Grains Protein Blend will improve
your metabolism.[292] Speaking as a
former major agency creative director,
the Great Grains Protein Blends
commercials delivered well on that
promise.





*Scenes from Post Great Grains Protein Blends television commercial.*

---

[291] Krom_POST2848.

[292] http://womenkind.net/post (accessed 12/18/2018).

167.     On January 17, 2013, Post issued a press release announcing the introduction of Great Grains Protein Blends.[293] "Americans' top resolution for 2013 is to lose weight," Post wrote, claiming it "is doing [its] part to help these goals come to fruition with the introduction of the new Great Grains Protein Blend cereal, which helps support a healthy metabolism."[294] Post then quoted its Manager of Scientific Affairs, Nutrition and Regulatory as advising, "As we age, the metabolism tends to naturally slow down and lead to eight gain, but there are steps we can take to help maintain a healthy metabolism, including eating a complete breakfast with protein and whole grain."[295]

168.     Post's



[296]

### v.     *Great Grains' 2012 Packaging Refresh*

169.     Post's  2012

[297] The 2012

---

[293] Plaintiffs' Deposition Exhibit 129.

[294] *Ibid.*

[295] *Ibid.*

[296] Krom_POST8927; Krom_POST2479.

[297] Krom_POST1578.



170. An October 2011 Great Grains [REDACTED]

[REDACTED]<sup>298</sup>

[REDACTED]<sup>299</sup>

171.     By the time the Class Period began on August 29, 2012, Great Grains' then-new packaging was on the shelves. The packaging remained similar until late 2016 or early 2017.[300] That packaging was an earthy brown color; the brand name "Great Grains" was stylized to make the "i" in "Grains" a wheat frond, and the front panel bore a prominent, claim that the product provides "Less processed nutrition you can see." Each variety's front panel also claimed to contain "nutritious" or "wholesome" nut or fruit ingredients, picturing them prominently alongside flakes, some of which displayed a notable "seam."[301] The back panel read, depending on the variety:

> *Raisin, Date & Pecans, Crunchy Pecans, and Blueberry Pomegranate varieties*: **Why less processed? Quite simply, because it's good for you!** We gently steam, roll and bake our whole grains to help maintain the full flavor and nutrition of our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible. **The result? A crispy, delicious, less processed whole grain cereal that's high in natural fiber.** . . . It's whole foods from the field to your bowl, with whole grains, fiber, and nutritious ingredients in every bite!
>
> *All other varieties*: **Why less processed? Quite simply, because it's good for you!** We gently crack the whole wheat berry and add a mix of

---

[298] Krom_POST2047.
[299] Krom_POST8332.

[300] Exhibit "A," Great Grains Label Timeline; Bernstein Deposition Tr. at Pages 198-204.

[301] *See* Exhibit "A," Great Grains Label Timeline.

grains to our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them without our grains for a great taste that's irresistible. **The result? A crispy, delicious, less processed whole grain cereal that's high in natural fiber.** . . . It's whole foods from the field to your bowl, with whole grains, fiber, and nutritious ingredients in every bite![302]

The back panel also displayed a Whole Grains Council stamp.[303] In addition, ▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉[304]

172.   In a fiscal year 2016 Business Plan, Post noted that ▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉[305]



### vi.   *Post's Continued and Expanded "Less Processed" Marketing*

173.   Over the next several years, ▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉ In a 2013 ▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉[306]▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉[307]

174.   In a 2014 ▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

---

[302] *See Ibid.*

[303] *See Ibid.*

[304] Krom_POST9652.

[305] Krom_POST9575.

[306] Krom_POST2835; *see also* Krom_POST2839 ▉▉▉▉▉▉▉

[307] Krom_POST2827; *see also* Krom_POST2840 ▉▉▉▉▉▉▉



[308] Post ████████████████████████████

███████████████████████████████████

[309] Post also ███████████

███████████████████████████████████

███████████████████████████████████

███ [310] The ████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████ [311]

175.    In a 2014 ████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

██████████████ [312]

176.    In 2014, Post also ██████████████

███████████████████████████████████

███████████████████████ [313]

---

[308] Krom_POST3306.
[309] Krom_POST3308.

[310] Krom_POST3309.

[311] Krom_POST7104.

[312] Krom_POST15666.

[313] Krom_POST4493; *see also* Krom_POST4495 (showing ████████████████████
████████████████████████████

177.    The next year, Post sought to ███████████████████
████████████████████████████████████████████████████████
█████████████████████████[314] Once again, one of Post's ███████████
███████████████████████████████████████[315]

178.    A document providing digital media recommendations for Great Grains'
fiscal year 2015 marketing suggested ██████████████████████████
███████████████████████████████,[316] A Fiscal Year
2016 █████████████████████████████████████████████
████████████████████████████[317]

179.    In its 2017 "████████████████████████████████████
████████████████████
████████████████████
████████████████████
████████████████████
██████[318]

180.    Recognizing that ███████████
████████████████████
████████████████████



*From Krom-POST948.*

---

[314] Krom_POST3783; Krom_POST4064 (same); *see also* Krom_POST8561 (████████
████████████████████████████████████████).

[315] Krom_POST3777; *see also* Krom_POST4069-71 (describing ████████████
██████.

[316] Krom_POST7081.

[317] Krom_POST6922.

[318] Krom_POST870.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[319]

181.   The ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮[320]

182.   Even while touting these messages, though, Post ▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮[321]

### vii.   The Success of Great Grains' "Less Processed" Messaging

183.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮[322] Based on Post's messaging for the brand, ▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮[323] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[324]

---

[319] Krom_POST948.

[320] Krom_POST1109.

[321] Krom_POST3333.

[322] Krom_POST15887 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[323] Krom_POST14730.

[324] See Krom_POST14799 (Quoting consumer describing Great Grains as ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

184.   It is not surprising, then, that ██████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████[325]

185.   So ████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████[326]██████████████████████████.[327]

186.   ████████████████████████████████████████

███████████████████████████[328]

187.   In an October 2011 "████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

[325] Krom_POST2415; *see also* Krom_POST1940 ("████████████████

██████████████); Krom_POST2533 ████████████████

Krom_POST2825 ██████████████████████████████████

████████████████████ Krom_POST2833 ████████████████

████████████████████

[326] *See* Krom_POST1820-25.

[327] *See* Krom_POST2569-83 (Post's apparent Re:think PowerPoint presentation); Krom_POST2527-33 (apparent handout).

[328] Krom_POST16427.

██████[329] Post further noted that ████████████████████████

████████████████████████████████████████████████████████

███████████████████[330] It explained that it was now ████████████

████████████████████████[331]

188.    In a 2013 Brand Plans document, Post stated that ███████████████

████████████████████████████████████████████████████████

███████████████[332]

189.    An April 2014 Business Plan noted that █████████████████████

████████████████████████████████████████████████████████

███████[333] It further stated that ████████████████████████████

████████████████████████████████████████████████████████

██████████████████████[334]

190.    In December 2015, Post noted in a slide titled ████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████[335]

[329] Krom_POST1971.

[330] Krom_POST1968.

[331] *Ibid.*

[332] Krom_POST2833.

[333] Krom_POST3770; *see also* Krom_POST4060 (same).

[334] Krom_POST3776.

[335] Krom_POST829.

191.    In planning for 2016, Post categorized Great Grains as ███████

████████████████████████████████████████████████████████████

██████████████████████████████[336]

192.    A business update deck dated August 8, 2016 reported that, ███████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████[337]

193.    One Post document notes that ██████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████[338]

### viii.    Great Grains' 2017 Packaging Refresh

194.    In June 2015, Post noted that ██████████████████████████████

██████████████████████[339] The █████████████████████████████████

████████████████████████████████████████████████████████████

██████[340] Later that year, Post noted a ██████████████████████

████████████[341] This was because ████████████████████████████████

---

[336] Krom_POST9386.

[337] Krom_POST903.

[338] Krom_POST10904.

[339] Krom_POST9558.

