REDACTED FOR PUBLIC FILING

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>POST FOODS LLC,<br><br>Defendant. | Case No. 3:16-cv-04958-WHO (JSC)<br><br>**REPORT OF STEVEN P. GASKIN** |

1.      I am Steven P. Gaskin.  I am with Applied Marketing Science, Inc. ("AMS"), a market research and consulting firm in Waltham, Massachusetts.  I make this Report based upon my personal knowledge and under authority of 28 U.S.C. § 1746.

## I. Introduction and Qualifications

2.      I am a Principal at AMS and have been with the company since 2004.  I hold Bachelor of Science and Master of Science degrees in Management from the Sloan School of Management at the Massachusetts Institute of Technology ("MIT").  I have co-authored a number of articles and papers in such top-ranked peer-reviewed publications as *Marketing Science* and *Management Science*.  In addition, I have authored several conference presentations on aspects of conjoint analysis.

3.      I have served as an expert witness in various legal disputes.  I have been called upon primarily to project what customers would have done in different market scenarios and to measure the value of product features.  This includes, in the specific context at issue here, my conjoint analysis surveys that were recently accepted by the Honorable Lucy H. Koh as a basis for certifying the class in *Hadley v. Kellogg Sales Co.*, 324 F. Supp. 3d 1084, 1103-10 (N.D. Cal. 2018).  My professional qualifications, a list of cases in which I have testified at deposition or trial, and a list of publications I have authored are included in my Curriculum Vitae, attached as **Exhibit A** to this Report.

4.      In undertaking this assignment, I relied on my extensive expertise in developing, testing, and analyzing surveys, and in interpreting qualitative and quantitative research about consumer attitudes, intentions, and behavior.  The facts and/or data upon which I base the opinions and inferences reflected in this report are of a type reasonably relied upon by experts in my field.

5       A complete list of materials I have considered to date in connection with this particular assignment is included as **Exhibit B**.  To the extent that I review additional information, I will supplement this list.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

6. Part of the work for this investigation was performed under my direction by others at AMS. Throughout this report, I have used the terms "I" and "my" to refer to work performed by me and/or others under my direction.

7. AMS bills my time as a survey expert at a rate of $650 per hour. My compensation is not contingent upon the outcome of this dispute.

## II. Assignment

8. It is alleged that Post markets high-sugar products (including Great Grains Cereals, Honey Bunches of Oats Regular and Whole Grain Cereals and Granolas, Raisin Bran Cereal, Bran Flakes Cereal, Honeycomb Cereal, Alpha-Bits Cereal, and Waffle Crisp Cereal) with health and wellness claims, but these health and wellness claims "are deceptive because they are incompatible with the significant dangers of the excessive sugar consumption to which these foods contribute."[1]  Throughout my report I refer to the health and wellness labels as "affirmative misrepresentations," and disclosures or warnings about the dangers of excessive sugar consumption to which these foods contribute as "omitted information" or "omissions."[2]  I was asked by counsel for Plaintiffs to design, conduct, and analyze market research surveys and analyses that would enable me to assess the price premia resulting from the affirmative misrepresentations on these boxes of Post cereals and granola. I found it appropriate to conduct nine conjoint surveys, one for each cereal or granola mentioned above. The conjoint surveys are similar in design, and screening questions differed to the extent necessary to ensure the correct respondents qualified for each survey. The analysis for each of these conjoints was conducted in the same manner and will be described throughout this report. I was also asked by counsel for Plaintiffs to design, conduct, and analyze two market research surveys and analyses that would enable me to test the effect of the omitted information regarding the dangers of added sugar consumption on respondents' consumption of Great Grains and Honey Bunches of Oats, and, thereby,

---

[1] Second Amended Complaint (Part 1), p. 1.

[2] Throughout this report, "Labels" refers to the various statements available on these products packaging, including the affirmative misrepresentations.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

on their purchases during the relevant period. I will describe these surveys after I have discussed the market price premium (conjoint) surveys (see Section XII and onwards). The affirmative misrepresentations referenced above are as follows:[3]

**Post Great Grains Cereals Affirmative Misrepresentations**
- Less processed nutrition you can see
- Why less processed? Quite simply, because it's good for you!
- It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!
- HELPS SUPPORT A HEALTHY METABOLISM
- Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)

**Post Honey Bunches of Oats Cereals Affirmative Misrepresentations**
- Our Promise | No High Fructose Corn Syrup
- 4 Wholesome Grains
- WHOLESOME NUTRITION
- Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving)

**Post Honey Bunches of Oats – Whole Grain Cereals Affirmative Misrepresentations**
- Our Promise | No High Fructose Corn Syrup
- WHOLE GRAINS – good for your family, good for you.
- Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet
- Rich in nutrients - important for moms-to-be and growing children.
- Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving)

**Post Honey Bunches of Oats Granolas Affirmative Misrepresentations**
- it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love.
- Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving)

**Post Raisin Bran Cereal Affirmative Misrepresentations**
- No High Fructose Corn Syrup
- Healthy
- Nutritious
- Fiber is good for digestive health
- Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving)

---

[3] References to "Post" or specific cereal names in these labels were omitted because they were shown in combination with different brands; so, mentioning "Post" or the specific cereal names in the labels would not make sense. Any bolding/symbols/trademark logos, etc. have also been removed to focus on the wording itself. The Whole Grains Council Stamp, however, was displayed in the attributes and levels descriptions prior to the conjoint exercise as a graphic showing how it actually appears, since it is the graphic itself that is challenged in this case. In the conjoint exercise itself, an abbreviated version of just the wording in the stamp appeared. In surveys for cereals or granola where the number of grams per serving varies by flavor, I selected the lowest number of grams per serving across flavors included in the class in order to be conservative. Sometimes, certain language or phrases in some of the affirmative misrepresentations have been removed because I have been informed by counsel that such language or phrases are uncontested (i.e., either as a result of the Court dismissing certain portions of claims, or Plaintiffs voluntarily narrowing them).

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

**Post Bran Flakes Cereal Affirmative Misrepresentations**
- CONTAINS DIETARY FIBER to Help Maintain Digestive Health
- Contains no high fructose corn syrup
- Whole grains provide fiber and other important nutrients to help keep you healthy.
- FIBER TO HELP WITH WEIGHT MANAGEMENT
- Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving)

**Post Honeycomb Cereal Affirmative Misrepresentations**
- NUTRITIOUS SWEETENED CORN & OAT CEREAL[4]
- Whole Grains Council Stamp (WHOLE GRAIN; 8g or more per serving)

**Post Alpha-Bits Cereal Affirmative Misrepresentations**
- NO HIGH FRUCTOSE CORN SYRUP
- A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN
- Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)

**Post Waffle Crisp Cereal Affirmative Misrepresentations**
- NO HIGH FRUCTOSE CORN SYRUP
- Iron & Zinc for Growth

9.     Notably, these claims, in some cases, represent only a subset of the labeling statements Plaintiffs challenge in this case. This is because, in certain cases, I chose to refrain from testing certain claims that, while challenged in this case, might present practical difficulties in a conjoint survey. Primarily, this applied to some of the longer claims, some of which include paragraphs with several sentences, that Plaintiffs challenged. For example, while I tested "Less processed nutrition you can see," and "Why less processed? Quite simply, because it's good for you!," I elected not to test the paragraphs Plaintiffs challenge that appear on the back of the box, *i.e.*:

> We gently steam, roll and bake our whole grains to help maintain the full flavor and nutrition of our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible.
>
> *or*
>
> We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible

---

[4] This will be tested against "SWEETENED CORN & OAT CEREAL," which is not a challenged claim, in order to isolate "NUTRITIOUS."

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

I did not attempt to test either of these affirmative misrepresentations because the length of the claims would make them stand out during the choice tasks, possibly creating demand artifacts. They could cause respondent fatigue by causing survey-takers to re-read the long passages repeatedly. Additionally, I refrained from testing multiple affirmative misrepresentations that generally communicated similar messages. Nevertheless, because I left some affirmative misrepresentations untested, Plaintiffs' damages calculations based on the premia relating to only a subset of affirmative misrepresentations necessarily will be conservative.[5]

---

[5] The claims Plaintiffs challenge, but which I did not test for damages, are as follows:

| Product | Untested Challenged Claims |
|---|---|
| Great Grains | • "We gently steam, roll and bake our whole grains to help maintain the full flavor and nutrition of our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible."<br>• "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible."<br>• "Support a Healthy Metabolism"<br>• "nutritious Blueberries," "nutritious Cranberries," "nutritious Raisins & Dates," "nutritious Pumpkin Seeds" (depending on variety)<br>• "wholesome Almonds," "wholesome Walnuts," "wholesome Pecans" (depending on variety) |
| Honey Bunches of Oats Whole Grain | • Heart design in "I" in "Whole Grain" name<br>• "Fiber fills you up, helps keep you satisfied and is important to maintain digestive health." |
| Raisin Bran | • "Where nutritious and delicious live in harmony" |
| Bran Flakes | • "DIETARY FIBER TO HELP MAINTAIN DIGESTIVE HEALTH"<br>• "THE IMPORTANCE OF WHOLE GRAIN AND FIBER"<br>• "Getting enough fiber in your diet helps regulate your digestive system. Choose a diet rich in a variety of fiber containing foods such as whole grain cereals, breads and pastas and fruits and vegetables."<br>• "Experts recommend diets rich in fiber to help keep you satisfied while you exercise and cut calories to lose weight. Diets rich in fiber are usually lower in calories and larger in volume than low fiber diets, and require more chewing which helps promote a feeling of fullness and satisfaction after eating." |
| Honeycomb | • "Why Vitamin D? – Many kids are not getting enough Vitamin D; - Important for a growing child's health needs; - Promotes healthy bones and teeth by helping the body absorb calcium" |
| Alpha-Bits | • "Makes a Smart Snack!" |

I understand Plaintiffs still intend to pursue, on behalf of the Class, injunctive relief relating to these claims.

### III. Summary of Conclusions (Conjoint Surveys)

10.     The scientific methodology I used to design, conduct, and analyze the surveys in this report is sound, reliable, and valid.  The conjoint analyses I ran estimated the price premia (measured in dollars and/or percentage terms) caused by the presence of the affirmative misrepresentations on boxes of Post Great Grains, Honey Bunches of Oats Regular, Whole Grain, and Granola, Raisin Bran, Bran Flakes, Honeycomb, Alpha-Bits, and Waffle Crisp, meaning the difference in the value of these cereals or granola with the affirmative misrepresentations compared to the value of these cereals or granola without the affirmative misrepresentations.[6]

### IV. Overview of Methodology

11.     The basic methodology that I selected is known as choice-based conjoint ("CBC") analysis. Conjoint analysis is a tool that enjoys wide use and acceptance in the field of market research.  It was introduced to the field of market research in 1971 and it is well known by marketing science academics and industry practitioners to be the most widely studied and applied form of quantitative market value measurement.  It has been shown to provide valid and reliable measures of consumer choices and forecasts of the relevant market value under scenarios related to those measured.[7]

12.     The general idea behind conjoint analysis is that the market value for a particular product is driven by features[8] or descriptions of features embodied in that product.  Customers are shown product profiles made up of varying features and asked, as part of a series of "choice tasks," to indicate their preferred product profile.  At no point are respondents asked to indicate directly how much they would pay; rather, the analysis is based on choices respondents make among alternatives like those shown in Figure 1. See Figure 1 below as examples of a single "choice task."

---

[6] See section X and **Exhibit K** for detailed results.

[7] Louviere, Jordan (1988). "Conjoint Analysis Modelling of Stated Preferences: A Review of Theory, Methods, Recent Developments and External Validity," *Journal of Transport Economics and Policy: Stated Preference Methods in Transport Research*, Vol. 22, No. 1 (Jan.), pp. 93-119.

[8] "Attribute" is another commonly-used term for a product feature.  I will be making use of it throughout the report.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

**Fig. 1. Sample Choice Task (Great Grains Survey)**

**If these were your only options and you had to choose a cereal, which cereal would you choose?**
Choose by clicking "Select" for one of the options below. Click the "Next" button at the bottom to continue.

If you would like to see the assumptions you previously reviewed click here.

(1 of 12)

| Brand | Store Brand Multigrain Flakes and Clusters | General Mills Basic 4 | General Mills Fiber One Honey Clusters |
|---|---|---|---|
| Flavor | Blueberry Morning | Raisins, Dates & Pecans | Cranberry Almond Crunch |
| Labels | • Less processed nutrition you can see<br><br>• FILLS YOU UP & SATISFIES YOU LONGER!<br><br>• It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!<br><br>• HELPS SUPPORT A HEALTHY METABOLISM | • WHY BE GOOD WHEN YOU CAN BE GREAT?<br><br>• is an excellent source of folic acid and iron | • Less processed nutrition you can see<br><br>• Why less processed? Quite simply, because it's good for you!<br><br>• THE TASTE YOU LOVE THE SUSTAINED ENERGY YOU NEED<br><br>• is an excellent source of folic acid and iron<br><br>• Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)<br><br>• It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite! |
| Price | $3.49 | $2.49 | $3.99 |
|  | Select | Select | Select |

13.     I used Sawtooth Software (http://sawtoothsoftware.com) for the programming of the surveys and the analysis of the survey results.  Sawtooth Software is a leading provider of conjoint analysis

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

software.[9]  Its software is used by academics and business practitioners around the world.  Conjoint analysis provides respondents with realistic choices among hypothetical products that vary on multiple feature categories.  Its use of appropriate statistical methods, including Hierarchical Bayes ("HB") regression analysis,[10] enhances predictive ability, making the conjoint analysis more reliable and valid.

14.     The conjoint analysis uses data from the surveys on the feature levels of the product profiles shown, market-based prices, and the resulting choices of respondents to generate partial contributions of these feature levels ("partworths") to overall product utility.[11]   The partworths for feature levels are identified with the estimation methods so that the partworths best predict customers' choices from the survey.  Conjoint analysis allows for the prediction of the probability that customers will choose any product profile that is described by the partworths and can do so for any competitive set of products.  I can also simulate how choice shares would change in a market based on a change in one or more products' prices.  By making use of these capabilities, CBC allows me to determine the price premia (measured in dollars and/or percentage terms) for these cereals or granola *with* the affirmative misrepresentations, compared to the value of these cereals or granola *without* the affirmative misrepresentations.

15.     As noted above, to estimate the partworths, I used a method known as Hierarchical Bayes regression.  HB provides reliable and valid conjoint analysis estimates of partworths.  It is the most commonly used estimation method for choice-based conjoint analysis.  Hierarchical Bayes regression makes use of data from the overall sample of respondents when estimating the partworths for each individual respondent.  Its use enables me to appropriately balance the number of choice tasks in each

---

[9] Sawtooth Software, Inc.'s Lighthouse Studio, which is a well-known and widely used software system for these types of applications, was used to program the conjoint analysis section of the surveys.

[10] *The CBC System for Choice-Based Conjoint Analysis (Version 9)*, Sawtooth Software Technical Paper Series, 2017.

[11] "Utility" is an economic term referring to the total satisfaction received from consuming a good or service.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

survey with the number of partworths that need to be estimated.  I have observed, in other conjoint surveys that I have conducted, that such designs limit respondent wear-out.[12]

16.     CBC HB regression enables me to obtain more precise estimates of market-level distributions from individual, respondent-level estimates.  CBC HB partworth estimates are best suited for calculating statistics at the market level, such as the average or median value of certain variables of interest, and for simulating the overall, aggregate behavior of the market.

17.     Conjoint analysis uses information from consumer behavior theory, which makes the partworth estimate even more precise.  For example, consumer behavior theory indicates that preferences are monotonic in price, i.e., all else equal, people prefer to pay less than to pay more.  Ignoring this theory would result in estimating a model that does not use all of the available data.

18.     In CBC, customers are shown sets of product profiles (called "choice sets") and asked to choose the profile that they most prefer, or, in other words, the profile that they would choose if they were making a choice and if the choice set described the only products that were available to them.  I showed respondents three product profiles in each choice set.  In the Post Great Grains, Honey Bunches of Oats, Honey Bunches of Oats Whole Grain, and Honey Bunches of Oats Granola surveys, product profiles were composed of four features: (i) brand; (ii) flavor; (iii) labels; and (iv) price.  In the Post Raisin Bran, Bran Flakes, Honeycomb, Alpha-Bits, and Waffle Crisp surveys, product profiles were composed of three features: (i) brand; (ii) labels; and (iii) price.[13]

19.     When price is one of the measured features in the conjoint analysis, the value (negative or positive) that the market places on changes in features can be expressed in price and/or percentage terms.  That is, it is possible to calculate the price premium, or the additional price (measured in dollars and/or

---

[12] If too many questions are asked of a respondent, then the respondent will "wear out," that is, response errors will increase as the respondent tires. Not only did I limit the number of questions in the choice task to minimize wear out, but I also pretested the questionnaire to assure that respondents do not experience wear out.  See Section VI for details on pretesting.

[13] In all surveys, the labels were divided into subgroups, each subgroup a separate attribute.  For more information see Section V and **Exhibit X**.

percentage terms) customers would pay, for the class, for the inclusion of a feature or a better level of a feature. Because CBC is based directly on customer choices, it is, in my opinion, an ideal method to determine the price premia that resulted from the presence of the affirmative misrepresentations on the cereals or granola at issue in this lawsuit. In particular, I can determine the price premia (measured in dollar and/or percentage terms) between these cereals or granola with the affirmative misrepresentations compared to the value of these cereals or granola without the affirmative misrepresentations. It is my opinion, based on conversations with Plaintiff's economics expert, Mr. Colin Weir, that the conjoint methodology set forth in this report accounts for appropriate supply side factors, including that (1) the price ranges used in these surveys reflect the actual market prices that prevailed during the Class Periods; and (2) the quantity of products used (or assumed) in the damages calculations reflects the actual quantity of products sold during the Class Period (the number of class products being fixed as a matter of history).[14]

20.    I have performed similar analyses using similar methodologies before. For example, I was retained as an expert in *Sanchez-Knutson v. Ford Motor Co.*, No. 14-61344-CIV-DIMITROULEAS (S.D. Fla.), which was a class action lawsuit that concerned a motor vehicle defect. Additionally, I was retained as an expert in a class action lawsuit, *Khoday v. Symantec Corp. and Digital River, Inc.*, No. 0:11-cv-00180 (D. MN.), which concerned a software product. More recently, I was retained as an expert in a class action lawsuit, *In Re: Lenovo Adware Litigation*, No. 5:15-md-02624-RMW (N.D. Cal.), which concerned a software privacy and security issue, and *In Re Arris Cable Modem Consumer Litigation*, No. 17-cv-1834-LHK (N.D. Cal.), which involved latency problems with Internet modems. The *Hadley v. Kellogg Sales Company*, No. 5:16-cv-04955-LHK-HRL (N.D. Cal.) case, like the instant case, involved misleading health claims due to high sugar levels in cereals. In all five cases, I proposed using a similar conjoint analysis

---

[14] Several recent court decisions agree this is the proper way to deal with supply-side issues when calculating damages in a class action context. *See, e.g., Hilsley v. Ocean Spray Cranberries, Inc.*, 2018 WL 6300479, at *15- (S.D. Cal. Nov. 29, 2018); *Hadley v. Kellogg Sales Co.*, 324 F. Supp. 3d 1084, 1105 (N.D. Cal. 2018); *Fitzhenry-Russell v. Dr Pepper Snapple Group, Inc.*, 2018 WL 3126385 (N.D. Cal. June 26, 2018); *In re Dial Complete Mktg. & Sales Practices Litig.*, 320 F.R.D. 326 (D.N.H. 2017); *In re Lenovo Adware Litig.*, 2016 WL 6277245, at *21 (N.D. Cal. Oct. 27, 2016).

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

methodology to the one I propose here, and the court both accepted my conjoint analysis methodology and certified the class. After the court accepted my damages methodology and granted class certification, I performed the full analysis for the Ford, Symantec, Arris, and Kellogg lawsuits, generally consistent with the methodology I propose here. The Arris and Kellogg cases are ongoing.

### V. Questionnaire Development

21. To establish the attributes and levels, I determined the features that would be part of each product profile. The attributes and levels included in the conjoint choice tasks do not need to include every possible feature of the cereals or granola at issue; in fact, it would be infeasible and contrary to best practices to do so. Their main purpose is to provide a reasonable and engaging choice task, and to help disguise the fact that our chief interest is in respondents' reaction to the affirmative misrepresentations. In the surveys, all features other than the features and levels shown were held constant. I used the Second Amended Complaint, viewed Post's website,[15] examined cereal and granola packaging (in PDF form as well as actual boxes purchased from a grocery store or provided by counsel), viewed market research presentations produced by Defendant,[16] and viewed sales data produced by Defendant and IRI[17] to choose features and prices that would be recognizable to a common audience and would simulate a cereal or granola comparison experience. The attribute "Brand" includes the manufacturer as well as the cereal or granola brand name itself (e.g., Post Great Grains). "Flavor" refers to which flavors the cereals or granola were.[18] "Price" is also a necessary variable so that the value placed by respondents on the various features can be expressed in terms of price. The range of prices I used in this conjoint analysis mirrors those actually observed in the market, and is based on actual sales data.

---

[15] https://www.postconsumerbrands.com/ (Accessed Jan. 9, 2019).

[16] See **Exhibit B** for details.

[17] See IRI data documents: Cold Cereal.xlsx and Snacks & Granola Bars – HIGHLY CONFIDENTLAL AEO.xlsx.

[18] The Post Raisin Bran, Post Bran Flakes, Post Honeycomb, Post Alpha-Bits, and Post Waffle Crisp conjoint analyses did not include flavor as an attribute, since information on flavor was included in the Brand attribute.

22.     "Labels" refers to the various statements available on these products' packaging, including the affirmative misrepresentations mentioned in paragraph 8.  The distractor labels (additional labels not listed in paragraph 8) have been included to obscure which labels are of primary interest in the surveys.  The inclusion of these distractor labels also reduces demand artifacts.  I have not weighed evidence regarding the nature of the products at issue in this lawsuit myself and do not have a professional opinion on the matter.  I am relying on the Second Amended Complaint, proofs of the packages of the products at issue,[19]  and  discussions  with  counsel  for  Plaintiffs  for  information  regarding  the  affirmative misrepresentations.  The labels were divided into subgroups.  Each subgroup was treated as a separate attribute.  If a pair of affirmative misrepresentations was grouped together in an attribute, the levels included 1) neither one shown, one shown only, the other shown only, and both shown.  Distractor labels were grouped into a single attribute, with the levels indicating one, two, or three of them shown in various combinations.[20]  This way the number of distractor labels could vary in the product profiles throughout the various choice tasks.

23.     The questionnaires were programmed into a web-based software system designed for administering and analyzing such questionnaires.  Respondents answered all survey questions via their desktop, laptop, or tablet computers.

24.     To avoid order bias, the labels were shown in a randomized order for each respondent (however, brand and flavor were always shown first and second, and price was always last).  Following completion of the twelve choice tasks, respondents were thanked, and the survey was complete.

25.     It is standard survey practice to avoid indicating the sponsor and purpose of the survey to ensure respondents' objectivity and to make respondents "blind" to the sponsor and purpose of the survey.  The design and administration of my surveys was characterized as blind to the respondents (as evidenced

---

[19] See **Exhibit B** for details.

[20] See **Exhibit X** for details.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

by the pretest interviews). Because the surveys were administered via the Internet, respondents were not exposed to human interviewers, thereby eliminating the possibility of an interviewer communicating the sponsor or purpose of the survey and influencing the outcome (intentionally or not). An Internet-based survey avoids demand artifacts that might be induced by means of intonation or facial expressions during the delivery of particular questions or answers. A "demand artifact" is similar to a leading question in that it encourages respondents to answer a question in a way that the researcher would prefer. An Internet-based survey removes, or at least greatly diminishes, any "interviewer bias" which may arise from the desire of the respondents to please, displease, or impress the interviewer. (One might say that the computer as well as the respondent was blind to the survey's purpose; hence the survey was double-blind.) The surveys and screenshots are included as **Exhibits C and D**.

## VI. Pretesting the Questionnaires

26.      The conjoint questionnaires were pretested with 54 respondents. The pretest consisted of 27 preliminary pretest interviews, identifying and correcting any possible issues with the surveys, and 27 final pretest interviews, which were verbal debriefs with respondents after they had answered the survey questions. I, as well as my team of interviewers, who are highly-trained market researchers who work under my direction, tested that respondents understood each feature; that they did not have difficulty with the questions and instructions; that they understood the choice exercise they were asked to perform; that they looked at all or almost all of the features in making their choices; and that they did not think the survey was trying to get them to answer in a certain way. I also explicitly tested for demand artifacts, asking respondents about their beliefs about the sponsor and purpose of the surveys. Pretesting ensured that respondents understood and would continue to understand the questions, instructions, and descriptions presented in the questionnaire and that the interview flows smoothly. Following standard procedures, no pretest responses were included in the final sample.[21]

---

[21] For more information on pretests see **Exhibits E and F**.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

## VII. Identifying the Sample

27.     The sample consisted of either California or nationwide residents who were over 18 years of age and who have personally purchased or shared in the decision to purchase the cereals or granola at issue.[22]

28.     Internet surveys are a very common form of market research.  In addition, there is evidence that data collected using Internet surveys does not differ in quality from that collected using phone or mall-intercept methodologies.[23]  The surveys were conducted by contracting with a panel company that has pre-recruited potential respondents who have indicated their willingness to participate in consumer surveys. For the present matter, I selected Prodege Market Research ("Prodege"), a well-established market research firm that maintains a panel of over 6 million active members in the United States alone.  AMS has worked with Prodege on many other projects and has found them to be a consistently reliable and high-quality supplier of qualified survey respondents.  Email invitations to participate in the survey were sent to a group of panel members.[24]  Click balancing was implemented in order to ensure that the individuals who had the opportunity to qualify for the survey approximated either the US 2010 census in terms of age, gender, and region for the surveys that were conducted with nationwide sample, or the California 2010 census in terms of age and gender for the surveys that were conducted with California sample.[25]  As is customary for

---

[22] The Honey Bunches of Oats, Raisin Bran, and Bran Flakes surveys were conducted with California sample.  In order to obtain enough sample, the Great Grains, Honey Bunches of Oats Whole Grain, Honey Bunches of Oats Granola, Honeycomb, Alpha-Bits, and Waffle Crisp surveys were conducted with nationwide sample.

[23] Poret, Hal (2010). "A comparative empirical analysis of online versus mall and phone methodologies for trademark surveys," *The Trademark Reporter,* Vol. 100, No. 3 (May-June), pp. 756-807.

[24] See **Exhibit G** for the survey invitation.

[25] "Click balancing" refers to the process of ensuring that the sample of potential respondents who click on the survey link (not to be confused with the group of people who qualify and complete the survey) is representative of a population.  In the present matter, depending on the survey, click balancing was used to ensure that individuals who had the opportunity to qualify for the survey approximated either the US 2010 census in terms of age, gender, and region or the California 2010 census in terms of age and gender.  The process of click balancing involves sending periodic updates to the panel vendor on the age and gender (and region for nationwide surveys) breakdown of inbound clicks on the survey link so that the panel vendor can make any necessary adjustments to their survey invitation mailings (i.e., which age/gender/region groups they send invitations to and in what quantity).  In order to examine the difference between California consumers and those from the rest of the country, the Honey Bunches of Oats Granola sample was set to be half from California, half from the rest of the country.  Across all of the

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

consumer surveys for litigation as well as other market research surveys, respondents who qualified and completed the surveys received a small monetary incentive; for the present surveys, respondents who completed the surveys received a small incentive equivalent to less than one dollar.  The incentive is not contingent on respondents providing particular answers in the conjoint task and there is consensus in the industry that such small monetary incentives do not lead to any bias in the survey results.[26]

29.     For the conjoint surveys, potential respondents were selected at random through Prodege's respondent panel and sent an invitation to go to a website to complete the survey.  Each invitation included a URL with an embedded password that was matched against a list of valid passwords and against the list of passwords that have already been used.  (The former ensures that only valid respondents complete the questionnaire.  The latter ensures that each respondent completes the questionnaire at most once.)

30.     After clicking the link from the email invitation, respondents were promoted to a browser window with an introduction followed by a CAPTCHA challenge to ensure that responses were not computer-generated.[27]  After completing the CAPTCHA, respondents moved to the survey.  Prodege is a reputable, experienced panel provider and has security procedures in place to prevent anyone other than panel members from entering the survey, to prevent survey "bots," and to prevent a respondent from taking the survey more than once.

---

conjoint surveys, I observed no lower price premia for California consumers versus the rest of the country that were statistically significant.  This is evidence in favor of the reliability and validity of using a nationwide sample when needed.

[26] Singer, Eleanor (2012). "The Use and Effects of Incentives in Surveys," Survey Research Center, Institute for Social Research, University of Michigan, p. 17.  See https://iriss.stanford.edu/sites/g/files/sbiybj6196/f/singer_slides.pdf.

[27] A CAPTCHA challenge refers to a program that protects websites against "bots" (i.e., computer-generated responses) by generating and grading tests that humans can pass, but current computer programs cannot.  The acronym "CAPTCHA" stands for Completely Automated Public Turing test to tell Computers and Humans Apart.

31.     To provide further validation, respondents were asked their age and gender, which were compared to values provided to Prodege.  Any respondents whose stated age and gender did not match the values provided to Prodege were terminated from the survey.

32.     The final sample sizes were between 300 and 350 and are more than sufficient for making scientifically valid conclusions on the basis of these surveys, based on my experience and statistical sampling theory.  These sample sizes greatly exceed the minimum requirements laid out by Sawtooth Software for sample size in a conjoint analysis study.[28]  I have made, and validated, forecasts based on quantitative surveys of 250 or 300 respondents, and sample sizes such as these are commonly used by large businesses to make important decisions.  Survey response statistics are provided in **Exhibit H**.

### VIII. Survey Administration

33.     Each conjoint survey began with question S0, a CAPTCHA test which ensured that appropriate respondents, and not computers, were entering each survey.  Next, respondents were reminded to put on/in glasses or contact lenses if they normally wear them when viewing a computer screen.  Respondents indicated the device they were using to complete the surveys (S1).  Only those on a desktop computer, laptop computer, or tablet computer were permitted to continue.  Respondents were then asked to indicate where they live (S2).  Only respondents who selected California in the Honey Bunches of Oats, Raisin Bran, and Bran Flakes surveys were permitted to continue.  In the Great Grains, Honey Bunches of Oats Whole Grain, Honey Bunches of Oats Granola, Honeycomb, Alpha-Bits, and Waffle Crisp surveys respondents were able to continue as long as they selected any state in the U.S. or the District of Columbia.  Gender (S3) and age (S4) were collected and validated to ensure they matched panel records.[29]  Respondents who indicated they were under 18 years old were terminated from the surveys.  Respondents were next

---

[28] Orme, Bryan K. (2014). *Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research, (Third Edition),* Manhattan Beach, CA.: Research Publishers LLC, pp. 68-9.

[29] This was done as a method of validating respondents' identity. Specifically, respondents' age and gender survey answers were compared to the age and gender information on record with the panel company, and any respondents whose information did not match were not allowed to complete the survey.

asked which types of companies they or any member of their household work for (S5).  Respondents who indicated a company that makes or manufactures breakfast cereal or granola, a marketing or market research firm, or a public relations or advertising agency were not allowed to continue.  Next, in S6, respondents were presented with a list of grocery products and asked which, if any, of those products have they personally purchased or shared in the decision to purchase in the past three months, six months, or ever.[30] Respondents who selected cereal for the cereal surveys or granola for the Honey Bunches of Oats Granola survey were permitted to continue.  Respondents were next presented with a list of types of cereals or granolas and asked to select any of the cereals or granolas they personally purchased of shared in the decision to purchase in the past three months, six months, or ever (S7).  Respondents had to select the qualifying Post product in each survey to continue (e.g., respondents who were taking the Great Grains survey had to select "Post Great Grains" to continue). Respondents in the Great Grains, Honey Bunches of Oats, Honey Bunches of Oats Whole Grain and Honey Bunches of Oats Granola surveys were asked a follow up question about which types of the relevant product flavors they have personally purchased or shared in the decision to purchase (S8) in the past three months, six months, or ever.  Respondents who selected a qualifying product flavor continued to the final screening question which asked respondents to select the cardinal direction ("NORTH," "SOUTH," "EAST," or "WEST") that matched the cardinal direction in the questions stem, in order to make sure respondents were paying attention and not blindly selecting response options (S9).[31]  Respondents who did not select the matching cardinal direction were terminated from the survey.  At this point, qualified respondents were asked to take the survey with their browser maximized in one session, to not consult other materials or people while taking the survey, and to

---

[30] The timeframes used to screen for usage of each cereal/granola were as follows: 3 months for Great Grains, Raisin Bran, Bran Flakes, Alpha Bits, Granola, and Honeycomb; 6 months for Waffle Crisp; "ever" for Honey Bunches of Oats and Honey Bunches of Oats Whole Grain.  In order to obtain respondents for each cereal the time frame varied, as some class cereals or flavors were discontinued, and only available longer ago than the past 3 months.

[31] This cardinal direction quality control question was S8 for respondents in the Raisin Bran, Bran Flakes, Honeycomb, Alpha-Bits, and Waffle Crisp surveys since they were not asked a follow up question about flavor type.  For the same reason, the question that presented respondents in those surveys with instructions and asked if they understood and agreed to the instructions was S9 instead of S10.

wear glasses or contact lenses if normally needed for viewing a computer or tablet screen.  Respondents who understood and agreed to these instructions were permitted to continue (S10).

34.     To avoid influencing respondents' answers and survey results, and to minimize answers from uninformed respondents, I used filters in my survey question response options, such as the answer option of "None of the above."  I also randomized answer options in the survey questions where it was appropriate.

35.     In the main part of the survey, respondents were introduced to the conjoint task and shown a list of the cereal or granola features that were varied in the product profiles which followed.  They were asked to make certain assumptions during the conjoint choice tasks.   These assumptions included the following:

- Each [cereal/granola] will be described by the set of features you were just shown. Any other features beyond those shown in the exercise (Brand, [Flavor,] Labels, Price) are assumed to be the same for all the [cereals/granolas] presented.

- All [cereals/granolas] are available at the store at which you typically shop.  Each [cereal/granola] option shown is offered by the same retailer or seller, so any preference you may have for a particular retailer or seller should not matter.

- No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

- Each option shown is a [X]-ounce [box/package].

- In the upcoming exercises, you will see references to a Whole Grains Council Stamp.  The stamp, as it actually appears on the [box/package], is shown below.  When you see the words "Whole Grains Council Stamp" in the exercises, they refer to the stamp shown below, and you should think of that image when making your decisions. [INSERT STAMP FOR APPROPRIATE CEREAL/GRANOLA][32]

36.     Respondents were then introduced to each feature.  Respondents viewed each feature prior to continuing to the choice exercise.  The features and feature levels that were used are indicated below.

---

[32] The Waffle Crisp survey did not include this assumption as the Whole Grains Council Stamp is not at issue for Waffle Crisp.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

The affirmative misrepresentations at issue are marked with an asterisk.  Note that in the actual conjoint surveys these affirmative misrepresentations did not have an asterisk, and appeared in the same format as the "distractor" labels.[33]  The levels of the features, "brand," "flavor," "labels," were chosen to be believable and understandable.  I have chosen to employ written descriptions of the affirmative misrepresentations and distractor labels shown below, instead of displaying the entire box, in part because I understand that all of these statements may be assumed to be relied upon, if they are material, under the California laws that apply to Plaintiffs' theory of the case.  The fact that the distractor labels are rather similar to the affirmative misrepresentations is conservative, since respondents will have a harder time distinguishing the two types of labels and noticing one or the other's presence or absence.

### Great Grains

**Brand**

In this exercise, the cereals shown will be one of the following brands:
- Post Great Grains
- General Mills Basic 4
- Kashi Go Lean Crunch
- General Mills Fiber One Honey Clusters
- Store Brand Multigrain Flakes and Clusters

**Flavor**

In this exercise, the cereals shown come in the following flavors:
- Blueberry Morning
- Cranberry Almond Crunch
- Crunchy Pecan
- Banana Nut Crunch
- Raisins, Dates & Pecans

**Labels**

In this exercise, the following labels may appear on the box:
- * Less processed nutrition you can see
- * Why less processed? Quite simply, because it's good for you!
- * It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!
- * HELPS SUPPORT A HEALTHY METABOLISM
- * Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)
- * WHY BE GOOD WHEN YOU CAN BE GREAT?
- * NEW LOOK SAME GREAT TASTE!

---

[33] For more information regarding how the labels were grouped into separate attributes, see **Exhibit X**.

- FILLS YOU UP & SATISFIES YOU LONGER!
- THE TASTE YOU LOVE THE SUSTAINED ENERGY YOU NEED
- foods to power the lifestyle they cultivate
- is an excellent source of folic acid and iron

**Price**

The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 16-ounce box.
- $2.49
- $2.99
- $3.49
- $3.99
- $4.49

## Honey Bunches of Oats

**Brand**

In this exercise, the cereals shown will be one of the following brands:
- Post Honey Bunches of Oats
- Nature Valley Honey Oat Clusters
- Kellogg's Special K
- Store Brand Honey Oat Clusters and Flakes

**Flavor**

In this exercise, the cereals shown come in the following flavors:
- With Almonds
- Honey Roasted
- With Vanilla Bunches
- Greek Honey Crunch
- With Cinnamon Bunches
- With Real Strawberries

**Labels**[34]

In this exercise, the following labels may appear on the box:
- Our Promise | No High Fructose Corn Syrup
- 4 Wholesome Grains
- WHOLESOME NUTRITION
- Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving)
- It's just the taste, it's amazing.
- Made with Natural Wildflower Honey
- NO COLORS FROM ARTIFICIAL SOURCES
- NOURISHING CALORIES

---

[34] The reference to "Post" has been removed from the labels, for reasons previously discussed in footnote 3.

- Start the Day Off Right!
- This is a cereal you can feel good about eating again and again.

**Price**

The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 18-ounce box.
- $2.69
- $3.19
- $3.69
- $4.19
- $4.69

**Honey Bunches of Oats Whole Grain**

**Brand**

In this exercise, the cereals shown will be one of the following brands:
- Post Honey Bunches of Oats Whole Grain
- Quaker Real Medley Multigrain Cereal
- Kellogg's Mueslix
- Store Brand Honey Oat Clusters and Flakes Whole Grain

**Flavor**

In this exercise, the cereals shown come in the following flavors:
- Honey Crunch
- Almond Crunch
- Blueberry Clusters
- Raisins, Dates & Almonds

**Labels**[35]

In this exercise, the following labels may appear on the box:
- Our Promise | No High Fructose Corn Syrup
- WHOLE GRAINS – good for your family, good for you.
- Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet
- Rich in nutrients - important for moms-to-be and growing children.
- Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving)
- Dig in for delight in every bite.
- NEW LOOK! SAME GREAT TASTE
- It's the perfect way to start your day.
- Simple Inside - GOOD SOURCE OF FIBER - NO ARTIFICIAL COLORS OR FLAVORS
- This cereal is your great-day starter and your balanced-lifestyle supporter.
- OUR BEST IN EVERY BITE
- And with no artificial colors or flavors, this cereal is as good as it gets.

---

[35] The reference to "Post" has been removed from the labels and the references to "Honey Bunches of Oats Whole Grain" have been removed from the labels or replaced with "this cereal" for reasons previously discussed in footnote 3.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

**Price**

The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is an 18-ounce box.
- $1.69
- $2.49
- $3.29
- $4.09
- $4.89

**Honey Bunches of Oats Granola**

**Brand**

In this exercise, the granolas shown will be one of the following brands:
- Post Honey Bunches of Oats Granola
- General Mills Nature Valley Granola
- Kellogg's Special K Granola
- Quaker Simply Granola
- Store Brand Granola

**Flavor**

In this exercise, the granolas shown come in the following flavors:
- Honey Roasted
- French Vanilla Almond
- Toffee Almond
- Maple Pecan
- Peanut Butter

**Labels**

In this exercise, the following labels may appear on the package:
- ＊ it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love.
- ＊ Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving)
- NO PRESERVATIVES OR ARTIFICIAL FLAVORS
- Enjoy It Your Way!
- Bring your bunch together, anytime anywhere with delicious granola.
- ingredients you can see & pronounce
- We choose healthy and tasty, convenient and wholesome, economically sustainable and socially impactful.
- add PROTEIN to your day!

**Price**

The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 11-ounce package.
- $2.59
- $2.99
- $3.39
- $3.79
- $4.19

## Raisin Bran

**Brand**

In this exercise, the cereals shown will be one of the following brands:
- Kellogg's Raisin Bran
- Kellogg's Raisin Bran Crunch
- General Mills Total Raisin Bran
- Post Raisin Bran
- Store Brand Raisin Bran

**Labels**

In this exercise, the following labels may appear on the box:
- No High Fructose Corn Syrup
- Healthy
- Nutritious
- Fiber is good for digestive health
- Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving)
- HUNDREDS OF RAISINS IN EVERY BOX
- has delicious crunchy whole grain wheat and bran flakes
- EXCELLENT SOURCE OF FIBER
- Delicious raisins perfectly balanced with crisp, toasted bran flakes.
- REAL FRUIT- Delicious raisins add a sweetness you'll love to every morning.
- MADE WITH REAL FRUIT

**Price**

The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 20-ounce box.
- $1.89
- $2.59
- $3.29
- $3.99
- $4.69

## Bran Flakes

**Brand**

In this exercise, the cereals shown will be one of the following brands:

- Kellogg's All Bran
- General Mills Fiber One Original Bran Cereal
- Post Bran Flakes
- Store Brand Bran Flakes

**Labels**

In this exercise, the following labels may appear on the box:

- ∗ CONTAINS DIETARY FIBER to Help Maintain Digestive Health
- ∗ Contains no high fructose corn syrup
- ∗ Whole grains provide fiber and other important nutrients to help keep you healthy.
- ∗ FIBER TO HELP WITH WEIGHT MANAGEMENT
- ∗ Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving)
- Made from oven toasted, whole grain wheat and wheat bran
- NO artificial flavors
- NO colors from artificial sources
- Excellent Source of Iron
- Make fit for life, fit your life!
- Energize your active lifestyle with a great breakfast!

**Price**

The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 16-ounce box.

- $2.69
- $3.19
- $3.69
- $4.19
- $4.69

## Honeycomb

**Brand**

In this exercise, the cereals shown will be one of the following brands:

- Post Honeycomb
- Kellogg's Apple Jacks
- Quaker Cap'n Crunch
- Kellogg's Froot Loops

**Labels**

In this exercise, the following labels may appear on the box:

- ＊ NUTRITIOUS SWEETENED CORN & OAT CEREAL[36]
- ＊ Whole Grains Council Stamp (WHOLE GRAIN; 8g or more per serving)
- SWEETENED CORN & OAT CEREAL
- THIS CEREAL CAN HELP FUEL YOUR DREAMS!
- Simple Inside
- GOOD SOURCE OF 11 VITAMINS AND MINERALS
- COLLECT POINTS. EARN REWARDS.
- IT'S NOT WHAT YOU DO, IT'S HOW YOU MAKE IT YOURS.
- OUR BEST IN EVERY BITE

**Price**

The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 12.5-ounce box.

- $1.99
- $2.49
- $2.99
- $3.49
- $3.99

## Alpha-Bits

**Brand**

In this exercise, the cereals shown will be one of the following brands:

- Post Alpha-Bits
- General Mills Lucky Charms
- Quaker Life
- General Mills Kix

**Labels**[37]

In this exercise, the following labels may appear on the box:

- ＊ NO HIGH FRUCTOSE CORN SYRUP
- ＊ A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN
- ＊ Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)
- NO ARTIFICIAL FLAVORS
- 12 ESSENTIAL VITAMINS AND MINERALS
- satisfies the kid in everyone with just the right touch of sweetness and crispy goodness.
- FUEL UP ON GOODNESS

---

[36] This was tested against "NUTRITIOUS SWEETENED CORN & OAT CEREAL" in order to isolate "NUTRITIOUS."

[37] Reference to "Alpha-Bits" has been removed from the labels for reasons previously discussed in footnote 3.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

- Start the morning simply, start life right.
- great taste = happy kids

**Price**

The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 12-ounce box.
- $1.99
- $2.24
- $2.49
- $2.74
- $2.99

## Waffle Crisp

**Brand**

In this exercise, the cereals shown will be one of the following brands:
- Post Waffle Crisp
- General Mills Cinnamon Toast Crunch
- General Mills French Toast Crunch
- Quaker Oatmeal Squares

**Labels**

In this exercise, the following labels may appear on the box:
- NO HIGH FRUCTOSE CORN SYRUP
- Iron & Zinc for Growth
- LABELS FOR EDUCATION
- NO COLORS FROM ARTIFICIAL SOURCES
- NO ARTIFICIAL FLAVORS
- fill you up with a satisfying crunch and sweetness that's just right
- FUEL UP ON GOODNESS
- GET A STRONG START

**Price**

The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 11.5-ounce box.
- $1.59
- $2.34
- $3.09
- $3.84
- $4.59

37.     Respondents then continued to the 12 choice tasks that are the main section of the conjoint survey.  They were shown a series of 12 choice tasks, each containing a choice set of 3 different, hypothetical cereals or granolas, which were described by the combinations of levels of the features that I selected.

38.     For each set of three alternative cereal or granola options, respondents were asked: "If these were your only options and you had to choose a [cereal/granola], which [cereal/granola] would you choose?"  Respondents indicated which of the three cereals or granolas they would choose.  For each choice task, respondents were also presented with a second question which read, "Given your knowledge of the market, would you actually be willing to buy the [cereal/granola] that you chose above?"[38]

39.     After answering both questions, respondents continued on to the next choice set.  For each respondent, choices were made among the different products in the choice sets and were used to estimate a set of partworths.  The choice sets were chosen randomly to ensure that respondents saw each level of each feature in the choice sets with roughly the same frequency.  The designs are highly efficient, i.e., they provide the estimates of partworths with high precision.[39]  Following the presentation of the 12 choice tasks, respondents were thanked for their time and the survey was completed.

## IX. Analysis

40.     Hierarchical Bayes estimates for the partworths for each respondent were obtained from the data with software developed by Sawtooth Software, Inc.  Partworths represent the relative preference or utility associated with each level of product attribute.  The overall utility of a product is the sum of the partworths for the attribute levels possessed by the product.  The partworths, which are estimated at the individual level, are used in the simulation model.  In **Exhibit I**, I summarize the average partworths.

---

[38] *See* Brazell, Jeff D., Christopher G. Diener, Ekaterina Karniouchina, William L. Moore, Válerie Séverin, and Pierre-Francois Uldry (2006). "The no-choice option and dual response choice designs," *Marketing Letters*, Vol. 17, No. 4 (Dec.), pp 255-268.

[39] For more technical descriptions, *see The CBC System for Choice-Based Conjoint Analysis (Version 9)*, Sawtooth Software Technical Paper Series, 2017. Efficiencies were over 0.99 for the balanced overlap randomized designs.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

41.     As is a commonly accepted practice in conjoint surveys, I used a model that ensures that the partworths for the price follow a logical order, *i.e.*, respondents always prefer to pay less for a given cereal or granola.  For example, using the price points from the Great Grains survey, the market prefers a price of $2.49 to a price of $2.99 per cereal, prefers a price of $2.99 to a price of $3.49 per cereal, prefers a price of $3.49 to a price of $3.99 per cereal, and prefers a price of $3.99 to a price of $4.49 per cereal.[40]

42.     The average values of the estimated partworths in **Exhibit I** indicate that the market prefers cereals or granola with the affirmative misrepresentations over the cereals or granola without the affirmative misrepresentations.   That is, for example, the average partworth for Great Grains cereals with the affirmative misrepresentation ("It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!") is larger than the average partworth for the same cereals without the affirmative misrepresentation.

43.     In order to establish the appropriateness of using the partworths to forecast the market, I tested the fit and predictive ability of the conjoint analyses estimates by running a holdout analysis for each survey.  A holdout analysis uses hit rates to measure accuracy.  The hit rate is the percent of the time respondents' choices in the survey can be successfully predicted by their partworths.[41]  It is my opinion that the hit rates observed here are consistent with what I have seen in other successful conjoint analyses, including ones I have successfully conducted.  They indicate that this model is appropriate to use for making the price premium calculations in this report.  For each survey, the holdout analysis indicated that a "main effects" model (i.e., one that did not require interactions), was appropriate.

---

[40] I refer to this model as a price constrained model.

[41] For a description of the holdout analysis and details on the results, see **Exhibit J**.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

## X. Calculation of the Price Premia Resulting from the Presence of the Affirmative Misrepresentations on Post Cereals and Granola

44.     I used the Market-Based Method to determine the price premia resulting from the presence of the affirmative misrepresentations on these cereals and granola.  The Market-Based Method uses the HB partworths to simulate the market reaction to choice sets of products and prices.

45.     I used standard procedures in the Sawtooth Software's Lighthouse Studio software to run the choice simulations.  Market simulations using CBC HB partworth estimates are often used by firms to simulate what would happen if a new product were introduced to a market, or if a firm decided to change a feature or features of an existing product.  Forecasts based on such market simulations are sufficiently accurate such that firms routinely make decisions based on the results of these simulations.[42]  To predict customers' choices in the simulation, I applied an approach commonly used in marketing research called "Randomized First Choice ("RFC") Simulation."  Under RFC, a consumer chooses the product that gives him or her the highest utility among the available choices (i.e., the first choice), where the consumer's utility from a product is calculated as the sum of the estimated partworths for the features provided by the product, plus random draws of the unobserved components in the utility.[43]

46.     The Market-Based Method uses the partworths to predict how customers would react in a hypothetical world in which there are two available configurations of cereals or granola that vary only according to price and the labels at issue.  In my description of the method that follows, I will use the Great Grains survey as an example, though the method was the same for the other Post cereals and granola.  For each respondent, the partworths for the levels present in each product profile will be summed to obtain an overall relative utility for each respondent, for each of the two configurations of cereal.  These utilities, in

---

[42] Orme, Bryan K. (2014). *Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research, (Third Edition),* Manhattan Beach, CA.: Research Publishers LLC, pp 143-157.

[43] The Sawtooth Software HB estimation includes a standard option to perform RFC. The software assumes that the random perturbations on the partworths of each attribute follow a standard Normal distribution and the additional random perturbations at the product level also follow a Gumbel distribution.

turn, combined with a decision rule (here, Randomized First Choice), can be used in a conjoint simulator to calculate market shares for the two cereals in the simulation. Since these two configurations of Post Great Grains are the only products available in this market simulation, their shares add to 100%. I used the Market-Based Method to determine the price difference at which the market, as represented by the respondents, would be indifferent between choosing either Great Grains with the affirmative misrepresentations, or Great Grains without the affirmative misrepresentations. When the market is indifferent, the market share for each Great Grains option is 50%.

47.      As described above, the Market-Based Method of calculating the price premia due to the presence of an affirmative misrepresentation set up a hypothetical situation in which there were only two alternative cereal or granola options in the choice set: one with the affirmative misrepresentation and the other without the affirmative misrepresentation. For each of the two Great Grains options in the simulation I held all other features (except price) constant at specific levels; the exact levels I chose for these other features did not affect our calculations.[44]  The price of each of the two Great Grains options was initially set at $3.49. I then simulated markets with lower prices for the Great Grains without the affirmative misrepresentation and markets with higher prices for the Great Grains with the affirmative misrepresentations. For each respondent, the partworths for the levels present in each product profile were summed to obtain an overall relative utility for each of the two configurations of cereals. These utilities, in turn, combined with a decision rule (Randomized First Choice), were used in the conjoint simulator to calculate market shares for the cereals. Since these two configurations of Post Great Grains are the only products available in this market simulation, their shares add to 100%. I found the lower price of the Great Grains option without the affirmative misrepresentations such that half of the market (i.e., as represented by the data from all of the respondents in our analysis) chose the Great Grains option with the affirmative

---

[44] This simulation method is also described in Orme, Bryan K., and Keith Chrzan (2017). *Becoming an Expert in Conjoint Analysis: Choice Modeling for Pros*, Orem, Utah: Sawtooth Software, Inc., p. 194.  See **Exhibit X** for each attribute's level settings during the market simulations.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

misrepresentation and half of the market chose the Great Grains option without the affirmative misrepresentation (i.e., each one has a market share of 50%). The price premium equals the difference between the two prices that compensates for the presence or absence of the affirmative misrepresentation. This process was then repeated at the other price levels, lowering the price of the Great Grains without the affirmative misrepresentation to get one measure of price premium, and then raising the price of the Great Grains with the affirmative misrepresentation to get another.[45] I chose, among the price differences obtained at the different levels of starting prices, the smallest (which is the most conservative) as the price premium for Great Grains with the affirmative misrepresentation.

48.     These dollar values were then expressed as a percentage of the highest price available in each survey to give the price premia on a percentage basis. In this case, the most conservative price premium is calculated by taking the smallest dollar value for the price premium, and dividing it by the largest price for the cereal or granola in each survey (e.g., $4.49 for Great Grains Cereal). The percentage I calculated is applicable across all varieties of that brand of the cereal or granola at issue in the class. The results of the market-based simulations are given in **Exhibit K**. Adjusted price premia for the Whole Grains Council Stamp are presented, in case the Court decides that an adjustment for possible biases to the results is needed, due to the use of a graphic of the stamp in the initial description of the attributes and levels, which was necessary in order to conform to Plaintiffs' theory of liability. A text-only version, not the graphic, was used in the choice tasks themselves. Additional discussion on this topic will follow the table of price premia below.

---

[45] To calculate the price premium, it is possible to raise the price of the cereal or granola with the affirmative misrepresentation, or to lower the price of the cereal or granola without the affirmative misrepresentation. Using Great Grains as an example, I tried both methods, starting at all five price points, and reported the price premium as the smallest value found across all starting price points. Note, however, that I cannot raise or lower the price beyond the boundaries used in the conjoint analysis (i.e., $2.49 and $4.49). From the lower bound price of $2.49 I can only raise the price of Great Grains with the affirmative misrepresentation, and for the upper bound price of $4.49 I can only lower the price of Great Grains without the affirmative misrepresentation. The maximum price premium that I can measure is, therefore, $4.49 - $2.49 = $2.00 and the answer given in such a case is conservatively reported as $2.00.

| Post Great Grains Cereals Affirmative Misrepresentation | Price Premium $ | Price Premium % |
|---|---|---|
| Less processed nutrition you can see | $0.00 | 0.00% |
| Why less processed? Quite simply, because it's good for you! | $0.08 | 1.78% |
| It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite! | $0.26 | 5.79% |
| HELPS SUPPORT A HEALTHY METABOLISM | $0.06 | 1.33% |

| Post Great Grains Cereals - Whole Grains Council Stamp | Price Premium $ | Price Premium % | Adjusted Price Premium $ | Adjusted Price Premium % |
|---|---|---|---|---|
| Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) | $0.31 | 6.90% | $0.26 | 5.79% |

| Post Honey Bunches of Oats Cereals Affirmative Misrepresentation | Price Premium $ | Price Premium % |
|---|---|---|
| Our Promise \| No High Fructose Corn Syrup | $0.20 | 4.26% |
| 4 Wholesome Grains | $0.12 | 2.55% |
| WHOLESOME NUTRITION | $0.11 | 2.34% |

| Post Honey Bunches of Oats Cereals - Whole Grains Council Stamp | Price Premium $ | Price Premium % | Adjusted Price Premium $ | Adjusted Price Premium % |
|---|---|---|---|---|
| Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving) | $0.36 | 7.67% | $0.12 | 2.55% |

| Post Honey Bunches of Oats – Whole Grain Cereals Affirmative Misrepresentation | Price Premium $ | Price Premium % |
|---|---|---|
| Our Promise \| No High Fructose Corn Syrup | $0.17 | 3.47% |
| WHOLE GRAINS – good for your family, good for you. | $0.21 | 4.29% |
| Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet | $0.16 | 3.27% |
| Rich in nutrients - important for moms-to-be and growing children. | $0.18 | 3.68% |

| Post Honey Bunches of Oats – Whole Grain Cereals - Whole Grains Council Stamp | Price Premium $ | Price Premium % | Adjusted Price Premium $ | Adjusted Price Premium % |
|---|---|---|---|---|
| Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving) | $0.51 | 10.4% | $0.21 | 4.29% |

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

| Post Honey Bunches of Oats Granolas Affirmative Misrepresentation | Price Premium $ | Price Premium % |
|---|---|---|
| it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love. | $0.19 | 4.53% |

| Post Honey Bunches of Oats Granolas - Whole Grains Council Stamp | Price Premium $ | Price Premium % | Adjusted Price Premium $ | Adjusted Price Premium % |
|---|---|---|---|---|
| Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving) | $0.39 | 9.30% | $0.13 | 3.10% |

| Post Raisin Bran Cereal Affirmative Misrepresentation | Price Premium $ | Price Premium % |
|---|---|---|
| No High Fructose Corn Syrup | $0.33 | 7.03% |
| Healthy | $0.11 | 2.34% |
| Nutritious | $0.10 | 2.13% |
| Fiber is good for digestive health | $0.12 | 2.55% |

| Post Raisin Bran Cereal - Whole Grains Council Stamp | Price Premium $ | Price Premium % | Adjusted Price Premium $ | Adjusted Price Premium % |
|---|---|---|---|---|
| Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving) | $0.38 | 8.10% | $0.12 | 2.55% |

| Post Bran Flakes Cereal Affirmative Misrepresentation | Price Premium $ | Price Premium % |
|---|---|---|
| CONTAINS DIETARY FIBER to Help Maintain Digestive Health | $0.43 | 9.16% |
| Contains no high fructose corn syrup | $0.36 | 7.67% |
| Whole grains provide fiber and other important nutrients to help keep you healthy. | $0.36 | 7.67% |
| FIBER TO HELP WITH WEIGHT MANAGEMENT | $0.38 | 8.10% |

| Post Bran Flakes Cereal - Whole Grains Council Stamp | Price Premium $ | Price Premium % | Adjusted Price Premium $ | Adjusted Price Premium % |
|---|---|---|---|---|
| Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving) | $0.59 | 12.5% | $0.36 | 7.67% |

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

| Post Honeycomb Cereal Affirmative Misrepresentation | Price Premium $ | Price Premium % |
|---|---|---|
| NUTRITIOUS SWEETENED CORN & OAT CEREAL | $0.03 | 0.75% |

| Post Honeycomb Cereal - Whole Grains Council Stamp | Price Premium $ | Price Premium % | Adjusted Price Premium $ | Adjusted Price Premium % |
|---|---|---|---|---|
| Whole Grains Council Stamp (WHOLE GRAIN; 8g or more per serving) | $0.49 | 12.2% | $0.16 | 4.01% |

| Post Alpha-Bits Cereal Affirmative Misrepresentation | Price Premium $ | Price Premium % |
|---|---|---|
| NO HIGH FRUCTOSE CORN SYRUP | $0.32 | 10.7% |
| A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN | $0.45 | 15.0% |

| Post Alpha-Bits Cereal - Whole Grains Council Stamp | Price Premium $ | Price Premium % | Adjusted Price Premium $ | Adjusted Price Premium % |
|---|---|---|---|---|
| Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) | $0.89 | 29.7% | $0.29 | 9.69% |

| Post Waffle Crisp Cereal Affirmative Misrepresentation | Price Premium $ | Price Premium % |
|---|---|---|
| NO HIGH FRUCTOSE CORN SYRUP | $0.34 | 7.40% |
| Iron & Zinc for Growth | $0.29 | 6.31% |

49.    When examining the results, I noted that the Whole Grains Council Stamp consistently showed the largest premium among the affirmative misrepresentations for each cereal, where it was present.[46]  As described above, during the introductory phase of each survey, respondents were shown the actual Whole Grains Council Stamp graphic, and advised that the textual reference in the upcoming survey was meant to evoke the graphic.  It was necessary to do this in order to be consistent with Plaintiffs' theory of liability.  As the Court previously noted:

---

[46] The Whole Grains Council Stamp is not at issue, and thus not included in the survey, for Waffle Crisp.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

> With respect to the challenge to the Whole Grains Council Stamp itself, plaintiffs argue that they *do not* challenge the statements within the stamp disclosing actual per serving grams of whole grains, but the use of the Stamp itself because "it implies independent verification that the cereals are healthy" despite the fact the Council is an industry trade group and the added sugar makes the cereals unhealthy. Oppo. 18; FAC ¶¶ 244–249. Post responds that the use of the Stamp itself cannot be considered apart from the disclosure *within* the stamp of the grams of whole grains per serving (implying dietary fiber). Reply 9 n.6.

> There is no evidence that the Stamp itself has been approved by the FDA (although the FDA has determined that use of "symbols" can sometimes constitute nutrient content claims). Mot. 15 n. 7. Moreover, whether the use of the Stamp itself conveys something other than the implied fiber content is not something appropriate for determination on this motion. Plaintiffs may pursue claims based on the use of the Stamp at this juncture.[47]

I have also reviewed the report of Plaintiffs' marketing expert, Bruce Silverman, who discusses the materiality to consumers of apparent third-party endorsements of products, which is what the Whole Grains Council Stamp signifies.[48] Given that, unlike many other affirmative misrepresentations in this case, Plaintiffs challenge the *graphical* elements of the Whole Grains Council Stamp, and the extent to which those elements imply a neutral, third-party endorsement of the healthiness of the products to which they are attached, I do not find it unreasonable that this claim has the highest dollar value, compared to the other claims in a given survey, among consumers.[49]

## XI. Conclusions (Conjoint Surveys)

50.    The scientific methodology I used to design, conduct, and analyze the surveys in this report is sound, reliable, and valid. The conjoint analyses I ran estimated the price premia (measured in dollars and/or percentage terms) caused by the presence of the affirmative misrepresentations on boxes of Post Great Grains, Honey Bunches of Oats Regular, Whole Grain, and Granola, Raisin Bran, Bran Flakes,

---

[47] *Krommenhock v. Post Foods, LLC*, 255 F.Supp.3d 938, 957-58 (N.D. Cal. 2017).

[48] See Report of Bruce Silverman, dated April 24, 2019, paragraphs 132-138.

[49] Nevertheless, if one were concerned about possible bias attributable to introducing the Whole Grains Council Stamp to survey respondents in graphical form (despite that in the conjoint exercise itself, an abbreviated version of just the wording in the stamp appeared, to adjust for possible biases), one could conceivably either reduce the value of the premium for the Whole Grains Council Stamp to the value of any other whole grain claim for the cereal being tested, or, if there is no other whole grain claim for that cereal, reduce it by a factor of between 1.6 and 3, since the reductions where another whole grain claim are present would be by a factor of 1.6 to 3 (a reduction by a factor of 3 would be the most conservative implementation of this type of adjustment). I have calculated such an adjustment, and provide the corresponding adjusted price premia in **Exhibit K** and in paragraph 48.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

Honeycomb, Alpha-Bits, and Waffle Crisp, meaning the difference in the value of these cereals or granola with the affirmative misrepresentations compared to the value of these cereals or granola without the affirmative misrepresentations.

## XII. Demand Modeling Surveys

51.     As I stated previously, it is alleged that the Post products at issue contain high amounts of sugar, yet also contain health and wellness claims or labels.[50]  These health and wellness labels "are deceptive because they are incompatible with the dangers of the excessive sugar consumption to which these foods contribute."[51]  These cereals and granola contain statements or labels implying they are healthy, but omit information regarding the dangers of excessive sugar consumption.   I was asked by counsel for Plaintiffs to design, conduct, and analyze two market research surveys that would enable me to test the effect of the omitted information regarding the dangers of sugar consumption on demand for Great Grains and Honey Bunches of Oats.  This part of the report describes the methodology and analysis of these Demand Modeling surveys.

## XIII. Summary of Conclusions (Demand Modeling Surveys)

52.     This analysis was designed to determine the effect of the omitted information regarding the dangers of sugar consumption on the demand for Post Great Grains and Honey Bunches of Oats.  The scientific methodology I used to design, conduct, and analyze the surveys in this report is sound, reliable, and valid.  As discussed in more detail below, the survey results indicated that Great Grains customers would have consumed, on average, 26.3% less Great Grains and Honey Bunches of Oats customers would have consumed, on average, 28.1% less Honey Bunches of Oats had they been aware of the omitted information.

---

[50] Second Amended Complaint (Part 1), p. 1.

[51] Id.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

## XIV. Overview of Methodology

53.     To measure the effect of the omissions on respondents' servings of Great Grains or Honey Bunches of Oats, I used a test and control experimental design.[52]  Respondents were randomly assigned to the Test Group or the Control Group.  It is necessary to use a control Group to account for guessing and other forms of noise (e.g., possible confounding factors, guessing, preexisting beliefs, or yea-saying).[53]  This is analogous to the use of a placebo in the test of, say, a new drug.  To test a new drug, some patients are given the test product and some are given a placebo or sugar pill or some other drug with a known efficacy.  Patients are randomly assigned to receive either the test product or the control product.  The effect of the drug is measured by the difference in response between those receiving the test drug (the "Test Group") and those receiving the placebo (the "Control Group").  The use of a control in the drug testing situation is important because some people will get well even with no treatment at all and some get well just because they think their disease is being treated.  The assignment of respondents at random to a Test Group or a Control Group is a classic experimental design.[54]  In the demand surveys I have conducted, the Test Group saw the claims with the information about the dangers of excessive sugar consumption omitted, and the Control Group saw the claims with the information about the dangers of excessive sugar consumption included.[55]

54.     Respondents in the Test Group for Great Grains viewed the following statements:[56]

---

[52] Diamond, Shari S. (2012). *Trademark and Deceptive Advertising Surveys (First Edition)*, Chicago, IL: ABA Publishing., p. 227.

[53] Id., pp. 203 – 206.

[54] Cook, Thomas D., and Donald T. Campbell (1979). *Quasi-Experimentation: Design and Analysis Issues for Field Settings*, Boston, MA: Houghton-Mifflin Company, p. 5.

[55] This labeling of the Test and Control Groups is in line with that recommended for surveys used in trademark and deceptive advertising litigation.  See Diamond, Shari S., "Control Foundations: Rationales and Approaches," in Diamond, Shari S. and Jerre B. Swann (Editors) (2012). *Trademark and Deceptive Advertising Surveys: Law, Science, and Design,* Chicago, IL: American Bar Association Section of Intellectual Property Law, pp. 201-216.

[56] These statements are the claims at issue for Great Grains, which were tested in the conjoint studies for damages, and their order was randomized. As with those studies, for practical reasons, I did not include some of the longer claims that conveyed

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

- Less processed nutrition you can see

- Why less processed? Quite simply, because it's good for you!

- It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!

- HELPS SUPPORT A HEALTHY METABOLISM

- Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)

Respondents in the Test Group for Honey Bunches of Oats viewed the following statements:[57]

- Our Post Promise | No High Fructose Corn Syrup

- 4 Wholesome Grains

- WHOLESOME NUTRITION

- Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving; EAT 48g OR

  MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)

Respondents in the Control Group viewed the same statements as those in the Test Group in each survey, with the addition of:

> WARNING: DUE TO ITS HIGH ADDED SUGAR CONTENT, CONSUMPTION OF [GREAT GRAINS/HONEY BUNCHES OF OATS] MAY LEAD YOU TO EXCEED THE USDA'S RECOMMENDED DAILY ADDED SUGAR MAXIMUM, WHICH CAN CAUSE TYPE 2 DIABETES, HEART DISEASE, FATTY LIVER DISEASE, AND TOOTH DECAY.

Since the only difference between the Test and Control groups was this warning, any difference observed in responses between the two groups is due to this warning.

55.     As I stated above, it is standard survey practice to avoid indicating the sponsor and purpose of the survey to ensure respondents' objectivity and to make respondents "blind" to the sponsor and purpose of the survey.  Pretest interviews were conducted to ensure this.  It is standard survey practice to instruct

---

similar messaging.  I also chose to use a purely textual version of the Whole Grains Council Stamp claim.  Since it is used in both the Test and Control stimuli, it will not have an effect on the results.

[57] These statements are the claims at issue for Honey Bunches of Oats. Their order was randomized.

respondents not to guess. Accordingly, the instructions at the beginning of the survey stated, "If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW/UNSURE option. It is very important that you do not guess." To avoid influencing respondents' answers and to minimize answers from uninformed respondents, I used filters in my survey question response options, such as the answer option of "Don't know/Unsure." I also randomized answer options in the survey screener questions where it was appropriate.[58]

## XV. Pretesting the Questionnaire

56.    The demand modeling questionnaire was pretested with 15 total respondents prior to the launch of the survey. The pretest consisted of 5 preliminary pretest interviews, in which no issues were identified, and 10 final pretest interviews, which were verbal debriefs with respondents after they had answered the survey questions. I, as well as my team of interviewers who are highly-trained market researchers who work under my direction, tested that respondents understood and did not have difficulty with the questions, instructions, and images. Additionally, I tested for demand artifacts, asking respondents about their beliefs about the sponsor and purpose of the surveys, and if respondents felt the survey was trying to get them to answer in a certain way.   Following standard procedures, no pretest responses were included in the final sample.

## XVI. Identifying the Sample

57.    To reach a representative sample of the appropriate population, I interviewed respondents, using a nationwide sample, aged 18 and older have personally purchased or shared in the decision to purchase Post Great Grains in the past 3 months or Post Honey Bunches of Oats.

58.    Internet surveys are a very common form of market research. In addition, there is evidence that data collected using Internet surveys does not differ in quality from that collected using phone or mall-

---

[58] Id, p. 390.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

intercept methodologies.[59]  The survey was conducted with Prodege, a consistently reliable and high-quality supplier of qualified survey respondents.  Email invitations to participate in the survey were sent to panel members.  As is customary for consumer surveys for litigation as well as other market research surveys, respondents who qualified and completed the survey received a small monetary incentive.[60]

## XVII. Survey Administration

59.      Each survey began with question S0, a CAPTCHA test which ensured that appropriate respondents, and not computers, were entering each survey.  Next, respondents were reminded to wear glasses or contact lenses if they normally use them when viewing a computer screen.  Respondents next indicated the device they were using to complete the surveys (S1).  Only those on a desktop computer, laptop computer, or tablet computer were permitted to continue.  Respondents were next asked to indicate where they live (S2).  Respondents were able to continue as long as they selected any state in the US or the District of Columbia.  Gender (S3) and age (S4) were collected and validated to ensure they matched panel records.[61]  Respondents who indicated they were under 18 years old were terminated from the surveys. Respondents were asked which types of companies they or any member of their household work for (S5). Respondents who indicated a company that makes or manufactures breakfast cereal or granola, a marketing or market research firm, or a public relations or advertising agency were not allowed to continue.  Next in S6, respondents were presented with a list of grocery products and asked which, if any, of those products have they personally purchased or shared in the decision to purchase.[62]  Respondents who selected cereal were permitted to continue.  Respondents were next presented with a list of types of cereals and asked to

---

[59] Poret, Hal (2010). "A comparative empirical analysis of online versus mall and phone methodologies for trademark surveys," *The Trademark Reporter*, Vol. 100, No. 3 (May -June), 756-807.

[60] For more information on Prodege and incentives see paragraph 28.

[61] This was done as a method of validating respondents' identity. Specifically, respondents' age and gender survey answers were compared to the age and gender information on record with the panel company, and any respondents whose information did not match were not allowed to complete the survey.

[62] In the Great Grains study, S6 asked which products they had purchased in the past 3 months.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

select any of the cereals they had personally purchased of shared in the decision to purchase (S7).  In the Great Grains survey respondents had to indicate they had purchased Great Grains in the past 3 months, and in the Honey Bunches of Oats survey, respondents had to indicate they had purchased Honey Bunches of Oats.  Next, in S8, respondents were asked which types of Great Grains or Honey Bunches of Oats they had personally purchased or shared in the decision to purchase (S8).[63]  Respondents who selected Blueberry Morning, Cranberry Almond Crunch, Crunchy Pecan, Banana Nut Crunch, or Raisins, Dates & Pecans in the Great Grains survey were permitted to continue.  Respondents who selected With Almonds, Honey Roasted, Greek Honey Crunch, With Real Strawberries, With Cinnamon Bunches, or With Vanilla Bunches in the Honey Bunches of Oats survey were permitted to continue.  The final screening question was a quality control question and asked respondents to select the cardinal direction ("NORTH," "SOUTH," "EAST," or "WEST") that matched the cardinal direction in the question stem, in order to make sure respondents were paying attention and not blindly selecting response options (S9).  Respondents who did not select the matching cardinal direction were terminated from the survey.  At this point, qualified respondents were asked to take the survey with their browser maximized in one session, to not consult other materials or people while taking the survey, and to wear glasses or contact lenses if normally needed for viewing a computer or tablet screen. Respondents who understood and agreed to these instructions were permitted to continue (S10).

60.     The main survey began by providing respondents with the introduction below:

---

During this survey, you will be asked about your cereal consumption in the near future.

If you usually wear glasses or contact lenses when reading on a computer, please make sure you use them when viewing the screen.

If you don't know an answer to a question, or if you are unsure, please indicate this in your response.  It is very important that you do not guess.

Click "NEXT" to continue.

---

[63] In the Great Grains study, S8 asked which type of Great Grains they purchased in the past 3 months.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

61.     Respondents were assigned at random to either the Test Group or the Control Group and given the following information in the Great Grains survey:

---

Suppose you see the following statements on the boxes of Great Grains that you can buy when you shop in the near future:

- Less processed nutrition you can see
- Why less processed? Quite simply, because it's good for you!
- It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!
- HELPS SUPPORT A HEALTHY METABOLISM
- Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)
- [CONTROL GROUP ONLY] WARNING: DUE TO ITS HIGH ADDED SUGAR CONTENT, CONSUMPTION OF GREAT GRAINS MAY LEAD YOU TO EXCEED THE USDA'S RECOMMENDED DAILY ADDED SUGAR MAXIMUM, WHICH CAN CAUSE TYPE 2 DIABETES, HEART DISEASE, FATTY LIVER DISEASE, AND TOOTH DECAY.

---

In the Honey Bunches of Oats survey respondents were given the following information:

---

Suppose you see the following statements on the boxes of Honey Bunches of Oats that you can buy when you shop in the near future:

- Our Post Promise | No High Fructose Corn Syrup
- 4 Wholesome Grains
- WHOLESOME NUTRITION
- Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)
- [CONTROL GROUP ONLY] WARNING: DUE TO ITS HIGH ADDED SUGAR CONTENT, CONSUMPTION OF HONEY BUNCHES OF OATS MAY LEAD YOU TO EXCEED THE USDA'S RECOMMENDED DAILY ADDED SUGAR MAXIMUM, WHICH CAN CAUSE TYPE 2 DIABETES, HEART DISEASE, FATTY LIVER DISEASE, AND TOOTH DECAY.

---

62.     Respondents were required to spend at least 10 seconds exposed to the statements before they were allowed to proceed. Respondents then continued to Q1.  These above statements remained in view for Q1 through Q4.  The statements were randomized for respondents, but the warning always appeared last.

63.     Q1 presented respondents with three different bowl sizes and asked respondents, which bowl, if any, most closely matches in size and depth the bowl they will use when they eat Great Grains or Honey Bunches of Oats in the near future.[64]  Each image was also displayed with a ruler and measurements of the height and width to help respondents make a realistic choice (See Figure 2).  Those who answered "Don't know/Unsure" or "I do not plan to be eating [Great Grains/Honey Bunches of Oats] in the near future" skipped to the end of the survey.

---

Q1.  Please look at the bowls shown below.  Which bowl, if any, most closely matches in size and depth the bowl you will use when you eat [Great Grains/Honey Bunches of Oats] in the near future? *(Select one only)*

*To see an enlarged view of each of the bowls, simply click on the image of the bowl or the button below the image of the bowl.*

---

Figure 2. Smallest Bowl Choice Available to Respondents[65]



---

[64] It is common practice to show respondents stimuli, obtain their reaction, and then apply it to the class period.  It is done, for example, with conjoint analyses that have been accepted by the courts.

[65] Screenshots of the Demand Modeling surveys are included in **Exhibit D**.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

64.    Once respondents selected a bowl in Q1, they continued to Q2, and were asked to select the serving size which most closely matches the amount of cereal they plan to pour in their bowl in the near future.  Respondents saw photos of the bowl they chose in Q1 filled with varying amounts of cereal. Respondents who selected "Don't know/Unsure" skipped to the end of the survey.  Photos of the smallest bowl showed the bowl with 0.5, 0.75, 1.5, 2, or 3 cups of cereal.  The photos of the medium sized bowl included those sizes and an additional bowl with 4 cups of cereal.  The photos of the largest bowl included those sizes and two more additional bowls, one with 5 cups and one with 6 cups of cereal.[66]  See Figure 3 for an example of a bowl that respondents could have seen in Q2 for Great Grains.

Q2.  Please look at the different serving sizes in the bowl you chose.  Which serving size most closely matches the amount of cereal you plan to pour in the bowl when you eat [Great Grains/Honey Bunches of Oats] in the near future? *(Select one only)*

Figure 3. Smallest Bowl with 1.5 Cups of Great Grains



---

[66] I showed more options (in terms of number of cups) for the bigger bowls than the smaller one simply because the bigger bowls were capable of holding a larger number of cups.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

65.     Respondents who selected a bowl in Q2 continued to Q3 and were asked how often they plan to eat bowls of Great Grains or Honey Bunches of Oats, like the one they chose in Q2, in the near future.  Respondents who selected "less than 1 bowl per month" or "Don't know/Unsure" skipped to the end.

---

Q3. How often do you plan to eat bowls of [**Great Grains/Honey Bunches of Oats**], like the one you chose, in the near future?

*Please consider anytime of the day when you plan to eat* [***Great Grains/Honey Bunches of Oats***] *including breakfast, other meals, or snacks. If you cycle between* [*Great Grains/Honey Bunches of Oats*] *and other cereals please take this into account when giving your answer. (Select one only)*
- ⊙ At least 1 bowl per week
- ⊙ Less than 1 bowl per week, but at least 1 bowl per month
- ⊙ Less than 1 bowl per month
- ⊙ Don't know/Unsure

---

66.     The final question, Q4, asked respondents how many bowls they plan to eat, either per week or month in the near future.  Respondents who selected "at least 1 bowl per week" in response to Q3 were asked how many bowls per week they plan to eat in the near future.  Respondents who selected "less than 1 bowl per week, but at least 1 bowl per month" in response to Q3 were asked how many bowls per month they plan to eat in the near future.

---

Q4. How many bowls of [**Great Grains/Honey Bunches of Oats**], like the one you chose, do you plan to eat **per [PIPE: week/month BASED ON RESPONSE TO Q3]** in the near future?

*Please indicate the number of bowls per* [**PIPE** *week/month*]*, not simply the number of times you eat cereal per* [**PIPE** *week/month*]*.  For example, if you eat 2 bowls of cereal at each sitting and you eat cereal 3 times a* [**PIPE** *week/month*]*, that would be 6 bowls per* [**PIPE** *week/month*]*. If you cycle between* [*Great Grains/Honey Bunches of Oats*] *and other cereals please take this into account when giving your answer.*

*(Please enter a number below.)*

[**TEXT BOX**] bowl(s) per [**PIPE** week/month **based on Q3**] in the near future

[**CHECK BOX FOR "DON'T KNOW/UNSURE"**]

---

67.     At this point respondents were thanked for their time and the survey was completed. See **Exhibit H** for detailed response statistics.

## XVIII. Data Analysis

68.     To calculate the change in consumption between the Test and Control Groups, I reviewed respondents' answers to Q1, Q2, Q3, and Q4 in the Test Group and Control Group.[67] Respondents' answers to Q1 and Q2 were used to represent the number of cups of cereal each respondent planned to pour in the bowl they selected in Q1 in the near future.

| Question Response | Response Indication | Cups of Cereal per Bowl |
|---|---|---|
| Q1=4 | Respondent selected "Don't know/Unsure" to which bowl most closely matches in size and depth the bowl they will use to eat the cereal shown in the near future | NA[68] |
| Q1=5 | Respondent selected "I do not plan to eat [Great Grains/Honey Bunches of Oats] in the near future" | 0 |
| Q2=1 | Respondent selected the bowl with 0.5 cups as the amount of cereal they plan to pour in the near future | 0.5 |
| Q2=2 | Respondent selected the bowl with 0.75 cups as the amount of cereal they plan to pour in the near future | 0.75 |
| Q2=3 | Respondent selected the bowl with 1.5 cups as the amount of cereal they plan to pour in the near future | 1.5 |
| Q2=4 | Respondent selected the bowl with 2 cups as the amount of cereal they plan to pour in the near future | 2 |
| Q2=5 | Respondent selected the bowl with 3 cups as the amount of cereal they plan to pour in the near future | 3 |
| Q2=6 | Respondent selected the bowl with 4 cups as the amount of cereal they plan to pour in the near future | 4 |
| Q2=7 | Respondent selected the bowl with 5 cups as the amount of cereal they plan to pour in the near future | 5 |

---

[67] The Test Group had a selection of statements that appear on the box, and the Control Group had the same statements with the addition of the omitted health information about the dangers of excessive sugar consumption.

[68] Respondents with NA values for cereal consumption resulting from answering "Don't Know/Unsure" to Q1, Q2, Q3, or Q4 were eliminated from the analysis.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

| Question Response | Response Indication | Cups of Cereal per Bowl |
|---|---|---|
| Q2=8 | Respondent selected the bowl with 6 cups as the amount of cereal they plan to pour in the near future | 6 |
| Q2=DK | Respondent selected "Don't know/Unsure" to the bowl of cereal that most closely matches the amount of cereal they plan to pour in the bowl when they eat [Great Grains/Honey Bunches of Oats] in the near future | NA |

69.    These servings were multiplied by either 12 or 52, depending on their answer to Q3 (how often do they plan to eat bowls of cereal, like the one they chose in Q2, in the near future).

| Question Response | Response Indication | Conversion Factor for Weeks/Months to Year |
|---|---|---|
| Q3=1 | Respondent selected "At least 1 bowl per week" | Multiply by 52 |
| Q3=2 | Respondent selected "Less than 1 bowl per week, but at least 1 bowl per month" | Multiply by 12 |
| Q3=3 | Respondent selected "Less than 1 bowl per month" | 0 |
| Q3=4 | Respondent selected "Don't know/Unsure" | NA |

70.    Finally, these cups of cereal were multiplied by the amount respondents indicated in Q4, which asked how many bowls, like the one they chose, do they plan to eat per [week or month] in the near future.

71.    As indicated in Tables 1 and 2 below, respondents indicated that they would consume significantly fewer servings of Great Grains or Honey Bunches of Oats per year[69] had they been informed about the dangers of sugar consumption when purchasing the cereal.  For Great Grains, the survey showed that those in the Test Group would have consumed 363.51 cups of Great Grains per year (or 6.99 cups per week), and those in the Control Group would have consumed 268.07 cups of Great Grains per year (or 5.16 cups per week).  Stated differently, respondents indicated that they would consume 26.3% less Great Grains

---

[69] $t$ =4.22, $p$=.00003, using a two-tailed $t$-test for Great Grains; $t$ =2.98, $p$=.003, using a two-tailed $t$-test for Honey Bunches of Oats

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

had they been aware of the omitted information regarding the dangers of sugar consumption.[70]  For Honey Bunches of Oats, the survey showed that those in the Test Group would have consumed 347.48 cups of Honey Bunches of Oats per year (or 6.68 cups per week), and those in the Control Group would have consumed 249.92 cups of Honey Bunches of Oats per year (or 4.81 cups per week).  Stated differently, respondents indicated that they would consume 28.1% less Honey Bunches of Oats had they been aware of the omitted information regarding the dangers of sugar consumption.  Since the sample universe of consumers age 18 and above represents ▮% of total consumption for Honey Bunches of Oats, I accounted for how the presentation of the omitted information would change for children under age 18 as well.  While it is reasonable that the warning would reduce the consumption of children under age 18, another alternative would be to assume that their consumption would not change at all.  Using this assumption, the change in overall consumption for Honey Bunches of Oats would be 28.1% x ▮%, or ▮%.[71]  This is, perhaps, overly conservative, because it seems unlikely that parents would have no influence whatever on their children's cereal consumption.  It is possible that the drop in overall consumption could be higher than the survey results, if children under age 18 reduce their consumption more than adults age 18 and above.

| TABLE 1: Great Grains | | |
|---|---|---|
| | **TEST** | **CONTROL** |
| Sample Size (not including "NA" responses as outlined above) | 286 | 282 |
| Sum of Cups Per Year | 103,964 | 75,597 |
| Average Cups Per Year | 363.51 | 268.07 |
| Average Cups Per Week | 6.99 | 5.16 |
| **Percent Decline in Great Grains Consumption** | **26.3%** | |

---

[70] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, according to a Post Great Grains Cereal F18 Brand Strategies presentation of November 2018, p. 28 (Krom-POST00001019).

[71] The source for consumers over age 18 representing ▮% of total Honey Bunches of Oats ▮▮▮▮▮▮▮" is an NPD Group presentation relied upon by Post in a response for an NAD matter (Krom-Post00058328).

| TABLE 2: Honey Bunches of Oats | | |
|---|---|---|
| | **TEST** | **CONTROL** |
| Sample Size (not including "NA" responses as outlined above) | 273 | 277 |
| Sum of Cups Per Year | 94,863 | 69,228 |
| Average Cups Per Year | 347.48 | 249.92 |
| Average Cups Per Week | 6.68 | 4.81 |
| **Percent Decline in Honey Bunches of Oats Consumption** | **28.1%** | |
| Percent Decline (Conservatively Adjusting for Consumers age 18 and Below) | ▮% | |

### XIX. Conclusions for the Demand Modeling Surveys

72.     This analysis was designed to determine the effect of the omitted information regarding the dangers of sugar consumption on the demand for Post Great Grains and Honey Bunches of Oats.  The scientific methodology I used to design, conduct, and analyze the surveys in this report is sound, reliable, and valid.  The survey results indicated that Great Grains customers would have consumed, on average, 26.3% less Great Grains and Honey Bunches of Oats customers would have consumed, on average, 28.1% less Honey Bunches of Oats had they been aware of the omitted information. The percentage I calculated is applicable across all varieties of Great Grains and Honey Bunches of Oats cereal at issue in the class. Moreover, given the similarity of the results, and their high statistical significance, I believe it is reasonable to assume that a similar change in demand would apply to the remaining Class products.  To be conservative, I would estimate the demand change for the remaining products as the lower of the two survey results, i.e., the 26.3% observed with respect to Great Grains.[72]

---

[72] As with Honey Bunches of Oats, if it is necessary, an adjustment could be made for each cereal or granola to account for the change in demand for children under 18, as discussed in paragraph 71.

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed on April 24, 2019 in Waltham, Massachusetts.

_____
Steven P. Gaskin

**Exhibits:**

A.     Gaskin CV

B.     Materials Reviewed

C.     Conjoint and Demand Modeling Questionnaires

D.     Screenshots

E.     Preliminary Pretesting

F.     Final Pretests

G.     Survey Invitations

H.     Response Statistics

I.     Average Partworths

J.     Holdout Diagnostics

K.     Price Premium

L.     Data Glossary

M-W.  Data Listings (produced in native format)

X.     CBC HB Settings

REPORT OF STEVEN P. GASKIN
CASE NO. 3:16-cv-04958-WHO (JSC)

**Exhibit A: Steve Gaskin Curriculum Vitae**

| | |
|---|---|
| Business Address: | Applied Marketing Science, Inc.<br>303 Wyman Street, Suite 205<br>Waltham, MA 02451<br>Work: (781) 250-6311<br>Cell: (781) 612-3226<br>Fax: (781) 684-0075 |
| E-mail: | sgaskin@ams-inc.com |
| Web address: | www.ams-inc.com |
| Home Address: | 50 Old Orchard Road<br>Sherborn, MA 01770<br>(508) 651-8396 |
| Education: | MASSACHUSETTS INSTITUTE OF TECHNOLOGY, SLOAN SCHOOL OF MANAGEMENT, Master of Science in Management, June 1983. Brooks Prize for Best Master's Thesis.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY, Bachelor of Science in Management, June 1977.  Naval ROTC Award for Outstanding Overall Achievement. |

Career Positions:

| | |
|---|---|
| 2004-present | APPLIED MARKETING SCIENCE, INC., Waltham, MA<br>Principal. AMS is a marketing research and consulting organization with two main practices in which I consult and oversee projects 1) *Product And Process Improvement* which helps clients in a broad range of product and service industries identify and use the Voice of the Customer to develop new products and services and understand customer behavior and 2) *Litigation Services* which supports expert testimony related to surveys, including design, execution, analysis, reporting and critique of opposing expert reports.  Cases include patent damage lawsuits regarding the valuation of particular product features using conjoint analysis, trademark, class action, and copyright. |
| 2000-2003 | ADPILOT, INC., New York City and Sherborn, MA<br>Chief Technology Officer.  Provided consulting on marketing models for magazine advertising effectiveness, targeting for grocery store consumer promotions, and consumer packaged goods store/week/upc level promotion response. |
| 1992-2000 | THE DELPHI GROUP, INC., Sherborn, MA<br>President.  Provided consulting on marketing models for forecasting and promotion response to other market research firms, including the M/A/R/C Group, Adpilot, Inc., Silknet Software, Sandoz, Schering-Plough, Warner- |

Lambert, and Syncra Software.  Worked with marketing expert witnesses and economists on litigation research.  Winner of competition to become forecaster of new vehicle sales for all divisions worldwide for Ford Motor Company.

1989-1992   M/A/R/C, INC., Waltham, MA
Director of Research and Development.  Managed the Waltham, MA office. Developed, sold and delivered marketing sciences model applications to Fortune 500 firms.  Developed and implemented the RAPIDS sales force sizing and allocation model for pharmaceutical companies around the world.

1985-1989   INFORMATION RESOURCES, INC., Waltham, MA
Director of Research and Development.  Rebuilt and enhanced the ASSESSOR new product forecasting model.  Participated in the early development of the Voice of the Customer methodology for generating customer needs.

1982-1985   MANAGEMENT DECISION SYSTEMS, INC., Waltham, MA
Director of Research and Development.  Responsible for the development and commercialization of numerous marketing science models including, CATALYST and DEFENDER.

1977-1982   UNITED STATES NAVY, Lieutenant aboard guided missile cruiser USS Leahy, CG-16.  Served as Gunnery Officer, Electronic Warfare Officer, and Intelligence Officer during cruises from San Diego to the Far East, Indian Ocean, Persian Gulf and Africa.  Top Secret Special Background Investigation clearance.  Managed extensive ship repairs in shipyard.

Publications:   Hauser, John R. and Steven P. Gaskin (1984).  "Application of the "DEFENDER" Consumer Model," *Marketing Science*, Vol. 3, No. 4.

Urban, Glen L., Theresa Carter, Steven Gaskin and Zofia Mucha (1986).  "Market Share Rewards to Pioneering Brands: An Empirical Analysis and Strategic Implications," *Management Science,* Vol. 32, No. 6 (June).  Winner, TIMS College of Marketing Award for Best Paper of 1986.

Gaskin, Steven, Theodoros Evgeniou and Daniel Bailiff (2007).  "Two-Stage Models:  Identifying Non-Compensatory Heuristics for the Consideration Set then Adaptive Polyhedral Methods within the Consideration Set," *Proceedings of the Sawtooth Software 2007 Conference, Santa Rosa, CA.*

Hauser, John R., Min Ding and Steven P. Gaskin (2009).  "Non-compensatory (and Compensatory) Models of Consideration-Set Decisions," *Proceedings of the Sawtooth Software 2009 Conference, Delray Beach, FL*

A-2

Hauser, John R., Abbie Griffin, Robert L. Klein, Gerald M. Katz, and Steven P. Gaskin (2010).  "Quality Function Deployment (QFD)," *Wiley International Encyclopedia of Marketing, edited by Jagdish N. Sheth and Naresh K. Malhotra.*

Gaskin, Steven P., Abbie Griffin, John R. Hauser, Gerald M. Katz, and Robert L. Klein (2010).  "Voice of the Customer," *Wiley International Encyclopedia of Marketing, edited by Jagdish N. Sheth and Naresh K. Malhotra.*

Ding, Min, John Hauser, Songting Dong, Daria Dzyabura, Zhilin Yang, Chenting Su and Steven Gaskin (2011).  "Unstructured Direct Elicitation of non-compensatory and Compensatory Decision Rules," *Journal of Marketing Research*, Vol. 48 (February), 116-127.

Griffin, Abbie, Brett W. Josephson, Gary Lilien, Fred Wiersema, Barry Bayus, Rajesh Chandy, Ely Dahan, Steve Gaskin, Ajay Kohli, Christopher Miller, Ralph Oliva and Jelena Spanjol (2013). "Marketing's roles in innovation in business-to-business firms: Status, issues, and research agenda," *Marketing Letters,* Vol. 24 (May), 323-337.

Gaskin, Steven P. (2015). "The David Vases: Considering Serpentine Waves on Yuan Blue and White," *Orientations*, Vol. 46, No. 4 (May), pp. 29-37.

|  |  |
|---|---|
| Expert Testimony | Barbara Schwab et al. v. Philip Morris USA, Inc. et al. Case No. CV-04-1945 (JBW)(SMG), E.D. of New York Light Cigarettes Litigation, deposed in connection with support of John Hauser, expert for plaintiffs |

Computer Sciences Corporation v. Ascension Health
AAA No. 58-117-Y-00290-08
Customer Satisfaction Survey evaluation (2011 Report)

Linares et al. v Securitas Security Services, USA et al.
Superior Court, State of California, Los Angeles County
Employment Survey (2011 Report, deposed Sept. 14, 2011)

Devi Khoday and Danise Townsend, et al., v. Symantec Corp. and Digital River, Inc., United States District Court, District of Minnesota, 0:11-cv-00180 (JRT-FLN), Software Service Conjoint Analysis (2013 Report, deposed Aug. 15, 2013)

JDS Therapeutics, LLC and Nutrition 21, LLC, v. Pfizer Inc., Wyeth LLC, Wyeth Consumer Healthcare Ltd. and Wyeth Consumer Healthcare LLC, United States District Court, Southern District Of New York, Case No. 1:12-cv-09002-JSR, Customer Survey evaluation (2013 Report, deposed Oct. 1, 2013)

Stone Creek, Inc. v. Omnia Italian Design and Bon-Ton Stores, Inc., United States District Court, District of Arizona, Case No. 13-cv-00688-NVW, Customer Survey evaluation (2014 Report, deposed March 25, 2014; testimony at trial October 23, 2015)

Shannon Adams, et al., vs. Target Corporation, United States District Court for the Central District of California, Case No. CV13-05944-GHK (PJWx), Conjoint Analysis Design (2014 Declaration, deposed September 26, 2014)

Veronica's Auto Insurance Services, Inc. v. Veronica's Services, Inc., United States District Court for the Central District of California, Case No. CV13-05445-ODW, Analysis of Store Location Data (2014 Report)

Eat Right Foods, Ltd. v. Whole Foods Market, Inc., Whole Foods Market Services, Inc., and Whole Foods Market Pacific Northwest, Inc., United States District Court for the Western District of Washington, Case No. 3:13-cv-06032, Confusion Survey (2015 Report, deposed May 8, 2015)

Angela Sanchez-Knutson, et al., vs. Ford Motor Company, United States District Court, Southern District of Florida, Case No. 14-61344-CIV-DIMITROULEAS (Report regarding a conjoint analysis, November 13, 2015, deposed December 11, 2015)

Kenai Batista, Andy Chance, and Crystal Quebral, et al., vs. Nissan North America, Inc., United States District Court, Southern District of Florida, Miami Division, Class Action: Case No. 1:14-cv-24728-Civ-Scola/Otazo-Reyez (Declaration regarding the methodology for a conjoint analysis, January 12, 2016)

Robert Tomassini, et al., vs. Chrysler Group LLC (n/k/a FCA US LLC), United States District Court, Northern District of New York, Case No. 3:14-cv-01226-MAD-DEP (Declaration regarding the methodology for a conjoint analysis, February 14, 2016, deposed July 25, 2017)

In Re Azek Building Products, Inc. Marketing and Sales Practices Litigation, United States District Court, District of New Jersey, MDL No. 2506 (KM)(MCA) Case No. 2:12-cv-06627 (MCA) (MAH) (Report regarding a conjoint analysis, May 16, 2016, deposed July 1, 2016)

In Re: Lenovo Adware Litigation, United States District Court, District of Northern California, Case No. 5:15-md-02624-RMW (Declaration regarding the methodology for a conjoint analysis, July 22, 2016)

In Re Shaun Sater, *et al.*, vs. Chrysler Group LLC, *et al.*, United States District Court, Central District of California, Eastern Division, Case No. 5:14-cv-00700-VAP-DTB (Declaration regarding the methodology for a conjoint analysis, August 3, 2016, deposed September 16, 2016)

In Re Simply Orange Orange Juice Marketing and Sales Practices Litigation, United States District Court, Western District of Missouri, MDL No. 2361 Master Case No. 4:12-md-02361-FJG (Declaration regarding the methodology for a conjoint analysis, July 8, 2016, Report, August 19, 2016)

Benjamin Hankinson et al. vs. R.T.G. Furniture Corp. et al., United States District Court, Southern District of Florida, Case No. 9:15-cv-81139-COHN/SETZLER (Declaration regarding the methodology for a conjoint analysis, September 1, 2016, Report, October 3, 2016)

Billy Glenn et al. vs Hyundai Motor America and Hyundai Motor Company, United States District Court of California, Case No. 8:15-CV-02052-DOC-KES (Declaration regarding the methodology for a conjoint analysis, May 1, 2017, deposed July 21, 2017; Report, March 23, 2018)

Tom Kondash et al. vs Kia Motors America, INC., and Kia Motors Corporation, United States District Court Southern District of Ohio, Case No. 1:15-cv-506 (Declaration regarding the methodology for a conjoint analysis, July 7, 2017, deposed Nov. 17, 2017)

Jennifer Beardsall et al. vs CVS Pharmacy, Inc., Target Corporation, Walgreen Co., Wal-Mart Stores, Inc., and Fruit of the Earth, Inc., United States District Court, Northern District of Illinois, Case No. 1:16-cv-06103 (Declaration regarding the methodology for a conjoint analysis, December 22, 2017)

In Re Arris Cable Modem Consumer Litigation, United States District Court, Northern District of California, San Jose Division, Case No. 17-cv-1834-LHK (Declaration regarding the methodology for a conjoint analysis, March 9, 2018, deposed April 5, 2018; Report, January 31, 2019; deposed Feb. 14, 2019)

Teresa Elward et al. vs Electrolux Home Products, Inc., United States District Court Northern District of Illinois Eastern Division, Case No. 1:15-cv-09882 (Declaration regarding the methodology for a conjoint analysis, April 20, 2018, deposed July 27, 2018)

Stephen Hadley et al. vs Kellogg Sales Company, United States District Court Northern District of California, Case No. 5:16-cv-04955-LHK-HRL (Declaration regarding a demand analysis and the methodology for a conjoint analysis, April 30, 2018, deposed May 30, 2018; Report, September 17, 2018; deposed October 5, 2018)

Doru Ball et al. vs Fiat Chrysler Automobiles N.V., FCA US LLC, Sergio Marchionne, VM Motori S.P.A., VM North America, Inc., Robert Bosch Gmbh, and Robert Bosch LLC,, United States District Court, Northern District of California, San Francisco Division, Case No. 3:17-md-02777-EMC (Report regarding the methodology for and example of two conjoint analyses, June 6, 2018, deposed July 23, 2018)

Michelle Gyorke-Takatri et al. vs Nestlé USA, INC. and Gerber Products Company, Superior Court for The State of California in and for The County of San Francisco, Case No. CGC 15-546850 (Declaration regarding the methodology for a conjoint analysis, September 10, 2018)

Debbie Krommenhock and Stephen Hadley et al. vs Post Foods LLC, United States District Court Northern District of California, Case No. 3:16-cv-04958-WHO (JSC) (Declaration regarding a demand analysis and the methodology for a conjoint analysis, January 11, 2019, deposed February 28, 2019)

Jacob Beaty and Jessica Beaty et al. vs Ford Motor America, United States District Court Western District of Washington, Case No. 3:17-CV-05201(Declaration regarding the methodology for a conjoint analysis, February 22, 2019, deposed March 26, 2019)

Barry Braverman et al. vs. BMW of North America, LLC and BMW AG, United States District Court, Central District of California, Western Division, Case No. 8:16-cv-00966-BRO-SS Report regarding the methodology for and example of a conjoint analysis, March 29, 2019)

Professional
Societies:            INFORMS (The Institute for Operations Research and Management Science)

**Exhibit B: Materials Reviewed**

Brazell, Jeff D., Christopher G. Diener, Ekaterina Karniouchina, William L. Moore, Válerie Séverin, and Pierre-Francois Uldry (2006). "The no-choice option and dual response choice designs," *Marketing Letters*, Vol. 17, No. 4 (Dec.), pp 255-268.

Cook, Thomas D., and Donald T. Campbell (1979). *Quasi-Experimentation: Design and Analysis Issues for Field Settings*, Boston, MA: Houghton-Mifflin Company, p. 5.

Diamond, Shari S. and Jerre B. Swann (Editors) (2012). *Trademark and Deceptive Advertising Surveys: Law, Science, and Design,* Chicago, IL: American Bar Association Section of Intellectual Property Law

Louviere, Jordan (1988). "Conjoint Analysis Modelling of Stated Preferences: A Review of Theory, Methods, Recent Developments and External Validity," *Journal of Transport Economics and Policy: Stated Preference Methods in Transport Research*, Vol. 22, No. 1 (Jan.), pp. 93-119.

Orme, Bryan K. (2014). *Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research, (Third Edition)*, Manhattan Beach, CA.: Research Publishers LLC.

Orme, Bryan K., and Keith Chrzan (2017). *Becoming an Expert in Conjoint Analysis: Choice Modeling for Pros*, Orem, Utah: Sawtooth Software, Inc.

Poret, Hal (2010). "A comparative empirical analysis of online versus mall and phone methodologies for trademark surveys," *The Trademark Reporter,* Vol. 100, No. 3 (May-June), pp. 756-807.

Singer, Eleanor (2012). "The Use and Effects of Incentives in Surveys," Survey Research Center, Institute for Social Research, University of Michigan, p. 17.  See https://iriss.stanford.edu/sites/g/files/sbiybj6196/f/singer_slides.pdf.

*The CBC System for Choice-Based Conjoint Analysis (Version 9)*, Sawtooth Software Technical Paper Series, 2017.

*Fitzhenry-Russell v. Dr Pepper Snapple Group, Inc.*, 2018 WL 3126385 (N.D. Cal. June 26, 2018)

*Hilsley v. Ocean Spray Cranberries, Inc.*, 2018 WL 6300479, at *15- (S.D. Cal. Nov. 29, 2018)

*Hadley v. Kellogg Sales Company*, No. 5:16-cv-04955-LHK-HRL (N.D. Cal. 2018)

*In Re Arris Cable Modem Consumer Litigation*, No. 17-cv-1834-LHK (N.D. Cal. August 10, 2018)

*In re Dial Complete Mktg. & Sales Practices Litig.*, 320 F.R.D. 326 (D.N.H. 2017)

*In Re: Lenovo Adware Litigation*, No. 5:15-md-02624-RMW (N.D. Cal. 2016)

*Khoday v. Symantec Corp. and Digital River, Inc.*, No. 0:11-cv-00180 (D. MN. March 15, 2015)

*Sanchez-Knutson v. Ford Motor Co.*, No. 14-61344-CIV-DIMITROULEAS (S.D. Fla. April 5, 2016)

Cold Cereal.xlsx

Snacks & Granola Bars – HIGHLY CONFIDENTLAL AEO.xlsx

https://www.postconsumerbrands.com/ (Accessed Jan.9, 2019)

Second Amended Complaint (Part 1) & (Part 2)

Joint Stipulation and Order Adjusting Case Schedule and Setting Additional Case Deadlines

Post Foods LLC's Motion and Notice to Dismiss the Second Amended Complaint, and Brief in Support

Post Foods, LLC's Answers to Plaintiffs First Set of Interrogatories

Krom-POST00001019

Krom-Post00058328

Krom-POST1339

Krom-POST1516

Krom-POST1635-6

Krom-POST1638-45

Krom-POST1648, 1645

Krom-POST1826, 1828

Krom-POST2772

Krom-POST3229-30

Krom-POST6116

Krom-POST6760-61

B-2

Krom-POST8305-8336 (at 8318)

Krom-POST10220

Krom-POST10749

Krom-POST11028

Krom_POST00000020 - Great Grains Protein Blend - Cinnamon Hazelnut

Krom_POST00000030 - Honey Bunches of Oats Honey Roasted

Krom_POST00000033 - Honey Bunches of Oats Almond

Krom_POST00000034 - Honey Bunches of Oats Pecan Bunches

Krom_POST00000035 - Honey Bunches of Oats Strawberries

Krom_POST00000036 - Honey Bunches of Oats Cinnamon

Krom_POST00000038 - Waffle Crisp

Krom_POST00000045 - Honey Bunches of Oats Raisin Medley

Krom_POST00000046 - Honey Bunches of Oats Vanilla Bunches

Krom_POST00000053 - Alpha-Bits

Krom_POST00000061 - Raisin Bran

Krom_POST00000069 - Great Grains Raisins, Dates & Pecans

Krom_POST00000071 - Honey Bunches of Oats Banana & Blueberry

Krom_POST00000072 - Honey Bunches of Oats Peach & Raspberry

Krom_POST00000077 - Honey Bunches of Oats Greek Mixed Berry

Krom_POST00000079 - Honey Bunches of Oats Mango & Coconut

Krom_POST00000083 - Great Grains Protein Blend - Honey, Oats, and Seeds

Krom_POST00000091 - Great Grains Banana Nut Crunch

Krom_POST00000093 - Honey Bunches of Oats Greek Honey Crunch

Krom_POST00000112 - Great Grains Crunchy Pecans

Krom_POST00000124 - Blueberry Pomegranate

Krom_POST00000125 - Honey Bunches of Oats Granola Honey Roasted

Krom_POST00000129 - Great Grains Cranberry Almond

Krom_POST00000131 - Honey Bunches of Oats Apples & Cinnamon

Krom_POST00000134 - Honey Bunches of Oats Whole Grain Vanilla Bunches

Krom_POST00000135 - Honey Bunches of Oats Whole Grain Honey Crunch

Krom_POST00000141 - Honey Comb

Krom_POST00000157 - Honey Nut Shredded Wheat

Krom_POST00000166 - Bran Flakes

Krom_POST00000263 - Great Grains Blueberry Morning

Krom_POST00000292 - Honey Bunches of Oats Granola Cinnamon

Krom_POST00000296 - Honey Bunches of Oats Granola Raspberry

**Exhibit C: Conjoint and Demand Modeling Questionnaires**

**TABLE OF CONTENTS**

GREAT GRAINS CONJOINT SURVEY**:** ............................................................................... 2

HONEY BUNCHES OF OATS CONJOINT SURVEY**:** ....................................................... 10

HONEY BUNCHES OF OATS WHOLE GRAIN CONJOINT SURVEY**:** ............................ 18

HONEY BUNCHES OF OATS GRANOLA CONJOINT SURVEY**:** .................................... 26

RAISIN BRAN CONJOINT SURVEY**:** ............................................................................... 34

BRAN FLAKES CONJOINT SURVEY**:** ............................................................................. 42

ALPHA-BITS CONJOINT SURVEY**:** ............................................................................... 50

HONEYCOMB CONJOINT SURVEY**:** ............................................................................. 58

WAFFLE CRISP CONJOINT SURVEY**:** ............................................................................ 66

GREAT GRAINS DEMAND MODELING SURVEY**:** ....................................................... 73

HONEY BUNCHES OF OATS DEMAND MODELING SURVEY**:** .................................... 82

**GREAT GRAINS CONJOINT SURVEY**

**LEGEND:**
[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]
*Notes to respondent in italics*

**Overview**

[NO SURVEY TITLE WILL BE DISPLAYED TO RESPONDENTS]

[EACH QUESTION WILL BE DISPLAYED ON ITS OWN PAGE, UNLESS OTHERWISE SPECIFIED]

**Introduction & Screening**

[INTRODUCTION S1] Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW/UNSURE option.  It is very important that you do not guess.

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

When you are ready to get started, please click the "NEXT" button.

[NEXT PAGE]

S0.  Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.

[INSERT CAPTCHA]

[NEXT PAGE]

[INTRODUCTION S2]

If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page. When you are ready, please click the "NEXT" button to continue.

[NEXT PAGE]

S1. What type of electronic device are you using to complete this survey? *(Select one only)*
[RANDOMIZE]
⊙  Desktop computer [CONTINUE]
⊙  Laptop computer [CONTINUE]

C-2

- ⊙ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab, Motorola Xoom) [CONTINUE]
- ⊙ Smartphone (e.g., Apple iPhone, Samsung Galaxy, HTC One) [ON HOLD]
- ⊙ Other mobile or electronic device [ANCHOR; ON HOLD]

[IF "SMARTPHONE" OR "OTHER" SELECTED IN S1, DISPLAY: "This survey is not formatted for viewing on a smartphone or other mobile device. Please return to the survey, using the same link, from a desktop, laptop, or tablet computer."]

[NEXT PAGE]

S2. In which state do you live? (*Select one only*) [DROP DOWN LIST OF 50 STATES + DC. IF "MY AREA IS NOT LISTED HERE" IS SELECTED, TERMINATE.]

[TERMINATES ARE SENT TO PANEL TERMINATION/THANK-YOU PAGE]

[NEXT PAGE]

S3. Are you…? (*Select one only*)
- ⊙ Male
- ⊙ Female

[NEXT PAGE]

S4. Into which of the following categories does your age fall? (*Select one only*)
- ⊙ Under 18 [TERMINATE]
- ⊙ 18-34 [CONTINUE]
- ⊙ 35-49 [CONTINUE]
- ⊙ 50-64 [CONTINUE]
- ⊙ 65+ [CONTINUE]

[NEXT PAGE]

[TERMINATE IF AGE OR GENDER DO NOT MATCH RESPONDENT PARAMETERS PASSED BY PANEL PROVIDER]

[NEXT PAGE]

S5. Do you or does any member of your household work for any of the following types of companies? (*Select all that apply*) [RANDOMIZE; ANCHOR "NONE OF THE ABOVE" LAST]
- ❏ A company that makes or manufactures breakfast cereal or granola [TERMINATE]
- ❏ A company that makes or manufactures chewing gum or candy
- ❏ A company that makes or manufactures breads, buns, or rolls
- ❏ A company that makes or manufactures shampoo or conditioner
- ❏ A marketing or market research firm [TERMINATE]

C-3

❏  A public relations or advertising agency [TERMINATE]
❏  None of the above [EXCLUSIVE]

[TERMINATE IF "BREAKFAST CEREAL OR GRANOLA," "MARKETING OR MARKET RESEARCH FIRM," OR "PUBLIC RELATIONS OR ADVERTISING AGENCY" IS SELECTED]

[NEXT PAGE]

S6. Which, if any, of the following products have you purchased, **in the past 3 months**?  Please only indicate those products that you personally purchased or shared in the decision to purchase. *(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]
❏  Bottled water
❏  Bread
❏  Cereal
❏  Granola
❏  Cheese
❏  Dish soap
❏  Ice cream
❏  Laundry detergent
❏  Milk
❏  None of the above [EXCLUSIVE]

[TERMINATE IF "CEREAL" NOT SELECTED]

[NEXT PAGE]

S7. You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.  *(Select all that apply)* [ALPHABETIZE WITHIN BRANDS AND RANDOMIZE BRANDS; ANCHOR "NONE OF THE ABOVE"]
❏  Kellogg's Frosted Flakes
❏  Kellogg's Frosted Mini Wheats
❏  Kellogg's Rice Krispies
❏  Kellogg's Special K
❏  General Mills Cheerios
❏  General Mills Fiber One
❏  General Mills Kix
❏  General Mills Lucky Charms
❏  Post Great Grains
❏  Post Honey Bunches of Oats
❏  Post Honeycomb
❏  Post Raisin Bran
❏  None of the above [EXCLUSIVE]

[TERMINATE IF "GREAT GRAINS" NOT SELECTED]

[NEXT PAGE]

S8. You previously mentioned that you had purchased **Great Grains**. Which, if any, of the following types of Great Grains have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.  *(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]

- ❐   Blueberry Morning
- ❐   Cranberry Almond Crunch
- ❐   Crunchy Pecan
- ❐   Banana Nut Crunch
- ❐   Raisins, Dates & Pecans
- ❐   Coconut Almond Crunch
- ❐   None of the above [EXCLUSIVE]

[TERMINATE IF "BLUEBERRY MORNING," "CRANBERRY ALMOND CRUNCH," "CRUNCHY PECAN," "BANANA NUT CRUNCH," OR "RAISINS, DATES & PECANS" NOT SELECTED]

[NEXT PAGE]

S9.  Please select ["NORTH"] ["SOUTH"] ["EAST"] ["WEST"] from the following list in order to continue with this survey. *(Select one only)*
[RANDOMIZE THE FOUR QUESTION VERSIONS, CORRECT RESPONSE OPTION SHOULD MATCH THAT OF QUESTION; RANDOMIZE ANSWER OPTIONS]

- ⊙  NORTH
- ⊙  SOUTH
- ⊙  EAST
- ⊙  WEST

[NEXT PAGE]

S10.  You have qualified to take this survey.  Before continuing, please carefully read these instructions:

- Please take the survey in <u>one</u> session without interruption.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please keep your browser maximized for the entire survey.

- Please answer all questions on your own without consulting any other person.

- If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page.

C-5

*(Select one only)*
⊙ I understand and agree to the above instructions [CONTINUE]
⊙ I do not understand or do not agree to the above instructions [TERMINATE]

[NEXT PAGE]

**MAIN QUESTIONNAIRE**

[INTRODUCTION 1]

For the following questions, we will be focusing on the decision to purchase cereal.

[NEXT PAGE]

Now imagine that you are shopping for cereal.

The following questions will involve a series of exercises. In each exercise, you will make **two** choices.

- First, in each exercise, you will be shown three different cereals that vary in terms of features and prices. You will be asked to choose the cereal with the set of features and price shown that you most prefer.

- You will also be asked whether **you would actually be willing to buy the cereal that you chose at the price indicated.**

[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

The cereals that will be shown to you include one or more features within each of the following categories:

1. Brand
2. Flavor
3. Labels
4. Price

[NEXT PAGE]

For the purpose of these exercises, you should assume:

- Each cereal will be described by the set of features you were just shown. Any other features beyond those shown in the exercise (Brand, Flavor, Labels, Price) are assumed to be the same for all the cereals presented.

- All cereals are available at the store at which you typically shop.  Each cereal option shown is offered by the same retailer or seller, so any preference you may have for a particular

C-6

retailer or seller should not matter.

- No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

- Each option shown is a 16-ounce box.

- In the upcoming exercises, you will see references to a Whole Grains Council Stamp.  The stamp, as it actually appears on the box, is shown below.  When you see the words "Whole Grains Council Stamp" in the exercises, they refer to the stamp shown below, and you should think of that image when making your decisions. [INSERT STAMP]



Again, please assume that all other features will be the same across the cereals you will be shown.

Click "NEXT" to continue. [WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

We will now give you a more detailed introduction to each feature.

[NEXT PAGE]

**Brand**
In this exercise, the cereals shown will be one of the following brands: [RANDOMIZE BULLETS]

- Post Great Grains
- General Mills Basic 4
- Kashi Go Lean Crunch
- General Mills Fiber One Honey Clusters
- Store Brand Multigrain Flakes and Clusters

[NEXT PAGE; DELAY 3 SECONDS]

**Flavor**
In this exercise, the cereals shown come in the following flavors: [RANDOMIZE BULLETS]

- Blueberry Morning
- Cranberry Almond Crunch

- Crunchy Pecan
- Banana Nut Crunch
- Raisins, Dates & Pecans

[NEXT PAGE; DELAY 3 SECONDS]

**Labels**

In this exercise, the following labels may appear on the box: [RANDOMIZE BULLETS]

- Less processed nutrition you can see
- Why less processed? Quite simply, because it's good for you!
- It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!
- HELPS SUPPORT A HEALTHY METABOLISM
- Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)
- WHY BE GOOD WHEN YOU CAN BE GREAT?
- NEW LOOK SAME GREAT TASTE!
- FILLS YOU UP & SATISFIES YOU LONGER!
- THE TASTE YOU LOVE THE SUSTAINED ENERGY YOU NEED
- foods to power the lifestyle they cultivate
- is an excellent source of folic acid and iron

[NEXT PAGE; DELAY 3 SECONDS]

**Price**

The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 16-ounce box.

- $2.49
- $2.99
- $3.49
- $3.99
- $4.49

[NEXT PAGE; DELAY 3 SECONDS]

**CHOICE EXERCISE TUTORIAL**

[NEXT PAGE]

Here is an **example** of what one particular set of choices might look like.

Each of the three columns shown represents one of the three cereals from which you will be asked to choose.

C-8

*This is just an example.*

Please click the "NEXT" button after you have reviewed the example.

[INSERT SAMPLE IMAGE OF CHOICE TASK]

As a reminder, this is just an example. You cannot select the buttons in the image above.

[WAIT 5 SECONDS BEFORE SHOWING "NEXT" BUTTON]

[NEXT PAGE]

On each of the pages that follow there will be three hypothetical cereals presented, each with a different set of features. You will be asked to choose the cereal you most prefer **if there were no other options available AND all other features not mentioned in the exercise were the same across the cereals shown.**

- Assume that the cereals do not vary on any features other than the features that are shown to vary.

Once you have chosen one of the three cereals as your most preferred option, you will then be asked a second question:

"Given your knowledge of the market, would you **actually be willing to buy the cereal that you chose above?**"

There will be twelve of these choice exercises, after which the survey will conclude.

Next, you will begin the choice exercises. Click the "NEXT" button to get started.

[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

**Choice Exercises**

[CONJOINT EXERCISE TAKES PLACE HERE. CHOICE TASK REPEATED 12 TIMES.]

[NEXT PAGE]

[RESPONDENTS FORWARDED TO PANEL THANK-YOU PAGE]

[END OF SURVEY]

**HONEY BUNCHES OF OATS CONJOINT SURVEY**

**LEGEND:**
[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]
*Notes to respondent in italics*

**Overview**

[NO SURVEY TITLE WILL BE DISPLAYED TO RESPONDENTS]

[EACH QUESTION WILL BE DISPLAYED ON ITS OWN PAGE, UNLESS OTHERWISE SPECIFIED]

**Introduction & Screening**

[INTRODUCTION S1] Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW/UNSURE option.  It is very important that you do not guess.

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

When you are ready to get started, please click the "NEXT" button.

[NEXT PAGE]

S0.  Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.

[INSERT CAPTCHA]

[NEXT PAGE]

[INTRODUCTION S2]

If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page. When you are ready, please click the "NEXT" button to continue.

[NEXT PAGE]

S1. What type of electronic device are you using to complete this survey? *(Select one only)*
[RANDOMIZE]
⊙ Desktop computer [CONTINUE]
⊙ Laptop computer [CONTINUE]

C-10

- ⊙ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab, Motorola Xoom) [CONTINUE]
- ⊙ Smartphone (e.g., Apple iPhone, Samsung Galaxy, HTC One) [ON HOLD]
- ⊙ Other mobile or electronic device [ANCHOR; ON HOLD]

[IF "SMARTPHONE" OR "OTHER" SELECTED IN S1, DISPLAY: "This survey is not formatted for viewing on a smartphone or other mobile device. Please return to the survey, using the same link, from a desktop, laptop, or tablet computer."]

[NEXT PAGE]

S2. In which state do you live? (*Select one only*) [DROP DOWN LIST OF 50 STATES + DC. MUST SELECT CA TO CONTINUE.  IF "MY AREA IS NOT LISTED HERE" IS SELECTED, TERMINATE.]

[TERMINATES ARE SENT TO PANEL TERMINATION/THANK-YOU PAGE]

[NEXT PAGE]

S3. Are you…? (*Select one only*)
- ⊙ Male
- ⊙ Female

[NEXT PAGE]

S4. Into which of the following categories does your age fall? (*Select one only*)
- ⊙ Under 18 [TERMINATE]
- ⊙ 18-34 [CONTINUE]
- ⊙ 35-49 [CONTINUE]
- ⊙ 50-64 [CONTINUE]
- ⊙ 65+ [CONTINUE]

[NEXT PAGE]

[TERMINATE IF AGE OR GENDER DO NOT MATCH RESPONDENT PARAMETERS PASSED BY PANEL PROVIDER]

[NEXT PAGE]

S5. Do you or does any member of your household work for any of the following types of companies?  (*Select all that apply*) [RANDOMIZE; ANCHOR "NONE OF THE ABOVE" LAST]
- ❑ A company that makes or manufactures breakfast cereal or granola [TERMINATE]
- ❑ A company that makes or manufactures chewing gum or candy
- ❑ A company that makes or manufactures breads, buns, or rolls
- ❑ A company that makes or manufactures shampoo or conditioner

❏ A marketing or market research firm [TERMINATE]
❏ A public relations or advertising agency [TERMINATE]
❏ None of the above [EXCLUSIVE]

[TERMINATE IF "BREAKFAST CEREAL OR GRANOLA," "MARKETING OR MARKET RESEARCH FIRM," OR "PUBLIC RELATIONS OR ADVERTISING AGENCY" IS SELECTED]

[NEXT PAGE]

S6. Which, if any, of the following products have you purchased?  Please only indicate those products that you personally purchased or shared in the decision to purchase.  *(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]
❏ Bottled water
❏ Bread
❏ Cereal
❏ Granola
❏ Cheese
❏ Dish soap
❏ Ice cream
❏ Laundry detergent
❏ Milk
❏ None of the above [EXCLUSIVE]

[TERMINATE IF "CEREAL" NOT SELECTED]

[NEXT PAGE]

S7. You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have you purchased? Please only indicate those products that you personally purchased or shared in the decision to purchase.  *(Select all that apply)* [ALPHABETIZE WITHIN BRANDS AND RANDOMIZE BRANDS; ANCHOR "NONE OF THE ABOVE"]
❏ Kellogg's Frosted Flakes
❏ Kellogg's Frosted Mini Wheats
❏ Kellogg's Rice Krispies
❏ Kellogg's Special K
❏ General Mills Cheerios
❏ General Mills Fiber One
❏ General Mills Kix
❏ General Mills Lucky Charms
❏ Post Great Grains
❏ Post Honey Bunches of Oats
❏ Post Honeycomb
❏ Post Raisin Bran
❏ None of the above [EXCLUSIVE]

C-12

[TERMINATE IF "HONEY BUNCHES OF OATS" NOT SELECTED]

[NEXT PAGE]

S8. You previously mentioned that you had purchased **Honey Bunches of Oats**. Which, if any, of the following types of Honey Bunches of Oats have you purchased? Please only indicate those products that you personally purchased or shared in the decision to purchase. *(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]

- ❏ With Almonds
- ❏ Honey Roasted
- ❏ Greek Honey Crunch
- ❏ With Real Strawberries
- ❏ With Cinnamon Bunches
- ❏ With Vanilla Bunches
- ❏ Banana Bunches
- ❏ Chocolate
- ❏ None of the above [EXCLUSIVE]

[TERMINATE IF "WITH ALMONDS," "HONEY ROASTED," "GREEK HONEY CRUNCH," "WITH REAL STRAWBERRIES," "WITH CINNAMON BUNCHES," OR "WITH VANILLA BUNCHES" NOT SELECTED]

[NEXT PAGE]

S9.  Please select ["NORTH"] ["SOUTH"] ["EAST"] ["WEST"] from the following list in order to continue with this survey. *(Select one only)*
[RANDOMIZE THE FOUR QUESTION VERSIONS, CORRECT RESPONSE OPTION SHOULD MATCH THAT OF QUESTION; RANDOMIZE ANSWER OPTIONS]

- ⊙ NORTH
- ⊙ SOUTH
- ⊙ EAST
- ⊙ WEST

[NEXT PAGE]

S10.  You have qualified to take this survey.  Before continuing, please carefully read these instructions:

- Please take the survey in <u>one</u> session without interruption.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please keep your browser maximized for the entire survey.

- Please answer all questions on your own without consulting any other person.

C-13

- If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page.

*(Select one only)*
⊙ I understand and agree to the above instructions [CONTINUE]
⊙ I do not understand or do not agree to the above instructions [TERMINATE]

[NEXT PAGE]

## MAIN QUESTIONNAIRE

[INTRODUCTION 1]

For the following questions, we will be focusing on the decision to purchase cereal.

[NEXT PAGE]

Now imagine that you are shopping for cereal.

The following questions will involve a series of exercises. In each exercise, you will make **two** choices.

- First, in each exercise, you will be shown three different cereals that vary in terms of features and prices. You will be asked to choose the cereal with the set of features and price shown that you most prefer.

- You will also be asked whether **you would actually be willing to buy the cereal that you chose at the price indicated.**

[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

The cereals that will be shown to you include one or more features within each of the following categories:

1. Brand
2. Flavor
3. Labels
4. Price

[NEXT PAGE]

For the purpose of these exercises, you should assume:

- Each cereal will be described by the set of features you were just shown. Any other features beyond those shown in the exercise (Brand, Flavor, Labels, Price) are assumed to be the same for all the cereals presented.

C-14

- All cereals are available at the store at which you typically shop.  Each cereal option shown is offered by the same retailer or seller, so any preference you may have for a particular retailer or seller should not matter.

- No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

- Each option shown is a 18-ounce box.

- In the upcoming exercises, you will see references to a Whole Grains Council Stamp.  The stamp, as it actually appears on the box, is shown below.  When you see the words "Whole Grains Council Stamp" in the exercises, they refer to the stamp shown below, and you should think of that image when making your decisions. **[INSERT STAMP]**



Again, please assume that all other features will be the same across the cereals you will be shown.

Click "NEXT" to continue. [WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

We will now give you a more detailed introduction to each feature.

[NEXT PAGE]

**Brand**
In this exercise, the cereals shown will be one of the following brands: [RANDOMIZE BULLETS]

- Post Honey Bunches of Oats
- Nature Valley Honey Oat Clusters
- Kellogg's Special K
- Store Brand Honey Oat Clusters and Flakes

[NEXT PAGE; DELAY 3 SECONDS]

**Flavor**
In this exercise, the cereals shown come in the following flavors: [RANDOMIZE BULLETS]

- With Almonds

- Honey Roasted
- With Vanilla Bunches
- Greek Honey Crunch
- With Cinnamon Bunches
- With Real Strawberries

[NEXT PAGE; DELAY 3 SECONDS]

**Labels**
In this exercise, the following labels may appear on the box: [RANDOMIZE BULLETS]

- Our Promise | No High Fructose Corn Syrup
- 4 Wholesome Grains
- WHOLESOME NUTRITION
- Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving)
- It's just the taste, it's amazing.
- Made with Natural Wildflower Honey
- NO COLORS FROM ARTIFICIAL SOURCES
- NOURISHING CALORIES
- Start the Day Off Right!
- This is a cereal you can feel good about eating again and again.

[NEXT PAGE; DELAY 3 SECONDS]

**Price**
The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 18-ounce box.

- $2.69
- $3.19
- $3.69
- $4.19
- $4.69

[NEXT PAGE; DELAY 3 SECONDS]

**CHOICE EXERCISE TUTORIAL**

[NEXT PAGE]

Here is an **example** of what one particular set of choices might look like.
Each of the three columns shown represents one of the three cereals from which you will be asked to choose.

*This is just an example.*

C-16

Please click the "NEXT" button after you have reviewed the example.

[INSERT SAMPLE IMAGE OF CHOICE TASK]

As a reminder, this is just an example. You cannot select the buttons in the image above.

[WAIT 5 SECONDS BEFORE SHOWING "NEXT" BUTTON]

[NEXT PAGE]

On each of the pages that follow there will be three hypothetical cereals presented, each with a different set of features. You will be asked to choose the cereal you most prefer **if there were no other options available AND all other features not mentioned in the exercise were the same across the cereals shown.**

- Assume that the cereals do not vary on any features other than the features that are shown to vary.

Once you have chosen one of the three cereals as your most preferred option, you will then be asked a second question:

"Given your knowledge of the market, would you **actually be willing to buy the cereal that you chose above?**"

There will be twelve of these choice exercises, after which the survey will conclude.

Next, you will begin the choice exercises. Click the "NEXT" button to get started.
[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

**Choice Exercises**

[CONJOINT EXERCISE TAKES PLACE HERE. CHOICE TASK REPEATED 12 TIMES.]

[NEXT PAGE]

[RESPONDENTS FORWARDED TO PANEL THANK-YOU PAGE]

[END OF SURVEY]

## HONEY BUNCHES OF OATS WHOLE GRAIN CONJOINT SURVEY

**LEGEND:**
**[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]**
*Notes to respondent in italics*

## Overview

**[NO SURVEY TITLE WILL BE DISPLAYED TO RESPONDENTS]**

**[EACH QUESTION WILL BE DISPLAYED ON ITS OWN PAGE, UNLESS OTHERWISE SPECIFIED]**

## Introduction & Screening

**[INTRODUCTION S1]** Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW/UNSURE option.  It is very important that you do not guess.

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

When you are ready to get started, please click the "NEXT" button.

**[NEXT PAGE]**

S0.  Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.

**[INSERT CAPTCHA]**

**[NEXT PAGE]**

**[INTRODUCTION S2]**

If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page. When you are ready, please click the "NEXT" button to continue.

**[NEXT PAGE]**

S1. What type of electronic device are you using to complete this survey? *(Select one only)*
**[RANDOMIZE]**
⊙ Desktop computer **[CONTINUE]**
⊙ Laptop computer **[CONTINUE]**

⊙ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab, Motorola Xoom) **[CONTINUE]**
⊙ Smartphone (e.g., Apple iPhone, Samsung Galaxy, HTC One) **[ON HOLD]**
⊙ Other mobile or electronic device **[ANCHOR; ON HOLD]**

**[IF "SMARTPHONE" OR "OTHER" SELECTED IN S1, DISPLAY: "This survey is not formatted for viewing on a smartphone or other mobile device. Please return to the survey, using the same link, from a desktop, laptop, or tablet computer."]**

**[NEXT PAGE]**

S2. In which state do you live? (*Select one only*) **[DROP DOWN LIST OF 50 STATES + DC. IF "MY AREA IS NOT LISTED HERE" IS SELECTED, TERMINATE.]**

**[TERMINATES ARE SENT TO PANEL TERMINATION/THANK-YOU PAGE]**

**[NEXT PAGE]**

S3. Are you…? (*Select one only*)
⊙ Male
⊙ Female

**[NEXT PAGE]**

S4. Into which of the following categories does your age fall? (*Select one only*)
⊙ Under 18 **[TERMINATE]**
⊙ 18-34 **[CONTINUE]**
⊙ 35-49 **[CONTINUE]**
⊙ 50-64 **[CONTINUE]**
⊙ 65+ **[CONTINUE]**

**[NEXT PAGE]**

**[TERMINATE IF AGE OR GENDER DO NOT MATCH RESPONDENT PARAMETERS PASSED BY PANEL PROVIDER]**

**[NEXT PAGE]**

S5. Do you or does any member of your household work for any of the following types of companies?  (*Select all that apply*) **[RANDOMIZE; ANCHOR "NONE OF THE ABOVE" LAST]**
❑ A company that makes or manufactures breakfast cereal or granola **[TERMINATE]**
❑ A company that makes or manufactures chewing gum or candy
❑ A company that makes or manufactures breads, buns, or rolls
❑ A company that makes or manufactures shampoo or conditioner
❑ A marketing or market research firm **[TERMINATE]**

❑   A public relations or advertising agency [TERMINATE]
❑   None of the above [EXCLUSIVE]

[TERMINATE IF "BREAKFAST CEREAL OR GRANOLA," "MARKETING OR MARKET RESEARCH FIRM," OR "PUBLIC RELATIONS OR ADVERTISING AGENCY" IS SELECTED]

[NEXT PAGE]

S6. Which, if any, of the following products have you purchased?  Please only indicate those products that you personally purchased or shared in the decision to purchase.  *(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]
❑   Bottled water
❑   Bread
❑   Cereal
❑   Granola
❑   Cheese
❑   Dish soap
❑   Ice cream
❑   Laundry detergent
❑   Milk
❑   None of the above [EXCLUSIVE]

[TERMINATE IF "CEREAL" NOT SELECTED]

[NEXT PAGE]

S7. You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have you purchased? Please only indicate those products that you personally purchased or shared in the decision to purchase.  *(Select all that apply)* [ALPHABETIZE WITHIN BRANDS AND RANDOMIZE BRANDS. ANCHOR "NONE OF THE ABOVE"]
❑   Kellogg's Frosted Flakes
❑   Kellogg's Frosted Mini Wheats
❑   Kellogg's Special K
❑   Kellogg's Special K Protein
❑   General Mills Cheerios
❑   General Mills Corn Chex
❑   General Mills Fiber One
❑   General Mills Wheat Chex
❑   Post Honey Bunches of Oats
❑   Post Honey Bunches of Oats Whole Grain
❑   Post Honeycomb
❑   Post Raisin Bran
❑   None of the above [EXCLUSIVE]

[TERMINATE IF "HONEY BUNCHES OF OATS WHOLE GRAIN" NOT SELECTED]

C-20

[NEXT PAGE]

S8. You previously mentioned that you had purchased **Honey Bunches of Oats Whole Grain**. Which, if any, of the following types of Honey Bunches of Oats Whole Grain have you purchased? Please only indicate those products that you personally purchased or shared in the decision to purchase. *(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]

☐ Honey Crunch
☐ Vanilla Bunches
☐ Almond Crunch
☐ None of the above [EXCLUSIVE]

[TERMINATE IF "HONEY CRUNCH" OR "VANILLA BUNCHES" NOT SELECTED]

[NEXT PAGE]

S9.  Please select ["NORTH"] ["SOUTH"] ["EAST"] ["WEST"] from the following list in order to continue with this survey. *(Select one only)*
[RANDOMIZE THE FOUR QUESTION VERSIONS, CORRECT RESPONSE OPTION SHOULD MATCH THAT OF QUESTION; RANDOMIZE ANSWER OPTIONS]

⊙ NORTH
⊙ SOUTH
⊙ EAST
⊙ WEST

[NEXT PAGE]

S10.  You have qualified to take this survey.  Before continuing, please carefully read these instructions:

- Please take the survey in <u>one</u> session without interruption.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please keep your browser maximized for the entire survey.

- Please answer all questions on your own without consulting any other person.

- If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page.

*(Select one only)*
⊙ I understand and agree to the above instructions [CONTINUE]
⊙ I do not understand or do not agree to the above instructions [TERMINATE]

[NEXT PAGE]

**MAIN QUESTIONNAIRE**

[INTRODUCTION 1]

For the following questions, we will be focusing on the decision to purchase cereal.

[NEXT PAGE]

Now imagine that you are shopping for cereal.

The following questions will involve a series of exercises. In each exercise, you will make **two** choices.

- First, in each exercise, you will be shown three different cereals that vary in terms of features and prices. You will be asked to choose the cereal with the set of features and price shown that you most prefer.

- You will also be asked whether **you would actually be willing to buy the cereal that you chose at the price indicated.**

[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

The cereals that will be shown to you include one or more features within each of the following categories:

1. Brand
2. Flavor
3. Labels
4. Price


[NEXT PAGE]

For the purpose of these exercises, you should assume:

- Each cereal will be described by the set of features you were just shown. Any other features beyond those shown in the exercise (Brand, Flavor, Labels, Price) are assumed to be the same for all the cereals presented.

- All cereals are available at the store at which you typically shop.  Each cereal option shown is offered by the same retailer or seller, so any preference you may have for a particular retailer or seller should not matter.
- No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

C-22

- Each option shown is a 18-ounce box.

- In the upcoming exercises, you will see references to a Whole Grains Council Stamp.  The stamp, as it actually appears on the box, is shown below.  When you see the words "Whole Grains Council Stamp" in the exercises, they refer to the stamp shown below, and you should think of that image when making your decisions. **[INSERT STAMP]**



Again, please assume that all other features will be the same across the cereals you will be shown.

Click "NEXT" to continue. [WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

We will now give you a more detailed introduction to each feature.

[NEXT PAGE]

**Brand**
In this exercise, the cereals shown will be one of the following brands: [RANDOMIZE BULLETS]

- Post Honey Bunches of Oats Whole Grain
- Quaker Real Medley Multigrain Cereal
- Kellogg's Mueslix
- Store Brand Honey Oat Clusters and Flakes Whole Grain

[NEXT PAGE; DELAY 3 SECONDS]

**Flavor**
In this exercise, the cereals shown come in the following flavors: [RANDOMIZE BULLETS]

- Honey Crunch
- Almond Crunch
- Blueberry Clusters
- Raisins, Dates & Almonds

C-23

[NEXT PAGE; DELAY 3 SECONDS]

**Labels**

In this exercise, the following labels may appear on the box: [RANDOMIZE BULLETS]

- Our Promise | No High Fructose Corn Syrup
- WHOLE GRAINS – good for your family, good for you.
- Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet
- Rich in nutrients - important for moms-to-be and growing children.
- Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving)
- Dig in for delight in every bite.
- NEW LOOK! SAME GREAT TASTE
- It's the perfect way to start your day.
- Simple Inside - GOOD SOURCE OF FIBER - NO ARTIFICIAL COLORS OR FLAVORS
- This cereal is your great-day starter and your balanced-lifestyle supporter.
- OUR BEST IN EVERY BITE
- And with no artificial colors or flavors, this cereal is as good as it gets.

[NEXT PAGE; DELAY 3 SECONDS]

**Price**

The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 18-ounce box.

- $1.69
- $2.49
- $3.29
- $4.09
- $4.89

[NEXT PAGE; DELAY 3 SECONDS]

**CHOICE EXERCISE TUTORIAL**

[NEXT PAGE]

Here is an **example** of what one particular set of choices might look like.

Each of the three columns shown represents one of the three cereals from which you will be asked to choose.

*This is just an example.*

C-24

Please click the "NEXT" button after you have reviewed the example.
[INSERT SAMPLE IMAGE OF CHOICE TASK]

As a reminder, this is just an example. You cannot select the buttons in the image above.

[WAIT 5 SECONDS BEFORE SHOWING "NEXT" BUTTON]

[NEXT PAGE]

On each of the pages that follow there will be three hypothetical cereals presented, each with a different set of features. You will be asked to choose the cereal you most prefer **if there were no other options available AND all other features not mentioned in the exercise were the same across the cereals shown.**

- Assume that the cereals do not vary on any features other than the features that are shown to vary.

Once you have chosen one of the three cereals as your most preferred option, you will then be asked a second question:

"Given your knowledge of the market, would you **actually be willing to buy the cereal that you chose above?**"

There will be twelve of these choice exercises, after which the survey will conclude.

Next, you will begin the choice exercises. Click the "NEXT" button to get started.
[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

## Choice Exercises

[CONJOINT EXERCISE TAKES PLACE HERE. CHOICE TASK REPEATED 12 TIMES.]

[NEXT PAGE]

[RESPONDENTS FORWARDED TO PANEL THANK-YOU PAGE]

[END OF SURVEY]

**HONEY BUNCHES OF OATS GRANOLA CONJOINT SURVEY**

**LEGEND:**
[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]
*Notes to respondent in italics*

## Overview

[NO SURVEY TITLE WILL BE DISPLAYED TO RESPONDENTS]

[EACH QUESTION WILL BE DISPLAYED ON ITS OWN PAGE, UNLESS OTHERWISE SPECIFIED]

## Introduction & Screening

[INTRODUCTION S1] Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW/UNSURE option.  It is very important that you do not guess.

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

When you are ready to get started, please click the "NEXT" button.

[NEXT PAGE]

S0.  Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.

[INSERT CAPTCHA]

[NEXT PAGE]

[INTRODUCTION S2]

If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page. When you are ready, please click the "NEXT" button to continue.

[NEXT PAGE]

S1. What type of electronic device are you using to complete this survey? *(Select one only)*
[RANDOMIZE]
⊙ Desktop computer [CONTINUE]
⊙ Laptop computer [CONTINUE]

⊙ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab, Motorola Xoom) [CONTINUE]
⊙ Smartphone (e.g., Apple iPhone, Samsung Galaxy, HTC One) [ON HOLD]
⊙ Other mobile or electronic device [ANCHOR; ON HOLD]

[IF "SMARTPHONE" OR "OTHER" SELECTED IN S1, DISPLAY: "This survey is not formatted for viewing on a smartphone or other mobile device. Please return to the survey, using the same link, from a desktop, laptop, or tablet computer."]

[NEXT PAGE]

S2. In which state do you live? (*Select one only*) [DROP DOWN LIST OF 50 STATES + DC. IF "MY AREA IS NOT LISTED HERE" IS SELECTED, TERMINATE.]

[TERMINATES ARE SENT TO PANEL TERMINATION/THANK-YOU PAGE]

[NEXT PAGE]

S3. Are you…? (*Select one only*)
⊙ Male
⊙ Female

[NEXT PAGE]

S4. Into which of the following categories does your age fall? (*Select one only*)
⊙ Under 18 [TERMINATE]
⊙ 18-34 [CONTINUE]
⊙ 35-49 [CONTINUE]
⊙ 50-64 [CONTINUE]
⊙ 65+ [CONTINUE]

[NEXT PAGE]

[TERMINATE IF AGE OR GENDER DO NOT MATCH RESPONDENT PARAMETERS PASSED BY PANEL PROVIDER]

[NEXT PAGE]

S5. Do you or does any member of your household work for any of the following types of companies?  (*Select all that apply*) [RANDOMIZE; ANCHOR "NONE OF THE ABOVE" LAST]
❑ A company that makes or manufactures breakfast cereal or granola [TERMINATE]
❑ A company that makes or manufactures chewing gum or candy
❑ A company that makes or manufactures breads, buns, or rolls
❑ A company that makes or manufactures shampoo or conditioner
❑ A marketing or market research firm [TERMINATE]

❏   A public relations or advertising agency [TERMINATE]
❏   None of the above [EXCLUSIVE]

[TERMINATE IF "BREAKFAST CEREAL OR GRANOLA," "MARKETING OR MARKET RESEARCH FIRM," OR "PUBLIC RELATIONS OR ADVERTISING AGENCY" IS SELECTED]

[NEXT PAGE]

S6. Which, if any, of the following products have you purchased, **in the past 3 months**?  Please only indicate those products that you personally purchased or shared in the decision to purchase. *(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]
❏   Bottled water
❏   Bread
❏   Cereal
❏   Granola
❏   Cheese
❏   Dish soap
❏   Ice cream
❏   Laundry detergent
❏   Milk
❏   None of the above [EXCLUSIVE]

[TERMINATE IF "GRANOLA" NOT SELECTED]

[NEXT PAGE]

S7. You previously mentioned that you had purchased **granola**. Which, if any, types of granola have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.  *(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]
❏   Post Honey Bunches of Oats Granola
❏   General Mills Nature Valley Granola
❏   Kellogg's Special K Granola
❏   Quaker Simply Granola
❏   None of the above [EXCLUSIVE]

[TERMINATE IF "HONEY BUNCHES OF OATS" NOT SELECTED]

[NEXT PAGE]

S8. You previously mentioned that you had purchased **Post Honey Bunches of Oats Granola**. Which, if any, of the following types of Post Honey Bunches of Oats Granola have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.  *(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]

❑ Honey Roasted
❑ French Vanilla Almond
❑ Toffee Almond
❑ Maple Pecan
❑ None of the above [EXCLUSIVE]

[TERMINATE IF "HONEY ROASTED" NOT SELECTED]

[NEXT PAGE]

S9.  Please select ["NORTH"] ["SOUTH"] ["EAST"] ["WEST"] from the following list in order to continue with this survey. *(Select one only)*
[RANDOMIZE THE FOUR QUESTION VERSIONS, CORRECT RESPONSE OPTION SHOULD MATCH THAT OF QUESTION; RANDOMIZE ANSWER OPTIONS]

⊙ NORTH
⊙ SOUTH
⊙ EAST
⊙ WEST

[NEXT PAGE]

S10.  You have qualified to take this survey.  Before continuing, please carefully read these instructions:
- Please take the survey in <u>one</u> session without interruption.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please keep your browser maximized for the entire survey.

- Please answer all questions on your own without consulting any other person.

- If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page.

*(Select one only)*
⊙ I understand and agree to the above instructions [CONTINUE]
⊙ I do not understand or do not agree to the above instructions [TERMINATE]

[NEXT PAGE]

## MAIN QUESTIONNAIRE

[INTRODUCTION 1]

For the following questions, we will be focusing on the decision to purchase granola.

C-29

[NEXT PAGE]

Now imagine that you are shopping for granola.

The following questions will involve a series of exercises. In each exercise, you will make **two** choices.

- First, in each exercise, you will be shown three different granolas that vary in terms of features and prices. You will be asked to choose the granola with the set of features and price shown that you most prefer.

- You will also be asked whether **you would actually be willing to buy the granola that you chose at the price indicated.**

[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

The granolas that will be shown to you include one or more features within each of the following categories:

1. Brand
2. Flavor
3. Labels
4. Price

[NEXT PAGE]

For the purpose of these exercises, you should assume:

- Each granola will be described by the set of features you were just shown. Any other features beyond those shown in the exercise (Brand, Flavor, Labels, Price) are assumed to be the same for all the granolas presented.

- All granolas are available at the store at which you typically shop.  Each granola option shown is offered by the same retailer or seller, so any preference you may have for a particular retailer or seller should not matter.

- No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

- Each option shown is a 11-ounce package.

- In the upcoming exercises, you will see references to a Whole Grains Council Stamp.  The stamp, as it actually appears on the package is shown below.  When you see the words

C-30

"Whole Grains Council Stamp" in the exercises, they refer to the stamp shown below, and you should think of that image when making your decisions. **[INSERT STAMP]**



Again, please assume that all other features will be the same across the granolas you will be shown.

Click "NEXT" to continue. [WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

We will now give you a more detailed introduction to each feature.

[NEXT PAGE]

**Brand**
In this exercise, the granolas shown will be one of the following brands: [RANDOMIZE BULLETS]

- Post Honey Bunches of Oats Granola
- General Mills Nature Valley Granola
- Kellogg's Special K Granola
- Quaker Simply Granola
- Store Brand Granola

[NEXT PAGE; DELAY 3 SECONDS]

**Flavor**
In this exercise, the granolas shown come in the following flavors: [RANDOMIZE BULLETS]

- Honey Roasted
- French Vanilla Almond
- Toffee Almond
- Maple Pecan
- Peanut Butter

[NEXT PAGE; DELAY 3 SECONDS]

**Labels**
In this exercise, the following labels may appear on the package: [RANDOMIZE BULLETS]

- it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love.

C-31

- Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving)
- NO PRESERVATIVES OR ARTIFICIAL FLAVORS
- Enjoy It Your Way!
- Bring your bunch together, anytime anywhere with delicious granola.
- ingredients you can see & pronounce
- We choose healthy and tasty, convenient and wholesome, economically sustainable and socially impactful.
- add PROTEIN to your day!

[NEXT PAGE; DELAY 3 SECONDS]

**Price**

The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 11-ounce package.

- $2.59
- $2.99
- $3.39
- $3.79
- $4.19

[NEXT PAGE; DELAY 3 SECONDS]

**CHOICE EXERCISE TUTORIAL**

[NEXT PAGE]

Here is an **example** of what one particular set of choices might look like.

Each of the three columns shown represents one of the three granolas from which you will be asked to choose.

*This is just an example.*

Please click the "NEXT" button after you have reviewed the example.

[INSERT SAMPLE IMAGE OF CHOICE TASK]

As a reminder, this is just an example. You cannot select the buttons in the image above.

[WAIT 5 SECONDS BEFORE SHOWING "NEXT" BUTTON]

[NEXT PAGE]

C-32

On each of the pages that follow there will be three hypothetical granolas presented, each with a different set of features. You will be asked to choose the granola you most prefer **if there were no other options available AND all other features not mentioned in the exercise were the same across the granolas shown.**

- Assume that the granolas do not vary on any features other than the features that are shown to vary.

Once you have chosen one of the three granolas as your most preferred option, you will then be asked a second question:

"Given your knowledge of the market, would you **actually be willing to buy the granola that you chose above?**"

There will be twelve of these choice exercises, after which the survey will conclude.

Next, you will begin the choice exercises. Click the "NEXT" button to get started.
[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

**Choice Exercises**

[CONJOINT EXERCISE TAKES PLACE HERE. CHOICE TASK REPEATED 12 TIMES.]

[NEXT PAGE]

[RESPONDENTS FORWARDED TO PANEL THANK-YOU PAGE]

[END OF SURVEY]

## RAISIN BRAN CONJOINT SURVEY

**<u>LEGEND:</u>**
[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]
*Notes to respondent in italics*

## Overview

[NO SURVEY TITLE WILL BE DISPLAYED TO RESPONDENTS]

[EACH QUESTION WILL BE DISPLAYED ON ITS OWN PAGE, UNLESS OTHERWISE SPECIFIED]

## Introduction & Screening

[INTRODUCTION S1] Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW/UNSURE option.  It is very important that you do not guess.

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

When you are ready to get started, please click the "NEXT" button.

[NEXT PAGE]

S0.  Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.

[INSERT CAPTCHA]

[NEXT PAGE]

[INTRODUCTION S2]

If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page. When you are ready, please click the "NEXT" button to continue.

[NEXT PAGE]

S1. What type of electronic device are you using to complete this survey? *(Select one only)*
[RANDOMIZE]
⊙  Desktop computer [CONTINUE]
⊙  Laptop computer [CONTINUE]

C-34

⊙ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab, Motorola Xoom) [CONTINUE]
⊙ Smartphone (e.g., Apple iPhone, Samsung Galaxy, HTC One) [ON HOLD]
⊙ Other mobile or electronic device [ANCHOR; ON HOLD]

[IF "SMARTPHONE" OR "OTHER" SELECTED IN S1, DISPLAY: "This survey is not formatted for viewing on a smartphone or other mobile device. Please return to the survey, using the same link, from a desktop, laptop, or tablet computer."]

[NEXT PAGE]

S2. In which state do you live? (*Select one only*) [DROP DOWN LIST OF 50 STATES + DC. MUST SELECT CA TO CONTINUE.  IF "MY AREA IS NOT LISTED HERE" IS SELECTED, TERMINATE.]

[TERMINATES ARE SENT TO PANEL TERMINATION/THANK-YOU PAGE]

[NEXT PAGE]

S3. Are you…? (*Select one only*)
⊙ Male
⊙ Female

[NEXT PAGE]

S4. Into which of the following categories does your age fall? (*Select one only*)
⊙ Under 18 [TERMINATE]
⊙ 18-34 [CONTINUE]
⊙ 35-49 [CONTINUE]
⊙ 50-64 [CONTINUE]
⊙ 65+ [CONTINUE]

[NEXT PAGE]

[TERMINATE IF AGE OR GENDER DO NOT MATCH RESPONDENT PARAMETERS PASSED BY PANEL PROVIDER]

[NEXT PAGE]

S5. Do you or does any member of your household work for any of the following types of companies?  (*Select all that apply*) [RANDOMIZE; ANCHOR "NONE OF THE ABOVE" LAST]
❑ A company that makes or manufactures breakfast cereal or granola [TERMINATE]
❑ A company that makes or manufactures chewing gum or candy
❑ A company that makes or manufactures breads, buns, or rolls
❑ A company that makes or manufactures shampoo or conditioner

C-35

❏   A marketing or market research firm [TERMINATE]
❏   A public relations or advertising agency [TERMINATE]
❏   None of the above [EXCLUSIVE]

[TERMINATE IF "BREAKFAST CEREAL OR GRANOLA," "MARKETING OR MARKET RESEARCH FIRM," OR "PUBLIC RELATIONS OR ADVERTISING AGENCY" IS SELECTED]

[NEXT PAGE]

S6. Which, if any, of the following products have you purchased, **in the past 3 months**?  Please only indicate those products that you personally purchased or shared in the decision to purchase. *(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]
❏   Bottled water
❏   Bread
❏   Cereal
❏   Granola
❏   Cheese
❏   Dish soap
❏   Ice cream
❏   Laundry detergent
❏   Milk
❏   None of the above [EXCLUSIVE]

[TERMINATE IF "CEREAL" NOT SELECTED]

[NEXT PAGE]

S7. You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.  *(Select all that apply)* [ALPHABETIZE WITHIN BRANDS AND RANDOMIZE BRANDS. ANCHOR "NONE OF THE ABOVE"]
❏   Kellogg's Frosted Flakes
❏   Kellogg's Frosted Mini Wheats
❏   Kellogg's Special K
❏   Kellogg's Special K Protein
❏   General Mills Cheerios
❏   General Mills Corn Chex
❏   General Mills Fiber One
❏   General Mills Wheat Chex
❏   Post Great Grains
❏   Post Honey Bunches of Oats
❏   Post Honeycomb
❏   Post Raisin Bran
❏   None of the above [EXCLUSIVE]

[TERMINATE IF "RAISIN BRAN" NOT SELECTED]

[NEXT PAGE]

S8.  Please select ["NORTH"] ["SOUTH"] ["EAST"] ["WEST"] from the following list in order
to continue with this survey. *(Select one only)*
[RANDOMIZE THE FOUR QUESTION VERSIONS, CORRECT RESPONSE OPTION
SHOULD MATCH THAT OF QUESTION; RANDOMIZE ANSWER OPTIONS]

- ⊙ NORTH
- ⊙ SOUTH
- ⊙ EAST
- ⊙ WEST

[NEXT PAGE]

S9.  You have qualified to take this survey.  Before continuing, please carefully read these
instructions:

- Please take the survey in <u>one</u> session without interruption.

- While taking the survey, please do not consult any other websites or other electronic
  or written materials.

- Please keep your browser maximized for the entire survey.

- Please answer all questions on your own without consulting any other person.

- If you normally wear glasses or contact lenses when viewing a computer or tablet
  screen, please put them on/in before continuing to the next page.

*(Select one only)*
⊙ I understand and agree to the above instructions [CONTINUE]
⊙ I do not understand or do not agree to the above instructions [TERMINATE]

[NEXT PAGE]

**MAIN QUESTIONNAIRE**

[INTRODUCTION 1]

For the following questions, we will be focusing on the decision to purchase cereal.

[NEXT PAGE]

Now imagine that you are shopping for cereal.

The following questions will involve a series of exercises. In each exercise, you will make **two** choices.

- First, in each exercise, you will be shown three different cereals that vary in terms of features and prices. You will be asked to choose the cereal with the set of features and price shown that you most prefer.

- You will also be asked whether **you would actually be willing to buy the cereal that you chose at the price indicated.**

[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

The cereals that will be shown to you include one or more features within each of the following categories:

1. Brand
2. Labels
3. Price

[NEXT PAGE]

For the purpose of these exercises, you should assume:

- Each cereal will be described by the set of features you were just shown. Any other features beyond those shown in the exercise (Brand, Labels, Price) are assumed to be the same for all the cereals presented.

- All cereals are available at the store at which you typically shop.  Each cereal option shown is offered by the same retailer or seller, so any preference you may have for a particular retailer or seller should not matter.

- No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

- Each option shown is a 20-ounce box.

- In the upcoming exercises, you will see references to a Whole Grains Council Stamp.  The stamp, as it actually appears on the box, is shown below.  When you see the words "Whole Grains Council Stamp" in the exercises, they refer to the stamp shown below, and you should think of that image when making your decisions. **[INSERT STAMP]**



Again, please assume that all other features will be the same across the cereals you will be shown.

Click "NEXT" to continue. [WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

We will now give you a more detailed introduction to each feature.

[NEXT PAGE]

**Brand**
In this exercise, the cereals shown will be one of the following brands: [RANDOMIZE BULLETS]

- Kellogg's Raisin Bran
- Kellogg's Raisin Bran Crunch
- General Mills Total Raisin Bran
- Post Raisin Bran
- Store Brand Raisin Bran

[NEXT PAGE; DELAY 3 SECONDS]

**Labels**
In this exercise, the following labels may appear on the box: [RANDOMIZE BULLETS]

- No High Fructose Corn Syrup
- Healthy
- Nutritious
- Fiber is good for digestive health
- Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving)
- HUNDREDS OF RAISINS IN EVERY BOX
- has delicious crunchy whole grain wheat and bran flakes
- EXCELLENT SOURCE OF FIBER
- Delicious raisins perfectly balanced with crisp, toasted bran flakes.
- REAL FRUIT- Delicious raisins add a sweetness you'll love to every morning.
- MADE WITH REAL FRUIT

[NEXT PAGE; DELAY 3 SECONDS]

**Price**

The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 20-ounce box.

- $1.89
- $2.59
- $3.29
- $3.99
- $4.69

[NEXT PAGE; DELAY 3 SECONDS]

**CHOICE EXERCISE TUTORIAL**

[NEXT PAGE]

Here is an **example** of what one particular set of choices might look like.

Each of the three columns shown represents one of the three cereals from which you will be asked to choose.

*This is just an example.*

Please click the "NEXT" button after you have reviewed the example.

[INSERT SAMPLE IMAGE OF CHOICE TASK]

As a reminder, this is just an example. You cannot select the buttons in the image above.

[WAIT 5 SECONDS BEFORE SHOWING "NEXT" BUTTON]

[NEXT PAGE]

On each of the pages that follow there will be three hypothetical cereals presented, each with a different set of features. You will be asked to choose the cereal you most prefer **if there were no other options available AND all other features not mentioned in the exercise were the same across the cereals shown.**

- Assume that the cereals do not vary on any features other than the features that are shown to vary.

Once you have chosen one of the three cereals as your most preferred option, you will then be asked a second question:

>"Given your knowledge of the market, would you **actually be willing to buy the cereal that you chose above?**"

There will be twelve of these choice exercises, after which the survey will conclude.

Next, you will begin the choice exercises. Click the "NEXT" button to get started.
**[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]**

**[NEXT PAGE]**

## Choice Exercises

**[CONJOINT EXERCISE TAKES PLACE HERE. CHOICE TASK REPEATED 12 TIMES.]**

**[NEXT PAGE]**

**[RESPONDENTS FORWARDED TO PANEL THANK-YOU PAGE]**

**[END OF SURVEY]**

C-41

## BRAN FLAKES CONJOINT SURVEY

**LEGEND:**
[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]
*Notes to respondent in italics*

## Overview

[NO SURVEY TITLE WILL BE DISPLAYED TO RESPONDENTS]

[EACH QUESTION WILL BE DISPLAYED ON ITS OWN PAGE, UNLESS OTHERWISE SPECIFIED]

## Introduction & Screening

[INTRODUCTION S1] Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW/UNSURE option.  It is very important that you do not guess.

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

When you are ready to get started, please click the "NEXT" button.

[NEXT PAGE]

S0.  Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.

[INSERT CAPTCHA]

[NEXT PAGE]

[INTRODUCTION S2]

If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page. When you are ready, please click the "NEXT" button to continue.

[NEXT PAGE]

S1. What type of electronic device are you using to complete this survey? *(Select one only)*
[RANDOMIZE]
⊙ Desktop computer [CONTINUE]
⊙ Laptop computer [CONTINUE]

⊙ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab, Motorola Xoom) [CONTINUE]
⊙ Smartphone (e.g., Apple iPhone, Samsung Galaxy, HTC One) [ON HOLD]
⊙ Other mobile or electronic device [ANCHOR; ON HOLD]

[IF "SMARTPHONE" OR "OTHER" SELECTED IN S1, DISPLAY: "This survey is not formatted for viewing on a smartphone or other mobile device. Please return to the survey, using the same link, from a desktop, laptop, or tablet computer."]

[NEXT PAGE]

S2. In which state do you live? (*Select one only*) [DROP DOWN LIST OF 50 STATES + DC. MUST SELECT CA TO CONTINUE.  IF "MY AREA IS NOT LISTED HERE" IS SELECTED, TERMINATE.]

[TERMINATES ARE SENT TO PANEL TERMINATION/THANK-YOU PAGE]

[NEXT PAGE]

S3. Are you…? (*Select one only*)
⊙ Male
⊙ Female

[NEXT PAGE]

S4. Into which of the following categories does your age fall? (*Select one only*)
⊙ Under 18 [TERMINATE]
⊙ 18-34 [CONTINUE]
⊙ 35-49 [CONTINUE]
⊙ 50-64 [CONTINUE]
⊙ 65+ [CONTINUE]

[NEXT PAGE]

[TERMINATE IF AGE OR GENDER DO NOT MATCH RESPONDENT PARAMETERS PASSED BY PANEL PROVIDER]

[NEXT PAGE]

S5. Do you or does any member of your household work for any of the following types of companies?  (*Select all that apply*) [RANDOMIZE; ANCHOR "NONE OF THE ABOVE" LAST]
❑ A company that makes or manufactures breakfast cereal or granola [TERMINATE]
❑ A company that makes or manufactures chewing gum or candy
❑ A company that makes or manufactures breads, buns, or rolls
❑ A company that makes or manufactures shampoo or conditioner

❏   A marketing or market research firm [TERMINATE]
❏   A public relations or advertising agency [TERMINATE]
❏   None of the above [EXCLUSIVE]

[TERMINATE IF "BREAKFAST CEREAL OR GRANOLA," "MARKETING OR
MARKET RESEARCH FIRM," OR "PUBLIC RELATIONS OR ADVERTISING
AGENCY" IS SELECTED]

[NEXT PAGE]

S6. Which, if any, of the following products have you purchased, **in the past 3 months**?  Please
only indicate those products that you personally purchased or shared in the decision to purchase.
*(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]
❏   Bottled water
❏   Bread
❏   Cereal
❏   Granola
❏   Cheese
❏   Dish soap
❏   Ice cream
❏   Laundry detergent
❏   Milk
❏   None of the above [EXCLUSIVE]

[TERMINATE IF "CEREAL" NOT SELECTED]

[NEXT PAGE]

S7. You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have
you purchased **in the past 3 months**? Please only indicate those products that you personally
purchased or shared in the decision to purchase.  *(Select all that apply)* [ALPHABETIZE
WITHIN BRANDS AND RANDOMIZE BRANDS. ANCHOR "NONE OF THE ABOVE"]
❏   Kellogg's Frosted Flakes
❏   Kellogg's Frosted Mini Wheats
❏   Kellogg's Rice Krispies
❏   Kellogg's Special K
❏   General Mills Cheerios
❏   General Mills Fiber One
❏   General Mills Kix
❏   General Mills Lucky Charms
❏   Post Bran Flakes
❏   Post Great Grains
❏   Post Honey Bunches of Oats
❏   Post Honeycomb
❏   None of the above [EXCLUSIVE]

[TERMINATE IF "BRAN FLAKES" NOT SELECTED]

[NEXT PAGE]

S8.  Please select ["NORTH"] ["SOUTH"] ["EAST"] ["WEST"] from the following list in order to continue with this survey. *(Select one only)*
[RANDOMIZE THE FOUR QUESTION VERSIONS, CORRECT RESPONSE OPTION SHOULD MATCH THAT OF QUESTION; RANDOMIZE ANSWER OPTIONS]

- ⊙ NORTH
- ⊙ SOUTH
- ⊙ EAST
- ⊙ WEST

[NEXT PAGE]

S9.  You have qualified to take this survey.  Before continuing, please carefully read these instructions:

- Please take the survey in <u>one</u> session without interruption.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please keep your browser maximized for the entire survey.

- Please answer all questions on your own without consulting any other person.

- If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page.

*(Select one only)*
⊙ I understand and agree to the above instructions [CONTINUE]
⊙ I do not understand or do not agree to the above instructions [TERMINATE]

[NEXT PAGE]

**MAIN QUESTIONNAIRE**

[INTRODUCTION 1]

For the following questions, we will be focusing on the decision to purchase cereal.

[NEXT PAGE]

Now imagine that you are shopping for cereal.

C-45

The following questions will involve a series of exercises. In each exercise, you will make **two** choices.

- First, in each exercise, you will be shown three different cereals that vary in terms of features and prices. You will be asked to choose the cereal with the set of features and price shown that you most prefer.

- You will also be asked whether **you would actually be willing to buy the cereal that you chose at the price indicated.**

[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

The cereals that will be shown to you include one or more features within each of the following categories:

1. Brand
2. Labels
3. Price

[NEXT PAGE]

For the purpose of these exercises, you should assume:

- Each cereal will be described by the set of features you were just shown. Any other features beyond those shown in the exercise (Brand, Labels, Price) are assumed to be the same for all the cereals presented.

- All cereals are available at the store at which you typically shop.  Each cereal option shown is offered by the same retailer or seller, so any preference you may have for a particular retailer or seller should not matter.

- No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

- Each option shown is a 16-ounce box.

- In the upcoming exercises, you will see references to a Whole Grains Council Stamp.  The stamp, as it actually appears on the box, is shown below.  When you see the words "Whole Grains Council Stamp" in the exercises, they refer to the stamp shown below, and you should think of that image when making your decisions. **[INSERT STAMP]**



Again, please assume that all other features will be the same across the cereals you will be shown.

Click "NEXT" to continue. [WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

We will now give you a more detailed introduction to each feature.

[NEXT PAGE]

**Brand**
In this exercise, the cereals shown will be one of the following brands: [RANDOMIZE BULLETS]

- Kellogg's All Bran
- General Mills Fiber One Original Bran Cereal
- Post Bran Flakes
- Store Brand Bran Flakes

[NEXT PAGE; DELAY 3 SECONDS]

**Labels**
In this exercise, the following labels may appear on the box: [RANDOMIZE BULLETS]

- CONTAINS DIETARY FIBER to Help Maintain Digestive Health
- Contains no high fructose corn syrup
- Whole grains provide fiber and other important nutrients to help keep you healthy.
- FIBER TO HELP WITH WEIGHT MANAGEMENT
- Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving)
- Made from oven toasted, whole grain wheat and wheat bran
- NO artificial flavors
- NO colors from artificial sources
- Excellent Source of Iron
- Make fit for life, fit your life!
- Energize your active lifestyle with a great breakfast!

[NEXT PAGE; DELAY 3 SECONDS]

**Price**

The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 16-ounce box.

- $2.69
- $3.19
- $3.69
- $4.19
- $4.69

[NEXT PAGE; DELAY 3 SECONDS]

**CHOICE EXERCISE TUTORIAL**

[NEXT PAGE]

Here is an **example** of what one particular set of choices might look like.

Each of the three columns shown represents one of the three cereals from which you will be asked to choose.

*This is just an example.*

Please click the "NEXT" button after you have reviewed the example.

[INSERT SAMPLE IMAGE OF CHOICE TASK]

As a reminder, this is just an example. You cannot select the buttons in the image above.

[WAIT 5 SECONDS BEFORE SHOWING "NEXT" BUTTON]

[NEXT PAGE]

On each of the pages that follow there will be three hypothetical cereals presented, each with a different set of features. You will be asked to choose the cereal you most prefer **if there were no other options available AND all other features not mentioned in the exercise were the same across the cereals shown.**

- Assume that the cereals do not vary on any features other than the features that are shown to vary.

Once you have chosen one of the three cereals as your most preferred option, you will then be asked a second question:

C-48

"Given your knowledge of the market, would you **actually be willing to buy the cereal that you chose above?**"

There will be twelve of these choice exercises, after which the survey will conclude.

Next, you will begin the choice exercises. Click the "NEXT" button to get started.
**[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]**

**[NEXT PAGE]**

**Choice Exercises**

**[CONJOINT EXERCISE TAKES PLACE HERE. CHOICE TASK REPEATED 12 TIMES.]**

**[NEXT PAGE]**

**[RESPONDENTS FORWARDED TO PANEL THANK-YOU PAGE]**

**[END OF SURVEY]**

## ALPHA-BITS CONJOINT SURVEY

<u>**LEGEND:**</u>
**[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]**
*Notes to respondent in italics*

## Overview

**[NO SURVEY TITLE WILL BE DISPLAYED TO RESPONDENTS]**

**[EACH QUESTION WILL BE DISPLAYED ON ITS OWN PAGE, UNLESS OTHERWISE SPECIFIED]**

## Introduction & Screening

**[INTRODUCTION S1]** Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW/UNSURE option.  It is very important that you do not guess.

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

When you are ready to get started, please click the "NEXT" button.

**[NEXT PAGE]**

S0.  Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.

**[INSERT CAPTCHA]**

**[NEXT PAGE]**

**[INTRODUCTION S2]**

If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page. When you are ready, please click the "NEXT" button to continue.

**[NEXT PAGE]**

S1. What type of electronic device are you using to complete this survey? *(Select one only)*
**[RANDOMIZE]**
⊙ Desktop computer **[CONTINUE]**
⊙ Laptop computer **[CONTINUE]**

C-50

⊙ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab, Motorola Xoom) [CONTINUE]
⊙ Smartphone (e.g., Apple iPhone, Samsung Galaxy, HTC One) [ON HOLD]
⊙ Other mobile or electronic device [ANCHOR; ON HOLD]

[IF "SMARTPHONE" OR "OTHER" SELECTED IN S1, DISPLAY: "This survey is not formatted for viewing on a smartphone or other mobile device. Please return to the survey, using the same link, from a desktop, laptop, or tablet computer."]

[NEXT PAGE]

S2. In which state do you live? (*Select one only*) [DROP DOWN LIST OF 50 STATES + DC. IF "MY AREA IS NOT LISTED HERE" IS SELECTED, TERMINATE.]

[TERMINATES ARE SENT TO PANEL TERMINATION/THANK-YOU PAGE]

[NEXT PAGE]

S3. Are you…? (*Select one only*)
⊙ Male
⊙ Female

[NEXT PAGE]

S4. Into which of the following categories does your age fall? (*Select one only*)
⊙ Under 18 [TERMINATE]
⊙ 18-34 [CONTINUE]
⊙ 35-49 [CONTINUE]
⊙ 50-64 [CONTINUE]
⊙ 65+ [CONTINUE]

[NEXT PAGE]

[TERMINATE IF AGE OR GENDER DO NOT MATCH RESPONDENT PARAMETERS PASSED BY PANEL PROVIDER]

[NEXT PAGE]

S5. Do you or does any member of your household work for any of the following types of companies? (*Select all that apply*) [RANDOMIZE; ANCHOR "NONE OF THE ABOVE" LAST]
❑ A company that makes or manufactures breakfast cereal or granola [TERMINATE]
❑ A company that makes or manufactures chewing gum or candy
❑ A company that makes or manufactures breads, buns, or rolls
❑ A company that makes or manufactures shampoo or conditioner
❑ A marketing or market research firm [TERMINATE]

☐   A public relations or advertising agency [TERMINATE]
☐   None of the above [EXCLUSIVE]

[TERMINATE IF "BREAKFAST CEREAL OR GRANOLA," "MARKETING OR MARKET RESEARCH FIRM," OR "PUBLIC RELATIONS OR ADVERTISING AGENCY" IS SELECTED]

[NEXT PAGE]

S6. Which, if any, of the following products have you purchased, **in the past 3 months**?  Please only indicate those products that you personally purchased or shared in the decision to purchase. *(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]
☐   Bottled water
☐   Bread
☐   Cereal
☐   Granola
☐   Cheese
☐   Dish soap
☐   Ice cream
☐   Laundry detergent
☐   Milk
☐   None of the above [EXCLUSIVE]

[TERMINATE IF "CEREAL" NOT SELECTED]

[NEXT PAGE]

S7. You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.  *(Select all that apply)* [ALPHABETIZE WITHIN BRANDS AND RANDOMIZE BRANDS. ANCHOR "NONE OF THE ABOVE"]
☐   Kellogg's Frosted Flakes
☐   Kellogg's Frosted Mini Wheats
☐   Kellogg's Rice Krispies
☐   Kellogg's Special K
☐   General Mills Cheerios
☐   General Mills Fiber One
☐   General Mills Kix
☐   General Mills Lucky Charms
☐   Post Alpha-Bits
☐   Post Honey Bunches of Oats
☐   Post Honeycomb
☐   Post Waffle Crisp
☐   None of the above [EXCLUSIVE]

[TERMINATE IF "ALPHA-BITS" NOT SELECTED]

[NEXT PAGE]

S8.  Please select ["NORTH"] ["SOUTH"] ["EAST"] ["WEST"] from the following list in order to continue with this survey. *(Select one only)*
[RANDOMIZE THE FOUR QUESTION VERSIONS, CORRECT RESPONSE OPTION SHOULD MATCH THAT OF QUESTION; RANDOMIZE ANSWER OPTIONS]

- ⊙ NORTH
- ⊙ SOUTH
- ⊙ EAST
- ⊙ WEST

[NEXT PAGE]

S9.  You have qualified to take this survey.  Before continuing, please carefully read these instructions:

- Please take the survey in <u>one</u> session without interruption.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please keep your browser maximized for the entire survey.

- Please answer all questions on your own without consulting any other person.

- If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page.

*(Select one only)*
⊙ I understand and agree to the above instructions [CONTINUE]
⊙ I do not understand or do not agree to the above instructions [TERMINATE]

[NEXT PAGE]

## MAIN QUESTIONNAIRE

[INTRODUCTION 1]

For the following questions, we will be focusing on the decision to purchase cereal.

[NEXT PAGE]

Now imagine that you are shopping for cereal.

The following questions will involve a series of exercises. In each exercise, you will make **two** choices.

C-53

- First, in each exercise, you will be shown three different cereals that vary in terms of features and prices. You will be asked to choose the cereal with the set of features and price shown that you most prefer.

- You will also be asked whether **you would actually be willing to buy the cereal that you chose at the price indicated.**

[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

The cereals that will be shown to you include one or more features within each of the following categories:

1. Brand
2. Labels
3. Price

[NEXT PAGE]

For the purpose of these exercises, you should assume:

- Each cereal will be described by the set of features you were just shown. Any other features beyond those shown in the exercise (Brand, Labels, Price) are assumed to be the same for all the cereals presented.

- All cereals are available at the store at which you typically shop.  Each cereal option shown is offered by the same retailer or seller, so any preference you may have for a particular retailer or seller should not matter.

- No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

- Each option shown is a 12-ounce box.

- In the upcoming exercises, you will see references to a Whole Grains Council Stamp.  The stamp, as it actually appears on the box, is shown below.  When you see the words "Whole Grains Council Stamp" in the exercises, they refer to the stamp shown below, and you should think of that image when making your decisions. **[INSERT STAMP]**

C-54



Again, please assume that all other features will be the same across the cereals you will be shown.

Click "NEXT" to continue. [WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

We will now give you a more detailed introduction to each feature.

[NEXT PAGE]

**Brand**
In this exercise, the cereals shown will be one of the following brands: [RANDOMIZE BULLETS]

- Post Alpha-Bits
- General Mills Lucky Charms
- Quaker Life
- General Mills Kix

[NEXT PAGE; DELAY 3 SECONDS]

**Labels**
In this exercise, the following labels may appear on the box: [RANDOMIZE BULLETS]

- NO HIGH FRUCTOSE CORN SYRUP
- A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN
- Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)
- NO ARTIFICIAL FLAVORS
- 12 ESSENTIAL VITAMINS AND MINERALS
- satisfies the kid in everyone with just the right touch of sweetness and crispy goodness.
- FUEL UP ON GOODNESS
- Start the morning simply, start life right.
- great taste = happy kids

[NEXT PAGE; DELAY 3 SECONDS]

**Price**
The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 12-ounce box.

- $1.99
- $2.24
- $2.49
- $2.74
- $2.99

[NEXT PAGE; DELAY 3 SECONDS]

**CHOICE EXERCISE TUTORIAL**

[NEXT PAGE]

Here is an **example** of what one particular set of choices might look like.

Each of the three columns shown represents one of the three cereals from which you will be asked to choose.

*This is just an example.*

Please click the "NEXT" button after you have reviewed the example.

[INSERT SAMPLE IMAGE OF CHOICE TASK]

As a reminder, this is just an example. You cannot select the buttons in the image above.

[WAIT 5 SECONDS BEFORE SHOWING "NEXT" BUTTON]

[NEXT PAGE]

On each of the pages that follow there will be three hypothetical cereals presented, each with a different set of features. You will be asked to choose the cereal you most prefer **if there were no other options available AND all other features not mentioned in the exercise were the same across the cereals shown.**

- Assume that the cereals do not vary on any features other than the features that are shown to vary.

Once you have chosen one of the three cereals as your most preferred option, you will then be asked a second question:

"Given your knowledge of the market, would you **actually be willing to buy the cereal that you chose above?**"

There will be twelve of these choice exercises, after which the survey will conclude.

Next, you will begin the choice exercises. Click the "NEXT" button to get started.
**[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]**

**[NEXT PAGE]**

## Choice Exercises

**[CONJOINT EXERCISE TAKES PLACE HERE. CHOICE TASK REPEATED 12 TIMES.]**

**[NEXT PAGE]**

**[RESPONDENTS FORWARDED TO PANEL THANK-YOU PAGE]**

**[END OF SURVEY]**

## HONEYCOMB CONJOINT SURVEY

**LEGEND:**
[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]
*Notes to respondent in italics*

## Overview

[NO SURVEY TITLE WILL BE DISPLAYED TO RESPONDENTS]

[EACH QUESTION WILL BE DISPLAYED ON ITS OWN PAGE, UNLESS OTHERWISE SPECIFIED]

## Introduction & Screening

[INTRODUCTION S1] Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW/UNSURE option. It is very important that you do not guess.

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

When you are ready to get started, please click the "NEXT" button.

[NEXT PAGE]

S0. Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.

[INSERT CAPTCHA]

[NEXT PAGE]

[INTRODUCTION S2]

If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page. When you are ready, please click the "NEXT" button to continue.

[NEXT PAGE]

S1. What type of electronic device are you using to complete this survey? *(Select one only)*
[RANDOMIZE]
⊙ Desktop computer [CONTINUE]
⊙ Laptop computer [CONTINUE]

⊙ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab, Motorola Xoom) [CONTINUE]
⊙ Smartphone (e.g., Apple iPhone, Samsung Galaxy, HTC One) [ON HOLD]
⊙ Other mobile or electronic device [ANCHOR; ON HOLD]

[IF "SMARTPHONE" OR "OTHER" SELECTED IN S1, DISPLAY: "This survey is not formatted for viewing on a smartphone or other mobile device. Please return to the survey, using the same link, from a desktop, laptop, or tablet computer."]

[NEXT PAGE]

S2. In which state do you live? (*Select one only*) [DROP DOWN LIST OF 50 STATES + DC. IF "MY AREA IS NOT LISTED HERE" IS SELECTED, TERMINATE.]

[TERMINATES ARE SENT TO PANEL TERMINATION/THANK-YOU PAGE]

[NEXT PAGE]

S3. Are you…? (*Select one only*)
⊙ Male
⊙ Female

[NEXT PAGE]

S4. Into which of the following categories does your age fall? (*Select one only*)
⊙ Under 18 [TERMINATE]
⊙ 18-34 [CONTINUE]
⊙ 35-49 [CONTINUE]
⊙ 50-64 [CONTINUE]
⊙ 65+ [CONTINUE]

[NEXT PAGE]

[TERMINATE IF AGE OR GENDER DO NOT MATCH RESPONDENT PARAMETERS PASSED BY PANEL PROVIDER]

[NEXT PAGE]

S5. Do you or does any member of your household work for any of the following types of companies?  (*Select all that apply*) [RANDOMIZE; ANCHOR "NONE OF THE ABOVE" LAST]
❑ A company that makes or manufactures breakfast cereal or granola [TERMINATE]
❑ A company that makes or manufactures chewing gum or candy
❑ A company that makes or manufactures breads, buns, or rolls
❑ A company that makes or manufactures shampoo or conditioner
❑ A marketing or market research firm [TERMINATE]

❏   A public relations or advertising agency [TERMINATE]
❏   None of the above [EXCLUSIVE]

[TERMINATE IF "BREAKFAST CEREAL OR GRANOLA," "MARKETING OR
MARKET RESEARCH FIRM," OR "PUBLIC RELATIONS OR ADVERTISING
AGENCY" IS SELECTED]

[NEXT PAGE]

S6. Which, if any, of the following products have you purchased, **in the past 3 months**?  Please
only indicate those products that you personally purchased or shared in the decision to purchase.
*(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]
❏   Bottled water
❏   Bread
❏   Cereal
❏   Granola
❏   Cheese
❏   Dish soap
❏   Ice cream
❏   Laundry detergent
❏   Milk
❏   None of the above [EXCLUSIVE]

[TERMINATE IF "CEREAL" NOT SELECTED]

[NEXT PAGE]

S7. You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have
you purchased **in the past 3 months**? Please only indicate those products that you personally
purchased or shared in the decision to purchase.  *(Select all that apply)* [ALPHABETIZE
WITHIN BRANDS AND RANDOMIZE BRANDS. ANCHOR "NONE OF THE ABOVE"]
❏   Kellogg's Frosted Flakes
❏   Kellogg's Frosted Mini Wheats
❏   Kellogg's Rice Krispies
❏   Kellogg's Special K
❏   General Mills Cheerios
❏   General Mills Fiber One
❏   General Mills Kix
❏   General Mills Lucky Charms
❏   Post Great Grains
❏   Post Honey Bunches of Oats
❏   Post Honeycomb
❏   Post Raisin Bran
❏   None of the above [EXCLUSIVE]

[TERMINATE IF "HONEYCOMB" NOT SELECTED]

[NEXT PAGE]

S8.  Please select ["NORTH"] ["SOUTH"] ["EAST"] ["WEST"] from the following list in order to continue with this survey. *(Select one only)*
[RANDOMIZE THE FOUR QUESTION VERSIONS, CORRECT RESPONSE OPTION SHOULD MATCH THAT OF QUESTION; RANDOMIZE ANSWER OPTIONS]

- ⊙ NORTH
- ⊙ SOUTH
- ⊙ EAST
- ⊙ WEST

[NEXT PAGE]

S9.  You have qualified to take this survey.  Before continuing, please carefully read these instructions:

- Please take the survey in <u>one</u> session without interruption.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please keep your browser maximized for the entire survey.

- Please answer all questions on your own without consulting any other person.

- If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page.

*(Select one only)*
⊙ I understand and agree to the above instructions [CONTINUE]
⊙ I do not understand or do not agree to the above instructions [TERMINATE]

[NEXT PAGE]

## MAIN QUESTIONNAIRE

[INTRODUCTION 1]

For the following questions, we will be focusing on the decision to purchase cereal.

[NEXT PAGE]

Now imagine that you are shopping for cereal.

The following questions will involve a series of exercises. In each exercise, you will make **two** choices.

- First, in each exercise, you will be shown three different cereals that vary in terms of features and prices. You will be asked to choose the cereal with the set of features and price shown that you most prefer.

- You will also be asked whether **you would actually be willing to buy the cereal that you chose at the price indicated.**

**[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]**

**[NEXT PAGE]**

The cereals that will be shown to you include one or more features within each of the following categories:

1. Brand
2. Labels
3. Price

**[NEXT PAGE]**

For the purpose of these exercises, you should assume:

- Each cereal will be described by the set of features you were just shown. Any other features beyond those shown in the exercise (Brand, Labels, Price) are assumed to be the same for all the cereals presented.

- All cereals are available at the store at which you typically shop.  Each cereal option shown is offered by the same retailer or seller, so any preference you may have for a particular retailer or seller should not matter.

- No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

- Each option shown is a 12.5-ounce box.

- In the upcoming exercises, you will see references to a Whole Grains Council Stamp.  The stamp, as it actually appears on the box, is shown below.  When you see the words "Whole Grains Council Stamp" in the exercises, they refer to the stamp shown below, and you should think of that image when making your decisions. **[INSERT STAMP]**

C-62



Again, please assume that all other features will be the same across the cereals you will be shown.

Click "NEXT" to continue. [WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

We will now give you a more detailed introduction to each feature.

[NEXT PAGE]

**Brand**
In this exercise, the cereals shown will be one of the following brands: [RANDOMIZE BULLETS]

- Post Honeycomb
- Kellogg's Apple Jacks
- Quaker Cap'n Crunch
- Kellogg's Froot Loops

[NEXT PAGE; DELAY 3 SECONDS]

**Labels**
In this exercise, the following labels may appear on the box: [RANDOMIZE BULLETS]

- NUTRITIOUS SWEETENED CORN & OAT CEREAL
- Whole Grains Council Stamp (WHOLE GRAIN; 8g or more per serving)
- SWEETENED CORN & OAT CEREAL
- THIS CEREAL CAN HELP FUEL YOUR DREAMS!
- Simple Inside
- GOOD SOURCE OF 11 VITAMINS AND MINERALS
- COLLECT POINTS. EARN REWARDS.
- IT'S NOT WHAT YOU DO, IT'S HOW YOU MAKE IT YOURS.
- OUR BEST IN EVERY BITE

[NEXT PAGE; DELAY 3 SECONDS]

**Price**
The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 12.5-ounce box.

- $1.99
- $2.49
- $2.99
- $3.49
- $3.99

[NEXT PAGE; DELAY 3 SECONDS]

## CHOICE EXERCISE TUTORIAL

[NEXT PAGE]

Here is an **example** of what one particular set of choices might look like.

Each of the three columns shown represents one of the three cereals from which you will be asked to choose.

*This is just an example.*

Please click the "NEXT" button after you have reviewed the example.

[INSERT SAMPLE IMAGE OF CHOICE TASK]

As a reminder, this is just an example. You cannot select the buttons in the image above.

[WAIT 5 SECONDS BEFORE SHOWING "NEXT" BUTTON]

[NEXT PAGE]

On each of the pages that follow there will be three hypothetical cereals presented, each with a different set of features. You will be asked to choose the cereal you most prefer **if there were no other options available AND all other features not mentioned in the exercise were the same across the cereals shown.**

- Assume that the cereals do not vary on any features other than the features that are shown to vary.

Once you have chosen one of the three cereals as your most preferred option, you will then be asked a second question:

"Given your knowledge of the market, would you **actually be willing to buy the cereal that you chose above?**"

There will be twelve of these choice exercises, after which the survey will conclude.

Next, you will begin the choice exercises. Click the "NEXT" button to get started.
[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

**Choice Exercises**

[CONJOINT EXERCISE TAKES PLACE HERE. CHOICE TASK REPEATED 12 TIMES.]

[NEXT PAGE]

[RESPONDENTS FORWARDED TO PANEL THANK-YOU PAGE]

[END OF SURVEY]

## WAFFLE CRISP CONJOINT SURVEY

**LEGEND:**
[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]
*Notes to respondent in italics*

## Overview

[NO SURVEY TITLE WILL BE DISPLAYED TO RESPONDENTS]

[EACH QUESTION WILL BE DISPLAYED ON ITS OWN PAGE, UNLESS
OTHERWISE SPECIFIED]

## Introduction & Screening

[INTRODUCTION S1] Thank you for your willingness to participate in our study. The
responses you give to these questions are very important to us. If you don't know an answer to a
question or if you are unsure, please indicate this by choosing the DON'T KNOW/UNSURE
option.  It is very important that you do not guess.

Your answers will be kept in confidence. The results of this study will not be used to try to sell
you anything.

When you are ready to get started, please click the "NEXT" button.

[NEXT PAGE]

S0.  Please enter the code exactly as it appears in the image above, and then click "NEXT" to
continue.

[INSERT CAPTCHA]

[NEXT PAGE]

[INTRODUCTION S2]

If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please
put them on/in before continuing to the next page. When you are ready, please click the "NEXT"
button to continue.

[NEXT PAGE]

S1. What type of electronic device are you using to complete this survey? *(Select one only)*
[RANDOMIZE]
⊙ Desktop computer [CONTINUE]
⊙ Laptop computer [CONTINUE]

◉ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab, Motorola Xoom) [CONTINUE]
◉ Smartphone (e.g., Apple iPhone, Samsung Galaxy, HTC One) [ON HOLD]
◉ Other mobile or electronic device [ANCHOR; ON HOLD]

[IF "SMARTPHONE" OR "OTHER" SELECTED IN S1, DISPLAY: "This survey is not formatted for viewing on a smartphone or other mobile device. Please return to the survey, using the same link, from a desktop, laptop, or tablet computer."]

[NEXT PAGE]

S2. In which state do you live? (*Select one only*) [DROP DOWN LIST OF 50 STATES + DC. IF "MY AREA IS NOT LISTED HERE" IS SELECTED, TERMINATE.]

[TERMINATES ARE SENT TO PANEL TERMINATION/THANK-YOU PAGE]

[NEXT PAGE]

S3. Are you…? (*Select one only*)
◉ Male
◉ Female

[NEXT PAGE]

S4. Into which of the following categories does your age fall? (*Select one only*)
◉ Under 18 [TERMINATE]
◉ 18-34 [CONTINUE]
◉ 35-49 [CONTINUE]
◉ 50-64 [CONTINUE]
◉ 65+ [CONTINUE]

[NEXT PAGE]

[TERMINATE IF AGE OR GENDER DO NOT MATCH RESPONDENT PARAMETERS PASSED BY PANEL PROVIDER]

[NEXT PAGE]

S5. Do you or does any member of your household work for any of the following types of companies?  (*Select all that apply*) [RANDOMIZE; ANCHOR "NONE OF THE ABOVE" LAST]
☐ A company that makes or manufactures breakfast cereal or granola [TERMINATE]
☐ A company that makes or manufactures chewing gum or candy
☐ A company that makes or manufactures breads, buns, or rolls
☐ A company that makes or manufactures shampoo or conditioner
☐ A marketing or market research firm [TERMINATE]

C-67

❏  A public relations or advertising agency [TERMINATE]
❏  None of the above [EXCLUSIVE]

[TERMINATE IF "BREAKFAST CEREAL OR GRANOLA," "MARKETING OR
MARKET RESEARCH FIRM," OR "PUBLIC RELATIONS OR ADVERTISING
AGENCY" IS SELECTED]

[NEXT PAGE]

S6. Which, if any, of the following products have you purchased, **in the past 6 months**?  Please
only indicate those products that you personally purchased or shared in the decision to purchase.
*(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]
❏  Bottled water
❏  Bread
❏  Cereal
❏  Granola
❏  Cheese
❏  Dish soap
❏  Ice cream
❏  Laundry detergent
❏  Milk
❏  None of the above [EXCLUSIVE]

[TERMINATE IF "CEREAL" NOT SELECTED]

[NEXT PAGE]

S7. You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have
you purchased **in the past 6 months**? Please only indicate those products that you personally
purchased or shared in the decision to purchase.  *(Select all that apply)* [ALPHABETIZE
WITHIN BRANDS AND RANDOMIZE BRANDS. ANCHOR "NONE OF THE ABOVE"]
❏  Kellogg's Frosted Flakes
❏  Kellogg's Frosted Mini Wheats
❏  Kellogg's Rice Krispies
❏  Kellogg's Special K
❏  General Mills Cheerios
❏  General Mills Fiber One
❏  General Mills Kix
❏  General Mills Lucky Charms
❏  Post Alpha-Bits
❏  Post Honey Bunches of Oats
❏  Post Honeycomb
❏  Post Waffle Crisp
❏  None of the above [EXCLUSIVE]

[TERMINATE IF "WAFFLE CRISP" NOT SELECTED]

C-68

[NEXT PAGE]

S8.  Please select ["NORTH"] ["SOUTH"] ["EAST"] ["WEST"] from the following list in order to continue with this survey. *(Select one only)*
[RANDOMIZE THE FOUR QUESTION VERSIONS, CORRECT RESPONSE OPTION SHOULD MATCH THAT OF QUESTION; RANDOMIZE ANSWER OPTIONS]

- ⊙  NORTH
- ⊙  SOUTH
- ⊙  EAST
- ⊙  WEST

[NEXT PAGE]

S9.  You have qualified to take this survey.  Before continuing, please carefully read these instructions:

- Please take the survey in <u>one</u> session without interruption.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please keep your browser maximized for the entire survey.

- Please answer all questions on your own without consulting any other person.

- If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page.

*(Select one only)*
⊙ I understand and agree to the above instructions [CONTINUE]
⊙ I do not understand or do not agree to the above instructions [TERMINATE]

[NEXT PAGE]

## MAIN QUESTIONNAIRE

[INTRODUCTION 1]

For the following questions, we will be focusing on the decision to purchase cereal.

[NEXT PAGE]

Now imagine that you are shopping for cereal.

The following questions will involve a series of exercises. In each exercise, you will make **two** choices.

- First, in each exercise, you will be shown three different cereals that vary in terms of features and prices. You will be asked to choose the cereal with the set of features and price shown that you most prefer.

- You will also be asked whether **you would actually be willing to buy the cereal that you chose at the price indicated.**

[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

The cereals that will be shown to you include one or more features within each of the following categories:

1. Brand
2. Labels
3. Price

[NEXT PAGE]

For the purpose of these exercises, you should assume:

- Each cereal will be described by the set of features you were just shown. Any other features beyond those shown in the exercise (Brand, Labels, Price) are assumed to be the same for all the cereals presented.

- All cereals are available at the store at which you typically shop.  Each cereal option shown is offered by the same retailer or seller, so any preference you may have for a particular retailer or seller should not matter.

- No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

- Each option shown is a 11.5-ounce box.

Again, please assume that all other features will be the same across the cereals you will be shown.

Click "NEXT" to continue. [WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

We will now give you a more detailed introduction to each feature.

[NEXT PAGE]

**Brand**
In this exercise, the cereals shown will be one of the following brands: [RANDOMIZE BULLETS]

- Post Waffle Crisp
- General Mills Cinnamon Toast Crunch
- General Mills French Toast Crunch
- Quaker Oatmeal Squares

[NEXT PAGE; DELAY 3 SECONDS]

**Labels**
In this exercise, the following labels may appear on the box: [RANDOMIZE BULLETS]

- NO HIGH FRUCTOSE CORN SYRUP
- Iron & Zinc for Growth
- LABELS FOR EDUCATION
- NO COLORS FROM ARTIFICIAL SOURCES
- NO ARTIFICIAL FLAVORS
- fill you up with a satisfying crunch and sweetness that's just right
- FUEL UP ON GOODNESS
- GET A STRONG START

[NEXT PAGE; DELAY 3 SECONDS]

**Price**
The following prices will be used in the exercise.  As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 11.5-ounce box.

- $1.59
- $2.34
- $3.09
- $3.84
- $4.59

[NEXT PAGE; DELAY 3 SECONDS]

**CHOICE EXERCISE TUTORIAL**

[NEXT PAGE]

Here is an **example** of what one particular set of choices might look like.

Each of the three columns shown represents one of the three cereals from which you will be asked to choose.

C-71

*This is just an example.*

Please click the "NEXT" button after you have reviewed the example.

[INSERT SAMPLE IMAGE OF CHOICE TASK]

As a reminder, this is just an example. You cannot select the buttons in the image above.

[WAIT 5 SECONDS BEFORE SHOWING "NEXT" BUTTON]

[NEXT PAGE]

On each of the pages that follow there will be three hypothetical cereals presented, each with a different set of features. You will be asked to choose the cereal you most prefer **if there were no other options available AND all other features not mentioned in the exercise were the same across the cereals shown.**

- Assume that the cereals do not vary on any features other than the features that are shown to vary.

Once you have chosen one of the three cereals as your most preferred option, you will then be asked a second question:

"Given your knowledge of the market, would you **actually be willing to buy the cereal that you chose above?**"

There will be twelve of these choice exercises, after which the survey will conclude.

Next, you will begin the choice exercises. Click the "NEXT" button to get started.

[WAIT 5 SECONDS BEFORE SHOWING 'NEXT' BUTTON]

[NEXT PAGE]

**Choice Exercises**

[CONJOINT EXERCISE TAKES PLACE HERE. CHOICE TASK REPEATED 12 TIMES.]

[NEXT PAGE]

[RESPONDENTS FORWARDED TO PANEL THANK-YOU PAGE]

[END OF SURVEY]

**GREAT GRAINS DEMAND MODELING**

**LEGEND:**
[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]
*Notes to respondent in italics*

## Overview

[NO SURVEY TITLE WILL BE DISPLAYED TO RESPONDENTS]

[EACH QUESTION WILL BE DISPLAYED ON ITS OWN PAGE, UNLESS OTHERWISE SPECIFIED]

## Introduction & Screening

[INTRODUCTION S1] Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW/UNSURE option.  It is very important that you do not guess.

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

When you are ready to get started, please click the "NEXT" button.

[NEXT PAGE]

S0.  Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.

[INSERT CAPTCHA]

[NEXT PAGE]

[INTRODUCTION S2]

If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page. When you are ready, please click the "NEXT" button to continue.

[NEXT PAGE]

S1. What type of electronic device are you using to complete this survey? *(Select one only)*
[RANDOMIZE]
⊙ Desktop computer [CONTINUE]
⊙ Laptop computer [CONTINUE]

⊙ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab, Motorola Xoom) [CONTINUE]
⊙ Smartphone (e.g., Apple iPhone, Samsung Galaxy, HTC One) [ON HOLD]
⊙ Other mobile or electronic device [ANCHOR; ON HOLD]

[IF "SMARTPHONE" OR "OTHER" SELECTED IN S1, DISPLAY: "This survey is not formatted for viewing on a smartphone or other mobile device. Please return to the survey, using the same link, from a desktop, laptop, or tablet computer."]

[NEXT PAGE]

S2. In which state do you live? (*Select one only*) [DROP DOWN LIST OF 50 STATES + DC. IF "MY AREA IS NOT LISTED HERE" IS SELECTED, TERMINATE.]

[TERMINATES ARE SENT TO PANEL TERMINATION/THANK-YOU PAGE]

[NEXT PAGE]

S3. Are you…? (*Select one only*)
⊙ Male
⊙ Female

[NEXT PAGE]

S4. Into which of the following categories does your age fall? (*Select one only*)
⊙ Under 18 [TERMINATE]
⊙ 18-34 [CONTINUE]
⊙ 35-49 [CONTINUE]
⊙ 50-64 [CONTINUE]
⊙ 65+ [CONTINUE]

[NEXT PAGE]

[TERMINATE IF AGE OR GENDER DO NOT MATCH RESPONDENT PARAMETERS PASSED BY PANEL PROVIDER]

[NEXT PAGE]

S5. Do you or does any member of your household work for any of the following types of companies? (*Select all that apply*) [RANDOMIZE; ANCHOR "NONE OF THE ABOVE" LAST]
❑ A company that makes or manufactures breakfast cereal or granola [TERMINATE]
❑ A company that makes or manufactures chewing gum or candy
❑ A company that makes or manufactures breads, buns, or rolls
❑ A company that makes or manufactures shampoo or conditioner
❑ A marketing or market research firm [TERMINATE]

❒  A public relations or advertising agency [TERMINATE]
❒  None of the above [EXCLUSIVE]

[TERMINATE IF "BREAKFAST CEREAL OR GRANOLA," "MARKETING OR MARKET RESEARCH FIRM," OR "PUBLIC RELATIONS OR ADVERTISING AGENCY" IS SELECTED]

[NEXT PAGE]

S6. Which, if any, of the following products have you purchased, **in the past 3 months**?  Please only indicate those products that you personally purchased or shared in the decision to purchase. *(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]
❒  Bottled water
❒  Bread
❒  Cereal
❒  Granola
❒  Cheese
❒  Dish soap
❒  Ice cream
❒  Laundry detergent
❒  Milk
❒  None of the above [EXCLUSIVE]

[TERMINATE IF "CEREAL" NOT SELECTED]

[NEXT PAGE]

S7. You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.  *(Select all that apply)* [ALPHABETIZE WITHIN BRANDS AND RANDOMIZE BRANDS; ANCHOR "NONE OF THE ABOVE"]
❒  Kellogg's Frosted Flakes
❒  Kellogg's Frosted Mini Wheats
❒  Kellogg's Rice Krispies
❒  Kellogg's Special K
❒  General Mills Cheerios
❒  General Mills Fiber One
❒  General Mills Kix
❒  General Mills Lucky Charms
❒  Post Great Grains
❒  Post Honey Bunches of Oats
❒  Post Honeycomb
❒  Post Raisin Bran
❒  None of the above [EXCLUSIVE]

[TERMINATE IF "GREAT GRAINS" NOT SELECTED]

C-75

[NEXT PAGE]

S8. You previously mentioned that you had purchased **Great Grains**. Which, if any, of the following types of Great Grains have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.  *(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]

- ❒  Blueberry Morning
- ❒  Cranberry Almond Crunch
- ❒  Crunchy Pecan
- ❒  Banana Nut Crunch
- ❒  Raisins, Dates & Pecans
- ❒  Coconut Almond Crunch
- ❒  None of the above [EXCLUSIVE]

[TERMINATE IF "BLUEBERRY MORNING," "CRANBERRY ALMOND CRUNCH," "CRUNCHY PECAN," "BANANA NUT CRUNCH," OR "RAISINS, DATES & PECANS" NOT SELECTED]

[NEXT PAGE]

S9.  Please select ["NORTH"] ["SOUTH"] ["EAST"] ["WEST"] from the following list in order to continue with this survey. *(Select one only)*
[RANDOMIZE THE FOUR QUESTION VERSIONS, CORRECT RESPONSE OPTION SHOULD MATCH THAT OF QUESTION; RANDOMIZE ANSWER OPTIONS]

- ⊙  NORTH
- ⊙  SOUTH
- ⊙  EAST
- ⊙  WEST

[NEXT PAGE]

S10.  You have qualified to take this survey.  Before continuing, please carefully read these instructions:

- Please take the survey in <u>one</u> session without interruption.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please keep your browser maximized for the entire survey.

- Please answer all questions on your own without consulting any other person.

- If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page.

*(Select one only)*
⊙ I understand and agree to the above instructions [CONTINUE]
⊙ I do not understand or do not agree to the above instructions [TERMINATE]

[NEXT PAGE]

**MAIN QUESTIONNAIRE**

[INTRODUCTION]
During this survey, you will be asked about your cereal consumption in the near future.

If you usually wear glasses or contact lenses when reading on a computer, please make sure you use them when viewing the screen.

If you don't know an answer to a question, or if you are unsure, please indicate this in your response.  It is very important that you do not guess.

Click "NEXT" to continue.

[NEXT PAGE]

Q0.  Suppose you see the following statements on the boxes of Great Grains that you can buy when you shop in the near future:
[RANDOMIZE BULLETS]

TEST CELL
- Less processed nutrition you can see

- Why less processed? Quite simply, because it's good for you!

- It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!

- HELPS SUPPORT A HEALTHY METABOLISM

- Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)

CONTROL CELL
- Less processed nutrition you can see

- Why less processed? Quite simply, because it's good for you!

- It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!

- HELPS SUPPORT A HEALTHY METABOLISM

- Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)

- WARNING: DUE TO ITS HIGH ADDED SUGAR CONTENT, CONSUMPTION OF GREAT GRAINS MAY LEAD YOU TO EXCEED THE USDA'S RECOMMENDED DAILY ADDED SUGAR MAXIMUM, WHICH CAN CAUSE TYPE 2 DIABETES, HEART DISEASE, FATTY LIVER DISEASE, AND TOOTH DECAY. [ANCHOR]

[10 SECOND DELAY]

[NEXT PAGE]

[DISPLAY ABOVE Q1 – Q4]

> **When answering the following questions, please assume the statements below appear on the boxes of Great Grains when you shop in the near future:**
> [TEST/CONTROL CELL BULLETS FROM Q0]

Q1.  Please look at the bowls shown below.  Which bowl, if any, most closely matches in size and depth the bowl you will use when you eat Great Grains in the near future? *(Select one only)*

*To see an enlarged view of each of the bowls, simply click on the image of the bowl or the button below the image of the bowl.*



[PUT A RADIO BUTTON BELOW EACH BOWL OPTION, RADIO BUTTON FOR "DON'T KNOW/UNSURE" AND "I DO NOT PLAN TO BE EATING GREAT GRAINS IN THE NEAR FUTURE", IF "DON'T KNOW/UNSURE" OR "DO NOT PLAN TO EAT" SELECTED SKIP TO END]

[NEXT PAGE]

Q2.  Please look at the different serving sizes in the bowl you chose.  Which serving size most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future? *(Select one only)*

*To see an enlarged view of each of the bowls, simply <u>click</u> on the image of the bowl or the button below the image of the bowl.*

[INSERT IMAGES OF BOWLS WITH CEREAL – SEE END OF SURVEY FOR IMAGES]

[PUT A RADIO BUTTON BELOW EACH BOWL OPTION, RADIO BUTTON FOR "DON'T KNOW/UNSURE"; IF DON'T KNOW/UNSURE SELECTED SKIP TO END]

[NEXT PAGE]

Q3. How often do you plan to eat bowls of **Great Grains**, like the one you chose, in the near future?

*Please consider anytime of the day when you plan to eat **Great Grains** including breakfast, other meals, or snacks. If you cycle between Great Grains and other cereals please take this into account when giving your answer. (Select one only)*

- ⊙ At least 1 bowl per week
- ⊙ Less than 1 bowl per week, but at least 1 bowl per month
- ⊙ Less than 1 bowl per month [SKIP TO END]
- ⊙ Don't know/Unsure [SKIP TO END]

[NEXT PAGE]

Q4. How many bowls of **Great Grains**, like the one you chose, do you plan to eat **per** [PIPE: **week/month** BASED ON RESPONSE TO Q3] in the near future?

*Please indicate the number of bowls per* [PIPE *week/month*], *not simply the number of times you eat cereal per* [PIPE *week/month*]. *For example, if you eat 2 bowls of cereal at each sitting and you eat cereal 3 times a* [PIPE *week/month*], *that would be 6 bowls per* [PIPE *week/month*]. *If you cycle between Great Grains and other cereals please take this into account when giving your answer.*

*(Please enter a number below.)*

[TEXT BOX] bowl(s) per [PIPE week/month based on Q3] in the near future

[CHECK BOX FOR "DON'T KNOW/UNSURE"]

[NEXT PAGE]

[END OF SURVEY]

C-79

[SMALL BOWLS]



[MEDIUM BOWLS]



**[LARGE BOWLS]**



**HONEY BUNCHES OF OATS DEMAND MODELING**

**LEGEND:**
[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]
*Notes to respondent in italics*

**Overview**

[NO SURVEY TITLE WILL BE DISPLAYED TO RESPONDENTS]

[EACH QUESTION WILL BE DISPLAYED ON ITS OWN PAGE, UNLESS OTHERWISE SPECIFIED]

**Introduction & Screening**

[INTRODUCTION S1] Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW/UNSURE option.  It is very important that you do not guess.

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

When you are ready to get started, please click the "NEXT" button.

[NEXT PAGE]

S0.  Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.

[INSERT CAPTCHA]

[NEXT PAGE]

[INTRODUCTION S2]

If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page. When you are ready, please click the "NEXT" button to continue.

[NEXT PAGE]

S1. What type of electronic device are you using to complete this survey? *(Select one only)*
[RANDOMIZE]
⊙ Desktop computer [CONTINUE]
⊙ Laptop computer [CONTINUE]

⊙ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab, Motorola Xoom) [CONTINUE]
⊙ Smartphone (e.g., Apple iPhone, Samsung Galaxy, HTC One) [ON HOLD]
⊙ Other mobile or electronic device [ANCHOR; ON HOLD]

[IF "SMARTPHONE" OR "OTHER" SELECTED IN S1, DISPLAY: "This survey is not formatted for viewing on a smartphone or other mobile device. Please return to the survey, using the same link, from a desktop, laptop, or tablet computer."]

[NEXT PAGE]

S2. In which state do you live? (*Select one only*) [DROP DOWN LIST OF 50 STATES + DC. IF "MY AREA IS NOT LISTED HERE" IS SELECTED, TERMINATE.]

[TERMINATES ARE SENT TO PANEL TERMINATION/THANK-YOU PAGE]

[NEXT PAGE]

S3. Are you…? (*Select one only*)
⊙ Male
⊙ Female

[NEXT PAGE]

S4. Into which of the following categories does your age fall? (*Select one only*)
⊙ Under 18 [TERMINATE]
⊙ 18-34 [CONTINUE]
⊙ 35-49 [CONTINUE]
⊙ 50-64 [CONTINUE]
⊙ 65+ [CONTINUE]

[NEXT PAGE]

[TERMINATE IF AGE OR GENDER DO NOT MATCH RESPONDENT PARAMETERS PASSED BY PANEL PROVIDER]

[NEXT PAGE]

S5. Do you or does any member of your household work for any of the following types of companies? (*Select all that apply*) [RANDOMIZE; ANCHOR "NONE OF THE ABOVE" LAST]
❑ A company that makes or manufactures breakfast cereal or granola [TERMINATE]
❑ A company that makes or manufactures chewing gum or candy
❑ A company that makes or manufactures breads, buns, or rolls
❑ A company that makes or manufactures shampoo or conditioner
❑ A marketing or market research firm [TERMINATE]

❏  A public relations or advertising agency [TERMINATE]
❏  None of the above [EXCLUSIVE]

[TERMINATE IF "BREAKFAST CEREAL OR GRANOLA," "MARKETING OR MARKET RESEARCH FIRM," OR "PUBLIC RELATIONS OR ADVERTISING AGENCY" IS SELECTED]

[NEXT PAGE]

S6. Which, if any, of the following products have you purchased?  Please only indicate those products that you personally purchased or shared in the decision to purchase.  *(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]
❏  Bottled water
❏  Bread
❏  Cereal
❏  Granola
❏  Cheese
❏  Dish soap
❏  Ice cream
❏  Laundry detergent
❏  Milk
❏  None of the above [EXCLUSIVE]

[TERMINATE IF "CEREAL" NOT SELECTED]

[NEXT PAGE]

S7. You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have you purchased? Please only indicate those products that you personally purchased or shared in the decision to purchase.  *(Select all that apply)* [ALPHABETIZE WITHIN BRANDS AND RANDOMIZE BRANDS; ANCHOR "NONE OF THE ABOVE"]
❏  Kellogg's Frosted Flakes
❏  Kellogg's Frosted Mini Wheats
❏  Kellogg's Rice Krispies
❏  Kellogg's Special K
❏  General Mills Cheerios
❏  General Mills Fiber One
❏  General Mills Kix
❏  General Mills Lucky Charms
❏  Post Great Grains
❏  Post Honey Bunches of Oats
❏  Post Honeycomb
❏  Post Raisin Bran
❏  None of the above [EXCLUSIVE]

[TERMINATE IF "HONEY BUNCHES OF OATS" NOT SELECTED]

[NEXT PAGE]

S8. You previously mentioned that you had purchased **Honey Bunches of Oats**. Which, if any, of the following types of Honey Bunches of Oats have you purchased? Please only indicate those products that you personally purchased or shared in the decision to purchase. *(Select all that apply)* [RANDOMIZE; ANCHOR "NONE OF THE ABOVE"]

- ☐ With Almonds
- ☐ Honey Roasted
- ☐ Greek Honey Crunch
- ☐ With Real Strawberries
- ☐ With Cinnamon Bunches
- ☐ With Vanilla Bunches
- ☐ Banana Bunches
- ☐ Chocolate
- ☐ None of the above [EXCLUSIVE]

[TERMINATE IF "WITH ALMONDS," "HONEY ROASTED," "GREEK HONEY CRUNCH," "WITH REAL STRAWBERRIES," "WITH CINNAMON BUNCHES," OR "WITH VANILLA BUNCHES" NOT SELECTED]

[NEXT PAGE]

S9.  Please select ["NORTH"] ["SOUTH"] ["EAST"] ["WEST"] from the following list in order to continue with this survey. *(Select one only)* [RANDOMIZE THE FOUR QUESTION VERSIONS, CORRECT RESPONSE OPTION SHOULD MATCH THAT OF QUESTION; RANDOMIZE ANSWER OPTIONS]

- ⊙ NORTH
- ⊙ SOUTH
- ⊙ EAST
- ⊙ WEST

[NEXT PAGE]

S10.  You have qualified to take this survey.  Before continuing, please carefully read these instructions:

- Please take the survey in <u>one</u> session without interruption.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please keep your browser maximized for the entire survey.

- Please answer all questions on your own without consulting any other person.

C-85

- If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page.

*(Select one only)*
⊙ I understand and agree to the above instructions [CONTINUE]
⊙ I do not understand or do not agree to the above instructions [TERMINATE]

[NEXT PAGE]

## MAIN QUESTIONNAIRE

[INTRODUCTION]
During this survey, you will be asked about your cereal consumption in the near future.

If you usually wear glasses or contact lenses when reading on a computer, please make sure you use them when viewing the screen.

If you don't know an answer to a question, or if you are unsure, please indicate this in your response.  It is very important that you do not guess.

Click "NEXT" to continue.

[NEXT PAGE]

Q0.  Suppose you see the following statements on the boxes of Honey Bunches of Oats that you can buy when you shop in the near future:

[RANDOMIZE BULLETS]

TEST CELL
- Our Post Promise | No High Fructose Corn Syrup

- 4 Wholesome Grains

- WHOLESOME NUTRITION

- Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)

CONTROL CELL
- Our Promise | No High Fructose Corn Syrup

- 4 Wholesome Grains

- WHOLESOME NUTRITION

- Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)

- WARNING: DUE TO ITS HIGH ADDED SUGAR CONTENT, CONSUMPTION OF HONEY BUNCHES OF OATS MAY LEAD YOU TO EXCEED THE USDA'S RECOMMENDED DAILY ADDED SUGAR MAXIMUM, WHICH CAN CAUSE TYPE 2 DIABETES, HEART DISEASE, FATTY LIVER DISEASE, AND TOOTH DECAY. [ANCHOR]

[10 SECOND DELAY]

[NEXT PAGE]

[DISPLAY ABOVE Q1 – Q4]

> **When answering the following questions, please assume the statements below appear on the boxes of Honey Bunches of Oats when you shop in the near future:**
> [TEST/CONTROL CELL BULLETS FROM Q0]

Q1.  Please look at the bowls shown below.  Which bowl, if any, most closely matches in size and depth the bowl you will use when you eat Honey Bunches of Oats in the near future? *(Select one only)*

*To see an enlarged view of each of the bowls, simply click on the image of the bowl or the button below the image of the bowl.*



[PUT A RADIO BUTTON BELOW EACH BOWL OPTION, RADIO BUTTON FOR "DON'T KNOW/UNSURE" AND "I DO NOT PLAN TO BE EATING HONEY BUNCHES OF OATS IN THE NEAR FUTURE", IF "DON'T KNOW/UNSURE" OR "DO NOT PLAN TO EAT" SELECTED SKIP TO END]

[NEXT PAGE]

Q2.  Please look at the different serving sizes in the bowl you chose.  Which serving size most closely matches the amount of cereal you plan to pour in the bowl when you eat Honey Bunches of Oats in the near future? *(Select one only)*

*To see an enlarged view of each of the bowls, simply <u>click</u> on the image of the bowl or the button below the image of the bowl.*

[INSERT IMAGES OF BOWLS WITH CEREAL – SEE END OF SURVEY FOR IMAGES]

[PUT A RADIO BUTTON BELOW EACH BOWL OPTION, RADIO BUTTON FOR "DON'T KNOW/UNSURE"; IF DON'T KNOW/UNSURE SELECTED SKIP TO END]

[NEXT PAGE]

Q3. How often do you plan to eat bowls of **Honey Bunches of Oats**, like the one you chose, in the near future?

*Please consider anytime of the day when you plan to eat **Honey Bunches of Oats** including breakfast, other meals, or snacks. If you cycle between Honey Bunches of Oats and other cereals please take this into account when giving your answer. (Select one only)*

- ⊙ At least 1 bowl per week
- ⊙ Less than 1 bowl per week, but at least 1 bowl per month
- ⊙ Less than 1 bowl per month [SKIP TO END]
- ⊙ Don't know/Unsure [SKIP TO END]

[NEXT PAGE]

Q4. How many bowls of **Honey Bunches of Oats**, like the one you chose, do you plan to eat **per** [PIPE: **week/month** BASED ON RESPONSE TO Q3] in the near future?

*Please indicate the number of bowls per* [PIPE *week/month*]*, not simply the number of times you eat cereal per* [PIPE *week/month*]*.  For example, if you eat 2 bowls of cereal at each sitting and you eat cereal 3 times a* [PIPE *week/month*]*, that would be 6 bowls per* [PIPE *week/month*]*. If you cycle between Honey Bunches of Oats and other cereals please take this into account when giving your answer.*

*(Please enter a number below.)*

[TEXT BOX] bowl(s) per [PIPE week/month based on Q3] in the near future

[CHECK BOX FOR "DON'T KNOW/UNSURE"]

[NEXT PAGE]

[END OF SURVEY]

C-88

**[SMALL BOWLS]**



**[MEDIUM BOWLS]**

**[LARGE BOWLS]**



## Exhibit D: Screenshots

## Conjoint

Introduction & Screening

INTRODUCTION S1

Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW/UNSURE option. It is very important that you do not guess.

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

When you are ready to get started, please click the "NEXT" button.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

S0



Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

D-1

## INTRODUCTION S2

If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page. When you are ready, please click the "NEXT" button to continue.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

## SCREENING QUALIFICATION ("S" SERIES OF QUESTIONS)

## S1

What type of electronic device are you using to complete this survey?

*(Select one only)*

○ Smartphone (e.g., Apple iPhone, Samsung Galaxy, HTC One)
○ Laptop computer
○ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab, Motorola Xoom)
○ Desktop computer
○ Other mobile or electronic device

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

D-2

S2

In which state do you live?

*(Select one only)*

[ dropdown ▾ ]

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

S3

Are you...?

*(Select one only)*

○ Male
○ Female

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

S4

Into which of the following categories does your age fall?

*(Select one only)*

- ○ Under 18
- ○ 18 - 34
- ○ 35 - 49
- ○ 50 - 64
- ○ 65+

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

S5

Do you or does any member of your household work for any of the following types of companies?

*(Select all that apply)*

- ☐ A company that makes or manufactures chewing gum or candy
- ☐ A company that makes or manufactures shampoo or conditioner
- ☐ A company that makes or manufactures breakfast cereal or granola
- ☐ A company that makes or manufactures breads, buns, or rolls
- ☐ A marketing or market research firm
- ☐ A public relations or advertising agency
- ☐ None of the above

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

S6

Which, if any, of the following products have you purchased? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

☐ Milk
☐ Cereal
☐ Bread
☐ Cheese
☐ Laundry detergent
☐ Dish soap
☐ Bottled water
☐ Granola
☐ Ice cream
☐ None of the above

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

## GREAT GRAINS (CONJOINT) – S7 & S8

S7

You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

- [ ] Kellogg's Frosted Flakes
- [ ] Kellogg's Frosted Mini Wheats
- [ ] Kellogg's Rice Krispies
- [ ] Kellogg's Special K
- [ ] General Mills Cheerios
- [ ] General Mills Fiber One
- [ ] General Mills Kix
- [ ] General Mills Lucky Charms
- [ ] Post Great Grains
- [ ] Post Honey Bunches of Oats
- [ ] Post Honeycomb
- [ ] Post Raisin Bran
- [ ] None of the above

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

S8

You previously mentioned that you had purchased **Great Grains**. Which, if any, of the following types of Great Grains have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

- [ ] Banana Nut Crunch
- [ ] Blueberry Morning
- [ ] Crunchy Pecan
- [ ] Coconut Almond Crunch
- [ ] Cranberry Almond Crunch
- [ ] Raisins, Dates & Pecans
- [ ] None of the above

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

## HONEY BUNCHES OF OATS – S7 & S8

S7

You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have you purchased? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

- ☐ General Mills Cheerios
- ☐ General Mills Fiber One
- ☐ General Mills Kix
- ☐ General Mills Lucky Charms
- ☐ Post Great Grains
- ☐ Post Honey Bunches of Oats
- ☐ Post Honeycomb
- ☐ Post Raisin Bran
- ☐ Kellogg's Frosted Flakes
- ☐ Kellogg's Frosted Mini Wheats
- ☐ Kellogg's Rice Krispies
- ☐ Kellogg's Special K
- ☐ None of the above

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

S8

You previously mentioned that you had purchased **Honey Bunches of Oats**. Which, if any, of the following types of Honey Bunches of Oats have you purchased? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

- ☐ With Vanilla Bunches
- ☐ Greek Honey Crunch
- ☐ With Real Strawberries
- ☐ Chocolate
- ☐ Honey Roasted
- ☐ With Cinnamon Bunches
- ☐ Banana Bunches
- ☐ With Almonds
- ☐ None of the above

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

## HONEY BUNCHES OF OATS – WHOLE GRAIN S7 & S8

**S7**

You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have you purchased? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

☐ Post Honey Bunches of Oats
☐ Post Honey Bunches of Oats Whole Grain
☐ Post Honeycomb
☐ Post Raisin Bran
☐ Kellogg's Frosted Flakes
☐ Kellogg's Frosted Mini Wheats
☐ Kellogg's Special K
☐ Kellogg's Special K Protein
☐ General Mills Cheerios
☐ General Mills Corn Chex
☐ General Mills Fiber One
☐ General Mills Wheat Chex
☐ None of the above

**NEXT**

Copyright © 2019, Applied Marketing Science, Inc.

**S8**

You previously mentioned that you had purchased **Honey Bunches of Oats Whole Grain**. Which, if any, of the following types of Honey Bunches of Oats Whole Grain have you purchased? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

☐ Honey Crunch
☐ Almond Crunch
☐ Vanilla Bunches
☐ None of the above

**NEXT**

Copyright © 2019, Applied Marketing Science, Inc.

HONEY BUNCHES OF OATS – GRANOLA S7 & S8

S7

You previously mentioned that you had purchased **granola**. Which, if any, types of granola have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

☐ Quaker Simply Granola
☐ Post Honey Bunches of Oats Granola
☐ Kellogg's Special K Granola
☐ General Mills Nature Valley Granola
☐ None of the above

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

S8

You previously mentioned that you had purchased **Post Honey Bunches of Oats Granola**. Which, if any, of the following types of Post Honey Bunches of Oats Granola have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

☐ Maple Pecan
☐ French Vanilla Almond
☐ Toffee Almond
☐ Honey Roasted
☐ None of the above

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

RAISIN BRAN – S7

You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

- ☐ Kellogg's Frosted Flakes
- ☐ Kellogg's Frosted Mini Wheats
- ☐ Kellogg's Special K
- ☐ Kellogg's Special K Protein
- ☐ General Mills Cheerios
- ☐ General Mills Corn Chex
- ☐ General Mills Fiber One
- ☐ General Mills Wheat Chex
- ☐ Post Great Grains
- ☐ Post Honey Bunches of Oats
- ☐ Post Honeycomb
- ☐ Post Raisin Bran
- ☐ None of the above

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

BRAN FLAKES – S7

You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

- ☐ Kellogg's Frosted Flakes
- ☐ Kellogg's Frosted Mini Wheats
- ☐ Kellogg's Rice Krispies
- ☐ Kellogg's Special K
- ☐ General Mills Cheerios
- ☐ General Mills Fiber One
- ☐ General Mills Kix
- ☐ General Mills Lucky Charms
- ☐ Post Bran Flakes
- ☐ Post Great Grains
- ☐ Post Honey Bunches of Oats
- ☐ Post Honeycomb
- ☐ None of the above

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

ALPHA-BITS – S7

You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

- ☐ Post Alpha-Bits
- ☐ Post Honey Bunches of Oats
- ☐ Post Honeycomb
- ☐ Post Waffle Crisp
- ☐ Kellogg's Frosted Flakes
- ☐ Kellogg's Frosted Mini Wheats
- ☐ Kellogg's Rice Krispies
- ☐ Kellogg's Special K
- ☐ General Mills Cheerios
- ☐ General Mills Fiber One
- ☐ General Mills Kix
- ☐ General Mills Lucky Charms
- ☐ None of the above

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

HONEYCOMB – S7

You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

- ☐ General Mills Cheerios
- ☐ General Mills Fiber One
- ☐ General Mills Kix
- ☐ General Mills Lucky Charms
- ☐ Post Great Grains
- ☐ Post Honey Bunches of Oats
- ☐ Post Honeycomb
- ☐ Post Raisin Bran
- ☐ Kellogg's Frosted Flakes
- ☐ Kellogg's Frosted Mini Wheats
- ☐ Kellogg's Rice Krispies
- ☐ Kellogg's Special K
- ☐ None of the above

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

WAFFLE CRISP – S7

You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have you purchased **in the past 6 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

- [ ] Post Alpha-Bits
- [ ] Post Honey Bunches of Oats
- [ ] Post Honeycomb
- [ ] Post Waffle Crisp
- [ ] Kellogg's Frosted Flakes
- [ ] Kellogg's Frosted Mini Wheats
- [ ] Kellogg's Rice Krispies
- [ ] Kellogg's Special K
- [ ] General Mills Cheerios
- [ ] General Mills Fiber One
- [ ] General Mills Kix
- [ ] General Mills Lucky Charms
- [ ] None of the above

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Raisin Bran, Bran Flakes, Alpha-Bits, Honeycomb, Waffle Crisp – S8

Great Grains, Honey Bunches of Oats, Honey Bunches of Oats Whole Grain, Honey Bunches of Oats Granola – S9

Please select SOUTH from the following list in order to continue with this survey.

*(Select one only)*

○ WEST
○ NORTH
○ EAST
○ SOUTH

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Raisin Bran, Bran Flakes, Alpha-Bits, Honeycomb, Waffle Crisp – S9

Great Grains, Honey Bunches of Oats, Honey Bunches of Oats Whole Grain, Honey Bunches of Oats Granola – S10

You have qualified to take this survey. Before continuing, please carefully read these instructions:

• Please take the survey in <u>one</u> session without interruption.

• While taking the survey, please do not consult any other websites or other electronic or written materials.

• Please keep your browser maximized for the entire survey.

• Please answer all questions on your own without consulting any other person.

• If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page.

*(Select one only)*

○ I understand and agree to the above instructions
○ I do not understand or do not agree to the above instructions

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Choice Exercise Setup – GRANOLA

INTRODUCTION 1



For the following questions, we will be focusing on the decision to purchase granola.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Now imagine that you are shopping for granola.

The following questions will involve a series of exercises. In each exercise, you will make **two** choices.

- First, in each exercise, you will be shown three different granolas that vary in terms of features and prices. You will be asked to choose the granola with the set of features and price shown that you most prefer.

- You will also be asked whether **you would actually be willing to buy the granola that you chose at the price indicated**.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Choice Exercise Setup - CEREAL

INTRODUCTION 1



For the following questions, we will be focusing on the decision to purchase cereal.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Now imagine that you are shopping for cereal.

The following questions will involve a series of exercises. In each exercise, you will make **two** choices.

- First, in each exercise, you will be shown three different cereals that vary in terms of features and prices. You will be asked to choose the cereal with the set of features and price shown that you most prefer.

- You will also be asked whether **you would actually be willing to buy the cereal that you chose at the price indicated**.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

## CEREAL WITH FLAVOR

The cereals that will be shown to you include one or more features within each of the following categories:

1. Brand
2. Flavor
3. Labels
4. Price

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

## CEREAL WITHOUT FLAVOR

The cereals that will be shown to you include one or more features within each of the following categories:

1. Brand
2. Labels
3. Price

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

## GRANOLA

The granolas that will be shown to you include one or more features within each of the following categories:

1. Brand
2. Flavor
3. Labels
4. Price

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

## CEREAL WITH FLAVOR

For the purpose of these exercises, you should assume:

- Each cereal will be described by the set of features you were just shown. Any other features beyond those shown in the exercise (Brand, Flavor, Labels, Price) are assumed to be the same for all the cereals presented.

- All cereals are available at the store at which you typically shop. Each cereal option shown is offered by the same retailer or seller, so any preference you may have for a particular retailer or seller should not matter.

- No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

- Each option shown is a 18-ounce box.

- In the upcoming exercises, you will see references to a Whole Grains Council Stamp. The stamp, as it actually appears on the box, is shown below. When you see the words "Whole Grains Council Stamp" in the exercises, they refer to the stamp shown below, and you should think of that image when making your decisions.



Again, please assume that all other features will be the same across the cereals you will be shown.

Click "NEXT" to continue.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

CEREAL WITHOUT FLAVOR

For the purpose of these exercises, you should assume:

- Each cereal will be described by the set of features you were just shown. Any other features beyond those shown in the exercise (Brand, Labels, Price) are assumed to be the same for all the cereals presented.

- All cereals are available at the store at which you typically shop. Each cereal option shown is offered by the same retailer or seller, so any preference you may have for a particular retailer or seller should not matter.

- No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

- Each option shown is a 16-ounce box.

- In the upcoming exercises, you will see references to a Whole Grains Council Stamp. The stamp, as it actually appears on the box, is shown below. When you see the words "Whole Grains Council Stamp" in the exercises, they refer to the stamp shown below, and you should think of that image when making your decisions.



Again, please assume that all other features will be the same across the cereals you will be shown.

Click "NEXT" to continue.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

D-20

GRANOLA

For the purpose of these exercises, you should assume:

- Each granola will be described by the set of features you were just shown. Any other features beyond those shown in the exercise (Brand, Flavor, Labels, Price) are assumed to be the same for all the granolas presented.

- All granolas are available at the store at which you typically shop. Each granola option shown is offered by the same retailer or seller, so any preference you may have for a particular retailer or seller should not matter.

- No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

- Each option shown is an 11-ounce package.

- In the upcoming exercises, you will see references to a Whole Grains Council Stamp. The stamp, as it actually appears on the package, is shown below. When you see the words "Whole Grains Council Stamp" in the exercises, they refer to the stamp shown below, and you should think of that image when making your decisions.



Again, please assume that all other features will be the same across the granolas you will be shown.

Click "NEXT" to continue.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

We will now give you a more detailed introduction to each feature.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

D-21

GREAT GRAINS (CONJOINT)

Brand

**Brand**

In this exercise, the cereals shown will be one of the following brands:

- Post Great Grains

- General Mills Basic 4

- Store Brand Multigrain Flakes and Clusters

- General Mills Fiber One Honey Clusters

- Kashi Go Lean Crunch

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Flavor

**Flavor**

In this exercise, the cereals shown come in the following flavors:

- Crunchy Pecan

- Banana Nut Crunch

- Cranberry Almond Crunch

- Raisins, Dates & Pecans

- Blueberry Morning

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Labels

**Labels**

In this exercise, the following labels may appear on the box:

- HELPS SUPPORT A HEALTHY METABOLISM

- is an excellent source of folic acid and iron

- Less processed nutrition you can see

- It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!

- THE TASTE YOU LOVE THE SUSTAINED ENERGY YOU NEED

- NEW LOOK SAME GREAT TASTE!

- WHY BE GOOD WHEN YOU CAN BE GREAT?

- FILLS YOU UP & SATISFIES YOU LONGER!

- Why less processed? Quite simply, because it's good for you!

- foods to power the lifestyle they cultivate

- Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Price

**Price**

The following prices will be used in the exercise. As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 16-ounce box.

- $2.49

- $2.99

- $3.49

- $3.99

- $4.49

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

## HONEY BUNCHES OF OATS (CONJOINT)

Brand

**Brand**

In this exercise, the cereals shown will be one of the following brands:

- Post Honey Bunches of Oats
- Nature Valley Honey Oat Clusters
- Store Brand Honey Oat Clusters and Flakes
- Kellogg's Special K

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Flavor

**Flavor**

In this exercise, the cereals shown come in the following flavors:

- With Vanilla Bunches
- Honey Roasted
- With Almonds
- With Real Strawberries
- Greek Honey Crunch
- With Cinnamon Bunches

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Labels

**Labels**

In this exercise, the following labels may appear on the box:

- Made with Natural Wildflower Honey

- It's just the taste, it's amazing.

- Our Promise | No High Fructose Corn Syrup

- Start the Day Off Right!

- NOURISHING CALORIES

- Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving)

- WHOLESOME NUTRITION

- NO COLORS FROM ARTIFICIAL SOURCES

- This is a cereal you can feel good about eating again and again.

- 4 Wholesome Grains

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Price

---

**Price**

The following prices will be used in the exercise. As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 18-ounce box.

- $2.69

- $3.19

- $3.69

- $4.19

- $4.69

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

## HONEY BUNCHES OF OATS – WHOLE GRAIN

Brand

**Brand**

In this exercise, the cereals shown will be one of the following brands:

- Kellogg's Mueslix
- Store Brand Honey Oat Clusters and Flakes Whole Grain
- Quaker Real Medley Multigrain Cereal
- Post Honey Bunches of Oats Whole Grain

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Flavor

**Flavor**

In this exercise, the cereals shown come in the following flavors:

- Raisins, Dates & Almonds
- Blueberry Clusters
- Honey Crunch
- Almond Crunch

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Labels

**Labels**

In this exercise, the following labels may appear on the box:

- Rich in nutrients - important for moms-to-be and growing children.

- Dig in for delight in every bite.

- It's the perfect way to start your day.

- Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet

- Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving)

- OUR BEST IN EVERY BITE

- Our Promise | No High Fructose Corn Syrup

- This cereal is your great-day starter and your balanced-lifestyle supporter.

- WHOLE GRAINS - good for your family, good for you.

- Simple Inside - GOOD SOURCE OF FIBER - NO ARTIFICIAL COLORS OR FLAVORS

- NEW LOOK! SAME GREAT TASTE

- And with no artificial colors or flavors, this cereal is as good as it gets.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Price

**Price**

The following prices will be used in the exercise. As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 18-ounce box.

- $1.69

- $2.49

- $3.29

- $4.09

- $4.89

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

HONEY BUNCHES OF OATS – GRANOLA

Brand

**Brand**

In this exercise, the granolas shown will be one of the following brands:

- Kellogg's Special K Granola

- General Mills Nature Valley Granola

- Quaker Simply Granola

- Post Honey Bunches of Oats Granola

- Store Brand Granola

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Flavor

**Flavor**

In this exercise, the granolas shown come in the following flavors:

- Toffee Almond

- Peanut Butter

- Honey Roasted

- French Vanilla Almond

- Maple Pecan

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Labels

**Labels**

In this exercise, the following labels may appear on the package:

- Enjoy It Your Way!

- Bring your bunch together, anytime anywhere with delicious granola.

- We choose healthy and tasty, convenient and wholesome, economically sustainable and socially impactful.

- ingredients you can see & pronounce

- Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving)

- add PROTEIN to your day!

- it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love.

- NO PRESERVATIVES OR ARTIFICIAL FLAVORS

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Price

**Price**

The following prices will be used in the exercise. As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 11-ounce package.

- $2.59
- $2.99
- $3.39
- $3.79
- $4.19

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

RAISIN BRAN

Brand

**Brand**

In this exercise, the cereals shown will be one of the following brands:

- Post Raisin Bran

- General Mills Total Raisin Bran

- Store Brand Raisin Bran

- Kellogg's Raisin Bran Crunch

- Kellogg's Raisin Bran

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Labels

**Labels**

In this exercise, the following labels may appear on the box:

- No High Fructose Corn Syrup

- HUNDREDS OF RAISINS IN EVERY BOX

- EXCELLENT SOURCE OF FIBER

- Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving)

- Nutritious

- Delicious raisins perfectly balanced with crisp, toasted bran flakes.

- MADE WITH REAL FRUIT

- Fiber is good for digestive health

- REAL FRUIT- Delicious raisins add a sweetness you'll love to every morning.

- has delicious crunchy whole grain wheat and bran flakes

- Healthy

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Price

**Price**

The following prices will be used in the exercise. As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 20-ounce box.

- $1.89

- $2.59

- $3.29

- $3.99

- $4.69

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

BRAN FLAKES

Brand

**Brand**

In this exercise, the cereals shown will be one of the following brands:

- Post Bran Flakes

- Store Brand Bran Flakes

- General Mills Fiber One Original Bran Cereal

- Kellogg's All Bran

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Labels

**Labels**

In this exercise, the following labels may appear on the box:

- Whole grains provide fiber and other important nutrients to help keep you healthy.

- FIBER TO HELP WITH WEIGHT MANAGEMENT

- CONTAINS DIETARY FIBER to Help Maintain Digestive Health

- Make fit for life, fit your life!

- NO artificial flavors

- Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving)

- Energize your active lifestyle with a great breakfast!

- NO colors from artificial sources

- Excellent Source of Iron

- Contains no high fructose corn syrup

- Made from oven toasted, whole grain wheat and wheat bran

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Price

---

**Price**

The following prices will be used in the exercise. As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 16-ounce box.

- $2.69

- $3.19

- $3.69

- $4.19

- $4.69

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

ALPHA-BITS

Brand

**Brand**

In this exercise, the cereals shown will be one of the following brands:

- General Mills Kix
- General Mills Lucky Charms
- Quaker Life
- Post Alpha-Bits

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Labels

**Labels**

In this exercise, the following labels may appear on the box:

- A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN

- satisfies the kid in everyone with just the right touch of sweetness and crispy goodness.

- NO ARTIFICIAL FLAVORS

- great taste = happy kids

- NO HIGH FRUCTOSE CORN SYRUP

- FUEL UP ON GOODNESS

- Start the morning simply, start life right.

- Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)

- 12 ESSENTIAL VITAMINS AND MINERALS

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Price

**Price**

The following prices will be used in the exercise. As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 12-ounce box.

- $1.99

- $2.24

- $2.49

- $2.74

- $2.99

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

HONEYCOMB

Brand

**Brand**

In this exercise, the cereals shown will be one of the following brands:

- Quaker Cap'n Crunch

- Kellogg's Apple Jacks

- Kellogg's Froot Loops

- Post Honeycomb

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Labels

**Labels**

In this exercise, the following labels may appear on the box:

- GOOD SOURCE OF 11 VITAMINS AND MINERALS

- NUTRITIOUS SWEETENED CORN & OAT CEREAL

- IT'S NOT WHAT YOU DO, IT'S HOW YOU MAKE IT YOURS.

- Simple Inside

- Whole Grains Council Stamp (WHOLE GRAIN; 8g or more per serving)

- OUR BEST IN EVERY BITE

- SWEETENED CORN & OAT CEREAL

- COLLECT POINTS. EARN REWARDS.

- THIS CEREAL CAN HELP FUEL YOUR DREAMS!

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Price

---

**Price**

The following prices will be used in the exercise. As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 12.5-ounce box.

- $1.99

- $2.49

- $2.99

- $3.49

- $3.99

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

WAFFLE CRISP

Brand

**Brand**

In this exercise, the cereals shown will be one of the following brands:

- General Mills French Toast Crunch

- Quaker Oatmeal Squares

- Post Waffle Crisp

- General Mills Cinnamon Toast Crunch

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Labels

**Labels**

In this exercise, the following labels may appear on the box:

- Iron & Zinc for Growth

- LABELS FOR EDUCATION

- NO ARTIFICIAL FLAVORS

- GET A STRONG START

- NO HIGH FRUCTOSE CORN SYRUP

- FUEL UP ON GOODNESS

- fill you up with a satisfying crunch and sweetness that's just right

- NO COLORS FROM ARTIFICIAL SOURCES

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Price

**Price**

The following prices will be used in the exercise. As a reminder, please assume the following:

No coupons, store promotions, discounts, store rewards, or loyalty cards will be applied to the purchase. The price shown is the price you will pay.

Each option shown is a 11.5-ounce box.

- $1.59

- $2.34

- $3.09

- $3.84

- $4.59

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Choice Exercise Tutorial (Great Grains)

Here is an **example** of what one particular set of choices might look like.

Each of the three columns shown represents one of the three cereals from which you will be asked to choose.

*This is just an example.*

Please click the "NEXT" button after you have reviewed the example.

**If these were your only options and you had to choose a cereal, which cereal would you choose?**
*Choose by clicking "Select" for one of the options below. Click the "Next" button at the bottom to continue.*

If you would like to see the assumptions you previously reviewed click here.

(1 of 12)

| Brand | Store Brand Multigrain Flakes and Clusters | Post Great Grains | General Mills Fiber One Honey Clusters |
|---|---|---|---|
| Flavor | Crunchy Pecan | Blueberry Morning | Banana Nut Crunch |
| Labels | • It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!<br><br>• HELPS SUPPORT A HEALTHY METABOLISM<br><br>• WHY BE GOOD WHEN YOU CAN BE GREAT?<br><br>• is an excellent source of folic acid and iron | • Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)<br><br>• It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!<br><br>• HELPS SUPPORT A HEALTHY METABOLISM<br><br>• NEW LOOK SAME GREAT TASTE!<br><br>• foods to power the lifestyle they cultivate<br><br>• FILLS YOU UP & SATISFIES YOU LONGER!<br><br>• Less processed nutrition you can see | • is an excellent source of folic acid and iron<br><br>• Less processed nutrition you can see<br><br>• Why less processed? Quite simply, because it's good for you! |
| Price | $3.99 | $2.99 | $2.49 |
| | Select | Select | Select |

As a reminder, this is just an example. You cannot select the buttons in the image above.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

CEREAL

On each of the pages that follow there will be three hypothetical cereals presented, each with a different set of features. You will be asked to choose the cereal you most prefer **if there were no other options available AND all other features not mentioned in the exercise were the same across the cereals shown**.

- Assume that the cereals do not vary on any features other than the features that are shown to vary.

Once you have chosen one of the three cereals as your most preferred option, you will then be asked a second question:

"Given your knowledge of the market, would you **actually be willing to buy the cereal that you chose above?**"

There will be twelve of these choice exercises, after which the survey will conclude.

Next, you will begin the choice exercises. Click the "NEXT" button to get started.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

GRANOLA

On each of the pages that follow there will be three hypothetical granolas presented, each with a different set of features. You will be asked to choose the granola you most prefer **if there were no other options available AND all other features not mentioned in the exercise were the same across the granolas shown**.

- Assume that the granolas do not vary on any features other than the features that are shown to vary.

Once you have chosen one of the three granolas as your most preferred option, you will then be asked a second question:

"Given your knowledge of the market, would you **actually be willing to buy the granola that you chose above?**"

There will be twelve of these choice exercises, after which the survey will conclude.

Next, you will begin the choice exercises. Click the "NEXT" button to get started.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Choice Exercises
GREAT GRAINS (CONJOINT)



**If these were your only options and you had to choose a cereal, which cereal would you choose?**
*Choose by clicking "Select" for one of the options below. Click the "Next" button at the bottom to continue.*

If you would like to see the assumptions you previously reviewed click here.

(1 of 12)

| | | | |
|---|---|---|---|
| **Brand** | **Store Brand Multigrain Flakes and Clusters** | **General Mills Basic 4** | **General Mills Fiber One Honey Clusters** |
| **Flavor** | **Blueberry Morning** | **Raisins, Dates & Pecans** | **Cranberry Almond Crunch** |
| **Labels** | • Less processed nutrition you can see | • WHY BE GOOD WHEN YOU CAN BE GREAT? | • Less processed nutrition you can see |
| | • FILLS YOU UP & SATISFIES YOU LONGER! | • is an excellent source of folic acid and iron | • Why less processed? Quite simply, because it's good for you! |
| | • It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite! | | • THE TASTE YOU LOVE THE SUSTAINED ENERGY YOU NEED |
| | • HELPS SUPPORT A HEALTHY METABOLISM | | • is an excellent source of folic acid and iron |
| | | | • Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) |
| | | | • It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite! |
| **Price** | $3.49 | $2.49 | $3.99 |
| | Select | Select | Select |

Given your knowledge of the market, would you **actually be willing to buy the cereal that you chose above?**

| Yes | No |
|---|---|

Next

D-51

HONEY BUNCHES OF OATS



HONEY BUNCHES OF OATS (WHOLE GRAIN)



**If these were your only options and you had to choose a cereal, which cereal would you choose?**
*Choose by clicking "Select" for one of the options below. Click the "Next" button at the bottom to continue.*

If you would like to see the assumptions you previously reviewed click here.

(1 of 12)

| | Brand | | |
|---|---|---|---|
| **Brand** | **Post Honey Bunches of Oats Whole Grain** | **Quaker Real Medley Multigrain Cereal** | **Kellogg's Mueslix** |
| **Flavor** | **Blueberry Clusters** | **Raisins, Dates & Almonds** | **Honey Crunch** |
| **Labels** | • WHOLE GRAINS – good for your family, good for you.<br><br>• Simple Inside - GOOD SOURCE OF FIBER - NO ARTIFICIAL COLORS OR FLAVORS<br><br>• OUR BEST IN EVERY BITE<br><br>• Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet<br><br>• Rich in nutrients - important for moms-to-be and growing children. | • WHOLE GRAINS – good for your family, good for you.<br><br>• Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving)<br><br>• NEW LOOK! SAME GREAT TASTE<br><br>• And with no artificial colors or flavors, this cereal is as good as it gets.<br><br>• Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet<br><br>• Our Promise | No High Fructose Corn Syrup | • It's the perfect way to start your day. |
| **Price** | $2.49 | $4.09 | $4.89 |
| | Select | Select | Select |

**Given your knowledge of the market, would you actually be willing to buy the cereal that you chose above?**

| Yes | No |
|---|---|

Next

HONEY BUNCHES OF OATS (GRANOLA)



**If these were your only options and you had to choose a granola, which granola would you choose?**
*Choose by clicking "Select" for one of the options below. Click the "Next" button at the bottom to continue.*

If you would like to see the assumptions you previously reviewed click here.

(1 of 12)

| Brand | **Quaker Simply Granola** | **Store Brand Granola** | **Quaker Simply Granola** |
|---|---|---|---|
| Flavor | **Toffee Almond** | **Toffee Almond** | **French Vanilla Almond** |
| Labels | • Bring your bunch together, anytime anywhere with delicious granola. | • add PROTEIN to your day!<br><br>• Bring your bunch together, anytime anywhere with delicious granola.<br><br>• it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love. | • We choose healthy and tasty, convenient and wholesome, economically sustainable and socially impactful.<br><br>• Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving) |
| Price | $3.39 | $2.99 | $2.59 |
| | Select | Select | Select |

Given your knowledge of the market, would you **actually be willing to buy the granola that you chose above?**

| Yes | No |
|---|---|

Next

RAISIN BRAN



**If these were your only options and you had to choose a cereal, which cereal would you choose?**
*Choose by clicking "Select" for one of the options below. Click the "Next" button at the bottom to continue.*

If you would like to see the assumptions you previously reviewed click here.

(1 of 12)

| Brand | **Kellogg's Raisin Bran** | **Kellogg's Raisin Bran Crunch** | **General Mills Total Raisin Bran** |
|---|---|---|---|
| Labels | • Delicious raisins perfectly balanced with crisp, toasted bran flakes.<br>• EXCELLENT SOURCE OF FIBER<br>• Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving)<br>• Healthy | • EXCELLENT SOURCE OF FIBER<br>• HUNDREDS OF RAISINS IN EVERY BOX<br>• Fiber is good for digestive health<br>• No High Fructose Corn Syrup<br>• Healthy<br>• Nutritious | • MADE WITH REAL FRUIT<br>• has delicious crunchy whole grain wheat and bran flakes |
| Price | $4.69 | $2.59 | $2.59 |
| | Select | Select | Select |

Given your knowledge of the market, would you **actually be willing to buy the cereal that you chose above?**

| Yes | No |
|---|---|

Next

BRAN FLAKES



ALPHA-BITS



**If these were your only options and you had to choose a cereal, which cereal would you choose?**
*Choose by clicking "Select" for one of the options below. Click the "Next" button at the bottom to continue.*

If you would like to see the assumptions you previously reviewed click here.

(1 of 12)

| Brand | Quaker Life | Post Alpha-Bits | General Mills Kix |
|---|---|---|---|
| Labels | • NO ARTIFICIAL FLAVORS | • FUEL UP ON GOODNESS<br><br>• NO ARTIFICIAL FLAVORS<br><br>• Start the morning simply, start life right.<br><br>• Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) | • A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN<br><br>• NO ARTIFICIAL FLAVORS<br><br>• NO HIGH FRUCTOSE CORN SYRUP |
| Price | $1.99 | $2.24 | $2.74 |
|  | Select | Select | Select |

Given your knowledge of the market, would you **actually be willing to buy the cereal that you chose above?**

| Yes | No |
|---|---|

Next

HONEYCOMB



WAFFLE CRISP



**If these were your only options and you had to choose a cereal, which cereal would you choose?**
*Choose by clicking "Select" for one of the options below. Click the "Next" button at the bottom to continue.*

If you would like to see the assumptions you previously reviewed click here.

(1 of 12)

| Brand | **Post Waffle Crisp** | **General Mills Cinnamon Toast Crunch** | **General Mills French Toast Crunch** |
|---|---|---|---|
| Labels | • GET A STRONG START | • NO ARTIFICIAL FLAVORS<br><br>• FUEL UP ON GOODNESS<br><br>• Iron & Zinc for Growth | • NO COLORS FROM ARTIFICIAL SOURCES<br><br>• FUEL UP ON GOODNESS<br><br>• GET A STRONG START<br><br>• NO HIGH FRUCTOSE CORN SYRUP |
| Price | $1.59 | $4.59 | $2.34 |
| | Select | Select | Select |

Given your knowledge of the market, would you **actually be willing to buy the cereal that you chose above?**

| Yes | No |
|---|---|

Next

## Demand Modeling

Introduction & Screening

## INTRODUCTION S1

Thank you for your willingness to participate in our study. The responses you give to these questions are very important to us. If you don't know an answer to a question or if you are unsure, please indicate this by choosing the DON'T KNOW/UNSURE option. It is very important that you do not guess.

Your answers will be kept in confidence. The results of this study will not be used to try to sell you anything.

When you are ready to get started, please click the "NEXT" button.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

S0



Please enter the code exactly as it appears in the image above, and then click "NEXT" to continue.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

INTRODUCTION S2

If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page. When you are ready, please click the "NEXT" button to continue.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

SCREENING QUALIFICATION ("S" SERIES OF QUESTIONS)

S1

What type of electronic device are you using to complete this survey?

*(Select one only)*

○ Desktop computer
○ Tablet computer (e.g., Apple iPad, Kindle Fire, Samsung Galaxy Tab, Motorola Xoom)
○ Laptop computer
○ Smartphone (e.g., Apple iPhone, Samsung Galaxy, HTC One)
○ Other mobile or electronic device

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

S2



S3

In which state do you live?

*(Select one only)*

Are you...?

*(Select one only)*

○ Male
○ Female

S4

Into which of the following categories does your age fall?

*(Select one only)*

○ Under 18
○ 18 - 34
○ 35 - 49
○ 50 - 64
○ 65+

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

S5

Do you or does any member of your household work for any of the following types of companies?

*(Select all that apply)*

☐ A company that makes or manufactures breakfast cereal or granola
☐ A company that makes or manufactures breads, buns, or rolls
☐ A marketing or market research firm
☐ A company that makes or manufactures chewing gum or candy
☐ A public relations or advertising agency
☐ A company that makes or manufactures shampoo or conditioner
☐ None of the above

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

D-63

GREAT GRAINS (DEMAND MODELING) – S6, S7, & S8

S6

Which, if any, of the following products have you purchased, **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

- ☐ Cereal
- ☐ Laundry detergent
- ☐ Granola
- ☐ Dish soap
- ☐ Bottled water
- ☐ Bread
- ☐ Cheese
- ☐ Milk
- ☐ Ice cream
- ☐ None of the above

**NEXT**

Copyright © 2019, Applied Marketing Science, Inc.

S7

You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

- ☐ General Mills Cheerios
- ☐ General Mills Fiber One
- ☐ General Mills Kix
- ☐ General Mills Lucky Charms
- ☐ Post Great Grains
- ☐ Post Honey Bunches of Oats
- ☐ Post Honeycomb
- ☐ Post Raisin Bran
- ☐ Kellogg's Frosted Flakes
- ☐ Kellogg's Frosted Mini Wheats
- ☐ Kellogg's Rice Krispies
- ☐ Kellogg's Special K
- ☐ None of the above

**NEXT**

Copyright © 2019, Applied Marketing Science, Inc.

S8

You previously mentioned that you had purchased **Great Grains**. Which, if any, of the following types of Great Grains have you purchased **in the past 3 months**? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

- ☐ Cranberry Almond Crunch
- ☐ Raisins, Dates & Pecans
- ☐ Blueberry Morning
- ☐ Banana Nut Crunch
- ☐ Coconut Almond Crunch
- ☐ Crunchy Pecan
- ☐ None of the above

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

HONEY BUNCHES OF OATS (DEMAND MODELING) – S6, S7, & S8

S6

Which, if any, of the following products have you purchased? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

☐ Ice cream
☐ Laundry detergent
☐ Milk
☐ Bottled water
☐ Cereal
☐ Granola
☐ Cheese
☐ Dish soap
☐ Bread
☐ None of the above

**NEXT**

Copyright © 2019, Applied Marketing Science, Inc.

S7

You previously mentioned that you had purchased **cereal**. Which, if any, types of cereal have you purchased? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

☐ Post Great Grains
☐ Post Honey Bunches of Oats
☐ Post Honeycomb
☐ Post Raisin Bran
☐ Kellogg's Frosted Flakes
☐ Kellogg's Frosted Mini Wheats
☐ Kellogg's Rice Krispies
☐ Kellogg's Special K
☐ General Mills Cheerios
☐ General Mills Fiber One
☐ General Mills Kix
☐ General Mills Lucky Charms
☐ None of the above

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

S8

You previously mentioned that you had purchased **Honey Bunches of Oats**. Which, if any, of the following types of Honey Bunches of Oats have you purchased? Please only indicate those products that you personally purchased or shared in the decision to purchase.

*(Select all that apply)*

☐ Greek Honey Crunch
☐ With Cinnamon Bunches
☐ With Vanilla Bunches
☐ With Almonds
☐ Chocolate
☐ Honey Roasted
☐ With Real Strawberries
☐ Banana Bunches
☐ None of the above

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

S9

Please select NORTH from the following list in order to continue with this survey.

*(Select one only)*

○ NORTH
○ SOUTH
○ EAST
○ WEST

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

S10

You have qualified to take this survey. Before continuing, please carefully read these instructions:

- Please take the survey in <u>one</u> session without interruption.

- While taking the survey, please do not consult any other websites or other electronic or written materials.

- Please keep your browser maximized for the entire survey.

- Please answer all questions on your own without consulting any other person.

- If you normally wear glasses or contact lenses when viewing a computer or tablet screen, please put them on/in before continuing to the next page.

*(Select one only)*

○ I understand and agree to the above instructions
○ I do not understand or do not agree to the above instructions

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

D-68

INTRODUCTION

During this survey, you will be asked about your cereal consumption in the near future.

If you usually wear glasses or contact lenses when reading on a computer, please make sure you use them when viewing the screen.

If you don't know an answer to a question, or if you are unsure, please indicate this in your response. It is very important that you do not guess.

Click "NEXT" to continue.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

GREAT GRAINS (DEMAND MODELING) – Q0, Q1, Q2, Q3, & Q4

Q0 (TEST)

Suppose you see the following statements on the boxes of Great Grains that you can buy when you shop in the near future:

- Why less processed? Quite simply, because it's good for you!

- Less processed nutrition you can see

- It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!

- HELPS SUPPORT A HEALTHY METABOLISM

- Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Q0 (CONTROL)

Suppose you see the following statements on the boxes of Great Grains that you can buy when you shop in the near future:

- Why less processed? Quite simply, because it's good for you!

- It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!

- Less processed nutrition you can see

- HELPS SUPPORT A HEALTHY METABOLISM

- Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)

- WARNING: DUE TO ITS HIGH ADDED SUGAR CONTENT, CONSUMPTION OF GREAT GRAINS MAY LEAD YOU TO EXCEED THE USDA'S RECOMMENDED DAILY ADDED SUGAR MAXIMUM, WHICH CAN CAUSE TYPE 2 DIABETES, HEART DISEASE, FATTY LIVER DISEASE, AND TOOTH DECAY.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Q1

*When answering the following questions, please assume the statements below appear on the boxes of Great Grains when you shop in the near future:*

- Why less processed? Quite simply, because it's good for you!

- It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!

- Less processed nutrition you can see

- HELPS SUPPORT A HEALTHY METABOLISM

- Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)

- WARNING: DUE TO ITS HIGH ADDED SUGAR CONTENT, CONSUMPTION OF GREAT GRAINS MAY LEAD YOU TO EXCEED THE USDA'S RECOMMENDED DAILY ADDED SUGAR MAXIMUM, WHICH CAN CAUSE TYPE 2 DIABETES, HEART DISEASE, FATTY LIVER DISEASE, AND TOOTH DECAY.

Please look at the bowls shown below. Which bowl, if any, most closely matches in size and depth the bowl you will use when you eat Great Grains in the near future?

*(Select one only)*

To see an enlarged view of each of the bowls,
simply click on the image of the bowl or
the button below the image of the bowl.



○                              ○                              ○

○ Don't know/Unsure
○ I do not plan to be eating Great Grains in the near future

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Q2

*When answering the following questions, please assume the statements below appear on the boxes of Great Grains when you shop in the near future:*

- Why less processed? Quite simply, because it's good for you!

- It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!

- Less processed nutrition you can see

- HELPS SUPPORT A HEALTHY METABOLISM

- Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)

- WARNING: DUE TO ITS HIGH ADDED SUGAR CONTENT, CONSUMPTION OF GREAT GRAINS MAY LEAD YOU TO EXCEED THE USDA'S RECOMMENDED DAILY ADDED SUGAR MAXIMUM, WHICH CAN CAUSE TYPE 2 DIABETES, HEART DISEASE, FATTY LIVER DISEASE, AND TOOTH DECAY.

Please look at the different serving sizes in the bowl you chose. Which serving size most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future?

*(Select one only)*

*To see an enlarged view of each of the bowls, simply click on the image of the bowl or the button below the image of the bowl.*



○      ○      ○      ○      ○      ○

○ Don't know/Unsure

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

D-72

Q3

---

*When answering the following questions, please assume the statements below appear on the boxes of Great Grains when you shop in the near future:*

- Why less processed? Quite simply, because it's good for you!

- It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!

- Less processed nutrition you can see

- HELPS SUPPORT A HEALTHY METABOLISM

- Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)

- WARNING: DUE TO ITS HIGH ADDED SUGAR CONTENT, CONSUMPTION OF GREAT GRAINS MAY LEAD YOU TO EXCEED THE USDA'S RECOMMENDED DAILY ADDED SUGAR MAXIMUM, WHICH CAN CAUSE TYPE 2 DIABETES, HEART DISEASE, FATTY LIVER DISEASE, AND TOOTH DECAY.

---

How often do you plan to eat bowls of **Great Grains**, like the one you chose, in the near future?

*Please consider anytime of the day when you plan to eat **Great Grains** including breakfast, other meals, or snacks. If you cycle between Great Grains and other cereals please take this into account when giving your answer.*

*(Select one only)*

- ○ At least 1 bowl per week
- ○ Less than 1 bowl per week, but at least 1 bowl per month
- ○ Less than 1 bowl per month
- ○ Don't know/Unsure

**NEXT**

Copyright © 2019, Applied Marketing Science, Inc.

Q4

---

**When answering the following questions, please assume the statements below appear on the boxes of Great Grains when you shop in the near future:**

- Why less processed? Quite simply, because it's good for you!

- It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!

- Less processed nutrition you can see

- HELPS SUPPORT A HEALTHY METABOLISM

- Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)

- WARNING: DUE TO ITS HIGH ADDED SUGAR CONTENT, CONSUMPTION OF GREAT GRAINS MAY LEAD YOU TO EXCEED THE USDA'S RECOMMENDED DAILY ADDED SUGAR MAXIMUM, WHICH CAN CAUSE TYPE 2 DIABETES, HEART DISEASE, FATTY LIVER DISEASE, AND TOOTH DECAY.

---

How many bowls of **Great Grains**, like the one you chose, do you plan to eat **per week** in the near future?

*Please indicate the number of bowls per week, not simply the number of times you eat cereal per week. For example, if you eat 2 bowls of cereal at each sitting and you eat cereal 3 times a week, that would be 6 bowls per week. If you cycle between Great Grains and other cereals please take this into account when giving your answer.*

*(Please enter a number below.)*

[        ] bowl(s) per week in the near future

☐ Don't know/Unsure

[ NEXT ]

Copyright © 2019, Applied Marketing Science, Inc.

HONEY BUNCHES OF OATS (DEMAND MODELING) – Q0, Q1, Q2, Q3, Q4

Q0 (TEST)

Suppose you see the following statements on the boxes of Honey Bunches of Oats that you can buy when you shop in the near future:

- 4 Wholesome Grains

- Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)

- Our Post Promise | No High Fructose Corn Syrup

- WHOLESOME NUTRITION

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Q0 (CONTROL)

Suppose you see the following statements on the boxes of Honey Bunches of Oats that you can buy when you shop in the near future:

- Our Post Promise | No High Fructose Corn Syrup

- Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)

- 4 Wholesome Grains

- WHOLESOME NUTRITION

- WARNING: DUE TO ITS HIGH ADDED SUGAR CONTENT, CONSUMPTION OF HONEY BUNCHES OF OATS MAY LEAD YOU TO EXCEED THE USDA'S RECOMMENDED DAILY ADDED SUGAR MAXIMUM, WHICH CAN CAUSE TYPE 2 DIABETES, HEART DISEASE, FATTY LIVER DISEASE, AND TOOTH DECAY.

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

Q1

*When answering the following questions, please assume the statements below appear on the boxes of Honey Bunches of Oats when you shop in the near future:*

- WHOLESOME NUTRITION

- 4 Wholesome Grains

- Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)

- Our Post Promise | No High Fructose Corn Syrup

- WARNING: DUE TO ITS HIGH ADDED SUGAR CONTENT, CONSUMPTION OF HONEY BUNCHES OF OATS MAY LEAD YOU TO EXCEED THE USDA'S RECOMMENDED DAILY ADDED SUGAR MAXIMUM, WHICH CAN CAUSE TYPE 2 DIABETES, HEART DISEASE, FATTY LIVER DISEASE, AND TOOTH DECAY.

Please look at the bowls shown below. Which bowl, if any, most closely matches in size and depth the bowl you will use when you eat Honey Bunches of Oats in the near future?

*(Select one only)*

To see an enlarged view of each of the bowls, simply click on the image of the bowl or the button below the image of the bowl.



○                                    ○                                    ○

○ Don't know/Unsure
○ I do not plan to be eating Honey Bunches of Oats in the near future

**NEXT**

Copyright © 2019, Applied Marketing Science, Inc.

Q2



Q3

---

*When answering the following questions, please assume the statements below appear on the boxes of Honey Bunches of Oats when you shop in the near future:*

- WHOLESOME NUTRITION

- 4 Wholesome Grains

- Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)

- Our Post Promise | No High Fructose Corn Syrup

- WARNING: DUE TO ITS HIGH ADDED SUGAR CONTENT, CONSUMPTION OF HONEY BUNCHES OF OATS MAY LEAD YOU TO EXCEED THE USDA'S RECOMMENDED DAILY ADDED SUGAR MAXIMUM, WHICH CAN CAUSE TYPE 2 DIABETES, HEART DISEASE, FATTY LIVER DISEASE, AND TOOTH DECAY.

---

How often do you plan to eat bowls of **Honey Bunches of Oats**, like the one you chose, in the near future?

*Please consider anytime of the day when you plan to eat **Honey Bunches of Oats** including breakfast, other meals, or snacks. If you cycle between Honey Bunches of Oats and other cereals please take this into account when giving your answer.*

*(Select one only)*

○ At least 1 bowl per week
○ Less than 1 bowl per week, but at least 1 bowl per month
○ Less than 1 bowl per month
○ Don't know/Unsure

[ NEXT ]

Copyright © 2019, Applied Marketing Science, Inc.

D-78

Q4

*When answering the following questions, please assume the statements below appear on the boxes of Honey Bunches of Oats when you shop in the near future:*

- WHOLESOME NUTRITION

- 4 Wholesome Grains

- Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving; EAT 48g OR MORE OF WHOLE GRAINS DAILY; wholegrainscouncil.org)

- Our Post Promise | No High Fructose Corn Syrup

- WARNING: DUE TO ITS HIGH ADDED SUGAR CONTENT, CONSUMPTION OF HONEY BUNCHES OF OATS MAY LEAD YOU TO EXCEED THE USDA'S RECOMMENDED DAILY ADDED SUGAR MAXIMUM, WHICH CAN CAUSE TYPE 2 DIABETES, HEART DISEASE, FATTY LIVER DISEASE, AND TOOTH DECAY.

How many bowls of **Honey Bunches of Oats**, like the one you chose, do you plan to eat **per week** in the near future?

*Please indicate the number of bowls per week, not simply the number of times you eat cereal per week. For example, if you eat 2 bowls of cereal at each sitting and you eat cereal 3 times a week, that would be 6 bowls per week. If you cycle between Honey Bunches of Oats and other cereals please take this into account when giving your answer.*

*(Please enter a number below.)*

[        ] bowl(s) per week in the near future

☐ Don't know/Unsure

NEXT

Copyright © 2019, Applied Marketing Science, Inc.

D-79

**Exhibit E: Changes Made to Surveys Due to Preliminary Pretesting**

**Overview**

AMS conducted pretesting of the nine conjoint surveys under the direction of Steven Gaskin to ensure that the survey content and questions were understood by the respondents. The pretesting process is divided into two stages. In the first stage, preliminary pretesting, the focus is to identify and correct possible issues in the survey.  Twenty-seven conjoint pretest respondents and 5 demand modeling pretests were sufficient to proceed to the second stage, final pretesting. The purpose of final pretesting is to confirm the study will be understood and found not to be biased or leading by respondents.  Twenty-seven respondents completed the conjoint final pretests and 10 respondents completed the demand modeling final pretests.

One potential issue in the conjoint survey was identified in the course of preliminary pretesting of the conjoint surveys. The potential issue is summarized below, along with the associated findings and solutions.  No potential issues were identified in the demand modeling survey.

| Conjoint Surveys Preliminary Pretesting | |
|---|---|
| **Potential Issue** | **Finding and Solution** |
| 1. A respondent thought that there would only be one exercise with three cereals for the respondent to choose from, instead of twelve exercises, each with three cereals, for the respondent to choose from. | I added the words "in each exercise" to the introduction bullet, "First, in each exercise, you will be shown three different [cereals/granolas] that vary in terms of features and prices. You will be asked to choose the [cereal/granola] with the set of features and price shown that you most prefer." This change was applied to all conjoint surveys. |

**Exhibit F: Final Pretests**

**CONJOINT PRETEST – GREAT GRAINS FINAL PRETEST 1**

▪ The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
    ☐ Yes… If yes, who?   ENTER TEXT HERE:
    ☒ No
    ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
    ☒ Yes… If yes, how?   ENTER TEXT HERE: market survey, gather opinion about price and quality.
    ☐ No
    ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
    ☐ Yes, I had difficulty understanding the questions and instructions
    ☒ No, I did not have difficulty understanding the questions and instructions
    ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
    ☐ Yes, I felt the survey was trying to get me to answer in a certain way
    ☒ No, I did not feel the survey was trying to get me to answer in a certain way
    ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way?

What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]
     ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
     ☒ Yes, I was able to answer all of the questions
     ☐ No, I was not able to answer all of the questions
     ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

     ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
     ☒ Yes, I understood
     ☐ No, I did not understand
     ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
     ☒ Yes, I understood
     ☐ No, I did not understand
     ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
     ☒ Yes, I looked at all or almost all of the features in making my choices
     ☐ No, I did not look at all or almost all of the features in making my choices
     ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
     ☒ Yes, I considered some features to be more important than others
     ☐ No, I did not consider some features to be more important than others
     ☐ Unsure

F-2

**CONJOINT PRETEST – GREAT GRAINS FINAL PRETEST 2**
- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
      ☒ Yes… If yes, who?   ENTER TEXT HERE: Great Grains
      ☐ No
      ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
      ☒ Yes… If yes, how?   ENTER TEXT HERE: For the box and the labels, for their brand
      ☐ No
      ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
      ☐ Yes, I had difficulty understanding the questions and instructions
      ☒ No, I did not have difficulty understanding the questions and instructions
      ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
      ☐ Yes, I felt the survey was trying to get me to answer in a certain way
      ☒ No, I did not feel the survey was trying to get me to answer in a certain way
      ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]
    ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
      ☒ Yes, I was able to answer all of the questions
      ☐ No, I was not able to answer all of the questions
      ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

      ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
      ☒ Yes, I understood
      ☐ No, I did not understand
      ☐ Unsure

**[READ]** Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
      ☒ Yes, I understood
      ☐ No, I did not understand
      ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
      ☒ Yes, I looked at all or almost all of the features in making my choices
      ☐ No, I did not look at all or almost all of the features in making my choices
      ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
      ☒ Yes, I considered some features to be more important than others
      ☐ No, I did not consider some features to be more important than others
      ☐ Unsure

**CONJOINT PRETEST – GREAT GRAINS FINAL PRETEST 3**
- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
  ☐ Yes… If yes, who?   ENTER TEXT HERE:
  ☒ No
  ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
  ☒ Yes… If yes, how?   ENTER TEXT HERE: They would probably send me coupons at the store I shop at.
  ☐ No
  ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
  ☐ Yes, I had difficulty understanding the questions and instructions
  ☒ No, I did not have difficulty understanding the questions and instructions
  ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

     ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
  ☐ Yes, I felt the survey was trying to get me to answer in a certain way
  ☒ No, I did not feel the survey was trying to get me to answer in a certain way
  ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]
     ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
  ☒ Yes, I was able to answer all of the questions
  ☐ No, I was not able to answer all of the questions
  ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

  ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
  ☒ Yes, I understood
  ☐ No, I did not understand
  ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
  ☒ Yes, I understood
  ☐ No, I did not understand
  ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
  ☒ Yes, I looked at all or almost all of the features in making my choices
  ☐ No, I did not look at all or almost all of the features in making my choices
  ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
  ☒ Yes, I considered some features to be more important than others
  ☐ No, I did not consider some features to be more important than others
  ☐ Unsure

**CONJOINT PRETEST – HONEY BUNCHES OF OATS FINAL PRETEST 1**

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
    ☐ Yes… If yes, who?   ENTER TEXT HERE:
    ☒ No
    ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
    ☒ Yes… If yes, how?   ENTER TEXT HERE: further knowledge of how consumers buy cereal
    ☐ No
    ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
    ☐ Yes, I had difficulty understanding the questions and instructions
    ☒ No, I did not have difficulty understanding the questions and instructions
    ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
    ☐ Yes, I felt the survey was trying to get me to answer in a certain way
    ☒ No, I did not feel the survey was trying to get me to answer in a certain way
    ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]
    ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?

        ⊠ Yes, I was able to answer all of the questions

        ☐ No, I was not able to answer all of the questions

        ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

       ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?

        ⊠ Yes, I understood

        ☐ No, I did not understand

        ☐ Unsure

**[READ]** Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?

        ⊠ Yes, I understood

        ☐ No, I did not understand

        ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?

        ⊠ Yes, I looked at all or almost all of the features in making my choices

        ☐ No, I did not look at all or almost all of the features in making my choices

        ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?

        ⊠ Yes, I considered some features to be more important than others

        ☐ No, I did not consider some features to be more important than others

        ☐ Unsure

**CONJOINT PRETEST – HONEY BUNCHES OF OATS FINAL PRETEST 2**
- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
      ☒ Yes… If yes, who?   ENTER TEXT HERE: Post
      ☐ No
      ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
      ☒ Yes… If yes, how?   ENTER TEXT HERE: Evaluate options in terms of price with competitors
      ☐ No
      ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
      ☐ Yes, I had difficulty understanding the questions and instructions
      ☒ No, I did not have difficulty understanding the questions and instructions
      ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
      ☐ Yes, I felt the survey was trying to get me to answer in a certain way
      ☒ No, I did not feel the survey was trying to get me to answer in a certain way
      ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]
    ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?

      ☒ Yes, I was able to answer all of the questions

      ☐ No, I was not able to answer all of the questions

      ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

      ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?

      ☒ Yes, I understood

      ☐ No, I did not understand

      ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?

      ☒ Yes, I understood

      ☐ No, I did not understand

      ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?

      ☒ Yes, I looked at all or almost all of the features in making my choices

      ☐ No, I did not look at all or almost all of the features in making my choices

      ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?

      ☒ Yes, I considered some features to be more important than others

      ☐ No, I did not consider some features to be more important than others

      ☐ Unsure

## CONJOINT PRETEST – HONEY BUNCHES OF OATS FINAL PRETEST 3

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?

  ☒ Yes… If yes, who?   ENTER TEXT HERE: One of the brands in the survey I would assume

  ☐ No

  ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?

  ☒ Yes… If yes, how?   ENTER TEXT HERE: So they can set their prices and determine what to say on packaging

  ☐ No

  ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?

  ☐ Yes, I had difficulty understanding the questions and instructions

  ☒ No, I did not have difficulty understanding the questions and instructions

  ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

  ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]

  ☐ Yes, I felt the survey was trying to get me to answer in a certain way

  ☒ No, I did not feel the survey was trying to get me to answer in a certain way

  ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
    ☒ Yes, I was able to answer all of the questions
    ☐ No, I was not able to answer all of the questions
    ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
    ☒ Yes, I understood
    ☐ No, I did not understand
    ☐ Unsure

**[READ]** Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
    ☒ Yes, I understood
    ☐ No, I did not understand
    ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
    ☒ Yes, I looked at all or almost all of the features in making my choices
    ☐ No, I did not look at all or almost all of the features in making my choices
    ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
    ☒ Yes, I considered some features to be more important than others
    ☐ No, I did not consider some features to be more important than others
    ☐ Unsure

## CONJOINT PRETEST – HONEY BUNCHES OF OATS (WHOLE GRAIN) FINAL PRETEST 1

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
☐ Yes… If yes, who?   ENTER TEXT HERE:
☒ No
☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
☒ Yes… If yes, how?   ENTER TEXT HERE: develop new cereal and see what things on the box draw them to buy it
☐ No
☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
☐ Yes, I had difficulty understanding the questions and instructions
☒ No, I did not have difficulty understanding the questions and instructions
☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
☐ Yes, I felt the survey was trying to get me to answer in a certain way
☒ No, I did not feel the survey was trying to get me to answer in a certain way
☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
> ☒ Yes, I was able to answer all of the questions
> ☐ No, I was not able to answer all of the questions
> ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
> ☒ Yes, I understood
> ☐ No, I did not understand
> ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
> ☒ Yes, I understood
> ☐ No, I did not understand
> ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
> ☒ Yes, I looked at all or almost all of the features in making my choices
> ☐ No, I did not look at all or almost all of the features in making my choices
> ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
> ☒ Yes, I considered some features to be more important than others
> ☐ No, I did not consider some features to be more important than others
> ☐ Unsure

F-14

**CONJOINT PRETEST – HONEY BUNCHES OF OATS (WHOLE GRAIN) FINAL PRETEST 2**

▪ The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
    ☒ Yes… If yes, who?   ENTER TEXT HERE: Kellogg's or General Mills
    ☐ No
    ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
    ☐ Yes… If yes, how?   ENTER TEXT HERE:
    ☒ No
    ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
    ☐ Yes, I had difficulty understanding the questions and instructions
    ☒ No, I did not have difficulty understanding the questions and instructions
    ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
    ☐ Yes, I felt the survey was trying to get me to answer in a certain way
    ☒ No, I did not feel the survey was trying to get me to answer in a certain way
    ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]
    ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
    ☒ Yes, I was able to answer all of the questions
    ☐ No, I was not able to answer all of the questions
    ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
    ☒ Yes, I understood
    ☐ No, I did not understand
    ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
    ☒ Yes, I understood
    ☐ No, I did not understand
    ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
    ☒ Yes, I looked at all or almost all of the features in making my choices
    ☐ No, I did not look at all or almost all of the features in making my choices
    ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
    ☒ Yes, I considered some features to be more important than others
    ☐ No, I did not consider some features to be more important than others
    ☐ Unsure

**CONJOINT PRETEST – HONEY BUNCHES OF OATS (WHOLE GRAIN) FINAL PRETEST 3**

▪ The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
☐ Yes… If yes, who?   ENTER TEXT HERE:
☒ No
☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
☒ Yes… If yes, how?   ENTER TEXT HERE: I guess possibly in their next cereal marketing decision. If they were in the process of making a cereal, they would probably take into consideration these surveys.
☐ No
☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
☐ Yes, I had difficulty understanding the questions and instructions
☒ No, I did not have difficulty understanding the questions and instructions
☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
☐ Yes, I felt the survey was trying to get me to answer in a certain way
☒ No, I did not feel the survey was trying to get me to answer in a certain way
☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way?

F-17

What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
    ☒ Yes, I was able to answer all of the questions
    ☐ No, I was not able to answer all of the questions
    ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
    ☒ Yes, I understood
    ☐ No, I did not understand
    ☐ Unsure

**[READ]** Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
    ☒ Yes, I understood
    ☐ No, I did not understand
    ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
    ☒ Yes, I looked at all or almost all of the features in making my choices
    ☐ No, I did not look at all or almost all of the features in making my choices
    ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
    ☒ Yes, I considered some features to be more important than others
    ☐ No, I did not consider some features to be more important than others
    ☐ Unsure

## CONJOINT PRETEST – HONEY BUNCHES OF OATS (GRANOLA) FINAL PRETEST 1

- ▪ The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
☒ Yes… If yes, who?   ENTER TEXT HERE: Cereal company, maybe Post might be one of them.
☐ No
☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
☒ Yes… If yes, how?   ENTER TEXT HERE: I would think that they would survey what people would like, what kind of cereal they like, the price, how much cereal they would get. They could base the overall answers on a product that maybe they would be trying to sell.
☐ No
☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
☐ Yes, I had difficulty understanding the questions and instructions
☒ No, I did not have difficulty understanding the questions and instructions
☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

        ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
☐ Yes, I felt the survey was trying to get me to answer in a certain way
☒ No, I did not feel the survey was trying to get me to answer in a certain way
☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey

F-19

was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
☒ Yes, I was able to answer all of the questions
☐ No, I was not able to answer all of the questions
☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
☒ Yes, I understood
☐ No, I did not understand
☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
☒ Yes, I understood
☐ No, I did not understand
☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
☒ Yes, I looked at all or almost all of the features in making my choices
☐ No, I did not look at all or almost all of the features in making my choices
☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
☒ Yes, I considered some features to be more important than others
☐ No, I did not consider some features to be more important than others
☐ Unsure

F-20

**CONJOINT PRETEST – HONEY BUNCHES OF OATS (GRANOLA) FINAL PRETEST 2**
▪ The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
    ☐ Yes… If yes, who?   ENTER TEXT HERE:
    ☒ No
    ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
    ☐ Yes… If yes, how?   ENTER TEXT HERE:
    ☒ No
    ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
    ☐ Yes, I had difficulty understanding the questions and instructions
    ☒ No, I did not have difficulty understanding the questions and instructions
    ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
    ☐ Yes, I felt the survey was trying to get me to answer in a certain way
    ☒ No, I did not feel the survey was trying to get me to answer in a certain way
    ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]
    ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
    ☒ Yes, I was able to answer all of the questions
    ☐ No, I was not able to answer all of the questions
    ☐ Unsure


[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
    ☒ Yes, I understood
    ☐ No, I did not understand
    ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
    ☒ Yes, I understood
    ☐ No, I did not understand
    ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
    ☒ Yes, I looked at all or almost all of the features in making my choices
    ☐ No, I did not look at all or almost all of the features in making my choices
    ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
    ☒ Yes, I considered some features to be more important than others
    ☐ No, I did not consider some features to be more important than others
    ☐ Unsure

**CONJOINT PRETEST – HONEY BUNCHES OF OATS (GRANOLA) FINAL PRETEST 3**

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
☒ Yes… If yes, who?   ENTER TEXT HERE: Honey Bunches of Oats
☐ No
☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
☒ Yes… If yes, how?   ENTER TEXT HERE: Tailor pricing and packaging
☐ No
☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
☐ Yes, I had difficulty understanding the questions and instructions
☒ No, I did not have difficulty understanding the questions and instructions
☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
☐ Yes, I felt the survey was trying to get me to answer in a certain way
☒ No, I did not feel the survey was trying to get me to answer in a certain way
☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]
ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
　　　☒ Yes, I was able to answer all of the questions
　　　☐ No, I was not able to answer all of the questions
　　　☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T
ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an
answer? Would you have preferred a different way to ask the question or give the instruction?
Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT
SAYS, "Nothing else."]

　　　ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to
　　　imagine that you were shopping for [cereal/granola]?
　　　☒ Yes, I understood
　　　☐ No, I did not understand
　　　☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most
preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose
　　　among only varied on the features described and that all the *other* features of the
　　　[cereals/granolas] choices were the same for all the cereals presented?
　　　☒ Yes, I understood
　　　☐ No, I did not understand
　　　☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
　　　☒ Yes, I looked at all or almost all of the features in making my choices
　　　☐ No, I did not look at all or almost all of the features in making my choices
　　　☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important
than others?
　　　☒ Yes, I considered some features to be more important than others
　　　☐ No, I did not consider some features to be more important than others
　　　☐ Unsure

## CONJOINT PRETEST – RAISIN BRAN FINAL PRETEST 1

▪ The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
☐ Yes… If yes, who?   ENTER TEXT HERE:
☒ No
☐ Unsure

Q2.Do you or do you not have an opinion about how the sponsor would use the results of this survey?
☐ Yes… If yes, how?   ENTER TEXT HERE:
☒ No
☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
☐ Yes, I had difficulty understanding the questions and instructions
☒ No, I did not have difficulty understanding the questions and instructions
☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

        ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
☐ Yes, I felt the survey was trying to get me to answer in a certain way
☒ No, I did not feel the survey was trying to get me to answer in a certain way
☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]
        ENTER TEXT HERE:
Q5. Were you able to answer all of the questions?

☒ Yes, I was able to answer all of the questions
☐ No, I was not able to answer all of the questions
☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
☒ Yes, I understood
☐ No, I did not understand
☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
☒ Yes, I understood
☐ No, I did not understand
☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
☒ Yes, I looked at all or almost all of the features in making my choices
☐ No, I did not look at all or almost all of the features in making my choices
☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
☒ Yes, I considered some features to be more important than others
☐ No, I did not consider some features to be more important than others
☐ Unsure

## CONJOINT PRETEST – RAISIN BRAN FINAL PRETEST 2

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
    ☒ Yes… If yes, who?   ENTER TEXT HERE: A cereal company
    ☐ No
    ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
    ☒ Yes… If yes, how?   ENTER TEXT HERE: Wanted to know whether labeling and information provided is significant or not.
    ☐ No
    ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
    ☐ Yes, I had difficulty understanding the questions and instructions
    ☒ No, I did not have difficulty understanding the questions and instructions
    ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
    ☐ Yes, I felt the survey was trying to get me to answer in a certain way
    ☒ No, I did not feel the survey was trying to get me to answer in a certain way
    ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]
    ENTER TEXT HERE:

F-27

Q5. Were you able to answer all of the questions?
  ☒ Yes, I was able to answer all of the questions
  ☐ No, I was not able to answer all of the questions
  ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

  ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
  ☒ Yes, I understood
  ☐ No, I did not understand
  ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
  ☒ Yes, I understood
  ☐ No, I did not understand
  ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
  ☒ Yes, I looked at all or almost all of the features in making my choices
  ☐ No, I did not look at all or almost all of the features in making my choices
  ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
  ☒ Yes, I considered some features to be more important than others
  ☐ No, I did not consider some features to be more important than others
  ☐ Unsure

## CONJOINT PRETEST – RAISIN BRAN FINAL PRETEST 3

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
    ☐ Yes… If yes, who?   ENTER TEXT HERE:
    ☒ No
    ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
    ☒ Yes… If yes, how?   ENTER TEXT HERE: Product testing
    ☐ No
    ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
    ☐ Yes, I had difficulty understanding the questions and instructions
    ☒ No, I did not have difficulty understanding the questions and instructions
    ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
    ☐ Yes, I felt the survey was trying to get me to answer in a certain way
    ☒ No, I did not feel the survey was trying to get me to answer in a certain way
    ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]
    ENTER TEXT HERE:
Q5. Were you able to answer all of the questions?

☒ Yes, I was able to answer all of the questions
☐ No, I was not able to answer all of the questions
☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
☒ Yes, I understood
☐ No, I did not understand
☐ Unsure

**[READ]** Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
☒ Yes, I understood
☐ No, I did not understand
☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
☒ Yes, I looked at all or almost all of the features in making my choices
☐ No, I did not look at all or almost all of the features in making my choices
☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
☒ Yes, I considered some features to be more important than others
☐ No, I did not consider some features to be more important than others
☐ Unsure

## CONJOINT PRETEST – BRAN FLAKES FINAL PRETEST 1

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
☐ Yes… If yes, who?   ENTER TEXT HERE:
☒ No
☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
☒ Yes… If yes, how?   ENTER TEXT HERE: To see if its important that that certified label would make a difference. If sugar or corn syrup would make a difference, if fiber would make a difference, and the impact of cost.
☐ No
☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
☐ Yes, I had difficulty understanding the questions and instructions
☒ No, I did not have difficulty understanding the questions and instructions
☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
☐ Yes, I felt the survey was trying to get me to answer in a certain way
☒ No, I did not feel the survey was trying to get me to answer in a certain way
☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
       ☒ Yes, I was able to answer all of the questions
       ☐ No, I was not able to answer all of the questions
       ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
       ☒ Yes, I understood
       ☐ No, I did not understand
       ☐ Unsure

**[READ]** Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
       ☒ Yes, I understood
       ☐ No, I did not understand
       ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
       ☒ Yes, I looked at all or almost all of the features in making my choices
       ☐ No, I did not look at all or almost all of the features in making my choices
       ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
       ☒ Yes, I considered some features to be more important than others
       ☐ No, I did not consider some features to be more important than others
       ☐ Unsure

F-32

## CONJOINT PRETEST – BRAN FLAKES FINAL PRETEST 2

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
  ☒ Yes… If yes, who?   ENTER TEXT HERE: Kellogg's
  ☐ No
  ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
  ☒ Yes… If yes, how?   ENTER TEXT HERE: to create a cereal that the average customer would want to purchase
  ☐ No
  ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
  ☐ Yes, I had difficulty understanding the questions and instructions
  ☒ No, I did not have difficulty understanding the questions and instructions
  ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
  ☐ Yes, I felt the survey was trying to get me to answer in a certain way
  ☒ No, I did not feel the survey was trying to get me to answer in a certain way
  ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
      ☒ Yes, I was able to answer all of the questions
      ☐ No, I was not able to answer all of the questions
      ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
      ☒ Yes, I understood
      ☐ No, I did not understand
      ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
      ☒ Yes, I understood
      ☐ No, I did not understand
      ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
      ☒ Yes, I looked at all or almost all of the features in making my choices
      ☐ No, I did not look at all or almost all of the features in making my choices
      ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
      ☐ Yes, I considered some features to be more important than others
      ☒ No, I did not consider some features to be more important than others
      ☐ Unsure

## CONJOINT PRETEST – BRAN FLAKES FINAL PRETEST 3

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?

☒ Yes… If yes, who?   ENTER TEXT HERE: I think it is probably a cereal manufacturer, but I couldn't tell you which one.
☐ No
☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?

☒ Yes… If yes, how?   ENTER TEXT HERE: I think they are going to parlay everybody's responses, look at age and demographics, and figure out what attributes are most important and successful to see what products they should produce.
☐ No
☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?

☐ Yes, I had difficulty understanding the questions and instructions
☒ No, I did not have difficulty understanding the questions and instructions
☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]

☐ Yes, I felt the survey was trying to get me to answer in a certain way
☒ No, I did not feel the survey was trying to get me to answer in a certain way
☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way?

What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
        ☒ Yes, I was able to answer all of the questions
        ☐ No, I was not able to answer all of the questions
        ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
        ☒ Yes, I understood
        ☐ No, I did not understand
        ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
        ☒ Yes, I understood
        ☐ No, I did not understand
        ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
        ☒ Yes, I looked at all or almost all of the features in making my choices
        ☐ No, I did not look at all or almost all of the features in making my choices
        ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
        ☒ Yes, I considered some features to be more important than others
        ☐ No, I did not consider some features to be more important than others
        ☐ Unsure

F-36

## CONJOINT PRETEST – ALPHA-BITS FINAL PRETEST 1

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
- ☒ Yes… If yes, who?   ENTER TEXT HERE: General Mills, Post
- ☐ No
- ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
- ☒ Yes… If yes, how?   ENTER TEXT HERE: Tells what people are willing to pick
- ☐ No
- ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
- ☐ Yes, I had difficulty understanding the questions and instructions
- ☒ No, I did not have difficulty understanding the questions and instructions
- ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
- ☐ Yes, I felt the survey was trying to get me to answer in a certain way
- ☒ No, I did not feel the survey was trying to get me to answer in a certain way
- ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way. Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]
ENTER TEXT HERE:
Q5. Were you able to answer all of the questions?

☒ Yes, I was able to answer all of the questions
☐ No, I was not able to answer all of the questions
☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
☒ Yes, I understood
☐ No, I did not understand
☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
☒ Yes, I understood
☐ No, I did not understand
☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
☒ Yes, I looked at all or almost all of the features in making my choices
☐ No, I did not look at all or almost all of the features in making my choices
☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
☒ Yes, I considered some features to be more important than others
☐ No, I did not consider some features to be more important than others
☐ Unsure

## CONJOINT PRETEST – ALPHA-BITS FINAL PRETEST 2

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
    ☒ Yes… If yes, who?   ENTER TEXT HERE: General Mills
    ☐ No
    ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
    ☒ Yes… If yes, how?   ENTER TEXT HERE: Try to figure out what key features are more important to people
    ☐ No
    ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
    ☐ Yes, I had difficulty understanding the questions and instructions
    ☒ No, I did not have difficulty understanding the questions and instructions
    ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
    ☐ Yes, I felt the survey was trying to get me to answer in a certain way
    ☒ No, I did not feel the survey was trying to get me to answer in a certain way
    ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]
    ENTER TEXT HERE:

F-39

Q5. Were you able to answer all of the questions?
        ☒ Yes, I was able to answer all of the questions
        ☐ No, I was not able to answer all of the questions
        ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

       ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
        ☒ Yes, I understood
        ☐ No, I did not understand
        ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
        ☒ Yes, I understood
        ☐ No, I did not understand
        ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
        ☒ Yes, I looked at all or almost all of the features in making my choices
        ☐ No, I did not look at all or almost all of the features in making my choices
        ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
        ☒ Yes, I considered some features to be more important than others
        ☐ No, I did not consider some features to be more important than others
        ☐ Unsure

**CONJOINT PRETEST – ALPHA-BITS FINAL PRETEST 3**
- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
  ☒ Yes… If yes, who?   ENTER TEXT HERE: Alpha-bits
  ☐ No
  ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
  ☐ Yes… If yes, how?   ENTER TEXT HERE:
  ☒ No
  ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
  ☐ Yes, I had difficulty understanding the questions and instructions
  ☒ No, I did not have difficulty understanding the questions and instructions
  ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

  ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
  ☐ Yes, I felt the survey was trying to get me to answer in a certain way
  ☒ No, I did not feel the survey was trying to get me to answer in a certain way
  ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

  ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
    ☒ Yes, I was able to answer all of the questions
    ☐ No, I was not able to answer all of the questions
    ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
    ☒ Yes, I understood
    ☐ No, I did not understand
    ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
    ☒ Yes, I understood
    ☐ No, I did not understand
    ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
    ☒ Yes, I looked at all or almost all of the features in making my choices
    ☐ No, I did not look at all or almost all of the features in making my choices
    ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
    ☒ Yes, I considered some features to be more important than others
    ☐ No, I did not consider some features to be more important than others
    ☐ Unsure

## CONJOINT PRETEST – HONEYCOMB FINAL PRETEST 1

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
    ☐ Yes… If yes, who?   ENTER TEXT HERE:
    ☐ No
    ☒ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
    ☒ Yes… If yes, how?   ENTER TEXT HERE: They want to find out how to better penetrate the market.
    ☐ No
    ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
    ☐ Yes, I had difficulty understanding the questions and instructions
    ☒ No, I did not have difficulty understanding the questions and instructions
    ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
    ☐ Yes, I felt the survey was trying to get me to answer in a certain way
    ☒ No, I did not feel the survey was trying to get me to answer in a certain way
    ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]
    ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
      ☒ Yes, I was able to answer all of the questions
      ☐ No, I was not able to answer all of the questions
      ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

      ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
      ☒ Yes, I understood
      ☐ No, I did not understand
      ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
      ☒ Yes, I understood
      ☐ No, I did not understand
      ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
      ☒ Yes, I looked at all or almost all of the features in making my choices
      ☐ No, I did not look at all or almost all of the features in making my choices
      ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
      ☒ Yes, I considered some features to be more important than others
      ☐ No, I did not consider some features to be more important than others
      ☐ Unsure

## CONJOINT PRETEST – HONEYCOMB FINAL PRETEST 2

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
      ☒ Yes… If yes, who?   ENTER TEXT HERE: Cereal brand (Kellogg's, Post)
      ☐ No
      ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
      ☒ Yes… If yes, how?   ENTER TEXT HERE: Use to choose how to market their product
      ☐ No
      ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
      ☐ Yes, I had difficulty understanding the questions and instructions
      ☒ No, I did not have difficulty understanding the questions and instructions
      ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

      ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
      ☐ Yes, I felt the survey was trying to get me to answer in a certain way
      ☒ No, I did not feel the survey was trying to get me to answer in a certain way
      ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
- ☒ Yes, I was able to answer all of the questions
- ☐ No, I was not able to answer all of the questions
- ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
- ☒ Yes, I understood
- ☐ No, I did not understand
- ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
- ☒ Yes, I understood
- ☐ No, I did not understand
- ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
- ☒ Yes, I looked at all or almost all of the features in making my choices
- ☐ No, I did not look at all or almost all of the features in making my choices
- ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
- ☒ Yes, I considered some features to be more important than others
- ☐ No, I did not consider some features to be more important than others
- ☐ Unsure

F-46

## CONJOINT PRETEST – HONEYCOMB FINAL PRETEST 3

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?

    ☒ Yes… If yes, who?   ENTER TEXT HERE: Post

    ☐ No

    ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?

    ☒ Yes… If yes, how?   ENTER TEXT HERE: How combination of labeling and pricing affects decision making

    ☐ No

    ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?

    ☐ Yes, I had difficulty understanding the questions and instructions

    ☒ No, I did not have difficulty understanding the questions and instructions

    ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]

    ☐ Yes, I felt the survey was trying to get me to answer in a certain way

    ☒ No, I did not feel the survey was trying to get me to answer in a certain way

    ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
    ☒ Yes, I was able to answer all of the questions
    ☐ No, I was not able to answer all of the questions
    ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
    ☒ Yes, I understood
    ☐ No, I did not understand
    ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
    ☒ Yes, I understood
    ☐ No, I did not understand
    ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
    ☒ Yes, I looked at all or almost all of the features in making my choices
    ☐ No, I did not look at all or almost all of the features in making my choices
    ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
    ☒ Yes, I considered some features to be more important than others
    ☐ No, I did not consider some features to be more important than others
    ☐ Unsure

## CONJOINT PRETEST – WAFFLE CRISP FINAL PRETEST 1

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?

☒ Yes… If yes, who?   ENTER TEXT HERE: General Mills
☐ No
☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?

☒ Yes… If yes, how?   ENTER TEXT HERE: making decisions
☐ No
☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?

☐ Yes, I had difficulty understanding the questions and instructions
☒ No, I did not have difficulty understanding the questions and instructions
☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]

☐ Yes, I felt the survey was trying to get me to answer in a certain way
☒ No, I did not feel the survey was trying to get me to answer in a certain way
☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
        ⊠ Yes, I was able to answer all of the questions
        ☐ No, I was not able to answer all of the questions
        ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

      ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?
        ⊠ Yes, I understood
        ☐ No, I did not understand
        ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?
        ⊠ Yes, I understood
        ☐ No, I did not understand
        ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
        ⊠ Yes, I looked at all or almost all of the features in making my choices
        ☐ No, I did not look at all or almost all of the features in making my choices
        ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?
        ⊠ Yes, I considered some features to be more important than others
        ☐ No, I did not consider some features to be more important than others
        ☐ Unsure

## CONJOINT PRETEST – WAFFLE CRISP FINAL PRETEST 2

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
    ☒ Yes… If yes, who?   ENTER TEXT HERE: General Mills or Post
    ☐ No
    ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
    ☒ Yes… If yes, how?   ENTER TEXT HERE: On how to market the different cereals
    ☐ No
    ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
    ☐ Yes, I had difficulty understanding the questions and instructions
    ☒ No, I did not have difficulty understanding the questions and instructions
    ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
    ☐ Yes, I felt the survey was trying to get me to answer in a certain way
    ☒ No, I did not feel the survey was trying to get me to answer in a certain way
    ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?

       ☒ Yes, I was able to answer all of the questions

       ☐ No, I was not able to answer all of the questions

       ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

       ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to imagine that you were shopping for [cereal/granola]?

       ☒ Yes, I understood

       ☐ No, I did not understand

       ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose among only varied on the features described and that all the *other* features of the [cereals/granolas] choices were the same for all the cereals presented?

       ☒ Yes, I understood

       ☐ No, I did not understand

       ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?

       ☒ Yes, I looked at all or almost all of the features in making my choices

       ☐ No, I did not look at all or almost all of the features in making my choices

       ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important than others?

       ☒ Yes, I considered some features to be more important than others

       ☐ No, I did not consider some features to be more important than others

       ☐ Unsure

**CONJOINT PRETEST – WAFFLE CRISP FINAL PRETEST 3**
- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
    ☒ Yes… If yes, who?   ENTER TEXT HERE: General Mills
    ☐ No
    ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
    ☒ Yes… If yes, how?   ENTER TEXT HERE: use to determine in terms of quality in their cereal
    ☐ No
    ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
    ☐ Yes, I had difficulty understanding the questions and instructions
    ☒ No, I did not have difficulty understanding the questions and instructions
    ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
    ☐ Yes, I felt the survey was trying to get me to answer in a certain way
    ☒ No, I did not feel the survey was trying to get me to answer in a certain way
    ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]
    ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
       ☒ Yes, I was able to answer all of the questions
       ☐ No, I was not able to answer all of the questions
       ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T
ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an
answer? Would you have preferred a different way to ask the question or give the instruction?
Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT
SAYS, "Nothing else."]

      ENTER TEXT HERE:

Q6.  In doing the choice exercises, did you or did you not understand that you were asked to
      imagine that you were shopping for [cereal/granola]?
       ☒ Yes, I understood
       ☐ No, I did not understand
       ☐ Unsure

[READ] Please think back to the part of the survey where you were asked to choose your most
preferred [cereal/granola] …

Q7. Did you or did you not understand that the [cereals/granolas] you were asked to choose
      among only varied on the features described and that all the *other* features of the
      [cereals/granolas] choices were the same for all the cereals presented?
       ☒ Yes, I understood
       ☐ No, I did not understand
       ☐ Unsure

Q8. Did or did you not look at all or almost all of the features in making your choices?
       ☒ Yes, I looked at all or almost all of the features in making my choices
       ☐ No, I did not look at all or almost all of the features in making my choices
       ☐ Unsure

Q9. In making your choices, did you or did you not consider some features to be more important
than others?
       ☒ Yes, I considered some features to be more important than others
       ☐ No, I did not consider some features to be more important than others
       ☐ Unsure

## DEMAND MODELING PRETEST 1

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?

☒ Yes… If yes, who?  ENTER TEXT HERE:  Probably Post

☐ No

☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?

☒ Yes… If yes, how?   ENTER TEXT HERE: To see if people thought if having much less processed and having more whole grains would they sell more product?

☐ No

☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?

☐ Yes, I had difficulty understanding the questions and instructions

☒ No, I did not have difficulty understanding the questions and instructions

☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

     ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]

☐ Yes, I felt the survey was trying to get me to answer in a certain way

☒ No, I did not feel the survey was trying to get me to answer in a certain way

☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

F-55

ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
      ☒ Yes, I was able to answer all of the questions
      ☐ No, I was not able to answer all of the questions
      ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

      ENTER TEXT HERE:

Q6. Did you or did you not understand that the cereal bowl you chose was supposed to most closely match in size and depth the bowl that you will use when you eat Great Grains in the near future?
      ☒ Yes, I understood
      ☐ No, I did not understand
      ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why didn't you understand that the bowl was supposed to match most closely in size and depth the bowl you use when you eat Great Grains? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

      ENTER TEXT HERE:

Q7. Were you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future?
      ☒ Yes, I was able to
      ☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
      ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

      ENTER TEXT HERE:

Q8. Were you able to indicate how many bowls of Great Grains you plan to eat per week/month in the near future?
      ☒ Yes, I was able to

☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the amount of bowls of Great Grains you plan to eat in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

## DEMAND MODELING PRETEST 2

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?

☒ Yes… If yes, who?   ENTER TEXT HERE: I assume that it is Post Great Grains
☐ No
☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?

☐ Yes… If yes, how?   ENTER TEXT HERE: I hope that they would use it appropriately, but don't have an opinion for what.
☐ No
☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?

☐ Yes, I had difficulty understanding the questions and instructions
☒ No, I did not have difficulty understanding the questions and instructions
☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]

☐ Yes, I felt the survey was trying to get me to answer in a certain way
☒ No, I did not feel the survey was trying to get me to answer in a certain way
☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
      ☒ Yes, I was able to answer all of the questions
      ☐ No, I was not able to answer all of the questions
      ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q6. Did you or did you not understand that the cereal bowl you chose was supposed to most closely match in size and depth the bowl that you will use when you eat Great Grains in the near future?
      ☒ Yes, I understood
      ☐ No, I did not understand
      ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why didn't you understand that the bowl was supposed to match most closely in size and depth the bowl you use when you eat Great Grains? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q7. Were you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future?
      ☒ Yes, I was able to
      ☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
      ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q8. Were you able to indicate how many bowls of Great Grains you plan to eat per week/month in the near future?
      ☒ Yes, I was able to

☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the amount of bowls of Great Grains you plan to eat in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

## DEMAND MODELING PRETEST 3

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
☒ Yes… If yes, who?   ENTER TEXT HERE: Maybe Post Cereal
☐ No
☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
☒ Yes… If yes, how?   ENTER TEXT HERE: I'm guessing to improve the cereal or to see how many people are using the cereal.
☐ No
☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
☐ Yes, I had difficulty understanding the questions and instructions
☒ No, I did not have difficulty understanding the questions and instructions
☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
☐ Yes, I felt the survey was trying to get me to answer in a certain way
☒ No, I did not feel the survey was trying to get me to answer in a certain way
☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
    ☒ Yes, I was able to answer all of the questions
    ☐ No, I was not able to answer all of the questions
    ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q6. Did you or did you not understand that the cereal bowl you chose was supposed to most closely match in size and depth the bowl that you will use when you eat Great Grains in the near future?
    ☒ Yes, I understood
    ☐ No, I did not understand
    ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why didn't you understand that the bowl was supposed to match most closely in size and depth the bowl you use when you eat Great Grains? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q7. Were you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future?
    ☒ Yes, I was able to
    ☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
    ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q8. Were you able to indicate how many bowls of Great Grains you plan to eat per week/month in the near future?
    ☒ Yes, I was able to

☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the amount of bowls of Great Grains you plan to eat in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

## DEMAND MODELING PRETEST 4

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
   - ☒ Yes… If yes, who?   ENTER TEXT HERE: people that make great grains, Post
   - ☐ No
   - ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
   - ☒ Yes… If yes, how?   ENTER TEXT HERE: how people respond to their platform, how they would describe and market their packaging. Mentions the warning, too much sugar.
   - ☐ No
   - ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
   - ☐ Yes, I had difficulty understanding the questions and instructions
   - ☒ No, I did not have difficulty understanding the questions and instructions
   - ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

       ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
   - ☐ Yes, I felt the survey was trying to get me to answer in a certain way
   - ☒ No, I did not feel the survey was trying to get me to answer in a certain way
   - ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
 ☒ Yes, I was able to answer all of the questions
 ☐ No, I was not able to answer all of the questions
 ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q6. Did you or did you not understand that the cereal bowl you chose was supposed to most closely match in size and depth the bowl that you will use when you eat Great Grains in the near future?
 ☒ Yes, I understood
 ☐ No, I did not understand
 ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why didn't you understand that the bowl was supposed to match most closely in size and depth the bowl you use when you eat Great Grains? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q7. Were you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future?
 ☒ Yes, I was able to
 ☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
 ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q8. Were you able to indicate how many bowls of Great Grains you plan to eat per week/month in the near future?
 ☒ Yes, I was able to

☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the amount of bowls of Great Grains you plan to eat in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

## DEMAND MODELING PRETEST 5

▪ The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
    ☒ Yes… If yes, who?   ENTER TEXT HERE: I assume the Great Grains people. The Post company.
    ☐ No
    ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
    ☒ Yes… If yes, how?   ENTER TEXT HERE: Possibly for branding purposes. I'm not sure. Help them know what their consumers are doing.
    ☐ No
    ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
    ☐ Yes, I had difficulty understanding the questions and instructions
    ☒ No, I did not have difficulty understanding the questions and instructions
    ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
    ☐ Yes, I felt the survey was trying to get me to answer in a certain way
    ☒ No, I did not feel the survey was trying to get me to answer in a certain way
    ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
    ☒ Yes, I was able to answer all of the questions
    ☐ No, I was not able to answer all of the questions
    ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q6. Did you or did you not understand that the cereal bowl you chose was supposed to most closely match in size and depth the bowl that you will use when you eat Great Grains in the near future?
    ☒ Yes, I understood
    ☐ No, I did not understand
    ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why didn't you understand that the bowl was supposed to match most closely in size and depth the bowl you use when you eat Great Grains? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q7. Were you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future?
    ☒ Yes, I was able to
    ☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
    ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q8. Were you able to indicate how many bowls of Great Grains you plan to eat per week/month in the near future?
    ☒ Yes, I was able to

☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the amount of bowls of Great Grains you plan to eat in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

## DEMAND MODELING PRETEST 6

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?

☒ Yes… If yes, who?   ENTER TEXT HERE: Great Grains or Post

☐ No

☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?

☒ Yes… If yes, how?   ENTER TEXT HERE: See what flavors are most popular, how consumers use their product (what size serving they are using)

☐ No

☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?

☐ Yes, I had difficulty understanding the questions and instructions

☒ No, I did not have difficulty understanding the questions and instructions

☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]

☐ Yes, I felt the survey was trying to get me to answer in a certain way

☒ No, I did not feel the survey was trying to get me to answer in a certain way

☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
　　　☒ Yes, I was able to answer all of the questions
　　　☐ No, I was not able to answer all of the questions
　　　☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

　　　ENTER TEXT HERE:

Q6. Did you or did you not understand that the cereal bowl you chose was supposed to most closely match in size and depth the bowl that you will use when you eat Great Grains in the near future?
　　　☒ Yes, I understood
　　　☐ No, I did not understand
　　　☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why didn't you understand that the bowl was supposed to match most closely in size and depth the bowl you use when you eat Great Grains? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

　　　ENTER TEXT HERE:

Q7. Were you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future?
　　　☒ Yes, I was able to
　　　☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
　　　☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

　　　ENTER TEXT HERE:

Q8. Were you able to indicate how many bowls of Great Grains you plan to eat per week/month in the near future?
　　　☒ Yes, I was able to

☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the amount of bowls of Great Grains you plan to eat in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

## DEMAND MODELING PRETEST 7

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?

☒ Yes… If yes, who?   ENTER TEXT HERE: I would think it would be the Post Cereal people.

☐ No

☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?

☒ Yes… If yes, how?   ENTER TEXT HERE: To decide whether people like their cereal or not.

☐ No

☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?

☐ Yes, I had difficulty understanding the questions and instructions

☒ No, I did not have difficulty understanding the questions and instructions

☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]

☐ Yes, I felt the survey was trying to get me to answer in a certain way

☒ No, I did not feel the survey was trying to get me to answer in a certain way

☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
    ☒ Yes, I was able to answer all of the questions
    ☐ No, I was not able to answer all of the questions
    ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q6. Did you or did you not understand that the cereal bowl you chose was supposed to most closely match in size and depth the bowl that you will use when you eat Great Grains in the near future?
    ☒ Yes, I understood
    ☐ No, I did not understand
    ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why didn't you understand that the bowl was supposed to match most closely in size and depth the bowl you use when you eat Great Grains? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q7. Were you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future?
    ☒ Yes, I was able to
    ☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
    ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q8. Were you able to indicate how many bowls of Great Grains you plan to eat per week/month in the near future?
    ☒ Yes, I was able to

☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the amount of bowls of Great Grains you plan to eat in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

## **DEMAND MODELING PRETEST 8**

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
- ☒ Yes… If yes, who?   ENTER TEXT HERE: Post
- ☐ No
- ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
- ☐ Yes… If yes, how?   ENTER TEXT HERE:
- ☒ No
- ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
- ☐ Yes, I had difficulty understanding the questions and instructions
- ☒ No, I did not have difficulty understanding the questions and instructions
- ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
- ☐ Yes, I felt the survey was trying to get me to answer in a certain way
- ☒ No, I did not feel the survey was trying to get me to answer in a certain way
- ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
        ☒ Yes, I was able to answer all of the questions
        ☐ No, I was not able to answer all of the questions
        ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

     ENTER TEXT HERE:

Q6. Did you or did you not understand that the cereal bowl you chose was supposed to most closely match in size and depth the bowl that you will use when you eat Great Grains in the near future?
        ☒ Yes, I understood
        ☐ No, I did not understand
        ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why didn't you understand that the bowl was supposed to match most closely in size and depth the bowl you use when you eat Great Grains? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

     ENTER TEXT HERE:

Q7. Were you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future?
        ☒ Yes, I was able to
        ☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
        ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

     ENTER TEXT HERE:

Q8. Were you able to indicate how many bowls of Great Grains you plan to eat per week/month in the near future?
        ☒ Yes, I was able to
        ☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]

☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the amount of bowls of Great Grains you plan to eat in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

## DEMAND MODELING PRETEST 9

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?

    ☒ Yes… If yes, who?   ENTER TEXT HERE: great grains
    ☐ No
    ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?

    ☒ Yes… If yes, how?   ENTER TEXT HERE: portion sizes
    ☐ No
    ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?

    ☐ Yes, I had difficulty understanding the questions and instructions
    ☒ No, I did not have difficulty understanding the questions and instructions
    ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]

    ☐ Yes, I felt the survey was trying to get me to answer in a certain way
    ☒ No, I did not feel the survey was trying to get me to answer in a certain way
    ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

F-79

Q5. Were you able to answer all of the questions?
    ☒ Yes, I was able to answer all of the questions
    ☐ No, I was not able to answer all of the questions
    ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q6. Did you or did you not understand that the cereal bowl you chose was supposed to most closely match in size and depth the bowl that you will use when you eat Great Grains in the near future?
    ☒ Yes, I understood
    ☐ No, I did not understand
    ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why didn't you understand that the bowl was supposed to match most closely in size and depth the bowl you use when you eat Great Grains? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q7. Were you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future?
    ☒ Yes, I was able to
    ☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
    ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q8. Were you able to indicate how many bowls of Great Grains you plan to eat per week/month in the near future?
    ☒ Yes, I was able to
    ☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]

☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the amount of bowls of Great Grains you plan to eat in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

## DEMAND MODELING PRETEST 10

- The following questions will be asked after the respondent has completed the survey

Thank you for taking the time to complete the survey. As a reminder, your responses will be kept completely confidential and we will not use any of your responses to sell you anything. We would now like to ask you a few additional questions.

Q1. Do you or do you not have a belief about who might be the sponsor of this study?
    ☒ Yes… If yes, who?   ENTER TEXT HERE: Assume it would be General Mills
    ☐ No
    ☐ Unsure

Q2. Do you or do you not have an opinion about how the sponsor would use the results of this survey?
    ☒ Yes… If yes, how?   ENTER TEXT HERE: Their labeling. How many whole grains. How to portray cereal as being a healthier choice.
    ☐ No
    ☐ Unsure

Q3. Did you or did you not have difficulty understanding the questions and instructions?
    ☐ Yes, I had difficulty understanding the questions and instructions
    ☒ No, I did not have difficulty understanding the questions and instructions
    ☐ Unsure

[IF "YES," PROBE FOR DIFFICULTIES. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND DIFFICULT TO ANSWER ASK OPEN ENDED QUESTIONS: Why was the question or instruction difficult to answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

    ENTER TEXT HERE:

Q4. Did you or did you not feel like the survey was trying to get you to answer in a certain way, that you otherwise would not? [IF RESPONDENT ASKS FOR CLARIFICATION: In other words, did you or did you not find any of the questions leading or biased?]
    ☐ Yes, I felt the survey was trying to get me to answer in a certain way
    ☒ No, I did not feel the survey was trying to get me to answer in a certain way
    ☐ Unsure

[IF "YES," PROBE. FOR EACH QUESTION OR INSTRUCTION THAT THEY FOUND LEADING OR BIASED ASK OPEN ENDED QUESTIONS: You indicated you felt the survey was trying to get you to answer in a certain way.  Can you please explain why you felt this way? What about the question was leading or biased? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q5. Were you able to answer all of the questions?
       ⊠ Yes, I was able to answer all of the questions
       ☐ No, I was not able to answer all of the questions
       ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES. FOR EACH QUESTION THAT THEY COULDN'T ANSWER, ASK OPEN ENDED QUESTIONS: Why was the question difficult to provide an answer? Would you have preferred a different way to ask the question or give the instruction? Would you please give an example? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q6. Did you or did you not understand that the cereal bowl you chose was supposed to most closely match in size and depth the bowl that you will use when you eat Great Grains in the near future?
       ⊠ Yes, I understood
       ☐ No, I did not understand
       ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why didn't you understand that the bowl was supposed to match most closely in size and depth the bowl you use when you eat Great Grains? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q7. Were you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future?
       ⊠ Yes, I was able to
       ☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
       ☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the serving size that most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

Q8. Were you able to indicate how many bowls of Great Grains you plan to eat per week/month in the near future?
       ⊠ Yes, I was able to

☐ No, I was not able to [IF "NO" ASK IF THEY USED THE DK ANSWER OPTION]
☐ Unsure

[IF "NO," PROBE FOR DIFFICULTIES.  ASK: Why weren't you able to indicate the amount of bowls of Great Grains you plan to eat in the near future? ASK "Anything else?" UNTIL THE RESPONDENT SAYS, "Nothing else."]

ENTER TEXT HERE:

**Exhibit G: Survey Invitations**

CONJOINT SURVEYS INVITATION



New Survey Available

15 Min | 75 SB

Time to Complete | Award Value

Daniel, you've been pre-qualified to participate in a survey. This survey is only available for a short time, so please respond ASAP!

**Take Your Survey**

Can't open the link? You can copy the link below into your browser

**[SURVEYURL]**

Not all of our clients' surveys are designed for mobile devices. If you choose to use a mobile device, you may not have an optimal experience. Please take this survey on a tablet, laptop, or desktop.

For any concerns or questions regarding your survey please contact:

**surveysupport@swagbucks.com.**

To make sure our emails do not get sent to your Junk / SPAM inbox, please add surveys@swagbucks.com to your contacts list or address book.

DEMAND MODELING SURVEYS INVITATION



New Survey Available

5 Min | 50 SB

Time to Complete | Award Value

Daniel, you've been pre-qualified to participate in a survey. This survey is only available for a short time, so please respond ASAP!

**Take Your Survey**

Can't open the link? You can copy the link below into your browser

[SURVEYURL]

Not all of our clients' surveys are designed for mobile devices. If you choose to use a mobile device, you may not have an optimal experience. Please take this survey on a tablet, laptop, or desktop.

For any concerns or questions regarding your survey please contact:

surveysupport@swagbucks.com.

To make sure our emails do not get sent to your Junk / SPAM inbox, please add surveys@swagbucks.com to your contacts list or address book.

**Exhibit H: Response Statistics**

**Great Grains**

| | |
|---|---|
| (A) Invitations sent | *106400* |
| (B) Completed surveys | *344* |
| (C) Disqualified | *7160* |
| Terminates | *7022* |
| Failed Gender and/or Age Validation | *138* |
| (D) Incomplete/Breakoffs | *70* |
| Screener | *65* |
| Conjoint Introduction | *3* |
| Conjoint Exercise | *2* |
| (E) Total Responding | *7574* |
| Qualification Rate = (E-C)/(E) | *5.47%* |
| Completion Rate = (B)/(B+D) | *83.09%* |
| Response Rate = (E)/(A) | *7.12%* |
| | |
| Survey start date | *3/27/19* |
| Survey end date | *4/1/19* |
| Initial sample size | *344* |
| Speeders entire survey (less than 4 minutes) | *29* |
| Speeders conjoint tasks (less than 1 minute) | *2* |
| Laggers (over 60 minutes) | *4* |
| Straightliners | *1* |
| Final sample size | *308* |

**Honey Bunches of Oats**

| | |
|---|---|
| (A) Invitations sent | *7890* |
| (B) Completed surveys | *326* |
| (C) Disqualified | *550* |
| Terminates | *536* |
| Failed Gender and/or Age Validation | *14* |
| (D) Incomplete/Breakoffs | *9* |
| Screener | *6* |
| Conjoint Introduction | *2* |
| Conjoint Exercise | *1* |
| (E) Total Responding | *885* |
| Qualification Rate = (E-C)/(E) | *37.85%* |
| Completion Rate = (B)/(B+D) | *97.31%* |
| Response Rate = (E)/(A) | *11.22%* |
| | |
| Survey start date | *3/11/19* |
| Survey end date | *3/15/19* |
| Initial sample size | *326* |
| Speeders entire survey (less than 4 minutes) | *14* |
| Speeders conjoint tasks (less than 1 minute) | *2* |
| Laggers (over 60 minutes) | *6* |
| Straightliners | *0* |
| Final sample size | *304* |

**Honey Bunches of Oats Whole Grain**

| | |
|---|---|
| (A) Invitations sent | *25700* |
| (B) Completed surveys | *332* |
| (C) Disqualified | *2531* |
| Terminates | *2487* |
| Failed Gender and/or Age Validation | *44* |
| (D) Incomplete/Breakoffs | *25* |
| Screener | *23* |
| Conjoint Introduction | *1* |
| Conjoint Exercise | *1* |
| (E) Total Responding | *2888* |
| Qualification Rate = (E-C)/(E) | *12.36%* |
| Completion Rate = (B)/(B+D) | *93.00%* |
| Response Rate = (E)/(A) | *11.24%* |
| | |
| Survey start date | *3/11/19* |
| Survey end date | *3/21/19* |
| Initial sample size | *332* |
| Speeders entire survey (less than 4 minutes) | *12* |
| Speeders conjoint tasks (less than 1 minute) | *1* |
| Laggers (over 60 minutes) | *13* |
| Straightliners | *0* |
| Final sample size | *306* |

**Honey Bunches of Oats Granola**

| | |
|---|---|
| (A) Invitations sent | *28400* |
| (B) Completed surveys | *337* |
| (C) Disqualified | *2707* |
| Terminates | *2643* |
| Failed Gender and/or Age Validation | *64* |
| (D) Incomplete/Breakoffs | *27* |
| Screener | *24* |
| Conjoint Introduction | *1* |
| Conjoint Exercise | *2* |
| (E) Total Responding | *3071* |
| Qualification Rate = (E-C)/(E) | *11.85%* |
| Completion Rate = (B)/(B+D) | *92.58%* |
| Response Rate = (E)/(A) | *10.81%* |
| | |
| Survey start date | *3/11/19* |
| Survey end date | *3/28/19* |
| Initial sample size | *337* |
| Speeders entire survey (less than 3 minutes) | *6* |
| Speeders conjoint tasks (less than 1 minute) | *4* |
| Laggers (over 60 minutes) | *11* |
| Straightliners | *4* |
| Final sample size | *312* |

**Raisin Bran**

| | |
|---|---|
| (A) Invitations sent | *11090* |
| (B) Completed surveys | *332* |
| (C) Disqualified | *1080* |
| Terminates | *1051* |
| Failed Gender and/or Age Validation | *29* |
| (D) Incomplete/Breakoffs | *18* |
| Screener | *18* |
| Conjoint Introduction | *0* |
| Conjoint Exercise | *0* |
| (E) Total Responding | *1430* |
| Qualification Rate = (E-C)/(E) | *24.48%* |
| Completion Rate = (B)/(B+D) | *94.86%* |
| Response Rate = (E)/(A) | *12.89%* |
| | |
| Survey start date | *3/11/19* |
| Survey end date | *3/16/19* |
| Initial sample size | *332* |
| Speeders entire survey (less than 4 minutes) | *12* |
| Speeders conjoint tasks (less than 1 minute) | *1* |
| Laggers (over 60 minutes) | *11* |
| Straightliners | *4* |
| Final sample size | *304* |

H-5

**Bran Flakes**

| | |
|---|---|
| (A) Invitations sent | *31500* |
| (B) Completed surveys | *331* |
| (C) Disqualified | *2857* |
| Terminates | *2793* |
| Failed Gender and/or Age Validation | *64* |
| (D) Incomplete/Breakoffs | *38* |
| Screener | *30* |
| Conjoint Introduction | *5* |
| Conjoint Exercise | *3* |
| (E) Total Responding | *3226* |
| Qualification Rate = (E-C)/(E) | *11.44%* |
| Completion Rate = (B)/(B+D) | *89.70%* |
| Response Rate = (E)/(A) | *10.24%* |
| | |
| Survey start date | *3/12/19* |
| Survey end date | *3/20/19* |
| Initial sample size | *331* |
| Speeders entire survey (less than 3 minutes 30 seconds) | *9* |
| Speeders conjoint tasks (less than 1 minute) | *1* |
| Laggers (over 60 minutes) | *15* |
| Straightliners | *6* |
| Final sample size | *300* |

**Alpha Bits**

| | |
|---|---|
| (A) Invitations sent | *83400* |
| (B) Completed surveys | *329* |
| (C) Disqualified | *7991* |
| Terminates | *7881* |
| Failed Gender and/or Age Validation | *110* |
| (D) Incomplete/Breakoffs | *67* |
| Screener | *65* |
| Conjoint Introduction | *0* |
| Conjoint Exercise | *2* |
| (E) Total Responding | *8387* |
| Qualification Rate = (E-C)/(E) | *4.72%* |
| Completion Rate = (B)/(B+D) | *83.08%* |
| Response Rate = (E)/(A) | *10.06%* |
| | |
| Survey start date | *3/11/19* |
| Survey end date | *3/21/19* |
| Initial sample size | *329* |
| Speeders entire survey (less than 3 minutes) | *5* |
| Speeders conjoint tasks (less than 1 minute) | *5* |
| Laggers (over 60 minutes) | *8* |
| Straightliners | *3* |
| Final sample size | *308* |

**Honeycomb**

| | |
|---|---|
| (A) Invitations sent | *22,300* |
| (B) Completed surveys | *333* |
| (C) Disqualified | *2198* |
| Terminates | *2163* |
| Failed Gender and/or Age Validation | *35* |
| (D) Incomplete/Breakoffs | *25* |
| Screener | *22* |
| Conjoint Introduction | *2* |
| Conjoint Exercise | *1* |
| (E) Total Responding | *2556* |
| Qualification Rate = (E-C)/(E) | *14.01%* |
| Completion Rate = (B)/(B+D) | *93.02%* |
| Response Rate = (E)/(A) | *11.46%* |
| | |
| Survey start date | *3/11/19* |
| Survey end date | *3/21/19* |
| Initial sample size | *333* |
| Speeders entire survey (less than 3 minutes) | *5* |
| Speeders conjoint tasks (less than 1 minute) | *7* |
| Laggers (over 60 minutes) | *10* |
| Straightliners | *1* |
| Final sample size | *310* |

**Waffle Crisp**

| | |
|---|---|
| (A) Invitations sent | *46600* |
| (B) Completed surveys | *331* |
| (C) Disqualified | *4904* |
| Terminates | *4831* |
| Failed Gender and/or Age Validation | *73* |
| (D) Incomplete/Breakoffs | *69* |
| Screener | *67* |
| Conjoint Introduction | *1* |
| Conjoint Exercise | *1* |
| (E) Total Responding | *5304* |
| Qualification Rate = (E-C)/(E) | *7.54%* |
| Completion Rate = (B)/(B+D) | *82.75%* |
| Response Rate = (E)/(A) | *11.38%* |
| | |
| Survey start date | *3/11/19* |
| Survey end date | *3/21/19* |
| Initial sample size | *331* |
| Speeders entire survey (less than 3 minutes) | *8* |
| Speeders conjoint tasks (less than 1 minute) | *8* |
| Laggers (over 60 minutes) | *5* |
| Straightliners | *4* |
| Final sample size | *306* |

**Great Grains (Demand Modeling)**

| | |
|---|---|
| (A) Invitations sent | *123000* |
| (B) Completed surveys | *643* |
| (C) Disqualified | *12601* |
| Terminates | *12422* |
| Failed Gender and/or Age Validation | *179* |
| (D) Incomplete/Breakoffs | *107* |
| (E) Total Responding | *13351* |
| Qualification Rate = (E-C)/(E) | *5.62%* |
| Completion Rate = (B)/(B+D) | *85.73%* |
| Response Rate = (E)/(A) | *10.85%* |
| | |
| Survey start date | *3/11/19* |
| Survey end date | *3/28/19* |
| Initial sample size | *643* |
| Laggers (over 60 minutes) | *9* |
| Straightliners | *39* |
| Final sample size | *595* |

**Honey Bunches of Oats (Demand Modeling)**

| | |
|---|---|
| (A) Invitations sent | *20600* |
| (B) Completed surveys | *622* |
| (C) Disqualified | *1668* |
| Terminates | *1641* |
| Failed Gender and/or Age Validation | *27* |
| (D) Incomplete/Breakoffs | *35* |
| (E) Total Responding | *2325* |
| Qualification Rate = (E-C)/(E) | *28.26%* |
| Completion Rate = (B)/(B+D) | *94.67%* |
| Response Rate = (E)/(A) | *11.29%* |
| | |
| Survey start date | *4/8/2019* |
| Survey end date | *4/10/2019* |
| Initial sample size | *622* |
| Laggers (over 60 minutes) | *4* |
| Straightliners | *11* |
| Final sample size | *607* |

## Exhibit I: Average Partworths

### Great Grains

| Great Grains Survey Attribute/Level | Average Partworth Values (Zero Centered Diffs)[1] | Lower 95% CI | Upper 95% CI |
|---|---|---|---|
| **Brand** | | | |
| Post Great Grains | 40.11 | 35.96 | 44.26 |
| General Mills Basic 4 | 8.50 | 5.90 | 11.10 |
| Kashi Go Lean Crunch | 1.71 | -2.31 | 5.73 |
| General Mills Fiber One Honey Clusters | 1.32 | -1.03 | 3.67 |
| Store Brand Multigrain Flakes and Clusters | -51.63 | -54.79 | -48.47 |
| | | | |
| **Flavor** | | | |
| Blueberry Morning | -18.30 | -26.46 | -10.13 |
| Cranberry Almond Crunch | 12.65 | 7.27 | 18.03 |
| Crunchy Pecan | 4.75 | -2.01 | 11.51 |
| Banana Nut Crunch | -4.76 | -13.04 | 3.52 |
| Raisins, Dates & Pecans | 5.66 | -2.94 | 14.26 |
| | | | |
| **Label A – Less processed** | | | |
| Less processed nutrition you can see | -5.54 | -7.92 | -3.17 |
| Why less processed? Quite simply, because it's good for you! | 4.67 | 3.02 | 6.32 |
| Less processed nutrition you can see AND Why less processed? Quite simply, because it's good for you! | 10.77 | 8.33 | 13.20 |
| Label A - Blank | -9.90 | -12.52 | -7.27 |
| | | | |
| **Label B – Whole Grains** | | | |
| Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) | 7.99 | 5.55 | 10.42 |
| It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite! | -0.43 | -2.69 | 1.84 |
| Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) AND It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite! | 31.35 | 27.66 | 35.03 |
| Label B - Blank | -38.91 | -42.63 | -35.19 |
| | | | |
| **Label C – Metabolism** | | | |
| HELPS SUPPORT A HEALTHY METABOLISM | 5.31 | 3.63 | 6.99 |
| Label C - Blank | -5.31 | -6.99 | -3.63 |
| | | | |
| **Label D – Non Key Labels** | | | |
| WHY BE GOOD WHEN YOU CAN BE GREAT? AND is an excellent source of folic acid and iron | 5.32 | 2.92 | 7.72 |
| NEW LOOK SAME GREAT TASTE! AND foods to power the lifestyle they cultivate AND FILLS YOU UP & SATISFIES YOU LONGER! | 15.97 | 12.99 | 18.94 |
| FILLS YOU UP & SATISFIES YOU LONGER! | -1.88 | -4.50 | 0.74 |
| THE TASTE YOU LOVE THE SUSTAINED ENERGY YOU NEED AND is an excellent source of folic acid and iron | 6.35 | 4.45 | 8.24 |
| foods to power the lifestyle they cultivate | -12.70 | -15.52 | -9.87 |
| is an excellent source of folic acid and iron | -13.06 | -15.56 | -10.56 |
| | | | |
| **Price** | | | |
| $2.49 | 89.48 | 82.36 | 96.60 |
| $2.99 | 65.29 | 60.06 | 70.51 |
| $3.49 | 2.19 | 0.09 | 4.29 |
| $3.99 | -47.72 | -52.43 | -43.01 |
| $4.49 | -109.24 | -116.51 | -101.97 |
| | | | |
| None | -65.95 | -81.45 | -50.44 |

---

[1] The zero centered difference figures shown were calculated using the Sawtooth Software simulator.  For details on how the software calculates them, see https://sawtoothsoftware.com/forum/6140/is-there-a-formula-for-calculating-the-zero-centered-diffs

**Honey Bunches of Oats**

| Honey Bunches of Oats Survey Attribute/Level | Average Partworth Values (Zero Centered Diffs) | Lower 95% CI | Upper 95% CI |
|---|---|---|---|
| Brand | | | |
| Post Honey Bunches of Oats | 49.57 | 44.66 | 54.48 |
| Nature Valley Honey Oat Clusters | 12.92 | 10.29 | 15.55 |
| Kellogg's Special K | -11.27 | -17.67 | -4.87 |
| Store Brand Honey Oat Clusters and Flakes | -51.21 | -56.40 | -46.02 |
| | | | |
| Flavor | | | |
| With Almonds | 17.31 | 11.05 | 23.57 |
| Honey Roasted | 12.52 | 8.91 | 16.13 |
| With Vanilla Bunches | 1.61 | -2.55 | 5.78 |
| Greek Honey Crunch | -17.70 | -21.91 | -13.49 |
| With Cinnamon Bunches | -17.58 | -24.06 | -11.09 |
| With Real Strawberries | 3.84 | -3.22 | 10.89 |
| | | | |
| Label A – No high fructose corn syrup | | | |
| Our Promise \| No High Fructose Corn Syrup | 16.28 | 13.97 | 18.58 |
| Label A - Blank | -16.28 | -18.58 | -13.97 |
| | | | |
| Label B – Whole Grains | | | |
| 4 Wholesome Grains | -13.91 | -16.41 | -11.42 |
| Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving) | 21.08 | 18.43 | 23.73 |
| Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving) AND 4 Wholesome Grains | 27.29 | 23.89 | 30.68 |
| Label B - Blank | -34.45 | -38.19 | -30.72 |
| | | | |
| Label C – Wholesome Nutrition | | | |
| WHOLESOME NUTRITION | 8.52 | 7.13 | 9.90 |
| Label C - Blank | -8.52 | -9.90 | -7.13 |
| | | | |
| Label D – Non Key Labels | | | |
| It's just the taste, it's amazing. AND Start the Day Off Right! | -7.57 | -10.35 | -4.80 |
| Made with Natural Wildflower Honey | -9.14 | -11.56 | -6.72 |
| NO COLORS FROM ARTIFICIAL SOURCES AND This is a cereal you can feel good about eating again and again. | 19.70 | 17.36 | 22.03 |
| NOURISHING CALORIES AND Made with Natural Wildflower Honey AND It's just the taste, it's amazing. | 23.52 | 19.95 | 27.10 |
| Start the Day Off Right! | -21.95 | -25.37 | -18.53 |
| This is a cereal you can feel good about eating again and again. AND It's just the taste, it's amazing. | -4.55 | -6.46 | -2.63 |
| | | | |
| Price | | | |
| $2.69 | 96.45 | 88.36 | 104.53 |
| $3.19 | 53.66 | 50.29 | 57.02 |
| $3.69 | 15.44 | 12.78 | 18.10 |
| $4.19 | -56.65 | -60.77 | -52.53 |
| $4.69 | -108.89 | -115.53 | -102.26 |
| | | | |
| None | -43.25 | -56.36 | -30.14 |

**Honey Bunches of Oats Whole Grain**

| Honey Bunches of Oats Whole Grain Survey Attribute/Level | Average Partworth Values (Zero Centered Diffs) | Lower 95% CI | Upper 95% CI |
|---|---|---|---|
| Brand | | | |
| Post Honey Bunches of Oats Whole Grain | 49.84 | 45.21 | 54.47 |
| Quaker Real Medley Multigrain Cereal | 4.52 | 2.09 | 6.95 |
| Kellogg's Mueslix | -14.39 | -19.02 | -9.76 |
| Store Brand Honey Oat Clusters and Flakes Whole Grain | -39.97 | -44.22 | -35.72 |
| | | | |
| Flavor | | | |
| Honey Crunch | 17.11 | 12.43 | 21.78 |
| Almond Crunch | 10.70 | 6.46 | 14.95 |
| Blueberry Clusters | -2.51 | -8.28 | 3.25 |
| Raisins, Dates & Almonds | -25.30 | -31.59 | -19.01 |
| | | | |
| Label A – No high fructose corn syrup | | | |
| Our Promise \| No High Fructose Corn Syrup | 11.30 | 8.93 | 13.67 |
| Label A - Blank | -11.30 | -13.67 | -8.93 |
| | | | |
| Label B – Whole Grains | | | |
| WHOLE GRAINS – good for your family, good for you. | -13.24 | -16.07 | -10.40 |
| Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving) | 23.36 | 20.97 | 25.75 |
| WHOLE GRAINS – good for your family, good for you. AND Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving) | 29.40 | 26.01 | 32.78 |
| Label B - Blank | -39.52 | -42.48 | -36.56 |
| | | | |
| Label C – Smart step balanced diet and rich in nutrients | | | |
| Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet | -0.31 | -2.53 | 1.90 |
| Rich in nutrients - important for moms-to-be and growing children. | 1.95 | -0.20 | 4.11 |
| Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet AND Rich in nutrients - important for moms-to-be and growing children. | 20.15 | 17.75 | 22.54 |
| Label C - Blank | -21.79 | -23.89 | -19.69 |
| | | | |
| Label D – Non Key Labels | | | |
| Dig in for delight in every bite. AND It's the perfect way to start your day. | -2.88 | -5.49 | -0.27 |
| NEW LOOK! SAME GREAT TASTE AND And with no artificial colors or flavors, this cereal is as good as it gets. | 15.84 | 13.72 | 17.97 |
| It's the perfect way to start your day. | -14.46 | -17.42 | -11.50 |
| Simple Inside - GOOD SOURCE OF FIBER - NO ARTIFICIAL COLORS OR FLAVORS AND OUR BEST IN EVERY BITE | 16.32 | 13.43 | 19.21 |
| This cereal is your great-day starter and your balanced-lifestyle supporter. AND It's the perfect way to start your day. AND OUR BEST IN EVERY BITE | 12.64 | 10.03 | 15.25 |
| OUR BEST IN EVERY BITE | -23.44 | -25.81 | -21.08 |
| And with no artificial colors or flavors, this cereal is as good as it gets. | -4.02 | -6.73 | -1.31 |
| | | | |
| Price | | | |
| $1.69 | 100.52 | 92.97 | 108.08 |
| $2.49 | 74.78 | 70.14 | 79.41 |
| $3.29 | 15.11 | 12.36 | 17.86 |
| $4.09 | -69.33 | -74.29 | -64.36 |
| $4.89 | -121.08 | -128.66 | -113.51 |
| | | | |
| None | -47.88 | -60.11 | -35.65 |

I-3

**Honey Bunches of Oats Granola**

| Honey Bunches of Oats Granola Survey Attribute/Level | Average Partworth Values (Zero Centered Diffs) | Lower 95% CI | Upper 95% CI |
|---|---|---|---|
| Brand | | | |
| Post Honey Bunches of Oats Granola | 17.28 | 13.82 | 20.74 |
| General Mills Nature Valley Granola | 7.27 | 4.58 | 9.95 |
| Kellogg's Special K Granola | 0.61 | -1.63 | 2.85 |
| Quaker Simply Granola | 6.06 | 4.12 | 7.99 |
| Store Brand Granola | -31.22 | -34.94 | -27.50 |
| | | | |
| Flavor | | | |
| Honey Roasted | 39.84 | 33.39 | 46.29 |
| French Vanilla Almond | -0.47 | -5.28 | 4.34 |
| Toffee Almond | -7.66 | -12.93 | -2.40 |
| Maple Pecan | -8.66 | -14.55 | -2.77 |
| Peanut Butter | -23.05 | -31.17 | -14.94 |
| | | | |
| Label A – Key Labels | | | |
| it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love. | -11.54 | -14.06 | -9.03 |
| Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving) | 18.14 | 15.43 | 20.85 |
| it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love. AND Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving) | 37.66 | 33.74 | 41.58 |
| Label A - Blank | -44.25 | -48.55 | -39.96 |
| | | | |
| Label B – Non Key Labels | | | |
| NO PRESERVATIVES OR ARTIFICIAL FLAVORS AND ingredients you can see & pronounce | 16.59 | 13.77 | 19.42 |
| Enjoy It Your Way! AND add PROTEIN to your day! AND ingredients you can see & pronounce | 13.88 | 12.30 | 15.45 |
| Bring your bunch together, anytime anywhere with delicious granola. | -18.22 | -20.46 | -15.97 |
| ingredients you can see & pronounce | -8.58 | -10.45 | -6.71 |
| We choose healthy and tasty, convenient and wholesome, economically sustainable and socially impactful. | -4.83 | -7.06 | -2.61 |
| add PROTEIN to your day! AND Bring your bunch together, anytime anywhere with delicious granola. | 1.15 | -1.37 | 3.68 |
| | | | |
| Price | | | |
| $2.59 | 47.37 | 41.99 | 52.76 |
| $2.99 | 29.67 | 26.59 | 32.76 |
| $3.39 | 2.83 | 1.71 | 3.96 |
| $3.79 | -13.26 | -16.25 | -10.26 |
| $4.19 | -66.63 | -71.99 | -61.26 |
| | | | |
| None | -174.09 | -191.73 | -156.45 |

I-4

**Raisin Bran**

| Raisin Bran Survey Attribute/Level | Average Partworth Values (Zero Centered Diffs) | Lower 95% CI | Upper 95% CI |
|---|---|---|---|
| Brand | | | |
| Kellogg's Raisin Bran | 30.68 | 26.67 | 34.69 |
| Kellogg's Raisin Bran Crunch | 16.31 | 11.03 | 21.59 |
| General Mills Total Raisin Bran | 3.72 | 1.36 | 6.08 |
| Post Raisin Bran | 12.93 | 9.28 | 16.58 |
| Store Brand Raisin Bran | -63.64 | -69.10 | -58.19 |
| | | | |
| Label A – No high fructose corn syrup | | | |
| No High Fructose Corn Syrup | 27.03 | 23.21 | 30.84 |
| Label A - Blank | -27.03 | -30.84 | -23.21 |
| | | | |
| Label B – Healthy and Nutritious | | | |
| Healthy | 1.80 | 0.30 | 3.30 |
| Nutritious | -1.11 | -2.45 | 0.24 |
| Healthy AND Nutritious | 13.19 | 11.30 | 15.07 |
| Label B - Blank | -13.88 | -15.61 | -12.15 |
| | | | |
| Label C – Fiber/Whole Grains | | | |
| Fiber is good for digestive health | -17.70 | -20.14 | -15.26 |
| Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving) | 19.29 | 17.14 | 21.44 |
| Fiber is good for digestive health AND Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving) | 39.80 | 36.00 | 43.59 |
| Label C - Blank | -41.39 | -45.16 | -37.62 |
| | | | |
| Label D – Non Key Labels | | | |
| HUNDREDS OF RAISINS IN EVERY BOX | -29.46 | -31.29 | -27.63 |
| has delicious crunchy whole grain wheat and bran flakes AND HUNDREDS OF RAISINS IN EVERY BOX AND EXCELLENT SOURCE OF FIBER | 32.97 | 30.50 | 35.44 |
| EXCELLENT SOURCE OF FIBER AND HUNDREDS OF RAISINS IN EVERY BOX | 6.20 | 4.08 | 8.31 |
| Delicious raisins perfectly balanced with crisp, toasted bran flakes. AND EXCELLENT SOURCE OF FIBER | 9.80 | 8.26 | 11.33 |
| REAL FRUIT- Delicious raisins add a sweetness you'll love to every morning. | -16.86 | -18.45 | -15.26 |
| MADE WITH REAL FRUIT AND has delicious crunchy whole grain wheat and bran flakes | -2.65 | -4.57 | -0.73 |
| | | | |
| Price | | | |
| $1.89 | 89.37 | 81.70 | 97.04 |
| $2.59 | 52.53 | 48.94 | 56.11 |
| $3.29 | 14.35 | 12.16 | 16.55 |
| $3.99 | -32.93 | -36.52 | -29.33 |
| $4.69 | -123.32 | -130.74 | -115.91 |
| | | | |
| None | -89.75 | -103.39 | -76.11 |

**Bran Flakes**

| Bran Flakes Survey Attribute/Level | Average Partworth Values (Zero Centered Diffs) | Lower 95% CI | Upper 95% CI |
|---|---|---|---|
| Brand | | | |
| Kellogg's All Bran | 11.21 | 7.07 | 15.36 |
| General Mills Fiber One Original Bran Cereal | 7.70 | 3.36 | 12.04 |
| Post Bran Flakes | 9.58 | 6.05 | 13.11 |
| Store Brand Bran Flakes | -28.49 | -33.64 | -23.34 |
| | | | |
| Label A – No high fructose corn syrup | | | |
| Contains no high fructose corn syrup | 22.58 | 19.68 | 25.47 |
| Label A - Blank | -22.58 | -25.47 | -19.68 |
| | | | |
| Label B – Fiber | | | |
| CONTAINS DIETARY FIBER to Help Maintain Digestive Health | 9.75 | 7.33 | 12.16 |
| FIBER TO HELP WITH WEIGHT MANAGEMENT | 2.54 | -0.66 | 5.73 |
| CONTAINS DIETARY FIBER to Help Maintain Digestive Health AND FIBER TO HELP WITH WEIGHT MANAGEMENT | 28.90 | 25.01 | 32.79 |
| Label B - Blank | -41.18 | -45.59 | -36.78 |
| | | | |
| Label C – Whole Grains | | | |
| Whole grains provide fiber and other important nutrients to help keep you healthy. | -10.23 | -13.18 | -7.28 |
| Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving) | 14.14 | 11.48 | 16.79 |
| Whole grains provide fiber and other important nutrients to help keep you healthy. AND Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving) | 46.68 | 42.51 | 50.84 |
| Label C - Blank | -50.58 | -55.14 | -46.02 |
| | | | |
| Label D – Non Key Labels | | | |
| Made from oven toasted, whole grain wheat and wheat bran | -25.51 | -28.79 | -22.23 |
| NO artificial flavors AND NO colors from artificial sources | 4.35 | 0.21 | 8.48 |
| NO colors from artificial sources | -6.04 | -9.98 | -2.11 |
| Excellent Source of Iron AND Energize your active lifestyle with a great breakfast! | 13.09 | 9.73 | 16.45 |
| Make fit for life, fit your life! | -19.52 | -23.26 | -15.78 |
| Energize your active lifestyle with a great breakfast! AND Make fit for life, fit your life! AND Excellent Source of Iron | 33.63 | 28.83 | 38.43 |
| | | | |
| Price | | | |
| $2.69 | 59.99 | 52.59 | 67.39 |
| $3.19 | 40.28 | 36.28 | 44.28 |
| $3.69 | 13.24 | 10.69 | 15.78 |
| $4.19 | -38.99 | -43.15 | -34.84 |
| $4.69 | -74.52 | -81.40 | -67.63 |
| | | | |
| None | -284.58 | -321.37 | -247.79 |

**Alpha-Bits**

| Alpha-Bits Survey Attribute/Level | Average Partworth Values (Zero Centered Diffs) | Lower 95% CI | Upper 95% CI |
|---|---|---|---|
| Brand | | | |
| Post Alpha-Bits | 24.19 | 15.37 | 33.00 |
| General Mills Lucky Charms | 9.54 | -0.50 | 19.57 |
| Quaker Life | -15.86 | -25.57 | -6.16 |
| General Mills Kix | -17.86 | -25.32 | -10.40 |
| | | | |
| Label A – No high fructose corn syrup | | | |
| NO HIGH FRUCTOSE CORN SYRUP | 20.02 | 16.78 | 23.25 |
| Label A - Blank | -20.02 | -23.25 | -16.78 |
| | | | |
| Label B – Nutritious | | | |
| A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN | 27.23 | 24.22 | 30.24 |
| Label B - Blank | -27.23 | -30.24 | -24.22 |
| | | | |
| Label C – Whole Grains | | | |
| Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) | 38.20 | 34.09 | 42.31 |
| Label C - Blank | -38.20 | -42.31 | -34.09 |
| | | | |
| Label D – Non Key Labels | | | |
| NO ARTIFICIAL FLAVORS | -16.05 | -19.89 | -12.21 |
| 12 ESSENTIAL VITAMINS AND MINERALS AND FUEL UP ON GOODNESS | 10.08 | 6.00 | 14.16 |
| satisfies the kid in everyone with just the right touch of sweetness and crispy goodness. AND great taste = happy kids | 8.97 | 4.59 | 13.36 |
| FUEL UP ON GOODNESS AND NO ARTIFICIAL FLAVORS AND Start the morning simply, start life right. | 26.27 | 22.03 | 30.52 |
| Start the morning simply, start life right. | -33.13 | -37.53 | -28.73 |
| great taste = happy kids AND NO ARTIFICIAL FLAVORS | 3.86 | 0.46 | 7.26 |
| | | | |
| Price | | | |
| $1.99 | 45.30 | 38.89 | 51.71 |
| $2.24 | 20.04 | 17.13 | 22.95 |
| $2.49 | 3.64 | 1.99 | 5.29 |
| $2.74 | -19.88 | -23.40 | -16.37 |
| $2.99 | -49.09 | -54.71 | -43.48 |
| | | | |
| None | -239.36 | -262.66 | -216.07 |

**Honeycomb**

| Honeycomb Survey Attribute/Level | Average Partworth Values (Zero Centered Diffs) | Lower 95% CI | Upper 95% CI |
|---|---|---|---|
| **Brand** | | | |
| Post Honeycomb | 16.75 | 8.49 | 25.00 |
| Kellogg's Apple Jacks | -17.90 | -24.63 | -11.17 |
| Quaker Cap'n Crunch | 2.19 | -5.42 | 9.80 |
| Kellogg's Froot Loops | -1.04 | -7.31 | 5.23 |
| | | | |
| **Label A – Nutritious** | | | |
| NUTRITIOUS SWEETENED CORN & OAT CEREAL | 3.37 | 2.04 | 4.71 |
| SWEETENED CORN & OAT CEREAL | -3.37 | -4.71 | -2.04 |
| | | | |
| **Label b – Whole Grains** | | | |
| Whole Grains Council Stamp (WHOLE GRAIN; 8g or more per serving) | 28.68 | 25.31 | 32.05 |
| Label B - Blank | -28.68 | -32.05 | -25.31 |
| | | | |
| **Label D – Non Key Labels** | | | |
| THIS CEREAL CAN HELP FUEL YOUR DREAMS! | -29.92 | -32.91 | -26.93 |
| Simple Inside AND OUR BEST IN EVERY BITE | -4.00 | -5.88 | -2.12 |
| GOOD SOURCE OF 11 VITAMINS AND MINERALS AND COLLECT POINTS. EARN REWARDS. AND IT'S NOT WHAT YOU DO, IT'S HOW YOU MAKE IT YOURS. | 51.50 | 46.77 | 56.23 |
| COLLECT POINTS. EARN REWARDS. | -12.13 | -15.22 | -9.05 |
| IT'S NOT WHAT YOU DO, IT'S HOW YOU MAKE IT YOURS. AND THIS CEREAL CAN HELP FUEL YOUR DREAMS! | -6.18 | -9.25 | -3.10 |
| OUR BEST IN EVERY BITE AND THIS CEREAL CAN HELP FUEL YOUR DREAMS! | 0.73 | -1.79 | 3.25 |
| | | | |
| **Price** | | | |
| $1.99 | 75.15 | 68.60 | 81.70 |
| $2.49 | 43.40 | 40.25 | 46.56 |
| $2.99 | 11.15 | 9.46 | 12.83 |
| $3.49 | -42.82 | -46.86 | -38.79 |
| $3.99 | -86.87 | -92.52 | -81.23 |
| | | | |
| None | -153.68 | -171.51 | -135.85 |

I-8

**Waffle Crisp**

| Waffle Crisp Survey Attribute/Level | Average Partworth Values (Zero Centered Diffs) | Lower 95% CI | Upper 95% CI |
|---|---|---|---|
| Brand | | | |
| Post Waffle Crisp | -3.05 | -6.99 | 0.89 |
| General Mills Cinnamon Toast Crunch | 21.08 | 16.09 | 26.06 |
| General Mills French Toast Crunch | 4.65 | 0.89 | 8.40 |
| Quaker Oatmeal Squares | -22.67 | -29.73 | -15.61 |
| | | | |
| Label A – Key Labels | | | |
| NO HIGH FRUCTOSE CORN SYRUP | 5.77 | 3.32 | 8.22 |
| Iron & Zinc for Growth | -5.61 | -8.03 | -3.19 |
| NO HIGH FRUCTOSE CORN SYRUP AND Iron & Zinc for Growth | 32.37 | 28.65 | 36.10 |
| Label A - Blank | -32.53 | -36.32 | -28.75 |
| | | | |
| Label B – Non Key Labels | | | |
| LABELS FOR EDUCATION AND NO ARTIFICIAL FLAVORS | 5.81 | 3.57 | 8.06 |
| NO COLORS FROM ARTIFICIAL SOURCES AND FUEL UP ON GOODNESS AND GET A STRONG START | 20.29 | 16.33 | 24.25 |
| NO ARTIFICIAL FLAVORS AND FUEL UP ON GOODNESS | 6.00 | 3.42 | 8.58 |
| fill you up with a satisfying crunch and sweetness that's just right | -10.29 | -12.80 | -7.78 |
| FUEL UP ON GOODNESS AND GET A STRONG START | -7.00 | -9.21 | -4.80 |
| GET A STRONG START | -14.81 | -17.17 | -12.46 |
| | | | |
| Price | | | |
| $1.59 | 63.66 | 57.47 | 69.85 |
| $2.34 | 40.37 | 37.23 | 43.52 |
| $3.09 | 4.63 | 3.09 | 6.16 |
| $3.84 | -24.23 | -27.62 | -20.83 |
| $4.59 | -84.44 | -90.25 | -78.63 |
| | | | |
| None | -134.57 | -151.85 | -117.28 |

## Exhibit J: Model Fit and Holdout Diagnostics

In order to establish the appropriateness of using the partworths to forecast changes in market value, I tested the fit and predictive ability of the conjoint analysis estimates by determining the holdout performance, which measures how well the partworth estimates predict the actual choices made by survey respondents when looking at a subset of the choice sets not used in the estimation.

In very simple terms, I ask the model, "Given the preferences obtained from the partworths estimated from just 11 choice sets, how well can you predict the product choice in the 12th?" To get a valid indicator of holdout performance, I used the HB regression excluding one of the twelve choice sets for each respondent from the estimation. I repeated this process three times using a different choice set each time and calculated the percentage of choices that could be predicted correctly with the HB estimates.

**Key to Model Types:**

**Price Constrained**: Main-effects model with price partworths constrained so that partworths for prices monotonically decrease as price increases.

**Unconstrained:** Standard main-effects model.

**Interactions:** Main effects model with attributes that interact. Typically models with interactions fit better in the calibration sample (which is natural, since the interactions give the model additional explanatory variables). However, the interactions tend not to help models' ability to predict choices in the holdout sample.

**No Interactions:** Standard main-effects model

**Holdout Diagnostics:** Conducted using designs employing 11 choice sets in the calibration, and leaving out one question for holdout prediction[1]

---

[1] A purely random approach would predict the choice correctly only 33.3 percent of the time (one time out of three). It is my opinion that the HB estimates are appropriate for making predictions with respect to alternative scenarios.

**Great Grains**[2]

| | Price Constrained, No Interactions | Price Unconstrained, No Interactions | Price Constrained, With Interactions | Price Unconstrained, With Interactions |
|---|---|---|---|---|
| **Holdout = Choice Task 4** | | | | |
| Hit Rate (Fit): | 0.9374 | 0.9486 | 0.9478 | 0.9590 |
| Hit Rate (Holdout): | 0.6494 | 0.6591 | 0.6396 | 0.6526 |
| | | | | |
| **Holdout = Choice Task 8** | | | | |
| Hit Rate (Fit): | 0.9365 | 0.9483 | 0.9507 | 0.9554 |
| Hit Rate (Holdout): | 0.6396 | 0.6786 | 0.6591 | 0.6526 |
| | | | | |
| **Holdout = Choice Task 12** | | | | |
| Hit Rate (Fit): | 0.9380 | 0.9534 | 0.9507 | 0.9578 |
| Hit Rate (Holdout): | 0.6266 | 0.6591 | 0.6299 | 0.6266 |
| | | | | |
| Average Hit Rate (Fit) | 0.9373 | 0.9501 | 0.9497 | 0.9574 |
| Average Hit Rate (Holdout) | 0.6385 | 0.6656 | 0.6429 | 0.6439 |

---

[2] When I used the Sawtooth Software Interaction Search tool and the Counts tool I found that Flavor had a possible interaction with Label C – Metabolism. However, using this interaction had very little predictive advantage (less than 1%) in the holdout calculations for the price constrained model. Therefore, I used the price constrained no interactions model in my analysis.

**Honey Bunches of Oats**[3]

| | Price Constrained, No Interactions | Price Unconstrained, No Interactions | Price Constrained, With Interactions | Price Unconstrained, With Interactions |
|---|---|---|---|---|
| **Holdout = Choice Task 4** | | | | |
| Hit Rate (Fit): | 0.9719 | 0.9767 | 0.9901 | 0.9901 |
| Hit Rate (Holdout): | 0.7171 | 0.7237 | 0.6974 | 0.6842 |
| | | | | |
| **Holdout = Choice Task 8** | | | | |
| Hit Rate (Fit): | 0.9689 | 0.9743 | 0.9868 | 0.9946 |
| Hit Rate (Holdout): | 0.6645 | 0.6645 | 0.6645 | 0.6447 |
| | | | | |
| **Holdout = Choice Task 12** | | | | |
| Hit Rate (Fit): | 0.9707 | 0.9764 | 0.9901 | 0.9943 |
| Hit Rate (Holdout): | 0.6645 | 0.7039 | 0.6743 | 0.6842 |
| | | | | |
| Average Hit Rate (Fit) | 0.9705 | 0.9758 | 0.9890 | 0.9930 |
| Average Hit Rate (Holdout) | 0.6820 | 0.6974 | 0.6787 | 0.6710 |

---

[3] When I used the Sawtooth Software Interaction Search tool and the Counts tool I found that Flavor had a possible interaction with Label C – Wholesome Nutrition, and Label A – No high fructose corn syrup had a possible interaction with Label D – Non Key Labels. However, using these interactions had no predictive advantage in the holdout calculations for the price constrained model. Therefore, I used the price constrained no interactions model in my analysis.

**Honey Bunches of Oats Whole Grain[4]**

|  | Price Constrained, No Interactions | Price Unconstrained, No Interactions | Price Constrained, With Interactions | Price Unconstrained, With Interactions |
|---|---|---|---|---|
| **Holdout = Choice Task 4** |  |  |  |  |
| Hit Rate (Fit): | 0.9727 | 0.9753 | 0.9878 | 0.9908 |
| Hit Rate (Holdout): | 0.6732 | 0.7026 | 0.6993 | 0.6863 |
|  |  |  |  |  |
| **Holdout = Choice Task 8** |  |  |  |  |
| Hit Rate (Fit): | 0.9703 | 0.9771 | 0.9866 | 0.9911 |
| Hit Rate (Holdout): | 0.6667 | 0.6667 | 0.6503 | 0.6601 |
|  |  |  |  |  |
| **Holdout = Choice Task 12** |  |  |  |  |
| Hit Rate (Fit): | 0.9688 | 0.9759 | 0.9887 | 0.9908 |
| Hit Rate (Holdout): | 0.6732 | 0.6569 | 0.6797 | 0.6569 |
|  |  |  |  |  |
| Average Hit Rate (Fit) | 0.9706 | 0.9761 | 0.9877 | 0.9909 |
| Average Hit Rate (Holdout) | 0.6710 | 0.6754 | 0.6764 | 0.6678 |

**Honey Bunches of Oats Granola[5]**

|  | Price Constrained, No Interactions | Price Unconstrained, No Interactions |
|---|---|---|
| **Holdout = Choice Task 4** |  |  |
| Hit Rate (Fit): | 0.9030 | 0.9187 |
| Hit Rate (Holdout): | 0.5929 | 0.5962 |
|  |  |  |
| **Holdout = Choice Task 8** |  |  |
| Hit Rate (Fit): | 0.9024 | 0.9231 |
| Hit Rate (Holdout): | 0.6154 | 0.6474 |
|  |  |  |
| **Holdout = Choice Task 12** |  |  |
| Hit Rate (Fit): | 0.9021 | 0.9248 |
| Hit Rate (Holdout): | 0.6667 | 0.6603 |
|  |  |  |
| Average Hit Rate (Fit) | 0.9025 | 0.9222 |
| Average Hit Rate (Holdout) | 0.6250 | 0.6346 |

---

[4] When I used the Sawtooth Software Interaction Search tool and the Counts tool I found that Flavor had a possible interaction with Label B – Whole Grains. However, using this interaction had very little predictive advantage (less than 1%) in the holdout calculations for the price constrained model. Therefore, I used the price constrained no interactions model in my analysis.

[5] No significant interactions were found using either the Sawtooth Software Interaction Search tool and the Counts tool for Honey Bunches of Oats Granola.  Thus, no testing of interactions using holdouts was needed.

**Raisin Bran[6]**

|  | Price Constrained, No Interactions | Price Unconstrained, No Interactions |
|---|---|---|
| **Holdout = Choice Task 4** |  |  |
| Hit Rate (Fit): | 0.9309 | 0.9393 |
| Hit Rate (Holdout): | 0.6842 | 0.7039 |
|  |  |  |
| **Holdout = Choice Task 8** |  |  |
| Hit Rate (Fit): | 0.9339 | 0.9423 |
| Hit Rate (Holdout): | 0.7303 | 0.7270 |
|  |  |  |
| **Holdout = Choice Task 12** |  |  |
| Hit Rate (Fit): | 0.9267 | 0.9375 |
| Hit Rate (Holdout): | 0.7664 | 0.7697 |
|  |  |  |
| Average Hit Rate (Fit) | 0.9305 | 0.9397 |
| Average Hit Rate (Holdout) | 0.7270 | 0.7335 |

**Bran Flakes[7]**

|  | Price Constrained, No Interactions | Price Unconstrained, No Interactions | Price Constrained, With Interactions | Price Unconstrained, With Interactions |
|---|---|---|---|---|
| **Holdout = Choice Task 4** |  |  |  |  |
| Hit Rate (Fit): | 0.9118 | 0.9385 | 0.9630 | 0.9918 |
| Hit Rate (Holdout): | 0.5600 | 0.6000 | 0.5767 | 0.6367 |
|  |  |  |  |  |
| **Holdout = Choice Task 8** |  |  |  |  |
| Hit Rate (Fit): | 0.9118 | 0.9424 | 0.9661 | 0.9952 |
| Hit Rate (Holdout): | 0.5767 | 0.6067 | 0.5867 | 0.6133 |
|  |  |  |  |  |
| **Holdout = Choice Task 12** |  |  |  |  |
| Hit Rate (Fit): | 0.9109 | 0.9330 | 0.9597 | 0.9924 |
| Hit Rate (Holdout): | 0.6000 | 0.6433 | 0.6233 | 0.6300 |
|  |  |  |  |  |
| Average Hit Rate (Fit) | 0.9115 | 0.9380 | 0.9629 | 0.9931 |
| Average Hit Rate (Holdout) | 0.5789 | 0.6167 | 0.5956 | 0.6267 |

---

[6] No significant interactions were found for Raisin Bran. Thus, no testing of interactions using holdouts was needed.
[7] When I used the Sawtooth Software Interaction Search tool and the Counts tool I found that Brand had a possible interaction with Price, and Label A – No high fructose corn syrup had a possible interaction with Label D – Non Key Labels. However, using these interactions had very little predictive advantage (less than 2%) in the holdout calculations for the price constrained model. Therefore, I used the price constrained no interactions model in my analysis.

**Alpha-Bits[8]**

|  | Price Constrained, No Interactions | Price Unconstrained, No Interactions |
|---|---|---|
| **Holdout = Choice Task 4** |  |  |
| Hit Rate (Fit): | 0.9188 | 0.9513 |
| Hit Rate (Holdout): | 0.5779 | 0.5844 |
|  |  |  |
| **Holdout = Choice Task 8** |  |  |
| Hit Rate (Fit): | 0.9129 | 0.9436 |
| Hit Rate (Holdout): | 0.6266 | 0.6688 |
|  |  |  |
| **Holdout = Choice Task 12** |  |  |
| Hit Rate (Fit): | 0.9129 | 0.9525 |
| Hit Rate (Holdout): | 0.6558 | 0.6461 |
|  |  |  |
| Average Hit Rate (Fit) | 0.9149 | 0.9491 |
| Average Hit Rate (Holdout) | 0.6201 | 0.6331 |

**Waffle Crisp[9]**

|  | Price Constrained, No Interactions | Price Unconstrained, No Interactions |
|---|---|---|
| **Holdout = Choice Task 4** |  |  |
| Hit Rate (Fit): | 0.8877 | 0.9124 |
| Hit Rate (Holdout): | 0.6176 | 0.6601 |
|  |  |  |
| **Holdout = Choice Task 8** |  |  |
| Hit Rate (Fit): | 0.8862 | 0.9109 |
| Hit Rate (Holdout): | 0.6863 | 0.6993 |
|  |  |  |
| **Holdout = Choice Task 12** |  |  |
| Hit Rate (Fit): | 0.8853 | 0.9064 |
| Hit Rate (Holdout): | 0.6307 | 0.6797 |
|  |  |  |
| Average Hit Rate (Fit) | 0.8864 | 0.9099 |
| Average Hit Rate (Holdout) | 0.6449 | 0.6797 |

---

[8] No significant interactions were found for Alpha-Bits. Thus, no testing of interactions using holdouts was needed.

[9] No significant interactions were found for Waffle Crisp. Thus, no testing of interactions using holdouts was needed.

**Honeycomb**[10]

| | Price Constrained, No Interactions | Price Unconstrained, No Interactions | Price Constrained, With Interactions | Price Unconstrained, With Interactions |
|---|---|---|---|---|
| **Holdout = Choice Task 4** | | | | |
| Hit Rate (Fit): | 0.9035 | 0.9276 | 0.9581 | 0.9856 |
| Hit Rate (Holdout): | 0.6871 | 0.6968 | 0.6839 | 0.6806 |
| | | | | |
| **Holdout = Choice Task 8** | | | | |
| Hit Rate (Fit): | 0.9038 | 0.9349 | 0.9604 | 0.9865 |
| Hit Rate (Holdout): | 0.6806 | 0.6935 | 0.6677 | 0.6710 |
| | | | | |
| **Holdout = Choice Task 12** | | | | |
| Hit Rate (Fit): | 0.9021 | 0.9320 | 0.9598 | 0.9889 |
| Hit Rate (Holdout): | 0.6806 | 0.7000 | 0.6871 | 0.6839 |
| | | | | |
| Average Hit Rate (Fit) | 0.9031 | 0.9315 | 0.9594 | 0.9870 |
| Average Hit Rate (Holdout) | 0.6828 | 0.6968 | 0.6796 | 0.6785 |

---

[10] When I used the Sawtooth Software Interaction Search tool and the Counts tool I found that Brand had a possible interaction with Label A – Nutritious, Brand had a possible interaction with Price, and Label B – Whole Grain had a possible interaction with Label C – Non Key Labels. However, using these interactions had no predictive advantage in the holdout calculations for the price constrained model. Therefore, I used the price constrained no interactions model in my analysis.

**Exhibit K: Calculation of the Price Premia Resulting from the Presence of the Affirmative Misrepresentations on Post Cereal/Granola Products**

**Price Premium Calculations**

For each of the cereals in the simulation, I held all other features (except price) constant at specific levels; the exact levels I chose for these other features did not affect our calculations. The prices of each of the two cereals in the simulator were initially set at the lowest available price (for example, $2.49 in the Great Grains survey). In this simulated market, for each of the affirmative misrepresentations, I found the higher price of the first cereal/granola with the level that included the affirmative misrepresentation such that half of the market chose the first cereal/granola and half of the market chose the second cereal/granola with the level that did not have the affirmative misrepresentation (i.e., the blank level). The price premium equals the difference between the two prices that represents the change in value due to the presence of the affirmative misrepresentations. This process was then repeated at the other price levels to get one measure of the price premium, and then lowering the price of the cereal/granola without the affirmative misrepresentations to get another.[1,2]

## Key to Model Types:

**Price Constrained**: Main-effects model with price partworths constrained so that partworths for prices monotonically decrease as price increases

## Key to Simulation Types:

**Randomized First Choice:** This model adds a degree of random error to the partworths and then simulates a respondent's product choice over a large number of trials (with a different random error term each time). Product share is a function of the distribution of product choices over these trials.

**Price Premium Calculations:** I specified two hypothetical cereals/granolas that varied only on the affirmative misrepresentation shown. Other features were held constant at specific baseline levels, and the analysis was conducted separately for each different price level. The choice of baseline levels for attributes other than the affirmative misrepresentations and price have no effect on the simulation since they are held constant across the two products. The values below represent the price premium for the Post cereals and granola that have the affirmative misrepresentations, or the lesser price for the cereals and granola that do not have the affirmative misrepresentations.

---

[1] To calculate the price premium, it is possible to lower the price of the less desirable cereal/granola, or to raise the price of the more desirable one. I used both methods, starting at all price points for each cereal/granola, and reported the price premium as the smallest value found across all starting price points. Note, however, that I cannot raise or lower the price beyond the boundaries used in the conjoint analysis (e.g., $2.49 and $4.49 for Great Grains). For example, in the Great Grains survey, from the lower bound price of $2.49 I can only raise the price for the more desirable cereal, and for the upper bound price of $4.49 I can only lower the price of the less desirable cereal.

[2] In this case, the most conservative price premium is calculated by taking the smallest dollar value for the price premium and dividing it by the largest price across all cereals in the survey (i.e., $4.89 for Honey Bunches of Oats - Whole Grain Cereal). The lowest value in the tables below is bolded.

**Great Grains (16 oz)**

**Lowering the Price of Great Grains without the Affirmative Misrepresentation (Less processed nutrition you can see)**

| "Less processed nutrition you can see" *(Value compared to Great Grains with "Less processed nutrition you can see")* | $2.49 per box of Great Grains | $2.99 per box of Great Grains | $3.49 per box of Great Grains | $3.99 per box of Great Grains | $4.49 per box of Great Grains |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | $0.00 | $0.00 | $0.00 | $0.00 |

**Raising the Price of Great Grains with the Affirmative Misrepresentation (Less processed nutrition you can see)**

| "Less processed nutrition you can see" *(Value compared to Great Grains without "Less processed nutrition you can see")* | $2.49 per box of Great Grains | $2.99 per box of Great Grains | $3.49 per box of Great Grains | $3.99 per box of Great Grains | $4.49 per box of Great Grains |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.00 | $0.00 | $0.00 | $0.00 | - |

K-2

**Lowering the Price of Great Grains without the Affirmative Misrepresentation (Why less processed? Quite simply, because it's good for you!)**

| "Why less processed? Quite simply, because it's good for you!" *(Value compared to Great Grains with "Why less processed? Quite simply, because it's good for you!")* | $2.49 per box of Great Grains | $2.99 per box of Great Grains | $3.49 per box of Great Grains | $3.99 per box of Great Grains | $4.49 per box of Great Grains |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | $0.23 | **$0.08** | $0.11 | $0.09 |

**Raising the Price of Great Grains with the Affirmative Misrepresentation (Why less processed? Quite simply, because it's good for you!)**

| "Why less processed? Quite simply, because it's good for you!" *(Value compared to Great Grains without "Why less processed? Quite simply, because it's good for you!")* | $2.49 per box of Great Grains | $2.99 per box of Great Grains | $3.49 per box of Great Grains | $3.99 per box of Great Grains | $4.49 per box of Great Grains |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.23 | **$0.08** | $0.11 | $0.09 | - |

K-3

**Lowering the Price of Great Grains without the Affirmative Misrepresentation (Less processed nutrition you can see AND Why less processed? Quite simply, because it's good for you!)**

| "Less processed nutrition you can see" AND "Why less processed? Quite simply, because it's good for you!" *(Value compared to Great Grains with "Less processed nutrition you can see" AND "Why less processed? Quite simply, because it's good for you!")* | $2.49 per box of Great Grains | $2.99 per box of Great Grains | $3.49 per box of Great Grains | $3.99 per box of Great Grains | $4.49 per box of Great Grains |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | $0.31 | **$0.11** | $0.15 | $0.12 |

**Raising the Price of Great Grains with the Affirmative Misrepresentation (Less processed nutrition you can see AND Why less processed? Quite simply, because it's good for you!)**

| "Less processed nutrition you can see" AND "Why less processed? Quite simply, because it's good for you!" *(Value compared to Great Grains without "Less processed nutrition you can see" AND "Why less processed? Quite simply, because it's good for you!")* | $2.49 per box of Great Grains | $2.99 per box of Great Grains | $3.49 per box of Great Grains | $3.99 per box of Great Grains | $4.49 per box of Great Grains |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.31 | **$0.11** | $0.15 | $0.12 | - |

K-4

**Lowering the Price of Great Grains without the Affirmative Misrepresentation (Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving))**

| "Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)" *(Value compared to Great Grains with "Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)")* | $2.49 per box of Great Grains | $2.99 per box of Great Grains | $3.49 per box of Great Grains | $3.99 per box of Great Grains | $4.49 per box of Great Grains |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.50 | **$0.31** | $0.42 | $0.35 |

**Raising the Price of Great Grains with the Affirmative Misrepresentation (Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving))**

| "Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)" *(Value compared to Great Grains without "Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)")* | $2.49 per box of Great Grains | $2.99 per box of Great Grains | $3.49 per box of Great Grains | $3.99 per box of Great Grains | $4.49 per box of Great Grains |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.63 | $0.32 | $0.42 | $0.35 | - |

**Lowering the Price of Great Grains without the Affirmative Misrepresentation (It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!)**

| "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!" *(Value compared to Great Grains with "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!")* | $2.49 per box of Great Grains | $2.99 per box of Great Grains | $3.49 per box of Great Grains | $3.99 per box of Great Grains | $4.49 per box of Great Grains |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.50 | **$0.26** | $0.34 | $0.28 |

**Raising the Price of Great Grains with the Affirmative Misrepresentation (It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!)**

| "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!" *(Value compared to Great Grains without "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!")* | $2.49 per box of Great Grains | $2.99 per box of Great Grains | $3.49 per box of Great Grains | $3.99 per box of Great Grains | $4.49 per box of Great Grains |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.57 | **$0.26** | $0.34 | $0.28 | - |

**Lowering the Price of Great Grains without the Affirmative Misrepresentation (Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) AND It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!)**

| "Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)" AND "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!" *(Value compared to Great Grains with "Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)" AND "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!")* | $2.49 per box of Great Grains | $2.99 per box of Great Grains | $3.49 per box of Great Grains | $3.99 per box of Great Grains | $4.49 per box of Great Grains |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.50 | **$0.46** | $0.58 | $0.49 |

**Raising the Price of Great Grains with the Affirmative Misrepresentation (Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) AND It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!)**

| "Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)" AND "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!" *(Value compared to Great Grains without "Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)" AND "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!")* | $2.49 per box of Great Grains | $2.99 per box of Great Grains | $3.49 per box of Great Grains | $3.99 per box of Great Grains | $4.49 per box of Great Grains |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.78 | **$0.46** | $0.59 | $0.49 | - |

K-7

**Lowering the Price of Great Grains without the Affirmative Misrepresentation (HELPS SUPPORT A HEALTHY METABOLISM)**

| **"HELPS SUPPORT A HEALTHY METABOLISM"** *(Value compared to Great Grains with "HELPS SUPPORT A HEALTHY METABOLISM")* | $2.49 per box of Great Grains | $2.99 per box of Great Grains | $3.49 per box of Great Grains | $3.99 per box of Great Grains | $4.49 per box of Great Grains |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | $0.18 | **$0.06** | $0.08 | $0.07 |

**Raising the Price of Great Grains with the Affirmative Misrepresentation (HELPS SUPPORT A HEALTHY METABOLISM)**

| **"HELPS SUPPORT A HEALTHY METABOLISM"** *(Value compared to Great Grains without "HELPS SUPPORT A HEALTHY METABOLISM")* | $2.49 per box of Great Grains | $2.99 per box of Great Grains | $3.49 per box of Great Grains | $3.99 per box of Great Grains | $4.49 per box of Great Grains |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.18 | **$0.06** | $0.08 | $0.07 | - |

**Honey Bunches of Oats (18 oz)**

**Lowering the Price of Honey Bunches of Oats without the Affirmative Misrepresentation (Our Promise | No High Fructose Corn Syrup)**

| "Our Promise \| No High Fructose Corn Syrup" *(Value compared to Honey Bunches of Oats with "Our Promise \| No High Fructose Corn Syrup")* | $2.69 per box of Honey Bunches of Oats | $3.19 per box of Honey Bunches of Oats | $3.69 per box of Honey Bunches of Oats | $4.19 per box of Honey Bunches of Oats | $4.69 per box of Honey Bunches of Oats |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | $0.33 | $0.35 | **$0.20** | $0.26 |

**Raising the Price of Honey Bunches of Oats with the Affirmative Misrepresentation (Our Promise | No High Fructose Corn Syrup)**

| "Our Promise \| No High Fructose Corn Syrup" *(Value compared to Honey Bunches of Oats without "Our Promise \| No High Fructose Corn Syrup")* | $2.69 per box of Honey Bunches of Oats | $3.19 per box of Honey Bunches of Oats | $3.69 per box of Honey Bunches of Oats | $4.19 per box of Honey Bunches of Oats | $4.69 per box of Honey Bunches of Oats |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.33 | $0.35 | **$0.20** | $0.26 | - |

**Lowering the Price of Honey Bunches of Oats without the Affirmative Misrepresentation (4 Wholesome Grains)**

| "4 Wholesome Grains" *(Value compared to Honey Bunches of Oats with "4 Wholesome Grains")* | $2.69 per box of Honey Bunches of Oats | $3.19 per box of Honey Bunches of Oats | $3.69 per box of Honey Bunches of Oats | $4.19 per box of Honey Bunches of Oats | $4.69 per box of Honey Bunches of Oats |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | $0.20 | $0.21 | **$0.12** | $0.16 |

**Raising the Price of Honey Bunches of Oats with the Affirmative Misrepresentation (4 Wholesome Grains)**

| "4 Wholesome Grains" *(Value compared to Honey Bunches of Oats without "4 Wholesome Grains")* | $2.69 per box of Honey Bunches of Oats | $3.19 per box of Honey Bunches of Oats | $3.69 per box of Honey Bunches of Oats | $4.19 per box of Honey Bunches of Oats | $4.69 per box of Honey Bunches of Oats |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.20 | $0.21 | **$0.12** | $0.16 | - |

**Lowering the Price of Honey Bunches of Oats without the Affirmative Misrepresentation
(Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving))**

| **"Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving)"** *(Value compared to Honey Bunches of Oats with "Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving)")* | $2.69 per box of Honey Bunches of Oats | $3.19 per box of Honey Bunches of Oats | $3.69 per box of Honey Bunches of Oats | $4.19 per box of Honey Bunches of Oats | $4.69 per box of Honey Bunches of Oats |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.50 | $0.64 | **$0.36** | $0.47 |

**Raising the Price of Honey Bunches of Oats with the Affirmative Misrepresentation (Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving))**

| **"Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving)"** *(Value compared to Honey Bunches of Oats without "Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving)")* | $2.69 per box of Honey Bunches of Oats | $3.19 per box of Honey Bunches of Oats | $3.69 per box of Honey Bunches of Oats | $4.19 per box of Honey Bunches of Oats | $4.69 per box of Honey Bunches of Oats |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.65 | $0.57 | **$0.36** | $0.47 | - |

K-11

**Lowering the Price of Honey Bunches of Oats without the Affirmative Misrepresentation (4 Wholesome Grains AND Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving))**

| "4 Wholesome Grains" AND "Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving)" *(Value compared to Honey Bunches of Oats with "4 Wholesome Grains" AND "Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving)")* | $2.69 per box of Honey Bunches of Oats | $3.19 per box of Honey Bunches of Oats | $3.69 per box of Honey Bunches of Oats | $4.19 per box of Honey Bunches of Oats | $4.69 per box of Honey Bunches of Oats |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.50 | $0.71 | **$0.38** | $0.50 |

**Raising the Price of Honey Bunches of Oats with the Affirmative Misrepresentation (4 Wholesome Grains AND Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving))**

| "4 Wholesome Grains" AND "Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving)" *(Value compared to Honey Bunches of Oats without "4 Wholesome Grains" AND "Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving)")* | $2.69 per box of Honey Bunches of Oats | $3.19 per box of Honey Bunches of Oats | $3.69 per box of Honey Bunches of Oats | $4.19 per box of Honey Bunches of Oats | $4.69 per box of Honey Bunches of Oats |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.72 | $0.60 | **$0.38** | >$0.50 | - |

K-12

**Lowering the Price of Honey Bunches of Oats without the Affirmative Misrepresentation (WHOLESOME NUTRITION)**

| **"WHOLESOME NUTRITION"** *(Value compared to Honey Bunches of Oats with "WHOLESOME NUTRITION")* | $2.69 per box of Honey Bunches of Oats | $3.19 per box of Honey Bunches of Oats | $3.69 per box of Honey Bunches of Oats | $4.19 per box of Honey Bunches of Oats | $4.69 per box of Honey Bunches of Oats |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | $0.17 | $0.19 | **$0.11** | $0.14 |

**Raising the Price of Honey Bunches of Oats with the Affirmative Misrepresentation (WHOLESOME NUTRITION)**

| **"WHOLESOME NUTRITION"** *(Value compared to Honey Bunches of Oats without "WHOLESOME NUTRITION")* | $2.69 per box of Honey Bunches of Oats | $3.19 per box of Honey Bunches of Oats | $3.69 per box of Honey Bunches of Oats | $4.19 per box of Honey Bunches of Oats | $4.69 per box of Honey Bunches of Oats |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.17 | $0.18 | **$0.11** | $0.14 | - |

**Honey Bunches of Oats Whole Grain (18 oz)**

**Lowering the Price of Honey Bunches of Oats Whole Grain without the Affirmative Misrepresentation (Our Promise | No High Fructose Corn Syrup)**

| "Our Promise \| No High Fructose Corn Syrup" *(Value compared to Honey Bunches of Oats Whole Grain with "Our Promise \| No High Fructose Corn Syrup")* | $1.69 per box of Honey Bunches of Oats Whole Grain | $2.49 per box of Honey Bunches of Oats Whole Grain | $3.29 per box of Honey Bunches of Oats Whole Grain | $4.09 per box of Honey Bunches of Oats Whole Grain | $4.89 per box of Honey Bunches of Oats Whole Grain |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | $0.60 | $0.24 | **$0.17** | $0.30 |

**Raising the Price of Honey Bunches of Oats Whole Grain with the Affirmative Misrepresentation  (Our Promise | No High Fructose Corn Syrup)**

| "Our Promise \| No High Fructose Corn Syrup" *(Value compared to Honey Bunches of Oats Whole Grain without "Our Promise \| No High Fructose Corn Syrup")* | $1.69 per box of Honey Bunches of Oats Whole Grain | $2.49 per box of Honey Bunches of Oats Whole Grain | $3.29 per box of Honey Bunches of Oats Whole Grain | $4.09 per box of Honey Bunches of Oats Whole Grain | $4.89 per box of Honey Bunches of Oats Whole Grain |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.60 | $0.24 | $0.18 | $0.30 | - |

K-14

**Lowering the Price of Honey Bunches of Oats Whole Grain without the Affirmative Misrepresentation (WHOLE GRAINS – good for your family, good for you.)**

| "WHOLE GRAINS – good for your family, good for you." *(Value compared to Honey Bunches of Oats Whole Grain with "WHOLE GRAINS – good for your family, good for you.")* | $1.69 per box of Honey Bunches of Oats Whole Grain | $2.49 per box of Honey Bunches of Oats Whole Grain | $3.29 per box of Honey Bunches of Oats Whole Grain | $4.09 per box of Honey Bunches of Oats Whole Grain | $4.89 per box of Honey Bunches of Oats Whole Grain |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | $0.72 | $0.29 | **$0.21** | $0.35 |

**Raising the Price of Honey Bunches of Oats Whole Grain with the Affirmative Misrepresentation (WHOLE GRAINS – good for your family, good for you.)**

| "WHOLE GRAINS – good for your family, good for you." *(Value compared to Honey Bunches of Oats Whole Grain without "WHOLE GRAINS – good for your family, good for you.")* | $1.69 per box of Honey Bunches of Oats Whole Grain | $2.49 per box of Honey Bunches of Oats Whole Grain | $3.29 per box of Honey Bunches of Oats Whole Grain | $4.09 per box of Honey Bunches of Oats Whole Grain | $4.89 per box of Honey Bunches of Oats Whole Grain |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.72 | $0.28 | **$0.21** | $0.35 | - |

K-15

**Lowering the Price of Honey Bunches of Oats Whole Grain without the Affirmative Misrepresentation (Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving))**

| "Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving)" *(Value compared to Honey Bunches of Oats Whole Grain with "Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving)")* | $1.69 per box of Honey Bunches of Oats Whole Grain | $2.49 per box of Honey Bunches of Oats Whole Grain | $3.29 per box of Honey Bunches of Oats Whole Grain | $4.09 per box of Honey Bunches of Oats Whole Grain | $4.89 per box of Honey Bunches of Oats Whole Grain |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.80 | $0.72 | **$0.51** | $0.85 |

**Raising the Price of Honey Bunches of Oats Whole Grain with the Affirmative Misrepresentation (Whole Grains Council Stamp (Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving))**

| "Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving)" *(Value compared to Honey Bunches of Oats Whole Grain without "Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving)")* | $1.69 per box of Honey Bunches of Oats Whole Grain | $2.49 per box of Honey Bunches of Oats Whole Grain | $3.29 per box of Honey Bunches of Oats Whole Grain | $4.09 per box of Honey Bunches of Oats Whole Grain | $4.89 per box of Honey Bunches of Oats Whole Grain |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $1.23 | $0.71 | **$0.51** | >$0.80 | - |

K-16

**Lowering the Price of Honey Bunches of Oats Whole Grain without the Affirmative Misrepresentation (WHOLE GRAINS – good for your family, good for you. AND Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving))**

| "WHOLE GRAINS – good for your family, good for you." AND "Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving)" *(Value compared to Honey Bunches of Oats Whole Grain with "Whole Grains Council Stamp (WHOLE GRAINS – good for your family, good for you." AND "WHOLE GRAIN; 33g or more per serving")* | $1.69 per box of Honey Bunches of Oats Whole Grain | $2.49 per box of Honey Bunches of Oats Whole Grain | $3.29 per box of Honey Bunches of Oats Whole Grain | $4.09 per box of Honey Bunches of Oats Whole Grain | $4.89 per box of Honey Bunches of Oats Whole Grain |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.80 | $0.78 | **$0.55** | $0.90 |

**Raising the Price of Honey Bunches of Oats Whole Grain with the Affirmative Misrepresentation (WHOLE GRAINS – good for your family, good for you. AND Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving))**

| "WHOLE GRAINS – good for your family, good for you." AND "Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving)" *(Value compared to Honey Bunches of Oats Whole Grain without "WHOLE GRAINS – good for your family, good for you." AND "Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving")* | $1.69 per box of Honey Bunches of Oats Whole Grain | $2.49 per box of Honey Bunches of Oats Whole Grain | $3.29 per box of Honey Bunches of Oats Whole Grain | $4.09 per box of Honey Bunches of Oats Whole Grain | $4.89 per box of Honey Bunches of Oats Whole Grain |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $1.32 | $0.78 | **$0.55** | >$0.80 | - |

**Lowering the Price of Honey Bunches of Oats Whole Grain without the Affirmative Misrepresentation (Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet)**

| "Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet" *(Value compared to Honey Bunches of Oats Whole Grain with "Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet")* | $1.69 per box of Honey Bunches of Oats Whole Grain | $2.49 per box of Honey Bunches of Oats Whole Grain | $3.29 per box of Honey Bunches of Oats Whole Grain | $4.09 per box of Honey Bunches of Oats Whole Grain | $4.89 per box of Honey Bunches of Oats Whole Grain |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | $0.53 | $0.22 | **$0.16** | $0.28 |

**Raising the Price of Honey Bunches of Oats Whole Grain with the Affirmative Misrepresentation (Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet)**

| "Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet" *(Value compared to Honey Bunches of Oats Whole Grain without "Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet")* | $1.69 per box of Honey Bunches of Oats Whole Grain | $2.49 per box of Honey Bunches of Oats Whole Grain | $3.29 per box of Honey Bunches of Oats Whole Grain | $4.09 per box of Honey Bunches of Oats Whole Grain | $4.89 per box of Honey Bunches of Oats Whole Grain |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.53 | $0.22 | **$0.16** | $0.28 | - |

K-18

**Lowering the Price of Honey Bunches of Oats Whole Grain without the Affirmative Misrepresentation (Rich in nutrients - important for moms-to-be and growing children.)**

| "Rich in nutrients - important for moms-to-be and growing children." *(Value compared to Honey Bunches of Oats Whole Grain with "Rich in nutrients - important for moms-to-be and growing children.")* | $1.69 per box of Honey Bunches of Oats Whole Grain | $2.49 per box of Honey Bunches of Oats Whole Grain | $3.29 per box of Honey Bunches of Oats Whole Grain | $4.09 per box of Honey Bunches of Oats Whole Grain | $4.89 per box of Honey Bunches of Oats Whole Grain |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | $0.56 | $0.24 | **$0.18** | $0.31 |

**Raising the Price of Honey Bunches of Oats Whole Grain with the Affirmative Misrepresentation (Rich in nutrients - important for moms-to-be and growing children.)**

| "Rich in nutrients - important for moms-to-be and growing children." *(Value compared to Honey Bunches of Oats Whole Grain without "Rich in nutrients - important for moms-to-be and growing children.")* | $1.69 per box of Honey Bunches of Oats Whole Grain | $2.49 per box of Honey Bunches of Oats Whole Grain | $3.29 per box of Honey Bunches of Oats Whole Grain | $4.09 per box of Honey Bunches of Oats Whole Grain | $4.89 per box of Honey Bunches of Oats Whole Grain |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.57 | $0.24 | **$0.18** | $0.31 | - |

K-19

**Lowering the Price of Honey Bunches of Oats Whole Grain without the Affirmative Misrepresentation (Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet AND Rich in nutrients - important for moms-to-be and growing children.)**

| **"Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet" AND "Rich in nutrients - important for moms-to-be and growing children."** *(Value compared to Honey Bunches of Oats Whole Grain with "Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet" AND "Rich in nutrients - important for moms-to-be and growing children.")* | $1.69 per box of Honey Bunches of Oats Whole Grain | $2.49 per box of Honey Bunches of Oats Whole Grain | $3.29 per box of Honey Bunches of Oats Whole Grain | $4.09 per box of Honey Bunches of Oats Whole Grain | $4.89 per box of Honey Bunches of Oats Whole Grain |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.80 | $0.48 | **$0.35** | $0.61 |

**Raising the Price of Honey Bunches of Oats Whole Grain with the Affirmative Misrepresentation (Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet AND Rich in nutrients - important for moms-to-be and growing children.)**

| **"Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet" AND "Rich in nutrients - important for moms-to-be and growing children."** *(Value compared to Honey Bunches of Oats Whole Grain without "Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet" AND "Rich in nutrients - important for moms-to-be and growing children.")* | $1.69 per box of Honey Bunches of Oats Whole Grain | $2.49 per box of Honey Bunches of Oats Whole Grain | $3.29 per box of Honey Bunches of Oats Whole Grain | $4.09 per box of Honey Bunches of Oats Whole Grain | $4.89 per box of Honey Bunches of Oats Whole Grain |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.97 | $0.48 | **$0.35** | $0.62 | - |

K-20

**Honey Bunches of Oats Granola (11 oz)**

**Lowering the Price of Honey Bunches of Oats Granola without the Affirmative Misrepresentation (it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love.)**

| "it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love." *(Value compared to Honey Bunches of Oats Granola with "it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love.")* | $2.59 per package of Honey Bunches of Oats Granola | $2.99 per package of Honey Bunches of Oats Granola | $3.39 per package of Honey Bunches of Oats Granola | $3.79 per package of Honey Bunches of Oats Granola | $4.19 per package of Honey Bunches of Oats Granola |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.40 | $0.35 | $0.51 | **$0.19** |

**Raising the Price of Honey Bunches of Oats Granola with the Affirmative Misrepresentation (it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love.)**

| "it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love." *(Value compared to Honey Bunches of Oats Granola without "it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love.")* | $2.59 per package of Honey Bunches of Oats Granola | $2.99 per package of Honey Bunches of Oats Granola | $3.39 per package of Honey Bunches of Oats Granola | $3.79 per package of Honey Bunches of Oats Granola | $4.19 per package of Honey Bunches of Oats Granola |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.49 | $0.35 | $0.46 | **$0.19** | - |

K-21

**Lowering the Price of Honey Bunches of Oats Granola without the Affirmative Misrepresentation (Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving))**

| **"Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving)"** *(Value compared to Honey Bunches of Oats Granola with "Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving)")* | $2.59 per package of Honey Bunches of Oats Granola | $2.99 per package of Honey Bunches of Oats Granola | $3.39 per package of Honey Bunches of Oats Granola | $3.79 per package of Honey Bunches of Oats Granola | $4.19 per package of Honey Bunches of Oats Granola |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.40 | >$0.80 | >$1.20 | **$0.39** |

**Raising the Price of Honey Bunches of Oats Granola with the Affirmative Misrepresentation (Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving))**

| **"Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving)"** *(Value compared to Honey Bunches of Oats Granola without "Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving)")* | $2.59 per package of Honey Bunches of Oats Granola | $2.99 per package of Honey Bunches of Oats Granola | $3.39 per package of Honey Bunches of Oats Granola | $3.79 per package of Honey Bunches of Oats Granola | $4.19 per package of Honey Bunches of Oats Granola |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $1.20 | $0.89 | $0.67 | **$0.39** | - |

**Lowering the Price of Honey Bunches of Oats Granola without the Affirmative Misrepresentation (it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love. AND Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving))**

| "it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love." AND "Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving)" *(Value compared to Honey Bunches of Oats Granola with "it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love." AND "Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving)")* | $2.59 per package of Honey Bunches of Oats Granola | $2.99 per package of Honey Bunches of Oats Granola | $3.39 per package of Honey Bunches of Oats Granola | $3.79 per package of Honey Bunches of Oats Granola | $4.19 per package of Honey Bunches of Oats Granola |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.40 | >$0.80 | >$1.20 | **$0.80** |

**Raising the Price of Honey Bunches of Oats Granola with the Affirmative Misrepresentation (it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love. AND Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving))**

| "it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love." AND "Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving)" *(Value compared to Honey Bunches of Oats Granola with "it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love." AND "Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving)")* | $2.59 per package of Honey Bunches of Oats Granola | $2.99 per package of Honey Bunches of Oats Granola | $3.39 per package of Honey Bunches of Oats Granola | $3.79 per package of Honey Bunches of Oats Granola | $4.19 per package of Honey Bunches of Oats Granola |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $1.33 | $1.03 | >$0.80 | >$0.40 | - |

**Raisin Bran (20 oz)**

**Lowering the Price of Raisin Bran without the Affirmative Misrepresentation (No High Fructose Corn Syrup)**

| "No High Fructose Corn Syrup" *(Value compared to Raisin Bran with "No High Fructose Corn Syrup")* | $1.89 per box of Raisin Bran | $2.59 per box of Raisin Bran | $3.29 per box of Raisin Bran | $3.99 per box of Raisin Bran | $4.69 per box of Raisin Bran |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.70 | $0.81 | $0.63 | **$0.33** |

**Raising the Price of Raisin Bran with the Affirmative Misrepresentation (No High Fructose Corn Syrup)**

| "No High Fructose Corn Syrup" *(Value compared to Raisin Bran without "No High Fructose Corn Syrup")* | $1.89 per box of Raisin Bran | $2.59 per box of Raisin Bran | $3.29 per box of Raisin Bran | $3.99 per box of Raisin Bran | $4.69 per box of Raisin Bran |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.84 | $0.78 | $0.63 | **$0.33** | - |

**Lowering the Price of Raisin Bran without the Affirmative Misrepresentation (Healthy)**

| **"Healthy"** *(Value compared to Raisin Bran with "Healthy")* | $1.89 per box of Raisin Bran | $2.59 per box of Raisin Bran | $3.29 per box of Raisin Bran | $3.99 per box of Raisin Bran | $4.69 per box of Raisin Bran |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | $0.24 | $0.23 | $0.21 | **$0.11** |

**Raising the Price of Raisin Bran with the Affirmative Misrepresentation (Healthy)**

| **"Healthy"** *(Value compared to Raisin Bran without "Healthy")* | $1.89 per box of Raisin Bran | $2.59 per box of Raisin Bran | $3.29 per box of Raisin Bran | $3.99 per box of Raisin Bran | $4.69 per box of Raisin Bran |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.24 | $0.23 | $0.20 | **$0.11** | - |

**Lowering the Price of Raisin Bran without the Affirmative Misrepresentation (Nutritious)**

| "Nutritious" *(Value compared to Raisin Bran with "Nutritious")* | $1.89 per box of Raisin Bran | $2.59 per box of Raisin Bran | $3.29 per box of Raisin Bran | $3.99 per box of Raisin Bran | $4.69 per box of Raisin Bran |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | $0.21 | $0.20 | $0.18 | **$0.10** |

**Raising the Price of Raisin Bran with the Affirmative Misrepresentation (Nutritious)**

| "Nutritious" *(Value compared to Raisin Bran without "Nutritious")* | $1.89 per box of Raisin Bran | $2.59 per box of Raisin Bran | $3.29 per box of Raisin Bran | $3.99 per box of Raisin Bran | $4.69 per box of Raisin Bran |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.21 | $0.20 | $0.18 | **$0.10** | - |

**Lowering the Price of Raisin Bran without the Affirmative Misrepresentation (Healthy AND Nutritious)**

| "Healthy AND Nutritious" *(Value compared to Raisin Bran with "Healthy" AND "Nutritious")* | $1.89 per box of Raisin Bran | $2.59 per box of Raisin Bran | $3.29 per box of Raisin Bran | $3.99 per box of Raisin Bran | $4.69 per box of Raisin Bran |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | $0.37 | $0.35 | $0.31 | **$0.16** |

**Raising the Price of Raisin Bran with the Affirmative Misrepresentation (Healthy AND Nutritious)**

| "Healthy AND Nutritious" *(Value compared to Raisin Bran without "Healthy" AND "Nutritious")* | $1.89 per box of Raisin Bran | $2.59 per box of Raisin Bran | $3.29 per box of Raisin Bran | $3.99 per box of Raisin Bran | $4.69 per box of Raisin Bran |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.37 | $0.35 | $0.31 | **$0.16** | - |

**Lowering the Price of Raisin Bran without the Affirmative Misrepresentation (Fiber is good for digestive health)**

| "Fiber is good for digestive health" *(Value compared to Raisin Bran with "Fiber is good for digestive health")* | $1.89 per box of Raisin Bran | $2.59 per box of Raisin Bran | $3.29 per box of Raisin Bran | $3.99 per box of Raisin Bran | $4.69 per box of Raisin Bran |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | $0.29 | $0.28 | $0.23 | **$0.12** |

**Raising the Price of Raisin Bran with the Affirmative Misrepresentation (Fiber is good for digestive health)**

| "Fiber is good for digestive health" *(Value compared to Raisin Bran without "Fiber is good for digestive health")* | $1.89 per box of Raisin Bran | $2.59 per box of Raisin Bran | $3.29 per box of Raisin Bran | $3.99 per box of Raisin Bran | $4.69 per box of Raisin Bran |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.29 | $0.28 | $0.23 | **$0.12** | - |

K-29

**Lowering the Price of Raisin Bran without the Affirmative Misrepresentation (Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving))**

| **"Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving)"** *(Value compared to Raisin Bran with "Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving)")* | $1.89 per box of Raisin Bran | $2.59 per box of Raisin Bran | $3.29 per box of Raisin Bran | $3.99 per box of Raisin Bran | $4.69 per box of Raisin Bran |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.70 | $1.04 | $0.73 | **$0.38** |

**Raising the Price of Raisin Bran with the Affirmative Misrepresentation (Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving))**

| **"Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving)"** *(Value compared to Raisin Bran without "Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving)")* | $1.89 per box of Raisin Bran | $2.59 per box of Raisin Bran | $3.29 per box of Raisin Bran | $3.99 per box of Raisin Bran | $4.69 per box of Raisin Bran |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $1.07 | $0.90 | $0.71 | **$0.38** | - |

**Lowering the Price of Raisin Bran without the Affirmative Misrepresentation (Fiber is good for digestive health AND Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving))**

| "Fiber is good for digestive health" AND "Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving)" *(Value compared to Raisin Bran with "Fiber is good for digestive health" AND "Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving)")* | $1.89 per box of Raisin Bran | $2.59 per box of Raisin Bran | $3.29 per box of Raisin Bran | $3.99 per box of Raisin Bran | $4.69 per box of Raisin Bran |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.70 | >$1.40 | $1.01 | **$0.49** |

**Raising the Price of Raisin Bran with the Affirmative Misrepresentation (Fiber is good for digestive health AND Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving))**

| "Fiber is good for digestive health" AND "Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving)" *(Value compared to Raisin Bran without "Fiber is good for digestive health" AND "Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving)")* | $1.89 per box of Raisin Bran | $2.59 per box of Raisin Bran | $3.29 per box of Raisin Bran | $3.99 per box of Raisin Bran | $4.69 per box of Raisin Bran |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $1.46 | $1.14 | $0.82 | **$0.49** | - |

K-31

**Bran Flakes (16 oz)**

**Lowering the Price of Bran Flakes without the Affirmative Misrepresentation (Contains no high fructose corn syrup)**

| "Contains no high fructose corn syrup" *(Value compared to Bran Flakes with "Contains no high fructose corn syrup")* | $2.69 per box of Bran Flakes | $3.19 per box of Bran Flakes | $3.69 per box of Bran Flakes | $4.19 per box of Bran Flakes | $4.69 per box of Bran Flakes |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.50 | $0.93 | **$0.36** | $0.50 |

**Raising the Price of Bran Flakes with the Affirmative Misrepresentation (Contains no high fructose corn syrup)**

| "Contains no high fructose corn syrup" *(Value compared to Bran Flakes without "Contains no high fructose corn syrup")* | $2.69 per box of Bran Flakes | $3.19 per box of Bran Flakes | $3.69 per box of Bran Flakes | $4.19 per box of Bran Flakes | $4.69 per box of Bran Flakes |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.96 | $0.58 | **$0.36** | >$0.50 | - |

K-32

**Lowering the Price of Bran Flakes without the Affirmative Misrepresentation (CONTAINS DIETARY FIBER to Help Maintain Digestive Health)**

| "CONTAINS DIETARY FIBER to Help Maintain Digestive Health" *(Value compared to Bran Flakes with "CONTAINS DIETARY FIBER to Help Maintain Digestive Health")* | $2.69 per box of Bran Flakes | $3.19 per box of Bran Flakes | $3.69 per box of Bran Flakes | $4.19 per box of Bran Flakes | $4.69 per box of Bran Flakes |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.50 | >$1.00 | **$0.43** | $0.56 |

**Raising the Price of Bran Flakes with the Affirmative Misrepresentation (CONTAINS DIETARY FIBER to Help Maintain Digestive Health)**

| "CONTAINS DIETARY FIBER to Help Maintain Digestive Health" *(Value compared to Bran Flakes without "CONTAINS DIETARY FIBER to Help Maintain Digestive Health")* | $2.69 per box of Bran Flakes | $3.19 per box of Bran Flakes | $3.69 per box of Bran Flakes | $4.19 per box of Bran Flakes | $4.69 per box of Bran Flakes |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $1.06 | $0.65 | **$0.43** | >$0.50 | - |

**Lowering the Price of Bran Flakes without the Affirmative Misrepresentation (FIBER TO HELP WITH WEIGHT MANAGEMENT)**

| "FIBER TO HELP WITH WEIGHT MANAGEMENT" *(Value compared to Bran Flakes with "FIBER TO HELP WITH WEIGHT MANAGEMENT")* | $2.69 per box of Bran Flakes | $3.19 per box of Bran Flakes | $3.69 per box of Bran Flakes | $4.19 per box of Bran Flakes | $4.69 per box of Bran Flakes |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.50 | $0.93 | **$0.38** | $0.51 |

**Raising the Price of Bran Flakes with the Affirmative Misrepresentation (FIBER TO HELP WITH WEIGHT MANAGEMENT)**

| "FIBER TO HELP WITH WEIGHT MANAGEMENT" *(Value compared to Bran Flakes without "FIBER TO HELP WITH WEIGHT MANAGEMENT")* | $2.69 per box of Bran Flakes | $3.19 per box of Bran Flakes | $3.69 per box of Bran Flakes | $4.19 per box of Bran Flakes | $4.69 per box of Bran Flakes |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.96 | $0.59 | **$0.38** | >$0.50 | - |

K-34

**Lowering the Price of Bran Flakes without the Affirmative Misrepresentation (CONTAINS DIETARY FIBER to Help Maintain Digestive Health AND FIBER TO HELP WITH WEIGHT MANAGEMENT)**

| "CONTAINS DIETARY FIBER to Help Maintain Digestive Health" AND "FIBER TO HELP WITH WEIGHT MANAGEMENT" *(Value compared to Bran Flakes with "CONTAINS DIETARY FIBER to Help Maintain Digestive Health" AND "FIBER TO HELP WITH WEIGHT MANAGEMENT")* | $2.69 per box of Bran Flakes | $3.19 per box of Bran Flakes | $3.69 per box of Bran Flakes | $4.19 per box of Bran Flakes | $4.69 per box of Bran Flakes |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.50 | >$1.00 | $0.64 | $0.71 |

**Raising the Price of Bran Flakes with the Affirmative Misrepresentation (CONTAINS DIETARY FIBER to Help Maintain Digestive Health AND FIBER TO HELP WITH WEIGHT MANAGEMENT)**

| "CONTAINS DIETARY FIBER to Help Maintain Digestive Health" AND "FIBER TO HELP WITH WEIGHT MANAGEMENT" *(Value compared to Bran Flakes without "CONTAINS DIETARY FIBER to Help Maintain Digestive Health" AND "FIBER TO HELP WITH WEIGHT MANAGEMENT")* | $2.69 per box of Bran Flakes | $3.19 per box of Bran Flakes | $3.69 per box of Bran Flakes | $4.19 per box of Bran Flakes | $4.69 per box of Bran Flakes |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $1.24 | $0.83 | $0.61 | >$0.50 | - |

**Lowering the Price of Bran Flakes without the Affirmative Misrepresentation (Whole grains provide fiber and other important nutrients to help keep you healthy.)**

| "Whole grains provide fiber and other important nutrients to help keep you healthy." *(Value compared to Bran Flakes with "Whole grains provide fiber and other important nutrients to help keep you healthy.")* | $2.69 per box of Bran Flakes | $3.19 per box of Bran Flakes | $3.69 per box of Bran Flakes | $4.19 per box of Bran Flakes | $4.69 per box of Bran Flakes |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.50 | $0.86 | **$0.36** | $0.49 |

**Raising the Price of Bran Flakes with the Affirmative Misrepresentation (Whole grains provide fiber and other important nutrients to help keep you healthy.)**

| "Whole grains provide fiber and other important nutrients to help keep you healthy." *(Value compared to Bran Flakes without "Whole grains provide fiber and other important nutrients to help keep you healthy.")* | $2.69 per box of Bran Flakes | $3.19 per box of Bran Flakes | $3.69 per box of Bran Flakes | $4.19 per box of Bran Flakes | $4.69 per box of Bran Flakes |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.94 | $0.57 | **$0.36** | $0.49 | - |

K-36

**Lowering the Price of Bran Flakes without the Affirmative Misrepresentation (Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving))**

| "**Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving)**" *(Value compared to Bran Flakes with "Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving)")* | $2.69 per box of Bran Flakes | $3.19 per box of Bran Flakes | $3.69 per box of Bran Flakes | $4.19 per box of Bran Flakes | $4.69 per box of Bran Flakes |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.50 | >$1.00 | $0.60 | $0.69 |

**Raising the Price of Bran Flakes with the Affirmative Misrepresentation (Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving))**

| "**Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving)**" *(Value compared to Bran Flakes without "Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving)")* | $2.69 per box of Bran Flakes | $3.19 per box of Bran Flakes | $3.69 per box of Bran Flakes | $4.19 per box of Bran Flakes | $4.69 per box of Bran Flakes |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $1.19 | $0.79 | **$0.59** | >$0.50 | - |

**Lowering the Price of Bran Flakes without the Affirmative Misrepresentation (Whole grains provide fiber and other important nutrients to help keep you healthy. AND Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving))**

| "Whole grains provide fiber and other important nutrients to help keep you healthy." AND "Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving)" *(Value compared to Bran Flakes with "Whole grains provide fiber and other important nutrients to help keep you healthy." AND "Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving)")* | $2.69 per box of Bran Flakes | $3.19 per box of Bran Flakes | $3.69 per box of Bran Flakes | $4.19 per box of Bran Flakes | $4.69 per box of Bran Flakes |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.50 | >$1.00 | $1.41 | $0.96 |

**Raising the Price of Bran Flakes with the Affirmative Misrepresentation (Whole grains provide fiber and other important nutrients to help keep you healthy. AND Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving))**

| "Whole grains provide fiber and other important nutrients to help keep you healthy." AND "Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving)" *(Value compared to Bran Flakes without "Whole grains provide fiber and other important nutrients to help keep you healthy." AND "Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving)")* | $2.69 per box of Bran Flakes | $3.19 per box of Bran Flakes | $3.69 per box of Bran Flakes | $4.19 per box of Bran Flakes | $4.69 per box of Bran Flakes |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $1.48 | $1.12 | **$0.95** | >$0.50 | - |

**Alpha-Bits (12 oz)**

**Lowering the Price of Alpha-Bits without the Affirmative Misrepresentation (NO HIGH FRUCTOSE CORN SYRUP)**

| **"NO HIGH FRUCTOSE CORN SYRUP"** *(Value compared to Alpha-Bits with "NO HIGH FRUCTOSE CORN SYRUP")* | $1.99 per box of Alpha-Bits | $2.24 per box of Alpha-Bits | $2.49 per box of Alpha-Bits | $2.74 per box of Alpha-Bits | $2.99 per box of Alpha-Bits |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | > $0.25 | > $0.50 | $0.51 | **$0.32** |

**Raising the Price of Alpha-Bits with the Affirmative Misrepresentation (NO HIGH FRUCTOSE CORN SYRUP)**

| **"NO HIGH FRUCTOSE CORN SYRUP"** *(Value compared to Alpha-Bits without "NO HIGH FRUCTOSE CORN SYRUP")* | $1.99 per box of Alpha-Bits | $2.24 per box of Alpha-Bits | $2.49 per box of Alpha-Bits | $2.74 per box of Alpha-Bits | $2.99 per box of Alpha-Bits |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.52 | $0.50 | $0.36 | > $0.25 | - |

**Lowering the Price of Alpha-Bits without the Affirmative Misrepresentation (A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN)**

| "A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN" *(Value compared to Alpha-Bits with "A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN")* | $1.99 per box of Alpha-Bits | $2.24 per box of Alpha-Bits | $2.49 per box of Alpha-Bits | $2.74 per box of Alpha-Bits | $2.99 per box of Alpha-Bits |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | > $0.25 | > $0.50 | $0.66 | **$0.45** |

**Raising the Price of Alpha-Bits with the Affirmative Misrepresentation (A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN)**

| "A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN" *(Value compared to Alpha-Bits without "A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN")* | $1.99 per box of Alpha-Bits | $2.24 per box of Alpha-Bits | $2.49 per box of Alpha-Bits | $2.74 per box of Alpha-Bits | $2.99 per box of Alpha-Bits |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.67 | $0.59 | $0.46 | > $0.25 | - |

**Lowering the Price of Alpha-Bits without the Affirmative Misrepresentation (Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving))**

| "Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)" *(Value compared to Alpha-Bits with "Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)")* | $1.99 per box of Alpha-Bits | $2.24 per box of Alpha-Bits | $2.49 per box of Alpha-Bits | $2.74 per box of Alpha-Bits | $2.99 per box of Alpha-Bits |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.25 | >$0.50 | >$0.75 | **$0.89** |

**Raising the Price of Alpha-Bits with the Affirmative Misrepresentation (Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving))**

| "A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN" *(Value compared to Alpha-Bits without "Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)")* | $1.99 per box of Alpha-Bits | $2.24 per box of Alpha-Bits | $2.49 per box of Alpha-Bits | $2.74 per box of Alpha-Bits | $2.99 per box of Alpha-Bits |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.94 | >$0.75 | >$0.50 | >$0.25 | - |

**Honeycomb (12.5 oz)**

**Lowering the Price of Honeycomb without the Affirmative Misrepresentation
(SWEETENED CORN & OAT CEREAL)**

| "NUTRITIOUS SWEETENED CORN & OAT CEREAL" *(Value compared to Honeycomb with "NUTRITIOUS SWEETENED CORN & OAT CEREAL")* | $1.99 per box of Honeycomb | $2.49 per box of Honeycomb | $2.99 per box of Honeycomb | $3.49 per box of Honeycomb | $3.99 per box of Honeycomb |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | $0.05 | $0.05 | **$0.03** | $0.04 |

**Raising the Price of Honeycomb with the Affirmative Misrepresentation (NUTRITIOUS SWEETENED CORN & OAT CEREAL)**

| "NUTRITIOUS SWEETENED CORN & OAT CEREAL" *(Value compared to Honeycomb with "SWEETENED CORN & OAT CEREAL")* | $1.99 per box of Honeycomb | $2.49 per box of Honeycomb | $2.99 per box of Honeycomb | $3.49 per box of Honeycomb | $3.99 per box of Honeycomb |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.05 | $0.05 | **$0.03** | $0.04 | - |

**Lowering the Price of Honeycomb without the Affirmative Misrepresentation (Whole Grains Council Stamp (WHOLE GRAIN; 8g or more per serving))**

| "Whole Grains Council Stamp (WHOLE GRAIN; 8g or more per serving)" *(Value compared to Honeycomb with "Whole Grains Council Stamp (WHOLE GRAIN; 8g or more per serving)")* | $1.99 per box of Honeycomb | $2.49 per box of Honeycomb | $2.99 per box of Honeycomb | $3.49 per box of Honeycomb | $3.99 per box of Honeycomb |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.50 | $0.82 | **$0.49** | $0.57 |

**Raising the Price of Honeycomb with the Affirmative Misrepresentation (Whole Grains Council Stamp (WHOLE GRAIN; 8g or more per serving))**

| "Whole Grains Council Stamp (WHOLE GRAIN; 8g or more per serving)" *(Value compared to Honeycomb without "Whole Grains Council Stamp (WHOLE GRAIN; 8g or more per serving)")* | $1.99 per box of Honeycomb | $2.49 per box of Honeycomb | $2.99 per box of Honeycomb | $3.49 per box of Honeycomb | $3.99 per box of Honeycomb |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.82 | $0.68 | **$0.49** | >$0.50 | - |

**Waffle Crisp (11.5 oz)**

**Lowering the Price of Waffle Crisp without the Affirmative Misrepresentation (NO HIGH FRUCTOSE CORN SYRUP)**

| "NO HIGH FRUCTOSE CORN SYRUP" *(Value compared to Waffle Crisp with "NO HIGH FRUCTOSE CORN SYRUP")* | $1.59 per box of Waffle Crisp | $2.34 per box of Waffle Crisp | $3.09 per box of Waffle Crisp | $3.84 per box of Waffle Crisp | $4.59 per box of Waffle Crisp |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.75 | $0.48 | $0.62 | **$0.34** |

**Raising the Price of Waffle Crisp with the Affirmative Misrepresentation (NO HIGH FRUCTOSE CORN SYRUP)**

| "NO HIGH FRUCTOSE CORN SYRUP" *(Value compared to Waffle Crisp without "NO HIGH FRUCTOSE CORN SYRUP")* | $1.59 per box of Waffle Crisp | $2.34 per box of Waffle Crisp | $3.09 per box of Waffle Crisp | $3.84 per box of Waffle Crisp | $4.59 per box of Waffle Crisp |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.78 | $0.48 | $0.62 | **$0.34** | - |

K-44

**Lowering the Price of Waffle Crisp without the Affirmative Misrepresentation (Iron & Zinc for Growth)**

| **"Iron & Zinc for Growth"** *(Value compared to Waffle Crisp with "Iron & Zinc for Growth")* | $1.59 per box of Waffle Crisp | $2.34 per box of Waffle Crisp | $3.09 per box of Waffle Crisp | $3.84 per box of Waffle Crisp | $4.59 per box of Waffle Crisp |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | $0.60 | $0.39 | $0.51 | **$0.29** |

**Raising the Price of Waffle Crisp with the Affirmative Misrepresentation (Iron & Zinc for Growth)**

| **"Iron & Zinc for Growth"** *(Value compared to Waffle Crisp without "Iron & Zinc for Growth")* | $1.59 per box of Waffle Crisp | $2.34 per box of Waffle Crisp | $3.09 per box of Waffle Crisp | $3.84 per box of Waffle Crisp | $4.59 per box of Waffle Crisp |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $0.60 | $0.39 | $0.51 | **$0.29** | - |

K-45

**Lowering the Price of Waffle Crisp without the Affirmative Misrepresentation (NO HIGH FRUCTOSE CORN SYRUP AND Iron & Zinc for Growth)**

| "NO HIGH FRUCTOSE CORN SYRUP" AND "Iron & Zinc for Growth" *(Value compared to Waffle Crisp with "NO HIGH FRUCTOSE CORN SYRUP" AND "Iron & Zinc for Growth")* | $1.59 per box of Waffle Crisp | $2.34 per box of Waffle Crisp | $3.09 per box of Waffle Crisp | $3.84 per box of Waffle Crisp | $4.59 per box of Waffle Crisp |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | - | >$0.75 | $1.01 | $1.03 | **$0.59** |

**Raising the Price of Waffle Crisp with the Affirmative Misrepresentation (NO HIGH FRUCTOSE CORN SYRUP AND Iron & Zinc for Growth)**

| "NO HIGH FRUCTOSE CORN SYRUP" AND "Iron & Zinc for Growth" *(Value compared to Waffle Crisp without "NO HIGH FRUCTOSE CORN SYRUP" AND "Iron & Zinc for Growth")* | $1.59 per box of Waffle Crisp | $2.34 per box of Waffle Crisp | $3.09 per box of Waffle Crisp | $3.84 per box of Waffle Crisp | $4.59 per box of Waffle Crisp |
|---|---|---|---|---|---|
| *Price Constrained Model* | | | | | |
| Randomized First Choice Simulation | $1.26 | $0.92 | $0.94 | **$0.59** | - |

K-46

**Ratio Table**

This table shows the ratio of the price premium for the Whole Grain Council Stamp to the price premium for the other whole grain affirmative misrepresentation at issue for that cereal or granola, should one be present.

| | Whole Grain Council Stamp | Other whole grain claim | Ratio | Other whole grain claim |
|---|---|---|---|---|
| *Great Grains* | $   0.31 | $   0.26 | 1.19 | *It's whole foods from the field to your bowl, with whole grains, fiber, and nutritious ingredients in every bite!* |
| *Honey Bunches of Oats* | $   0.36 | $   0.12 | 3.00 | *4 Wholesome Grains* |
| *HBO Whole Grain* | $   0.51 | $   0.21 | 2.43 | *WHOLE GRAINS – good for your family, good for you.* |
| *Bran Flakes* | $   0.59 | $   0.36 | 1.64 | *Whole grains provide fiber and other important nutrients to help keep you healthy.* |

## Price Premia – Whole Grain Council Stamp Adjustments

These tables summarize the price premia, in dollar and percentage form, for the Whole Grains Council Stamp in the conjoint analysis surveys.  Results are rounded down to the nearest cent and three significant figures.  The column descriptions are as follows:

1) Whole Grains Council Stamp text from survey
2) The price premium in dollars and cents
3) The price premium as a percentage of the maximum price in each of the surveys
4) The price premium in dollars and cents, with the premia for the Whole Grains Council Stamp ("WGCS") adjusted downwards to compensate for any possible bias due to showing the stamp as a graphic in the descriptions of the attributes and levels, prior to the choice tasks, in the surveys.  This was done to be conservative.
   a. If the cereal in question had another whole grain-related affirmative misrepresentation, the price premium for the WGCS was set equal to the premium of the latter.  These price premia will be followed by "(a)."
   b. If the cereal in question did not have another whole grain-related affirmative misrepresentation, the price premium for the WGCS was lowered by a factor of 3, which is equal to the largest ratio of the unadjusted price premium for the WGCS to the premium of the other whole grain-related affirmative misrepresentation across all of the brands of cereals and granola in the surveys.  See the table on the previous page for these ratios.  These price premia will be followed by "(b)."
5) The price premium as a percentage of the maximum price in each survey, based on column 4, which has the adjustments to the value for the WGCS.

K-48

| **Post Great Grains Cereals** | Price Premium | Price Premium $4.49 Max | Price Premium WGCS Adjusted | Price Premium $4.49 Max WGCS Adjusted |
|---|---|---|---|---|
| | $ | % | $ | % |
| Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) | $0.31 | 6.90% | $0.26 | 5.79% (a) |

| **Post Honey Bunches of Oats** | Price Premium | Price Premium $4.69 Max | Price Premium WGCS Adjusted | Price Premium $4.69 Max WGCS Adjusted |
|---|---|---|---|---|
| | $ | % | $ | % |
| Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving) | $0.36 | 7.67% | $0.12 | 2.55% (a) |

| **Post Honey Bunches of Oats – Whole Grain** | Price Premium | Price Premium $4.89 Max | Price Premium WGCS Adjusted | Price Premium $4.89 Max WGCS Adjusted |
|---|---|---|---|---|
| | $ | % | $ | % |
| Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving) | $0.51 | 10.4% | $0.21 | 4.29% (a) |

K-49

| **Post Honey Bunches of Oats Granola** | Price Premium | Price Premium $4.19 Max | Price Premium WGCS Adjusted | Price Premium $4.19 Max WGCS Adjusted |
| --- | --- | --- | --- | --- |
| | $ | % | $ | % |
| Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving) | $0.39 | 9.30% | $0.13 | 3.10% (b) |

| **Post Raisin Bran** | Price Premium | Price Premium $4.69 Max | Price Premium WGCS Adjusted | Price Premium $4.69 Max WGCS Adjusted |
| --- | --- | --- | --- | --- |
| | $ | % | $ | % |
| Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving) | $0.38 | 8.10% | $0.12 | 2.55% (b) |

| **Post Bran Flakes** | Price Premium | Price Premium $4.69 Max | Price Premium WGCS Adjusted | Price Premium $4.69 Max WGCS Adjusted |
| --- | --- | --- | --- | --- |
| | $ | % | $ | % |
| Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving) | $0.59 | 12.5% | $0.36 | 7.67% (a) |

K-50

| **Post Alpha-Bits** | Price Premium | Price Premium $2.99 Max | Price Premium WGCS Adjusted | Price Premium $2.99 Max WGCS Adjusted |
| --- | --- | --- | --- | --- |
| | $ | % | $ | % |
| Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) | $0.89 | 29.7% | $0.29 | 9.69% (b) |

| **Post Honeycomb** | Price Premium | Price Premium $3.99 Max | Price Premium WGCS Adjusted | Price Premium $3.99 Max WGCS Adjusted |
| --- | --- | --- | --- | --- |
| | $ | % | $ | % |
| Whole Grains Council Stamp (WHOLE GRAIN; 8g or more per serving) | $0.49 | 12.2% | $0.16 | 4.01% (b) |

K-51

**Exhibit L: Data Glossary**

Conjoint Surveys

| Variable | Description | Code |
|---|---|---|
| ID | | |
| S1 | What type of electronic device are you using to complete this survey? | 1 = Desktop computer<br>2 = Laptop computer<br>3 = Tablet computer<br>4 = Smartphone<br>5 = Other mobile or electronic device |
| S2 | In which state do you live? | |
| S3 | Are you…? | 1 = Male<br>2 = Female |
| S4 | Into which of the following categories does your age fall? | 1 = Under 18<br>2 = 18-34<br>3 = 35-49<br>4 = 50-64<br>5 = 65+ |
| S5_1 | Do you or does any member of your household work for any of the following types of companies? | 1 = A company that makes or manufactures breakfast cereal or granola |
| S5_2 | Do you or does any member of your household work for any of the following types of companies? | 1 = A company that makes or manufactures chewing gum or candy |
| S5_3 | Do you or does any member of your household work for any of the following types of companies? | 1 = A company that makes or manufactures breads, buns, or rolls |
| S5_4 | Do you or does any member of your household work for any of the following types of companies? | 1 = A company that makes or manufactures shampoo or conditioner |
| S5_5 | Do you or does any member of your household work for any of the following types of companies? | 1 = A marketing or market research firm |
| S5_6 | Do you or does any member of your household work for any of the following types of companies? | 1 = A public relations or advertising agency |
| S5_7 | Do you or does any member of your household work for any of the following types of companies? | 1 = None of the above |
| S6_1 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Bottled water |

| S6_2 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Bread |
| S6_3 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Cereal |
| S6_4 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Granola |
| S6_5 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Cheese |
| S6_6 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Dish soap |
| S6_7 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Ice cream |
| S6_8 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Laundry detergent |
| S6_9 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Milk |
| S6_10 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = None of the above |

| S7 Great Grains - You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased in the past 3 months? | |
| --- | --- |
| S7_1 – Great Grains | 1 = Kellogg's Frosted Flakes |
| S7_2 – Great Grains | 1 = Kellogg's Frosted Mini Wheats |
| S7_3 – Great Grains | 1 = Kellogg's Rice Krispies |
| S7_4 – Great Grains | 1 = Kellogg's Special K |
| S7_5 – Great Grains | 1 = General Mills Cheerios |
| S7_6 – Great Grains | 1 = General Mills Fiber One |
| S7_7 – Great Grains | 1 = General Mills Kix |
| S7_8 – Great Grains | 1 = General Mills Lucky Charms |
| S7_9 – Great Grains | 1 = Post Great Grains |
| S7_10 – Great Grains | 1 = Post Honey Bunches of Oats |
| S7_11 – Great Grains | 1 = Post Honeycomb |
| S7_12 – Great Grains | 1 = Post Raisin Bran |
| S7_13 – Great Grains | 1 = None of the above |

| S7 Honey Bunches of Oats - You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased? ||
|---|---|
| S7_1 – Honey Bunches of Oats | 1 = Kellogg's Frosted Flakes |
| S7_2 – Honey Bunches of Oats | 1 = Kellogg's Frosted Mini Wheats |
| S7_3 – Honey Bunches of Oats | 1 = Kellogg's Rice Krispies |
| S7_4 – Honey Bunches of Oats | 1 = Kellogg's Special K |
| S7_5 – Honey Bunches of Oats | 1 = General Mills Cheerios |
| S7_6 – Honey Bunches of Oats | 1 = General Mills Fiber One |
| S7_7 – Honey Bunches of Oats | 1 = General Mills Kix |
| S7_8 – Honey Bunches of Oats | 1 = General Mills Lucky Charms |
| S7_9 – Honey Bunches of Oats | 1 = Post Great Grains |
| S7_10 – Honey Bunches of Oats | 1 = Post Honey Bunches of Oats |
| S7_11 – Honey Bunches of Oats | 1 = Post Honeycomb |
| S7_12 – Honey Bunches of Oats | 1 = Post Raisin Bran |
| S7_13 – Honey Bunches of Oats | 1 = None of the above |

| S7 Honey Bunches of Oats Whole Grain - You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased? ||
|---|---|
| S7_1 – Honey Bunches of Oats Whole Grain | 1 = Kellogg's Frosted Flakes |
| S7_2 – Honey Bunches of Oats Whole Grain | 1 = Kellogg's Frosted Mini Wheats |
| S7_3 – Honey Bunches of Oats Whole Grain | 1 = Kellogg's Special K |
| S7_4 – Honey Bunches of Oats Whole Grain | 1 = Kellogg's Special K Protein |
| S7_5 – Honey Bunches of Oats Whole Grain | 1 = General Mills Cheerios |
| S7_6 – Honey Bunches of Oats Whole Grain | 1 = General Mills Corn Chex |
| S7_7 – Honey Bunches of Oats Whole Grain | 1 = General Mills Fiber One |
| S7_8 – Honey Bunches of Oats Whole Grain | 1 = General Mills Wheat Chex |
| S7_9 – Honey Bunches of Oats Whole Grain | 1 = Post Honey Bunches of Oats |
| S7_10 – Honey Bunches of Oats Whole Grain | 1 = Post Honey Bunches of Oats Whole Grain |
| S7_11 – Honey Bunches of Oats Whole Grain | 1 = Post Honeycomb |
| S7_12 – Honey Bunches of Oats Whole Grain | 1 = Post Raisin Bran |
| S7_13 – Honey Bunches of Oats Whole Grain | 1 = None of the above |

| S7 – Honey Bunches of Oats Granola: You previously mentioned that you had purchased granola. Which, if any, types of granola have you purchased in the past 3 months? ||
|---|---|
| S7_1 – Honey Bunches of Oats Granola | 1 = Post Honey Bunches of Oats Granola |
| S7_2 – Honey Bunches of Oats Granola | 1 = General Mills Nature Valley Granola |
| S7_3 – Honey Bunches of Oats Granola | 1 = Kellogg's Special K Granola |
| S7_4 – Honey Bunches of Oats Granola | 1 = Quaker Simply Granola |
| S7_5 – Honey Bunches of Oats Granola | 1 = None of the above |

| S7 – Raisin Bran: You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased in the past 3 months? ||
|---|---|
| S7_1 – Raisin Bran | 1 = Kellogg's Frosted Flakes |

| S7_2 – Raisin Bran | 1 = Kellogg's Frosted Mini Wheats |
| S7_3 – Raisin Bran | 1 = Kellogg's Special K |
| S7_4 – Raisin Bran | 1 = Kellogg's Special K Protein |
| S7_ 5 – Raisin Bran | 1 = General Mills Cheerios |
| S7_ 6 – Raisin Bran | 1 = General Mills Corn Chex |
| S7_ 7 – Raisin Bran | 1 = General Mills Fiber One |
| S7_ 8 – Raisin Bran | 1 = General Mills Wheat Chex |
| S7_ 9 – Raisin Bran | 1 = Post Great Grains |
| S7_ 10 – Raisin Bran | 1 = Post Honey Bunches of Oats |
| S7_ 11 – Raisin Bran | 1 = Post Honeycomb |
| S7_12 – Raisin Bran | 1 = Post Raisin Bran |
| S7_13 – Raisin Bran | 1 = None of the above |

| S7 – Bran Flakes: You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased in the past 3 months? | |
|---|---|
| S7_1 – Bran Flakes | 1 = Kellogg's Frosted Flakes |
| S7_2 – Bran Flakes | 1 = Kellogg's Frosted Mini Wheats |
| S7_3 – Bran Flakes | 1 = Kellogg's Rice Krispies |
| S7_4 – Bran Flakes | 1 = Kellogg's Special K |
| S7_5 – Bran Flakes | 1 = General Mills Cheerios |
| S7_6 – Bran Flakes | 1 = General Mills Fiber One |
| S7_7 – Bran Flakes | 1 = General Mills Kix |
| S7_8 – Bran Flakes | 1 = General Mills Lucky Charms |
| S7_9 – Bran Flakes | 1 = Post Bran Flakes |
| S7_10 – Bran Flakes | 1 = Post Great Grains |
| S7_11 – Bran Flakes | 1 = Post Honey Bunches of Oats |
| S7_12 – Bran Flakes | 1 = Post Honeycomb |
| S7_13 – Bran Flakes | 1 = None of the above |

| S7 – Alpha-Bits: You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased in the past 3 months? | |
|---|---|
| S7_1 – Alpha-Bits | 1 = Kellogg's Frosted Flakes |
| S7_2 – Alpha-Bits | 1 = Kellogg's Frosted Mini Wheats |
| S7_3 – Alpha-Bits | 1 = Kellogg's Rice Krispies |
| S7_4 – Alpha-Bits | 1 = Kellogg's Special K |
| S7_5 – Alpha-Bits | 1 = General Mills Cheerios |
| S7_6 – Alpha-Bits | 1 = General Mills Fiber One |
| S7_7 – Alpha-Bits | 1 = General Mills Kix |
| S7_8 – Alpha-Bits | 1 = General Mills Lucky Charms |
| S7_9 – Alpha-Bits | 1 = Post Alpha-Bits |
| S7_10 – Alpha-Bits | 1 = Post Honey Bunches of Oats |
| S7_11 – Alpha-Bits | 1 = Post Honeycomb |
| S7_12 – Alpha-Bits | 1 = Post Waffle Crisp |

L-4

| S7_13 – Alpha-Bits | 1 = None of the above |
|---|---|

| S7 – Honeycomb: You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased in the past 3 months? | |
|---|---|
| S7_1 – Honeycomb | 1 = Kellogg's Frosted Flakes |
| S7_2 – Honeycomb | 1 = Kellogg's Frosted Mini Wheats |
| S7_3 – Honeycomb | 1 = Kellogg's Rice Krispies |
| S7_4 – Honeycomb | 1 = Kellogg's Special K |
| S7_5 – Honeycomb | 1 = General Mills Cheerios |
| S7_6 – Honeycomb | 1 = General Mills Fiber One |
| S7_7 – Honeycomb | 1 = General Mills Kix |
| S7_8 – Honeycomb | 1 = General Mills Lucky Charms |
| S7_9 – Honeycomb | 1 = Post Great Grains |
| S7_10 – Honeycomb | 1 = Post Honey Bunches of Oats |
| S7_11 – Honeycomb | 1 = Post Honeycomb |
| S7_12 – Honeycomb | 1 = Post Raisin Bran |
| S7_13 – Honeycomb | 1 = None of the above |

| S7 – Waffle Crisp: You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased in the past 6 months? | |
|---|---|
| S7_1 – Waffle Crisp | 1 = Kellogg's Frosted Flakes |
| S7_2 – Waffle Crisp | 1 = Kellogg's Frosted Mini Wheats |
| S7_3 – Waffle Crisp | 1 = Kellogg's Rice Krispies |
| S7_4 – Waffle Crisp | 1 = Kellogg's Special K |
| S7_5 – Waffle Crisp | 1 = General Mills Cheerios |
| S7_6 – Waffle Crisp | 1 = General Mills Fiber One |
| S7_7 – Waffle Crisp | 1 = General Mills Kix |
| S7_8 – Waffle Crisp | 1 = General Mills Lucky Charms |
| S7_9 – Waffle Crisp | 1 = Post Alpha-Bits |
| S7_10 – Waffle Crisp | 1 = Post Honey Bunches of Oats |
| S7_11 – Waffle Crisp | 1 = Post Honeycomb |
| S7_12 – Waffle Crisp | 1 = Post Waffle Crisp |
| S7_13 – Waffle Crisp | 1 = None of the above |

| S8 - Great Grains: You previously mentioned that you had purchased Great Grains. Which, if any, of the following types of Great Grains have you purchased in the past 3 months? | |
|---|---|
| S8_1 – Great Grains | 1 = Blueberry Morning |
| S8_2 – Great Grains | 1 = Cranberry Almond Crunch |
| S8_3 – Great Grains | 1 = Crunchy Pecan |
| S8_4 – Great Grains | 1 = Banana Nut Crunch |
| S8_5 – Great Grains | 1 = Raisins, Dates & Pecans |
| S8_6 – Great Grains | 1 = Coconut Almond Crunch |

| S8_7 – Great Grains | 1 = None of the above |

| S8 - Honey Bunches of Oats: You previously mentioned that you had purchased Honey Bunches of Oats. Which, if any, of the following types of Honey Bunches of Oats have you purchased? | |
|---|---|
| S8_1 – Honey Bunches of Oats | 1 = With Almonds |
| S8_2 – Honey Bunches of Oats | 1 = Honey Roasted |
| S8_3 – Honey Bunches of Oats | 1 = Greek Honey Crunch |
| S8_4 – Honey Bunches of Oats | 1 = With Real Strawberries |
| S8_5 – Honey Bunches of Oats | 1 = With Cinnamon Bunches |
| S8_6 – Honey Bunches of Oats | 1 = With Vanilla Bunches |
| S8_7 – Honey Bunches of Oats | 1 = Banana Bunches |
| S8_8 – Honey Bunches of Oats | 1 = Chocolate |
| S8_9 – Honey Bunches of Oats | 1 = None of the above |

| S8 - Honey Bunches of Oats Whole Grain: You previously mentioned that you had purchased Honey Bunches of Oats Whole Grain. Which, if any, of the following types of Honey Bunches of Oats Whole Grain have you purchased? | |
|---|---|
| S8_1 – Honey Bunches of Oats Whole Grain | 1 = Honey Crunch |
| S8_2 – Honey Bunches of Oats Whole Grain | 1 = Vanilla Bunches |
| S8_3 – Honey Bunches of Oats Whole Grain | 1 = Almond Crunch |
| S8_4 – Honey Bunches of Oats Whole Grain | 1 = None of the above |

| S8 - Honey Bunches of Oats Granola: You previously mentioned that you had purchased Honey Bunches of Oats Granola. Which, if any, of the following types of Honey Bunches of Oats Granola have you purchased in the past 3 months? | |
|---|---|
| S8_1 – Honey Bunches of Oats Granola | 1 = Honey Roasted |
| S8_2 – Honey Bunches of Oats Granola | 1 = French Vanilla Almond |
| S8_3 – Honey Bunches of Oats Granola | 1 = Toffee Almond |
| S8_4 – Honey Bunches of Oats Granola | 1 = Maple Pecan |
| S8_5 – Honey Bunches of Oats Granola | 1 = None of the above |

| S8 – Raisin Bran, Bran Flakes, Alpha-Bits, Honeycomb, Waffle Crisp<br><br>S9 – Great Grains, Honey Bunches of Oats, Honey Bunches of Oats Whole Grain, Honey Bunches of Oats Granola | Please select ["NORTH"] ["SOUTH"] ["EAST"] ["WEST"] from the following list in order to continue with this survey. | 1 = NORTH<br>2 = SOUTH<br>3 = EAST<br>4 = WEST |

L-6

| S9 – Raisin Bran, Bran Flakes, Alpha-Bits, Honeycomb, Waffle Crisp<br><br>S10 – Great Grains, Honey Bunches of Oats, Honey Bunches of Oats Whole Grain, Honey Bunches of Oats Granola | You have qualified to take this survey. Before continuing, please carefully read these instructions… | 1 = I understand and agree to the above instructions<br>2 = I do not understand or do not agree to the above instructions |
| --- | --- | --- |
| StartTime | Date and time the survey was started | |
| EndTime | Date and time the survey was completed | |

Demand Modeling Surveys

| Variable | Description | Code |
|---|---|---|
| ID | | |
| S1 | What type of electronic device are you using to complete this survey? | 1 = Desktop computer<br>2 = Laptop computer<br>3 = Tablet computer<br>4 = Smartphone<br>5 = Other mobile or electronic device |
| S2 | In which state do you live? | |
| S3 | Are you…? | 1 = Male<br>2 = Female |
| S4 | Into which of the following categories does your age fall? | 1 = Under 18<br>2 = 18-34<br>3 = 35-49<br>4 = 50-64<br>5 = 65+ |
| S5_1 | Do you or does any member of your household work for any of the following types of companies? | 1 = A company that makes or manufactures breakfast cereal or granola |
| S5_2 | Do you or does any member of your household work for any of the following types of companies? | 1 = A company that makes or manufactures chewing gum or candy |
| S5_3 | Do you or does any member of your household work for any of the following types of companies? | 1 = A company that makes or manufactures breads, buns, or rolls |
| S5_4 | Do you or does any member of your household work for any of the following types of companies? | 1 = A company that makes or manufactures shampoo or conditioner |
| S5_5 | Do you or does any member of your household work for any of the following types of companies? | 1 = A marketing or market research firm |
| S5_6 | Do you or does any member of your household work for any of the following types of companies? | 1 = A public relations or advertising agency |
| S5_7 | Do you or does any member of your household work for any of the following types of companies? | 1 = None of the above |
| S6_1 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Bottled water |
| S6_2 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Bread |

| S6_3 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Cereal |
|---|---|---|
| S6_4 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Granola |
| S6_5 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Cheese |
| S6_6 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Dish soap |
| S6_7 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Ice cream |
| S6_8 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Laundry detergent |
| S6_9 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = Milk |
| S6_10 | Which, if any, of the following products have you purchased [, in the past X months]? | 1 = None of the above |
| S7_1 | You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased [in the past X months]? | 1 = Kellogg's Frosted Flakes |
| S7_2 | You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased [in the past X months]? | 1 = Kellogg's Frosted Mini Wheats |
| S7_3 | You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased [in the past X months]? | 1 = Kellogg's Rice Krispies |
| S7_4 | You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased [in the past X months]? | 1 = Kellogg's Special K |
| S7_5 | You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased [in the past X months]? | 1 = General Mills Cheerios |

| S7_6 | You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased [in the past X months]? | 1 = General Mills Fiber One |
| S7_7 | You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased [in the past X months]? | 1 = General Mills Kix |
| S7_8 | You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased [in the past X months]? | 1 = General Mills Lucky Charms |
| S7_9 | You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased [in the past X months]? | 1 = Post Great Grains |
| S7_10 | You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased [in the past X months]? | 1 = Post Honey Bunches of Oats |
| S7_11 | You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased [in the past X months]? | 1 = Post Honeycomb |
| S7_12 | You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased [in the past X months]? | 1 = Post Raisin Bran |
| S7_13 | You previously mentioned that you had purchased cereal. Which, if any, types of cereal have you purchased [in the past X months]? | 1 = None of the above |

| S8 - Great Grains: You previously mentioned that you had purchased Great Grains. Which, if any, of the following types of Great Grains have you purchased in the past 3 months? ||
|---|---|
| S8_1 – Great Grains | 1 = Blueberry Morning |
| S8_2 – Great Grains | 1 = Cranberry Almond Crunch |
| S8_3 – Great Grains | 1 = Crunchy Pecan |
| S8_4 – Great Grains | 1 = Banana Nut Crunch |
| S8_5 – Great Grains | 1 = Raisins, Dates & Pecans |
| S8_6 – Great Grains | 1 = Coconut Almond Crunch |
| S8_7 – Great Grains | 1 = None of the above |

L-10

| S8 – Honey Bunches of Oats: You previously mentioned that you had purchased Honey Bunches of Oats. Which, if any, of the following types of Honey Bunches of Oats have you purchased? ||
|---|---|
| S8_1 – Honey Bunches of Oats | 1 = With Almonds |
| S8_2 – Honey Bunches of Oats | 1 = Honey Roasted |
| S8_3 – Honey Bunches of Oats | 1 = Greek Honey Crunch |
| S8_4 – Honey Bunches of Oats | 1 = With Real Strawberries |
| S8_5 – Honey Bunches of Oats | 1 = With Cinnamon Bunches |
| S8_6 – Honey Bunches of Oats | 1 = With Vanilla Bunches |
| S8_7 – Honey Bunches of Oats | 1 = Banana Bunches |
| S8_8 – Honey Bunches of Oats | 1 = Chocolate |
| S8_9 – Honey Bunches of Oats | 1 = None of the above |

| | | |
|---|---|---|
| S9 | Please select ["NORTH"] ["SOUTH"] ["EAST"] ["WEST"] from the following list in order to continue with this survey. | 1 = NORTH<br>2 = SOUTH<br>3 = EAST<br>4 = WEST |
| S10 | You have qualified to take this survey. Before continuing, please carefully read these instructions… | 1 = I understand and agree to the above instructions<br>2 = I do not understand or do not agree to the above instructions |
| Q1 – Great Grains/Honey Bunches of Oats | Please look at the bowls shown below. Which bowl, if any, most closely matches in size and depth the bowl you will use when you eat [Great Grains/Honey Bunches of Oats] in the near future? | 1= Small size bowl (Width 5 ¾" by Height 2 ¾")<br>2= Medium size bowl (Width 6 ¼" by Height 3")<br>3= Large size bowl (Width 8 ¼" by Height 2 ¾")<br>4= Don't know/Unsure<br>5= I do not plan to be eating [Great Grains/HBOO] in the near future |
| Q2 – Great Grains | Please look at the different serving sizes in the bowl you chose.  Which serving size most closely matches the amount of cereal you plan to pour in the bowl when you eat Great Grains in the near future? | 1= 0.5 cups of Great Grains<br>2= 0.75 cups of Great Grains<br>3= 1.5 cups of Great Grains<br>4= 2 cups of Great Grains<br>5 = 3 cups of Great Grains<br>6 = 4 cups of Great Grains<br>7 = 5 cups of Great Grains<br>8 = 6 cups of Great Grains<br>DK = Don't know/Unsure |

| Q2 – Honey Bunches of Oats | Please look at the different serving sizes in the bowl you chose.  Which serving size most closely matches the amount of cereal you plan to pour in the bowl when you eat Honey Bunches of Oats in the near future? | 1= 0.5 cups of HBOO<br>2= 0.75 cups of HBOO<br>3= 1.5 cups of HBOO<br>4= 2 cups of HBOO<br>5 = 3 cups of HBOO<br>6 = 4 cups of HBOO<br>7 = 5 cups of HBOO<br>8 = 6 cups of HBOO<br>DK = Don't know/Unsure |
|---|---|---|
| Q3 – Great Grains/Honey Bunches of Oats | How often do you plan to eat bowls of [Great Grains/Honey Bunches of Oats], like the one you chose, in the near future? | 1 = At least 1 bowl per week<br>2 = Less than 1 bowl per week, but at least 1 bowl per month<br>3 = Less than 1 bowl per month<br>4 = Don't know/Unsure |
| Q4 – Great Grains/Honey Bunches of Oats | How many bowls of [Great Grains/Honey Bunches of Oats], like the one you chose, do you plan to eat per [week/month] in the near future? | DK = Don't know/Unsure |
| sVersion | Cell Assignment | T=Test<br>C=Control |
| StartTime | Date and time the survey was started | |
| EndTime | Date and time the survey was completed | |

L-12

**Exhibit M-W: Data Files**

| Native Data Files | Exhibit Letter |
|---|---|
| Great Grains | Exhibit M |
| Honey Bunches of Oats | Exhibit N |
| Honey Bunches of Oats Whole Grain | Exhibit O |
| Honey Bunches of Oats Granola | Exhibit P |
| Raisin Bran | Exhibit Q |
| Bran Flakes | Exhibit R |
| Alpha-Bits | Exhibit S |
| Honeycomb | Exhibit T |
| Waffle Crisp | Exhibit U |
| Great Grains (Demand Modeling) | Exhibit V |
| Honey Bunches of Oats (Demand Modeling) | Exhibit W |

## Exhibit X: CBC/HB Settings

**General Notes:**

- Using Lighthouse Studio 9.6.1

- Correlated error was applied to all attributes including price when running the market simulator.

**Screenshots of CBC/HB Settings**

Respondent ID settings:



Respondent Filter settings:



Tasks settings are set depending on analysis objectives (e.g., some tasks may be held out during holdout analyses):



Attribute Coding settings (interactions may be added depending on analysis objectives):



Constraints settings are set depending on analysis objectives (e.g., constraining price):



X-4

Estimation Settings (see the table immediately below this screenshot for the actual number of iterations before using results, and the number to be used for each respondent, in each survey):



| Cereal | Number of Iterations Before Using Results | Number of Draws to Be Used for Each Respondent |
|---|---|---|
| Great Grains | 10,000 | 10,000 |
| Honey Bunches of Oats | 10,000 | 10,000 |
| Honey Bunches of Oats Whole Grain | 40,000 | 10,000 |
| Honey Bunches of Oats Granola | 10,000 | 10,000 |
| Raisin Bran | 10,000 | 10,000 |
| Bran Flakes | 30,000 | 10,000 |
| Alpha-Bits | 50,000 | 10,000 |
| Honeycomb | 30,000 | 10,000 |
| Waffle Crisp | 10,000 | 10,000 |

- Convergence was assessed through observation of the chart depicting mean constrained beta parameters vs. iteration that is displayed by the HB regression software during estimation. While there may be variation in the betas across iterations, once they have no

X-5

general trend upward or downward, convergence is considered to have been achieved.[1] The number of iterations used for "burn-in"[2] varied by cereal, as shown in the table below.

Advanced settings (see below for Prior degrees of freedom and Prior variance used in each survey):



| Cereal | Optimal Degrees of Freedom | Optimal Prior Variance |
|---|---|---|
| Great Grains | 5 | 0.2 |
| Honey Bunches of Oats | 5 | 0.5 |
| Honey Bunches of Oats Whole Grain | 2 | 0.5 |
| Honey Bunches of Oats Granola | 2 | 0.2 |
| Raisin Bran | 2 | 0.2 |
| Bran Flakes | 2 | 0.5 |
| Alpha-Bits | 2 | 1.0 |
| Honeycomb | 2 | 0.5 |
| Waffle Crisp | 5 | 0.5 |

---

[1] *HB-Reg v4 For Hierarchical Bayes Regression*, Sawtooth Software Technical Paper Series, 2013, pp. 12, 17, 18. See also Train, Kenneth E. (2009). *Discrete Choice Methods with Simulation, (2nd Edition)*, New York, NY: Cambridge University Press, p. 303.
[2] "Burn-in" is a term for the initial set of iterations during which the betas may exhibit upward or downward trends while the model searches for, and then achieves, convergence.

- The optimal prior variance and degrees of freedom shown above were set based on the grid search output from the Model Explorer (downloadable from Sawtooth Software).

Advanced Output Options settings:



**Combining Screener Data Files and Conjoint Data Files**

- To match screener data to conjoint data use the field called "RespID" in the conjoint data, and "AMSID" in the screener data.

| Conjoint Study | Screener Data Exhibit Name | Conjoint Data/SSI File Name Prefix |
|---|---|---|
| Great Grains | Exhibit M | pcgg_data.csv/pcgg.ssi |
| Honey Bunches of Oats | Exhibit N | pchb_data.csv/pchb.ssi_ |
| Honey Bunches of Oats Whole Grain | Exhibit O | hbwg_data.csv/hbwg.ssi |
| Honey Bunches of Oats Granola | Exhibit P | hbgr_data.csv/hbgr.ssi |
| Raisin Bran | Exhibit Q | pcrb_data.csv/pcrb.ssi |
| Bran Flakes | Exhibit R | pcbf_data.csv/pcbf.ssi |
| Alpha-Bits | Exhibit S | pcab_data.csv/pcab.ssi |
| Honeycomb | Exhibit T | pchy_data.csv/pchy.ssi |
| Waffle Crisp | Exhibit U | pcwf_data.csv/pcwf.ssi |

## Simulator Settings

- Each attribute's level settings during the market simulations are listed in the tables below.

- Light blue denotes the key attribute being analyzed in the market simulation.  Price, which is not shown, should be set in accordance with the simulation run's objectives.  See Exhibit K for details on the market simulations run for this report.

| | Brand | Flavor | Label A – Less processed | Label B – Whole Grains | Label C – Metabolism | Label D – Non Key Labels |
|---|---|---|---|---|---|---|
| **Product 1** | Post Great Grains | Blueberry Morning | Less processed nutrition you can see | It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite! | HELPS SUPPORT A HEALTHY METABOLISM | WHY BE GOOD WHEN YOU CAN BE GREAT? **AND** is an excellent source of folic acid and iron |
| **Product 2** | Post Great Grains | Blueberry Morning | Label A - Blank | It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite! | HELPS SUPPORT A HEALTHY METABOLISM | WHY BE GOOD WHEN YOU CAN BE GREAT? **AND** is an excellent source of folic acid and iron |
| | | | | | | |
| **Product 1** | Post Great Grains | Blueberry Morning | Why less processed? Quite simply, because it's good for you! | It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite! | HELPS SUPPORT A HEALTHY METABOLISM | WHY BE GOOD WHEN YOU CAN BE GREAT? **AND** is an excellent source of folic acid and iron |
| **Product 2** | Post Great Grains | Blueberry Morning | Label A - Blank | It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite! | HELPS SUPPORT A HEALTHY METABOLISM | WHY BE GOOD WHEN YOU CAN BE GREAT? **AND** is an excellent source of folic acid and iron |
| | | | | | | |
| **Product 1** | Post Great Grains | Blueberry Morning | Less processed nutrition you can see | Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) | HELPS SUPPORT A HEALTHY METABOLISM | WHY BE GOOD WHEN YOU CAN BE GREAT? **AND** is an excellent source of folic acid and iron |
| **Product 2** | Post Great Grains | Blueberry Morning | Less processed nutrition you can see | Label B - Blank | HELPS SUPPORT A HEALTHY METABOLISM | WHY BE GOOD WHEN YOU CAN BE GREAT? **AND** is an excellent source of folic acid and iron |

Table title: **GREAT GRAINS ATTRIBUTE AND LEVEL SIMULATION SETTINGS**

| Product 1 | Post Great Grains | Blueberry Morning | Less processed nutrition you can see | It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite! | HELPS SUPPORT A HEALTHY METABOLISM | WHY BE GOOD WHEN YOU CAN BE GREAT? **AND** is an excellent source of folic acid and iron |
| Product 2 | Post Great Grains | Blueberry Morning | Less processed nutrition you can see | Label B - Blank | HELPS SUPPORT A HEALTHY METABOLISM | WHY BE GOOD WHEN YOU CAN BE GREAT? **AND** is an excellent source of folic acid and iron |
| Product 1 | Post Great Grains | Blueberry Morning | Less processed nutrition you can see | It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite! | HELPS SUPPORT A HEALTHY METABOLISM | WHY BE GOOD WHEN YOU CAN BE GREAT? **AND** is an excellent source of folic acid and iron |
| Product 2 | Post Great Grains | Blueberry Morning | Less processed nutrition you can see | It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite! | Label C - Blank | WHY BE GOOD WHEN YOU CAN BE GREAT? **AND** is an excellent source of folic acid and iron |

| | **HONEY BUNCHES OF OATS ATTRIBUTE AND LEVEL SIMULATION SETTINGS** | | | | | |
|---|---|---|---|---|---|---|
| | **Brand** | **Flavor** | **Label A – No high fructose corn syrup** | **Label B – Whole Grains** | **Label C – Wholesome Nutrition** | **Label D – Non Key Labels** |
| Product 1 | Post Honey Bunches of Oats | With Almonds | Our Promise \| No High Fructose Corn Syrup | 4 Wholesome Grains | WHOLESOME NUTRITION | It's just the taste, it's amazing. **AND** Start the Day Off Right! |
| Product 2 | Post Honey Bunches of Oats | With Almonds | Label A - Blank | 4 Wholesome Grains | WHOLESOME NUTRITION | It's just the taste, it's amazing. **AND** Start the Day Off Right! |
| Product 1 | Post Honey Bunches of Oats | With Almonds | Our Promise \| No High Fructose Corn Syrup | 4 Wholesome Grains | WHOLESOME NUTRITION | It's just the taste, it's amazing. **AND** Start the Day Off Right! |
| Product 2 | Post Honey Bunches of Oats | With Almonds | Our Promise \| No High Fructose Corn Syrup | Label B - Blank | WHOLESOME NUTRITION | It's just the taste, it's amazing. **AND** Start the Day Off Right! |

X-10

| Product 1 | Post Honey Bunches of Oats | With Almonds | Our Promise \| No High Fructose Corn Syrup | Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving) | WHOLESOME NUTRITION | It's just the taste, it's amazing. **AND** Start the Day Off Right! |
| Product 2 | Post Honey Bunches of Oats | With Almonds | Our Promise \| No High Fructose Corn Syrup | Label B - Blank | WHOLESOME NUTRITION | It's just the taste, it's amazing. **AND** Start the Day Off Right! |
| | | | | | | |
| Product 1 | Post Honey Bunches of Oats | With Almonds | Our Promise \| No High Fructose Corn Syrup | 4 Wholesome Grains | WHOLESOME NUTRITION | It's just the taste, it's amazing. **AND** Start the Day Off Right! |
| Product 2 | Post Honey Bunches of Oats | With Almonds | Our Promise \| No High Fructose Corn Syrup | 4 Wholesome Grains | Label C - Blank | It's just the taste, it's amazing. **AND** Start the Day Off Right! |
| | | | | | | |

| HONEY BUNCHES OF OATS WHOLE GRAIN ATTRIBUTE AND LEVEL SIMULATION SETTINGS | | | | | | |
|---|---|---|---|---|---|---|
| | **Brand** | **Flavor** | **Label A – No high fructose corn syrup** | **Label B – Whole Grains** | **Label C – Smart step balanced diet and rich in nutrients** | **Label D – Non Key Labels** |
| Product 1 | Post Honey Bunches of Oats Whole Grain | Honey Crunch | Our Promise \| No High Fructose Corn Syrup | WHOLE GRAINS – good for your family, good for you. | Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet | Dig in for delight in every bite. **AND** It's the perfect way to start your day. |
| Product 2 | Post Honey Bunches of Oats Whole Grain | Honey Crunch | Label A - Blank | WHOLE GRAINS – good for your family, good for you. | Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet | Dig in for delight in every bite. **AND** It's the perfect way to start your day. |
| | | | | | | |
| Product 1 | Post Honey Bunches of Oats Whole Grain | Honey Crunch | Our Promise \| No High Fructose Corn Syrup | WHOLE GRAINS – good for your family, good for you. | Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet | Dig in for delight in every bite. **AND** It's the perfect way to start your day. |
| Product 2 | Post Honey Bunches of Oats Whole Grain | Honey Crunch | Our Promise \| No High Fructose Corn Syrup | Label B - Blank | Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet | Dig in for delight in every bite. **AND** It's the |

X-11

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | perfect way to start your day. |
| **Product 1** | Post Honey Bunches of Oats Whole Grain | Honey Crunch | Our Promise \| No High Fructose Corn Syrup | Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving) | Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet | Dig in for delight in every bite. **AND** It's the perfect way to start your day. |
| **Product 2** | Post Honey Bunches of Oats Whole Grain | Honey Crunch | Our Promise \| No High Fructose Corn Syrup | Label B - Blank | Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet | Dig in for delight in every bite. **AND** It's the perfect way to start your day. |
| **Product 1** | Post Honey Bunches of Oats Whole Grain | Honey Crunch | Our Promise \| No High Fructose Corn Syrup | WHOLE GRAINS – good for your family, good for you. | Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet | Dig in for delight in every bite. **AND** It's the perfect way to start your day. |
| **Product 2** | Post Honey Bunches of Oats Whole Grain | Honey Crunch | Our Promise \| No High Fructose Corn Syrup | WHOLE GRAINS – good for your family, good for you. | Label C - Blank | Dig in for delight in every bite. **AND** It's the perfect way to start your day. |
| **Product 1** | Post Honey Bunches of Oats Whole Grain | Honey Crunch | Our Promise \| No High Fructose Corn Syrup | WHOLE GRAINS – good for your family, good for you. | Rich in nutrients - important for moms-to-be and growing children. | Dig in for delight in every bite. **AND** It's the perfect way to start your day. |
| **Product 2** | Post Honey Bunches of Oats Whole Grain | Honey Crunch | Our Promise \| No High Fructose Corn Syrup | WHOLE GRAINS – good for your family, good for you. | Label C - Blank | Dig in for delight in every bite. **AND** It's the perfect way to start your day. |

X-12

| | | HONEY BUNCHES OF OATS GRANOLA ATTRIBUTE AND LEVEL SIMULATION SETTINGS | | |
|---|---|---|---|---|
| | **Brand** | **Flavor** | **Label A – Key Labels** | **Label B – Non Key Labels** |
| **Product 1** | Post Honey Bunches of Oats Granola | Honey Roasted | it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love. | NO PRESERVATIVES OR ARTIFICIAL FLAVORS **AND** ingredients you can see & pronounce |
| **Product 2** | Post Honey Bunches of Oats Granola | Honey Roasted | Label A - Blank | NO PRESERVATIVES OR ARTIFICIAL FLAVORS **AND** ingredients you can see & pronounce |
| | | | | |
| **Product 1** | Post Honey Bunches of Oats Granola | Honey Roasted | Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving) | NO PRESERVATIVES OR ARTIFICIAL FLAVORS **AND** ingredients you can see & pronounce |
| **Product 2** | Post Honey Bunches of Oats Granola | Honey Roasted | Label A - Blank | NO PRESERVATIVES OR ARTIFICIAL FLAVORS **AND** ingredients you can see & pronounce |

| | | RAISIN BRAN ATTRIBUTE AND LEVEL SIMULATION SETTINGS | | | |
|---|---|---|---|---|---|
| | **Brand** | **Label A – No high fructose corn syrup** | **Label B – Healthy and Nutritious** | **Label C – Fiber/Whole Grains** | **Label D – Non Key Labels** |
| **Product 1** | Post Raisin Bran | No High Fructose Corn Syrup | Healthy | Fiber is good for digestive health | HUNDREDS OF RAISINS IN EVERY BOX |
| **Product 2** | Post Raisin Bran | Label A - Blank | Healthy | Fiber is good for digestive health | HUNDREDS OF RAISINS IN EVERY BOX |
| | | | | | |
| **Product 1** | Post Raisin Bran | No High Fructose Corn Syrup | Healthy | Fiber is good for digestive health | HUNDREDS OF RAISINS IN EVERY BOX |
| **Product 2** | Post Raisin Bran | No High Fructose Corn Syrup | Label B - Blank | Fiber is good for digestive health | HUNDREDS OF RAISINS IN EVERY BOX |
| | | | | | |
| **Product 1** | Post Raisin Bran | No High Fructose Corn Syrup | Nutritious | Fiber is good for digestive health | HUNDREDS OF RAISINS IN EVERY BOX |
| **Product 2** | Post Raisin Bran | No High Fructose Corn Syrup | Label B - Blank | Fiber is good for digestive health | HUNDREDS OF RAISINS IN EVERY BOX |

X-13

| | | | | | |
|---|---|---|---|---|---|
| Product 1 | Post Raisin Bran | No High Fructose Corn Syrup | Healthy | Fiber is good for digestive health | HUNDREDS OF RAISINS IN EVERY BOX |
| Product 2 | Post Raisin Bran | No High Fructose Corn Syrup | Healthy | Label C - Blank | HUNDREDS OF RAISINS IN EVERY BOX |
| | | | | | |
| Product 1 | Post Raisin Bran | No High Fructose Corn Syrup | Healthy | Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving) | HUNDREDS OF RAISINS IN EVERY BOX |
| Product 2 | Post Raisin Bran | No High Fructose Corn Syrup | Healthy | Label C - Blank | HUNDREDS OF RAISINS IN EVERY BOX |
| | | | | | |

| BRAN FLAKES ATTRIBUTE AND LEVEL SIMULATION SETTINGS | | | | | |
|---|---|---|---|---|---|
| | **Brand** | **Label A – No High Fructose Corn Syrup** | **Label B – Fiber** | **Label C – Whole Grains** | **Label D – Non Key Labels** |
| Product 1 | Post Bran Flakes | Contains no high fructose corn syrup | CONTAINS DIETARY FIBER to Help Maintain Digestive Health | Whole grains provide fiber and other important nutrients to help keep you healthy. | Made from oven toasted, whole grain wheat and wheat bran |
| Product 2 | Post Bran Flakes | Label A - Blank | CONTAINS DIETARY FIBER to Help Maintain Digestive Health | Whole grains provide fiber and other important nutrients to help keep you healthy. | Made from oven toasted, whole grain wheat and wheat bran |
| | | | | | |
| Product 1 | Post Bran Flakes | Contains no high fructose corn syrup | FIBER TO HELP WITH WEIGHT MANAGEMENT | Whole grains provide fiber and other important nutrients to help keep you healthy. | Made from oven toasted, whole grain wheat and wheat bran |
| Product 2 | Post Bran Flakes | Contains no high fructose corn syrup | Label B - Blank | Whole grains provide fiber and other important nutrients to help keep you healthy. | Made from oven toasted, whole grain wheat and wheat bran |
| | | | | | |
| Product 1 | Post Bran Flakes | Contains no high fructose corn syrup | CONTAINS DIETARY FIBER to Help Maintain Digestive Health | Whole grains provide fiber and other important nutrients to help keep you healthy. | Made from oven toasted, whole grain wheat and wheat bran |
| Product 2 | Post Bran Flakes | Contains no high fructose corn syrup | CONTAINS DIETARY FIBER to Help Maintain Digestive Health | Label C - Blank | Made from oven toasted, whole grain wheat and wheat bran |
| | | | | | |
| Product 1 | Post Bran Flakes | Contains no high fructose corn syrup | CONTAINS DIETARY FIBER to Help Maintain Digestive Health | Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving) | Made from oven toasted, whole grain wheat and wheat bran |
| Product 2 | Post Bran Flakes | Contains no high fructose corn syrup | CONTAINS DIETARY FIBER to Help Maintain Digestive Health | Label C - Blank | Made from oven toasted, whole grain wheat and wheat bran |
| | | | | | |

X-14

| | | | | | |
|---|---|---|---|---|---|
| **Product 1** | Post Bran Flakes | Contains no high fructose corn syrup | CONTAINS DIETARY FIBER to Help Maintain Digestive Health | Whole grains provide fiber and other important nutrients to help keep you healthy. | Made from oven toasted, whole grain wheat and wheat bran |
| **Product 2** | Post Bran Flakes | Contains no high fructose corn syrup | Label B - Blank | Whole grains provide fiber and other important nutrients to help keep you healthy. | Made from oven toasted, whole grain wheat and wheat bran |

| ALPHA-BITS ATTRIBUTE AND LEVEL SIMULATION SETTINGS | | | | | |
|---|---|---|---|---|---|
| | **Brand** | **Label A – No high fructose corn syrup** | **Label B – Nutritious** | **Label C – Whole Grain** | **Label D – Non Key Labels** |
| **Product 1** | Post Alpha-Bits | NO HIGH FRUCTOSE CORN SYRUP | A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN | Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) | NO ARTIFICIAL FLAVORS |
| **Product 2** | Post Alpha-Bits | Label A - Blank | A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN | Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) | NO ARTIFICIAL FLAVORS |
| | | | | | |
| **Product 1** | Post Alpha-Bits | NO HIGH FRUCTOSE CORN SYRUP | A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN | Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) | NO ARTIFICIAL FLAVORS |
| **Product 2** | Post Alpha-Bits | NO HIGH FRUCTOSE CORN SYRUP | Label B - Blank | Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) | NO ARTIFICIAL FLAVORS |
| | | | | | |
| **Product 1** | Post Alpha-Bits | NO HIGH FRUCTOSE CORN SYRUP | A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN | Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) | NO ARTIFICIAL FLAVORS |
| **Product 2** | Post Alpha-Bits | NO HIGH FRUCTOSE CORN SYRUP | A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN | Label C - Blank | NO ARTIFICIAL FLAVORS |

X-15

| HONEYCOMB ATTRIBUTE AND LEVEL SIMULATION SETTINGS | | | | |
|---|---|---|---|---|
| | **Brand** | **Label A - Nutritious** | **Label B – Whole Grain** | **Label C – Non Key Labels** |
| **Product 1** | Post Honeycomb | NUTRITIOUS SWEETENED CORN & OAT CEREAL | Whole Grains Council Stamp (WHOLE GRAIN; 8g or more per serving) | THIS CEREAL CAN HELP FUEL YOUR DREAMS! |
| **Product 2** | Post Honeycomb | SWEETENED CORN & OAT CEREAL | Whole Grains Council Stamp (WHOLE GRAIN; 8g or more per serving) | THIS CEREAL CAN HELP FUEL YOUR DREAMS! |
| | | | | |
| **Product 1** | Post Honeycomb | NUTRITIOUS SWEETENED CORN & OAT CEREAL | Whole Grains Council Stamp (WHOLE GRAIN; 8g or more per serving) | THIS CEREAL CAN HELP FUEL YOUR DREAMS! |
| **Product 2** | Post Honeycomb | NUTRITIOUS SWEETENED CORN & OAT CEREAL | Label B - Blank | THIS CEREAL CAN HELP FUEL YOUR DREAMS! |
| | | | | |

| WAFFLE CRISP ATTRIBUTE AND LEVEL SIMULATION SETTINGS | | | |
|---|---|---|---|
| | **Brand** | **Label A – Key Labels** | **Label B – Non Key Labels** |
| **Product 1** | Post Waffle Crisp | NO HIGH FRUCTOSE CORN SYRUP | LABELS FOR EDUCATION **AND** NO ARTIFICIAL FLAVORS |
| **Product 2** | Post Waffle Crisp | Label A - Blank | LABELS FOR EDUCATION **AND** NO ARTIFICIAL FLAVORS |
| | | | |
| **Product 1** | Post Waffle Crisp | Iron & Zinc for Growth | LABELS FOR EDUCATION **AND** NO ARTIFICIAL FLAVORS |
| **Product 2** | Post Waffle Crisp | Label A - Blank | LABELS FOR EDUCATION **AND** NO ARTIFICIAL FLAVORS |
| | | | |

X-16

**Attributes and Levels**

- **"AND"** indicates the two claims were shown one after the other in separate bullets in the product profile
- **"Blank"** indicates none of the labels in the attribute were shown

**Great Grains Attributes and Levels**

Study Name: pcgg

[Attribute List]:

1       Brand

2       Flavor

3       Label A- Less processed

4       Label B- Whole Grains

5       Label C- Metabolism

6       Label D - Non Key Labels

7       Price

---------------------------

Attribute 1: Brand

Levels:

1       Post Great Grains

2       General Mills Basic 4

3       Kashi Go Lean Crunch

4       General Mills Fiber One Honey Clusters

5       Store Brand Multigrain Flakes and Clusters

---------------------------

Attribute 2: Flavor

Levels:

1        Blueberry Morning

2        Cranberry Almond Crunch

3        Crunchy Pecan

4        Banana Nut Crunch

5        Raisins, Dates & Pecans

---------------------------

Attribute 3: Label A- Less processed

Levels:

1        Less processed nutrition you can see

2        Why less processed? Quite simply, because it's good for you!

3        Less processed nutrition you can see **AND** Why less processed? Quite simply, because it's good for you!

4        Label A - Blank

---------------------------

Attribute 4: Label B- Whole Grains

Levels:

1        Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)

2        It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!

3        Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving) **AND** It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!

4        Label B - Blank

---------------------------

X-18

Attribute 5: Label C- Metabolism


Levels:

1        HELPS SUPPORT A HEALTHY METABOLISM

2        Label C - Blank


---------------------------

Attribute 6: Label D - Non Key Labels


Levels:

1        WHY BE GOOD WHEN YOU CAN BE GREAT? **AND** is an excellent source of folic acid and iron

2        NEW LOOK SAME GREAT TASTE! **AND** foods to power the lifestyle they cultivate **AND** FILLS YOU UP & SATISFIES YOU LONGER!

3        FILLS YOU UP & SATISFIES YOU LONGER!

4        THE TASTE YOU LOVE THE SUSTAINED ENERGY YOU NEED **AND** is an excellent source of folic acid and iron

5        foods to power the lifestyle they cultivate

6        is an excellent source of folic acid and iron


---------------------------

Attribute 7: Price


Levels:

1        $2.49

2        $2.99

3        $3.49

4        $3.99

5        $4.49

**Honey Bunches of Oats Attributes and Levels**

Study Name: pchb

[Attribute List]:

1        Brand

2        Flavor

3        Label A- No high fructose corn syrup

4        Label B- Whole Grains

5        Label C- Wholesome Nutrition

6        Label D - Non Key Labels

7        Price

---------------------------

Attribute 1: Brand

Levels:

1        Post Honey Bunches of Oats

2        Nature Valley Honey Oat Clusters

3        Kellogg's Special K

4        Store Brand Honey Oat Clusters and Flakes

---------------------------

Attribute 2: Flavor

Levels:

1        With Almonds

2        Honey Roasted

3        With Vanilla Bunches

4       Greek Honey Crunch

5       With Cinnamon Bunches

6       With Real Strawberries


---------------------------

Attribute 3: Label A- No high fructose corn syrup


Levels:

1       Our Promise | No High Fructose Corn Syrup

2       Label A - Blank


---------------------------

Attribute 4: Label B- Whole Grains


Levels:

1       4 Wholesome Grains

2       Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving)

3       Whole Grains Council Stamp (WHOLE GRAIN; 10g or more per serving) **AND** 4 Wholesome Grains

4       Label B - Blank


---------------------------

Attribute 5: Label C- Wholesome Nutrition


Levels:

1       WHOLESOME NUTRITION

2       Label C - Blank


---------------------------

Attribute 6: Label D - Non Key Labels

Levels:

1       It's just the taste, it's amazing. **AND** Start the Day Off Right!

2       Made with Natural Wildflower Honey

3       NO COLORS FROM ARTIFICIAL SOURCES **AND** This is a cereal you can feel good about eating again and again.

4       NOURISHING CALORIES **AND** Made with Natural Wildflower Honey **AND** It's just the taste, it's amazing.

5       Start the Day Off Right!

6       This is a cereal you can feel good about eating again and again. **AND** It's just the taste, it's amazing.


---------------------------

Attribute 7: Price

Levels:

1       $2.69

2       $3.19

3       $3.69

4       $4.19

5       $4.69

**Honey Bunches of Oats Whole Grain Attributes and Levels**

Study Name: hbwg

[Attribute List]:


1        Brand

2        Flavor

3        Label A- No high fructose corn syrup

4        Label B- Whole Grains

5        Label C- Smart step balanced diet and rich in nutrients

6        Label D - Non Key Labels

7        Price


--------------------------

Attribute 1: Brand


Levels:

1        Post Honey Bunches of Oats Whole Grain

2        Quaker Real Medley Multigrain Cereal

3        Kellogg's Mueslix

4        Store Brand Honey Oat Clusters and Flakes Whole Grain


--------------------------

Attribute 2: Flavor


Levels:

1        Honey Crunch

2        Almond Crunch

3        Blueberry Clusters

X-23

4        Raisins, Dates & Almonds

---------------------------

Attribute 3: Label A- No high fructose corn syrup

Levels:

1        Our Promise | No High Fructose Corn Syrup

2        Label A - Blank

---------------------------

Attribute 4: Label B- Whole Grains

Levels:

1        WHOLE GRAINS – good for your family, good for you.

2        Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving)

3        WHOLE GRAINS – good for your family, good for you. **AND** Whole Grains Council Stamp (WHOLE GRAIN; 33g or more per serving)

4        Label B - Blank

---------------------------

Attribute 5: Label C- Smart step balanced diet and rich in nutrients

Levels:

1        Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet

2        Rich in nutrients - important for moms-to-be and growing children.

3        Starting your day with a bowl of this cereal is a smart step toward eating a balanced diet **AND** Rich in nutrients - important for moms-to-be and growing children.

4        Label C - Blank

---------------------------

Attribute 6: Label D - Non Key Labels

Levels:

1        Dig in for delight in every bite. **AND** It's the perfect way to start your day.

2        NEW LOOK! SAME GREAT TASTE **AND** And with no artificial colors or flavors, this cereal is as good as it gets.

3        It's the perfect way to start your day.

4        Simple Inside - GOOD SOURCE OF FIBER - NO ARTIFICIAL COLORS OR FLAVORS **AND** OUR BEST IN EVERY BITE

5        This cereal is your great-day starter and your balanced-lifestyle supporter. **AND** It's the perfect way to start your day. **AND** OUR BEST IN EVERY BITE

6        OUR BEST IN EVERY BITE

7        And with no artificial colors or flavors, this cereal is as good as it gets.

---------------------------

Attribute 7: Price

Levels:

1        $1.69

2        $2.49

3        $3.29

4        $4.09

5        $4.89

X-25

**Honey Bunches of Oats Granola Attributes and Levels**

Study Name: hbgr

[Attribute List]:


1        Brand

2        Flavor

3        Label A- Key Labels

4        Label B - Non Key Labels

5        Price


---------------------------

Attribute 1: Brand


Levels:

1        Post Honey Bunches of Oats Granola

2        General Mills Nature Valley Granola

3        Kellogg's Special K Granola

4        Quaker Simply Granola

5        Store Brand Granola


---------------------------

Attribute 2: Flavor


Levels:

1        Honey Roasted

2        French Vanilla Almond

3        Toffee Almond

4        Maple Pecan

5        Peanut Butter

---------------------------

Attribute 3: Label A- Key Labels

Levels:

1        it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love.

2        Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving)

3        it's the perfect combination of wholesome goodness and honey-sweet crunch that everyone in your entire family will love. **AND** Whole Grains Council Stamp (100% WHOLE GRAIN; 34g or more per serving)

4        Label A - Blank

---------------------------

Attribute 4: Label B - Non Key Labels

Levels:

1        NO PRESERVATIVES OR ARTIFICIAL FLAVORS **AND** ingredients you can see & pronounce

2        Enjoy It Your Way! **AND** add PROTEIN to your day! **AND** ingredients you can see & pronounce

3        Bring your bunch together, anytime anywhere with delicious granola.

4        ingredients you can see & pronounce

5        We choose healthy and tasty, convenient and wholesome, economically sustainable and socially impactful.

6        add PROTEIN to your day! **AND** Bring your bunch together, anytime anywhere with delicious granola.

---------------------------

Attribute 5: Price

X-27

Levels:

1     $2.59

2     $2.99

3     $3.39

4     $3.79

5     $4.19

**Raisin Bran Attributes and Levels**

Study Name: pcrb

[Attribute List]:


1        Brand

2        Label A- No high fructose corn syrup

3        Label B- Healthy and Nutritious

4        Label C- Fiber/Whole Grains

5        Label D - Non Key Labels

6        Price


---------------------------

Attribute 1: Brand


Levels:

1        Kellogg's Raisin Bran

2        Kellogg's Raisin Bran Crunch

3        General Mills Total Raisin Bran

4        Post Raisin Bran

5        Store Brand Raisin Bran


---------------------------

Attribute 2: Label A- No high fructose corn syrup


Levels:

1        No High Fructose Corn Syrup

2        Label A - Blank

---------------------------

Attribute 3: Label B- Healthy and Nutritious

Levels:

1        Healthy

2        Nutritious

3        Healthy **AND** Nutritious

4        Label B - Blank

---------------------------

Attribute 4: Label C- Fiber/Whole Grains

Levels:

1        Fiber is good for digestive health

2        Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving)

3        Fiber is good for digestive health **AND** Whole Grains Council Stamp (WHOLE GRAIN; 23g or more per serving)

4        Label C - Blank

---------------------------

Attribute 5: Label D - Non Key Labels

Levels:

1        HUNDREDS OF RAISINS IN EVERY BOX

2        has delicious crunchy whole grain wheat and bran flakes **AND** HUNDREDS OF RAISINS IN EVERY BOX **AND** EXCELLENT SOURCE OF FIBER

3        EXCELLENT SOURCE OF FIBER **AND** HUNDREDS OF RAISINS IN EVERY BOX

4        Delicious raisins perfectly balanced with crisp, toasted bran flakes. **AND** EXCELLENT SOURCE OF FIBER

5      REAL FRUIT- Delicious raisins add a sweetness you'll love to every morning.

6      MADE WITH REAL FRUIT **AND** has delicious crunchy whole grain wheat and bran flakes

---------------------------

Attribute 6: Price

Levels:

1      $1.89

2      $2.59

3      $3.29

4      $3.99

5      $4.69

**Bran Flakes Attributes and Levels**

Study Name: pcbf

[Attribute List]:

1        Brand

2        Label A- No high fructose corn syrup

3        Label B- Fiber

4        Label C- Whole Grains

5        Label D - Non Key Labels

6        Price


---------------------------

Attribute 1: Brand


Levels:

1        Kellogg's All Bran

2        General Mills Fiber One Original Bran Cereal

3        Post Bran Flakes

4        Store Brand Bran Flakes


---------------------------

Attribute 2: Label A- No high fructose corn syrup


Levels:

1        Contains no high fructose corn syrup

2        Label A - Blank


---------------------------

Attribute 3: Label B- Fiber

Levels:

1       CONTAINS DIETARY FIBER to Help Maintain Digestive Health

2       FIBER TO HELP WITH WEIGHT MANAGEMENT

3       CONTAINS DIETARY FIBER to Help Maintain Digestive Health **AND** FIBER TO HELP WITH WEIGHT MANAGEMENT

4       Label B - Blank

---------------------------

Attribute 4: Label C- Whole Grains

Levels:

1       Whole grains provide fiber and other important nutrients to help keep you healthy.

2       Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving)

3       Whole grains provide fiber and other important nutrients to help keep you healthy. **AND** Whole Grains Council Stamp (WHOLE GRAIN; 16g or more per serving)

4       Label C - Blank

---------------------------

Attribute 5: Label D - Non Key Labels

Levels:

1       Made from oven toasted, whole grain wheat and wheat bran

2       NO artificial flavors **AND** NO colors from artificial sources

3       NO colors from artificial sources

4       Excellent Source of Iron **AND** Energize your active lifestyle with a great breakfast!

5       Make fit for life, fit your life!

6       Energize your active lifestyle with a great breakfast! **AND** Make fit for life, fit your life!
**AND** Excellent Source of Iron


---------------------------

Attribute 6: Price


Levels:

1       $2.69

2       $3.19

3       $3.69

4       $4.19

5       $4.69

**Alpha-Bits Attributes and Levels**

Study Name: pcab

[Attribute List]:


1        Brand

2        Label A- No high fructose corn syrup

3        Label B- Nutritious

4        Label C- Whole Grain

5        Label D - Non Key Labels

6        Price


---------------------------

Attribute 1: Brand


Levels:

1        Post Alpha-Bits

2        General Mills Lucky Charms

3        Quaker Life

4        General Mills Kix


---------------------------

Attribute 2: Label A- No high fructose corn syrup


Levels:

1        NO HIGH FRUCTOSE CORN SYRUP

2        Label A - Blank


---------------------------

Attribute 3: Label B- Nutritious

Levels:

1       A GOOD SOURCE OF NUTRIENTS THAT ARE BUILDING BLOCKS FOR YOUR CHILD'S DEVELOPING BRAIN

2       Label B - Blank

---------------------------

Attribute 4: Label C- Whole Grain

Levels:

1       Whole Grains Council Stamp (WHOLE GRAIN; 20g or more per serving)

2       Label C - Blank

---------------------------

Attribute 5: Label D - Non Key Labels

Levels:

1       NO ARTIFICIAL FLAVORS

2       12 ESSENTIAL VITAMINS AND MINERALS **AND** FUEL UP ON GOODNESS

3       satisfies the kid in everyone with just the right touch of sweetness and crispy goodness. **AND** great taste = happy kids

4       FUEL UP ON GOODNESS **AND** NO ARTIFICIAL FLAVORS **AND** Start the morning simply, start life right.

5       Start the morning simply, start life right.

6       great taste = happy kids **AND** NO ARTIFICIAL FLAVORS

---------------------------

Attribute 6: Price

Levels:

1       $1.99

2       $2.24

3       $2.49

4       $2.74

5       $2.99

**Honeycomb Attributes and Levels**

Study Name: pchy

[Attribute List]:

1        Brand

2        Label A - Nutritious

3        Label B - Whole Grain

4        Label C - Non Key Labels

5        Price

---------------------------

Attribute 1: Brand

Levels:

1        Post Honeycomb

2        Kellogg's Apple Jacks

3        Quaker Cap'n Crunch

4        Kellogg's Froot Loops

---------------------------

Attribute 2: Label A - Nutritious

Levels:

1        NUTRITIOUS SWEETENED CORN & OAT CEREAL

2        SWEETENED CORN & OAT CEREAL

---------------------------

Attribute 3: Label B - Whole Grain

Levels:

1        Whole Grains Council Stamp (WHOLE GRAIN; 8g or more per serving)

2        Label B - Blank


---------------------------

Attribute 4: Label C - Non Key Labels


Levels:

1        THIS CEREAL CAN HELP FUEL YOUR DREAMS!

2        Simple Inside **AND** OUR BEST IN EVERY BITE

3        GOOD SOURCE OF 11 VITAMINS AND MINERALS **AND** COLLECT POINTS. EARN REWARDS. **AND** IT'S NOT WHAT YOU DO, IT'S HOW YOU MAKE IT YOURS.

4        COLLECT POINTS. EARN REWARDS.

5        IT'S NOT WHAT YOU DO, IT'S HOW YOU MAKE IT YOURS. **AND** THIS CEREAL CAN HELP FUEL YOUR DREAMS!

6        OUR BEST IN EVERY BITE **AND** THIS CEREAL CAN HELP FUEL YOUR DREAMS!


---------------------------

Attribute 5: Price


Levels:

1        $1.99

2        $2.49

3        $2.99

4        $3.49

5        $3.99

**Waffle Crisp Attributes and Levels**

Study Name: pcwf

[Attribute List]:

1        Brand

2        Label A - Key Labels

3        Label B - Non Key Labels

4        Price

---------------------------

Attribute 1: Brand

Levels:

1        Post Waffle Crisp

2        General Mills Cinnamon Toast Crunch

3        General Mills French Toast Crunch

4        Quaker Oatmeal Squares

---------------------------

Attribute 2: Label A - Key Labels

Levels:

1        NO HIGH FRUCTOSE CORN SYRUP

2        Iron & Zinc for Growth

3        NO HIGH FRUCTOSE CORN SYRUP **AND** Iron & Zinc for Growth

4        Label A - Blank

---------------------------

X-40

Attribute 3: Label B - Non Key Labels

Levels:

1      LABELS FOR EDUCATION **AND** NO ARTIFICIAL FLAVORS

2      NO COLORS FROM ARTIFICIAL SOURCES **AND** FUEL UP ON GOODNESS **AND** GET A STRONG START

3      NO ARTIFICIAL FLAVORS **AND** FUEL UP ON GOODNESS

4      fill you up with a satisfying crunch and sweetness that's just right

5      FUEL UP ON GOODNESS **AND** GET A STRONG START

6      GET A STRONG START


---------------------------

Attribute 4: Price


Levels:

1      $1.59

2      $2.34

3      $3.09

4      $3.84

5      $4.59