# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** October 9, 2019 | **Time:** 1 hour, 6 minutes 2:12 p.m. to 3:18 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 16-cv-04958-WHO | **Case Name:** Krommenhock v. Post Foods, LLC | |

**Attorney for Plaintiff:** Jack Fitzgerald, Trevor Flynn, and Melanie Persinger
**Attorney for Defendant:** Aaron D. Van Oort and Emily R. Zambrana

**Deputy Clerk:** Jean Davis          **Court Reporter:** JoAnn Bryce

## PROCEEDINGS

Parties appear for hearing on multiple motions. The Court outlines the structure and time limits of the hearing and summarizes the preliminary opinions. Argument of counsel heard. The motions are taken under submission; written order to follow.