**FAEGRE BAKER DANIELS LLP**
TARIFA B. LADDON (SBN 240419)
*tarifa.laddon@faegrebd.com*
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA  90025
Telephone:     +1.310.500.2090
Facsimile:      +1.310.500.2091

SARAH L. BREW (admitted pro hac vice)
*sarah.brew@faegrebd.com*
AARON D. VAN OORT (admitted pro hac vice)
*aaron.vanoort@faegrebd.com*
NATHANIEL J. ZYLSTRA (admitted pro hac vice)
*nathaniel.zylstra@faegrebd.com*
NICHOLAS J. NELSON (admitted pro hac vice)
*nicholas.nelson@faegrebd.com*
EMILY R. ZAMBRANA (admitted pro hac vice)
*emily.zambrana@faegrebd.com*
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402-3901
Telephone:     +1.612.766.7000
Facsimile:      +1.612.766.1600

***Attorneys for Defendant Post Foods, LLC***

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK and STEPHEN HADLEY, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>POST FOODS LLC,<br><br>Defendant. | Case No. 3:16-CV-04958-WHO<br><br>Hon. William H. Orrick<br><br>**DEFENDANT POST FOODS, LLC'S STATEMENT OF RECENT DECISION**<br><br>Action Filed: August 29, 2016<br>Trial Date: None Set |

Pursuant to Civil Local Rule 7-3(d) and in support of Defendant Post Foods, LLC's ("Defendant") motion for summary judgment, opposition to class certification, and motion to exclude the testimony of Steven Gaskin and Colin Weir, Defendant respectfully submits the

1  following relevant judicial opinion published after the date Defendant's reply memorandum was
2  filed with the Court: Judge David O. Carter's recent decision in *Reitman v. Champion Petfoods*
3  *USA, Inc.*, No. CV 18-1736-DOC (JPRx), Dkt. 235 (S.D. Cal. Oct. 30, 2019), denying the
4  plaintiffs' motion for class certification.

5        A copy of the Order is attached hereto as Exhibit A. Judge Carter's ruling on
6  predominance, at pages 14-19 of the Order, is relevant to the similar arguments on pages 17-24 of
7  Post's opposition to class certification (Dkt. 162). Judge Carter's ruling on the plaintiffs' damages
8  models, at pages 20-24 of the Order, is relevant to the similar arguments on pages 4-9 of Post's
9  opposition to class certification (Dkt. 162), on pages 23-24 of Post's motion for summary
10 judgment (Dkt. 163), and throughout Post's motion to exclude the testimony of Steven Gaskin and
11 Colin Weir (Dkt. 175-2).

13 DATED: November 18, 2019

/s/ Aaron Van Oort
**FAEGRE BAKER DANIELS LLP**
SARAH L. BREW (*pro hac vice*)
AARON D. VAN OORT (*pro hac vice*)
NATHANIEL J. ZYLSTRA (*pro hac vice*)
NICHOLAS J. NELSON (*pro hac vice*)
EMILY R. ZAMBRANA (*pro hac vice*)
90 South 7th Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone:   +1.612.766.7000
Facsimile:    +1.612.766.1600
sarah.brew@faegrebd.com
aaron.vanoort@faegrebd.com
nathaniel.zylstra@faegrebd.com
nicholas.nelson@faegrebd.com
emily.zambrana@faegrebd.com

**FAEGRE BAKER DANIELS LLP**
TARIFA B. LADDON (SBN 240419)
11766 Wilshire Blvd., Suite 750
Los Angeles, CA 90025
Telephone:   +1.310.500.2090
Facsimile:    +1.310.500.2091
Email: tarifa.laddon@faegrebd.com

***Attorneys for Defendant Post Foods, LLC***