**APPENDIX 1**

| Product | Challenged Health & Wellness Claims | Added Sugars (in Order of Amount) | Serving Size | Calories Per Serving | Grams of Added Sugar Per Serving | % Added Sugar by Weight | % Calories From Added Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Great Grains Cranberry Almond Crunch | • "Less processed nutrition you can see"<br>• "wholesome Almonds"<br>• "nutritious Cranberries"<br>• "Why less processed? Quite simply because it's good for you!"<br>• "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible."<br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"<br>• Whole Grains Council Stamp | Sugar, Glycerin, Brown Sugar, Corn Syrup | 56g | 210 | 10g | 17.8% | 19.0% | M: 26.3%<br>W: 40%<br>C: 66.7-83.3% |
| Great Grains Banana Nut Crunch | • "Less processed nutrition you can see"<br>• "wholesome Walnuts"<br>• "wholesome Almonds"<br>• "Why less processed? Quite simply because it's good for you!"<br>• "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible."<br>• "wholesome walnuts and almonds."<br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"<br>• Whole Grains Council Stamp | Sugar, Brown Sugar, Corn Syrup | 59g | 230 | 9g | 15.3% | 15.7% | M: 23.7%<br>W: 36%<br>C: 60-75% |

| Product | Challenged Health & Wellness Claims | Added Sugars (in Order of Amount) | Serving Size | Calories Per Serving | Grams of Added Sugar Per Serving | % Added Sugar by Weight | % Calories From Added Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Great Grains Raisins, Dates & Pecans | • "Less processed nutrition you can see"<br>• "wholesome Pecans"<br>• "naturally nutritious Raisins & Dates"<br>• "Why less processed? Quite simply because it's good for you!"<br>• "We gently steam, role and bake our whole grains to help maintain the full flavor and nutrition of our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible."<br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"<br>• Whole Grains Council Stamp | Brown Sugar, Sugar, Corn Syrup | 54g | 210 | 4g | 7.4% | 7.6% | M: 10.5%<br>W: 25%<br>C: 26.6-33.3% |
| Great Grains Crunchy Pecans | • "Less processed nutrition you can see"<br>• "wholesome Pecans"<br>• "Why less processed? Quite simply because it's good for you!"<br>• "We gently steam, role and bake our whole grains to help maintain the full flavor and nutrition of our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible."<br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"<br>• Whole Grains Council Stamp | Brown Sugar, Sugar, Corn Syrup | 52g | 210 | 5g | 9.6% | 9.5% | M: 13.2%<br>W: 20%<br>C: 33.3-41.6% |

| Product | Challenged Health & Wellness Claims | Added Sugars (in Order of Amount) | Serving Size | Calories Per Serving | Grams of Added Sugar Per Serving | % Added Sugar by Weight | % Calories From Added Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Great Grains Blueberry Pomegranate | • "Less processed nutrition you can see"<br>• "nutritious Blueberries"<br>• "Why less processed? Quite simply because it's good for you!"<br>• "We gently steam, role and bake our whole grains to help maintain the full flavor and nutrition of our flakes, while some of the competition add artificial sweeteners and flavors along with isolated fiber to their flakes. We then add in nutritious fruits and nuts and balance them with our grains for a great taste that's irresistible."<br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"<br>• Whole Grains Council Stamp | Sugar, Evaporated Cane Juice, Pomegranate Juice Concentrate, Invert Sugar, Glycerin, Brown Sugar, Corn Syrup | 50g | 190 | 12g | 24% | 25.3% | M: 31.6%<br>W: 48%<br>C: 80-100% |
| Great Grains Protein Blend: Honey, Oats & Seeds | • "HELPS SUPPORT A HEALTHY METABOLISM"<br>• "wholesome Almonds"<br>• "nutritious Pumpkin Seeds"<br>• "Why less processed? Quite simply, because it's good for you!"<br>• "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners, flavors, or isolated fibers to their flakes. We then add in nutritious nuts and seeds and balance them with our grains for a great taste that's irresistible.<br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"<br>• "Support a Healthy Metabolism" | Sugar, Brown Sugar, Molasses, Honey | 55g | 220 | 9g | 16.4% | 16.4% | M: 23.7%<br>W: 36%<br>C: 60-75% |

