# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE KROMMENHOCK and STEPHEN HADLEY, on behalf of themselves, all others similarly situate the general public,<br><br>Plaintiffs,<br><br>v.<br><br>POST FOODS, LLC,<br><br>Defendant. | Case No. 3:16-cv-04958-WHO (JSC)<br><br>**DECLARATION OF RYAN ALDRIDGE REGARDING POST-DISTRIBUTION ACCOUNTING**<br><br>Judge:     William H. Orrick |

I, Ryan Aldridge, declare:

1. I am a Project Manager for Postlethwaite & Netterville, APAC ("P&N"), a full-service administration firm providing legal administration services, including the design, development, and implementation of unbiased complex legal notification programs.

2. On February 24, 2021, the Court approved the Notice Plan and appointed P&N as the Class Administrator in its Order Granting Plaintiff's Motion for Preliminary Approval of Class Settlement (Dkt. No. 294, the "Order").

3. On June 9, 2021, P&N submitted a declaration regarding notice and settlement administration, which detailed P&N's execution of the notice program, reported on exclusions, and provided an update on claims administration as of June 9, 2021. Dkt. No. 300. This declaration will discuss the final disposition of claims, payment of Settlement Awards to Class Members, and provide a summary of the post-distribution accounting. *See generally* Dkt. No. 305.

### Claim Form Submissions

4. The deadline for claim submissions was May 19, 2021. In total, P&N received 372,992 Claim Form submissions.

5. Table 1 below provides summary statistics of claim submissions and final dispositions mailed to the P.O. Box and postmarked by the claim filing deadline.

| Table 1: Claims Statistics (as of March 17, 2022) | |
|---|---|
| **Description** | **Volume (#)** |
| Non-Documented Claims Received | 372,704 |
| Documented Claims Received | 288 |
| **Total Claims Received** | **372,992** |
| (-) Duplicate Claims Received | 38,387 |
| (-) Invalid Claims | 2,627 |
| **Net Valid Claims** | **331,978** |

### *Settlement Payments and Post-distribution Accounting*

6. P&N commenced the settlement distributions to Class Members with valid claims on August 26, 2021. The deadline for Class Members to clear payments (e.g., deposit a paper check or claim an electronic payment) was March 3, 2022.

1

*Krommenhock et al. v. Post Foods LLC*, No. 3:16-cv-04958-WHO (JSC)
DECLARATION OF RYAN ALDRIDGE RE POST-DISTRIBUTION ACCOUNTING

7. Table 2 below provides a summary of settlement payments and the results of the distribution.

| Table 2: Post-Distribution Accounting (as of March 17, 2022) ||
|---|---|
| **Description** | **Value** |
| Total Class Members | 20,900,000 (est.) |
| Total Value of Settlement Fund | $15,000,000 |
| Injunctive Relief | Defendant's agreement to remove certain "health & wellness" claims from challenged product labels. |
| Type of Notice | Digital (Online and Social, Publication, Press Release, Public Website), and email |
| Total Number of Class Members Sent Notice (Email) | 70,686 |
| Total Number of Notices Undeliverable (Email) | 1,232 |
| Exclusions Filed | 2 |
| Exclusions as a Percent of the Class | 0.00001% |
| Objections Filed | 0 |
| Objections as a Percentage of the Class | 0.00% |
| Total Claims Submitted | 372,992 |
| Total Claims Submitted as a Percentage of the Class | 1.78% |
| Total Valid Claims Submitted | 331,978 |
| Total Valid Claims Submitted as a Percentage of the Class | 1.59% |
| Administrative Costs and Fees | $535,000 |
| Class Counsel Fees and Expenses | $5,467,606 |
| Class Counsel Fees ($4,500,000) as Percent of Fund | 30% |
| Method of Payment to Class Members | Cash Award via Check or Digital Payment |
| Total Payments to Valid Claims | 331,978 |
| Total Dollars Distributed to Claimants | $8,985,705.47 |
| Average Payment | $27.07 |
| Median Payment | $16.42 |
| Smallest Payment | $3.29 |
| Largest Payment | $180.84 |
| Number of Payments Not Cleared | 17,778 |
| Dollar Amount of Payments not Cleared | $332,739.53 |
| Total Cy Près Payments | $334,452.34 |
| (1/3) American Heart Association | $111,484,11 |
| (1/3) Nation Advertising Division of the Better Business Bureau | $111,484,11 |
| (1/3) UCLA Resnick Center for Food Law and Policy | $111,484,11 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 17th day of March 2022 in Baton Rouge, Louisiana.

*[signature]*
_____
Ryan Aldridge