[340] Krom_POST9564.

[341] Krom_POST832.



[342] As a
result, one [redacted]
[redacted] [343]

195.   In early 2016, Post noted that [redacted]

[redacted]

[redacted] [344] Post noted that, while [redacted]

[redacted]

[redacted] [345] Nevertheless, Post said, a [redacted]

[redacted]

[redacted] [346]

196.   [redacted]

[redacted] [347] Claims that performed well included [redacted]

[redacted]

[redacted]"[348] Next, [redacted]

[redacted]

[redacted]

---

[342] *Ibid.*

[343] Krom_POST837.

[344] Krom_POST41016.

[345] Krom_POST41017.

[346] Krom_POST41016-17.

[347] Krom_POST10902.

[348] Krom_POST10906-909.



[REDACTED]"[349] [REDACTED].[350] Around the same time, Post [REDACTED] [REDACTED]"[351] It found that [REDACTED] [REDACTED][352] [REDACTED] [REDACTED] [REDACTED][353]

197. [REDACTED] [REDACTED].[354] The packaging [REDACTED] [REDACTED] [REDACTED] [REDACTED][355]

### ix.    *The Challenged Labeling Claims*

198.    Based on the foregoing, it is my opinion that the various labeling statements

Plaintiffs challenge for Great Grains conveyed a material health message to consumers.

Moreover, that messaging was bolstered by the context in which it was presented.

---

[349] Krom_POST10912.

[350] *See* Krom_POST10913-17.

[351] DI49.

[352] DI65-67.

[353] DI70-71.

[354] *See* Krom_POST906-907; Exhibit "A," Great Grains Label Timeline at Krom_POST 318 (RDP); Krom_POST 319 (CP); Krom_POST 329 (BNC); Krom_POST 330 (CAC).

[355] Krom_POST906.

199.    For example, it is clear that Great Grains' various "less processed" and "whole foods" representations were material based, first, ███████████████████ ██████████████████████████████████████████; and second, ████████ ██████████████████████████████████████████████████ ████████

200.    Moreover, it is clear to me that Post ████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ██████████████████████████████████████████

201.    This message was further bolstered through Great Grains' use of the WGC stamp, for the reasons I discussed earlier. And its current packaging leverages a "No High Fructose Corn Syrup" claim that is material to consumers, as I discussed earlier, as well.

**D.    Honey Bunches of Oats**

202.    The claims the putative Class challenges with respect to Post's Honey Bunches of Oats Cereal include:

• "Our Post Promise | No High Fructose Corn Syrup"

• "4 Wholesome Grains"

• "Wholesome Nutrition"; and

• Whole Grains Council Stamp ("WHOLE GRAIN; 10g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org")

203.    The claims the putative Class challenges with respect to Post's Honey Bunches of Oats - Whole Grain Cereal include:

• "Our Post Promise | No High Fructose Corn Syrup"

• "WHOLE GRAINS – good for your family… good for you."

• "a smart step toward eating a balanced diet"

• "rich in nutrients…important for moms-to-be and growing children."

• "Fiber fills you up, helps keep you satisfied and is important to maintain digestive health."

• Whole Grains Council Stamp ("WHOLE GRAIN; 33g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org")

204.    In my experience, these claims are likely to be material to reasonable consumers. Post's documents support my opinion in this regard.

### i.    Brand Research and Positioning

205.    Honey Bunches of Oats cereal (HBO) was ██████████████████████

██████████████████████████████████████████[356] It is ██████████████████████████████████████████████████████████"[357]

██████████████████████████████████████[358] As a result, ████████████████████████████████████████████████

████████████████████████████████████████████████

██████[359]

206.    During the 2000s, Post ██████████████████████████.[360]

By 2010, HBO had ████████████████████████████████████████

██████"[361] ██████████████████████████████.[362] However, there had been "[n]o real



---

[356] Krom_POST8529.

[357] Krom_POST8530.

[358] *Ibid.*

[359] Krom_POST486; *see also* Krom_POST633 ████████████████████

████████████████████████████████

[360] *See* Krom_POST1398.

[361] Krom_POST1374.

[362] Krom_POST1400.



███████████████████████████████████████[363] and ████████████

█████████████████████████████████████████████████

██████[364]

207.   As of that time, Post had ███████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████[365] Post's ████████████████████████████

█████████████████████████████████████████████████

██████[366] Post was optimistic, noting that ███████████████████

█████████████████████████████████████████████[367]

However,  because ██████████████████████████████████

█████████████████████████████████████████████████

███████████[368] Post knew it had to █████████████████████

█████████████████████████████████████████████[369]

Post explained that █████████████████████████████████

---

[363]  Krom_POST1374;  *see  also*  Krom_POST1400 ███████████████
████████████████████

[364]  Krom_POST1403; *see also* Krom_POST1424 ████████████████
██████████████████

[365] Krom_POST1402.

[366] Krom_POST1403.

[367] Krom_POST1402.

[368] Krom_POST1389.

[369] Krom_POST1403.

███████████████████████████████████████ [370] So Post crafted

its HBO campaign to message ████████████████████████ [371] and

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████ [372] █████████████████

████████████████████████████████ [373]

208.   As is typical in the packaged-goods business, Post █████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████ [374]

209.   To refresh the brand, Post commissioned ██████████████

██████████████████████████████████████████████

██████████ [375] One concept was, ██████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

---

[370] *Ibid.*; *see also* Krom_POST10696-97 ████████████████████

████████ (emphasis in original)).

[371] Krom_POST1405.

[372] Krom_POST1405 (emphasis added).

[373] Krom_POST1407. *See also* Krom_POST5383 ████████████

██████████████████████████████████

[374] Krom_POST1407.

[375] Krom_POST1401.

██████████████ [376] The concepts were ████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████ [377]

210.   ████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████ [378] – into the "████████████████ [379] where

consumers ████████████████████████████████████████████

████████████████████████ [380] These consumers seek a ████████████████

████████████████████████████████████████████████████

██████ "[381]

211.   To expand HBO, Post recognized that although ████████████████

████████████████████████████████████████████████████ [382]

In fact, Post knew one ████████████████████████████████████████

████████████████████████████████████████████████████

████████████ [383] Accordingly, Post planned ████████████████████████

---

[376] *Ibid.*

[377] Krom_POST5389.

[378] Krom_POST2129; *see also* Krom_POST13960 (describing ████████████████
████████████████████.

[379] *See* Krom_POST13910-11.

[380] Krom_POST13958.

[381] Krom_POST13977; *see also* Krom_POST14002 (████████████████████████
████████████████████████

[382] Krom_POST14004; *see also* Krom_POST2129 ████████████████████
████████████████████████████████████████

[383] Krom_POST2130.

[384] Post believed one

[385] Further, because HBO was

[386]

212.    These concepts were reiterated in a slide describing HBO's

"[387] Moreover, HBO's

"[388] The

[389] and the

---

[384] Krom_POST14004.

[385] Krom_POST2134.

[386] Krom_POST2135.

[387] Krom_POST1398.

[388] Krom_POST1373.

[389] Krom_POST4504.

Krom_POST10941.

███████████████████████████████████████████████

████████████████████████████ [390]

213.   Post also anticipated a ████████████████████████████

████████████████████████████████████████ [391] The

basic message was, ████████████████████████ [392] This would be

complimented by ████████████████████████████

███████████████████████████████████████████████

████████████████████ [393]

214.   In a 2011 document ████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████ [394]

215.   A document titled ████████████████████████████

███████████████████████████████████████████████

---

[390] Krom_POST4504; *see also* Krom_POST1405.

[391] Krom_POST1411.

[392] Krom_POST1412.

[393] Krom_POST1417; *see also* Krom_POST1428 ████████████

████████████████████████████████████████████████

[394] Krom_POST1930.