| Product | Challenged Health & Wellness Claims | Added Sugars (in Order of Amount) | Serving Size | Calories Per Serving | Grams of Added Sugar Per Serving | % Added Sugar by Weight | % Calories From Added Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| | • "The process of metabolism establishes the rate at which we burn our calories and, ultimately, how quickly we gain weight or how easily we lose it. Although some factors affecting metabolic rate, like age and genetics can't be changed, there are ways to maximize your metabolism." **Breakfast**: Eat breakfast. One important part of metabolism is how many calories you burn while at rest; did you know that eating breakfast to 'break the fast' can increase your metabolism by as much as 10%? Start your day with the less processed whole grain nutrition of Great Grains Protein Blend to help jumpstart your metabolism. **Protein**: Eat protein. Did you know that protein generally requires about 25% more energy to digest? Because protein takes longer to breakdown than fat and carbohydrate, the body uses more energy to digest protein and this helps you burn more calories."<br><br>• Whole Grains Council Stamp | | | | | | | |
| Great Grains Protein Blend: Cinnamon Hazelnut | • "HELPS SUPPORT A HEALTHY METABOLISM"<br>• "wholesome Almonds" & "nutritious Hazelnuts"<br>• "less processed whole grain cereal"<br>• "Why Less Processed? Quite simply because it's good for you!"<br>• "We gently crack the whole wheat berry and add a mix of grains to our flakes, while some of the competition add artificial sweeteners, flavors or isolated fibers to their flakes. We then add in nutritious nuts and balance them with our grains for a great taste that's irresistible."<br>• "wholesome hazelnuts, almonds, and multi grain clusters with real cinnamon"<br>• "It's whole foods from the field to your bowl, with whole grains, fiber and nutritious ingredients in every bite!"<br>• "Support a Healthy Metabolism" | Sugar, Brown Sugar, Corn Syrup, Molasses, Honey | 57g | 230 | 9g | 15.8% | 15.7% | M: 23.7%<br>W: 36%<br>C: 60-75% |

| Product | Challenged Health & Wellness Claims | Added Sugars (in Order of Amount) | Serving Size | Calories Per Serving | Grams of Added Sugar Per Serving | % Added Sugar by Weight | % Calories From Added Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| | • "The process of metabolism establishes the rate at which we burn our calories and, ultimately, how quickly we gain weight or how easily we lose it. Although some factors affecting metabolic rate, like age and genetics can't be changed, there are ways to maximize your metabolism." **Breakfast:** Eat breakfast. One important part of metabolism is how many calories you burn while at rest; did you know that eating breakfast to 'break the fast' can increase your metabolism by as much as 10%? Start your day with the less processed whole grain nutrition of Great Grains Protein Blend to help jumpstart your metabolism." **Protein:** Eat protein. Did you know that protein generally requires about 25% more energy to digest? Because protein takes longer to breakdown than fat and carbohydrate, the body uses more energy to digest protein and this helps you burn more calories." <br> • Whole Grains Council Stamp | | | | | | | |
| Honey Bunches of Oats Cereal – Honey Roasted | • "Our Post Promise \| No High Fructose Corn Syrup" <br> • "A delicious, wholesome start to your day!" <br> • "4 Wholesome Grains" <br> • Whole Grains Council Stamp | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey, Malted Corn and Barley Syrup | 41g | 160 | 8g | 19.5% | 26.7% | M: 21.1% <br> W: 32% <br> C: 53.3-66.7% |