216.   In early 2012, Post held an HBO ████████████████████████
████████████████████████[396] ████████████████████████
████████████████████"[397] Post noted that ████████████
████████████████████████████████████████████████
████████████████[398] Post also noted that the
then-current ████████████████████████████████████████
████████████████████[399] The new
"HBO Story" was expressed as follows:



---

[395] Krom_POST1925.

[396] Plaintiffs' Deposition Exhibit 142.

[397] *Ibid.* at 7.

[398] *Ibid.* at 14.

[399] *Ibid.* at 20.

[400] *Ibid.* at 23.

217.    Post's work showed that ███████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████[402]

218.    In May 2012, Post noted that ████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████[403] including ████████████

████████████████████████████████[404]

219.    When the Class Period began, HBO's packaging contained several health

and wellness claims.[405] The ███████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████[406] When ████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████ "[407]



---

[401] *Ibid.* at 27 (showing "███████████████████████████████████████████
█████████████████████████████████████████████ ; *see also ibid.*
at 30 ███████████████████████████████████████████████████████████
███████████████████ *ibid.* at 32 ████████████████████████████████
██████████████████████████████████████████

[402] *Ibid.* at 25.

[403] Krom_POST14021.

[404] Krom_POST14051.

[405] *See* Exhibit "B," Honey Bunches of Oats Label Timeline, at Krom_POST11; *compare*
Krom_POST2998 (showing HBO lineup as of November 16, 2012).

[406] Plaintiffs' Deposition Exhibit 140.

[407] Krom_POST1840.

220.    In December 2012, ███████████████████████████████

████████████████████████████████████.[408] One question it sought to answer

was ██████████████████████████████████████████████████████

██████[409] The research showed, ████████████████████████████

████████████████████████████████████████████████████████████

███████████████[410]



221.    By the beginning of 2013, HBO's packaging had been redesigned.[411] Post

also introduced two Greek Yogurt varieties of HBO in early 2013.[412]

222.    A May 2013 document titled █████████████████████████████

█████[413] ████████████████████████████████████████████████

████████████████████████████████████████████████████████████

█████████████████████████████████[414] A profile of the ████████████████



---

[408] Krom_POST14404-524.

[409] Krom_POST14428.

[410] *Ibid.*; *see also* Krom_POST14463 ████████████████████████████████
███████████████████████████████████████████████████████████████
██████████████

[411] *See* Exhibit "B," Honey Bunches of Oats Label Timeline at Krom_POST30 (November 2012 HBO Honey Roasted label proof); Krom_POST17045 (showing "New Packaging" in "1H 2013").

[412] *See* Exhibit "B," Honey Bunches of Oats Timeline; Krom_POST17041 (noting "Launch in May 2013").

[413] Krom_POST3229.

[414] Krom_POST3232.



223.    A November 2013 report on an

224.    Notably, in

225.    A January 2014

---

415 Krom_POST3240.

416 Krom_POST14735.

417 *Ibid.*

418 *Ibid.*

419 *Ibid.*

420 Krom_POST17204.

███████████████████████████████████████████[421] And in
response to the question, ████████████████████████████████████
███████████████████████████████████████████[422]

226.   A 2014 document titled "█████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████████[423]

227.   By April 2014, the ██████████████████████████[424]
Nevertheless, in a July 2014 ████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████[425] ████████████████
████████████████████████████████████████████████████████
█████████████.

228.   Following the 2013 redesign, ████████████████████████
████████████████████████████████████████████,[426] ███████████

---

[421] Krom_POST20276.

[422] Krom_POST20280.

[423] Krom_POST8383.

[424] Krom_POST3820.

[425] Krom_POST4374.

[426] *See* Krom_POST3907.



███████████████[427]█ ██████████████████████████████

████████████████[428] ████████████████████████████████

██████████████████████████████████[429] and so

█████████████████████████████████████████████████

██████████████[430]

     229.   ████████████████████████████████

██████████████████████████████████████████████████

██████████████[431] Testing revealed that ████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████[432] ██████████████████████████

████████████████████████[433]

---

[427] *See* Krom_POST3913.

[428] Krom_POST3912; *see also* Krom_POST3938 ████████████████████████

██████████.

[429] Krom_POST3914.

[430] Krom_POST3916.

[431] *See* ██████████████████████████████████████

██████████████████████████████████

[432] ██████████████████████████████████████████

██████████████████████████████████████████████

[433] Krom_POST575.

230.   In November 2014, ███████████████████████████

███████████████████████████.[434] It noted that, ███████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████[435] One HBO television commercial ████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████[436] ███████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████[437] ███████████████████████████████████████[438].



---

[434] *See* Culturati Report titled "U.S. Hispanic Quantitative and Qualitative Research Regarding Honey Bunches of Oats Animatic Evaluation."

[435] *Ibid.* at 2.

[436] *Ibid.* at 7.

[437] *Ibid.* at 8.

[438] Bernstein Deposition Transcript, Pages 370-371.

### ii.    HBO Whole Grain

231.    In  around  early  2014,  Post  began  considering  a  ████████████████

████████████.[439] This was because █████████████████████████████████████████

████████████.”[440] At the time, █████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

██████”[441] In testing, the █████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████[442]

232.    The concept tested included the statement, ████████████████████████

████████████████████████████████████████████████████████████████████████████

██████████████”[443] In addition to ██████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████[444]

233.    In March 2014, Post performed ██████████████████████████████████████

████████████████████████████████████.[445] It found that ████████████████████

████████████████████████████████████[446] Post also noted that, ██████████████

---

[439] *See* Krom_POST20116-21.

[440] Krom_POST20117; *see also* Krom_POST19244██████████████████████████████████
███████████████████████.

[441] Krom_POST20117.

[442] *Ibid.*

[443] Krom_POST20119.

[444] Krom_POST20120 (emphasis in original).

[445] Krom_POST3649-50.

[446] Krom_POST3649.

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████ [447] Post believed it should ████████████████████

██████████████████████████████████████████████████

████████████████████████ [448] Finally, Post noted it should ████████

██████████████████████████████████████████████████

██████████████████████████████████████ [449]

234.    Post introduced HBO's Whole Grain line extension in around September 2014, with two varieties, Vanilla Bunches, and Honey Crunch, in 18 oz. boxes.[450]

235.    In a Honey Bunches of Oats ████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████ [451] A ██████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████ [452]

---

[447] Krom_POST3650.

[448] *Ibid.*

[449] *Ibid.*

[450] *See* Exhibit "B," Honey Bunches of Oats Label Timeline.

[451] Krom_POST558.

[452] Krom_POST594.

### iii.    HBO's 2017 Packaging Refresh

236.    Around the same time, 2014, Post began to ███████████████████
████████████████████████████[453] Though it ████████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████
████████████████████████████████████[454]

237.    Nevertheless, █████████████████████████████████████
██████████████████.[455] It found that the █████████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████[456]

238.    Despite the ██████████████████████████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████████████[457]

239.    In  April  2015, ██████████████████████████████████████████
██████████████████████████████████████████████████████████████████

---

[453] Krom_POST5562.

[454] *Ibid.*

[455] Krom_POST5563.

[456] *Ibid.*; *see also* Krom  POST5789 ██████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████████████████ Krom_POST5383.

[457] Krom_POST5766.

██████████████████████[458]████████████████████████████████████

████████████████████████████[459] One campaign Post was considering – ████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████████████[460]███████

██████████████████████████[461]
.

240.   In 2015, Post ██████████████████████████████████████

██████████████████████████████████████████████████████████████

███████[462] It found that ███████████████████████████████████

██████[463]██████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

█████████████████[464]████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

█████████████████████████████████████████ ██[465]

---

[458] ████████████████████████████████████████████████████████
████████████████████████████

[459] *Ibid.* at 8; *see also Ibid.* at 18 ████████████████████████
████████████████████████████████

[460] *Ibid.* at 13.

[461] *See* Krom_POST557.

[462] Krom_POST10219.

[463] Krom_POST10222.

[464] Krom_POST10223.