| Product | Challenged Health & Wellness Claims | Added Sugars (in Order of Amount) | Serving Size | Calories Per Serving | Grams of Added Sugar Per Serving | % Added Sugar by Weight | % Calories From Added Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – With Almonds | • "Our Post Promise \| No High Fructose Corn Syrup"<br>• "A delicious, wholesome start to your day!"<br>• "4 Wholesome Grains"<br>• Whole Grains Council Stamp | Sugar, Brown Sugar, Corn Syrup, Malted Corn and Barley Syrup, Wildflower Honey | 42g | 170 | 8g | 19% | 18.8% | M: 21.1%<br>W: 32%<br>C: 53.3-66.7% |
| Honey Bunches of Oats Cereal – Raisin Medley | • "Our Post Promise \| No High Fructose Corn Syrup"<br>• "A delicious, wholesome start to your day!"<br>• "4 Wholesome Grains"<br>• Whole Grains Council Stamp | Sugar, Brown Sugar, Glycerin, Corn Syrup, Wildflower Honey, Malted Corn and Barley Syrup | 52g | 200 | 10g | 19.2% | 20% | M: 26.3%<br>W: 40%<br>C: 66.7-83.3% |

| Product | Challenged Health & Wellness Claims | Added Sugars (in Order of Amount) | Serving Size | Calories Per Serving | Grams of Added Sugar Per Serving | % Added Sugar by Weight | % Calories From Added Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – With Pecan Bunches | • "Our Post Promise \| No High Fructose Corn Syrup"<br>• "A delicious, wholesome start to your day!"<br>• "4 Wholesome Grains"<br>• Whole Grains Council Stamp | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey, Malted Corn and Barley Syrup | 29g | 120 | 6g | 20.7% | 20% | M: 15.7%<br>W: 24%<br>C: 40-50% |
| Honey Bunches of Oats Cereal – With Cinnamon Bunches | • "Our Post Promise \| No High Fructose Corn Syrup"<br>• "A delicious, wholesome start to your day!"<br>• "4 Wholesome Grains"<br>• Whole Grains Council Stamp | Sugar, Brown Sugar, Corn Syrup, Honey, Malted Corn and Barley Syrup | 41g | 160 | 8g | 19.5% | 26.7% | M: 21.1%<br>W: 32%<br>C: 53.3-66.7% |

| Product | Challenged Health & Wellness Claims | Added Sugars (in Order of Amount) | Serving Size | Calories Per Serving | Grams of Added Sugar Per Serving | % Added Sugar by Weight | % Calories From Added Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – With Vanilla Bunches | • "Our Post Promise \| No High Fructose Corn Syrup"<br>• "A delicious, wholesome start to your day!"<br>• "4 Wholesome Grains"<br>• Whole Grains Council Stamp | Sugar, Brown Sugar, Corn Syrup, Honey | 56g | 220 | 12g | 21.4% | 21.8% | M: 31.6%<br>W: 48%<br>C: 80-100% |
| Honey Bunches of Oats Cereal – With Apples & Cinnamon Bunches | • "Our Post Promise \| No High Fructose Corn Syrup"<br>• Whole Grains Council Stamp | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey, Malted Corn and Barley Syrup, Apple Juice Concentrate | 30g | 120 | 6g | 20% | 20% | M: 15.8%<br>W: 24%<br>C: 40-50% |

| Product | Challenged Health & Wellness Claims | Added Sugars (in Order of Amount) | Serving Size | Calories Per Serving | Grams of Added Sugar Per Serving | % Added Sugar by Weight | % Calories From Added Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – With Real Strawberries | • "Our Post Promise \| No High Fructose Corn Syrup"<br>• "A delicious, wholesome start to your day!"<br>• "4 Wholesome Grains"<br>• Whole Grains Council Stamp | Sugar, Brown Sugar, Corn Syrup, Wildflower Honey, Malted Corn and Barley Syrup | 31g | 120 | 7g | 22.6% | 23.3% | M: 18.4%<br>W: 28%<br>C: 46.7-58.3% |
| Honey Bunches of Oats Cereal – Fruit Blends – Banana Blueberry | • "Our Post Promise \| No High Fructose Corn Syrup"<br>• "A delicious, wholesome start to your day!"<br>• "4 Wholesome Grains"<br>• Whole Grains Council Stamp | Sugar, Brown Sugar, Corn Syrup, Malted Corn and Barley Syrup, Wildflower Honey | 30g | 120 | 6g | 20% | 20% | M: 15.8%<br>W: 24%<br>C: 40-50% |