[465] *See* Krom_POST10226; *compare* Krom_POST10231 ████████████
████████████████████████

241.    In March 2016, ████████████████████
████████████████████████████████████████
██████████████████████ ⁴⁶⁶

242.    In a 2016 Brand Brief, Post described HBO's ████████
████████████████████████████████████████
████████████████████████████ ⁴⁶⁷ In a slide detailing ████
████████████████████████████████████████
████████████████████████████████████████
████████████████ "⁴⁶⁸ The "████████████████
████████████████████████████████ ⁴⁶⁹

243.    The 2017 Brand Plans for HBO, described ████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████ ⁴⁷⁰

244.    Another Post analysis in February 2017 found, ██████████
████████████████████████████████████ .⁴⁷¹

---

⁴⁶⁶ Krom_POST10691.

⁴⁶⁷ Krom_POST553; *see also* Krom_POST577 (████████████████████
████ .

⁴⁶⁸ Krom_POST594.

⁴⁶⁹ *Ibid.*

⁴⁷⁰ Krom_POST520.

⁴⁷¹ Krom_POST11002, 11004-1006, 11009.

245. ███████████[472] in around August 2017, ████████████████
████████████████.[473]

#### iv.    *The Success of HBO's Health and Wellness Messaging*

246.    Post's health and wellness advertising for HBO ████████████

████████████████████████████[474] ████████████████

████████████████████[475] In  2014,  ████████████████

████████████████████████████████████

████████████████.[476] Similarly, ████████████████████

████████████████[477] Responses ████████████████████

████████.[478]

---

[472] *See* Krom_POST5772.

[473] *See*, *e.g.*, Exhibit "B," Honey Bunches of Oats Label Timeline, at Krom_POST215-18.

[474] Krom_POST465.

[475] Krom_POST747.

[476] Krom_POST5601.

[477] CRDTAP118.

[478] *See*  CRDTAP119 ████████████████████████
████████.

*v.*     ***The Challenged Labeling Claims***

247.     Based on the foregoing, it is my opinion that the various labeling statements Plaintiffs challenge for Honey Bunches of Oats conveyed a material health message to consumers. Moreover, that messaging was bolstered by the context in which it was presented.

248.     First, the "Our Post Promise | No High Fructose Corn Syrup" claims and WGC Stamp conveyed a material health message for the reasons I have discussed above. Notably, the "Our Post Promise | No High Fructose Corn Syrup" was on the top flap of the box. As shown in the image below, that the statement *would* be visible in the store (*i.e.*, it is not covered by the opposing flap).



Second, despite its small size, I believe it was strategically colored and positioned to catch the consumer's attention and give him or her reassurance – after all, a consumer *must* look at the top of the box, if not in the store, then later, at home (giving the consumer reassurance for the subsequent purchases).

249.    Second, the "4 wholesome grains" and "wholesome nutrition" claims on HBO, especially in combination with the Whole Grain Council stamp, conveyed a material message to consumers that the product is healthy. Consumers believe "wholesome" is a euphemism for healthy, and its use as a modifier of "grains" additionally reinforces the whole grain messaging that consumers associate with healthy foods. The word "nutrition," is also evocative of "nutrients," the presence of which consumers similarly associate with healthy foods, as well as "nutritious"—another euphemism for healthy. Accordingly, "wholesome nutrition," as well as the "rich in nutrients…important for moms-to-be and growing children" claim on HBO Whole Grain, both convey the material message that HBO is healthy, and therefore drive purchase decisions. Further, because parents are concerned about their children's nutrient intake and general growth and development, the "rich in nutrients" claim is material to those targeted consumers.

250.    HBO Whole Grains' packaging also contained the phrase "WHOLE GRAINS – good for your family… good for you." In my experience, consumers understand "good for you" to mean "healthy," and would take the statement "good for your family" in this context to mean "healthy for your family." Because health sells, with family health being particularly important to HBO's targeted "All Family" consumers, these claims convey a material message that motivated consumers' purchasing decisions.

251.    The "a smart step toward eating a balanced diet" claim also sends a material health message. In my experience, food manufacturers sometimes use "buzz" or "code" words to allude to health benefits. In the context of food, referring to a "smart" choice or a "balanced" meal or diet inevitably suggests that the food being referred to is healthy.

252.    Lastly, as discussed at length throughout this report, fiber claims relating to satiation and digestive health are among the top compelling health claims and are quite important to consumers looking to purchase RTE cereal, particularly adults and parents.

### E.    Honey Bunches of Oats Granola

253.    The claims the putative Class challenges with respect to Post's Honey Bunches of Oats Granola include:

• "[I]t's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love."

• Whole Grains Council Stamp ("100% WHOLE GRAIN; 33g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org")

254.    In my experience, these claims are likely to be material to reasonable consumers. Post's documents support my opinion in this regard.

### i.    Product Positioning

255.    Post introduced Honey Bunches of Oats Granola (HBO Granola) in around February 2013, ██████████████████████████████████████ ██████████████ [479] In a ████████████████████████████ ███████████████████████████████████████████████████████ ██████████████████████████████████ [480]

256.    Initially, HBO Granola's back panel included a Facebook promotion (as well as a WGC Stamp).[481] That ended in around March 2014, and a "regular" back panel was displayed thereafter. In addition to the WGC Stamp, the panel contained the statement,

---

[479] Krom_POST19282.

[480] Krom_POST17049.

[481] *See* Exhibit "C," Honey Bunches of Oats Granola Label Timeline, at Krom_POST336 (Cinnamon); Krom_POST84 (Raspberry); Krom_POST335 (Honey Roasted).

"it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love."[482] This appeared in the context of a sentence touting the product's fiber and whole grain content.[483]

257.   Post 

.[484] It found that



[486] Since



[487] Thus,



"[488]

## ii.     The Challenged Labeling Claims

258.   Based on the foregoing, it is my opinion that the various labeling statements Plaintiffs challenge for Honey Bunches of Oats Granola conveyed a material health message to consumers. Moreover, that messaging was bolstered by the context in which it was presented.

---

[482]   *See ibid.* at Krom_POST336 (Cinnamon); Krom_POST296 (Raspberry); Krom_POST125 (Honey Roasted).

[483]   *See ibid.*

[484]   Krom_POST19280; *see also* Krom_POST19282-86.

[485]   Krom_POST19284.

[486]   Krom_POST19283.

[487]   Krom_POST19284.

[488]   Krom_POST19283.

259.    First, the WGC Stamp conveyed a material health message for the reasons I have discussed above.

260.    Second, the claim that HBO Granola is "the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love," conveys the material message that HBO Granola delivers the perfect balance of health and taste that consumers are searching for in RTE cereal, particularly in the ███ ████████ category. For example, in 2015 ██████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ██████████[489] In my experience, consumers interpret both "wholesome" and "goodness," when used on food packaging, to mean that a product is healthy and good for them. "Wholesome" also evokes the concept of whole foods, such as whole grains, which consumers further associate with health. In sum, this statement conveys to consumers the material message that HBO Granola is healthy without sacrificing taste.

## F.    Raisin Bran

261.    The claims the putative Class challenges with respect to Post's Raisin Bran include:

• "Contains NO HIGH FRUCTOSE Corn Syrup" / "No High Fructose Corn Syrup"

• "Healthy"

• "Nutritious"

• "Fiber is good for digestive health"

---

[489] Krom_POST10222-23.

• Whole Grains Council Stamp ("WHOLE GRAIN; 23g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org")

262.    In my experience, these claims are likely to be material to reasonable consumers. Post's documents support my opinion in this regard.

### i.    Product Positioning

263.    Internally, Post designates Raisin Bran as



266.    When the Class Period began in August 2012, the top of the cereal's front panel bore a prominent "Contains NO HIGH FRUCTOSE Corn Syrup" claim, while its side panel displayed a large Whole Grains Council stamp, and the statement, "Where

---

[490] Krom_POST4107.

[491] *Ibid.*

[492] Krom_POST17156.

[493] Krom_POST17175.