| Product | Challenged Health & Wellness Claims | Added Sugars (in Order of Amount) | Serving Size | Calories Per Serving | Grams of Added Sugar Per Serving | % Added Sugar by Weight | % Calories From Added Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – Fruit Blends – Peach Raspberry | • "Our Post Promise \| No High Fructose Corn Syrup"<br>• "A delicious, wholesome start to your day!"<br>• "4 Wholesome Grains"<br>• Whole Grains Council Stamp | Sugar, Brown Sugar, Corn Syrup, Malted Corn and Barley Syrup, Wildflower Honey | 30g | 120 | 6g | 20% | 20% | M: 15.8%<br>W: 24%<br>C: 40-50% |
| Honey Bunches of Oats Cereal – Tropical Blends – Mango Coconut | • "Our Post Promise \| No High Fructose Corn Syrup"<br>• "a Touch of Honey!"<br>• "4 Wholesome Grains"<br>• Whole Grains Council Stamp | Sugar, Brown Sugar, Corn Syrup, Malted Corn and Barley Syrup, Wildflower Honey | 30g | 120 | 6g | 20% | 20% | M: 15.8%<br>W: 24%<br>C: 40-50% |

| Product | Challenged Health & Wellness Claims | Added Sugars (in Order of Amount) | Serving Size | Calories Per Serving | Grams of Added Sugar Per Serving | % Added Sugar by Weight | % Calories From Added Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Honey Bunches of Oats Cereal – Greek Honey Crunch | • "Our Post Promise \| No High Fructose Corn Syrup"<br>• Whole Grains Council Stamp | Sugar, Corn Syrup, Wildflower Honey, Brown Sugar | 58g | 230 | 13g | 22.4% | 22.6% | M: 34.2%<br>W: 52%<br>C: 86.7-108.3% |
| Honey Bunches of Oats Cereal – Greek Mixed Berry | • "Our Post Promise \| No High Fructose Corn Syrup"<br>• Whole Grains Council Stamp | Sugar, Corn Syrup, Wildflower Honey, Brown Sugar, Strawberry Juice Concentrate | 58g | 230 | 13g | 22.4% | 22.6% | M: 34.2%<br>W: 52%<br>C: 86.7-108.3% |

| Product | Challenged Health & Wellness Claims | Added Sugars (in Order of Amount) | Serving Size | Calories Per Serving | Grams of Added Sugar Per Serving | % Added Sugar by Weight | % Calories From Added Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Raisin Bran | • "contains NO HIGH FRUCTOSE Corn Syrup"<br>• "No High Fructose Corn Syrup"<br>• "Healthy"<br>• "Nutritious"<br>• "Where nutritious and delicious live in harmony"<br>• Whole Grains Council Stamp | Sugar | 59g | 190 | 9g | 15.2% | 18.9% | M: 23.7%<br>W: 36%<br>C: 60-75% |
| Honey-Comb | • "Nutritious" (in "Nutritious Sweetened Corn & Oat Cereal")<br>• "Why Vitamin D? – Many kids are not getting enough Vitamin D; - Important for a growing child's health needs; - Promotes healthy bones and teeth by helping the body absorb calcium"<br>• Whole Grains Council Stamp | Sugar, Honey | 32g | 130 | 10g | 31.3% | 30.8% | M: 26.3%<br>W: 40%<br>C: 66.7-83.3% |

| Product | Challenged Health & Wellness Claims | Added Sugars (in Order of Amount) | Serving Size | Calories Per Serving | Grams of Added Sugar Per Serving | % Added Sugar by Weight | % Calories From Added Sugar | Contribution of 1 Serving to AHA's Maximum Recommended Daily Intake |
|---|---|---|---|---|---|---|---|---|
| Waffle Crisp | • "NO HIGH FRUCTOSE CORN SYRUP!"<br>• "Iron & Zinc for Growth" | Sugar<br>*Note: Also made with PHVO containing artificial trans fat | 30g | 120 | 12g | 40% | 40% | M: 31.6%<br>W: 48%<br>C: 80-100% |