[494] Krom_POST1190.

nutritious and delicious live in harmony."[495] Other elements of the packaging were complimentary to these challenged health and wellness claims, including a statement on the side panel, "Post NATURAL ADVANTAGE," explaining that the cereal contained "100% Natural Ingredients," along with fiber and whole grain call-outs and imagery on the back panel. The back panel also included a recipe, mimicking one of Post's ███████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████[496]

267.    In early 2013, Post redesigned the label.[497] The new packaging included "No High Fructose Corn Syrup" claim and WGC stamp, added a claim that "Fiber is good for digestive health," on the back, and also added a Word Search game on the back panel, with words obviously meant to invoke Raisin Bran, including "Healthy" and "Nutritious."[498] Notably, ███████████████████████████████████████

█████████████████████████████[499] ██████████████████████

████████████████████[500]

---

[495] *See* Exhibit "D," Raisin Bran Label Timeline, at Krom_POST302.

[496] Krom_POST10111.

[497] *See* Exhibit "D," Raisin Bran Label Timeline, at Krom_POST61, 62.

[498] *Ibid.*

[499] Krom_POST17630.

[500] *Ibid.*



268.   In attending a June 2013 ███████████████████████████████████████████████████████████████████████████████████████████████████████████████ [501]

269.   A May 2014 █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ [502]

270.   The ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ [503]

---

[501] Krom_POST18738.

[502] Krom_POST4153.

[503] Krom_POST4163.

271.    In around March 2015, Post removed the "No HFCS" claim from Raisin Bran's packaging, and put it its place a "Chef's Best" seal.[504]

272.    In 2016, Post



[508] and that is the concept Post ultimately chose,[509]

273.    This packaging removed most of the challenged health and wellness claims, but the Whole Grains Council stamp remained. Moreover, Post added the nutrient content claim, "Excellent Source of Fiber," and the health claim, "Heart Healthy," prominently

---

[504] *See* Exhibit "D," Raisin Bran Lael Timeline, at Krom_POST199; *see also* Krom_POST8624 ("New Chef's Best Seal – On Package June '15 thru Jan '17").

[505] DI90.

[506] DI95; *see also* DI114

[507] DI96.

[508] *Ibid.*

[509] *See* Exhibit "D," Raisin Bran Lael Timeline, at Krom_POST328.

[510] Krom_POST1100.

along the top of the front panel. The back panel touted the product's fiber, vitamins and minerals, whole grain, and lack of preservatives.[511]

274.     In a 2016 sales document, Post noted that ████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████"[512]

### ii.     The Challenged Labeling Claims

275.     Based on the foregoing, it is my opinion that the various labeling statements Plaintiffs challenge for Raisin Bran conveyed a material health message to consumers. Moreover, that messaging was bolstered by the context in which it was presented.

276.     First, the WGC Stamp and "No High Fructose Corn Syrup" claims conveyed a material health message for the reasons I have discussed above. Moreover, the "no high fructose corn syrup" claims on Raisin Bran were even more prominent than the other products discussed above. Indeed, an ██████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████"[513]

277.     Second, "healthy" and "nutritious", which appeared on the back of a version of Raisin Bran in a crossword puzzle, as pictured below, were material to consumers. In my experience, consumers view "nutritious" as a euphemism for healthy and believe it further represents foods that contain healthy nutrient profiles. Because health is among the

---

[511] Exhibit "D," Raisin Bran Lael Timeline, at Krom_POST328.

[512] Krom_POST41004.

[513] Krom_POST4153.

top concerns for virtually all RTE cereal consumers, these claims were clearly material to consumers.

278.    Lastly, as discussed at length throughout this report, fiber claims, and particularly those relating to digestive health, are among the top compelling health claims and are exceedingly important to consumers, especially adults and parents, looking to purchase RTE cereal.

**G.    Bran Flakes**

279.    The claims the putative Class challenges with respect to Post's Bran Flakes include:

• "DIETARY FIBER TO HELP MAINTAIN DIGESTIVE HEALTH"

• "Contains no high fructose corn syrup"

• "Whole grains provide fiber and other important nutrients to help keep you healthy."

• "FIBER TO HELP WITH WEIGHT MANAGEMENT"

• Whole Grains Council Stamp ("WHOLE GRAIN; 17g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org")

280.    In my experience, these claims are likely to be material to reasonable consumers. Post's documents support my opinion in this regard.

> ### *i.    Product Positioning*

281.    A March 2012 ██████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████[514]

---

[514] Krom_POST1190.

282.    Moreover, 

[515]

283.    After attending a June 2013 ████████████████
████████████████████████████████████████████

████████ [516] Accordingly, consumers find the "weight management" claim to be compelling.

284.    The Post Bran Flakes package devotes a substantial portion of its front facing panel to a snipe that includes the words "Digestive Health," with the word "Health" emphasized by treating it in boldface. And it includes a litany of additional health claims and cues. For example, "Contains no high fructose corn syrup" is also importantly featured right in the middle of the package face. The back of the package features three claims that are contested by plaintiffs in this matter: "Whole Grains for Your Healthy Lifestyle," "Fiber For Your Digestive Health," and "Fiber to Help With Weight Management," each of which is followed by copy that purports to support those claims.[517]

### ii.    The Challenged Labeling Claims

285.    Based on the foregoing, it is my opinion that the various labeling statements Plaintiffs challenge for Bran Flakes conveyed a material health message to consumers. Moreover, that messaging was bolstered by the context in which it was presented.

286.    First, the WGC Stamp and "No High Fructose Corn Syrup" claims conveyed a material health message for the reasons I have previously discussed.

---

[515] Krom_POST11100.

[516] Krom_POST18738.

[517] *See* Exhibit "E," Bran Flakes Label Timeline.

287.    Second, as discussed at length throughout this report, fiber claims, especially those relating digestive health and weight management are among the top compelling health claims and are exceedingly important to consumers looking to purchase RTE cereal, particularly adults and parents. The prominence and green banner callout of Bran Flakes' digestive health claims further grab the consumers' attention and motivate purchase behavior. Consumers understand that when a product attribute or purported benefit is trumpeted loudly on a package, it should be taken as an important and meaningful message. This means that these sorts of messages are highly likely to be material to a substantial number of consumers, giving them rational reasons to consider purchasing the product. Moreover, Post even explicitly states the fiber "and other important nutrients" will "keep you healthy," further solidifying the health message conveyed through its various fiber claims.

288.    Many of the products or services I helped promote during my many years in the advertising business were intended primarily for older consumers (e.g., boomers, Generation X'ers, etc.). My clients included restaurant chains, cruise lines, packaged goods companies, giant healthcare systems and both life and health insurance companies. My work on those accounts opened my eyes – even when I was still relatively young – to the fact that as a practical reality there comes a time in just about everyone's life when eating habits change to accommodate the aging process. Thus, claims such as "Whole Grains for Your Healthy Lifestyle," "Fiber For Your Digestive Health," and "Fiber to Help With Weight Management" are often very meaningful to people as they pass forty and thus influence their purchase behavior.

## H.     Honeycomb

289.     The claims the putative Class challenges with respect to Post's Honeycomb include:

• "Nutritious" (in "Nutritious Sweetened Corn & Oat Cereal")

• Whole Grains Council Stamp ("WHOLE GRAIN; 8g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org")

• "Why Vitamin D? – Many kids are not getting enough Vitamin D; - Important for a growing child's health needs; - Promotes healthy bones and teeth by helping the body absorb calcium"

290.     In my experience, these claims are likely to be material to reasonable consumers. Post's documents support my opinion in this regard.

### *i.     Product Positioning*

291.     Honeycomb was launched in 1985 and is one of Post's best-selling cereals. Its



[518] Post has noted that a [520] [521]

---

[518] Krom_POST1111.

[519] Krom_POST1075.

[520] Krom_POST17020.

[521] Krom_POST1092.

292.    Internally, ███████████████████████████████████████

███████████████████████████████████████████.[522] A 2013 presentation of

████████████████████████████████████████████████████████████

████████████████.[523] And an internal document ████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████[524] Further, ███████

███████████████████████████████████████████"[525]

293.    The Children's Food and Beverage Advertising Initiative (CFBAI) was

"████████████████████████████████████████████████████████████

████████[526] Post noted it would ████████████████████████████████

████████.[527] Notably, ██████████████████████████████████████████

████████████████████████████████████████████████████████████

████.[528]

294.    Nevertheless, Amazon.com's product description for Honeycomb cereal

focuses entirely on health cues: a) Contains whole-grain wheat and oat flour; b) Rich in

iron and Vitamin A, and c) Low in fat and 1% cholesterol free. Millions of consumers rely

on Amazon for product information about the products they are considering buying. I have



---

[522] *See* Krom_POST9391.

[523] Krom_POST14732.

[524] Krom_POST1119.

[525] Krom_POST14815.

[526] Krom_POST11310.

[527] *Ibid.*

[528] *See* Krom_POST11313, 11315.

been advised by Amazon that the product descriptions listed on its website are typically provided by the product's manufacturer or third-party distributor.

295.    Post's  [529] To

[530]

296.    As discussed more above, consumer research shows that

[531]

[532]

297.    It is no wonder, then, that Honeycomb's packaging described the product as "Nutritious Sweetened Corn & Oat Cereal," and stated that "Vitamin D" was "Important for a growing child's health needs," because it "Promotes healthy bones and teeth by helping the body absorb calcium."[533] The boxes also contained a WGC Stamp on the top flap.[534]

---

[529] Krom_POST1119.

[530] *Ibid.*

[531] Krom_POST20898.

[532] Krom_POST18738.

[533] *See* Exhibit "F," Honeycomb Label Timeline, at Krom_POST15, 50, 52, 107, 150, 161, 234, 235, and 272.

[534] *See ibid.* at Krom_POST15, 50, 52, 150, 161, 234, and 235.

298.    In early 2017, Post substantially redesigned the packaging, dropping "Nutritious" from the product description, and removing the WGC Stamp,[535] ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮.[536] More recently, Post put the WGC Stamp back on.[537]

### ii.    The Challenged Labeling Claims

299.    Based on the foregoing, it is my opinion that the various labeling statements Plaintiffs challenge for Honeycomb conveyed a material health message to consumers. Moreover, that messaging was bolstered by the context in which it was presented, such as the splashing milk that is another cue that connotes "health."

300.    First, the WGC Stamp conveyed a material health message for the reasons I have discussed above.

301.    Second, the "Nutritious" (in "Nutritious Sweetened Corn & Oat Cereal") conveyed a material health message to consumers. "Nutritious" is one of the many buzz words that food marketers use to communicate that their products contribute to a healthy lifestyle. In my experience, consumers view "nutritious" as a euphemism for healthy and believe it further represents foods that contain healthy nutrient profiles. Because health is among the top concerns for virtually all RTE cereal consumers, these claims were clearly material to consumers. Further, the use of nutritious within "nutritious sweetened corn & oat cereal" further conveys the message that the cereal is healthy notwithstanding that it is sweetened and Post documents demonstrate that the balance of taste and health is a key purchase driver among consumers, as discussed in more detail above.

---

[535] *See ibid.* at Krom_POST327.

[536] *See* Krom_POST1126.

[537] *See* Exhibit "F," Honeycomb Label Timeline, at Krom_POST58674-75.

302.   Lastly, Honeycomb's "Vitamin D" claim is material, particularly to parents, as they are highly concerned with their children's' oral health, bone health, and general growth and development. This claim also reinforces the "nutritious" claim, which consumers view as evocative of a positive nutrient profile.

**I.    Alpha-Bits**

303.   The claims the putative Class challenges with respect to Post's Alpha-Bits include:

• "NO HIGH FRUCTOSE CORN SYRUP!"

• "ALPHA-BITS IS A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN"

• "Makes a Smart Snack!"

• Whole Grains Council Stamp ("WHOLE GRAIN; 23g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org")

304.   In my experience, these claims are likely to be material to reasonable consumers. Post's documents support my opinion in this regard.

*i.    Product Positioning*

305.   Post first introduced Alpha-Bits—cereal shaped like letters—in 1958. In around July 2012, Post entered into a deal to use characters from a PBS Kids show, *Super Why*, on the product's packaging, which is the packaging that was in use when the Class Period began.[538] Initially, the packaging contained 11.5 oz., but it was increased to 12 oz. in around March 2013 ███████████████████████████████████ ███████.[539] In around December 2016, the packaging was redesigned to a pirate theme,

---

[538] *See* Exhibit "G," Alpha-Bits Label Timeline, at Krom_POST53.

[539] *See ibid.* at Krom_POST86; *see also* Krom_POST16518; Krom_POST17072 ██████████ ██████

though it maintained several of the challenged claims.[540] Finally, in the beginning of 2018, Post apparently removed all challenged claims other than the WGC Stamp.[541]

306.   A document reflecting Alpha-Bits' █████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████[542] Reasons to buy included "you can feel good about your kids eating it," "[g]reat taste and great nutrition to start the day," "[l]oaded with nutrients like iron and Vitamin D, for your growing child," and "[p]acked with the nutrients your child needs to stay healthy."[543]

## ii.   The Challenged Labeling Claims

307.   Based on the foregoing, it is my opinion that the various labeling statements Plaintiffs challenge for Honeycomb conveyed a material health message to consumers. Moreover, that messaging was bolstered by the context in which it was presented.

308.   The discussion above concerning the "Our Post Promise | No High Fructose Corn Syrup" Claim is equally applicable to the "NO HIGH FRUCTOSE CORN SYRUP!" claim that appeared on Alpha-Bits.

309.   The "Good Source of Nutrients" / "Building Blocks for Your Child's Developing Brain" claims, while speaking to benefits for children, are aimed at the parents likely to be purchasing food for their children. During my advertising agency career, I helped promote hundreds of Mattel toys and games, Hershey's chocolates, Pepperidge

---

[540] *See* Exhibit "G," Alpha-Bits Label Timeline, at Krom_POST326.

[541] *See ibid.*

[542] Krom_POST2212.

[543] *Ibid.*

Farm cookies, Nabisco toaster pastries, Disney movies, videos and theme parks and, of course, Post children's cereals. Every client I worked with that marketed products for kids understood that parents like to feel good about the products they buy for their children; they want to believe they are "doing the right thing" by their kids. In my experience, telling parents that the food will help their children's brain development is highly likely to be material. For example, a 2017 ██████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████ [544]

310.    A Post ██████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████. [545]

311.    Finally, the discussion above concerning the WGC Stamp is equally applicable to Alpha Bits.

**J.    Waffle Crisp**

312.    The claims the putative Class challenges with respect to Post's Waffle Crisp include:

• "NO HIGH FRUCTOSE CORN SYRUP"

• "Iron & Zinc for Growth"

313.    In my experience, these claims are likely to be material to reasonable consumers. Post's documents support my opinion in this regard.

---

[544] Krom_POST3540.

[545] Krom_POST5327.

### i.    *Product Positioning*

314.    A 2017 presentation called 

[547] And a Post document about Honey Bunches of Oats noted the fact ████████████████████████████[548]

315.    During the Class Period Waffle Crisp was available in an 11.5 oz. package. Throughout that time, until the product was discontinued in approximately August 2018,[549] its front panel displayed in a green banner, prominent on the packaging's yellow background, the phrase, "NO HIGH FRUCTOSE CORN SYRUP."[550] Early in the Class Period, until around November 2012, the message was repeated on the product's top flap.[551] For a large portion of the Class Period, the side panel displaying the Nutrition Facts label also included, above the Nutrition Facts, also in a prominent green banner, the phrase, "Iron & Zinc for Growth."[552] That phrase was set forth in the banner along with the nutrient content claims, "Low in Saturated Fat," and "10 Essential Vitamins and Minerals."[553] In

---

[546] Krom_POST3524.

[547] Krom_POST20898.

[548] Krom_POST10698.

[549] https://en.wikipedia.org/wiki/Waffle_Crisp (accessed 4/17/2019).

[550] *See* Exhibit "H," Waffle Crisp Label Timeline.

[551] *See ibid.* at Krom_POST5.

[552] *See ibid.* at Krom_POST5, 42, 38, 121, 122, 203, and 204.

[553] *See ibid.*

around October 2016, Post removed both "Iron & Zinc for Growth," and "Low in Saturated Fat."[554]

### ii.    *The Challenged Labeling Claims*

316.    Based on the foregoing, it is my opinion that the various labeling statements Plaintiffs challenge for Waffle Crisp conveyed a material health message to consumers. Moreover, that messaging was bolstered by the context in which it was presented.

317.    First, the "No High Fructose Corn Syrup!" claim, prominently featured in the snipe across the top of the package conveyed a material health message for the reasons I have discussed above.

318.    Second, claims such as "Iron & Zinc for Growth" resonate especially positively with parents, whom research shows are particularly concerned with their children's nutrient intake and general growth and development. The claims suggest "healthiness," helping rationalize the purchase decision.

\* \* \*

319.    **The facts stated above further reinforce my opinion that the Post's health and wellness labeling claims challenged in this lawsuit are material to reasonable consumers and are likely to influence the purchasing decision process.**

### VII. CONTEXT PLAYS AN IMPORTANT ROLE IN HOW POST COMMUNICATES HEALTH BENEFITS

320.    One of the challenges that advertising copywriters frequently face is coming up with ways to "take the edge" off a product feature or ingredient that some consumers might view as a negative. This is particularly true when creating advertising and labeling

---

[554] *See ibid.* at Krom_POST320.

for food products, since (as previously discussed), "good for you" is often a vitally important issue to consumers. For example, during the period I created advertising for Baskin-Robbins, I learned that the greater the proportion of butterfat to air in ice cream, the better the taste experience. But just about the last thing most consumers wanted to hear about was fat content. That is why we described Baskin-Robbins' products as "rich and creamy." That helped sell a lot of ice cream.

321.    In other words, a few well-chosen words can go a long way, particularly when communicating a product's health benefits, even if the product being advertised is not all that healthy. In my experience, product attribute statements such as "high in fiber," "has whole grains," "high in protein," "made with real fruits and nuts" and even "honey" (versus "sugar") are all associated by consumers with the concept, "Good for you." Advertising practitioners refer to the use of terms like these as "creating context."

322.    Post communicates health benefits in many ways, including through the use of terms that plaintiffs are not directly challenging (i.e., words such as "fiber" and "whole wheat.") But when used in conjunction with the claims plaintiffs *are* challenging, the impression of the product's relative healthiness becomes even stronger. Visuals, such as photos of bowls of cereal topped with fruits and nuts, crisp flakes and splashing



*Krom-POST2205.*

milk, healthy-looking people enjoying the outdoors, fields of wheat, etc. also play an important contextual role in communicating health benefits.

323.   One of the reasons advertisers like Post spend a significant portion of their advertising budgets on television commercial production is that the setting in which a commercial takes place, or the quality of the food photography – especially ingredient shots



*Screen shot from Post Great Grains "The Stand" television commercial.*

– creates a context in which consumers are more likely than not to associate with the advertiser's product attribute claims. For example, one of Post's more successful commercials for its Great Grains brand literally takes place in and around a beautifully photographed field of wheat. That environment contributes to the brand's "less processed" message, which in turn, conveys a "better for you" benefit.

324.   The graphic set forth here is an excellent summary of Post's positioning communicated contextually: "*Nourishment* as nature intended. It's a moment of care for myself, with the *wholesome ingredients* I seek and *nutrition* I can see. Great Grains keeps me whole."[555]

325.   A 2013 report from



*This graphic, prepared by Post, clearly articulates Great Grains' positioning as a "healthy" cereal.*

▬▬▬▬▬▬▬▬▬▬

[555] Krom_POST2207 (emphasis added).

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████ [556]

326.    A December 2015 report titled ████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████ [557]

327.    There is a certain irony to the fact that the survey's respondents somehow linked the word "honey" with "healthy" and "wholesomeness." While honey may add a distinctive sweetness to a product, it is, in fact, a form of



*Scene from Honey Bunches of Oats commercial. https://www.ispot.tv/ad/wmk0/honey-bunches-of-oats-with-almonds-have-you-tried-it#*

added sugar. And, assuming plaintiffs' scientific claims have merit, added sugar is anything but healthy.

328.    It is my understanding that Plaintiffs have evidence that even a small number of grams of added sugar in an average serving of cereal is unhealthy. But most consumers are not likely to be aware of that fact, and it does not appear that Post is trying to educate consumers via advertising or packaging as to what all those numbers on their nutrition labels really mean. I have also learned that added sugar is added sugar, regardless

---

[556] Krom_POST3246.

[557] Krom_POST10222 (emphasis added).

of its source.[558] So the idea that some added sugars are healthier than others as to how it affects metabolism is incorrect as well.

329.   Another way context affects how consumers perceive "healthiness" is that, in some instances, the use of supposedly positive health cues will conceal the true nutritional value of some products. FDA experimental data shows that nutrient claims can create a "nutritional façade," acting to distract attention away from unsavory qualities, such as excess sugar content.[559] A majority of parents have been found to misinterpret the meaning of claims commonly used on children's cereals, raising significant public health concerns.[560] Ironically, cereal boxes bearing low-calorie claims have been found to have *more* calories on average than those without such a claim, so nutrient claims can be misleading even when understood correctly.[561]

330.   A



[562] The report's

<hr />

[558] http://www.drmirkin.com/nutrition/9875.html (accessed 12/28/2018).

[559] Scrinis G. Reformulation, fortification and functionalization: Big Food corporations' nutritional engineering and marketing strategies. J Peasant Studies. 2015;43(1):1-21.

[560] Harris JL, Thompson JM, Schwartz MB, Brownell KD. Nutrition-related claims on children's cereals: what do they mean to parents and do they influence willingness to buy? Public Health Nutr. 2011;14(12):2207-12.

[561] Schwartz MB, Vartanian LR, Wharton CM, Brownell KD. Examining the nutritional quality of breakfast cereals marketed to children. J Am Diet Assoc. 2008;108(4):702-5.

[562] Krom_POST1745.



<sup>563</sup>

331.     **Given the facts stated above, it is evident to me that context plays an important role in how health benefits are conveyed to consumers via the Post advertising and packaging challenged in this lawsuit.**

## VIII. POST USED EXTRA-LABEL ADVERTISING TO COMMUNICATE THE HEALTH AND WELLNESS BENEFITS OF THE PRODUCTS AT ISSUE IN THIS MATTER

332.     In my experience, advertising is the most efficient and effective way to recruit new consumers for packaged-goods products, as well as to give former customers reasons to reengage.

333.     A Great Grains commercial titled "Whole Whole Grain" is an example of how Post promoted Great Grains as a "healthy" cereal on television and in its advertising on the internet.

334.     The spot features Australian celebrity chef Curtis Stone, who appeared in a number of Great Grains commercials during the period at issue in this matter. Standing in a wheat field, he says "Like many chefs today, I feel the best approach to food is to keep it whole for better nutrition. And that's what they do with Great Grains cereal. See the seed

---

[563] Krom_POST1747.

on the wheat grain? Same as on the flaked. Because Great Grains steams and bakes the actual whole grain. Now check out the other guys' flake. Hello, no seed! Because it's more processed. Now which do you suppose has better nutrition for you? Great Grains. The Whole Whole Grain Cereal."[564]



335.   According to Post's 2011 ███████████████████████

████████████████████████

████████████████████████

████████████████████████

████████████████████████

██████████████[565]

336.   A   2011   ███████



*Scenes from Post Great Grains "Whole Whole Grain" television commercial.*

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████[566] The report continued, ██████████████████████████████████████

███████"[567] The on-line focus group participants were asked █████████████

████████████████████████████████████████

[564] https://vimeo.com/182349310 (accessed 12/18/2018).

[565] Krom_POST2301.

[566] Krom_POST1517.

[567] Krom_POST1518.



568

337.    In a 2014 Great Grains ███████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████"569

338.    A Great Grains commercial titled "The Stand" was also evaluated in the 2014 creative evaluation report. It opens with a series of women standing (or sitting) in or adjacent to a wheat field who each make statements that set up the spot's main message, "I know better nutrition when I see it. Great Grains." The commercial also includes a tabletop shot of a natural grain of wheat, a Great Grains flake, and a competitor's



*Scene from Post Great Grains "The Stand" television commercial.*

flake. As explained by the voiceover announcer, "Great Grains cereal starts whole and stays whole. More processed flakes look nothing like natural grains." The video then cuts

---

568 Krom_POST1540.

569 Krom_POST4498.

back to the women in the field, one of whom says, "[y]ou can't argue with nutrition you can see."[570] ███████████████████████████████████

███████████████ [571]

339.   In addition to television advertising, Great Grains was also ██████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████ [572] The Great Grains ████████████████████████████████████████

████████████████████████████████████████████████████████████

█████████████, [573] as well as ███████████████████████ [574]

340.   A   2011   movie-
musical   style   commercial   called
Sunshine Day for Honey Bunches
of Oats exuberantly delivers on its
"nutrition   that   tastes   great"   brand
promise.   The   spot   features   family
members   and   neighbors   dancing



*Figure 9. Scene from Post "Sunshine Day" Honey Bunches of Oats television commercial.*

and singing the praises of Honey Bunches of Oats in their homes and on the streets of their

neighborhood. The spot begins with a mom singing, "I think I'll grab me a bowl and spoon

now," followed by a dad chiming in with "[c]rispy flakes calling my name," which in turn

---

[570] http://womenkind.net/post (accessed 12/19/2018).

[571] Krom_POST4501.

[572] Krom_POST6912.

[573] Krom_POST7081.

[574] Krom_POST7119.

is followed by three young girls harmonizing "I'm hungry now." Neighbors continue the lyric, singing "[w]ho can resist those honey kissed chips; gotta get a bowl get me some of that, yeah yeah…" after which the voice over announcer comes in saying "[i]magine nutrition in perfect harmony with great taste. That's Honey Bunches of Oats. Four healthy grains come together in crispy flakes and crunchy granola bunches. Honey Bunches of Oats."[575]

341. 

IX. DISCLOSURE OF MATERIAL INFORMATION WOULD CHANGE CONSUMER BEHAVIOR

342. In my experience, when consumers are confronted with the harsh reality that a product they like and use is not all it seems to be, they react with their wallets. When consumers learned through press coverage that my former client American Suzuki's Samurai SUV was prone to roll-overs, sales plummeted from 68,000 in 1988 to 12,000 a

---

[575] https://www.youtube.com/watch?v=2TDptbc0a2o (accessed 12/19/2018).



Krom_POST1845.

[577] Krom_POST1836.

year later. Similarly, despite heavy discounting, Volkswagen's world-wide sales dropped 24.7 percent in November 2015, shortly after the emissions-cheating scandal that hit the company became public.[578] The same might be true here if Post was to disclose all the relevant information concerning its cereals' nutritional profile.



343.   Post's documents demonstrate that ████████████████████ ████████████████████████████. As one document notes, ████████████████████████████ ████████████████████[579]

344.   In devising Great Grains' 2013 business plan, Post ███████████ ██████████████"[580] In a slide explaining the ███████████████ ████████████████████████ ████████████████████████ ████████████████████████ ██████"[581]

345.   In 2013, Post ████████████████████ ████████████████████████ ████████████████████████.[582]

---

[578]   https://www.usatoday.com/story/money/cars/2015/12/01/vw-volkswagen-emissions-scandal-sales-drop/76609404 (accessed 4/17/2018).

[579]   Krom_POST26219.

[580]   Krom_POST2835.

[581]   Krom_POST2837.

[582]   *See* Krom_POST14678-834 (Final Presentation); *see also* Bernstein Deposition Transcript, Page 65, Line 15 to Page 66, Line 13 (testifying that, ████████████████ ████████████████

███████████████████████████████████████████

███████████████████████████ [583] ████████████████████

██████████████████████████████ [584] But ███████████████████

███████████████████████████████████████████

█████████████████████ [585]

346.   In  a  2015 ████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████ [586] But the

███████████████████████████████████████████

████████████████████████████████████ [587] Moreover,

the █████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

█████████ [588] In light of this, a ████████████████████

███████████████████████████████████████████

█████████ [589]

---

[583] Krom_POST14699.

[584] *Ibid.*

[585] Krom_POST14702; *see also* Krom_POST14737 (███████████████████
█████████████████████████

[586] Krom_POST5290.

[587] Krom_POST5291-92.

[588] Krom_POST5295.

[589] Krom_POST5298.

347.   Because ██████████████████████████████████████

████████████████████████████████████████████[590]

Moreover, ████████████████████████████████████████

████████████████████████████████████████████████

███████████████[591]

348.   In sum, ██████████████████████████████████

██████████████████[592] Accordingly, ████████████████████

████████████████████[593] Specifically, ██████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████[594]

349.   I have reviewed a report of Plaintiffs' survey expert, Steven P. Gaskin, describing two "demand studies" he performed to test the effect that a disclosure of the sort Plaintiffs allege is required would have on a consumer's future intention to consume, and thus purchase the cereal.[595]

350.   In my opinion, the results of these surveys, in which there was a 26.3% change in demand for Great Grains, and a 23.3% change in demand for HBO when

---

[590] Krom_POST10024.

[591] Krom_POST14744.

[592] Krom_POST25583 (██████████████████████████████████

[593] *Ibid.*

[594] Krom_POST14737.

[595] Report of Steven P. Gaskin, dated April 24, 2019.

information was disclosed to one group, [596] support the notion that the information Plaintiffs allege was deceptively omitted is material to reasonable consumers. I do not find this surprising given that lay consumers do not have a sophisticated understanding of nutrition science, and generally trust and rely on manufacturer representations.

## X. CONCLUSION

351.     Speaking as an advertising professional, it comes as no surprise to me that many, if not most consumers today prefer to purchase healthy products for themselves and their family members. The question raised by the plaintiffs in this litigation is simple: if the sugar content per serving of the Post products at issue is high in relation to the limits recommended by leading scientists, physicians and health organizations, is it fundamentally misleading to promote these products as healthy.

352.     I am not a scientist or physician. Therefore, I do not have an opinion as to whether or not the advertising for these products is false or misleading. But it is evident to me that Post's advertising and packaging for these products focuses heavily on the alleged health benefits embodied in the claims listed in Plaintiffs' complaint, and it is equally evident from the Post and other marketing studies I reviewed that consumers respond positively to them. Thus, the claims have a material effect on consumer purchasing behavior.

353.     Moreover, it is evident to me that Post's disclosure of information about the potential health risks and effects of consuming the added sugar in the cereals at issue in this matter would change consumer eating and purchasing behavior. It is likely that sales of these products would decline as consumers who currently hold to the belief that the products are healthy would cut back or eliminate the products altogether from their diets.

---

[596] *Ibid.* at p. 37, 49-50.

In addition to adding a warning label, in my opinion it might also be appropriate for Post to fund a corrective advertising or public relations campaign to inform the public that the products at issue in this matter contain unhealthy levels of sugar.

354.    The opinions I have expressed herein are offered to a reasonable degree of certainty based on my experience as an advertising professional. I reserve the right to amend this report if I am provided with additional evidence obtained through further discovery or otherwise, or if any expert witness report is received and/or any related deposition taken.

*   *   *

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of April, 2019, in Studio City, California.

Bruce G. Silverman